**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No.: 20-11558 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>        Defendants. | Adv. Proc. No. 20-51051 (KBO) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of David E. Weiss, Esquire of Reed Smith LLP to represent Plaintiff 24 Hour Fitness Worldwide, Inc. in this action.

Dated:  December 22, 2020
         Wilmington, Delaware

By:   */s/ Mark W. Eckard*
       Mark W. Eckard (No. 4542)
       REED SMITH LLP
       1201 North Market Street, Suite 1500
       Wilmington, DE  19801
       Telephone:  (302) 778-7500
       E-mail:  meckard@reedsmith.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 22, 2020  
       Wilmington Delaware

*/s/ David E. Weiss*  
David E. Weiss  
101 Second Street, Suite 1800  
San Francisco, CA 94105-3659  
Telephone: (415) 543-8700  
Facsimile: (415) 391-8269  
Email: dweiss@reedsmith.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: December 22nd, 2020  
Wilmington, Delaware

KAREN B. OWENS  
UNITED STATES BANKRUPTCY JUDGE