# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No.: 20-11558 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>      Defendant. | Adv. Proc. No. 20-51051 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Lauren R. Lifland, Esquire of Wilmer Cutler Pickering Hale and Dorr LLP, to represent defendants, Allianz Global Risks US Insurance Company, Beazley-Lloyd's Syndicates 2623/623, Continental Casualty Company, Endurance American Specialty Insurance Company, General Security Indemnity Company of Arizona, QBE Specialty Insurance Company and Starr Surplus Lines Insurance Company, in this action.

Dated:  February 18, 2021

    */s/ Garvan F. McDaniel*
    Garvan F. McDaniel (DE #4167)
    **HOGAN♦McDANIEL**
    1311 Delaware Avenue
    Wilmington, DE 19806
    Telephone: (302) 656-7596
    gfmcdaniel@dkhogan.com
    *Counsel for Defendants*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: February 18, 2021

*/s/ Lauren R. Lifland*
Lauren R. Lifland (NY Bar #5008867)
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6305
Lauren.Lifland@wilmerhale.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

**Dated: February 18th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**