**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No.: 20-11558 (KBO)<br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 20-51051 (KBO) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of T. Connor O'Carroll, Esquire, Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, California 94105, to represent plaintiff 24 Fitness Worldwide, Inc. in the above-captioned adversary proceeding.

Dated: February 19, 2021
       Wilmington, Delaware

By: */s/ Mark W. Eckard*
    Mark W. Eckard (No. 4542)
    REED SMITH LLP
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    E-mail: meckard@reedsmith.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  February 19, 2021                                  By: */s/ T. Connor O'Carroll*
                                                                                                  T. Connor O'Carroll
                                                                                                  REED SMITH LLP
                                                                                                  101 Second Street, Suite 1800
                                                                                                  San Francisco, CA  94105
                                                                                                  Telephone: (415) 659-4787
                                                                                                  E-mail:  cocarroll@reedsmith.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.