**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) | Case No.: 20-11558 (KBO) (Jointly Administered) |
| Debtors. | ) ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Adv. Proc. No. 20-51051 (KBO) |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Mark W. Eckard, Esquire, certify that on the 15th day of April 2021, I caused a true and correct copy of **PLAINTIFF'S RULE 26(a)(1) DISCLOSURE STATEMENT** to be served upon the below parties in the manners indicated.

| **VIA E-MAIL** | **VIA E-MAIL** |
|---|---|
| Garvan F. McDaniel | Richard G. Haddad |
| HOGAN MCDANIEL | OTTERBOURG P.C. |
| 1311 Delaware Avenue | 230 Park Avenue |
| Wilmington, DE 19806 | New York, NY 10169 |
| gfmcdaniel@dkhogan.com | rhaddad@otterbourg.com |

**VIA E-MAIL**
Douglas R Gooding
Jonathan D. Marshall
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com

**VIA E-MAIL**
Michael Busenkell
GELLERT SCALI BUSENKELL
 & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

**VIA E-MAIL**
Matthew M. Burke
ROBINS KAPLAN LLP
800 Boylston Street
Ste. 2500
Boston, MA 02199
 mburke@robinskaplan.com

**VIA E-MAIL**
Elizabeth V. Kniffen
ZELLE LLP
500 Washington Avenue South, Ste. 4000
Minneapolis, MN 55415
ekniffen@zelle.com

**VIA E-MAIL**
Stacey S. Farrell
Marlie McDonnell
CLYDE & CO US LLP
217 17th Street NW, Ste 1720
Atlanta, GA 30363
stacey.farrell@clydeco.us
marlie.mcdonnell@clydeco.us

**VIA E-MAIL**
Robert W. Fisher
Jane E. Warring
Maureen Walsh
CLYDE & CO US LLP
271 17th Street, NW, Ste 1720
Atlanta, GA 30363
robert.fisher@clydeco.us
jane.warring@clydeco.us
maureen.walsh@clydeco.us

**VIA E-MAIL**
Adam S. Cohen
Kyle M. Medley
Courtney E. Murphy
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
acohen@hinshawlaw.com
kmedley@hinshawlaw.com
cmurphy@hinshaw.com

**VIA E-MAIL**
Matthew P. Dean
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5629
matthew.denn@dlapiper.com

**VIA E-MAIL**
Benjamin W. Loveland
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com

**VIA E-MAIL**
Jonathan R. MacBride
ZELLE LLP
1635 Market St.
Suite 1600
Philadelphia PA 19103
jmacbride@zelle.com

**VIA E-MAIL**
Daniel H. Levi
Jaqueline Matyszczyk
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
dlevi@paulweiss.com
jmatyszczyk@paulweiss.com

Dated:  April 16, 2021
Wilmington, Delaware               By:    */s/ Mark W. Eckard*
                                          Mark W. Eckard (No. 4542)
                                          REED SMITH LLP
                                          1201 Market Street, Suite 1500
                                          Wilmington, DE 19801
                                          Telephone:  (302) 778-7500
                                          Facsimile:  (302) 778-7575
                                          E-mail:  meckard@reedsmith.com

                                          *Counsel to Plaintiff*