# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) | Case No.: 20-11558 (KBO) (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 20-51051 (KBO) |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Mark W. Eckard, Esquire, certify that on the 13th day of May 2021, I caused a true and correct copy of following documents:

1. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Allianz Global Risks US Insurance Company;*

2. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Allied World National Assurance Company;*

3. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Continental Casualty Company;*

4. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Endurance American Specialty Insurance Company;*

5. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant General Security Indemnity Of Arizona;*

6. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Liberty Mutual Fire Insurance Company;*

7. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Certain Underwriters At Lloyd's, London;*

8. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Qbe Specialty Insurance Company*; and

9. *Plaintiff's Requests For The Production Of Documents, Set One To Defendant Starr Surplus Lines Insurance Company*

to be served upon the below parties in the manners indicated.

**VIA E-MAIL**
Garvan F. McDaniel
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

**VIA E-MAIL**
Richard G. Haddad
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
rhaddad@otterbourg.com

**VIA E-MAIL**
Douglas R Gooding
Jonathan D. Marshall
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com

**VIA E-MAIL**
Michael Busenkell
GELLERT SCALI BUSENKELL
 & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

**VIA E-MAIL**
Matthew M. Burke
ROBINS KAPLAN LLP
800 Boylston Street
Ste. 2500
Boston, MA 02199
mburke@robinskaplan.com

**VIA E-MAIL**
Elizabeth V. Kniffen
ZELLE LLP
500 Washington Avenue South, Ste. 4000
Minneapolis, MN 55415
ekniffen@zelle.com

**VIA E-MAIL**
Stacey S. Farrell
Marlie McDonnell
CLYDE & CO US LLP
217 17th Street NW, Ste 1720
Atlanta, GA 30363
stacey.farrell@clydeco.us
marlie.mcdonnell@clydeco.us

**VIA E-MAIL**
Robert W. Fisher
Jane E. Warring
Maureen Walsh
CLYDE & CO US LLP
271 17th Street, NW, Ste 1720
Atlanta, GA 30363
robert.fisher@clydeco.us
jane.warring@clydeco.us
maureen.walsh@clydeco.us

**VIA E-MAIL**
Adam S. Cohen
Kyle M. Medley
Courtney E. Murphy
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
acohen@hinshawlaw.com
kmedley@hinshawlaw.com
cmurphy@hinshaw.com

**VIA E-MAIL**
Matthew P. Denn
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5629
matthew.denn@dlapiper.com

**VIA E-MAIL**
Benjamin W. Loveland
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com

**VIA E-MAIL**
Jonathan R. MacBride
ZELLE LLP
1635 Market St.
Suite 1600
Philadelphia PA 19103
jmacbride@zelle.com

**VIA E-MAIL**
Daniel H. Levi
Jaqueline Matyszczyk
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
dlevi@paulweiss.com
jmatyszczyk@paulweiss.com

Dated:  May 14, 2021  
Wilmington, Delaware

By: */s/ Mark W. Eckard*  
Mark W. Eckard (No. 4542)  
REED SMITH LLP  
1201 Market Street, Suite 1500  
Wilmington, DE 19801  
Telephone:  (302) 778-7500  
Facsimile:  (302) 778-7575  
E-mail:  meckard@reedsmith.com

*Counsel to Plaintiff*

4