# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, ) | |
| ) | Case No.: 20-11558 (KBO) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | Adv. Proc. No. 20-51051 (KBO) |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE ) | |
| COMPANY; LIBERTY MUTUAL ) | |
| INSURANCE COMPANY; BEAZLEY- ) | |
| LLOYD'S SYNDICATES 2623/623; ALLIED ) | |
| WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Garvan F. McDaniel, certify that on the 17th day of May, 2021 I caused a true and correct copy of the following documents:

1. Defendants Endurance American Specialty Insurance Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Liberty Mutual Insurance Company; Certain Underwriters at Lloyd's of London Subscribing to Policy No. WC27C0A190101, Incorrectly Sued as "Beazley-Lloyd's Syndicates 2623/623"; Allied World National Assurance Company; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona's First Set of Interrogatories to Plaintiff; and

2. Defendants Endurance American Specialty Insurance Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Liberty Mutual Insurance Company; Certain Underwriters at Lloyd's of London

Subscribing to Policy No. WC27C0A190101, Incorrectly Sued as "Beazley-Lloyd's Syndicaates 2623/623"; Allied World National Assurance Company; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona's First Request for Production of Documents to Plaintiff.

to be served upon the below parties in the manner indicated:

**VIA EMAIL**
Mark W. Eckard
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Email: meckard@reedsmith.com

**VIA EMAIL**
Thomas Connor O'Carroll
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Email: cocarroll@reedsmith.com

**VIA EMAIL**
David E. Weiss
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
Email: dweiss@reedsmith.com

**VIA EMAIL**
Matthew Denn
DLA Piper LLP (US)
1201 N. Market Street
Suite 2100
Wilmington, DE 19801
Email: matthew.denn@us.dlapiper.com

**VIA EMAIL**
Lauren Lifland
Wilmer Cutler Pickering Hale Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Email: lauren.lifland@wilmerhale.com

**VIA EMAIL**
Matthew Steven Sarna
DLA Piper LLP (US)
1201 N. Market Street
Suite 2100
Wilmington, DE 19801
Email: matthew.sarna@us.dlapiper.com

**VIA EMAIL**
Robert W. Fisher
Clyde & Co US LLP
271 17th Street, NW
Ste 1720
Atlanta, GA 30363
Email: Robert.fisher@clydeco.us

**VIA EMAIL**
Jane E. Warring
Clyde & Co. US LLP
217 17th St., NW
Suite 1720
Atlanta, GA 30353
Email: jane.warring@clydeco.com

**VIA EMAIL**
Adam S. Cohen
Hinshaw & Culbertson LLP
800 Third Avenue
Ste 13th Floor
New York, NY 10022
Email: acohen@hinshawlaw.com

**VIA EMAIL**
Kyle Medley
Hinshaw & Culbertson LLP
800 Third Avenue
13th Floor
New York, NY 10022
Email: kmedley@hinshawlaw.com

**VIA EMAIL**
Courtney E. Murphy
Hinshaw & Culbertson LLP
800 Third Avenue, Ste 13th Floor
New York, NY 10022
Email: cmurphy@hinshawlaw.com

**VIA EMAIL**
Michael G. Busenkell
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
3rd Floor
Wilmington, DE 19801
Email: mbusenkell@gsbblaw.com

**VIA EMAIL**
Richard G. Haddad
Otterbourg, P.C.
230 Park Avenue
New York, NY 10169
Email: rhaddad@otterbourg.com

**VIA EMAIL**
Stacey S. Farrell
Marlie McDonnell
Clyde & Co US LLP
271 17th Street NW, Suite 1720
Atlanta, Georgia 30363
stacey.farrell@clydeco.us
marlie.mcdonnell@clydeco.us

**VIA EMAIL**
Elizabeth V. Kniffen
Zelle LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
Email: ekniffen@zelle.com

**VIA EMAIL**
Matthew M. Burke
Robins Kaplan LLP
800 Boylston Street, Ste. 2500
Boston, MA 02199
Email: mburke@robinskaplan.com

**VIA EMAIL**
Douglas R Gooding
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: dgooding@choate.com

**VIA EMAIL**
Jonathan D. Marshall
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
Email: jmarshall@choate.com

**VIA EMAIL**
Benjamin W. Loveland
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com

DATED:       May 18, 2021

  */s/ Garvan F. McDaniel*_____
 Garvan F. McDaniel (DE No. 4167)
 **HOGAN McDANIEL**
 1311 Delaware Avenue
 Wilmington, DE 19806
 Telephone: (302) 656-7596
 Facsimile: (302) 656-7599

3

gfmcdaniel@dkhogan.com

*Counsel to the Defendants*

-and-

Benjamin W. Loveland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

Lauren R. Lifland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
lauren.lifland@wilmerhale.com

*Counsel to Endurance American Specialty Insurance Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101; incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*

-and-

Robert W. Fisher (admitted *pro hac vice)*
Jane Warring (admitted *pro hac vice*)
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, Georgia 30363
Telephone: (404) 410-3150
robert.fisher@clydeco.us
jane.warring@clydeco.us

*Counsel to Endurance American Specialty Insurance Company*

-and-

Stacey S. Farrell (admitted *pro hac vice*)
Marlie McDonnell (admitted *pro hac vice*)
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, Georgia 30363
Telephone: (404) 410-3150
stacey.farrell@clydeco.us
marlie.mcdonnell@clydeco.us

*Counsel to Allianz Global Risks US Insurance Company*

-and-

Courtney E. Murphy (admitted *pro hac vice*)
Kyle M. Medley (admitted *pro hac vice*)
Adam S. Cohen (admitted *pro hac vice*)
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone: (212) 471-6200
cmurphy@hinshawlaw.com

*Counsel to Starr Surplus Lines Insurance Company and Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101, incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"*

-and-

Richard G. Haddad (admitted *pro hac vice*)
**OTTERBOURG, P.C.**
230 Park Avenue
New York, NY 10169-0075
Telephone: (212) 661-9100
rhaddad@otterbourg.com

Michael Busenkell
**GELLERT SCALI BUSENKELL & BROWN, LLC**
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

5

Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

*Counsel to Allied World National Assurance Company*

-and-

Matthew M. Burke (admitted *pro hac vice)*
**ROBINS KAPLAN LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone: (617) 859-2711
mburke@robinkaplan.com

-and-

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
dgooding@choate.com
jmarshall@choate.com

*Counsel to Liberty Mutual Fire Insurance Company*

-and-

Elizabeth Kniffen (admitted *pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 359-4261
ekniffen@zelle.com

*Counsel to QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*