# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) | Case No.: 20-11558 (KBO) (Jointly Administered) |
| Debtors. | ) ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Proc. No. 20-51051 (KBO) |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Re: Adv. Docket Nos. 80 and 81** |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I, Mark W. Eckard, Esquire, certify that on the 27th day of May 2021, true and correct copies of (i) *Plaintiff 24 Hour Fitness Worldwide, Inc.'s Opposition to Allied World National Assurance Company's Motion for Judgment on the Pleadings* and (ii) *Declaration of David E. Weiss in Support of Plaintiff 24 Hour Fitness Worldwide, Inc.'s Opposition to Allied World National Assurance Company's Motion for Judgment on the Pleadings* were electronically filed via the Court's CM/ECF system and thereby served on those parties having to consented to electronic service, and separately served upon the below-listed parties in the manners indicated.

|  |  |
|---|---|
| **VIA E-MAIL**<br>Michael Busenkell<br>GELLERT SCALI BUSENKELL<br>  & BROWN, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>mbusenkell@gsbblaw.com | **VIA E-MAIL**<br>Richard G. Haddad<br>Andrew Halpern<br>OTTERBOURG P.C.<br>230 Park Avenue<br>New York, NY 10169<br>rhaddad@otterbourg.com<br>ahalpern@otterbourg.com |

Dated: May 28, 2021
Wilmington, Delaware

By:   */s/ Mark W. Eckard*
      Mark W. Eckard (No. 4542)
      REED SMITH LLP
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail: meckard@reedsmith.com

      *Counsel to Plaintiff*