## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, ) | |
| ) | Case No. 20-11558 (KBO) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | Adv. Pro. No. 20-51051 (KBO) |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE COMPANY; ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; ) | |
| ALLIED WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Matthew P. Denn, Esq., hereby certify that on this 14th day of July 2021, I caused a true and correct copy of **Defendant Continental Casualty Company's Responses and Objections to Plaintiff's Requests for Production of Documents, Set One** to be served upon the party listed below in the manner indicated.

**Via Electronic Mail**

Mark W. Eckard, Esq.
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
E-mail:  meckard@reedsmith.com

Dated: July 14, 2021                              **DLA PIPER LLP (US)**

*/s/ Matthew P. Denn*
Matthew P. Denn (#2985)
Matthew S. Sarna (#6578)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5629
matthew.denn@dlapiper.com
matthew.sarna@dlapiper.com

-and-

Garvan F. McDaniel (#4167)
**HOGAN MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone 302-656-7540
gmcdaniel@dkhogan.com

-and-

Benjamin W. Loveland
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

-and-

Lauren R. Lifland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6305
lauren.lifland@wilmerhale.com

*Counsel to Continental Casualty Company*