IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) | |
| | ) | Case No.: 20-11558 (KBO) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 20-51051 (KBO) |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEYLLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 14th day of

July, 2021, a copy of *Defendant, Endurance American Specialty Insurance Company's,*

*Response to Plaintiff's Requests for Production of Documents, Set One* was served upon the

following persons via email:

Mark W. Eckard
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
meckard@reedsmith.com

Thomas Connor O'Carroll
David E. Weiss
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cocarroll@reedsmith.com
dweiss@reedsmith.com

Dated: July 14, 2021

Respectfully submitted,

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE No. 4167)
**HOGAN McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7596
Facsimile: (302) 656-7599
gfmcdaniel@dkhogan.com

*Counsel to the Defendants (other than Allied World National Assurance Company)*

– and –

Benjamin W. Loveland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

Lauren R. Lifland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
 HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
lauren.lifland@wilmerhale.com

*Counsel to Continental Casualty Company; Endurance American Specialty Insurance Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101, incorrectly sued as "Beazley-*

2

*Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*

– and –

Matthew Denn
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5629
matthew.denn@dlapiper.com

*Counsel to Continental Casualty Company*

– and –

Robert W. Fisher (admitted *pro hac vice*)
Jane Warring (admitted *pro hac vice*)
Maureen Walsh
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3150
jane.warring@clydeco.us

*Counsel to Endurance American Specialty Insurance Company*

– and –

Stacey Farrell (admitted *pro hac vice*)
Marlie McDonnell (admitted *pro hac vice*)
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3150
stacey.farrell@clydeco.us

*Counsel to Allianz Global Risks US Insurance Company*

– and –

Courtney E. Murphy (admitted *pro hac vice*)
Kyle M. Medley (admitted *pro hac vice*)
Adam S. Cohen (admitted *pro hac vice*)

**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone: (212) 471-6200
cmurphy@hinshawlaw.com

*Counsel to Starr Surplus Lines Insurance Company and Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101, incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"*

– and –

Elizabeth Kniffen (admitted *pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone: (612) 359-4261
ekniffen@zelle.com

*Counsel to QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*