## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) |
| | ) Case No.: 20-11558 (KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 20-51051 (KBO) |
| | ) |
| CONTINENTAL CASUALTY COMPANY; | ) |
| ENDURANCE AMERICAN SPECIALTY | ) |
| INSURANCE COMPANY; STARR SURPLUS | ) |
| LINES INSURANCE COMPANY; ALLIANZ | ) |
| GLOBAL RISKS US INSURANCE COMPANY; | ) |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) |
| BEAZLEYLLOYD'S SYNDICATES 2623/623; | ) |
| ALLIED WORLD NATIONAL ASSURANCE | ) |
| COMPANY; QBE SPECIALTY INSURANCE | ) |
| COMPANY; and GENERAL SECURITY | ) |
| INDEMNITY COMPANY OF ARIZONA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 14th day of

July, 2021, a copy of *Defendant, General Security Indemnity Company of Arizona's, Responses*

*to Plaintiff's Requests for the Production of Documents, Set One,* was served upon the following

persons via email:

Mark W. Eckard
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
meckard@reedsmith.com

Thomas Connor O'Carroll
David E. Weiss
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cocarroll@reedsmith.com
dweiss@reedsmith.com

Dated: July 15, 2021

Respectfully submitted,

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE No. 4167)
**HOGAN McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7596
Facsimile: (302) 656-7599
gfmcdaniel@dkhogan.com

*Counsel to the Defendants (other than Allied
World National Assurance Company)*

 - and -
Benjamin W. Loveland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6641
benjamin.loveland@wilmerhale.com

Lauren R. Lifland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
lauren.lifland@wilmerhale.com

*Counsel to Continental Casualty Company;
Endurance American Specialty Insurance
Company; Starr Surplus Lines Insurance
Company; Allianz Global Risks US Insurance
Company; Certain Underwriters at Lloyd's of
London subscribing to Policy No.
W27C0A190101, incorrectly sued as "Beazley-*

*Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*

– and –

Matthew Denn
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5629
matthew.denn@dlapiper.com

*Counsel to Continental Casualty Company*

– and –

Robert W. Fisher (admitted *pro hac vice*)
Jane Warring (admitted *pro hac vice*)
Maureen Walsh
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3150
jane.warring@clydeco.us

*Counsel to Endurance American Specialty Insurance Company*

– and –

Stacey Farrell (admitted *pro hac vice*)
Marlie McDonnell (admitted *pro hac vice*)
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Telephone: (404) 410-3150
stacey.farrell@clydeco.us

*Counsel to Allianz Global Risks US Insurance Company*

– and –

Courtney E. Murphy (admitted *pro hac vice*)
Kyle M. Medley (admitted *pro hac vice*)
Adam S. Cohen (admitted *pro hac vice*)

**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone:  (212) 471-6200
cmurphy@hinshawlaw.com

*Counsel to Starr Surplus Lines Insurance
Company and Certain Underwriters at Lloyd's
of London subscribing to Policy No.
W27C0A190101, incorrectly sued as "Beazley-
Lloyd's Syndicates 2623/623"*

– and –

Elizabeth Kniffen (admitted *pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
Telephone:  (612) 359-4261
ekniffen@zelle.com

*Counsel to QBE Specialty Insurance Company
and General Security Indemnity Company of
Arizona*