# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, ) | Case No.: 20-11558 (KBO) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 20-51051 (KBO) |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 14th day of July, 2021, a copy of Defendant Allied World National Assurance Company's Response to Plaintiff's Request for the Production of Documents, Set One to Defendant Allied World National Assurance Company was served upon the following persons via electronic mail:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

Mark W. Eckard, Esq.
John B. Lord
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
meckard@reedsmith.com
jlord@reedsmith.com

John A. Favor, Esq.
Glenn Guzik
Beth A. Gonshorowski
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX
JFavor@reedsmith.com
GGuzik@ReedSmith.com
BGonshorowski@ReedSmith.com

Benjamin W. Loveland, Esq.
Lauren Lifland, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

Robert W. Fisher, Esq.
Jane Warring, Esq.
Maureen Walsh, Esq.
Marlie McDonnell, Esq.
Stacey Farrell, Esq.
Kimberly Groulx
CLYDE & CO US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Robert.Fisher@clydeco.us
jane.warring@clydeco.us
Maureen.Walsh@clydeco.us
Marlie.McDonnell@clydeco.us
Stacey.Farrell@clydeco.us
Kimberly.groulx@clydeco.us

Thomas Connor O'Carroll, Esq.
David E. Weiss, Esq.
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cocarroll@reedsmith.com
dweiss@reedsmith.com

Garvan F. McDaniel, Esq.
Amanda Avery
Gabrielle Durstein
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com
aavery@dkhogan.com
gdurstein@dkhogan.com

Matthew Denn, Esq.
Matthew Steven Sarna, Esq.
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
matthew.denn@dlapiper.com
matthew.sarna@us.dlapiper.com

Courtney E. Murphy, Esq.
Kyle M. Medley, Esq.
Adam S. Cohen, Esq.
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
cmurphy@hinshawlaw.com
kmedley@hinshawlaw.com
acohen@hinshawlaw.com

Elizabeth Kniffen, Esq.
Jonathan R. MacBride, Esq.
ZELLE LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
ekniffen@zelle.com
JMacBride@zelle.com

| | |
|---|---|
| Matthew M. Burke<br>Robins Kaplan LLP<br>800 Boylston Street<br>Ste. 2500<br>Boston, MA 02199<br>mburke@robinskaplan.com | Daniel H. Levi, Esq.<br>Jacqueline Matyszczyk<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>dlevi@paulweiss.com<br>jmatyszczyk@paulweiss.com |
| Jonathan D. Marshall, Esq.<br>Douglas R. Gooding, Esq.<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jmarshall@choate.com<br>dgooding@choate.com | |

Dated: July 15, 2021

**GELLERT SCALI BUSENKELL & BROWN, LLC**

/s/ *Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Tel: (302) 425-5812
Fax: (302) 425-5814
Email: mbusenkell@gsbblaw.com

**OTTERBOURG P.C**.
Richard G. Haddad (*admitted pro hac vice*)
Andrew S. Halpern
230 Park Avenue
New York, New York 10169
Tel: (212) 661-9100
Fax: (212) 682-6104
E-mail: rhaddad@otterbourg.com

*Attorneys for Defendant Allied World National Assurance Company*