# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, ) ) ) | Case No.: 20-11558 (KBO) |
| Debtors. ) ) | (Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC., ) ) | |
| Plaintiff, ) ) | |
| v. ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 20-51051 (KBO) |
| Defendants. ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that I, Mark W. Eckard, Esquire, certify that on the 14th day of July, 2021, I caused true and correct copies of the following documents:

1. *Plaintiff's Response to Defendants Endurance American Specialty Insurance Company; Starr Surplus Lines Insurance Company; Allianz Global Risks Us Insurance Company; Liberty Mutual Insurance Company; Certain Underwriters At Lloyd's of London Subscribing to Policy No. WC27C0A190101; Allied World National Assurance Company; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona's First Set of Interrogatories;*

2. *Plaintiff's Response to Defendants Endurance American Specialty Insurance Company; Starr Surplus Lines Insurance Company; Allianz Global Risks Us Insurance Company; Liberty Mutual Insurance Company; Certain Underwriters*

> *At Lloyd's of London Subscribing To Policy No. WC27C0A190101; Allied World National Assurance Company; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona's First Requests For Production;*

3. *Plaintiff's Response to Defendant Continental Casualty Company's First Set of Interrogatories;*

4. *Plaintiff's Response to Defendant Continental Casualty Company's First Requests for Production;*

5. *Plaintiff's Response to Defendant Continental Casualty Company's First Requests for Admission; and*

6. *Plaintiff's Response to Defendant Allied World National Assurance Company's Requests for Production*

to be served upon the below parties in the manners indicated.

**VIA E-MAIL**
Garvan F. McDaniel
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

**VIA E-MAIL**
Richard G. Haddad
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169
rhaddad@otterbourg.com

**VIA E-MAIL**
Douglas R Gooding
Jonathan D. Marshall
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com

**VIA E-MAIL**
Michael Busenkell
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

**VIA E-MAIL**
Matthew M. Burke
ROBINS KAPLAN LLP
800 Boylston Street
Ste. 2500
Boston, MA 02199
mburke@robinskaplan.com

**VIA E-MAIL**
Elizabeth V. Kniffen
ZELLE LLP
500 Washington Avenue South, Ste. 4000
Minneapolis, MN 55415
ekniffen@zelle.com

**VIA E-MAIL**
Stacey S. Farrell
Marlie McDonnell
CLYDE & CO US LLP

**VIA E-MAIL**
Robert W. Fisher
Jane E. Warring

217 17th Street NW, Ste 1720
Atlanta, GA 30363
stacey.farrell@clydeco.us
marlie.mcdonnell@clydeco.us

Maureen Walsh
CLYDE & CO US LLP
271 17th Street, NW, Ste 1720
Atlanta, GA 30363
robert.fisher@clydeco.us
jane.warring@clydeco.us
maureen.walsh@clydeco.us

**VIA E-MAIL**
Adam S. Cohen
Kyle M. Medley
Courtney E. Murphy
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
acohen@hinshawlaw.com
kmedley@hinshawlaw.com
cmurphy@hinshaw.com

**VIA E-MAIL**
Matthew P. Dean
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5629
matthew.denn@dlapiper.com

**VIA E-MAIL**
Benjamin W. Loveland
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com

**VIA E-MAIL**
Jonathan R. MacBride
ZELLE LLP
1635 Market St.
Suite 1600
Philadelphia PA 19103
jmacbride@zelle.com

**VIA E-MAIL**
Daniel H. Levi
Jaqueline Matyszczyk
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
dlevi@paulweiss.com
jmatyszczyk@paulweiss.com

Dated:  July 15, 2021

                                      Respectfully submitted,

                                      **REED SMITH LLP**

By:  /s/ *Mark W. Eckard*
       Mark W. Eckard (No. 4542)
       1201 North Market Street, Suite 1500
       Wilmington, DE 19801
       Telephone:  (302) 778-7500
       Facsimile:  (302) 778-7575
       Email:  meckard@reedsmith.com

       David E. Weiss (admitted *pro hac vice*)
       T. Connor O'Carroll (admitted *pro hac vice*)
       101 Second Street, Suite 1800
       San Francisco, CA  94105
       Telephone: (415) 543-8700
       Facsimile: (415) 391-8269
       Email:  dweiss@reedsmith.com
                cocarroll@reedsmith.com

       **COUNSEL FOR PLAINTIFF 24 HOUR FITNESS WORLDWIDE, INC.**