# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11568 (KBO) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>Defendants. | Adv. Proc. No. 20-51051 (KBO)<br><br>**Related to Docket Nos. 1, 75, 76, 80, 81, 83, 84 and 86** |

## ORDER DENYING DEFENDANT ALLIED WORLD NATIONAL ASSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Upon consideration of *Defendant Allied World National Assurance Company's Motion for Judgment on the Pleadings* [D.I. 75] (the "Motion"), all related briefing, and the arguments made

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021, the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

2

in support of and in opposition to the Motion at the September 7, 2021 hearing held in the above-captioned adversary proceeding (the "Hearing"); it is hereby **ORDERED** that, for the reasons set forth on the record by the Court at the Hearing, the relief requested in the Motion is **DENIED**.

Dated: September 7, 2021
Wilmington, Delaware

_____
Karen B. Owens
United States Bankruptcy Judge

2