IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>  Debtors.[1] | Chapter 11<br><br>Case No.: 20-11558 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>  Defendants. | Adv. Proc. No. 20-51051 (KBO) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 27th day of September, 2021, a copy of Defendant Allied World National Assurance Company's Second Set of Interrogatories to Plaintiff was served upon the following persons via electronic mail:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

| | |
|---|---|
| Mark W. Eckard, Esq.<br>John B. Lord<br>REED SMITH LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>meckard@reedsmith.com<br>jlord@reedsmith.com | Thomas Connor O'Carroll, Esq.<br>David E. Weiss, Esq.<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>cocarroll@reedsmith.com<br>dweiss@reedsmith.com |
| Deanna M. Manzo, Esq.<br>Constantino P. Suriano, Esq.<br>Mound Cotton Wollan & Greengrass LLP<br>One New York Plaza<br>44th Floor<br>New York, NY 10004<br>DManzo@moundcotton.com<br>CSuriano@moundcotton.com | Garvan F. McDaniel, Esq.<br>Gabrielle Durstein<br>HOGAN McDANIEL<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>gfmcdaniel@dkhogan.com<br>gdurstein@dkhogan.com |
| Benjamin W. Loveland, Esq.<br>Lauren Lifland, Esq.<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>benjamin.loveland@wilmerhale.com<br>lauren.lifland@wilmerhale.com | Matthew Denn, Esq.<br>Matthew Steven Sarna, Esq.<br>DLA PIPER LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>matthew.denn@dlapiper.com<br>matthew.sarna@us.dlapiper.com<br>staci.hudson@dlapiper.com |
| Robert W. Fisher, Esq.<br>James Bauer, Esq.<br>Bethany Rock, Esq.<br>Marlie McDonnell, Esq.<br>Stacey Farrell, Esq.<br>Taylor Davis, Esq.<br>Kimberly Groulx<br>CLYDE & CO US LLP<br>271 17th Street NW, Suite 1720<br>Atlanta, GA 30363<br>Robert.Fisher@clydeco.us<br>Bethany.Rock@clydeco.us<br>James.Bauer@clydeco.us<br>Marlie.McDonnell@clydeco.us<br>Stacey.Farrell@clydeco.us<br>Kimberly.groulx@clydeco.us<br>Taylor.Davis@clydeco.us | Courtney E. Murphy, Esq.<br>Adam S. Cohen, Esq.<br>HINSHAW & CULBERTSON LLP<br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>cmurphy@hinshawlaw.com<br>acohen@hinshawlaw.com<br><br>Elizabeth Kniffen, Esq.<br>Jonathan R. MacBride, Esq.<br>ZELLE LLP<br>500 Washington Avenue South<br>Suite 4000<br>Minneapolis, MN 55415<br>ekniffen@zelle.com<br>JMacBride@zelle.com |
| Matthew M. Burke<br>Robins Kaplan LLP<br>800 Boylston Street<br>Ste. 2500<br>Boston, MA 02199<br>mburke@robinskaplan.com<br>MDetherage@RobinsKaplan.com | Daniel H. Levi, Esq.<br>Jacqueline Matyszczyk<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |

Jonathan D. Marshall, Esq.
Douglas R. Gooding, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
jmarshall@choate.com
dgooding@choate.com

dlevi@paulweiss.com
jmatyszczyk@paulweiss.com

Elizabeth M. Brockman, Esq.
Selman Breitman LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
ebrockman@selmanlaw.com


Dated: September 28, 2021

        **GELLERT SCALI BUSENKELL & BROWN, LLC**

        /*s/ Michael Busenkell*
        Michael Busenkell (DE 3933)
        1201 N. Orange Street, Suite 300
        Wilmington, Delaware 19801
        Tel: (302) 425-5812
        Fax: (302) 425-5814
        Email: mbusenkell@gsbblaw.com


        **OTTERBOURG P.C**.
        Richard G. Haddad (*admitted pro hac vice*)
        Andrew S. Halpern
        230 Park Avenue
        New York, New York 10169
        Tel: (212) 661-9100
        Fax: (212) 682-6104
        E-mail: rhaddad@otterbourg.com

        *Attorneys for Defendant Allied World National Assurance Company*