## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re )<br>)<br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*, )<br>)<br>  Debtors.[1] )<br>) | Chapter 11<br><br>Case No.: 20-11558 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, )<br>)<br>  Defendants. ) | Adv. Proc. No. 20-51051 (KBO) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 22nd day of December 2021, a copy of *Defendant Allied World National Assurance Company's Response to Plaintiff's First Set of Interrogatories* was served upon the following persons via electronic mail:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

Mark W. Eckard, Esq.
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
meckard@reedsmith.com

Beth A. Gonshorowski, Esq.
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002
BGonshorowski@ReedSmith.com

Benjamin W. Loveland, Esq.
Lauren Lifland, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

Robert W. Fisher, Esq.
Marlie McDonnell, Esq.
Stacey Farrell, Esq.
Kimberly Groulx, Esq.
Bethany Rock, Esq.
James Bauer, Esq.
CLYDE & CO US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Robert.Fisher@clydeco.us
Marlie.McDonnell@clydeco.us
Stacey.Farrell@clydeco.us
Kimberly.groulx@clydeco.us
Bethany.rock@clydeco.us
James.bauer@clydeco.us
Taylor.davis@clydeco.us

Matthew M. Burke, Esq.
Michelle N. Detherage, Esq.
ROBINS KAPLAN LLP
800 Boylston Street, Ste. 2500
Boston, MA 02199
mburke@robinskaplan.com
mdetherage@robinskaplan.com

Thomas Connor O'Carroll, Esq.
David E. Weiss, Esq.
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cocarroll@reedsmith.com
dweiss@reedsmith.com

Garvan F. McDaniel, Esq.
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com
gdurstein@dkhogan.com

Matthew Denn, Esq.
Matthew Steven Sarna, Esq.
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
matthew.denn@dlapiper.com
matthew.sarna@us.dlapiper.com
staci.hudson@dlapiper.com

Courtney E. Murphy, Esq.
Adam S. Cohen, Esq.
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
cmurphy@hinshawlaw.com
acohen@hinshawlaw.com

Elizabeth Kniffen, Esq.
Jonathan R. MacBride, Esq.
ZELLE LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
ekniffen@zelle.com
JMacBride@zelle.com

Daniel H. Levi, Esq.
Jacqueline Matyszczyk
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
dlevi@paulweiss.com
jmatyszczyk@paulweiss.com

| | |
|---|---|
| Jonathan D. Marshall, Esq.<br>Douglas R. Gooding, Esq.<br>CHOATE HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>jmarshall@choate.com<br>dgooding@choate.com | Calvin S. Whang, Esq.<br>Selman Law LLP<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025<br>cwhang@selmanlaw.com |

Costantino P. Suriano, Esq.
Deanna M. Manzo, Esq.
MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza
One Water Street, 44th Floor
New York, NY 10004
csuriano@moundcotton.com
dmanzo@moundcotton.com

Dated: December 23, 2021

                **GELLERT SCALI BUSENKELL & BROWN, LLC**

                /s/ *Michael Busenkell*
                Michael Busenkell (DE 3933)
                1201 N. Orange Street, Suite 300
                Wilmington, Delaware 19801
                Tel: (302) 425-5812
                Fax: (302) 425-5814
                Email: mbusenkell@gsbblaw.com

                **OTTERBOURG P.C**.
                Richard G. Haddad (*admitted pro hac vice*)
                Andrew S. Halpern
                230 Park Avenue
                New York, New York 10169
                Tel: (212) 661-9100
                Fax: (212) 682-6104
                E-mail: rhaddad@otterbourg.com

                *Attorneys for Defendant Allied World National*
                *Assurance Company*