# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., et al. ) | |
| ) | Case No. 20-11558 (KBO) |
| Debtors. ) | |
| ) | |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | Adversary Case No. 20-51051 (KBO) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE COMPANY; ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; ) | |
| ALLIED WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **NOTICE OF SERVICE OF DISCOVERY**

Pursuant to Local Bankruptcy Rule 7026-2(b), the undersigned attorney for Defendant Continental Casualty Company, hereby gives notice of the service of the *Defendant Continental Casualty Company's Responses and Objections to Plaintiff's First set of Interrogatories.*

A copy of the foregoing discovery pleading was sent by electronic mail on December 22, 2021 to the parties listed below:

**REED SMITH LLP**
Mark D. Eckard
Email: meckard@reedsmith.com

Thomas Connor O'Carroll
Email: cocarroll@reedsmith.com

David E. Weiss
Email: dweiss@reedsmith.com

Beth A. Gonshorowski
Email: bgonshorowski@reedsmith.com

Glenn Guzik
Email: gguzik@reedsmith.com

John B. Lord
Email: jlord@reedsmith.com

**HINSHAW & CULBERTSON LLP**
Adam S. Cohen
Email: acohen@hinshawlaw.com

Courtney Murphy
Email: cmurphy@hinshawlaw.com

Kyle Medley
Email: kyle.medley@hinshawlaw.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel H. Levi
Email: dlevi@paulweiss.com

Jacquiline Matyszczyk
Email: jmatyszczyk@paulweiss.com

**CLYDE & CO US LLP**
Kimberly Groulx
Email: kimberly.groulx@clydeco.us

Jane Warring
Email: jane.warring@clydeco.us

Marlie McDonnell
Email: marlie.mcdonnell@clydeco.us

Robert Fisher
Email: robert.fisher@clydeco.us

Stacey Farrell
Email: stacey.farrell@clydeco.us

Maureen Walsh
Email: maureen.walsh@clydeco.us

Cheryl D. Harris
Email: cheryl.harris@clydeco.us

**WILMER CUTLER PICKERING HALE DORR LLP**
Benjamin Loveland
Email: benjamin.loveland@wilmerhale.com

Lauren Lifland
Email: lauren.lifland@wilmerhale.com

**CHOATE HALL & STEWART LLP**
Douglas Gooding
Email: dgooding@choate.com

Jonathan Marshall
Email: jmarshall@choate.com

**HOGAN McDANIEL**
Amanda Avery
Email: aavery@dkhogan.com

Gabrielle Durstein
Email: gdurstein@dkhogan.com

Garvan McDaniel
Email: gfmcdaniel@dkhogan.com

**ROBINS KAPLAN LLP**
Matthew Burke
Email: mburke@robinskaplan.com

**OTTERBOURG, P.C.**
Richard Haddad
Email: rhaddad@otterbourg.com

**ZELLE LLP**
Elizabeth Kniffen
Email: ekniffen@zelle.com

Jonathan R. MacBride
Email: jmacbride@zelle.com

**GELLERT SCALI BUSENKELL & BROWN, LLC**
Michael Busenkell
Email: mbusenkell@gsbblaw.com

|  |  |
|---|---|
| DATE:  December 23, 2021 | Respectfully submitted,<br><br> /s/  Matthew S. Sarna<br>Matthew P. Denn (DE 2985)<br>Matthew S. Sarna (DE 6578)<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone:     (3020) 468-5629<br>Email:            matthew.denn@us.dlapiper.com<br>                      matthew.sarna@us.dlapiper.com<br><br>*Counsel to Continental Casualty Company* |