# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, ) ) ) | Case No.: 20-11558 (KBO) |
| Debtors. ) ) | (Jointly Administered) |
| ———————————————— ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 20-51051 (KBO) |
| Defendant. ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Taylor Davis, Esquire of Clyde & Co US LLP, to represent defendant, Endurance American Specialty Insurance Company, in this action.

Dated:  January 3, 2022                                                      **HOGAN♦McDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE #4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7596
gfmcdaniel@dkhogan.com
*Counsel for Defendants*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Georgia and Florida submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 3, 2022

    */s/ Taylor Davis*
    Taylor Davis (GA Bar No. 804288)
    **Clyde & Co US LLP**
    271 17th Street, NW, Ste. 1720
    Atlanta, GA 30363
    (404) 410-3150
    taylor.davis@clydeco.us

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.