**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) | Case No.: 20-11558 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 20-51051 (KBO) |
| Defendants. | ) ) | |

## **NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that the Plaintiff in the above-captioned case hereby withdraws

the *Certification of Counsel for Approval of Proposed Scheduling Order* (D.I. 125 and DI 126),

filed March 2, 2022.

2

        Respectfully submitted,

        **REED SMITH LLP**

By:     /s/ Mark W. Eckard
        Mark W. Eckard (No. 4542)
        1201 North Market Street, Suite 1500
        Wilmington, DE 19801
        Telephone: (302) 778-7500
        Facsimile: (302) 778-7575
        Email: meckard@reedsmith.com

        David E. Weiss (admitted *pro hac vice*)
        T. Connor O'Carroll (admitted *pro hac vice*)
        101 Second Street
        Suite 1800
        San Francisco, CA 94105-3659
        Telephone: (415) 543-8700
        Facsimile: (415) 391-8269
        Email: dweiss@reedsmith.com
               cocarroll@reedsmith.com

        Counsel for Plaintiff 24 HOUR FITNESS
        WORLDWIDE, INC.