**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) <br> ) <br> 24 HOUR FITNESS WORLDWIDE, INC., et ) <br> al., ) <br> ) <br>       Debtors. ) <br> _____ ) <br> ) <br> 24 HOUR FITNESS WORLDWIDE, INC., ) <br> ) <br>       Plaintiff, ) <br> v. ) <br> ) <br> CONTINENTAL CASUALTY COMPANY; ) <br> ENDURANCE AMERICAN SPECIALTY ) <br> INSURANCE COMPANY; STARR SURPLUS ) <br> LINES INSURANCE COMPANY; ALLIANZ ) <br> GLOBAL RISKS US INSURANCE COMPANY; ) <br> LIBERTY MUTUAL INSURANCE COMPANY; ) <br> BEAZLEY-LLOYD'S SYNDICATES 2623/623; ) <br> ALLIED WORLD NATIONAL ASSURANCE ) <br> COMPANY; QBE SPECIALTY INSURANCE ) <br> COMPANY; and GENERAL SECURITY ) <br> INDEMNITY COMPANY OF ARIZONA, ) <br> ) <br>       Defendant. ) <br> _____ ) | Chapter 11 <br><br> Case No. ~~20-11558~~ (KBO) <br>       20-11568 <br> (Joint Administered) <br><br><br><br><br><br><br><br> Adv. Proc. No. 20-51051 (KBO) |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Ferdusi Z. Chowdhury, Esquire of Hinshaw & Culbertson LLP to represent defendants, Starr Surplus Lines Insurance Company, Beazley-Lloyd's Syndicates 2623/623, and Allied World National Assurance Company, in this action.

**HOGAN♦McDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE #4167)
1311 Delaware Avenue
Wilmington, DE 19806
Tel: (302) 656-7596
gfmcdaniel@dkhogan.com
*Counsel for Defendants*

# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 29, 2022

>*/s/ Ferdusi Z. Chowdhury*
>Ferdusi Z. Chowdhury (NY Bar No. 4854162)
>Hinshaw & Culbertson LLP
>800 Third Avenue, 13th Floor
>New York, NY 10022
>Tel: (212) 655-3803
>fchowdhury@hinshawlaw.com
>*Counsel for Defendants*

# ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *Pro Hac Vice* is granted.

Dated: March 29th, 2022
Wilmington, Delaware

KAREN B. OWENS
**UNITED STATES BANKRUPTCY JUDGE**