# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | Case No.: 20-11558 (KBO) |
| Debtors. | (Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC., | |
| Plaintiff, | |
| v. | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | Adv. Proc. No. 20-51051 (KBO) |
| Defendants. | |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Elizabeth M. Brockman, Esq. to represent Allied World National Assurance Company in this action.

Dated: April 6, 2022　　　　　　　　　　　GELLERT SCALI BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Busenkell*
　　　　　　　　　　　　　　　　　　　　　Michael Busenkell (DE 3933)
　　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 425-5812
　　　　　　　　　　　　　　　　　　　　　mbusenkell@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 6, 2022                                        SELMAN BREITMAN LLP

*/s/ Elizabeth M. Brockman*
Elizabeth M. Brockman
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 689-7043
ebrockman@selmanlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.