# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., et al., ) | |
| ) | Case No. 20-11568 (KBO) |
| Debtors. ) | (Joint Administered) |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Adv. Proc. No. 20-51051 (KBO) |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, ) | |
| Defendant. ) | |

## AMENDED MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Ferdusi Z. Chowdhury, Esquire of Hinshaw & Culbertson LLP to represent defendants, Starr Surplus Lines Insurance Company and Beazley-Lloyd's Syndicates 2623/623, in this action.

**HOGAN♦McDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE #4167)
1311 Delaware Avenue
Wilmington, DE 19806
Tel: (302) 656-7596
gfmcdaniel@dkhogan.com
*Counsel for Defendants*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 12, 2022

*/s/ Ferdusi Z. Chowdhury*
Ferdusi Z. Chowdhury (NY Bar No. 4854162)
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 655-3803
fchowdhury@hinshawlaw.com
*Counsel for Defendants*

## ORDER GRANTING AMENDED MOTION

**IT IS HEREBY ORDERED** that counsel's amended motion for admission *Pro Hac Vice* is granted.