# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, ) | Case No.: 20-11558 (KBO) |
| Debtors. ) | (Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| Plaintiff, ) | |
| v. ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, ) | Adv. Proc. No. 20-51051 (KBO) |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on April 27, 2022, a copy of *Plaintiff's Second Set of Interrogatories to Endurance*, was served upon the following persons via email:

James W. Bauer
Taylor W. Davis
Robert W. Fisher
Clyde & Co US LLP
271 17th Street, NW, Suite 1720
Atlanta, GA 30363
James.bauer@clydeco.us
Robert.fisher@clydeco.us
Taylor.davis@clydeco.us

Lauren Lifland
Wilmer Cutler Pickering Hale Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-295-6305
lauren.lifland@wilmerhale.com

| | |
|---|---|
| Benjamin W. Loveland<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6641<br>benjamin.loveland@wilmerhale.com<br><br>Garvan F. McDaniel<br>Hogan McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>302-656-7540<br>gfmcdaniel@dkhogan.com<br><br>Dated: April 27, 2022 | Jane E. Warring<br>Zelle LLP<br>1201 W. Peachtree Street NW<br>Suite 610<br>Atlanta, GA 30309<br>470-867-3040<br>jwarring@zelle.com<br><br>**REED SMITH LLP**<br><br>By: __/s/ *Mark W. Eckard*_____<br>  Mark W. Eckard (No. 4542)<br>  1201 North Market Street, Suite 1500<br>  Wilmington, DE 19801<br>  Telephone:  (302) 778-7500<br>  Facsimile:  (302) 778-7575<br>  Email:  meckard@reedsmith.com<br><br>  -and-<br><br>  David E. Weiss (admitted *pro hac vice*)<br>  T. Connor O'Carroll (admitted *pro hac vice*)<br>  101 Second Street, Suite 1800<br>  San Francisco, CA  94105<br>  Telephone: (415) 543-8700<br>  Facsimile: (415) 391-8269<br>  Email:  dweiss@reedsmith.com<br>        cocarroll@reedsmith.com<br><br>**COUNSEL FOR PLAINTIFF 24 HOUR FITNESS WORLDWIDE, INC.** |