# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, ) | |
| ) | Case No.: 20-11558 (KBO) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, ) | Adv. Proc. No. 20-51051 (KBO) |
| Defendants. ) | |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED FORM OF ORDER**
**APPROVING THIRD *AMENDED* STIPULATED SCHEDULING ORDER**

I, Mark W. Eckard, hereby certify the following:

1. All parties have agreed on a form of *Third Amended Stipulated Scheduling Order*.

2. Attached hereto is a *[Proposed] Order Approving Third Amended Stipulation* (the "Proposed Form of Order").

3. The *Third Amended Stipulated Scheduling Order* in the form agreed to by all parties is attached as Exhibit A to the Proposed Form of Order.

4. Plaintiff respectfully requests that the Court enter the Proposed Form of Order as

an Order of the Court.

     5.    Undersigned counsel is available in the event that the Court has any concerns with respect to the foregoing.

Dated: April 28, 2022

                                     Respectfully submitted,

                                       **REED SMITH LLP**

                    By:      /s/ Mark W. Eckard
                                     Mark W. Eckard (No. 4542)
                                     1201 North Market Street, Suite 1500
                                     Wilmington, DE 19801
                                     Telephone:  (302) 778-7500
                                     Facsimile:  (302) 778-7575
                                     Email:  meckard@reedsmith.com

                                     David E. Weiss (admitted *pro hac vice*)
                                     T. Connor O'Carroll (admitted *pro hac vice*)
                                     101 Second Street
                                     Suite 1800
                                     San Francisco, CA  94105-3659
                                     Telephone: (415) 543-8700
                                     Facsimile: (415) 391-8269
                                     Email:  dweiss@reedsmith.com
                                                     cocarroll@reedsmith.com

                                   Counsel for Plaintiff 24 HOUR FITNESS
                                   WORLDWIDE, INC.