# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) | |
| | ) | Case No. 20-11558 (KBO) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) | Adv. Pro. No. 20-51051 (KBO) |
| Defendants. | ) | |

## NOTICE OF REMOTE VIDEOTAPED DEPOSITION OF JASON CARTER

Please take notice that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 9014 and 7030, and Rule 7030-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Defendant Continental Casualty Company, by and through undersigned counsel, will take the deposition of Jason Carter on July 1, 2022 at 12:00 noon (EST). The deposition will continue from day to day until completed.

The deposition will be taken remotely by video link. The vendor will be U.S. Legal, 1-866-876-8757, www.uslegalsupport.com. The deposition will be taken before a notary public or other person authorized to administer oaths, and will be recorded by stenographic, audio, and video means. The deposition will be conducted according to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and any other applicable Court orders and/or agreements between the parties. All counsel of record are invited to attend and participate. Continental Casualty will provide all parties with details regarding how to access the video link.

| | |
|---|---|
| Dated: June 3, 2022 | **DLA PIPER LLP (US)** |
| **OF COUNSEL**: | */s/ Matthew P. Denn* <br> Matthew P. Denn (Bar No. 2985) |
| Brett Ingerman (admitted *pro hac vice*) <br> DLA PIPER LLP (US) <br> The Marbury building <br> 6225 Smith Avenue <br> Baltimore, MD 21209-3600 <br> 410.580.3000 <br> 410.580.3001 (Fax) <br> brett.ingerman@us.dlapiper.com | Matthew S. Sarna (Bar No. 6578) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801-1147 <br> 302.468.5700 <br> 302.394.2341 (Fax) <br> matthew.denn@us.dlapiper.com <br> matthew.sarna@us.dlapiper.com <br> <br> *Attorneys for Continental Casualty Company* |