## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) ) | Case No.: 20-11558 (KBO) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 20-51051 (KBO) |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL OF ONLY
## DEFENDANT ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

Plaintiff 24 Hour Fitness Worldwide, Inc. ("Plaintiff") and each of the named defendants above (collectively, "Defendants" and, together with Plaintiff, the "Parties") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to the above-captioned adversary proceeding (this "Adversary Proceeding") by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to dismiss *only* Defendant Endurance American Specialty Insurance Company ("Endurance") from this Adversary Proceeding, with Plaintiff and Endurance to bear its own attorney's fees and costs.

For the avoidance of doubt, this stipulation is only effective as to Endurance.  Plaintiff's claims shall proceed as pled against all other Defendants.

**IT IS SO STIPULATED.**

Respectfully submitted,

**REED SMITH LLP**

By:   /s/ Mark W. Eckard
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
(302) 778-7575 (Fax)
meckard@reedsmith.com

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
(415) 543-8700
(415) 391-8269 (Fax)
dweiss@reedsmith.com
cocarroll@reedsmith.com

*Counsel for Plaintiff 24 HOUR FITNESS WORLDWIDE, INC.*

/s/ Garvan F. McDaniel
Garvan F. McDaniel (No. 4167)
**HOGAN McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7596
(302) 656-7599 (Fax)
gfmcdaniel@dkhogan.com

*Counsel to the Defendants*

-and-

Benjamin W. Loveland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6641
benjamin.loveland@wilmerhale.com

Lauren R. Lifland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
lauren.lifland@wilmerhale.com

*Counsel to Endurance American Specialty Insurance Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101; incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*

-and-

Robert W. Fisher (admitted *pro hac vice)*
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, GA 30363
(404) 410-3150
robert.fisher@clydeco.us

*Counsel to Endurance American Specialty Insurance Company*

-and-

Stacey S. Farrell (admitted *pro hac vice*)
Marlie McDonnell (admitted *pro hac vice*)
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, Georgia 30363
(404) 410-3150
stacey.farrell@clydeco.us
marlie.mcdonnell@clydeco.us

*Counsel to Allianz Global Risks US Insurance Company*

-and-

Courtney E. Murphy (admitted *pro hac vice*)
Kyle M. Medley (admitted *pro hac vice*)
Adam S. Cohen (admitted *pro hac vice*)
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 471-6200
cmurphy@hinshawlaw.com

*Counsel to Starr Surplus Lines Insurance Company and Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101, incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"*

-and-

Matthew M. Burke (admitted *pro hac vice)*
**ROBINS KAPLAN LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
(617) 859-2711
mburke@robinkaplan.com

-and-

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
(617) 248-5000
dgooding@choate.com
jmarshall@choate.com
*Counsel to Liberty Mutual Fire Insurance Company*

-and-

Elizabeth Kniffen (admitted *pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
(612) 359-4261
ekniffen@zelle.com

*Counsel to QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*


_____/s/ Richard G. Haddad_____
Richard G. Haddad (admitted *pro hac vice*)
**OTTERBOURG, P.C.**
230 Park Avenue
New York, NY 10169-0075
(212) 661-9100
rhaddad@otterbourg.com

_____/s/ Michael Busenkell_____
Michael Busenkell (DE No. 3933)
**GELLERT   SCALI   BUSENKELL   &
BROWN, LLC**
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5812
mbusenkell@gsbblaw.com

*Counsel to Allied World National Assurance Company*