## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) Case No.: 20-11558 (KBO) |
| | ) |
| | ) (Jointly Administered) |
| Reorganized Debtors.[1] | ) |
| | ) |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 20-51051 (KBO) |
| | ) |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR VIDEO HEARING
## ON JUNE 14, 2022, AT 11:00 A.M. (EASTERN)[2]

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are 24 Hour Fitness USA, LLC (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 20-51051 (KBO).

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING MUST REGISTER THROUGH ZOOM**

**You must now register for the ZOOM call.  When registering, please copy and paste the below link to your browser.**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItdumtqTkqHyATl7XC4jNafoypFNCGha8

**After registering, you will receive a confirmation email containing information about joining.**

**PLEASE NOTE:  COURTCALL WILL NOT BE USED FOR THIS HEARING**

## I.    MATTERS GOING FORWARD

    1.    Discovery Dispute

        Related Documents:

        a.    Letter dated June 3, 2022, to the Honorable Karen B. Owens Regarding Discovery Dispute (the "Discovery Dispute Letter") from Matthew P. Denn, on behalf of Continental Casualty, Inc. ("CNA"), setting forth CNA's statement of the dispute and Plaintiff 24 Hour Fitness Worldwide, Inc.'s ("Plaintiff's") statement of the dispute [D.I. 164; Filed June 3, 2022]

        Objections / Responses Received:

        a.    n/a – Plaintiff's statement of the dispute is set forth in the Discovery Dispute Letter.

        Status: This matter is going forward.

Respectfully submitted,

**REED SMITH LLP**

Dated:  June 13, 2022                    By:       /s/ *Mark W. Eckard*
             Wilmington, Delaware                   Mark W. Eckard (No. 4542)
                                                    1201 North Market Street, Suite 1500
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 778-7500
                                                    Email:  meckard@reedsmith.com

                                                    *Counsel for 24 HOUR FITNESS WORLDWIDE, INC.*