# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11558 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) | Adv. Pro. No. 20-51051 (KBO) |
| Defendants. | ) | |

## AMENDED CERTIFICATION OF COUNSEL REGARDING FOURTH _AMENDED_ STIPULATED SCHEDULING ORDER

The undersigned counsel, as counsel for Continental Casualty Company in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby certifies as follows:

1. The parties to the Adversary Proceeding have conferred regarding the Adversary Proceeding's various deadlines and schedule and have entered into a Fourth _Amended_ Stipulated Scheduling Order.

2. Attached to this Certification of Counsel as **Exhibit A** is a proposed order (the "Proposed Order") approving the Fourth *Amended* Stipulated Scheduling Order, a copy of which is attached as Exhibit 1 to the Proposed Order.

**WHEREFORE**, Continental Casualty Company, on behalf of itself and the parties to the Fourth *Amended* Stipulated Scheduling Order, respectfully requests that the Court enter an order, substantially in the form of the Proposed Order, and grant such other and further relief as the Court deems just and proper.

Dated: June 13, 2022                                  Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Matthew S. Sarna*
Matthew P. Denn (Bar No. 2985)
Matthew S. Sarna (Bar No. 6578)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
302.468.5700
302.394.2341 (Fax)
Email: matthew.denn@us.dlapiper.com
         matthew.sarna@us.dlapiper.com

Brett Ingerman (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
The Marbury building
6225 Smith Avenue
Baltimore, MD 21209-3600
410.580.3000
410.580.3001 (Fax)
Email: brett.ingerman@us.dlapiper.com

*Attorneys for Continental Casualty Company*