# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.*, | ) ) | Case No.: 20-11558 (KBO) |
| | ) | |
| Debtors. | ) ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 20-51051 (KBO) |
| Defendants. | ) ) | |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on June 28, 2022, a copy of *Plaintiff's Second Set of Interrogatories to Defendant Allied World Assurance Company*, was served upon the following persons via email:

| | |
|---|---|
| James W. Bauer | Lauren Lifland |
| Taylor W. Davis | Wilmer Cutler Pickering Hale Dorr LLP |
| Robert W. Fisher | 7 World Trade Center |
| Clyde & Co US LLP | 250 Greenwich Street |
| 271 17th Street, NW, Suite 1720 | New York, NY 10007 |
| Atlanta, GA  30363 | 212-295-6305 |
| James.bauer@clydeco.us | lauren.lifland@wilmerhale.com |
| Robert.fisher@clydeco.us | |
| Taylor.davis@clydeco.us | |

Benjamin W. Loveland
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
617-526-6641
benjamin.loveland@wilmerhale.com

Garvan F. McDaniel
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
302-656-7540
gfmcdaniel@dkhogan.com

Jane E. Warring
Zelle LLP
1201 W. Peachtree Street NW
Suite 610
Atlanta, GA 30309
470-867-3040
jwarring@zelle.com

Dated: June 28, 2022

**REED SMITH LLP**

By: \_\_/s/ *Mark W. Eckard*_____
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: meckard@reedsmith.com

-and-

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email: dweiss@reedsmith.com
 cocarroll@reedsmith.com

**COUNSEL FOR PLAINTIFF 24 HOUR FITNESS WORLDWIDE, INC.**