# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>24 HOUR FITNESS WORLDWIDE, INC., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No.: 20-11558 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>    Defendants. | Adv. Proc. No. 20-51051 (KBO) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 28th day of July, 2022, a copy of Defendant Allied World National Assurance Company's Answers and Objections to Plaintiff's Second Set of Interrogatories was served upon the following parties via electronic mail.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

T. Connor O'Carroll, Esq.
David E. Weiss, Esq.
Elizabeth S. Bowman, Esq.
Nat Ocha, Esq.
Mandy M. Crawford
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cocarroll@reesmith.com
dweiss@reedsmith.com
ebowman@reedsmith.com
nochoa@reedsmith.com
mcrawford@reedsmith.com

Benjamin W. Loveland, Esq.
Lauren Lifland, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

Robert W. Fisher, Esq.
Marlie McDonnell, Esq.
Stacey Farrell, Esq.
Kimberly Groulx
Bethany Rock
Taylor Davis
James Bauer
CLYDE & CO US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Robert.Fisher@clydeco.us
Marlie.McDonnell@clydeco.us
Stacey.Farrell@clydeco.us
Kimberly.groulx@clydeco.us
Bethany.rock@clydeco.us
Taylor.davis@clydeco.us
James.Bauer@clydeco.us

Garvan F. McDaniel, Esq.
Gabrielle Durstein
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com
gdurstein@dkhogan.com

Matthew Denn, Esq.
Matthew Steven Sarna, Esq.
Staci Hudson
Brett Ingerman
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
matthew.denn@dlapiper.com
matthew.sarna@us.dlapiper.com
staci.hudson@dlapiper.com
brett.ingerman@dlapiper.com

Courtney E. Murphy, Esq.
Adam S. Cohen, Esq.
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
cmurphy@hinshawlaw.com
acohen@hinshawlaw.com

Elizabeth Kniffen, Esq.
Jonathan R. MacBride, Esq.
ZELLE LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
ekniffen@zelle.com
JMacBride@zelle.com

| | |
|---|---|
| Jonathan D. Marshall, Esq.<br>Douglas R. Gooding, Esq.<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>jmarshall@choate.com<br>dgooding@choate.com<br>sfaria@choate.com | Daniel H. Levi, Esq.<br>Jacqueline Matyszczyk<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>dlevi@paulweiss.com<br>jmatyszczyk@paulweiss.com |
| Calvin S. Whang, Esq.<br>Elizabeth M. Brockman, Esq.<br>Selman Law LLP<br>11766 Wilshire Boulevard, Sixth Floor<br>Los Angeles, CA 90025<br>cwhang@selmanlaw.com<br>ebrockman@selmanlaw.com | Costantino P. Suriano, Esq.<br>Deanna M. Manzo, Esq.<br>Brian Austin Westergom<br>Andrea Ortiz<br>MOUND COTTON WOLLAN & GREENGRASS LLP<br>One New York Plaza<br>One Water Street, 44th Floor<br>New York, NY 10004<br>csuriano@moundcotton.com<br>dmanzo@moundcotton.com<br>bwestergom@moundcotton.com<br>aortiz@moundcotton.com |
| Robinson & Cole LLP<br>Joel McNabney, Esq.<br>777 Brickell Avenue, Suite 680<br>Miami, FL 33131<br>jmcnabney@rc.com | Robinson & Cole LLP<br>Matthew Burke, Esq.<br>One Boston Place, 26th Floor<br>Boston, MA 02108<br>Mburke@rc.com |

Dated: July 29, 2022

         **GELLERT SCALI BUSENKELL & BROWN, LLC**

         /*s/ Michael Busenkell*
         Michael Busenkell (DE 3933)
         1201 N. Orange Street, Suite 300
         Wilmington, Delaware 19801
         Tel: (302) 425-5812
         Fax: (302) 425-5814
         Email: mbusenkell@gsbblaw.com

**OTTERBOURG P.C**.
Richard G. Haddad (*admitted pro hac vice*)
Andrew S. Halpern
230 Park Avenue
New York, New York 10169
Tel: (212) 661-9100
Fax: (212) 682-6104
E-mail: rhaddad@otterbourg.com

*Attorneys for Defendant Allied World National Assurance Company*