# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>       Debtors. | Chapter 11<br><br>Case No.: 20-11568 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>       Defendants. | Adv. Proc. No. 20-51051 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel hereby moves the admission *pro hac vice* of Elizabeth S. Bowman, Esquire of Reed Smith LLP to represent 24 Hour Fitness Worldwide, Inc. in this action.

| | |
|---|---|
| Dated:  August 25, 2022<br>       Wilmington, Delaware | By:   */s/ Mark W. Eckard*<br>      Mark W. Eckard (No. 4542)<br>      REED SMITH LLP<br>      1201 North Market Street, Suite 1500<br>      Wilmington, DE  19801<br>      Telephone:  (302) 778-7500<br>      E-mail:  meckard@reedsmith.com |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  August 25, 2022                    By:  */s/ Elizabeth S. Bowman*
                                                Elizabeth S. Bowman, Esq.
                                                REED SMITH LLP
                                                101 Second Street, Suite 1800
                                                San Francisco, CA  94105-3659
                                                Telephone:  (415) 543-8700
                                                Facsimile:  (415) 319-8269
                                                Email:  ebowman@reedsmith.com

**ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.