# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>        Debtors. | Chapter 11<br><br>Case No.: 20-11568 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>        Defendants. | Adv. Proc. No. 20-51051 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel hereby moves the admission *pro hac vice* of Natalie Ochoa, Esquire of Reed Smith LLP to represent 24 Hour Fitness Worldwide, Inc. in this action.

Dated: August 25, 2022
      Wilmington, Delaware

By: */s/ Mark W. Eckard*
     Mark W. Eckard (No. 4542)
     REED SMITH LLP
     1201 North Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     E-mail: meckard@reedsmith.com

- 2 -

#### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 25, 2022　　　　　　　　By: */s/ Natalie Ochoa*
　　　　　　　　　　　　　　　　　　　　　Natalie Ochoa, Esq.
　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　101 Second Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94105-3659
　　　　　　　　　　　　　　　　　　　　　Telephone:  (415) 543-8700
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (415) 319-8269
　　　　　　　　　　　　　　　　　　　　　Email:  nochoa@reedsmith.com

#### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Dated: August 25th, 2022　　　　　　　　**KAREN B. OWENS**
Wilmington, Delaware　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**