UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RS FIT NW LLC, ) | |
| ) | Case No. 20-11568 (KBO) |
| Debtor. ) | |
| ) | (Jointly Administered) |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | Adv. Pro. No. 20-51051 (KBO) |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE COMPANY; ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; ) | |
| ALLIED WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |

**ORDER APPROVING THE FIFTH AMENDED
STIPULATED SCHEDULING ORDER**

Upon consideration of the Fifth Amended Stipulated Scheduling Order filed on August 22, 2022 [Docket No. 181] (the "Stipulation"), submitted by the above-captioned parties, and the Certification of Counsel, and the Court having reviewed the Stipulation.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby APPROVED and shall constitute the Order of the Court.

1

2.  This Court shall retain jurisdiction over all matters arising from or related to the interpretation or enforcement of this Order.

**Dated: September 6th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**