# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| RS FIT NW LLC, ) | |
| ) | Case No.: 20-11558 (KBO) |
| Debtor. ) | |
| ) | (Jointly Administered) |
| _____ ) | |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | |
| ENDURANCE AMERICAN SPECIALTY ) | Adv. Proc. No. 20-51051 (KBO) |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE ) | |
| COMPANY; LIBERTY MUTUAL ) | |
| INSURANCE COMPANY; BEAZLEY- ) | |
| LLOYD'S SYNDICATES 2623/623; ALLIED ) | |
| WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on October 21, 2022, a copy of *Plaintiff's Expert Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(2)*, was served upon the following persons via email:

Lauren Lifland
Wilmer Cutler Pickering Hale Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-295-6305
lauren.lifland@wilmerhale.com

Benjamin W. Loveland
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
617-526-6641
benjamin.loveland@wilmerhale.com

Garvan F. McDaniel
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
302-656-7540
gfmcdaniel@dkhogan.com

Douglas R. Gooding
Jonathan D. Marshall
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
617-248-5000
dgooding@choate.com
jmarshall@choate.com

Stacey S. Farrell
Marlie McDonnell
Clyde & Co US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
404-410-3150
Stacey.farrell@clydeco.us
Marlie.mcdonnell@clydeco.us

Courtney E. Murphy
Kyle M. Medley
Adam S. Cohen
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022
212-471-6200
cmurphy@hinshawlaw.com
kmedley@hinshawlaw.com
acohen@hinshawlaw.com

Elizabeth V. Kniffen
Dennis Anderson
Zelle LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
612-336-9154 ekniffen@zelle.com
danderson@zelle.com

Michael Busenkell
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
302-425-5812
mbusenkell@gsbblaw.com

Richard G. Haddad
Otterbourg, P.C.
230 Park Avenue
New York, NY 10169-0075
212-661-9100
rhaddad@otterbourg.com

Matthew M. Burke
Robins Kaplan LLP
800 Boylston Street, Suite 2500
Boston, MA 02199
617-859-2711
mburke@robinkaplan.com

Matthew Denn
DLA Piper LLP
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
302-468-5700
matthew.denn@us.dlapiper.com

Brett Ingerman
DLA Piper LLP
6225 Smith Avenue
250 Greenwich Street
Baltimore, MD 21209-3600
brett.ingerman@dlapiper.com

Dated: October 25, 2022

                                      **REED SMITH LLP**

By:   /s/ *Mark W. Eckard*
      Mark W. Eckard (No. 4542)
      1201 North Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      Email: meckard@reedsmith.com

      -and-

      David E. Weiss (admitted *pro hac vice*)
      T. Connor O'Carroll (admitted *pro hac vice*)
      101 Second Street, Suite 1800
      San Francisco, CA 94105
      Telephone: (415) 543-8700
      Facsimile: (415) 391-8269
      Email: dweiss@reedsmith.com
            cocarroll@reedsmith.com

      **COUNSEL FOR PLAINTIFF 24 HOUR FITNESS WORLDWIDE, INC.**