# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RS FIT NW, LLC,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No.: 20-11558 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>　　　　Defendants. | Adv. Proc. No. 20-51051 (KBO) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 3rd day of November, 2022, a copy of *Defendant Allied World National Assurance Company's Supplemental Answers and Objections to Plaintiff's Second Set of Interrogatories* was served upon the following parties via electronic mail.

T. Connor O'Carroll, Esq.
David E. Weiss, Esq.
Elizabeth S. Bowman, Esq.
Nat Ocha, Esq.
Beth A. Gonshorowski. Esq.
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cocarroll@reesmith.com
dweiss@reedsmith.com
ebowman@reedsmith.com
nochoa@reedsmith.com
BGonshorowski@reedsmith.com

Benjamin W. Loveland, Esq.
Lauren Lifland, Esq.
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
benjamin.loveland@wilmerhale.com
lauren.lifland@wilmerhale.com

Marlie McDonnell, Esq.
Stacey Farrell, Esq.
CLYDE & CO US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
Marlie.McDonnell@clydeco.us
Stacey.Farrell@clydeco.us

Jonathan D. Marshall, Esq.
Douglas R. Gooding, Esq.
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
jmarshall@choate.com
dgooding@choate.com

Deanna M. Manzo, Esq.
Brian Austin Westergom, Eq.
MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza
One Water Street, 44th Floor
New York, NY 10004
dmanzo@moundcotton.com
bwestergom@moundcotton.com

Garvan F. McDaniel, Esq.
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

Matthew Burke, Esq.
ROBINSON & COLE LLP
One Boston Place, 26th Floor
Boston, MA 02108
Mburke@rc.com

Matthew Denn, Esq.
Brett Ingerman, Esq.
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
matthew.denn@dlapiper.com
brett.ingerman@dlapiper.com

Courtney E. Murphy, Esq.
HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
cmurphy@hinshawlaw.com

Elizabeth Kniffen, Esq.
David Anderson, Esq.
ZELLE LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN 55415
ekniffen@zelle.com
danderson@zelle.com

Dated: November 4, 2022

        **GELLERT SCALI BUSENKELL & BROWN, LLC**

        /s/ *Michael Busenkell*
        Michael Busenkell (DE 3933)
        1201 N. Orange Street, Suite 300
        Wilmington, Delaware 19801
        Tel: (302) 425-5812
        Fax: (302) 425-5814
        Mbusenkell@gsbblaw.com

        **OTTERBOURG P.C**.
        Richard G. Haddad (*admitted pro hac vice*)
        Andrew S. Halpern
        230 Park Avenue
        New York, New York 10169
        Tel: (212) 661-9100
        Fax: (212) 682-6104
        rhaddad@otterbourg.com
        ahalpern@otterbourg.com

        *Attorneys for Defendant Allied World National Assurance Company*