**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (KBO) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on November 23, 2022, a copy of (i) the *Expert Report of Dr. Alexis Sauer-Budge* and (ii) the *Expert Report of Dr. Allison L. Stock*, was served on behalf of the above-captioned defendants on the parties listed below via electronic mail:

1

Mark W. Eckard
REED SMITH LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801
Email: meckard@reedsmith.com

Elizabeth S. Bowman
Thomas Connor O'Carroll
Natalie Ochoa
David Weiss
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Email: ebowman@reedsmith.com
      cocarroll@reedsmith.com
      nochoa@reedsmith.com
      dweiss@reedsmith.com

Dated: November 23, 2022

| **OF COUNSEL:** | **DLA PIPER LLP (US)** |
|---|---|
| Brett Ingerman (admitted *pro hac vice*) | */s/ Matthew S. Sarna* |
| DLA PIPER LLP (US) | Matthew P. Denn (Bar No. 2985) |
| The Marbury Building | Matthew S. Sarna (Bar No. 6578) |
| 6225 Smith Avenue | 1201 North Market Street, Suite 2100 |
| Baltimore, MD 21209-3600 | Wilmington, DE 19801-1147 |
| 410.580.3000 | 302.468.5700 |
| 410.580.3001 (Fax) | 302.394.2341 (Fax) |
| brett.ingerman@us.dlapiper.com | matthew.denn@us.dlapiper.com |
|  | matthew.sarna@us.dlapiper.com |
|  | *Attorneys for Continental Casualty Company* |