IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>RS FIT NW LLC, )<br>)<br>Debtor. )<br>)<br>_____ )<br>)<br>24 HOUR FITNESS WORLDWIDE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONTINENTAL CASUALTY COMPANY; )<br>ENDURANCE AMERICAN SPECIALTY )<br>INSURANCE COMPANY; STARR SURPLUS )<br>LINES INSURANCE COMPANY; ALLIANZ )<br>GLOBAL RISKS US INSURANCE COMPANY; )<br>LIBERTY MUTUAL INSURANCE COMPANY; )<br>BEAZLEY-LLOYD'S SYNDICATES 2623/623; )<br>ALLIED WORLD NATIONAL ASSURANCE )<br>COMPANY; QBE SPECIALTY INSURANCE )<br>COMPANY; and GENERAL SECURITY )<br>INDEMNITY COMPANY OF ARIZONA, )<br>)<br>Defendants. )<br>_____ ) | Chapter 11<br><br>Case No. 20-11568 (KBO)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br><br><br>Adv. Pro. No. 20-51051 (KBO) |

**CERTIFICATION OF COUNSEL REGARDING SIXTH
AMENDED STIPULATED SCHEDULING ORDER**

I, Matthew S. Sarna, hereby certify as follows:

1. The parties in the above-captioned adversary proceeding, by and through their respective counsel, have entered into a Sixth Amended Stipulated Scheduling Order (the "Stipulation"), a copy of which is attached as Exhibit 1 to the Proposed Order (defined below), which modifies certain dates and deadlines set forth in the *Fifth Amended Stipulated Scheduling Order* [D.I. 181], as approved by this Court on September 6, 2022 [D.I. 196].

WHEREFORE, the undersigned respectfully requests that this Court approve the Stipulation and enter the proposed order attached hereto as **Exhibit A** (the "Proposed Order"), which has been approved by the parties, at the Court's earliest convenience.

Dated: December 22, 2022

| | |
|---|---|
| **OF COUNSEL**: | **DLA PIPER LLP (US)** |
| Brett Ingerman (admitted *pro hac vice*)<br>DLA PIPER LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>410.580.3000<br>410.580.3001 (Fax)<br>brett.ingerman@us.dlapiper.com | /s/ Matthew S. Sarna<br>Matthew P. Denn (Bar No. 2985)<br>Matthew S. Sarna (Bar No. 6578)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>302.468.5700<br>302.394.2341 (Fax)<br>matthew.denn@us.dlapiper.com<br>matthew.sarna@us.dlapiper.com<br><br>*Attorneys for Continental Casualty Company* |