# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| RS FIT NW LLC, ) | |
| ) | Case No.: 20-11558 (KBO) |
| Debtor. ) | |
| ) | (Jointly Administered) |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | |
| ENDURANCE AMERICAN SPECIALTY ) | Adv. Proc. No. 20-51051 (KBO) |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | **Re: Adv. DI 207** |
| GLOBAL RISKS US INSURANCE ) | |
| COMPANY; LIBERTY MUTUAL ) | |
| INSURANCE COMPANY; BEAZLEY- ) | |
| LLOYD'S SYNDICATES 2623/623; ALLIED ) | |
| WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the Plaintiff in the above-captioned case hereby withdraws the *Plaintiff's Deposition Notice to Expert Witness Dr. Allison Stock on February 6, 2023 at 9 am Pacific* (D.I. 207), filed December 22, 2022.

Dated:  December 22, 2022  Respectfully submitted,

**REED SMITH LLP**

By:   /s/ Mark W. Eckard
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
Email:  meckard@reedsmith.com


David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
Email:  dweiss@reedsmith.com
          cocarroll@reedsmith.com

Counsel for Plaintiff 24 HOUR FITNESS
WORLDWIDE, INC.