# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (KBO) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby certifies that on January 10, 2023, a copy of the *Responses and Objections to Plaintiff's Request for the Production of Documents to Defendant's Expert Witness Dr. Alexis Sauer-Budge* was served on behalf of expert witness Dr. Alexis Sauer-Budge and the above-captioned defendants on the parties listed below via electronic mail:

EAST\199921294.1

| | |
|---|---|
| Mark W. Eckard<br>REED SMITH LLP<br>1201 N. Market St., Suite 1500<br>Wilmington, DE 19801<br>Email: meckard@reedsmith.com | Elizabeth S. Bowman<br>Thomas Connor O'Carroll<br>Natalie Ochoa<br>David Weiss<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Email: ebowman@reedsmith.com<br>           cocarroll@reedsmith.com<br>           nochoa@reedsmith.com<br>           dweiss@reedsmith.com |

Dated: January 11, 2023

| | |
|---|---|
| **OF COUNSEL:** | **DLA PIPER LLP (US)** |
| Brett Ingerman (admitted *pro hac vice*)<br>DLA PIPER LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209-3600<br>410.580.3000<br>410.580.3001 (Fax)<br>brett.ingerman@us.dlapiper.com | */s/ Matthew S. Sarna*<br>R. Craig Martin (Bar No. 5032)<br>Matthew S. Sarna (Bar No. 6578)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801-1147<br>302.468.5700<br>302.394.2341 (Fax)<br>craig.martin@us.dlapiper.com<br>matthew.sarna@us.dlapiper.com<br><br>*Attorneys for Continental Casualty Company* |

EAST\199921294.1