IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **RS FIT NW LLC** ) | Case No. 20-11568 (KBO) |
| ) | |
| Debtor ) | |
| _____ ) | |
| ) | |
| 24 Hour Fitness Worldwide, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 20-51051 (TMH) |
| ) | |
| **Continental Casualty Company et al.** ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this 27th** day of March, 2023, **it is hereby ORDERED** that the above Chapter 11 adversary case is **REASSIGNED** to the **Honorable Thomas M. Horan** for all further proceedings and dispositions.[1]

_____
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.