# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (TMH) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING SEVENTH
## AMENDED STIPULATED SCHEDULING ORDER

I, Matthew S. Sarna, hereby certify as follows:

1. The parties in the above-captioned adversary proceeding, by and through their respective counsel, have entered into a Seventh Amended Stipulated Scheduling Order (the "Stipulation"), a copy of which is attached as Exhibit 1 to the Proposed Order (defined below), which modifies certain dates and deadlines set forth in the *Sixth Amended Stipulated Scheduling Order* [D.I. 206], as approved by this Court on December 27, 2022 [D.I. 211].

**WHEREFORE**, the undersigned respectfully requests that this Court approve the Stipulation and enter the proposed order attached hereto as **Exhibit A** (the "Proposed Order"), which has been approved by the parties, at the Court's earliest convenience.

Dated: April 7, 2023

<table>
<tr><td>

**OF COUNSEL**:

Brett Ingerman (admitted *pro hac vice*)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
410.580.3000
410.580.3001 (Fax)
brett.ingerman@us.dlapiper.com

</td><td>

**DLA PIPER LLP (US)**

*/s/ Matthew S. Sarna*
Matthew S. Sarna (Bar No. 6578)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
302.468.5700
302.394.2341 (Fax)
matthew.sarna@us.dlapiper.com

*Attorneys for Continental Casualty Company*

</td></tr>
</table>