# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> RS FIT NW LLC, ) <br> ) <br>               Debtor. ) <br> ) <br> _____ ) <br> ) <br> 24 HOUR FITNESS WORLDWIDE, INC., ) <br> ) <br>               Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> CONTINENTAL CASUALTY COMPANY; ) <br> ENDURANCE AMERICAN SPECIALTY ) <br> INSURANCE COMPANY; STARR SURPLUS ) <br> LINES INSURANCE COMPANY; ALLIANZ ) <br> GLOBAL RISKS US INSURANCE COMPANY; ) <br> LIBERTY MUTUAL INSURANCE COMPANY; ) <br> BEAZLEY-LLOYD'S SYNDICATES 2623/623; ) <br> ALLIED WORLD NATIONAL ASSURANCE ) <br> COMPANY; QBE SPECIALTY INSURANCE ) <br> COMPANY; and GENERAL SECURITY ) <br> INDEMNITY COMPANY OF ARIZONA, ) <br> ) <br>               Defendants. ) <br> _____ ) | Chapter 11 <br><br> Case No. 20-11568 (TMH) <br><br> (Jointly Administered) <br><br><br><br><br><br><br><br><br> Adv. Pro. No. 20-51051 (TMH) |

## NOTICE OF DEPOSITION OF EXPERT WITNESS AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to the *Seventh Amended Stipulated Scheduling Order* [Docket No. 220], as agreed upon by the above-captioned parties, Rules 9014 and 7030 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7030-1, defendant Continental Casualty Company, by and through its attorneys of record, shall take the deposition of Plaintiff 24 Hour Fitness Worldwide, Inc.'s expert

witness, Mercedes R. Carnethon, Ph.D. ("Dr. Carnethon") to testify in connection with the above-captioned adversary proceeding.

The deposition will commence at 9:30 a.m. (CT) on May 18, 2023[1] at the office of Reed Smith LLP, 10 South Wacker Drive, 40th Floor, Chicago, IL 60606-7507, and will continue from day to day until the deposition is completed. The deposition will proceed in person and via web-based video conferencing software, and will be recorded by stenographic and video means. The deposition is to be taken for the purposes of discovery, examination, cross-examination, perpetuation of testimony, and any and all purposes allowed by law. Continental Casualty Company will provide all parties with details regarding how to access the web-based video conferencing software no later than three (3) calendar days before the deposition is set to begin.

In connection with the deposition, Continental Casualty Company previously served its first set of requests for production of documents on Dr. Carnethon and Dr. Carnethon subsequently produced certain documents and objected to certain requests for production. In connection herewith, to the extent applicable, Dr. Carnethon shall supplement her production no later than seven (7) days prior to the deposition date listed above.

Dated: May 4, 2023

| **OF COUNSEL**: | **DLA PIPER LLP (US)** |
|---|---|
| Brett Ingerman (admitted *pro hac vice*) <br> DLA PIPER LLP (US) <br> The Marbury Building <br> 6225 Smith Avenue <br> Baltimore, MD 21209-3600 <br> 410.580.3000 <br> 410.580.3001 (Fax) <br> brett.ingerman@us.dlapiper.com | */s/ Matthew S. Sarna* <br> Matthew S. Sarna (Bar No. 6578) <br> 1201 North Market Street, Suite 2100 <br> Wilmington, DE 19801-1147 <br> 302.468.5700 <br> 302.394.2341 (Fax) <br> matthew.sarna@us.dlapiper.com <br><br> *Attorneys for Continental Casualty Company* |

---

[1] The Plaintiff and Defendant Continental Casualty have agreed to the date and time of this deposition.

EAST\203054868.1