**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (TMH) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

<u>**APPENDIX TABLE OF CONTENTS IN SUPPORT OF PROPERTY INSURER**</u>
<u>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED**</u>
<u>**MEMORANDUM OF LAW**</u>

Garvan F. McDaniel (No. 4167)
**HOGAN McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7596
(302) 656-7599 (Fax)
gfmcdaniel@dkhogan.com

Benjamin W. Loveland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6641
benjamin.loveland@wilmerhale.com

Lauren R. Lifland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
lauren.lifland@wilmerhale.com

*Counsel to Continental Casualty Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101; incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*

Matthew S. Sarna (Bar No. 6578)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
302.468.5700
302.394.2341 (Fax)
Email: matthew.sarna@us.dlapiper.com

Brett Ingerman (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
The Marbury building
6225 Smith Avenue
Baltimore, MD 21209-3600
410.580.3000
410.580.3001 (Fax)
Email: brett.ingerman@us.dlapiper.com

*Attorneys for Continental Casualty Company*

Michael Busenkell (DE No. 3933)
**GELLERT SCALI BUSENKELL & BROWN, LLC**
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5812
mbusenkell@gsbblaw.com

Richard G. Haddad (admitted *pro hac vice*)
**OTTERBOURG, P.C.**
230 Park Avenue
New York, NY 10169-0075
(212) 661-9100
rhaddad@otterbourg.com

Deanna M. Manzo (admitted *pro hac vice*)
**MOUND COTTON WOLLAN & GREENGRASS, LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 804-4200
dmanzo@moundcotton.com

*Counsel to Allied World National Assurance Company*

Marlie McDonnell (admitted *pro hac vice*)
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, GA 30363
(404) 410-3150
marlie.mcdonnell@clydeco.us

*Counsel to Allianz Global Risks US Insurance Company*

Courtney E. Murphy (admitted *pro hac vice*)
Kyle M. Medley (admitted *pro hac vice*)
Adam S. Cohen (admitted *pro hac vice*)
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 471-6200
cmurphy@hinshawlaw.com
*Counsel to Starr Surplus Lines Insurance Company and Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101, incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"*

Matthew M. Burke (admitted *pro hac vice)*
**ROBINSON & COLE LLP**
One Boston Place, 25th Floor
Boston, MA 02108
(617) 557-5996
mburke@rc.com

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
**CHOATE, HALL & STEWART LLP** Two International Place
Boston, MA 02110
(617) 248-5000
dgooding@choate.com
jmarshall@choate.com
*Counsel to Liberty Mutual Fire Insurance Company*

Elizabeth Kniffen (admitted *pro hac vice*)
Dennis Anderson (admitted *pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
(612) 359-4261
ekniffen@zellelaw.com
danderson@zellelaw.com

*Counsel to QBE Specialty Insurance
Company and General Security Indemnity Company of Arizona*

