IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) | Adv. Pro. No. 20-51051 (KBO) |
| Defendants. | ) | |

**PROPERTY INSURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

# EXHIBIT A-9

*Excerpts from the Deposition of Dan Larson - 30(b)(6)*
*(4/28/2022)*

A.0486

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

--o0o--

In Re                                Chapter 11

24 HOUR FITNESS WORLDWIDE,    Case No. 20-11558 (KBO)
INC., et al,

      Debtors.
_____/
24 HOUR FITNESS WORLDWIDE,
INC.,

      Plaintiff,
vs.

CONTINENTAL CASUALTY
COMPANY, et al.,
      Defendants.
_____/

DEPOSITION OF 24 HOUR FITNESS WORLDWIDE, INC.

by and through 30(b)(6) Witness DAN LARSON

Thursday, April 28, 2022

7:30 a.m. PST

U.S. Legal Support - Remote Videoconferencing

Wilmington, Delaware

STENOGRAPHICALLY REPORTED BY:

CARRIE HEWERDINE, RDR, CSR No. 4579

JOB #6135197

1      A    Well, based on the scheduled cleaning,
2   that was the timeframe that was provided to us from
3   the cleaning agency, as far as when we could return
4   to service after cleaning was complete.
5      Q    What evidence, if any, does the company
6   have that there was COVID on or at the Oregon
7   premises?
8           MR. O'CARROLL:  Objection to form.
9           THE WITNESS:  You know, there was COVID
10  within the -- all the communities that we operated
11  within.  Being deemed a world pandemic by the World
12  Health Organization, or WHO, we reasonably assumed
13  that COVID was in the club.
14  BY MR. HADDAD:
15     Q    Sir, I wasn't asking for your assumptions
16  for communities.  I was asking:  What evidence, if
17  any, does the company have that there was COVID on
18  or at the Oregon premises?
19          MR. O'CARROLL:  Objection to form.
20          THE WITNESS:  The reporting of the
21  positive from the member -- or team member.
22  BY MR. HADDAD:
23     Q    And that was just a presumption, correct?
24          MR. O'CARROLL:  Objection to form.
25          THE WITNESS:  That was the medical

```
 1  mark it as Exhibit 8.
 2                  (Deposition Exhibit No. 8
 3                  marked)
 4           MR. HADDAD:  It's Bates-stamped 24 HF
 5  195724.
 6           THE WITNESS:  I have Document M, as in
 7  Mary.
 8  BY MR. HADDAD:
 9      Q    That's a 3/16/2020 email at 10:50 p.m.,
10  correct?
11      A    Yes, that is what it shows.
12      Q    Prior to yesterday, had you ever seen this
13  document before?
14      A    Yes, I had.
15      Q    When did you see this document prior to
16  yesterday?
17           Let me rephrase that.
18           Did you see this in connection with
19  preparing for the deposition?
20      A    Yes, I did.
21      Q    And had you seen this in or about March of
22  2020?
23      A    I'm not on this email, so I don't recall
24  seeing this prior to.
25      Q    Okay.  Who's the KBS team referenced in
```

1   this email?
2        A    KBS was our third-party janitorial
3   contractor that we used for cleaning our clubs
4   nationally.
5        Q    Did they do every club?
6        A    To the best of my knowledge they did all
7   of our clubs, yes.
8        Q    Okay.  Do they still do your work?
9        A    KBS is no longer a vendor for 24 Hour
10  Fitness.
11       Q    When did KBS cease being a vendor?
12       A    I believe -- I don't have the exact date,
13  but it was -- I believe May -- April, May, June
14  timeframe of 2020.
15       Q    Are the recipients of this email, Jay
16  Garcia and Matt Adame, officers or senior people at
17  KBS?
18       A    They were the point of contacts for
19  24 Hour Fitness.  I don't know their titles.
20       Q    In the email that Mr. Piro sent he wrote,
21  quote, Please be advised that due to all of the gym
22  closures required by the government related to the
23  COVID-19 virus outbreak, all of our clubs will close
24  tonight at midnight, unquote.
25            Do you see that?

```
 1   You're correct.
 2            Let me rephrase the question.  Thank you.
 3   BY MR. HADDAD:
 4       Q    Sir, with respect to each of the items in
 5   Column N, titled "Second COVID Closure Date," was
 6   each facility that closed on the dates indicated
 7   closed as a result of a government order?
 8            MR. O'CARROLL:  Objection to form.
 9            THE WITNESS:  No, sir.
10   BY MR. HADDAD:
11       Q    Which ones were not closed pursuant to a
12   government order, Column N?
13       A    It looks like Clubs 870, 637, 573, 694,
14   208, 387, 673, 366, 658, and 676 were not closed for
15   government.  It was, according to the document, a
16   lease rejection.
17       Q    Other than lease rejections, were any of
18   the facilities that were closed under Column N on
19   the dates indicated under "Second COVID Closure
20   Date," closed for any reason other than government
21   orders?
22            MR. O'CARROLL:  Objection to form.
23            THE WITNESS:  Not to my knowledge.
24   BY MR. HADDAD:
25       Q    All right.  Now, I'd ask you to look at
```

1              REPORTER'S CERTIFICATE

2

3              I, CARRIE HEWERDINE, RDR, California

4    CSR No. 4579, Certified Shorthand Reporter, certify;

5              That the foregoing proceedings were taken

6    before me at the time and place therein set forth,

7    at which time the witness was put under oath by me;

8              That the testimony of the witness, the

9    questions propounded, and all objections and

10   statements made at the time of the examination were

11   recorded stenographically by me and were thereafter

12   transcribed;

13             That the foregoing is a true and correct

14   transcript of my shorthand notes so taken.

15             I further certify that I am not a relative

16   or employee of any attorney of the parties, nor

17   financially interested in the action.

18             I declare under penalty of perjury under

19   the laws of California that the foregoing is true

20   and correct.

21             Dated this 2nd day of May, 2022.

22

23             *[signature: Carrie Hewerdine]*

24   _____
                      CARRIE HEWERDINE, RDR
25    CA CSR No. 4579 / NV CCR No. 820 / NM CCR No. 521