IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (KBO) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PROPERTY INSURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

# EXHIBIT A-13

*Email from Dan Larson to Jeremy Gottlieb*
*RE: COVID-19 (Unconfirmed allegation)*
*(Deposition of Dan Larson – 30(b)(6), Exhibit 7)*
*24HF_Production_0081994*

A.0602

| | |
|---|---|
| **Message** | |
| **From:** | Dan Larson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8E09E4D1326642678C6940F83728CA63-DLARSON] |
| **Sent:** | 3/13/2020 9:35:23 PM |
| **To:** | Jeremy Gottlieb (JGottlieb@24hourfit.com) [JGottlieb@24hourfit.com] |
| **Subject:** | COVID-19 (Unconfirmed allegation) |

Hello Jeremy,

So far the handful of alleged COVID-19 cases that were reported by members to the clubs have not been substantiated.

One example I can call on was from our Livermore club where a member called stating that they had COVID-19 and shared that it was reported to the local health departments (2 since he had multiple residence). Between myself and LP we reached out to these health departments to verify the alleged situation. One stated that they couldn't share information with us even though we provided all of the personal information and the other stated that they are familiar with the caller, could not share details, but the concern is minimal and left the impression that they believe the person is an attention seeker.

By attempting to verify these allegations it prevented a knee-jerk reaction which may have caused undue stress and concern for our team members and members at this club. As well as unforeseen media coverage that may harm the 24 Hour Fitness brand.

**Dan Larson**
Environmental Health & Safety Manager | Risk Management
24 Hour Fitness USA, Inc.
12647 Alcosta Blvd
San Ramon, CA 94583
925.543.3232 voice
916.919.4470 mobile
760.710.0164 fax
24hourfitness.com | 24life.com

  

Proud Sponsor of the U.S. Olympic & Paralympic Teams

CONFIDENTIAL

EXHIBIT
007
Dan Larson
A.0603
04.28.22

24HF_Production_0001001