# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-11568 (KBO)<br><br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>                Defendants. | Adv. Pro. No. 20-51051 (KBO) |

**PROPERTY INSURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

# EXHIBIT A-14

*Excerpts from the Deposition of Jeremy Gottlieb*
*(6/17/2022)*

A.0604

Jeremy Gottlieb
June 17, 2022

```
                UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF DELAWARE
                           - - -

In re:                    :   Chapter 11
24 HOUR FITNESS           :   Case No. 20-1158(KBO)
WORLDWIDE, INC., et       :   (Jointly Administered)
al.,                      :
                          :
        Debtors.          :
_____:   _____
                          :
24 HOUR FITNESS           :
WORLDWIDE, INC.,          :
        Plaintiff,        :
                          :
                          :   Adv. Pro. No.
vs.                       :   20-51051(KBO)
                          :
CONTINENTAL CASUALTY      :
COMPANY; ENDURANCE        :
AMERICAN SPECIALTY        :
INSURANCE COMPANY;        :
STARR SURPLUS LINES       '
INSURANCE COMPANY;        :
ALLIANZ GLOBAL RISKS      :
US INSURANCE COMPANY;     :
LIBERTY MUTUAL            :
INSURANCE COMPANY;        :
BEAZLEY-LLOYD'S           :
SYNDICATES 2623/623;      :
ALLIED WORLD NATIONAL     :
ASSURANCE COMPANY;        :
QBE SPECIALTY             :
INSURANCE COMPANY;        :
and GENERAL SECURITY      :
INDEMNITY COMPANY OF      :
ARIZONA,                  :

        Defendants.
```

```
                              - - -
                  DEPOSITION OF JEREMY GOTTLIEB

                    FRIDAY, JUNE 17, 2022

                          12:03 P.M.
                              - - -
```

REPORTED BY:

Jean M. Walker, Court Reporter - Notary Public

APPEARING REMOTELY FROM CAMDEN COUNTY, NEW JERSEY

```
 1              Exhibit-2 for your deposition.
 2                      (Exhibit-2, remotely introduced
 3              and provided electronically to the
 4              reporter.)
 5    BY MR. DENN:
 6    Q.        Looking at this document, and I can tell
 7    you when it was provided to us, it was attached to
 8    the e-mail you just looked at.  Does this appear to
 9    be a claim report that was generated for you by
10    Natalie Peterson at 11:59 a.m. on March 24th, 2020?
11    A.        It appears so.
12    Q.        This would be a collection of the type of
13    incident reports that you and I were just discussing
14    a few minutes ago?
15    A.        That's correct.
16    Q.        What she has done, based on looking at
17    this document, is done a search from March 1st of
18    2020 to March 24th of 2020 of any incident reports
19    that contain corona, coronavirus, COVID or COVID-19?
20                      MR. O'CARROLL:  Objection to
21              form.
22                      THE WITNESS:  That's how it
23              appears on this document.
24    BY MR. DENN:
25    Q.        Okay.  She indicated, in the e-mail we
```

1         C E R T I F I C A T I O N
2
3              I, Jean M. Walker, do hereby
4         certify:
5              That prior to being examined,
6         the witness in the foregoing proceedings
7         was by me duly sworn to testify to the
8         truth, the whole truth, and nothing but
9         the truth;
10             That said proceedings were taken
11        remotely before me at the time and place
12        therein set forth and were taken down by
13        me in shorthand and thereafter transcribed
14        into typewriting under my direction and
15        supervision;
16             I further certify that I am
17        neither counsel for, nor related to, any
18        party to said proceedings, not in anywise
19        interested in the outcome thereof.
20             In witness thereof, I have
21        hereunto subscribed my name.
22
23   Dated:  June 17, 2022
24
25

Jeremy Gottlieb
June 17, 2022

1
2  _____/s/ Jean Walker_____
3            Court Reporter - Notary Public
4
5
6
7            (The foregoing certification of
8    this transcript does not apply to any
9    reproduction of the same by any means,
10   unless under the direct control and/or
11   supervision of the certifying reporter.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25