IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) | Adv. Pro. No. 20-51051 (KBO) |
| Defendants. | ) | |

**PROPERTY INSURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

# EXHIBIT A-15

*Claim Report*
*(Deposition of Jeremy Gottlieb, Exhibit 2)*
*24HF_Production_0133850*

A.0610

Claim Report

**Generated By:**
Natalie Peterson
24 Hour Fitness
3/24/2020 11:59 AM

Filtered By:
Show: All claims
Date Field: Date of Loss equals Custom (3/1/2020 to 3/24/2020)
Intake Record Status not equal to In Progress
AND Describe of Event contains corona,coronavirus,covid,covid-19

| Claim: Claim Number | Intake Type | Date of Loss | Property Name | Claimant Name | Describe of Event |
|---|---|---|---|---|---|
| 20-0317763 | Member/Guest Behavioral Issue or Altercation | 3/8/2020 | 515 Vallejo - CA | N/A, N/A | JEREMIAH BELL reported being harassed by a man while in the Jacuzzi area. Made comments about Bell's sexuality and about Bell giving him the coronavirus. He was wearing black shorts w/ red feathers on it and had a blue bag. |
| 20-0318207 | Member Injury or Medical Issue | 3/8/2020 | 0645 Whippany Super Sport | Dave, Dhuvin | Dhuvin came into our facility last on 3/8/2020 and on 3/11 was tested positive for COVID-19. |
| 20-0318037 | Member Injury or Medical Issue | 3/10/2020 | 0727 Madison Sqr Park Ultra - NY | Thomas, Loyola | Member called and stated that her boyfriend had been at a party Friday night, he then fell sick. She saw him on Sunday, then she felt sick yesterday (Thursday). Turns out that a person at the party tested positive for Coronavirus, the boyfriend and her... |
| 20-0318177 | Business Interruption / Facility | 3/11/2020 | 0927 La Costa SS - CA | - | KCA Alexandra Mccain is feeling sick and self-quarantined after learning that her boyfriend may have COVID-19. He is awaiting testing, and she'll be testing within the next 48 hours. She was with him last Sunday and worked 3 days later on Wednesday. S... |
| 20-0317993 | Member Injury or Medical Issue | 3/12/2020 | 0641 Ramsey Super Sport | Eisenberg, Brian | One of our members named Brian Eisenberg (MBR00853451) called the club moments ago to inform us that he has tested positive for the COVID-19 virus. He was recently in our club Monday and Tuesday morning between 6am to 8am on both days. He believes he con... |
| 20-0318043 | Member/Guest Behavioral Issue or Altercation | 3/12/2020 | 0392 Bingle - TX | Tucker, Lawrence | Tucker Lawrence, called the club at 9:16pm informing the SE he was calling from Lab Corp, and that his name was frank, and was calling from Lab corp. Was notifying the team member that they had one of our members tested for the corona virus and tested po... |
| 20-0318144 | Member Injury or Medical Issue | 3/12/2020 | 0668 Boulder Iris Street SS - CO | Gunning, Jay | Jay trained at our club and has had two of his coworkers test positive for COVID-19 |
| 20-0318049 | Business Interruption / Facility | 3/13/2020 | 0960 Vancouver Super Sport- WA | - | Personal Trainer Kimberly O'Neal, was notified today that her client Donna Anderson has been exposed to the Corona Virus (although has not been diagnosed with the virus). The member who was potentially exposed last trained with Kimberly on March 7, 2020. |
| 20-0318093 | Member Injury or Medical Issue | 3/13/2020 | 0539 Ocean Avenue Super Sport-CA | Poon, Theresa | Club member Theresa Poon was notified that she had been exposed to Covid-19 off site last week during an interview. The time after the interview and before she was notified she was exposed she had had a training session on Saturday 3/07/2020 at 11am at 2... |
| 20-0318123 | Business Interruption / Facility | 3/13/2020 | 0562 NW Portland - OR | - | FM getting tested for Corona virus |
| 20-0318171 | Member Injury or Medical Issue | 3/13/2020 | 0955 Hollywood Super Sport - OR | fobi, brian | Team member Brandon Mulhall a personal trainer received a text message from a client that "three of the DR. he works with have been tested positive for Covid-19 and will be in a 2 week quarantine." This member is now in a 2 week quarantine and trained tw... |
