# Exhibit A
# Curriculum Vitae for Mercedes R. Carnethon, Ph.D.

October 6, 2022

# Mercedes R. Carnethon, Ph.D., FAHA

Business Address:     680 N Lake Shore Drive, Suite 1400
                      Chicago, IL 60611

Business Phone:       (312) 503-4479
Email:                carnethon@northwestern.edu

## EDUCATION

| Date Awarded | Institution (Location) | Degree | Discipline |
|---|---|---|---|
| June 1996 | Stanford University (Palo Alto, CA) | A.B. (w/ honors) | Human Biology |
| Dec 1998 | University of North Carolina at Chapel Hill (Chapel Hill, NC) | MSPH | Epidemiology |
| Dec 2000 | University of North Carolina at Chapel Hill (Chapel Hill, NC) | Ph.D. | Epidemiology |

## TRAINING

### Postdoctoral Training

| Dates | Institution (Location) | Title | Field |
|---|---|---|---|
| **2000-2002** | Stanford University School of Medicine, Stanford Prevention Research Center (Palo Alto, CA) | Postdoctoral Fellow | Cardiovascular Disease Epidemiology and Prevention |

### Leadership Training

| Dates | Institution |
|---|---|
| 2007-2008 | Management Skills for Innovative University Leaders by the Kellogg School of Management at Northwestern University |
| 2013-2014 | Executive Leadership in Academic Medicine (ELAM), Drexel University College of Medicine |
| 2015-2016 | Committee on Institutional Cooperation (now BIG Ten Academic Alliance) Academic Leadership Program |

## LICENSURE / CERTIFICATION
N/A

## ACADEMIC APPOINTMENTS

| Dates | Title | Institution | Department |
|---|---|---|---|
| **2019** | Professor | Feinberg School of Medicine, Northwestern University | Medicine (Pulmonology and Critical Care) |
| **2018** | Mary Harris Thompson (endowed professorship) | | Preventive Medicine |
| **2018** | Professor | Feinberg School of Medicine, Northwestern University | Preventive Medicine |
| **2010-2018** | Associate Professor | Feinberg School of Medicine, Northwestern University | Preventive Medicine |
| **2002-2010** | Assistant Professor | Feinberg School of Medicine, Northwestern University | Preventive Medicine |

### Administrative appointments

Page | 1

| | |
|---|---|
| 2009-2013 | Director, Master of Science in Epidemiology and Biostatistics, Program in Public Health, Feinberg School of Medicine, Northwestern University |
| 2010-2014 | Associate Chair for Faculty Development and Mentoring, Department of Preventive Medicine, Feinberg School of Medicine, Northwestern University |
| 2012-2019 | Director, Division of Epidemiology, Department of Preventive Medicine, Feinberg School of Medicine, Northwestern University |
| 2014-Present | Vice Chair, Department of Preventive Medicine |
| 2020-Present | Co-Director, Center on Education and Career Development, Northwestern University Clinical and Translational Sciences (NUCATS) Institute |

## HONORS AND AWARDS

### A. Elected Society Memberships

| | |
|---|---|
| 2001 | Delta Omega, the Honorary Public Health Society, University of North Carolina at Chapel Hill School of Public Health, Theta Chapter |
| 2006 | American Heart Association (AHA) Council on Epidemiology and Prevention and Council on Lifestyle Medicine (FAHA) |
| 2012 | Fellow, Institute of Medicine Chicago (IOM-Chicago) |

### B. International/National/Regional

| | |
|---|---|
| 2002 | Finalist, Jeremiah and Rose Stamler Award for New Investigators at the American Heart Association Council on Epidemiology Annual Meeting, Honolulu HI |
| 2002 | First prize poster, Society for Epidemiologic Research Annual Meeting, Palm Desert, CA |
| 2008 | Kaiser Permanente Division of Research Outstanding Paper Award: "A 20 Year Prospective Study of Childbearing and Incidence of Diabetes in Young Women: CARDIA" Published in Diabetes. Lead author: Erica P. Gunderson (Role = Co-author) |
| 2011 | Special Recognition Award, Council on Epidemiology and Prevention, American Heart Association, Scientific Sessions 2011 |
| 2022 | Commencement keynote speaker at the University of Pittsburgh Institute for Clinical Research and Education graduation ceremony |

### C. University

| | |
|---|---|
| 1996 | Graduation speaker, Program in Human Biology, Stanford University |
| 2001 | Katherine McCormick Fund for women, Stanford University School of Medicine, Travel Award |
| 2014 | Outstanding Service Award, The Graduate School, Northwestern University |
| 2018 | Feinberg School of Medicine, Faculty Mentor of the Year |

## INSTITUTIONAL SERVICE (Committees, Councils, Task Forces)

### A. University

| | |
|---|---|
| 2007-2009 | One Northwestern, Faculty Committee |
| 2010-2011 | Search Committee for Dean of Feinberg School of Medicine, Northwestern University |
| 2011-2013 | University Diversity Council, Committee on Faculty Recruitment (Co-Chair) |
| 2012-2013 | Search Committee for Chair of Neurosurgery |
| 2014-2015 | Search Committee for Chair of Pediatrics |
| 2016 | Search Committee for Director of the Institute for Public Health and Medicine |
| 2013-2018 | University Diversity Council |
| 2015-2019 | Excellence in Diversity Committee |
| 2015-2017 | Faculty Mentoring Initiative Committee |
| 2016-2017 | Search Committee for Chair of Pediatric Psychiatry |
| 2016-Present | Provost's Council on Women |
| 2016-2018 | Provost's Council on Women, Subcommittee Chair Faculty Development and Mentoring |

A.0658

| | |
|---|---|
| 2020 | Search Committee for Chair of Pediatrics |
| 2022 | Search Committee for the Chair of the Department of Medical Social Sciences |

**B. School**

| | |
|---|---|
| 2003– 2004 | Liaison Committee on Medical Education, Faculty Committee.  Medical school accreditation committee. |
| 2005-2008 | Obesity Research Center Initiative Steering Committee |
| 2012- Present | Mentor training workshop facilitator, Northwestern University Clinical and Translational Science Institute |
| 2013- 2014 | Program Lead, Program on Epidemiologic Approaches to Behavior Change, Center for Behavior and Health, Institute for Public Health and Medicine |
| 2014- 2016 | Steering Committee Patient Centered Outcomes Training Award, Department of Medical Social Sciences (MSS) |
| 2014- Present | Steering Committee KL2 (junior faculty) and TL1 (postdoctoral fellow) award, Northwestern University Clinical and Translational Science (NUCATS) Institute |
| 2015- Present | Steering Committee Office of Diversity and Inclusion |
| 2016 | Grant Review NUCATS KL2 Awards |
| 2017 | Grant reviewer, Institute for Public Health and Medicine (IPHAM) Center for Bioethics |
| 2017 | Vascular Surgery Postdoctoral Training Program, Steering Committee |
| 2018- Present | Steering Committee, NW University Program in Endocrinology, Diabetes and Hormone Action (T32 DK007169, PI: Bass) |
| 2018-Present | General Internal Medicine Fellowship, Leadership Committee |
| 2018-2019 | Task Force on Diversity Recruiting, Hiring and Promotions |
| 2018-2019 | Appointments Promotion and Tenure Committee Feinberg School of Medicine |
| 2020-Present | Associate Chair, Appointments, Promotion and Tenure Committee, Feinberg School of Medicine |

**C. Department**

| | |
|---|---|
| 2002 –2004 | Masters of Public Health Program, Curriculum Committee |
| 2002 –2004 | Masters of Public Health Program, Diversity Committee |
| 2004 –2008 | Masters of Public Health Program, Diversity Committee (Chair) |
| 2006 –2009 | Masters of Public Health Program, Delta Omega Honorary Public Health Society, Beta Eta Chapter (Secretary) |
| 2006 –2009 | Masters of Science in Epidemiology and Biostatistics Advisory Committee |
| 2009 - Present | Program in Public Health Diversity Committee (Member) |
| 2009 -2011 | Program in Public Health Curriculum Committee (Chair) |
| 2009-Present | Program in Public Health, Delta Omega Honorary Public Health Society, Beta Eta Chapter (Secretary) |
| 2018- | Internal Advisory Committee, Multidisciplinary Training Program in Digital Mental Health (T32 MH115882 PI: Mohr) |
| 2019- | Department Wellness Committee |

## PUBLIC/COMMUNITY SERVICE

| | |
|---|---|
| 2012- Present | Steering Committee, Northwestern Medicine Scholars Partnership with George Westinghouse High School |
| 2012 | Program Co-Chair, Summer Cardiology Curriculum for Northwestern Medicine Scholars |
| 2016 | Program Chair, Summer Public Health Advocacy Curriculum for Northwestern Medicine Scholars Partnership |
| 2017-2019 | Youth T-Ball Coach, Hyde Park Kenwood Legends |
| 2019- | Assistant Coach, Track and Field, the Frances Xavier Warde School |

A.0659

| 2020-2022 | Health Task Team Member, The Frances Xavier Warde School |

## PARTICIPATION IN PROFESSIONAL SOCIETIES AND EXTRAMURAL ORGANIZATIONS

### A. Professional Society Memberships

| | |
|---|---|
| 2003 - 2008 | Epidemiology Liaison, AHA Council on Nutrition, Physical Activity and Metabolism, Committee on Nutrition |
| 2003 - 2006 | AHA Council on NPAM representative, Industry Nutrition Advisory Panel (Member) |
| 2003 - 2009 | American Heart Association, Council on Epidemiology and Prevention, Committee on Minorities |
| 2005 - 2007 | American Diabetes Association Spring Program Committee Council on Epidemiology and Statistics |
| 2008 - 2010 | AHA Council on Epidemiology and Prevention Statistics Committee |
| 2009 - 2011 | AHA Science Advisory Coordinating Committee |
| 2009 - 2011 | AHA Executive Database Steering Committee |
| 2006 - 2011 | AHA Council on Epidemiology and Prevention Leadership Committee |
| 2010 - 2011 | AHA Committee for Scientific Sessions Program |
| 2010 - 2013 | National Institutes of Health (NIH), Sleep Disorders Research Advisory Board Member |
| 2011 - 2012 | AHA Research Committee |
| 2011- 2016 | AHA Midwest Research Council |
| 2011 - 2015 | AHA Council on Nutrition, Physical Activity and Metabolism, Physical Activity Committee |
| 2011 - 2013 | AHA Council on Nutrition, Physical Activity and Metabolism, Leadership Committee |
| 2012 – Present | Sleep Medicine Society, Associated Professional Sleep Societies |
| 2014 – 2015 | American Association of Medical Colleges (AAMC), Planning Committee for Minority Midcareer Faculty Development Workshop |
| 2014- 2016 | AHA Mission Metrics Committee |
| 2014- 2016 | AHA Worksite Wellness Steering Committee |
| 2015- 2016 | AHA Diversity Leadership Committee |
| 2014- 2017 | AAMC Planning Committee for the Early Career Faculty Development Workshop |
| 2014- Present | AHA Strategically Focused Research Network Steering Committee |
| 2015- 2019 | AHA Council on Epidemiology and Prevention, Nominating Committee |
| 2016- 2018 | AHA Council on Epidemiology and Lifestyle, Lifelong Learning Program Committee |
| 2016- 2018 | AHA Research Committee, Funding Subcommittee |
| 2018- Present | AHA Women in Science and Medicine Task Force |
| 2017- Present | AHA Council on Lifestyle, Obesity Subcommittee |
| 2019- 2020 | AHA Diversity Research Pipeline Task Force |
| 2019- Present | Chicago Metropolitan Board of the American Heart Association |
| 2021- | Member, NHLBI Board of Scientific Counselors |