**TABLE OF CONTENTS**

| Exhibit No. | Description | Date | App. No. |
|---|---|---|---|
| A-1 | Policy No. USP000783190 issued by Allianz Global Risks US Insurance Company | 6/30/2019-6/30/2020 | A.0001-A.0065 |
| A-2 | Policy No. 0311-9178-1N issued by Allied World National Assurance Company | 6/30/2019-6/30/2020 | A.0066-A.0118 |
| A-3 | Policy No. W27C0A190101 issued by Certain Underwriters at Lloyd's, London | 6/30/2019-6/30/2020 | A.0119-A.0186 |
| A-4 | Policy No. 6013789648 issued by Continental Casualty Company | 6/30/2019-6/30/2020 | A.0187-A.0236 |
| A-5 | Policy No. AHAR11191-00 issued by QBE Specialty Insurance Company; Policy No. TR00202191601284 issued by General Security Indemnity Company of Arizona ("GSINDA") | 6/30/2019-6/30/2020 | A.0237-A.0320 |
| A-6 | Policy No. MJ2-L9L-433817-029 issued by Liberty Mutual Insurance Company | 6/30/2019-6/30/2020 | A.0321-A.0385 |
| A-7 | Policy No. SLSTPTY11203219 issued by Starr Surplus Lines Insurance Company | 6/30/2019-6/30/2020 | A.0386-A.0454 |
| A-8 | Declaration of Dr. Allison L. Stock and accompanying Expert Report attached as Exhibit A | 11/8/2023 | A.0455-A.0485 |
| A-9 | Excerpts from the Deposition of Dan Larson - 30(b)(6) | 4/28/2022 | A.0486-A.0492 |
| A-10 | Declaration of Dr. Alexis Sauer-Budge and accompanying Expert Report attached as Exhibit A | 11/8/2023 | A.0493-A.0595 |
| A-11 | Email from Melanie Radovich to Nicole Rodriguez, Jeremy Gottlieb, Matt Piro, Chris Schmidt, Kristin Smith, Charles Huff, and Andras Dallos RE: emergency deep clean question (Deposition of Jeremy Gottlieb, Exhibit 3) 24HF_Production_0151885-24HF_Production_0151886 | 3/12/2020 | A.0596-A.0598 |
| A-12 | Email from Matt Piro to Jason Carter, Meredith Klausner, Dan Larson, Tiffany Shugrue RE: Closed Club Cleaning Checklist_UPDATED | 5/5/2020 | A.0599-A.0601 |

| | | | |
|---|---|---|---|
| | (Deposition of Dan Larson, Exhibit 11) 24HF_Production_0034832- 24HF_Production_0034833 | | |
| A-13 | Email from Dan Larson to Jeremy Gottlieb RE: COVID-19 (Unconfirmed allegation) (Deposition of Dan Larson – 30(b)(6), Exhibit 7) 24HF_Production_0081994 | 3/13/2020 | A.0602-A.0603 |
| A-14 | Excerpts from the Deposition of Jeremy Gottlieb | 6/17/2022 | A.0604-A.0609 |
| A-15 | Claim Report (Deposition of Jeremy Gottlieb, Exhibit 2) 24HF_Production_0133850 | 3/24/2020 | A.0610-A.0611 |
| A-16 | Excerpts from the Deposition of Dr. Mercedes Carnethon | 8/16/2023 | A.0612-A.0626 |
| A-17 | Plaintiff's Expert Disclosure and accompanying Expert Report of Dr. Mercedes Carnethon attached as Exhibit A (Deposition of Dr. Mercedes Carnethon, Exhibit 1) | 10/21/2022 | A.0627-A.0714 |
| A-18 | Excerpts from the Deposition of Matthew Piro | 4/27/2022 | A.0715-A.0724 |
| A-19 | Excerpts from the Deposition of Dan Larson | 4/28/2022 | A.0725-A.0731 |
| A-20 | Email from Matt Piro to Jay Garcia, Matt Adame, Chris Schmidt, Beth Smits, Nicole Rodriguez, Melanie Radovich RE: 24 Hour Fitness Closures I KBS Notification (Deposition of Dan Larson – 30(b)(6), Exhibit 8) 24HF_Production_0195724 | 3/16/2020 | A.0732-A.0733 |
| A-21 | Excerpts from the Deposition of Jason Carter | 7/21/2022 | A.0734-A.0737 |
| A-22 | Plaintiff's Response to Defendants' First Set of Interrogatories | 7/14/2021 | A.0738-A.0772 |
| A-23 | Excerpts from the Deposition of Tony Ueber | 7/27/2022 | A.0773-A.0777 |
| A-24 | Plaintiff's Responses to Property Insurers' Requests For Information | 5/15/2020 | A.0778-A.0791 |
| A-25 | Email from Adam Vanderyacht to Jason Carter, Dan Larson RE: Club Reopening Corp Procedure & Club Reopening Checklist (Deposition of Dan Larson, Exhibit 7) 24HF_Production_0034026- 24HF_Production_0034030 | 4/9/2020 | A.0792-A.0797 |