| 20-0318085 | Member Injury or Medical Issue | 3/14/2020 | 0393 Frisco Sport - TX | Long, Michelle | AGM Michelle and GM Paul Kibbe are both out with symptoms that are in line with Coronavirus. Michelle has gone to the doctor and they will not test for the virus on her but was told to self quarantine. Both Paul and Michelle were at the club earlier in... |
| 20-0318088 | Member Injury or Medical Issue | 3/14/2020 | 0673 Firethorne Super Sport | Machado, Adriana | Husband Of Adriana (Marcos Machado) came in and told front desk that he needed to cancel his and his wife Adriana's membership because she was in quarantine with the Corona Virus. |
| 20-0318120 | Member/Guest Behavioral Issue or Altercation | 3/14/2020 | 0301 Gulf Freeway - TX | adams, Raymond | Raymond, was screaming corona virus over and over and he walked passed me and went upstairs. I went upstairs with Jessie, and we both tried to explain to him about the check in process. Jessie, tried to shake his hand, but he did not shake Jessie's han... |
| 20-0318135 | Member Injury or Medical Issue | 3/15/2020 | 0845 San Clemente SS - CA | Unknown, Unknown | A member called into the club to ask what we were doing to keep the GX areas clean because a member she knows was just diagnosed with Coronavirus and taken to the hospital at Camp Pendleton. I confirmed with the caller that he is in fact a member who use... |
| 20-0318140 | Member Injury or Medical Issue | 3/15/2020 | 0435 Sutter-Montgomery SS - CA | unknown member, unknown member | Member called in and is quarantine for COVID-19. Member does not want to display name but, wanted to give the club a warning as they were working out in our club |
| 20-0318145 | Business Interruption / Facility | 3/15/2020 | 0431 Taylorsville - UT | - | Received a phone call from Elena Asparouhova, concerned about the recent spread of Covid-19. She said she was a member of the Zumba community and did not approve of us remaining open and not canceling any of our Group X classes. She mentioned she had tak... |
| 20-0318164 | Business Interruption / Facility | 3/16/2020 | 0616 Paramus SS - NJ | - | Coronavirus Modification of Club Operating Hours to 11am to 7pm, Monday through Sunday |
| 20-0318165 | Business Interruption / Facility | 3/16/2020 | 0285 Jersey City Sport- NJ | - | Gym is being closed via executive order of Jersey City Mayor Steven Fulop and Hudson County OEM due to COVid-19. |
| 20-0318169 | Member Injury or Medical Issue | 3/16/2020 | 0731 Scarsdale Central Park Ave | Anonymous, Anonymous | I received a phone call from a private number asking to speak to a manager. The person claimed that they were a member at our club and have been tested positive for COVID-19. I asked if they wanted to put their membership on freeze but they said they w... |
| 20-0318181 | Business Interruption / Facility | 3/16/2020 | 0929 Woodland Hills Topanga SS - CA | - | Club Closure due to COVID-19 |
| 20-0318185 | Business Interruption / Facility | 3/16/2020 | 0681 N. Richland Hills Sport - TX | - | To my understand there has been 6 people that have tested positive for COVID-19 virus. This building has at least 1500 employees. Majority of the gyms daily traffic comes from Santander. |
| 20-0318191 | Business Interruption / Facility | 3/16/2020 | 0645 Whippany Super Sport | - | STATE MANDATED COVID-19 CLOSURE |
| 20-0318193 | Business Interruption / Facility | 3/16/2020 | 0643 Wayne Town Center SS - NJ | - | gym closure corona virus |
| 20-0318205 | Member Injury or Medical Issue | 3/16/2020 | 0727 Madison Sqr Park Ultra - NY | Thomas, Loyola | Personal Training client informed her personal trainer that she has contracted COVID19 |
| 20-0318206 | Member Injury or Medical Issue | 3/16/2020 | 0427 Gladstone | Haslam, Rainger | Rainger called in not feeling well on Monday 3/16. On 3/17 approximately 12:00pm I called Rainger to check in on him he notified me he is being tested for COVID-19 tomorrow (3/18) |
| 20-0318216 | Member Injury or Medical Issue | 3/20/2020 | 0561 Beaverton - OR | Horn, Jon | Jon's roommate reported to him on Friday that he had direct contact with a confirmed positive COVID individual. With 2/4 of his roommates now having 'dry cough' he will be staying home. |

**Grand Totals (27 records)**

Confidential Information - Do Not Distribute
Copyright (c) 2000-2020 salesforce.com, inc. All rights reserved.


EXHIBIT-2
JEREMY GOTTLIEB
A.0611
06/17/2022