### B. Leadership and Service (leadership positions held, committee service, etc.)

| | |
|---|---|
| 2006 - 2008 | Vice Chair, AHA Interdisciplinary Council on Prevention |
| 2007 - 2010 | Chair, Physical Activity/Anthropometry Committee, HCHS/SOL |
| 2008 - 2011 | Chair, AHA Interdisciplinary Council on Prevention |
| 2008 - 2011 | Chair, AHA Council on Epidemiology and Prevention Publishing Committee |
| 2009 - 2016 | Co-Chair, Diabetes and Obesity working group, CARDIA Study |
| 2016- 2018 | Observational Studies Monitoring Board, SEARCH for Diabetes in Youth Study, NIDDK |
| 2018- 2019 | Chairperson, Observational Studies Monitoring Board, SEARCH for Diabetes in Youth Study |
| 2013 - 2018 | Co-Chair Diabetes and Obesity Working Group, Jackson Heart Study |
| 2019- 2021 | Vice Chair, AHA Council on Lifestyle, Obesity Subcommittee |
| 2021- | Chair, AHA Council on Lifestyle, Obesity Subcommittee |
| 2022- | Board President, Chicago Metropolitan Board of the American Heart Association |
| 2022- | Vice Chair, AHA Council on Epidemiology and Prevention |

C. **Other Professional Service**

| | |
|---|---|
| 2012- Present | External Advisory Board, Cardiovascular Epidemiology Training Grant (T32HL007055 PI: Rosamond) |
| 2017- Present | External Advisory Board, Cardiovascular Disease Epidemiology & Prevention (T32HL007779 PI: Folsom) |
| 2018 | NIH/NHLBI Workshop to Promote Diversity Training and Initiatives, Invited Speaker |
| 2018 | External Evaluation Panel, Treatment Options for type 2 Diabetes in Adolescents and Young Adults (TODAY) Study |
| 2020 | NIH/NHLBI Search Committee for the Director of the Jackson Heart Study |
| 2021 | NIH/NEI Ad Hoc Review for Intramural Faculty |

## EDITORIAL AND MANUSCRIPT REVIEW RESPONSIBILITIES
### Editorial Responsibilities

| | |
|---|---|
| 2014 | Associate Editor, *Current Nutrition Reports* |
| 2011 - 2016 | Guest Editor, *Circulation: Journal of the American Heart Association* |
| 2016 – 2017 | Editorial Board (Associate Editor), *Circulation: Journal of the American Heart Association* |
| 2019- | Associate Editor, *Circulation: Journal of the American Heart Association* |
| 2020- | Guest Editor-in-Chief, *Circulation*. Special Issue on Disparities in Cardiovascular Diseases |
| 2022- | Guest Editor-in-Chief, Circulation. Special issue on heart disease in women |

### Ad Hoc Manuscript Review

American Journal of Epidemiology; American Journal of Cardiology; American Journal of Preventive Medicine; Journal of Human Hypertension; Annals of Epidemiology; Annals of Internal Medicine; Archives of Internal Medicine/ JAMA-Internal Medicine; Circulation; Diabetes; Diabetes Care; Diabetologia; Health Education Research; Journal of Adolescent Health; Journal of the American College of Cardiology; Journal of the American Medical Association (JAMA); Obesity; Obesity Research; Psychosomatic Medicine; Journal of Diabetes; New England Journal of Medicine; Journal of Physical Activity and Public Health; JAMA-Cardiology; Journal of Sleep Medicine; Journal of Diabetes Complications; PLOS One; Sleep Health; Sleep Medicine; Sleep; Frontiers in Public Health

## GRANT REVIEW RESPONSIBILITIES

| | |
|---|---|
| 2004 | Canadian Foundation for Innovation (ad hoc review) |
| 2006 | South African Foundation for Medical Research (ad hoc review) |
| 2006 | Yale University Clinical Research Grant Programs (ad hoc review) |
| 2007 | National Heart Lung and Blood Institute/National Institutes of Health (NHLBI/NIH) Special Contract Review |
| 2009 | NIH American Re-investment and Recovery Act (ARRA) Grant Review (Stage 1 review) |
| 2010 | NIH/Center for Scientific Review (CSR) Kidney, Nutrition, Obesity and Diabetes/ Cardiovascular and Sleep Epidemiology Conflict Special Emphasis Panel (February) |
| 2010 | Kidney Nutrition Obesity and Diabetes, at-large member (June 2010) |
| 2010-2014 | AHA Grant Review, Genomics Translational Biology and Observational Epidemiology (GTOE) Review Panel, member |
| 2014 | AHA Grant Review, GTOE Review Panel, Co-Chair of Review Panel |
| 2014-2018 | NIH Center for Scientific Review, Kidney Nutrition Obesity and Diabetes (KNOD), standing member |
| 2015-2017 | NIH/NHLBI Sponsored Mentored Career Development Awards to Promote Diversity, Ad hoc review in 2015 (July), 2017 (March and July) |
| 2018-2019 | NIH Center for Scientific Review Kidney Nutrition Obesity and Diabetes (KNOD), Chairperson |
| 2020 | NIH Special Emphasis Panel Disparities Elimination through Coordinated Interventions to Prevent and Control heart and Lung Disease Risk (DECIPHER) |

A.0661

| 2020 | Centers for Disease Control and Prevention DP20-002 Natural Experiments of the Impact of Population-targeted Policies to Prevent Type 2 Diabetes and Diabetes Complications |
| 2021 | Mobile technology interventions to reduce disparities, Ad Hoc Review NIH, Chairperson |

**GRANT AWARDS**
   **A.  Current**

| Agency: | NIH/NHLBI |
| ID#: | 1R01HL125423-01A1 |
| Title: | *Determinants and Cardiovascular Consequences of Disparities in Sleep and Circadian Rhythms between black and white adults* |
| Principal Investigator: | Carnethon, M (contact)/ Knutson KL |
| Role on project: | MPI |
| Percent effort: | 20% |
| Project period: | 08/01/2020-03/31/2024 |

| Agency: | NIH/ NHLBI |
| ID#: | U01HL146408 |
| Title: | *The American Lung Association (ALA) Lung Health Cohort* |
| Principal Investigator: | Kalhan R (contact), Washko G, **Carnethon M** and Sugar E |
| Role on project: | MPI |
| Percent effort: | 15% |
| Project period: | 06/17/2019- 03/31/2025 |

| Agency: | NIH/ NIA |
| ID#: | R01AG059291 |
| Title: | *Disparities in Sleep and Cognitive function in Older Adults (DISCO): An Epidemiologic Study* |
| Principal Investigator: | Knutson KL (contact) and **Carnethon MR** |
| Role on project: | MPI |
| Percent effort: | 15% |
| Project period: | 04/01/2019- 03/31/2023 |

| ID#: | R01MD011570-03 |
| Agency: | NIH/NIMHD |
| Title: | *ELLAS: Environment, Leiomyomas, Latinas and Adiposity Study* |
| Principal Investigator: | Marsh, E |
| Role on project: | Consortium PI |
| Percent effort: | 5% |
| Project period: | 02/01/17-01/31/22 (in NCE) |

| Agency: | NIH/NHLBI |
| ID#: | HHSN268201500003I |
| Title: | *Multi-Ethnic Study of Atherosclerosis (MESA): Field Center* |
| Principal Investigator: | McClellon, R/ Allen N |
| Role on project: | Co-investigator |
| Percent effort: | 5% |
| Project period: | 08/15/15 – 08/14/23 |

| Agency: | NIH/NHLBI |

A.0662

|                         |                                                                                                                                                                 |
|-------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **ID#:**                | HHSN268201800003I                                                                                                                                               |
| **Title:**              | *Coronary Artery Risk Development in Young Adults (CARDIA) Study – Chicago Field Center* |
| **Principal Investigator:** | Lloyd-Jones, D (contact) and **Carnethon M** |
| **Role on project:**    | MPI |
| **Percent effort:**     | 10% |
| **Project period:**     | 07/01/18 – 06/30/23 |

|                         |                                                                                                                                                                 |
|-------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**             | NIH/NHLBI |
| **ID#:**                | 1R01HL149866 |
| **Title:**              | *Cardiovascular Health Associations with Minority Stress: Biobehavioral Evaluations and Reported Sociopsychological outcomes by SOGI status (CHAMBERS)* |
| **Principal Investigator:** | Beach, L. |
| **Role on project:**    | Co-Investigator |
| **Percent effort:**     | 1% |
| **Project period:**     | 07/01/2020-06/31/2025 |

|                         |                                                                                                                                                                 |
|-------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**             | American Lung Association |
| **ID#:**                | N/A |
| **Title:**              | *COVID-19 in Young Adults in the Lung Health Cohort* |
| **Principal Investigator:** | Kalhan, R |
| **Role on project:**    | Co-Investigator |
| **Percent effort:**     | 1% |
| **Project period:**     | 12/01/20-12/31/23 |

|                         |                                                                                                                                                                 |
|-------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**             | NIH/NHLBI |
| **ID#:**                | 1R01HL149796 |
| **Title:**              | *Young Adult and Midlife Transitions in Physical Activity and Sedentary Behavior with Heart Failure Risk and Progression: Coronary Artery Risk Development in Young Adults* |
| **Principal Investigator:** | Gabriel, KP |
| **Role on project:**    | Co-Investigator/Subcontract PI |
| **Percent effort:**     | 5% |
| **Project period:**     | 07/01/2020-06/31/2024 |

*Training Grants and Mentoring Awards*

|                         |                                                                                                                                                                 |
|-------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**             | NIH/ National Center for Advancing Translational Sciences |
| **ID#:**                | 5UL1TR001422 |
| **Title:**              | *Northwestern University Clinical and Translational Science Institute (NUCATS)* |
| **Principal Investigator:** | D'Aquila, R |
| **Role on project:**    | Co-Director Center for Education and Career Development |
| **Percent effort:**     | 15% |
| **Project period:**     | 09/01/19-08/31/24 |

|                         |                                                                                                                                                                 |
|-------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**             | NIH/ NHLBI |
| **ID#:**                | T32HL069771 |
| **Title:**              | *Research Training in CVD Epidemiology and Prevention* |
| **Principal Investigator:** | **Carnethon MR** |

**Role on project:** PI
**Percent effort:** 10% (Cost Share)
**Project period:** 02/01/2019-1/31/2024

**Agency:** NIH/ NHLBI
**ID#:** K01 HL147995
**Title:** *ACHIP-ACES and Cardiometabolic Health in Pediatrics: Using a Coping and Stress Reduction Intervention to Reduce Cardiometabolic Risk in Adolescents with Adversity*
**Principal Investigator:** Heard-Garris, Nia
**Role on project:** Secondary Mentor
**Percent effort:** 5% (No salary support)
**Project period:** 07/1/2019 – 06/30/2024

**Agency:** NIH/ NHLBI
**ID#:** K01HL145345
**Title:** *Quantifying compliance to the new 2017 hypertension guidelines and investigating the association between guideline compliance and patients' trajectory of blood pressure*
**Principal Investigator:** Tedla, Yacob
**Role on project:** Secondary Mentor
**Percent effort:** 5% (No salary support)
**Project period:** 02/01/2020- 01/31/24

**Agency:** NIH/NHLBI
**ID#:** 1K01HL152009
**Title:** *Predicting risk of cardiotoxicity among young and emerging adult breast cancer patients from treatment to survivorship*
**Principal Investigator:** Hibler, E.
**Role on project:** Primary Mentor
**Percent effort:** 5%
**Project period:** 04/01/2020-03/31/2025

**Agency:** NIH/NHLBI
**ID#:** K01HL149987
**Title:** *Developing an intervention targeting sleep disturbances among bereaved individuals*
**Principal Investigator:** Chirinos Medina, D
**Role on project:** Primary Mentor
**Percent effort:** 5%
**Project period:** 07/01/2020-06/31/2025

**Agency:** NIH/NIDDK
**ID#:** 2P30DK092949
**Title:** *Chicago Center for Diabetes Translation Research*
**Principal Investigator:** Chin, Marshall and Ackermann R
**Role on project:** Co-Investigator Pilot & Feasibility Core
**Percent effort:** 1%
**Project period:** 08/01/2021-

**B. Pending**

**Agency:** NIH/NHLBI
**ID#:**
**Title:** *Association of obesity and nutrition on lung health: Lung Health Cohort*
**Principal Investigator:** Bose, Sonali and Hanson, Corrine (MPIs)
**Role on project:** Co-Investigator
**Percent effort:** 5%
**Project period:** 12/01/2022-11/30/2026

**Agency:** NIH/NHLBI
**ID#:** K99HL168338A
**Title:** *Developing, Validating and Implementing an Epidemiological Instrument to Assess the Effect of Resistance Training on Measures of Cardiometabolic Disease*
**Principal Investigator:** Booker, Robert
**Role on project:** Primary Mentor
**Percent effort:** 5%
**Project period:** 12/01/2022-11/30/2026

C.   Past

**Agency:** NIH/NHLBI
**ID#:**
**Title:** *Third Coast HIV-related Heart, Lung, Blood, and Sleep K12 Scholars Program: TC-HLBS K12*
**Principal Investigator:** Schneider J and Ardehalli H
**Role on project:** Executive Committee/Mentor
**Percent effort:** 5%
**Project period:** 08/01/2018-7/30/2022

**Agency:** NIH/NICHD
**ID#:** R01HD088638
**Title:** *Study of Ovarian Aging and Reserve in Young Women (SOAR)*
**Principal Investigator:** Marsh, E
**Role on project:** Consortium PI
**Percent effort:** 5%
**Project period:** 02/01/17-01/31/22 (in NCE)

**Agency:** AHA
**ID#:**
**Title:** *Northwestern University Strategically Focused Vascular Disease Research Network*
**Principal Investigator:** McDermott, M
**Role on project:** Training Director
**Percent effort:** 5% (Cost Share)
**Project period:** 04/01/2018 – 03/31/2022

**Agency:** NIH/NIDDK
**ID#:** P30
**Title:** *George M. O'Brien Kidney Core Center at Northwestern*
**Principal Investigator:** Quaggin, S
**Role on project:** Co-Investigator
**Percent effort:** 4%

A.0665

Project period:    08/01/2018-


Agency:    NIH/ NHLBI
ID#:
Title:    *Depressive Symptom Presentation and Course, Cardiovascular Events and Mortality in the Coronary Artery Risk Development in Young Adults Study*
Principal Investigator:    Chirinos Medina, Diana
Role on project:    Primary Mentor
Percent effort:    5% (No salary support)
Project period:    02/01/2019- 01/31/21


Agency:    NIH/NIDDK
ID#:    2R01DK081371-06
Title:    *Strength Training Regimen fOr Normal weiGht Diabetics (STRONG-D)*
Principal Investigator:    Palaniappan, L
Role on project:    Consultant
Project period:    04/15/2014 - 04/14/2019 NCE


Agency:    NIH/NIDDK
ID#:    R01 DK106201-01
Title:    *Pregnancy-Related Risk Factors and Glucose Intolerance in Women during Midlife*
Principal Investigator:    Gunderson, E
Role on project:    Consortium PI
Percent effort:    2%
Project period:    06/01/15 – 06/30/20


Agency:    American Heart Association
ID#:    15SFDRN25080331
Title:    *Phosphate and FGF 23: Dietary and Molecular Mediators of Health disparities in Cardiovascular and Kidney diseases*
Principal Investigator:    Wolf M and **Carnethon M**
Role on project:    Consortium PI/ Center Director
Percent effort:    10%
Project period:    06/01/15 – 05 /31/19


Agency:    NIH/ NHLBI
ID#:    K01 HL133531
Title:    *A Systems Science Approach to Understanding Racial/Ethnic Disparities in Obesity*
Principal Investigator:    Kershaw, K
Role on project:    Primary Mentor
Percent effort:    5% (No salary support)
Project period:    08/15/2016 – 05/31/2020


Agency:    American Heart Association
ID#:    15SFDRN25550149
Title:    *Contribution of Fibroblast Growth Factor 23 (FGF23) to Racial Disparities in Left Ventricular Mass and Albumin/Creatinine Ratio*
Principal Investigator:    Carnethon, M
Percent effort:    20%

A.0666

**Project period:** 06/01/15 – 05/31/2020

**Agency:** NIH/NHLBI
**ID#:** 1R56HL125423-01A1
**Title:** *10-Year Changes on Objective-Measured Physical Activity and Sedentary Behavior in the CARDIA Cohort*
**Principal Investigator:** Sidney, S/ Gabriel K
**Role on project:** Consortium PI
**Percent effort:** 2%
**Project period:** 09/15/15-08/31/17

**Agency:** NIH/NIDDK
**ID#:** 1 R21 DK112066-01
**Title:** *Improving Diabetes Risk Assessment and Screening in Minority-Predominant Community Health Center Patients*
**Principal Investigator:** O'Brien M
**Role on project:** Co-investigator
**Percent effort:** 5%
**Project period:** 09/20/16 – 08/31/18

**Agency:** NIH/NHLBI
**ID#:** HHSN26820130047C
**Title:** *Jackson Heart Study Field Center*
**Principal Investigator:** Correa, A
**Role on project:** Consortium PI
**Percent effort:** 10%
**Project period:** 08/16/13 – 8/12/18 (NCE)

**Agency:** NIH/NHLBI
**ID#:** HHSN268201300027C
**Title:** *Coronary Artery Risk Development in Young Adults (CARDIA) Study – Chicago Field Center*
**Principal Investigator:** Lloyd-Jones, D
**Role on project:** Co-Principal Investigator
**Percent effort:** 5%
**Project period:** 07/01/13 – 06/30/18

**Agency:** American Heart Association
**Title:** *Northwestern University Strategically Focused Prevention Research Network*
**Principal Investigator:** Greenland P
**Role on project:** Training Director
**Percent effort:** 10%
**Project period:** 07/01/14 – 06/30/18

**Agency:** NIH/NHLBI
**ID#:** 1R01HL102130
**Title:** *Hispanic Community Children's Health, Study of Latino Youth: SOL-Youth*
**Principal Investigator:** Carnethon M/ Isasi C, Bangdiwala S, Delamater A, Ayala G
**Role on project:** Multiple PI
**Percent effort:** 15%

Project period:    04/01/2011-11/30/2016

Agency:    NIH/ NHLBI
ID#:    1R01 HL092140-01A2
Title:    *Autonomic, Endothelial and Inflammatory Correlates of Sleep Duration*
Principal Investigator:    **Carnethon M**
Percent effort:    20%
Project period:    07/01/2009 – 06/30/2015

Agency:    NIH/NIDDK
ID#:    1R21DK082903 - 01A1
Title:    *Epidemiologic Studies of Type 2 Diabetes in Normal Weight Adults*
Principal Investigator:    **Carnethon M**
Percent effort:    20%
Project period:    7/27/09-6/30/12

Agency:    NIH/ NIA
ID#:    R56AG05291
Title:    *An Epidemiologic Study of Disparities in Sleep and Cognitive Outcomes (DISCO)*
Principal Investigator:    Knutson KL/ **Carnethon MR**
Role on project:    Multiple PI
Percent effort:    15%
Project period:    09/15/2018-8/31/2019

Agency:    NIH/NHLBI
ID#:    R56HL125423-01A1
Title:    *10-Year Changes in Objectively-Measured Physical Activity and Sedentary Behavior in the CARDIA Cohort*
Principal Investigator:    Sidney S
Role on project:    Consortium PI
Percent effort:    2%
Project period:    9/1/15 – 8/1/17

Agency:    NIH/NHLBI
ID#:    RC2 HL101649-01
Title:    *Ancillary to HCHS/SOL: Sociocultural Factors and CVD risk/prevalence in Hispanics*
Principal Investigator:    Gallo L and Penedo F
Role on project:    Consortium PI
Percent effort:    20%
Project period:    9/30/09 – 7/31/12

Agency:    NIH/NHLBI
ID#:    R01 HL078972-02
Title:    *20-Year Changes in Fitness & Cardiovascular Disease Risk*
Principal Investigator:    Sidney S
Role on project:    Consortium PI
Percent effort:    25%
Project period:    12/01/2005 – 11/30/2008

Agency:    NIH/ NHLBI

A.0668

ID#: 5 R01 HL078972-03
Title: *Body Mass & Lung Function: Impact of Physical Activity & Fitness in Young Adults*
Principal Investigator: Sidney S/ Hankinson A
Role on project: Consortium PI/ Mentor for Diversity Supplement
Percent effort: No salary support

Agency: NIH/ NIA
ID#: 5 P01 AG011412-11
Title: *Sleep and Weight Gain in Midlife: An Epidemiologic Study*
Principal Investigator: Van Cauter E/ Liu K
Role on project: Co-investigator
Percent effort: 5%
Project period: 04/01/2003 – 03/31/2009

Agency: Northwestern University Community Engaged Research Center Faculty Development Award
ID#: N/A
Title: *Diabetes Care and Control in the Austin Community*
Principal Investigator: **Carnethon M**
Project period: 08/01/2011 – 07/30/2012

Agency: Diabetes Action Research and Education Foundation
Title: *Coaching for Control: A Pilot Study of a Medical Student Intervention to Promote Diabetes Self Care in High Risk Settings*
Principal Investigator: **Carnethon M**
Percent effort: 1%
Project period: 01/01/2013 – 12/31/2013

Agency: NIH/ NHLBI
ID#: K01 HL73249-01
Title: *Autonomic Function in Insulin Resistance and Diabetes*
Principal Investigator: **Carnethon M**
Percent effort: 75%
Project period: 06/01/2003 – 05/31/2006

## INVITED LECTURES

### A. International/National

1. "Evidence for Identifying the Temporal Association between Depression and Diabetes". University of Alabama, Birmingham Obesity Research Seminar Series. April 2006.
2. "Epidemic of Obesity and Diabetes in Children and Adolescents" New York State Diabetes Association. Saratoga Springs, NY. June 2006.
3. "Cardiorespiratory fitness in women". American Heart Association Scientific Sessions. Orlando Florida November 2007.
4. "Physical Activity and CVD—How Much is Enough?" Building Healthy Lifestyles Conference, Arizona State University, Mesa, AZ, February 2008.
5. Depression and Diabetes". to the Community Health Plan of Seattle Behavioral Medicine and Health Conference (Seattle, WA) May 2008
6. Association of Physical Activity and Fitness on the Development of Cardiovascular Disease Risk Factors in Women: CARDIA". Symposium, American College of Sports Medicine Annual Meeting (Seattle, WA) May 2009.

A.0669

7. "Free sources of physical activity data for epidemiologic research" American College of Sports Medicine, Tutorial (Baltimore, MD). June 2010.
8. Epidemiology of type 2 diabetes in normal weight adults." Department of Epidemiology, University of North Carolina at Chapel Hill (Chapel Hill, NC); Department of Health Studies (Winston-Salem NC); Stanford Prevention Research Center (Palo Alto, CA). March 2011.
9. "Risk factors associated with development of normal weight diabetes" America Heart Association Council on Epidemiology and Prevention (Atlanta, GA) March 2011.
10. "Cost effectiveness of workplace wellness programs". European Society for the Prevention of Cardiovascular Disease. (Geneva, Switzerland) April 2011.
11. "Dose-response of physical activity in relation to metabolic disorders"  Palo Alto Medical Foundation, Mountain View, CA, October 2011
12. "Building an Innovative Research Career". Department of Epidemiology, Gillings School of Global Public Health, University of North Carolina at Chapel Hill, Chapel Hill, NC December 2011.
13. "Sleep and Cardiovascular Disease: An Understudied Risk Factor". University of Alabama at Birmingham, Department of Epidemiology, March 2012.
14. "Epidemiologic Study of Racial and Ethnic Differences in Sleep". Perelman School of Medicine, University of Pennsylvania Center for Sleep and Circadian Neurobiology. June 2013
15. "Work/life balance". AAMC Minority Faculty Development Conference. New Orleans, LA October 2013.
16. "Current State of Workplace Wellness Programs: Are they Ready for Prime Time?" American Heart Association Scientific Sessions, Dallas, TX November 2013
17. "Contribution of Low Fitness to Race/Ethnic Differences in Diabetes Onset and Complications" American Heart Association Scientific Sessions, Dallas, TX November 2013
18. "Physical Activity in Type 2 Diabetes" American Heart Association Scientific Sessions, Dallas, TX November 2013
19. "Metabolically Obese Normal Weight and Metabolically Healthy Obese: Are these truly unique phenotypes?" Department of Nutrition. Cardiovascular Disease Epidemiology Seminar Series. Harvard School of Public Health. December 2013.
20. "Clinical consequences of metabolically obese normal weight" The Obesity Society Annual Meeting. Boston, MA. October 2014
21. "Prevention of obesity and cardiovascular diseases" The American Heart Association Scientific Sessions. Orlando, FL 2015.
22. "Contribution of Lifestyle Behaviors to the Obesity Paradox in Diverse Populations" Department of Kinesiology, Pennsylvania State University, State College, PA. March 2, 2016
23. "Racial disparities in chronotype and the contribution to cardiovascular disease". Associated Professional Sleep Society, Denver CO, June 2016
24. "Race/Ethnic Differences in Sleep Related Cardiovascular Disease" Program to Increase Diversity in Behavioral Medicine and Sleep Disorders Research (PRIDE) NYU Langone Medical Center. New York, August 1, 2017
25. "Rapid Fire Science". American Heart Association Emerging Research Leaders Conference Faculty. Denver, CO September 18, 2017
26. "Obesity and Diabetes: A Public Health Crisis in Hispanic/Latinos". Oral Symposium. The Obesity Society, Washington DC, October 31, 2017
27. "Racial/Ethnic Disparities in Cardiovascular Disease" Invited Panelist Annual Conference at University of Alabama Birmingham NIMHD funded U54 Center for Healthy African American Men through Partnerships (CHAAMPS). October 30, 2017
28. "Healthy Aspirations: The Disconnect between Americans Desire for a Healthy Lifestyle and Actual Lifestyle in the United States". American Heart Association Scientific Sessions. Anaheim, CA. November 12, 2017
29. "Cardiovascular Health in African Americans" Medical University of South Carolina School of Nursing, Charleston, SC. May 2018.
30. "Career Development Award Mechanisms to Promote Diversity at the NHLBI", NIH/NHLBI Bethesda, MD May 2018
31. "Cardiovascular Disease Disparities in the United States", NIH/NHLBI and EPA meeting Bethesda, MD May 2019

32. "Neighborhood Influences on Obesity" Martin Luther King, Jr Disparities Seminar at the University of Vermont School of Medicine, January 2020
33. "Reproductive History as a Cardiovascular Disease Risk Factor for Women". University Hospitals, Case Western Reserve University Cardiology Grand Rounds, February 2020
34. "The COVID-19 Pandemic and Seniors: A Look at Racial Health Disparities". US Senate Special Committee on Aging Testimony on July 21, 2020
35. "Obesity and Women's Health". National Heart, Lung and Blood Institute Conference on Women's Health. September 2020
36. "Role of Underlying Chronic Conditions on Long-Term COVID-19 Outcomes". National Disability Forum Conference for the Social Security Administration, November 18, 2020
37. "COVID-19 and Vaccines". RURAL Health Study Go Red for Women Workshop. February 27, 2021 Jackson, MS
38. "Vaccine Equity Panel" Society for Epidemiologic Research, Experts Panel. March 9, 2021.
39. "The 24-Hour Activity Cycle: How the Balance and Timing of Physical Activity, Sleep and Diet Contribute to Metabolic Health". The William Hansel Visiting Lectureship at the Pennington Biomedical Research Center, Baton Rouge, LA. March 11, 2021.
40. "Disparities in COVID-19 and the Role of Cardiovascular Diseases". American Heart Association, Council on Epidemiology and Prevention Keynote address. March 2021

**B. Regional (Midwest USA and Chicago, IL)**
1. "Worksite Wellness Programs for Cardiovascular Disease Prevention." Medicine Grand Rounds, St. Joseph's Regional Hospital (South Bend, IN) March 17, 2010.
2. "Balancing professional and personal interests". AAMC Minority Faculty Development Conference. Chicago, IL October 2012.
3. "Women and cardiovascular disease". Women's Health Course at the University of Chicago. January 2013
4. "Metabolically Healthy Obese and Metabolically Obese Normal Weight: Implications for Diabetes and Mortality". Symposium. American Diabetes Association Scientific Sessions. Chicago, IL June 2013
5. "Metabolically Healthy Obesity: Realty or Fantasy?" Advances in Cardiovascular Lifestyle Medicine. William Beaumont Health System, Detroit, MI. March 2014
6. "Contribution of Lifestyle Behaviors on the Obesity Paradox" University of Illinois at Chicago Department of Physical Therapy. Chicago, IL March 2015
7. "Obesity Paradox in Diabetes Outcomes". Division of Endocrinology Rounds, John H. Stroger Hospital. Feb 2018.
8. "COVID-19 in the Chicago, IL Area". St. James Catholic Church Social Care Board. February 11, 2021
9. "Understanding the Importance of COVID-19 Vaccines". Noble Charter School Network. February 17, 2021

**C. Local (Northwestern University)**
1. "Role of Lifestyle Factors on Metabolic Syndrome". Feinberg School of Medicine, Northwestern University Alumni Weekend. April 2006.
2. "Metabolic Syndrome and Heart Disease in Women". Women and Heart Disease Conference. Feinberg School of Medicine. (Chicago, IL). February 2010
3. "Social and cultural determinants of diabetes". Health Disparities week. Feinberg School of Medicine, Northwestern University October 2011
4. "Global Burden of Cardiovascular Disease Attributable to Diabetes and Hypertension" International meeting on hypertensive and diabetic heart disease. Division of Cardiology, Feinberg School of Medicine, Northwestern University, October 2011.
5. "Population Studies of Metabolically Obese Normal Weight", Endocrinology Grand Rounds/Northwestern Comprehensive Center for Obesity, Feinberg School of Medicine, Northwestern University October 2011.
6. "Disparities in Sleep Characteristics by Race/Ethnicity: A Population Based Study". Northwestern University Institute for Population Research Seminar Series.
7. "Careers in Epidemiology and Translational Science". Medical Student Research Conference, Feinberg School of Medicine, Northwestern University. June 2013.

A.0671

8. "Racial Disparities in Diabetes Onset and Complications". Institute for Public Health and Medicine, Feinberg School of Medicine, March 2018.
9. "Mentoring Workshop: 2 Guiding Principles". Feinberg School of Medicine, March 2018
10. "Developing S.M.A.R.T. goals" General Internal Medicine, Spring 2019
11. "Negotiations: The Power of 'No'" Women in Medicine Conference, Feinberg School of Medicine Northwestern, October 2019.
12. "Career planning and Goal Setting" Department of Dermatology, November 2019
13. "Individual Career Advancement Plans and the Development of SMART goals" Department of Rheumatology, December 2019
14. "Career Advancement Planning" Department of Pathology, December 2019

## PUBLICATIONS AND SCHOLARLY WORK

### A. Peer-Reviewed Original Investigations

1. Din-Dzietham R, Liao D, Diez-Roux A, Nieto FJ, Paton C, Howard G, Brown A, **Carnethon M**, Tyroler HA. Association of educational achievement with pulsatile arterial diameter change of the common carotid artery: the Atherosclerosis Risk in Communities (ARIC) Study, 1987-1992. Am J Epidemiol. 2000;152(7):617-627

2. **Carnethon MR**, Liao D, Evans GW, Cascio WE, Chambless LE, Heiss G. Correlates of the shift in heart rate variability with an active postural change in a healthy population sample: The Atherosclerosis Risk In Communities study. Am Heart J. 2002;143(5):808-813

3. **Carnethon MR**, Liao D, Evans GW, Cascio WE, Chambless LE, Rosamond WD, Heiss G. Does the cardiac autonomic response to postural change predict incident coronary heart disease and mortality? The Atherosclerosis Risk in Communities Study. Am J Epidemiol. 2002;155(1):48-56

4. **Carnethon MR**, Palaniappan LP, Burchfiel CM, Brancati FL, Fortmann SP. Serum insulin, obesity, and the incidence of type 2 diabetes in black and white adults: the atherosclerosis risk in communities study: 1987-1998. Diabetes Care. 2002;25(8):1358-1364.PMC3132185

5. Liao D, **Carnethon M**, Evans GW, Cascio WE, Heiss G. Lower heart rate variability is associated with the development of coronary heart disease in individuals with diabetes: the atherosclerosis risk in communities (ARIC) study. Diabetes. 2002;51(12):3524-3531

6. Palaniappan LP, **Carnethon MR**, Fortmann SP. Heterogeneity in the relationship between ethnicity, BMI, and fasting insulin. Diabetes Care. 2002;25(8):1351-1357.PMC3121929

7. **Carnethon MR**, Anthony MS, Cascio WE, Folsom AR, Rautaharju PM, Liao D, Evans GW, Heiss G. A prospective evaluation of the risk of QT prolongation with hormone replacement therapy: the atherosclerosis risk in communities study. Ann Epidemiol. 2003;13(7):530-536

8. **Carnethon MR**, Anthony MS, Cascio WE, Folsom AR, Rautaharju PM, Liao D, Evans GW, Heiss G. Prospective association between hormone replacement therapy, heart rate, and heart rate variability. The Atherosclerosis risk in communities study. J Clin Epidemiol. 2003;56(6):565-571

9. **Carnethon MR**, Fortmann SP, Palaniappan L, Duncan BB, Schmidt MI, Chambless LE. Risk factors for progression to incident hyperinsulinemia: the Atherosclerosis Risk in Communities Study, 1987-1998. Am J Epidemiol. 2003;158(11):1058-1067

A.0672

10. **Carnethon MR**, Gidding SS, Nehgme R, Sidney S, Jacobs DR, Jr., Liu K. Cardiorespiratory fitness in young adulthood and the development of cardiovascular disease risk factors. JAMA. 2003;290(23):3092-3100

11. **Carnethon MR**, Golden SH, Folsom AR, Haskell W, Liao D. Prospective investigation of autonomic nervous system function and the development of type 2 diabetes: the Atherosclerosis Risk In Communities study, 1987-1998. Circulation. 2003;107(17):2190-2195

12. **Carnethon MR**, Jacobs DR, Jr., Sidney S, Liu K, study C. Influence of autonomic nervous system dysfunction on the development of type 2 diabetes: the CARDIA study. Diabetes Care. 2003;26(11):3035-3041

13. **Carnethon MR**, Kinder LS, Fair JM, Stafford RS, Fortmann SP. Symptoms of depression as a risk factor for incident diabetes: findings from the National Health and Nutrition Examination Epidemiologic Follow-up Study, 1971-1992. Am J Epidemiol. 2003;158(5):416-423

14. Palaniappan L, **Carnethon M**, Fortmann SP. Association between microalbuminuria and the metabolic syndrome: NHANES III. Am J Hypertens. 2003;16(11 Pt 1):952-958

15. Park YW, Zhu S, Palaniappan L, Heshka S, **Carnethon MR**, Heymsfield SB. The metabolic syndrome: prevalence and associated risk factor findings in the US population from the Third National Health and Nutrition Examination Survey, 1988-1994. Arch Intern Med. 2003;163(4):427-436.PMC3146257

16. Wrone EM, **Carnethon MR**, Palaniappan L, Fortmann SP, Third National H, Nutrition Examination S. Association of dietary protein intake and microalbuminuria in healthy adults: Third National Health and Nutrition Examination Survey. Am J Kidney Dis. 2003;41(3):580-587

17. **Carnethon MR**, Loria CM, Hill JO, Sidney S, Savage PJ, Liu K, Coronary Artery Risk Development in Young Adults s. Risk factors for the metabolic syndrome: the Coronary Artery Risk Development in Young Adults (CARDIA) study, 1985-2001. Diabetes Care. 2004;27(11):2707-2715

18. Eimer MJ, Ekery DL, Rigolin VH, Bonow RO, **Carnethon MR**, Cotts WG. Elevated B-type natriuretic peptide in asymptomatic men with chronic aortic regurgitation and preserved left ventricular systolic function. Am J Cardiol. 2004;94(5):676-678

19. Kinder LS, **Carnethon MR**, Palaniappan LP, King AC, Fortmann SP. Depression and the metabolic syndrome in young adults: findings from the Third National Health and Nutrition Examination Survey. Psychosom Med. 2004;66(3):316-322

20. Palaniappan L, **Carnethon MR**, Wang Y, Hanley AJ, Fortmann SP, Haffner SM, Wagenknecht L, Insulin Resistance Atherosclerosis S. Predictors of the incident metabolic syndrome in adults: the Insulin Resistance Atherosclerosis Study. Diabetes Care. 2004;27(3):788-793

21. **Carnethon MR**, Bertoni AG, Shea S, Greenland P, Ni H, Jacobs DR, Jr., Saad M, Liu K. Racial/Ethnic differences in subclinical atherosclerosis among adults with diabetes: the multiethnic study of atherosclerosis. Diabetes Care. 2005;28(11):2768-2770

22. **Carnethon MR**, Gulati M, Greenland P. Prevalence and cardiovascular disease correlates of low cardiorespiratory fitness in adolescents and adults. JAMA. 2005;294(23):2981-2988

23. **Carnethon MR**, Jacobs DR, Jr., Sidney S, Sternfeld B, Gidding SS, Shoushtari C, Liu K. A longitudinal study of physical activity and heart rate recovery: CARDIA, 1987-1993. Med Sci Sports Exerc. 2005;37(4):606-612

A.0673

24. Daviglus ML, Greenland P, Stamler J, Elliott P, Appel LJ, **Carnethon MR**, Chan Q, Claeys G, Kesteloot H, Miura K, Nakagawa H, Pirzada A, Steffen L, Yan LL, Zhou B, Dyer AR. Relation of nutrient intake to microalbuminuria in nondiabetic middle-aged men and women: International Population Study on Macronutrients and Blood Pressure (INTERMAP). Am J Kidney Dis. 2005;45(2):256-266.PMC6556768

25. **Carnethon MR**, Lynch EB, Dyer AR, Lloyd-Jones DM, Wang R, Garside DB, Greenland P. Comparison of risk factors for cardiovascular mortality in black and white adults. Arch Intern Med. 2006;166(11):1196-1202

26. **Carnethon MR**, Prineas RJ, Temprosa M, Zhang ZM, Uwaifo G, Molitch ME, Diabetes Prevention Program Research G. The association among autonomic nervous system function, incident diabetes, and intervention arm in the Diabetes Prevention Program. Diabetes Care. 2006;29(4):914-919.PMC1751934

27. Kizilbash MA, **Carnethon MR**, Chan C, Jacobs DR, Sidney S, Liu K. The temporal relationship between heart rate recovery immediately after exercise and the metabolic syndrome: the CARDIA study. Eur Heart J. 2006;27(13):1592-1596

28. **Carnethon MR**, Biggs ML, Barzilay JI, Smith NL, Vaccarino V, Bertoni AG, Arnold A, Siscovick D. Longitudinal association between depressive symptoms and incident type 2 diabetes mellitus in older adults: the cardiovascular health study. Arch Intern Med. 2007;167(8):802-807

29. Gunderson EP, Lewis CE, Tsai AL, Chiang V, **Carnethon M**, Quesenberry CP, Jr., Sidney S. A 20-year prospective study of childbearing and incidence of diabetes in young women, controlling for glycemia before conception: the Coronary Artery Risk Development in Young Adults (CARDIA) Study. Diabetes. 2007;56(12):2990-2996.PMC2952440

30. Jae SY, **Carnethon MR**, Heffernan KS, Choi YH, Lee MK, Fernhall B. Association between cardiorespiratory fitness and prevalence of carotid atherosclerosis among men with hypertension. Am Heart J. 2007;153(6):1001-1005

31. Kizilbash MA, **Carnethon MR**, Chan C, Jacobs DR, Jr., Lloyd-Jones DM, Sidney S, Liu K. The association of heart rate recovery immediately after exercise with coronary artery calcium: the coronary artery risk development in young adults study. Clin Auton Res. 2007;17(1):46-49.PMC1797060

32. Ueshima H, Stamler J, Elliott P, Chan Q, Brown IJ, **Carnethon MR**, Daviglus ML, He K, Moag-Stahlberg A, Rodriguez BL, Steffen LM, Van Horn L, Yarnell J, Zhou B, Group IR. Food omega-3 fatty acid intake of individuals (total, linolenic acid, long-chain) and their blood pressure: INTERMAP study. Hypertension. 2007;50(2):313-319.PMC6556770

33. Berry JD, Dyer A, **Carnethon M**, Tian L, Greenland P, Lloyd-Jones DM. Association of traditional risk factors with cardiovascular death across 0 to 10, 10 to 20, and >20 years follow-up in men and women. Am J Cardiol. 2008;101(1):89-94

34. Burke GL, Bertoni AG, Shea S, Tracy R, Watson KE, Blumenthal RS, Chung H, **Carnethon MR**. The impact of obesity on cardiovascular disease risk factors and subclinical vascular disease: the Multi-Ethnic Study of Atherosclerosis. Arch Intern Med. 2008;168(9):928-935.PMC2931579

35. **Carnethon MR**, Craft LL. Autonomic regulation of the association between exercise and diabetes. Exerc Sport Sci Rev. 2008;36(1):12-18

36. **Carnethon MR**, Yan L, Greenland P, Garside DB, Dyer AR, Metzger B, Daviglus ML. Resting heart rate in middle age and diabetes development in older age. Diabetes Care. 2008;31(2):335-339

37. Golden SH, Lazo M, **Carnethon M**, Bertoni AG, Schreiner PJ, Diez Roux AV, Lee HB, Lyketsos C. Examining a bidirectional association between depressive symptoms and diabetes. JAMA. 2008;299(23):2751-2759.PMC2648841

38. Jae SY, **Carnethon MR**, Ahn ES, Heffernan KS, Choi YH, Lee MK, Fernhall B. Association between heart rate recovery after exercise testing and plasminogen activator inhibitor 1, tissue plasminogen activator, and fibrinogen in apparently healthy men. Atherosclerosis. 2008;197(1):415-419

39. Jae SY, **Carnethon MR**, Heffernan KS, Choi YH, Lee MK, Park WH, Fernhall B. Slow heart rate recovery after exercise is associated with carotid atherosclerosis. Atherosclerosis. 2008;196(1):256-261

40. Ohira T, Diez Roux AV, Prineas RJ, Kizilbash MA, **Carnethon MR**, Folsom AR. Associations of psychosocial factors with heart rate and its short-term variability: multi-ethnic study of atherosclerosis. Psychosom Med. 2008;70(2):141-146

41. Sundaram S, **Carnethon M**, Polito K, Kadish AH, Goldberger JJ. Autonomic effects on QT-RR interval dynamics after exercise. Am J Physiol Heart Circ Physiol. 2008;294(1):H490-497

42. Wang H, Necheles J, **Carnethon M**, Wang B, Li Z, Wang L, Liu X, Yang J, Tang G, Xing H, Xu X, Wang X. Adiposity measures and blood pressure in Chinese children and adolescents. Arch Dis Child. 2008;93(9):738-744

43. Auchincloss AH, Diez Roux AV, Mujahid MS, Shen M, Bertoni AG, **Carnethon MR**. Neighborhood resources for physical activity and healthy foods and incidence of type 2 diabetes mellitus: the Multi-Ethnic study of Atherosclerosis. Arch Intern Med. 2009;169(18):1698-1704.PMC2828356

44. **Carnethon MR**, Sternfeld B, Schreiner PJ, Jacobs DR, Jr., Lewis CE, Liu K, Sidney S. Association of 20-year changes in cardiorespiratory fitness with incident type 2 diabetes: the coronary artery risk development in young adults (CARDIA) fitness study. Diabetes Care. 2009;32(7):1284-1288.PMC2699748

45. Jae SY, **Carnethon MR**, Heffernan KS, Fernhall B, Lee MK, Park WH. Heart rate recovery after exercise and incidence of type 2 diabetes in men. Clin Auton Res. 2009;19(3):189-192

46. Lemelin ET, Diez Roux AV, Franklin TG, **Carnethon M**, Lutsey PL, Ni H, O'Meara E, Shrager S. Life-course socioeconomic positions and subclinical atherosclerosis in the multi-ethnic study of atherosclerosis. Soc Sci Med. 2009;68(3):444-451.PMC5444463

47. Bertoni AG, Burke GL, Owusu JA, **Carnethon MR**, Vaidya D, Barr RG, Jenny NS, Ouyang P, Rotter JI. Inflammation and the incidence of type 2 diabetes: the Multi-Ethnic Study of Atherosclerosis (MESA). Diabetes Care. 2010;33(4):804-810.PMC2845031

48. Biggs ML, Mukamal KJ, Luchsinger JA, Ix JH, **Carnethon MR**, Newman AB, de Boer IH, Strotmeyer ES, Mozaffarian D, Siscovick DS. Association between adiposity in midlife and older age and risk of diabetes in older adults. JAMA. 2010;303(24):2504-2512.PMC3047456

49. **Carnethon MR**, Biggs ML, Barzilay J, Kuller LH, Mozaffarian D, Mukamal K, Smith NL, Siscovick D. Diabetes and coronary heart disease as risk factors for mortality in older adults. Am J Med. 2010;123(6):556 e551-559.PMC3145803

A.0675

50. **Carnethon MR**, Evans NS, Church TS, Lewis CE, Schreiner PJ, Jacobs DR, Jr., Sternfeld B, Sidney S. Joint associations of physical activity and aerobic fitness on the development of incident hypertension: coronary artery risk development in young adults. Hypertension. 2010;56(1):49-55.PMC2909350

51. Ditomasso D, **Carnethon MR**, Wright CM, Allison MA. The associations between visceral fat and calcified atherosclerosis are stronger in women than men. Atherosclerosis. 2010;208(2):531-536

52. Djousse L, Kamineni A, Nelson TL, **Carnethon M**, Mozaffarian D, Siscovick D, Mukamal KJ. Egg consumption and risk of type 2 diabetes in older adults. Am J Clin Nutr. 2010;92(2):422-427.PMC2904037

53. Earnest CP, Poirier P, **Carnethon MR**, Blair SN, Church TS. Autonomic function and change in insulin for exercising postmenopausal women. Maturitas. 2010;65(3):284-291.PMC2852034

54. Fowler-Brown AG, de Boer IH, Catov JM, **Carnethon MR**, Kamineni A, Kuller LH, Siscovick DS, Mukamal KJ. Parity and the association with diabetes in older women. Diabetes Care. 2010;33(8):1778-1782.PMC2909061

55. Gidding SS, **Carnethon MR**, Daniels S, Liu K, Jacobs DR, Jr., Sidney S, Gardin J. Low cardiovascular risk is associated with favorable left ventricular mass, left ventricular relative wall thickness, and left atrial size: the CARDIA study. J Am Soc Echocardiogr. 2010;23(8):816-822.PMC5785274

56. Hankinson AL, Daviglus ML, Bouchard C, **Carnethon M**, Lewis CE, Schreiner PJ, Liu K, Sidney S. Maintaining a high physical activity level over 20 years and weight gain. JAMA. 2010;304(23):2603-2610.PMC3864556

57. Harville EW, Gunderson EP, Matthews KA, Lewis CE, **Carnethon M**. Pre-pregnancy stress reactivity and pregnancy outcome. Paediatr Perinat Epidemiol. 2010;24(6):564-571.PMC3506123

58. Kershaw KN, Diez Roux AV, **Carnethon M**, Darwin C, Goff DC, Jr., Post W, Schreiner PJ, Watson K. Geographic variation in hypertension prevalence among blacks and whites: the multi-ethnic study of atherosclerosis. Am J Hypertens. 2010;23(1):46-53.PMC2980366

59. Lloyd-Jones D, Adams RJ, Brown TM, **Carnethon M**, Dai S, De Simone G, Ferguson TB, Ford E, Furie K, Gillespie C, Go A, Greenlund K, Haase N, Hailpern S, Ho PM, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott MM, Meigs J, Mozaffarian D, Mussolino M, Nichol G, Roger VL, Rosamond W, Sacco R, Sorlie P, Stafford R, Thom T, Wasserthiel-Smoller S, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Executive summary: heart disease and stroke statistics--2010 update: a report from the American Heart Association. Circulation. 2010;121(7):948-954

60. Mann DM, Bertoni AG, Shimbo D, **Carnethon MR**, Chen H, Jenny NS, Muntner P. Comparative validity of 3 diabetes mellitus risk prediction scoring models in a multiethnic US cohort: the Multi-Ethnic Study of Atherosclerosis. Am J Epidemiol. 2010;171(9):980-988.PMC2877477

61. Murray ET, Diez Roux AV, **Carnethon M**, Lutsey PL, Ni H, O'Meara ES. Trajectories of neighborhood poverty and associations with subclinical atherosclerosis and associated risk factors: the multi-ethnic study of atherosclerosis. Am J Epidemiol. 2010;171(10):1099-1108.PMC2877469

62. Zhu N, Suarez-Lopez JR, Sidney S, Sternfeld B, Schreiner PJ, **Carnethon MR**, Lewis CE, Crow RS, Bouchard C, Haskell WL, Jacobs DR, Jr. Longitudinal examination of age-predicted symptom-limited exercise maximum HR. Med Sci Sports Exerc. 2010;42(8):1519-1527.PMC2891874

A.0676

63. Boykin S, Diez-Roux AV, **Carnethon M**, Shrager S, Ni H, Whitt-Glover M. Racial/ethnic heterogeneity in the socioeconomic patterning of CVD risk factors: in the United States: the multi-ethnic study of atherosclerosis. J Health Care Poor Underserved. 2011;22(1):111-127.PMC3312013

64. Crandall M, Sharp D, Brasel K, **Carnethon M**, Haider A, Esposito T. Lower extremity vascular injuries: increased mortality for minorities and the uninsured? Surgery. 2011;150(4):656-664.PMC3684146

65. Klein OL, Meltzer D, **Carnethon M**, Krishnan JA. Type II diabetes mellitus is associated with decreased measures of lung function in a clinical setting. Respir Med. 2011;105(7):1095-1098

66. Lin SX, **Carnethon M**, Szklo M, Bertoni A. Racial/ethnic differences in the association of triglycerides with other metabolic syndrome components: the Multi-Ethnic Study of Atherosclerosis. Metab Syndr Relat Disord. 2011;9(1):35-40.PMC3125569

67. Ma Y, Balasubramanian R, Pagoto SL, Schneider KL, Culver AL, Olendzki B, Tinker L, Liu S, Safford M, Sepavich DM, Rosal MC, Ockene JK, **Carnethon M**, Zorn M, Hebert JR. Elevated depressive symptoms, antidepressant use, and diabetes in a large multiethnic national sample of postmenopausal women. Diabetes Care. 2011;34(11):2390-2392.PMC3198287

68. Shay CM, **Carnethon MR**, Church TR, Hankinson AL, Chan C, Jacobs DR, Jr., Lewis CE, Schreiner PJ, Sternfeld B, Sidney S. Lower extremity fat mass is associated with insulin resistance in overweight and obese individuals: the CARDIA study. Obesity (Silver Spring). 2011;19(11):2248-2253.PMC3203327

69. Thacker EL, Psaty BM, McKnight B, Heckbert SR, Longstreth WT, Jr., Mukamal KJ, Meigs JB, de Boer IH, Boyko EJ, **Carnethon MR**, Kizer JR, Tracy RP, Smith NL, Siscovick DS. Fasting and post-glucose load measures of insulin resistance and risk of ischemic stroke in older adults. Stroke. 2011;42(12):3347-3351.PMC3226936

70. Zhu N, Jacobs DR, Jr., Sidney S, Sternfeld B, **Carnethon M**, Lewis CE, Shay CM, Sood A, Bouchard C. Fat mass modifies the association of fat-free mass with symptom-limited treadmill duration in the Coronary Artery Risk Development in Young Adults (CARDIA) Study. Am J Clin Nutr. 2011;94(2):385-391.PMC3142718

71. **Carnethon MR**, De Chavez PJ, Biggs ML, Lewis CE, Pankow JS, Bertoni AG, Golden SH, Liu K, Mukamal KJ, Campbell-Jenkins B, Dyer AR. Association of weight status with mortality in adults with incident diabetes. JAMA. 2012;308(6):581-590.PMC3467944

72. **Carnethon MR**, Sternfeld B, Liu K, Jacobs DR, Jr., Schreiner PJ, Williams OD, Lewis CE, Sidney S. Correlates of heart rate recovery over 20 years in a healthy population sample. Med Sci Sports Exerc. 2012;44(2):273-279.PMC3838873

73. Champaneri S, Xu X, **Carnethon MR**, Bertoni AG, Seeman T, Diez Roux A, Golden SH. Diurnal salivary cortisol and urinary catecholamines are associated with diabetes mellitus: the Multi-Ethnic Study of Atherosclerosis. Metabolism. 2012;61(7):986-995.PMC3319636

74. deFilippi CR, de Lemos JA, Tkaczuk AT, Christenson RH, **Carnethon MR**, Siscovick DS, Gottdiener JS, Seliger SL. Physical activity, change in biomarkers of myocardial stress and injury, and subsequent heart failure risk in older adults. J Am Coll Cardiol. 2012;60(24):2539-2547.PMC3591516

75. Feinstein M, Ning H, Kang J, Bertoni A, **Carnethon M**, Lloyd-Jones DM. Racial differences in risks for first cardiovascular events and noncardiovascular death: the Atherosclerosis Risk in Communities study, the

A.0677

Cardiovascular Health Study, and the Multi-Ethnic Study of Atherosclerosis. Circulation. 2012;126(1):50-59.PMC3437934

76.  Jae SY, Heffernan KS, Yoon ES, Park SH, **Carnethon MR**, Fernhall B, Choi YH, Park WH. Temporal changes in cardiorespiratory fitness and the incidence of hypertension in initially normotensive subjects. Am J Hum Biol. 2012;24(6):763-767

77.  Shay CM, Ning H, Allen NB, **Carnethon MR**, Chiuve SE, Greenlund KJ, Daviglus ML, Lloyd-Jones DM. Status of cardiovascular health in US adults: prevalence estimates from the National Health and Nutrition Examination Surveys (NHANES) 2003-2008. Circulation. 2012;125(1):45-56.PMC4077723

78.  Stewart JC, Zielke DJ, Hawkins MA, Williams DR, **Carnethon MR**, Knox SS, Matthews KA. Depressive symptom clusters and 5-year incidence of coronary artery calcification: the coronary artery risk development in young adults study. Circulation. 2012;126(4):410-417.PMC3422690

79.  Vassy JL, Durant NH, Kabagambe EK, **Carnethon MR**, Rasmussen-Torvik LJ, Fornage M, Lewis CE, Siscovick DS, Meigs JB. A genotype risk score predicts type 2 diabetes from young adulthood: the CARDIA study. Diabetologia. 2012;55(10):2604-2612.PMC3434294

80.  Banerjee D, Biggs ML, Mercer L, Mukamal K, Kaplan R, Barzilay J, Kuller L, Kizer JR, Djousse L, Tracy R, Zieman S, Lloyd-Jones D, Siscovick D, **Carnethon M**. Insulin resistance and risk of incident heart failure: Cardiovascular Health Study. Circ Heart Fail. 2013;6(3):364-370.PMC3888807

81.  Camhi SM, Katzmarzyk PT, Broyles S, Church TS, Hankinson AL, **Carnethon MR**, Sternfeld B, Lewis CE. Association of metabolic risk with longitudinal physical activity and fitness: coronary artery risk development in young adults (CARDIA). Metab Syndr Relat Disord. 2013;11(3):195-204.PMC6464002

82.  **Carnethon MR**, Ning H, Soliman EZ, Lewis CE, Schreiner PJ, Sidney S, Lloyd-Jones DM. Association of electrocardiographically determined left ventricular mass with incident diabetes, 1985-1986 to 2010-2011: Coronary Artery Risk Development in Young Adults (CARDIA) study. Diabetes Care. 2013;36(3):645-647.PMC3579342

83.  Champaneri S, Xu X, **Carnethon MR**, Bertoni AG, Seeman T, DeSantis AS, Diez Roux A, Shrager S, Golden SH. Diurnal salivary cortisol is associated with body mass index and waist circumference: the Multiethnic Study of Atherosclerosis. Obesity (Silver Spring). 2013;21(1):E56-63.PMC3602310

84.  Jensky NE, Allison MA, Loomba R, **Carnethon MR**, de Boer IH, Budoff MJ, Burke GL, Criqui MH, Ix JH. Null association between abdominal muscle and calcified atherosclerosis in community-living persons without clinical cardiovascular disease: the multi-ethnic study of atherosclerosis. Metabolism. 2013;62(11):1562-1569.PMC3740763

85.  Kershaw KN, Albrecht SS, **Carnethon MR**. Racial and ethnic residential segregation, the neighborhood socioeconomic environment, and obesity among Blacks and Mexican Americans. Am J Epidemiol. 2013;177(4):299-309.PMC3566709

86.  Kershaw KN, Droomers M, Robinson WR, **Carnethon MR**, Daviglus ML, Monique Verschuren WM. Quantifying the contributions of behavioral and biological risk factors to socioeconomic disparities in coronary heart disease incidence: the MORGEN study. Eur J Epidemiol. 2013;28(10):807-814.PMC3844527

A.0678

87.  Petrov ME, Kim Y, Lauderdale D, Lewis CE, Reis JP, **Carnethon MR**, Knutson K, Glasser SJ. Longitudinal associations between objective sleep and lipids: the CARDIA study. Sleep. 2013;36(11):1587-1595.PMC3792374

88.  Shikany JM, Jacobs DR, Jr., Lewis CE, Steffen LM, Sternfeld B, **Carnethon MR**, Richman JS. Associations between food groups, dietary patterns, and cardiorespiratory fitness in the Coronary Artery Risk Development in Young Adults study. Am J Clin Nutr. 2013;98(6):1402-1409.PMC3831533

89.  Stamler J, Brown IJ, Yap IK, Chan Q, Wijeyesekera A, Garcia-Perez I, Chadeau-Hyam M, Ebbels TM, De Iorio M, Posma J, Daviglus ML, **Carnethon M**, Holmes E, Nicholson JK, Elliott P, Group IR. Dietary and urinary metabonomic factors possibly accounting for higher blood pressure of black compared with white Americans: results of International Collaborative Study on macro-/micronutrients and blood pressure. Hypertension. 2013;62(6):1074-1080.PMC3912568

90.  Tang JW, Allen N, de Chavez P, Goff DC, Jr., Kiefe CI, Lewis CE, **Carnethon M**. Health-care access and weight change among young adults: the Coronary Artery Risk Development in Young Adults (CARDIA) Study. Public Health Nutr. 2013;16(10):1796-1800.PMC3574627

91.  Gallo LC, Penedo FJ, **Carnethon M**, Isasi CR, Sotres-Alvarez D, Malcarne VL, Roesch SC, Youngblood ME, Daviglus ML, Gonzalez P, Talavera GT. The Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study: sample, design, and procedures. Ethn Dis. 2014;24(1):77-83.PMC3986116

92.  Gallo LC, Roesch SC, Fortmann AL, **Carnethon MR**, Penedo FJ, Perreira K, Birnbaum-Weitzman O, Wassertheil-Smoller S, Castaneda SF, Talavera GA, Sotres-Alvarez D, Daviglus ML, Schneiderman N, Isasi CR. Associations of chronic stress burden, perceived stress, and traumatic stress with cardiovascular disease prevalence and risk factors in the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study. Psychosom Med. 2014;76(6):468-475.PMC4349387

93.  Garg PK, Biggs ML, **Carnethon M**, Ix JH, Criqui MH, Britton KA, Djousse L, Sutton-Tyrrell K, Newman AB, Cushman M, Mukamal KJ. Metabolic syndrome and risk of incident peripheral artery disease: the cardiovascular health study. Hypertension. 2014;63(2):413-419.PMC3947275

94.  Heiss G, Snyder ML, Teng Y, Schneiderman N, Llabre MM, Cowie C, **Carnethon M**, Kaplan R, Giachello A, Gallo L, Loehr L, Aviles-Santa L. Prevalence of metabolic syndrome among Hispanics/Latinos of diverse background: the Hispanic Community Health Study/Study of Latinos. Diabetes Care. 2014;37(8):2391-2399.PMC4113166

95.  Isasi CR, **Carnethon MR**, Ayala GX, Arredondo E, Bangdiwala SI, Daviglus ML, Delamater AM, Eckfeldt JH, Perreira K, Himes JH, Kaplan RC, Van Horn L. The Hispanic Community Children's Health Study/Study of Latino Youth (SOL Youth): design, objectives, and procedures. Ann Epidemiol. 2014;24(1):29-35.PMC3865234

96.  Kershaw KN, Hankinson AL, Liu K, Reis JP, Lewis CE, Loria CM, **Carnethon MR**. Social relationships and longitudinal changes in body mass index and waist circumference: the coronary artery risk development in young adults study. Am J Epidemiol. 2014;179(5):567-575.PMC3927980

97.  Petrov ME, Kim Y, Lauderdale DS, Lewis CE, Reis JP, **Carnethon MR**, Knutson KL, Glasser SP. Objective sleep, a novel risk factor for alterations in kidney function: the CARDIA study. Sleep Med. 2014;15(9):1140-1146.PMC4145022

98.  Remigio-Baker RA, Allison MA, Schreiner PJ, Szklo M, Crum RM, Leoutsakos JM, Franco M, **Carnethon MR**, Nettleton JA, Mujahid MS, Diez Roux AV, Jensky N, Golden SH. Difference by sex but not by race/ethnicity in the

A.0679

visceral adipose tissue-depressive symptoms association: the Multi-Ethnic Study of Atherosclerosis. Psychoneuroendocrinology. 2014;47:78-87.PMC4134940

99.  Remigio-Baker RA, Diez Roux AV, Szklo M, Crum RM, Leoutsakos JM, Franco M, Schreiner PJ, **Carnethon MR**, Nettleton JA, Mujahid MS, Michos ED, Gary-Webb TL, Golden SH. Physical environment may modify the association between depressive symptoms and change in waist circumference: the multi-ethnic study of atherosclerosis. Psychosomatics. 2014;55(2):144-154.PMC3959258

100. Schneiderman N, Llabre M, Cowie CC, Barnhart J, **Carnethon M**, Gallo LC, Giachello AL, Heiss G, Kaplan RC, LaVange LM, Teng Y, Villa-Caballero L, Aviles-Santa ML. Prevalence of diabetes among Hispanics/Latinos from diverse backgrounds: the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). Diabetes Care. 2014;37(8):2233-2239.PMC4113173

101. Tosur Z, Green D, De Chavez PJ, Knutson KL, Goldberger JJ, Zee P, Liu K, Kim KY, **Carnethon MR**. The association between sleep characteristics and prothrombotic markers in a population-based sample: Chicago Area Sleep Study. Sleep Med. 2014;15(8):973-978.PMC4117713

102. VanWagner LB, Ning H, Lewis CE, Shay CM, Wilkins J, Carr JJ, Terry JG, Lloyd-Jones DM, Jacobs DR, Jr., **Carnethon MR**. Associations between nonalcoholic fatty liver disease and subclinical atherosclerosis in middle-aged adults: the Coronary Artery Risk Development in Young Adults Study. Atherosclerosis. 2014;235(2):599-605.PMC4124046

103. Vimalananda VG, Biggs ML, Rosenzweig JL, **Carnethon MR**, Meigs JB, Thacker EL, Siscovick DS, Mukamal KJ. The influence of sex on cardiovascular outcomes associated with diabetes among older black and white adults. J Diabetes Complications. 2014;28(3):316-322.PMC4004690

104. Womack VY, Ning H, Lewis CE, Loucks EB, Puterman E, Reis J, Siddique J, Sternfeld B, Van Horn L, **Carnethon MR**. Relationship between perceived discrimination and sedentary behavior in adults. Am J Health Behav. 2014;38(5):641-649.PMC4229242

105. Arguelles W, Llabre MM, Sacco RL, Penedo FJ, **Carnethon M**, Gallo LC, Lee DJ, Catellier DJ, Gonzalez HM, Holub C, Loehr LR, Soliman EZ, Schneiderman N. Characterization of metabolic syndrome among diverse Hispanics/Latinos living in the United States: Latent class analysis from the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). Int J Cardiol. 2015;184:373-379.PMC4417385

106. Barone Gibbs B, Pettee Gabriel K, Reis JP, Jakicic JM, **Carnethon MR**, Sternfeld B. Cross-sectional and longitudinal associations between objectively measured sedentary time and metabolic disease: the Coronary Artery Risk Development in Young Adults (CARDIA) study. Diabetes Care. 2015;38(10):1835-1843.PMC4580607

107. Carson AP, Steffes MW, Carr JJ, Kim Y, Gross MD, **Carnethon MR**, Reis JP, Loria CM, Jacobs DR, Jr., Lewis CE. Hemoglobin a1c and the progression of coronary artery calcification among adults without diabetes. Diabetes Care. 2015;38(1):66-71.PMC4274774

108. Chow L, Eberly LE, Austin E, **Carnethon M**, Bouchard C, Sternfeld B, Zhu NA, Sidney S, Schreiner P. Fitness change effects on midlife metabolic outcomes. Med Sci Sports Exerc. 2015;47(5):967-973.PMC4340823

109. Christine PJ, Auchincloss AH, Bertoni AG, **Carnethon MR**, Sanchez BN, Moore K, Adar SD, Horwich TB, Watson KE, Diez Roux AV. Longitudinal Associations Between Neighborhood Physical and Social Environments and Incident Type 2 Diabetes Mellitus: The Multi-Ethnic Study of Atherosclerosis (MESA). JAMA Intern Med. 2015;175(8):1311-1320.PMC4799846

A.0680

110. Dauriz M, Porneala BC, Guo X, Bielak LF, Peyser PA, Durant NH, **Carnethon MR**, Bonadonna RC, Bonora E, Bowden DW, Florez JC, Fornage M, Hivert MF, Jacobs DR, Jr., Kabagambe EK, Lewis CE, Murabito JM, Rasmussen-Torvik LJ, Rich SS, Vassy JL, Yao J, Carr JJ, Kardia SL, Siscovick D, O'Donnell CJ, Rotter JI, Dupuis J, Meigs JB. Association of a 62 Variants Type 2 Diabetes Genetic Risk Score With Markers of Subclinical Atherosclerosis: A Transethnic, Multicenter Study. Circ Cardiovasc Genet. 2015;8(3):507-515.PMC4472563

111. Dreyfus J, Jacobs DR, Jr., Mueller N, Schreiner PJ, Moran A, **Carnethon MR**, Demerath EW. Age at Menarche and Cardiometabolic Risk in Adulthood: The Coronary Artery Risk Development in Young Adults Study. J Pediatr. 2015;167(2):344-352 e341.PMC4516565

112. Fitzpatrick AL, Rapp SR, Luchsinger J, Hill-Briggs F, Alonso A, Gottesman R, Lee H, **Carnethon M**, Liu K, Williams K, Sharrett AR, Frazier-Wood A, Lyketsos C, Seeman T. Sociodemographic Correlates of Cognition in the Multi-Ethnic Study of Atherosclerosis (MESA). Am J Geriatr Psychiatry. 2015;23(7):684-697.PMC4465027

113. Floyd JS, Sitlani CM, Wiggins KL, Wallace E, Suchy-Dicey A, Abbasi SA, **Carnethon MR**, Siscovick DS, Sotoodehnia N, Heckbert SR, McKnight B, Rice KM, Psaty BM. Variation in resting heart rate over 4 years and the risks of myocardial infarction and death among older adults. Heart. 2015;101(2):132-138.PMC4286483

114. Fortmann AL, Roesch SC, Penedo FJ, Isasi CR, **Carnethon MR**, Corsino L, Schneiderman N, Daviglus ML, Teng Y, Giachello A, Gonzalez F, 2nd, Gallo LC. Glycemic control among U.S. Hispanics/Latinos with diabetes from the HCHS/SOL Sociocultural Ancillary Study: do structural and functional social support play a role? J Behav Med. 2015;38(1):153-159.PMC4302022

115. Gallo LC, Fortmann AL, McCurley JL, Isasi CR, Penedo FJ, Daviglus ML, Roesch SC, Talavera GA, Gouskova N, Gonzalez F, 2nd, Schneiderman N, **Carnethon MR**. Associations of structural and functional social support with diabetes prevalence in U.S. Hispanics/Latinos: results from the HCHS/SOL Sociocultural Ancillary Study. J Behav Med. 2015;38(1):160-170.PMC4349398

116. Goldstein BI, **Carnethon MR**, Matthews KA, McIntyre RS, Miller GE, Raghuveer G, Stoney CM, Wasiak H, McCrindle BW, American Heart Association A, Hypertension, Obesity in Youth Committee of the Council on Cardiovascular Disease in the Y. Major Depressive Disorder and Bipolar Disorder Predispose Youth to Accelerated Atherosclerosis and Early Cardiovascular Disease: A Scientific Statement From the American Heart Association. Circulation. 2015;132(10):965-986

117. Hoang K, Zhao Y, Gardin JM, **Carnethon M**, Mukamal K, Yanez D, Wong ND. LV Mass as a Predictor of CVD Events in Older Adults With and Without Metabolic Syndrome and Diabetes. JACC Cardiovasc Imaging. 2015;8(9):1007-1015.PMC5845438

118. Isasi CR, Parrinello CM, Jung MM, **Carnethon MR**, Birnbaum-Weitzman O, Espinoza RA, Penedo FJ, Perreira KM, Schneiderman N, Sotres-Alvarez D, Van Horn L, Gallo LC. Psychosocial stress is associated with obesity and diet quality in Hispanic/Latino adults. Ann Epidemiol. 2015;25(2):84-89.PMC4306634

119. Kershaw KN, Diez Roux AV, Bertoni A, **Carnethon MR**, Everson-Rose SA, Liu K. Associations of chronic individual-level and neighbourhood-level stressors with incident coronary heart disease: the Multi-Ethnic Study of Atherosclerosis. J Epidemiol Community Health. 2015;69(2):136-141.PMC4806779

120. Kwon S, Lee J, **Carnethon MR**. Developmental trajectories of physical activity and television viewing during adolescence among girls: National Growth and Health Cohort Study. BMC Public Health. 2015;15:667.PMC4502939

A.0681

121. Mackey RH, Mora S, Bertoni AG, Wassel CL, **Carnethon MR**, Sibley CT, Goff DC, Jr. Lipoprotein particles and incident type 2 diabetes in the multi-ethnic study of atherosclerosis. Diabetes Care. 2015;38(4):628-636.PMC4370328

122. Marrero DG, Ma Y, de Groot M, Horton ES, Price DW, Barrett-Connor E, **Carnethon MR**, Knowler WC, Diabetes Prevention Program Research G. Depressive symptoms, antidepressant medication use, and new onset of diabetes in participants of the diabetes prevention program and the diabetes prevention program outcomes study. Psychosom Med. 2015;77(3):303-310.PMC4397126

123. McCurley JL, Mills PJ, Roesch SC, **Carnethon M**, Giacinto RE, Isasi CR, Teng Y, Sotres-Alvarez D, Llabre MM, Penedo FJ, Schneiderman N, Gallo LC. Chronic stress, inflammation, and glucose regulation in U.S. Hispanics from the HCHS/SOL Sociocultural Ancillary Study. Psychophysiology. 2015;52(8):1071-1079.PMC4640890

124. Palta P, McMurray RG, Gouskova NA, Sotres-Alvarez D, Davis SM, **Carnethon M**, Castaneda SF, Gellman MD, Hankinson AL, Isasi CR, Schneiderman N, Talavera GA, Evenson KR. Self-reported and accelerometer-measured physical activity by body mass index in US Hispanic/Latino adults: HCHS/SOL. Prev Med Rep. 2015;2:824-828.PMC4721348

125. Reina SA, Llabre MM, Allison MA, Wilkins JT, Mendez AJ, Arnan MK, Schneiderman N, Sacco RL, **Carnethon M**, Delaney JA. HDL cholesterol and stroke risk: The Multi-Ethnic Study of Atherosclerosis. Atherosclerosis. 2015;243(1):314-319.PMC4609625

126. Remigio-Baker RA, Allison MA, Schreiner PJ, **Carnethon MR**, Nettleton JA, Mujahid MS, Szklo M, Crum RM, Leuotsakos JM, Franco M, Jensky N, Golden SH. Sex and race/ethnic disparities in the cross-sectional association between depressive symptoms and muscle mass: the Multi-ethnic Study of Atherosclerosis. BMC Psychiatry. 2015;15:221.PMC4574470

127. Sarzynski MA, Schuna JM, Jr., **Carnethon MR**, Jacobs DR, Jr., Lewis CE, Quesenberry CP, Jr., Sidney S, Schreiner PJ, Sternfeld B. Association of Fitness With Incident Dyslipidemias Over 25 Years in the Coronary Artery Risk Development in Young Adults Study. Am J Prev Med. 2015;49(5):745-752.PMC4615297

128. Strand LB, **Carnethon M**, Biggs ML, Djousse L, Kaplan RC, Siscovick DS, Robbins JA, Redline S, Patel SR, Janszky I, Mukamal KJ. Sleep Disturbances and Glucose Metabolism in Older Adults: The Cardiovascular Health Study. Diabetes Care. 2015;38(11):2050-2058.PMC4613916

129. Wei GS, Coady SA, Reis JP, **Carnethon MR**, Coresh J, D'Agostino RB, Sr., Goff DC, Jr., Jacobs DR, Jr., Selvin E, Fox CS. Duration and Degree of Weight Gain and Incident Diabetes in Younger Versus Middle-Aged Black and White Adults: ARIC, CARDIA, and the Framingham Heart Study. Diabetes Care. 2015;38(11):2042-2049.PMC4613922

130. Yano Y, Stamler J, Garside DB, Daviglus ML, Franklin SS, **Carnethon MR**, Liu K, Greenland P, Lloyd-Jones DM. Isolated systolic hypertension in young and middle-aged adults and 31-year risk for cardiovascular mortality: the Chicago Heart Association Detection Project in Industry study. J Am Coll Cardiol. 2015;65(4):327-335.PMC4948287

131. Alman AC, Jacobs DR, Jr., Lewis CE, Snell-Bergeon JK, **Carnethon MR**, Terry JG, Goff DC, Jr., Ding J, Carr JJ. Higher pericardial adiposity is associated with prevalent diabetes: The Coronary Artery Risk Development in Young Adults study. Nutr Metab Cardiovasc Dis. 2016;26(4):326-332.PMC4823150

132. Arredondo EM, Sotres-Alvarez D, Stoutenberg M, Davis SM, Crespo NC, **Carnethon MR**, Castaneda SF, Isasi CR, Espinoza RA, Daviglus ML, Perez LG, Evenson KR. Physical Activity Levels in U.S. Latino/Hispanic Adults: Results From the Hispanic Community Health Study/Study of Latinos. Am J Prev Med. 2016;50(4):500-508.PMC4801731

A.0682

133.  **Carnethon MR**, De Chavez PJ, Zee PC, Kim KY, Liu K, Goldberger JJ, Ng J, Knutson KL. Disparities in sleep characteristics by race/ethnicity in a population-based sample: Chicago Area Sleep Study. Sleep Med. 2016;18:50-55.PMC4728038

134.  Carson AP, Muntner P, Selvin E, **Carnethon MR**, Li X, Gross MD, Garvey WT, Lewis CE. Do glycemic marker levels vary by race? Differing results from a cross-sectional analysis of individuals with and without diagnosed diabetes. BMJ Open Diabetes Res Care. 2016;4(1):e000213.PMC4908883

135.  Chow LS, Odegaard AO, Bosch TA, Bantle AE, Wang Q, Hughes J, **Carnethon M**, Ingram KH, Durant N, Lewis CE, Ryder J, Shay CM, Kelly AS, Schreiner PJ. Twenty year fitness trends in young adults and incidence of prediabetes and diabetes: the CARDIA study. Diabetologia. 2016;59(8):1659-1665.PMC4930716

136.  Conroy DE, Wolin KY, **Carnethon MR**. Overweight and obesity among Major League Baseball players: 1871-2015. Obes Res Clin Pract. 2016;10(5):610-612

137.  Dutton GR, Kim Y, Jacobs DR, Jr., Li X, Loria CM, Reis JP, **Carnethon M**, Durant NH, Gordon-Larsen P, Shikany JM, Sidney S, Lewis CE. 25-year weight gain in a racially balanced sample of U.S. adults: The CARDIA study. Obesity (Silver Spring). 2016;24(9):1962-1968.PMC5004783

138.  Ebong IA, Watson KE, Hairston KG, **Carnethon MR**, Ouyang P, Szklo M, Bertoni AG. Body fat distribution, menopausal hormone therapy and incident type 2 diabetes in postmenopausal women of the MESA study. Maturitas. 2016;91:147-152.PMC4968885

139.  Hawkins Bressler L, Bernardi LA, De Chavez PJ, Baird DD, **Carnethon MR**, Marsh EE. Alcohol, cigarette smoking, and ovarian reserve in reproductive-age African-American women. Am J Obstet Gynecol. 2016;215(6):758 e751-758 e759.PMC5124512

140.  Hernandez R, **Carnethon M**, Penedo FJ, Martinez L, Boehm J, Schueller SM. Exploring well-being among US Hispanics/Latinos in a church-based institution: a qualitative study. J Posit Psychol. 2016;11(5):511-521.PMC5000347

141.  Isasi CR, Parrinello CM, Ayala GX, Delamater AM, Perreira KM, Daviglus ML, Elder JP, Marchante AN, Bangdiwala SI, Van Horn L, **Carnethon MR**. Sex Differences in Cardiometabolic Risk Factors among Hispanic/Latino Youth. J Pediatr. 2016;176:121-127 e121.PMC5003716

142.  Jae SY, Kurl S, Laukkanen JA, Zaccardi F, Choi YH, Fernhall B, **Carnethon M**, Franklin BA. Exercise Heart Rate Reserve and Recovery as Predictors of Incident Type 2 Diabetes. Am J Med. 2016;129(5):536 e537-536 e512

143.  Joseph JJ, Echouffo-Tcheugui JB, **Carnethon MR**, Bertoni AG, Shay CM, Ahmed HM, Blumenthal RS, Cushman M, Golden SH. The association of ideal cardiovascular health with incident type 2 diabetes mellitus: the Multi-Ethnic Study of Atherosclerosis. Diabetologia. 2016;59(9):1893-1903.PMC4970884

144.  Joseph JJ, Echouffo-Tcheugui JB, Golden SH, Chen H, Jenny NS, **Carnethon MR**, Jacobs D, Jr., Burke GL, Vaidya D, Ouyang P, Bertoni AG. Physical activity, sedentary behaviors and the incidence of type 2 diabetes mellitus: the Multi-Ethnic Study of Atherosclerosis (MESA). BMJ Open Diabetes Res Care. 2016;4(1):e000185.PMC4932325

145.  Kaiser P, Diez Roux AV, Mujahid M, **Carnethon M**, Bertoni A, Adar SD, Shea S, McClelland R, Lisabeth L. Neighborhood Environments and Incident Hypertension in the Multi-Ethnic Study of Atherosclerosis. Am J Epidemiol. 2016;183(11):988-997.PMC4887578

A.0683

146. Kershaw KN, Lewis TT, Diez Roux AV, Jenny NS, Liu K, Penedo FJ, **Carnethon MR**. Self-reported experiences of discrimination and inflammation among men and women: The multi-ethnic study of atherosclerosis. Health Psychol. 2016;35(4):343-350.PMC4817357

147. Lacy ME, Wellenius GA, **Carnethon MR**, Loucks EB, Carson AP, Luo X, Kiefe CI, Gjelsvik A, Gunderson EP, Eaton CB, Wu WC. Racial Differences in the Performance of Existing Risk Prediction Models for Incident Type 2 Diabetes: The CARDIA Study. Diabetes Care. 2016;39(2):285-291.PMC4722943

148. Marsh EE, Bernardi LA, Steinberg ML, de Chavez PJ, Visser JA, **Carnethon MR**, Baird DD. Novel correlates between antimullerian hormone and menstrual cycle characteristics in African-American women (23-35 years-old). Fertil Steril. 2016;106(2):443-450 e442.PMC4975664

149. Murthy VL, Abbasi SA, Siddique J, Colangelo LA, Reis J, Venkatesh BA, Carr JJ, Terry JG, Camhi SM, Jerosch-Herold M, de Ferranti S, Das S, Freedman J, **Carnethon MR**, Lewis CE, Lima JA, Shah RV. Transitions in Metabolic Risk and Long-Term Cardiovascular Health: Coronary Artery Risk Development in Young Adults (CARDIA) Study. J Am Heart Assoc. 2016;5(10).PMC5121498

150. O'Brien MJ, Lee JY, **Carnethon MR**, Ackermann RT, Vargas MC, Hamilton A, Mohanty N, Rittner SS, Park JN, Hassan A, Buchanan DR, Liu L, Feinglass J. Detecting Dysglycemia Using the 2015 United States Preventive Services Task Force Screening Criteria: A Cohort Analysis of Community Health Center Patients. PLoS Med. 2016;13(7):e1002074.PMC4942097

151. Rasmussen-Torvik LJ, De Chavez PJD, Kershaw KN, Montag SE, Knutson KL, Kim KA, Zee PC, **Carnethon MR**. The Mediation of Racial Differences in Hypertension by Sleep Characteristics: Chicago Area Sleep Study. Am J Hypertens. 2016;29(12):1353-1357.PMC5966848

152. Shah RV, Murthy VL, Colangelo LA, Reis J, Venkatesh BA, Sharma R, Abbasi SA, Goff DC, Jr., Carr JJ, Rana JS, Terry JG, Bouchard C, Sarzynski MA, Eisman A, Neilan T, Das S, Jerosch-Herold M, Lewis CE, **Carnethon M**, Lewis GD, Lima JA. Association of Fitness in Young Adulthood With Survival and Cardiovascular Risk: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. JAMA Intern Med. 2016;176(1):87-95.PMC5292201

153. Womack VY, De Chavez PJ, Albrecht SS, Durant N, Loucks EB, Puterman E, Redmond N, Siddique J, Williams DR, **Carnethon MR**. A Longitudinal Relationship Between Depressive Symptoms and Development of Metabolic Syndrome: The Coronary Artery Risk Development in Young Adults Study. Psychosom Med. 2016;78(7):867-873.PMC5003718

154. Yaffe K, Nasrallah I, Hoang TD, Lauderdale DS, Knutson KL, **Carnethon MR**, Launer LJ, Lewis CE, Sidney S. Sleep Duration and White Matter Quality in Middle-Aged Adults. Sleep. 2016;39(9):1743-1747.PMC4989263

155. Yano Y, Vongpatanasin W, Ayers C, Turer A, Chandra A, **Carnethon MR**, Greenland P, de Lemos JA, Neeland IJ. Regional Fat Distribution and Blood Pressure Level and Variability: The Dallas Heart Study. Hypertension. 2016;68(3):576-583.PMC4982814

156. Alcantara C, Patel SR, **Carnethon M**, Castaneda S, Isasi CR, Davis S, Ramos A, Arredondo E, Redline S, Zee PC, Gallo LC. Stress and Sleep: Results from the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study. SSM Popul Health. 2017;3:713-721.PMC5663240

A.0684