157. Bancks MP, Kershaw K, Carson AP, Gordon-Larsen P, Schreiner PJ, **Carnethon MR**. Association of Modifiable Risk Factors in Young Adulthood With Racial Disparity in Incident Type 2 Diabetes During Middle Adulthood. JAMA. 2017;318(24):2457-2465.PMC5820714

158. Barone Gibbs B, Pettee Gabriel K, **Carnethon MR**, Gary-Webb T, Jakicic JM, Rana JS, Reis JP, Siddique J, Sternfeld B, Lewis CE. Sedentary Time, Physical Activity, and Adiposity: Cross-sectional and Longitudinal Associations in CARDIA. Am J Prev Med. 2017;53(6):764-771.PMC5696042

159. Benck LR, Cuttica MJ, Colangelo LA, Sidney S, Dransfield MT, Mannino DM, Jacobs DR, Jr., Lewis CE, Zhu N, Washko GR, Liu K, **Carnethon MR**, Kalhan R. Association between Cardiorespiratory Fitness and Lung Health from Young Adulthood to Middle Age. Am J Respir Crit Care Med. 2017;195(9):1236-1243.PMC5439017

160. Bernardi LA, **Carnethon MR**, de Chavez PJ, Ikhena DE, Neff LM, Baird DD, Marsh EE. Relationship between obesity and anti-Mullerian hormone in reproductive-aged African American women. Obesity (Silver Spring). 2017;25(1):229-235.PMC5182136

161. **Carnethon MR**, Ayala GX, Bangdiwala SI, Bishop V, Daviglus ML, Delamater AM, Gallo LC, Perreira K, Pulgaron E, Reina S, Talavera GA, Van Horn LH, Isasi CR. Association of cardiovascular risk factors between Hispanic/Latino parents and youth: the Hispanic Community Health Study/Study of Latino Youth. Ann Epidemiol. 2017;27(4):260-268 e262.PMC5800774

162. Carroll AJ, **Carnethon MR**, Liu K, Jacobs DR, Colangelo LA, Stewart JC, Carr JJ, Widome R, Auer R, Hitsman B. Interaction between smoking and depressive symptoms with subclinical heart disease in the Coronary Artery Risk Development in Young Adults (CARDIA) study. Health Psychol. 2017;36(2):101-111.PMC5269456

163. Carroll AJM, Auer R, Colangelo LA, **Carnethon MR**, Jacobs DR, Jr., Stewart JC, Widome R, Carr JJ, Liu K, Hitsman B. Association of the Interaction Between Smoking and Depressive Symptom Clusters With Coronary Artery Calcification: The CARDIA Study. J Dual Diagn. 2017;13(1):43-51.PMC5525054

164. Christine PJ, Young R, Adar SD, Bertoni AG, Heisler M, **Carnethon MR**, Hayward RA, Diez Roux AV. Individual- and Area-Level SES in Diabetes Risk Prediction: The Multi-Ethnic Study of Atherosclerosis. Am J Prev Med. 2017;53(2):201-209.PMC5584566

165. Curtis DS, Fuller-Rowell TE, El-Sheikh M, **Carnethon MR**, Ryff CD. Habitual sleep as a contributor to racial differences in cardiometabolic risk. Proc Natl Acad Sci U S A. 2017;114(33):8889-8894.PMC5565403

166. Effoe VS, **Carnethon MR**, Echouffo-Tcheugui JB, Chen H, Joseph JJ, Norwood AF, Bertoni AG. The American Heart Association Ideal Cardiovascular Health and Incident Type 2 Diabetes Mellitus Among Blacks: The Jackson Heart Study. J Am Heart Assoc. 2017;6(6).PMC5669153

167. Gallo LC, Roesch SP, McCurley JL, Isasi CR, Sotres-Alvarez D, Delamater AM, Van Horn L, Arredondo EM, Perreira KM, Buelna C, Qi Q, Vidot DC, **Carnethon MR**. Youth and Caregiver Physical Activity and Sedentary Time: HCHS/SOL Youth. Am J Health Behav. 2017;41(1):67-75.PMC5161228

168. Isasi CR, Hua S, Jung M, **Carnethon MR**, Perreira K, Vidot DC, Salazar CR, McCurley JL, Sotres-Alvarez D, Van Horn L, Delamater AM, Llabre MM, Gallo LC. The Association of Parental/Caregiver Chronic Stress with Youth Obesity: Findings from the Study of Latino Youth and the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study. Child Obes. 2017;13(4):251-258.PMC5549811

A.0685

169. Joseph JJ, Echouffo-Tcheugui JB, Talegawkar SA, Effoe VS, Okhomina V, **Carnethon MR**, Hsueh WA, Golden SH. Modifiable Lifestyle Risk Factors and Incident Diabetes in African Americans. Am J Prev Med. 2017;53(5):e165-e174.PMC5704929

170. Kalyani RR, Ji N, **Carnethon M**, Bertoni AG, Selvin E, Gregg EW, Sims M, Golden SH. Diabetes, depressive symptoms, and functional disability in African Americans: the Jackson Heart Study. J Diabetes Complications. 2017;31(8):1259-1265.PMC5676306

171. Kershaw KN, Lane-Cordova AD, **Carnethon MR**, Tindle HA, Liu K. Chronic Stress and Endothelial Dysfunction: The Multi-Ethnic Study of Atherosclerosis (MESA). Am J Hypertens. 2017;30(1):75-80.PMC5155567

172. Kershaw KN, Robinson WR, Gordon-Larsen P, Hicken MT, Goff DC, Jr., **Carnethon MR**, Kiefe CI, Sidney S, Diez Roux AV. Association of Changes in Neighborhood-Level Racial Residential Segregation With Changes in Blood Pressure Among Black Adults: The CARDIA Study. JAMA Intern Med. 2017;177(7):996-1002.PMC5710452

173. Lacy ME, Wellenius GA, Sumner AE, Correa A, **Carnethon MR**, Liem RI, Wilson JG, Sacks DB, Jacobs DR, Jr., Carson AP, Luo X, Gjelsvik A, Reiner AP, Naik RP, Liu S, Musani SK, Eaton CB, Wu WC. Association of Sickle Cell Trait With Hemoglobin A1c in African Americans. JAMA. 2017;317(5):507-515.PMC5713881

174. Laddu DR, Rana JS, Murillo R, Sorel ME, Quesenberry CP, Jr., Allen NB, Gabriel KP, **Carnethon MR**, Liu K, Reis JP, Lloyd-Jones D, Carr JJ, Sidney S. 25-Year Physical Activity Trajectories and Development of Subclinical Coronary Artery Disease as Measured by Coronary Artery Calcium: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Mayo Clin Proc. 2017;92(11):1660-1670.PMC5679779

175. Lane-Cordova AD, Puterman E, Gunderson EP, Chan C, Hou L, **Carnethon M**. Gravidity is not associated with telomere length in a biracial cohort of middle-aged women: The Coronary Artery Risk Development in Young Adults (CARDIA) study. PLoS One. 2017;12(10):e0186495.PMC5648190

176. Liem RI, Chan C, Vu TT, Fornage M, Thompson AA, Liu K, **Carnethon MR**. Association among sickle cell trait, fitness, and cardiovascular risk factors in CARDIA. Blood. 2017;129(6):723-728.PMC5301825

177. Luyster FS, Dunn RE, Lauderdale DS, **Carnethon MR**, Tucker AM, Vogel RA, Lincoln AE, Knutson KL, Pellman EJ, Strollo PJ, Jr. Sleep-apnea risk and subclinical atherosclerosis in early-middle-aged retired National Football League players. Nat Sci Sleep. 2017;9:31-38.PMC5328609

178. McCurley JL, Penedo F, Roesch SC, Isasi CR, **Carnethon M**, Sotres-Alvarez D, Schneiderman N, Gonzalez P, Chirinos DA, Camacho A, Teng Y, Gallo LC. Psychosocial Factors in the Relationship between Socioeconomic Status and Cardiometabolic Risk: the HCHS/SOL Sociocultural Ancillary Study. Ann Behav Med. 2017;51(4):477-488.PMC5529279

179. Montag SE, Knutson KL, Zee PC, Goldberger JJ, Ng J, Kim KA, **Carnethon MR**. Association of sleep characteristics with cardiovascular and metabolic risk factors in a population sample: the Chicago Area Sleep Study. Sleep Health. 2017;3(2):107-112.PMC5373495

180. Pandey A, Allen NB, Ayers C, Reis JP, Moreira HT, Sidney S, Rana JS, Jacobs DR, Jr., Chow LS, de Lemos JA, **Carnethon M**, Berry JD. Fitness in Young Adulthood and Long-Term Cardiac Structure and Function: The CARDIA Study. JACC Heart Fail. 2017;5(5):347-355.PMC7812548

181. Pandey A, LaMonte M, Klein L, Ayers C, Psaty BM, Eaton CB, Allen NB, de Lemos JA, **Carnethon M**, Greenland P, Berry JD. Relationship Between Physical Activity, Body Mass Index, and Risk of Heart Failure. J Am Coll Cardiol. 2017;69(9):1129-1142.PMC5848099

182. Parrinello CM, Hua S, **Carnethon MR**, Gallo LC, Hudson BI, Goldberg RB, Delamater AM, Kaplan RC, Isasi CR. Associations of hyperglycemia and insulin resistance with biomarkers of endothelial dysfunction in Hispanic/Latino youths: Results from the Hispanic Community Children's Health Study/Study of Latino Youth (SOL Youth). J Diabetes Complications. 2017;31(5):836-842.PMC6119470

183. Reina SA, Llabre MM, Vidot DC, Isasi CR, Perreira K, **Carnethon M**, Parrinello CM, Gallo LC, Ayala GX, Delamater A. Metabolic Syndrome in Hispanic Youth: Results from the Hispanic Community Children's Health Study/Study of Latino Youth. Metab Syndr Relat Disord. 2017;15(8):400-406.PMC5649400

184. Tedla YG, Yano Y, **Carnethon M**, Greenland P. Association Between Long-Term Blood Pressure Variability and 10-Year Progression in Arterial Stiffness: The Multiethnic Study of Atherosclerosis. Hypertension. 2017;69(1):118-127.PMC5145729

185. Zeki Al Hazzouri A, Elfassy T, **Carnethon MR**, Lloyd-Jones DM, Yaffe K. Heart Rate Variability and Cognitive Function In Middle-Age Adults: The Coronary Artery Risk Development in Young Adults. Am J Hypertens. 2017;31(1):27-34.PMC5861561

186. Akhabue E, Montag S, Reis JP, Pool LR, Mehta R, Yancy CW, Zhao L, Wolf M, Gutierrez OM, **Carnethon MR**, Isakova T. FGF23 (Fibroblast Growth Factor-23) and Incident Hypertension in Young and Middle-Aged Adults: The CARDIA Study. Hypertension. 2018;72(1):70-76.PMC6002950

187. Arandia G, Sotres-Alvarez D, Siega-Riz AM, Arredondo EM, **Carnethon MR**, Delamater AM, Gallo LC, Isasi CR, Marchante AN, Pritchard D, Van Horn L, Perreira KM. Associations between acculturation, ethnic identity, and diet quality among U.S. Hispanic/Latino Youth: Findings from the HCHS/SOL Youth Study. Appetite. 2018;129:25-36.PMC6390481

188. Armstrong NM, Carlson MC, Schrack J, Xue QL, **Carnethon MR**, Rosano C, Chaves PHM, Gross AL. Late-Life Depressive Symptoms as Partial Mediators in the Associations between Subclinical Cardiovascular Disease with Onset of Mild Cognitive Impairment and Dementia. Am J Geriatr Psychiatry. 2018;26(5):559-568.PMC5940555

189. Bancks MP, **Carnethon MR**, Jacobs DR, Jr., Launer LJ, Reis JP, Schreiner PJ, Shah RV, Sidney S, Yaffe K, Yano Y, Allen NB. Fasting Glucose Variability in Young Adulthood and Cognitive Function in Middle Age: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Diabetes Care. 2018;41(12):2579-2585.PMC6245206

190. Elfassy T, Glymour MM, Kershaw KN, **Carnethon M**, Llabre MM, Lewis CE, Schneiderman N, Zeki Al Hazzouri A. Association Between Sustained Poverty and Changes in Body Mass Index, 1990-2015: The Coronary Artery Risk Development in Young Adults Study. Am J Epidemiol. 2018;187(6):1240-1249.PMC5982791

191. Gerber C, Cai X, Lee J, Craven T, Scialla J, Souma N, Srivastava A, Mehta R, Paluch A, Hodakowski A, Frazier R, **Carnethon MR**, Wolf MS, Isakova T. Incidence and Progression of Chronic Kidney Disease in Black and White Individuals with Type 2 Diabetes. Clin J Am Soc Nephrol. 2018;13(6):884-892.PMC5989671

192. Hernandez R, **Carnethon M**, Giachello AL, Penedo FJ, Wu D, Birnbaum-Weitzman O, Giacinto RE, Gallo LC, Isasi CR, Schneiderman N, Teng Y, Zeng D, Daviglus ML. Structural social support and cardiovascular disease risk factors in Hispanic/Latino adults with diabetes: results from the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). Ethn Health. 2018;23(7):737-751.PMC5756130

A.0687

193. Hernandez R, Cheung E, **Carnethon M**, Penedo FJ, Moskowitz JT, Martinez L, Schueller SM. Feasibility of a culturally adapted positive psychological intervention for Hispanics/Latinos with elevated risk for cardiovascular disease. Transl Behav Med. 2018;8(6):887-897.PMC6248863

194. Hernandez R, Gonzalez HM, Tarraf W, Moskowitz JT, **Carnethon MR**, Gallo LC, Penedo FJ, Isasi CR, Ruiz JM, Arguelles W, Buelna C, Davis S, Gonzalez F, McCurley JL, Wu D, Daviglus ML. Association of dispositional optimism with Life's Simple 7's Cardiovascular Health Index: results from the Hispanic Community Health Study/Study of Latinos (HCHS/SOL) Sociocultural Ancillary Study (SCAS). BMJ Open. 2018;8(3):e019434.PMC5875660

195. Isasi CR, Strizich GM, Kaplan R, Daviglus ML, Sotres-Alvarez D, Vidot DC, Llabre MM, Talavera G, **Carnethon MR**. The association of cardiorespiratory fitness with cardiometabolic factors, markers of inflammation, and endothelial dysfunction in Latino youth: findings from the Hispanic Community Children's Health Study/Study of Latino Youth. Ann Epidemiol. 2018;28(9):583-589 e583.PMC6093801

196. Khan SS, Ning H, Wilkins JT, Allen N, **Carnethon M**, Berry JD, Sweis RN, Lloyd-Jones DM. Association of Body Mass Index With Lifetime Risk of Cardiovascular Disease and Compression of Morbidity. JAMA Cardiol. 2018;3(4):280-287.PMC5875319

197. Kolak M, Bradley M, Block DR, Pool L, Garg G, Toman CK, Boatright K, Lipiszko D, Koschinsky J, Kershaw K, **Carnethon M**, Isakova T, Wolf M. Urban foodscape trends: Disparities in healthy food access in Chicago, 2007-2014. Health Place. 2018;52:231-239

198. Lane-Cordova AD, **Carnethon MR**, Catov JM, Montag S, Lewis CE, Schreiner PJ, Dude A, Sternfeld B, Badon SE, Greenland P, Gunderson EP. Cardiorespiratory fitness, exercise haemodynamics and birth outcomes: the Coronary Artery Risk Development in Young Adults Study. BJOG. 2018;125(9):1127-1134.PMC6045450

199. Lane-Cordova AD, Gunderson EP, **Carnethon MR**, Catov JM, Reiner AP, Lewis CE, Dude AM, Greenland P, Jacobs DR, Jr. Pre-pregnancy endothelial dysfunction and birth outcomes: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Hypertens Res. 2018;41(4):282-289.PMC6311125

200. Lane-Cordova AD, Tedla YG, **Carnethon MR**, Montag SE, Dude AM, Rasmussen-Torvik LJ. Pre-pregnancy blood pressure and body mass index trajectories and incident hypertensive disorders of pregnancy. Pregnancy Hypertens. 2018;13:138-140

201. Lee HM, Zhao Y, Liu MA, Yanez D, **Carnethon M**, Graham Barr R, Wong ND. Impact of lung-function measures on cardiovascular disease events in older adults with metabolic syndrome and diabetes. Clin Cardiol. 2018;41(7):959-965.PMC6365142

202. O'Brien MJ, Bullard KM, Zhang Y, Gregg EW, **Carnethon MR**, Kandula NR, Ackermann RT. Performance of the 2015 US Preventive Services Task Force Screening Criteria for Prediabetes and Undiagnosed Diabetes. J Gen Intern Med. 2018;33(7):1100-1108.PMC6025671

203. Pettee Gabriel K, Sidney S, Jacobs DR, Jr., Whitaker KM, **Carnethon MR**, Lewis CE, Schreiner PJ, Malkani RI, Shikany JM, Reis JP, Sternfeld B. Ten-Year Changes in Accelerometer-Based Physical Activity and Sedentary Time During Midlife: The CARDIA Study. Am J Epidemiol. 2018;187(10):2145-2150.PMC6166210

204. Pool LR, **Carnethon MR**, Goff DC, Jr., Gordon-Larsen P, Robinson WR, Kershaw KN. Longitudinal Associations of Neighborhood-level Racial Residential Segregation with Obesity Among Blacks. Epidemiology. 2018;29(2):207-214

A.0688

205. Strizich G, Kaplan RC, Sotres-Alvarez D, Diaz KM, Daigre AL, **Carnethon MR**, Vidot DC, Delamater AM, Perez L, Perreira K, Isasi CR, Qi Q. Objectively Measured Sedentary Behavior, Physical Activity, and Cardiometabolic Risk in Hispanic Youth: Hispanic Community Health Study/Study of Latino Youth. J Clin Endocrinol Metab. 2018;103(9):3289-3298.PMC6126884

206. Tapia Granados JA, Christine PJ, Ionides EL, **Carnethon MR**, Diez Roux AV, Kiefe CI, Schreiner PJ. Cardiovascular Risk Factors, Depression, and Alcohol Consumption During Joblessness and During Recessions Among Young Adults in CARDIA. Am J Epidemiol. 2018;187(11):2339-2345.PMC6211238

207. Tedla YG, Yano Y, Thyagarajan B, Kalhan R, Viera AJ, Rosenberg S, Greenland P, **Carnethon MR**. Peak lung function during young adulthood and future long-term blood pressure variability: The Coronary Artery Risk Development in Young Adults (CARDIA) study. Atherosclerosis. 2018;275:225-231.PMC7702294

208. Akhabue E, Vu TT, Vaidya A, Michos ED, de Boer IH, Kestenbaum B, Allison M, Szklo M, Ouyang P, Yancy CW, Wolf M, Isakova T, **Carnethon MR**. Fibroblast Growth Factor-23, Heart Failure Risk, and Renin-Angiotensin-Aldosterone-System Blockade in Hypertension: The MESA Study. Am J Hypertens. 2019;32(1):18-25.PMC7179751

209. Armstrong NM, Carlson MC, Xue QL, Schrack J, **Carnethon MR**, Chaves PHM, Gross AL. Role of Late-Life Depression in the Association of Subclinical Cardiovascular Disease With All-Cause Mortality: Cardiovascular Health Study. J Aging Health. 2019;31(4):652-666.PMC5930132

210. Bancks M, Alonso A, Allen N, Yaffe K, **Carnethon M**. Temporal trends in cognitive function of older US adults associated with population changes in demographic and cardiovascular profiles. J Epidemiol Community Health. 2019;73(7):612-618.PMC7240358

211. Bancks MP, **Carnethon MR**, Chow LS, Gidding SS, Jacobs DR, Jr., Kishi S, Lima J, Lloyd-Jones D, Reis JP, Schreiner PJ, Zmora R, Allen NB. Fasting glucose and insulin resistance trajectories during young adulthood and mid-life cardiac structure and function. J Diabetes Complications. 2019;33(5):356-362.PMC6451883

212. Bancks MP, Carson AP, Lewis CE, Gunderson EP, Reis JP, Schreiner PJ, Yano Y, **Carnethon MR**. Fasting glucose variability in young adulthood and incident diabetes, cardiovascular disease and all-cause mortality. Diabetologia. 2019;62(8):1366-1374.PMC7235631

213. Bancks MP, Ning H, Allen NB, Bertoni AG, **Carnethon MR**, Correa A, Echouffo-Tcheugui JB, Lange LA, Lloyd-Jones DM, Wilkins JT. Long-term Absolute Risk for Cardiovascular Disease Stratified by Fasting Glucose Level. Diabetes Care. 2019;42(3):457-465.PMC6385698

214. Camhi SM, Must A, Gona PN, Hankinson A, Odegaard A, Reis J, Gunderson EP, Jacobs DR, **Carnethon MR**. Duration and stability of metabolically healthy obesity over 30 years. Int J Obes (Lond). 2019;43(9):1803-1810.PMC6395568

215. Evenson KR, Arredondo EM, **Carnethon MR**, Delamater AM, Gallo LC, Isasi CR, Perreira KM, Foti SA, L VANH, Vidot DC, Sotres-Alvarez D. Physical Activity and Sedentary Behavior among US Hispanic/Latino Youth: The SOL Youth Study. Med Sci Sports Exerc. 2019;51(5):891-899.PMC6465089

216. Fox RS, **Carnethon MR**, Gallo LC, Wiley JF, Isasi CR, Daviglus ML, Cai J, Davis SM, Giachello AL, Gonzalez P, McCurley JL, Schneiderman N, Penedo FJ. Perceived Discrimination and Cardiometabolic Risk Among US Hispanics/Latinos in the HCHS/SOL Sociocultural Ancillary Study. Int J Behav Med. 2019;26(4):331-342.PMC7294575

217. Gallo LC, Roesch SC, Bravin JI, Savin KL, Perreira KM, **Carnethon MR**, Delamater AM, Salazar CR, Lopez-Gurrola M, Isasi CR. Socioeconomic Adversity, Social Resources, and Allostatic Load Among Hispanic/Latino Youth: The Study of Latino Youth. Psychosom Med. 2019;81(3):305-312.PMC6443433

218. Glover LM, Bertoni AG, Golden SH, Baltrus P, Min YI, **Carnethon MR**, Taylor H, Sims M. Sex differences in the association of psychosocial resources with prevalent type 2 diabetes among African Americans: The Jackson Heart Study. J Diabetes Complications. 2019;33(2):113-117.PMC6554648

219. Glynn P, Lloyd-Jones DM, Feinstein MJ, **Carnethon M**, Khan SS. Disparities in Cardiovascular Mortality Related to Heart Failure in the United States. J Am Coll Cardiol. 2019;73(18):2354-2355

220. Heard-Garris N, Sacotte KA, Winkelman TNA, Cohen A, Ekwueme PO, Barnert E, **Carnethon M**, Davis MM. Association of Childhood History of Parental Incarceration and Juvenile Justice Involvement With Mental Health in Early Adulthood. JAMA Netw Open. 2019;2(9):e1910465.PMC6727677

221. Khan SS, Ning H, Shah SJ, Yancy CW, **Carnethon M**, Berry JD, Mentz RJ, O'Brien E, Correa A, Suthahar N, de Boer RA, Wilkins JT, Lloyd-Jones DM. 10-Year Risk Equations for Incident Heart Failure in the General Population. J Am Coll Cardiol. 2019;73(19):2388-2397.PMC6527121

222. Makarem N, Shechter A, **Carnethon MR**, Mullington JM, Hall MH, Abdalla M. Sleep Duration and Blood Pressure: Recent Advances and Future Directions. Curr Hypertens Rep. 2019;21(5):33

223. McCurley JL, Gutierrez AP, Bravin JI, Schneiderman N, Reina SA, Khambaty T, Castaneda SF, Smoller S, Daviglus ML, O'Brien MJ, **Carnethon MR**, Isasi CR, Perreira KM, Talavera GA, Yang M, Gallo LC. Association of Social Adversity with Comorbid Diabetes and Depression Symptoms in the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study: A Syndemic Framework. Ann Behav Med. 2019;53(11):975-987.PMC6779072

224. Morgan E, D'Aquila R, **Carnethon MR**, Mustanski B. Cardiovascular disease risk factors are elevated among a cohort of young sexual and gender minorities in Chicago. J Behav Med. 2019;42(6):1073-1081.PMC6785361

225. Paluch AE, Pool LR, Isakova T, Lewis CE, Mehta R, Schreiner PJ, Sidney S, Wolf M, **Carnethon MR**. Association of Fitness With Racial Differences in Chronic Kidney Disease. Am J Prev Med. 2019;57(1):68-76.PMC6589135

226. Perreira KM, Marchante AN, Schwartz SJ, Isasi CR, **Carnethon MR**, Corliss HL, Kaplan RC, Santisteban DA, Vidot DC, Van Horn L, Delamater AM. Stress and Resilience: Key Correlates of Mental Health and Substance Use in the Hispanic Community Health Study of Latino Youth. J Immigr Minor Health. 2019;21(1):4-13.PMC6141349

227. Shah NS, Lloyd-Jones DM, O'Flaherty M, Capewell S, Kershaw KN, **Carnethon M**, Khan SS. Trends in Cardiometabolic Mortality in the United States, 1999-2017. JAMA. 2019;322(8):780-782.PMC6714016

228. Shaw PA, McMurray R, Butte N, Sotres-Alvarez D, Sun H, Stoutenberg M, Evenson KR, Wong WW, Moncrieft AE, Sanchez-Johnsen LAP, **Carnethon MR**, Arredondo E, Kaplan RC, Matthews CE, Mossavar-Rahmani Y. Calibration of activity-related energy expenditure in the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). J Sci Med Sport. 2019;22(3):300-306.PMC6370477

229. Slopen N, Strizich G, Hua S, Gallo LC, Chae DH, Priest N, Gurka MJ, Bangdiwala SI, Bravin JI, Chambers EC, Daviglus ML, Llabre MM, **Carnethon MR**, Isasi CR. Maternal experiences of ethnic discrimination and child cardiometabolic outcomes in the Study of Latino Youth. Ann Epidemiol. 2019;34:52-57.PMC7282822

A.0690

230. Sternfeld B, Gabriel KP, Jiang SF, Whitaker KM, Jacobs DR, Jr., Quesenberry CP, Jr., **Carnethon M**, Sidney S. Risk Estimates for Diabetes and Hypertension with Different Physical Activity Methods. Med Sci Sports Exerc. 2019;51(12):2498-2505.PMC7138450

231. Whitaker KM, Pettee Gabriel K, Buman MP, Pereira MA, Jacobs DR, Jr., Reis JP, Gibbs BB, **Carnethon MR**, Staudenmayer J, Sidney S, Sternfeld B. Associations of Accelerometer-Measured Sedentary Time and Physical Activity With Prospectively Assessed Cardiometabolic Risk Factors: The CARDIA Study. J Am Heart Assoc. 2019;8(1):e010212.PMC6405708

232. Yang K, Xun P, **Carnethon M**, Carson AP, Lu L, Zhu J, He K. Low to moderate toenail arsenic levels in young adulthood and incidence of diabetes later in life: findings from the CARDIA Trace Element study. Environ Res. 2019;171:321-327.PMC6398992

233. Zhong VW, Bancks MP, Schreiner PJ, Lewis CE, Steffen LM, Meigs JB, Schrader LA, Schorr M, Miller KK, Sidney S, **Carnethon MR**. Insulin resistance since early adulthood and appendicular lean mass in middle-aged adults without diabetes: 20years of the CARDIA study. J Diabetes Complications. 2019;33(1):84-90.PMC6324968

234. Zhong VW, Van Horn L, Cornelis MC, Wilkins JT, Ning H, **Carnethon MR**, Greenland P, Mentz RJ, Tucker KL, Zhao L, Norwood AF, Lloyd-Jones DM, Allen NB. Associations of Dietary Cholesterol or Egg Consumption With Incident Cardiovascular Disease and Mortality. JAMA. 2019;321(11):1081-1095.PMC6439941

235. Hernandez R, Vu TT, Kershaw KN, Boehm JK, Kubzansky LD, **Carnethon M**, Trudel-Fitzgerald C, Knutson KL, Colangelo LA, Liu K. The Association of Optimism with Sleep Duration and Quality: Findings from the Coronary Artery Risk and Development in Young Adults (CARDIA) Study. Behav Med. 2020;46(2):100-111.PMC7282476

236. Khan SS, Lloyd-Jones DM, **Carnethon M**, Pool LR. Medicaid Expansion and State-Level Differences in Premature Cardiovascular Mortality by Subtype, 2010-2017. Hypertension. 2020;76(5):e37-e38.PMC7544679

237. Khera R, Pandey A, Ayers CR, **Carnethon MR**, Greenland P, Ndumele CE, Nambi V, Seliger SL, Chaves PHM, Safford MM, Cushman M, Xanthakis V, Vasan RS, Mentz RJ, Correa A, Lloyd-Jones DM, Berry JD, de Lemos JA, Neeland IJ. Performance of the Pooled Cohort Equations to Estimate Atherosclerotic Cardiovascular Disease Risk by Body Mass Index. JAMA Netw Open. 2020;3(10):e2023242.PMC7596579

238. Lane-Cordova AD, Gunderson EP, Greenland P, Catov JM, Lewis CE, Pettee Gabriel K, Wellons MF, **Carnethon MR**. Life-Course Reproductive History and Cardiovascular Risk Profile in Late Mid-Life: The CARDIA Study. J Am Heart Assoc. 2020;9(10):e014859.PMC7660840

239. Lewis AA, Ayers CR, Selvin E, Neeland I, Ballantyne CM, Nambi V, Pandey A, Powell-Wiley TM, Drazner MH, **Carnethon MR**, Berry JD, Seliger SL, DeFilippi CR, de Lemos JA. Racial Differences in Malignant Left Ventricular Hypertrophy and Incidence of Heart Failure: A Multicohort Study. Circulation. 2020;141(12):957-967.PMC7093253

240. Mayne SL, Loizzo L, Bancks MP, **Carnethon MR**, Barber S, Gordon-Larsen P, Carson AP, Schreiner PJ, Bantle AE, Whitaker KM, Kershaw KN. Racial residential segregation, racial discrimination, and diabetes: The Coronary Artery Risk Development in Young Adults study. Health Place. 2020;62:102286.PMC7266830

241. Murthy VL, Reis JP, Pico AR, Kitchen R, Lima JAC, Lloyd-Jones D, Allen NB, **Carnethon M**, Lewis GD, Nayor M, Vasan RS, Freedman JE, Clish CB, Shah RV. Comprehensive Metabolic Phenotyping Refines Cardiovascular Risk in Young Adults. Circulation. 2020;142(22):2110-2127.PMC7880553

A.0691

242. Murthy VL, Xia R, Baldridge AS, **Carnethon MR**, Sidney S, Bouchard C, Sarzynski MA, Lima JAC, Lewis GD, Shah SJ, Fornage M, Shah RV. Polygenic Risk, Fitness, and Obesity in the Coronary Artery Risk Development in Young Adults (CARDIA) Study. JAMA Cardiol. 2020;5(3):40-48.PMC6990863

243. Newman JD, Bhatt DL, Rajagopalan S, Balmes JR, Brauer M, Breysse PN, Brown AGM, **Carnethon MR**, Cascio WE, Collman GW, Fine LJ, Hansel NN, Hernandez A, Hochman JS, Jerrett M, Joubert BR, Kaufman JD, Malik AO, Mensah GA, Newby DE, Peel JL, Siegel J, Siscovick D, Thompson BL, Zhang J, Brook RD. Cardiopulmonary Impact of Particulate Air Pollution in High-Risk Populations: JACC State-of-the-Art Review. J Am Coll Cardiol. 2020;76(24):2878-2894.PMC8040922

244. Nguyen-Rodriguez ST, Gallo LC, Isasi CR, Buxton OM, Thomas KS, Sotres-Alvarez D, Redline S, Castaneda SF, **Carnethon MR**, Daviglus ML, Perreira KM. Adiposity, Depression Symptoms and Inflammation in Hispanic/Latino Youth: Results From HCHS/SOL Youth. Ann Behav Med. 2020;54(7):529-534.PMC7291328

245. Pool LR, Kershaw KN, Gordon-Larsen P, Gutierrez OM, Reis JP, Isakova T, Wolf M, **Carnethon MR**. Racial Differences in the Associations Between Food Insecurity and Fibroblast Growth Factor 23 in the Coronary Artery Risk Development in Young Adults Study. J Ren Nutr. 2020;30(6):509-517

246. Rethy L, Petito LC, Vu THT, Kershaw K, Mehta R, Shah NS, **Carnethon MR**, Yancy CW, Lloyd-Jones DM, Khan SS. Trends in the Prevalence of Self-reported Heart Failure by Race/Ethnicity and Age From 2001 to 2016. JAMA Cardiol. 2020;5(12):1425-1429.PMC7489385

247. Shah NS, **Carnethon M**, Lloyd-Jones DM, Khan SS. Widening Rural-Urban Cardiometabolic Mortality Gap in the United States, 1999 to 2017. J Am Coll Cardiol. 2020;75(25):3187-3188

248. Shah NS, Lloyd-Jones DM, Kandula NR, Huffman MD, Capewell S, O'Flaherty M, Kershaw KN, **Carnethon MR**, Khan SS. Adverse Trends in Premature Cardiometabolic Mortality in the United States, 1999 to 2018. J Am Heart Assoc. 2020;9(23):e018213.PMC7763768

249. Shah NS, Molsberry R, Rana JS, Sidney S, Capewell S, O'Flaherty M, **Carnethon M**, Lloyd-Jones DM, Khan SS. Heterogeneous trends in burden of heart disease mortality by subtypes in the United States, 1999-2018: observational analysis of vital statistics. BMJ. 2020;370:m2688.PMC7424397.

250. Siddique J, Aaby D, Montag SE, Sidney S, Sternfeld B, Welch WA, **Carnethon MR**, Liu K, Craft LL, Pettee Gabriel K, Barone Gibbs B, Reis JP, Freedson P. Individualized Relative-Intensity Physical Activity Accelerometer Cut Points. Med Sci Sports Exerc. 2020;52(2):398-407.PMC6962549

251. Suglia SF, Crookes DM, Kaplan R, Sotres-Alvarez D, Llabre MM, Van Horn L, **Carnethon MR**, Isasi CR. Intergenerational Transmission of Childhood Adversity in Parents and their Children's BMI in the Hispanic Community Children's Health Study/Study of Latino Youth (HCHS/SOL Youth). J Psychosom Res. 2020;131:109956.PMC7415479

252. Thomas SJ, Booth JN, 3rd, Jaeger BC, Hubbard D, Sakhuja S, Abdalla M, Lloyd-Jones DM, Buysse DJ, Lewis CE, Shikany JM, Schwartz JE, Shimbo D, Calhoun D, Muntner P, **Carnethon MR**. Association of Sleep Characteristics With Nocturnal Hypertension and Nondipping Blood Pressure in the CARDIA Study. J Am Heart Assoc. 2020;9(7):e015062.PMC7428601

253. Tripathy S, Cai X, Adhikari A, Kershaw K, Peralta CA, Kramer H, Jacobs DR, Jr., Gutierrez OM, **Carnethon MR**, Isakova T. Association of Educational Attainment With Incidence of CKD in Young Adults. Kidney Int Rep. 2020;5(12):2256-2263.PMC7710886

254. Vettoretti M, Longato E, Zandona A, Li Y, Pagan JA, Siscovick D, **Carnethon MR**, Bertoni AG, Facchinetti A, Di Camillo B. Addressing practical issues of predictive models translation into everyday practice and public health management: a combined model to predict the risk of type 2 diabetes improves incidence prediction and reduces the prevalence of missing risk predictions. BMJ Open Diabetes Res Care. 2020;8(1).PMC7398107

255. Washko GR, Colangelo LA, Estepar RSJ, Ash SY, Bhatt SP, Okajima Y, Liu K, Jacobs DR, Jr., Iribarren C, Thyagarajan B, Lewis CE, Kumar R, Han MK, Dransfield MT, **Carnethon MR**, Kalhan R. Adult Life-Course Trajectories of Lung Function and the Development of Emphysema: The CARDIA Lung Study. Am J Med. 2020;133(2):222-230 e211.PMC6980254

256. Yano Y, Gao Y, Johnson DA, **Carnethon M**, Correa A, Mittleman MA, Sims M, Mostofsky E, Wilson JG, Redline S. Sleep Characteristics and Measures of Glucose Metabolism in Blacks: The Jackson Heart Study. J Am Heart Assoc. 2020;9(9):e013209.PMC7428566

257. Zhong VW, Van Horn L, Greenland P, **Carnethon MR**, Ning H, Wilkins JT, Lloyd-Jones DM, Allen NB. Associations of Processed Meat, Unprocessed Red Meat, Poultry, or Fish Intake With Incident Cardiovascular Disease and All-Cause Mortality. JAMA Intern Med. 2020;180(4):503-512.PMC7042891

258. Barnett JV, Beckman JA, Bonaca MP, **Carnethon MR**, Cassis LA, Creager MA, Daugherty A, Feinberg MW, Freiberg MS, Goodney PP, Greenland P, Leeuwenburgh C, LeMaire SA, McDermott MM, Sabatine MS, Shen YH, Wasserman DH, Webb NR, Wells QS. American Heart Association Vascular Disease Strategically Focused Research Network. Arterioscler Thromb Vasc Biol. 2020;40(3):e47-e54.PMC7047580

259. Hall KS, Hyde ET, Bassett DR, Carlson SA, **Carnethon MR**, Ekelund U, Evenson KR, Galuska DA, Kraus WE, Lee IM, Matthews CE, Omura JD, Paluch AE, Thomas WI, Fulton JE. Systematic review of the prospective association of daily step counts with risk of mortality, cardiovascular disease, and dysglycemia. Int J Behav Nutr Phys Act. 2020;17(1):78.PMC7305604

260. Bancks MP, Bertoni AG, **Carnethon M**, Chen H, Cotch MF, Gujral UP, Herrington D, Kanaya AM, Szklo M, Vaidya D, Kandula NR. Association of Diabetes Subgroups With Race/Ethnicity, Risk Factor Burden and Complications: The MASALA and MESA Studies. J Clin Endocrinol Metab. 2021;106(5):e2106-e2115.PMC8063247

261. Bancks MP, **Carnethon M**, Chen H, Cotch MF, Klein B, Klein R, Szklo M, Bertoni A. Diabetes subgroups and risk for complications: The Multi-Ethnic Study of Atherosclerosis (MESA). J Diabetes Complications. 2021;35(6):107915.PMC8113152

262. Bernardi LA, Weiss MS, Waldo A, Harmon Q, **Carnethon MR**, Baird DD, Wise LA, Marsh EE. Duration, recency, and type of hormonal contraceptive use and antimullerian hormone levels. Fertil Steril. 2021;116(1):208-217.PMC8217153

263. Cameron NA, Petito LC, McCabe M, Allen NB, O'Brien MJ, **Carnethon MR**, Khan SS. Quantifying the Sex-Race/Ethnicity-Specific Burden of Obesity on Incident Diabetes Mellitus in the United States, 2001 to 2016: MESA and NHANES. J Am Heart Assoc. 2021;10(4):e018799.PMC7955335

264. German C, Makarem N, Fanning J, Redline S, Elfassy T, McClain A, Abdalla M, Aggarwal B, Allen N, **Carnethon M**. Sleep, Sedentary Behavior, Physical Activity, and Cardiovascular Health: MESA. Med Sci Sports Exerc. 2021;53(4):724-731.PMC7969364

A.0693

265. Glynn PA, Molsberry R, Harrington K, Shah NS, Petito LC, Yancy CW, **Carnethon MR**, Lloyd-Jones DM, Khan SS. Geographic Variation in Trends and Disparities in Heart Failure Mortality in the United States, 1999 to 2017. J Am Heart Assoc. 2021;10(9):e020541.PMC8200738

266. Goff DC, Jr., Khan SS, Lloyd-Jones D, Arnett DK, **Carnethon MR**, Labarthe DR, Loop MS, Luepker RV, McConnell MV, Mensah GA, Mujahid MS, O'Flaherty ME, Prabhakaran D, Roger V, Rosamond WD, Sidney S, Wei GS, Wright JS. Bending the Curve in Cardiovascular Disease Mortality: Bethesda + 40 and Beyond. Circulation. 2021;143(8):837-851.PMC7905830

267. Gunderson EP, Sun B, Catov JM, **Carnethon M**, Lewis CE, Allen NB, Sidney S, Wellons M, Rana JS, Hou L, Carr JJ. Gestational Diabetes History and Glucose Tolerance After Pregnancy Associated With Coronary Artery Calcium in Women During Midlife: The CARDIA Study. Circulation. 2021;143(10):974-987.PMC7940578

268. Kim K, Joyce BT, Zheng Y, Schreiner PJ, Jacobs DR, Jr., Catov JM, Shikany JM, **Carnethon MR**, Greenland P, Van Horn LV, Allen NB, Lloyd-Jones DM, Gunderson EP, Hou L. DNA Methylation GrimAge and Incident Diabetes: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Diabetes. 2021;70(6):1404-1413.PMC8275890

269. Kluwe B, Ortiz R, Odei JB, Zhao S, Kline D, Brock G, Echouffo-Tcheugui JB, Lee JM, Lazarus S, Seeman T, Greenland P, Needham B, **Carnethon MR**, Golden SH, Joseph JJ. The association of cortisol curve features with incident diabetes among whites and African Americans: The CARDIA study. Psychoneuroendocrinology. 2021;123:105041.PMC8046489

270. LeCroy MN, Strizich GM, Gallo LC, Perreira KP, Ayala GX, **Carnethon MR**, Delamater AM, Gonzalez JS, Arredondo EM, Pulgaron ER, Isasi CR. The Association of the Parent-Child Language Acculturation Gap with Obesity and Cardiometabolic Risk in Hispanic/Latino Youth: Results from the Hispanic Community Children's Health Study/Study of Latino Youth (SOL Youth). Ann Behav Med. 2021;55(8):734-745.PMC8311787

271. Manuel EC, Plowden TC, Valbuena FM, Jr., Bryce RL, Barick AA, Ramakrishnan A, **Carnethon MR**, Neff LM, Baird DD, Marsh EE. The Environment, Leiomyomas, Latinas, and Adiposity Study: rationale and design. Am J Obstet Gynecol. 2021

272. Pandey A, Mehta A, Paluch A, Ning H, **Carnethon MR**, Allen NB, Michos ED, Berry JD, Lloyd-Jones DM, Wilkins JT. Performance of the American Heart Association/American College of Cardiology Pooled Cohort Equations to Estimate Atherosclerotic Cardiovascular Disease Risk by Self-reported Physical Activity Levels. JAMA Cardiol. 2021;6(6):690-696.PMC8082430

273. Pandey A, Vaduganathan M, Patel KV, Ayers C, Ballantyne CM, Kosiborod MN, **Carnethon M**, DeFilippi C, McGuire DK, Khan SS, Caughey MC, de Lemos JA, Everett BM. Biomarker-Based Risk Prediction of Incident Heart Failure in Pre-Diabetes and Diabetes. JACC Heart Fail. 2021;9(3):215-223

274. Patel KV, Metzinger M, Park B, Allen N, Ayers C, Kawut SM, Sidney S, Goff DC, Jr., Jacobs DR, Jr., Zaky AF, **Carnethon M**, Berry JD, Pandey A. Longitudinal Associations of Fitness and Obesity in Young Adulthood With Right Ventricular Function and Pulmonary Artery Systolic Pressure in Middle Age: The CARDIA Study. J Am Heart Assoc. 2021;10(7):e016968.PMC8174339

275. Paul S, Wong M, Akhabue E, Mehta RC, Kramer H, Isakova T, **Carnethon MR**, Wolf M, Gutierrez OM. Fibroblast Growth Factor 23 and Incident Cardiovascular Disease and Mortality in Middle-Aged Adults. J Am Heart Assoc. 2021;10(16):e020196

276. Pereira JL, de Castro MA, Crispim SP, Fisberg RM, Isasi CR, Mossavar-Rahmani Y, Van Horn L, **Carnethon MR**, Daviglus ML, Perreira KM, Gallo LC, Sotres-Alvarez D, Mattei J. Comparing Methods from the National Cancer Institute vs Multiple Source Method for Estimating Usual Intake of Nutrients in the Hispanic Community Health Study/Study of Latino Youth. J Acad Nutr Diet. 2021;121(1):59-73 e16.PMC7752843

277. Pereira JL, Mattei J, Isasi CR, Van Horn L, **Carnethon MR**, Daviglus ML, Perera MJ, Sotres-Alvarez D, Fisberg RM. Diet quality, excess body weight and cardiometabolic risk factors in adolescents living in Sao Paulo, Brazil and in the USA: differences and similarities. Public Health Nutr. 2021;24(13):4091-4101

278. Reyfman PA, Khuder B, Pierce JB, Meza DA, **Carnethon MR**, Kalhan R, Khan SS. Urban-Rural Mortality Disparities from Chronic Lower Respiratory Diseases in the United States, 1999-2019. Am J Respir Crit Care Med. 2021;203(11):1435-1437

279. Reyfman PA, Sugar E, Hazucha H, Hixon J, Reynolds C, Bose S, Dransfield MT, Han MK, Estepar RSJ, Rice MB, Washko GR, **Carnethon M**, Kalhan R, American Lung Association Airways Clinical Research N, American Lung Association Airway's Clinical Research N. Study protocol for a national cohort of adults focused on respiratory health: the American Lung Association Lung Health Cohort (ALA-LHC) Study. BMJ Open. 2021;11(7):e053342.PMC8258664

280. Rocha J, Castillo-Lavergne CM, Byrd MJ, **Carnethon MR**, Miller R, Lin M, Marsh EE, Jackson JK, Yancy CW. Reimagining educational equity through strategic alliance partnerships in response to the USA STEM-M diversity gap. Health Promot Int. 2021

281. Shah NS, Wang MC, Freaney PM, Perak AM, **Carnethon MR**, Kandula NR, Gunderson EP, Bullard KM, Grobman WA, O'Brien MJ, Khan SS. Trends in Gestational Diabetes at First Live Birth by Race and Ethnicity in the US, 2011-2019. JAMA. 2021;326(7):660-669

282. Siddique J, Welch WA, Aaby D, Sternfeld B, Pettee Gabriel K, **Carnethon MR**, Rana JS, Sidney S. Relative-Intensity Physical Activity and Its Association With Cardiometabolic Disease. J Am Heart Assoc. 2021;10(14):e019174

283. Singleton MJ, German CA, **Carnethon M**, Soliman EZ, Bertoni AG, Yeboah J. Race, Body Mass Index, and the Risk of Atrial Fibrillation: The Multi-Ethnic Study of Atherosclerosis. J Am Heart Assoc. 2021;10(1):e018592.PMC7955459

284. Sinha A, Ning H, Ahmad FS, Bancks MP, **Carnethon MR**, O'Brien MJ, Allen NB, Wilkins JT, Lloyd-Jones DM, Khan SS. Association of fasting glucose with lifetime risk of incident heart failure: the Lifetime Risk Pooling Project. Cardiovasc Diabetol. 2021;20(1):66.PMC7983294

285. Sinha A, Ning H, **Carnethon MR**, Allen NB, Wilkins JT, Lloyd-Jones DM, Khan SS. Race- and Sex-Specific Population Attributable Fractions of Incident Heart Failure: A Population-Based Cohort Study From the Lifetime Risk Pooling Project. Circ Heart Fail. 2021;14(4):e008113.PMC8058263

286. Vivek S, **Carnethon MR**, Prizment A, Carson AP, Bancks MP, Jacobs DR, Jr., Thyagarajan B. Association of the Extent of Return to Fasting State 2-hours after a Glucose Challenge with Incident Prediabetes and Type 2 Diabetes: The CARDIA Study. Diabetes Res Clin Pract. 2021:109004

287. Wang L, Li X, Wang Z, Bancks MP, **Carnethon MR**, Greenland P, Feng YQ, Wang H, Zhong VW. Trends in Prevalence of Diabetes and Control of Risk Factors in Diabetes Among US Adults, 1999-2018. JAMA. 2021.PMC8233946

288.  Wilkins JT, Gray EL, Wallia A, Hirschhorn LR, Zembower TR, Ho J, Kalume N, Agbo O, Zhu A, Rasmussen-Torvik LJ, Khan SS, **Carnethon M**, Huffman M, Evans CT. Seroprevalence and Correlates of SARS-CoV-2 Antibodies in Health Care Workers in Chicago. Open Forum Infect Dis. 2021;8(1):ofaa582.PMC7787182

289.  Wilkins JT, Hirschhorn LR, Gray EL, Wallia A, **Carnethon M**, Zembower TR, Ho J, DeYoung BJ, Zhu A, Torvik LJR, Taiwo B, Evans CT. Serologic Status and SARS CoV-2 Infection over 6-Months of Follow-Up in Healthcare Workers in Chicago: A Cohort Study. Infect Control Hosp Epidemiol. 2021:1-29

290.  Zhong VW, Allen NB, Greenland P, **Carnethon MR**, Ning H, Wilkins JT, Lloyd-Jones DM, Van Horn L. Protein foods from animal sources, incident cardiovascular disease and all-cause mortality: a substitution analysis. Int J Epidemiol. 2021;50(1):223-233

291.  Zhong VW, Ning H, Van Horn L, **Carnethon MR**, Wilkins JT, Lloyd-Jones DM, Allen NB. Diet Quality and Long-Term Absolute Risks for Incident Cardiovascular Disease and Mortality. Am J Med. 2021;134(4):490-498 e424.PMC7956066

292.  Akhabue E, Wong M, Mehta R, Isakova T, Wolf M, Yancy C, Gutierrez OM, **Carnethon M**. Fibroblast growth factor-23 and subclinical markers of cardiac dysfunction: The coronary artery risk development in young adults (CARDIA) study. *Am Heart J*. Mar 2022;245:10-18. doi:10.1016/j.ahj.2021.11.009

293.  Johnson DA, Knutson K, Colangelo LA, Hale L, Redline S, **Carnethon M**, Kershaw KN. Associations of Chronic Burden, Sleep Characteristics, and Metabolic Syndrome in the Coronary Artery Risk Development in Young Adults (CARDIA) Study. *Psychosom Med*. Apr 15 2022;doi:10.1097/PSY.0000000000001081

294.  Khan SS, Ning H, Allen NB, **Carnethon MR**, Yancy CW, Shah SJ, Wilkins JT, Tian L, Lloyd-Jones DM. Development and Validation of a Long-Term Incident Heart Failure Risk Model. *Circ Res*. Jan 21 2022;130(2):200-209. doi:10.1161/CIRCRESAHA.121.319595

295.  Lin AW, Granata FA, Trippel AK, Tello L, Stump TK, Wong M, **Carnethon MR**, Kershaw KN, Makelarski J, Weller D. Food Handling Concerns and Practices at Home during the COVID-19 Pandemic by Food Security Status. *J Food Prot*. Mar 1 2022;85(3):518-526. doi:10.4315/JFP-21-216

296.  Liu GY, Khan SS, Colangelo LA, Meza D, Washko GR, Sporn PHS, Jacobs DR, Jr., Dransfield MT, **Carnethon MR**, Kalhan R. Comparing Racial Differences in Emphysema Prevalence Among Adults With Normal Spirometry: A Secondary Data Analysis of the CARDIA Lung Study. *Ann Intern Med*. Jul 19 2022;doi:10.7326/m22-0205

297.  Mongraw-Chaffin M, Saldana S, **Carnethon MR**, Chen H, Effoe V, Golden SH, Joseph J, Kalyani RR, Bertoni AG. Determinants of Metabolic Syndrome and Type 2 Diabetes in the Absence of Obesity: The Jackson Heart Study. *J Endocr Soc*. Jun 1 2022;6(6):bvac059. doi:10.1210/jendso/bvac05

298.  Murphy RA, Tintle N, Harris WS, Darvishian M, Marklund M, Virtanen JK, Hantunen S, de Mello VD, Tuomilehto J, Lindstrom J, Bolt MA, Brouwer IA, Wood AC, Senn M, Redline S, Tsai MY, Gudnason V, Eiriksdottir G, Lindberg E, Shadyab AH, Liu B, **Carnethon M**, Uusitupa M, Djousse L, Riserus U, Lind L, van Dam RM, Koh WP, Shi P, Siscovick D, Lemaitre RN, Mozaffarian D. PUFA omega-3 and omega-6 biomarkers and sleep: a pooled analysis of cohort studies on behalf of the Fatty Acids and Outcomes Research Consortium (FORCE). *Am J Clin Nutr*. Mar 4 2022;115(3):864-876. doi:10.1093/ajcn/nqab408

299.  Murthy VL, Nayor M, **Carnethon M**, Reis JP, Lloyd-Jones D, Allen NB, Kitchen R, Piaggi P, Steffen LM, Vasan RS, Freedman JE, Clish CB, Shah RV. Circulating metabolite profile in young adulthood identifies long-term diabetes

A.0696

susceptibility: the Coronary Artery Risk Development in Young Adults (CARDIA) study. *Diabetologia*. Apr 2022;65(4):657-674. doi:10.1007/s00125-021-05641-x

300.  Paluch AE, Bajpai S, Bassett DR, **Carnethon MR**, Ekelund U, Evenson KR, Galuska DA, Jefferis BJ, Kraus WE, Lee IM, Matthews CE, Omura JD, Patel AV, Pieper CF, Rees-Punia E, Dallmeier D, Klenk J, Whincup PH, Dooley EE, Pettee Gabriel K, Palta P, Pompeii LA, Chernofsky A, Larson MG, Vasan RS, Spartano N, Ballin M, Nordstrom P, Nordstrom A, Anderssen SA, Hansen BH, Cochrane JA, Dwyer T, Wang J, Ferrucci L, Liu F, Schrack J, Urbanek J, Saint-Maurice PF, Yamamoto N, Yoshitake Y, Newton RL, Jr., Yang S, Shiroma EJ, Fulton JE, Steps for Health C. Daily steps and all-cause mortality: a meta-analysis of 15 international cohorts. *Lancet Public Health*. Mar 2022;7(3):e219-e228. doi:10.1016/S2468-2667(21)00302-9

301.  Pettee Gabriel K, Jaeger BC, Sternfeld B, Dooley EE, **Carnethon MR**, Jacobs DR, Jr., Lewis CE, Hornikel B, Reis JP, Schreiner PJ, Shikany JM, Whitaker KM, Sidney S. Factors Associated with Age-Related Declines in Cardiorespiratory Fitness from Early Adulthood Through Midlife: CARDIA. *Med Sci Sports Exerc*. Jul 1 2022;54(7):1147-1154. doi:10.1249/MSS.0000000000002893

302.  Phillips AZ, Kiefe CI, Lewis CE, Schreiner PJ, Tajeu GS, **Carnethon MR**. Alcohol Use and Blood Pressure Among Adults with Hypertension: the Mediating Roles of Health Behaviors. *J Gen Intern Med*. Feb 25 2022;doi:10.1007/s11606-021-07375-3

303.  Rethy L, Vu TT, Shah NS, **Carnethon MR**, Lagu T, Huffman MD, Yancy CW, Lloyd-Jones DM, Khan SS. Blood Pressure and Glycemic Control Among Ambulatory US Adults With Heart Failure: National Health and Nutrition Examination Survey 2001 to 2018. *Circ Heart Fail*. May 2022;15(5):e009229. doi:10.1161/CIRCHEARTFAILURE.121.009229

304.  Rocha J, Castillo-Lavergne CM, Byrd MJ, **Carnethon MR**, Miller R, Lin M, Marsh EE, Jackson JK, Yancy CW. Reimagining educational equity through strategic alliance partnerships in response to the USA STEM-M diversity gap. *Health Promot Int*. Apr 29 2022;37(2)doi:10.1093/heapro/daab094

305.  Sekula NM, Plowden TC, Waldo A, Bryce R, Castillo-Mackenzie M, Acosta S, Valbuena F, **Carnethon M**, Marsh EE. Getting the word out: Methods of learning about research and motivations for participation in a study focusing on a reproductive-aged Latina/x population. *J Clin Transl Sci*. 2022;6(1):e40. doi:10.1017/cts.2022.10

306.  Shah NS, Ning H, Petito LC, Kershaw KN, Bancks MP, Reis JP, Rana JS, Sidney S, Jacobs DR, Jr., Kiefe CI, **Carnethon MR**, Lloyd-Jones DM, Allen NB, Khan SS. Associations of Clinical and Social Risk Factors With Racial Differences in Premature Cardiovascular Disease. *Circulation*. May 24 2022:101161CIRCULATIONAHA121058311. doi:10.1161/CIRCULATIONAHA.121.058311

307.  Shah NS, Wang MC, Kandula NR, **Carnethon MR**, Gunderson EP, Grobman WA, Khan SS. Gestational Diabetes and Hypertensive Disorders of Pregnancy by Maternal Birthplace. *Am J Prev Med*. Apr 2022;62(4):e223-e231. doi:10.1016/j.amepre.2021.10.007

308.  Thatipelli S, Kershaw KN, Colangelo LA, Gordon-Larsen P, Jacobs DR, Dransfield MT, Meza D, Rosenberg SR, Washko GR, Parekh TM, **Carnethon MR**, Kalhan R. Neighborhood Socioeconomic Deprivation in Young Adulthood and Future Respiratory Health: The CARDIA Lung Study. *Am J Med*. Feb 2022;135(2):211-218 e1. doi:10.1016/j.amjmed.2021.07.048

309.  van Gennip ACE, Sedaghat S, **Carnethon MR**, Allen NB, Klein BEK, Cotch MF, Chirinos DA, Stehouwer CDA, van Sloten TT. Retinal Microvascular Caliber and Incident Depressive Symptoms: The Multi-Ethnic Study of Atherosclerosis. *Am J Epidemiol*. Mar 24 2022;191(5):843-855. doi:10.1093/aje/kwab255

A.0697

310. Vargas EA, Chirinos DA, Wong M, **Carnethon MR**, Carroll AJ, Kiefe CI, Carson AP, Kershaw KN. Psychosocial profiles and longitudinal achievement of optimal cardiovascular risk factor levels: the Coronary Artery Risk Development in Young Adults (CARDIA) study. *J Behav Med*. Apr 2022;45(2):172-185. doi:10.1007/s10865-021-00259-1

311. Vercammen KA, Moran AJ, **Carnethon MR**, McClain AC, Pool LR, Kiefe CI, Carson AP, Gordon-Larsen P, Steffen LM, Lee MM, Young JG, Rimm EB. Longitudinal Analysis of Food Insufficiency and Cardiovascular Disease Risk Factors in the CARDIA study. *Am J Prev Med*. Jan 2022;62(1):65-76. doi:10.1016/j.amepre.2021.06.020

312. Zhang Y, Chen C, Lu L, Knutson KL, **Carnethon MR**, Fly AD, Luo J, Haas DM, Shikany JM, Kahe K. Association of magnesium intake with sleep duration and sleep quality: findings from the CARDIA study. *Sleep*. Apr 11 2022;45(4)doi:10.1093/sleep/zsab276

313. Gaillard T, Chen H, Effoe VS, Correa A, **Carnethon M**, Kalyani RR, Echouffo-Tcheugui JB, Joseph JJ, Bertoni AG. Glucometabolic State Transitions: The Jackson Heart Study. *Ethn Dis*. Summer 2022;32(3):203-212. doi:10.18865/ed.32.3.203

314. Garg PK, Biggs ML, Kizer JR, Shah SJ, Psaty B, **Carnethon M**, Gottdiener JS, Siscovick D, Mukamal KJ. Glucose dysregulation and subclinical cardiac dysfunction in older adults: The Cardiovascular Health Study. *Cardiovasc Diabetol*. Jun 20 2022;21(1):112. doi:10.1186/s12933-022-01547-z

315. Sekula NM, Plowden TC, Waldo A, Bryce R, Castillo-Mackenzie M, Acosta S, Valbuena F, **Carnethon M**, Marsh EE. Getting the word out: Methods of learning about research and motivations for participation in a study focusing on a reproductive-aged Latina/x population. *J Clin Transl Sci*. 2022;6(1):e40. doi:10.1017/cts.2022.10

**B.   Commentaries, Editorials and Reviews**

1. **Carnethon MR**. Can we out-run the diabetes epidemic? Diabetologia. 2007;50(6):1113-1115

2. **Carnethon MR**. Diabetes prevention in US ethnic minorities: role of the social environment. J Am Diet Assoc. 2008;108(6):942-944

3. **Carnethon MR**, Craft LL. Autonomic regulation of the association between exercise and diabetes. Exerc Sport Sci Rev. 2008;36(1):12-18

4. **Carnethon MR**. Physical Activity and Cardiovascular Disease: How Much is Enough? Am J Lifestyle Med. 2009;3(1 Suppl):44S-49S.PMC2857374

5. **Carnethon MR**. Commentary: Heart rate and blood pressure: risk factors or risk markers? Int J Epidemiol. 2010;39(1):223-224

6. **Carnethon MR**. Diabetes mellitus in the absence of obesity: a risky condition. Circulation. 2014;130(24):2131-2132

7. **Carnethon MR**, Rasmussen-Torvik LJ, Palaniappan L. The obesity paradox in diabetes. Curr Cardiol Rep. 2014;16(2):446

8. Womack VY, **Carnethon MR**. Comment on Tovote et al. Individual mindfulness-based cognitive therapy and cognitive behavior therapy for treating depressive symptoms in patients with diabetes: results of a randomized controlled trial. Diabetes care 2014;37:2427-2434. Diabetes Care. 2015;38(3):e49-50

A.0698

9.  **Carnethon MR**, Khan SS. An Apparent Obesity Paradox in Cardiac Surgery. Circulation. 2017;135(9):864-866.PMC5331860

10. Khan SS, **Carnethon MR**, Lloyd-Jones DM. The Obesity Paradigm and Lifetime Risk of Cardiovascular Disease-Reply. JAMA Cardiol. 2018;3(9):896-897

11. Kolak M, Bradley M, Block D, Pool L, Garg G, Toman CK, Boatright K, Lipiszko D, Koschinsky J, Kershaw K, Carnethon M, Isakova T, Wolf M. Chicago supermarket data and food access analytics in census tract shapefiles for 2007-2014. Data Brief. 2018;21:2482-2488.PMC6288981

12. Lane-Cordova AD, **Carnethon MR**. Authors' reply re: Cardiorespiratory fitness, exercise haemodynamics and birth outcomes: the Coronary Artery Risk Development in Young Adults (CARDIA) Study. BJOG. 2018;125(11):1490-1491

13. **Carnethon MR**, Johnson DA. Sleep and Resistant Hypertension. Curr Hypertens Rep. 2019;21(5):34.PMC7265173

14. **Carnethon MR**, Neubauer LC, Greenland P. Competency-Based Postdoctoral Education. Circulation. 2019;139(3):310-312.PMC6550466

15. Paluch AE, Heard-Garris N, **Carnethon MR**. Sport Participation Among Individuals With Adverse Childhood Experiences-Leveling the Playing Field. JAMA Pediatr. 2019;173(7):626-627

16. **Carnethon MR**, Kershaw KN, Kandula NR. Disparities Research, Disparities Researchers, and Health Equity. JAMA. 2020;323(3):211-212

17. **Carnethon MR**, Khan SS. A Feast of Observations About Diet. Circulation. 2020;141(14):1138-1140

18. Hill JA, Albert MA, **Carnethon MR**, Watson KE. Disparities in Cardiovascular Medicine: Circulation's Response. Circulation. 2020;142(12):1127-1128

19. Albert MA, **Carnethon MR**, Watson KE. Disparities in Cardiovascular Medicine. Circulation. 2021;143(24):2319-2320

20. **Carnethon MR**, Greenland P. Broadening the Pool of Mentors for Historically Underrepresented Trainees and Faculty in Cardiology. *Circulation*. 2022;146(3):150-152. doi:doi:10.1161/CIRCULATIONAHA.122.059021

21. **Carnethon MR**, Rodriguez F, Watson KE. Toward a Broader Conceptualization of Disparities and Solutions. *Circulation*. Jul 19 2022;146(3):145-146. doi:10.1161/CIRCULATIONAHA.122.061209

22. Chirinos DA, Vargas E, Kamsickas L, **Carnethon M**. The role of behavioral science in addressing cardiovascular health disparities: A narrative review of efforts, challenges, and future directions. *Health Psychol*. Jul 18 2022;doi:10.1037/hea0001191

**C.  Books and Book Chapters**
1.      **Carnethon MR.**  "Life Expectancy in Black Males."  In State of Black America: Portrait of the Black Male.  National Urban League Editor Jones SJ.   Beckham Publications Group, 2007.

2.      **Carnethon MR.** "Physical activity and metabolic syndrome in obesity". In Advances in Physical Activity and Obesity .  Editors: Katzmarzyk P and Bouchard C.  Human Kinetics, 2010.

A.0699

3.    Albert MA and **Carnethon MR**. "Cardiovascular Disease in Heterogeneous Populations". In Braunwald's Heart Disease. 11th Edition. Editors: Zipes, Libby, Bonow, Mann and Tomaselli. 2019.

**D.  Practice Guidelines, Standards, and Consensus Statements**

1.    American Heart Association Nutrition C, Lichtenstein AH, Appel LJ, Brands M, **Carnethon M**, Daniels S, Franch HA, Franklin B, Kris-Etherton P, Harris WS, Howard B, Karanja N, Lefevre M, Rudel L, Sacks F, Van Horn L, Winston M, Wylie-Rosett J. Diet and lifestyle recommendations revision 2006: a scientific statement from the American Heart Association Nutrition Committee. Circulation. 2006;114(1):82-96

2.    Lichtenstein AH, Appel LJ, Brands M, **Carnethon M**, Daniels S, Franch HA, Franklin B, Kris-Etherton P, Harris WS, Howard B, Karanja N, Lefevre M, Rudel L, Sacks F, Van Horn L, Winston M, Wylie-Rosett J. Summary of American Heart Association Diet and Lifestyle Recommendations revision 2006. Arterioscler Thromb Vasc Biol. 2006;26(10):2186-2191

3.    **Carnethon M**, Whitsel LP, Franklin BA, Kris-Etherton P, Milani R, Pratt CA, Wagner GR, American Heart Association Advocacy Coordinating C, Council on E, Prevention, Council on the Kidney in Cardiovascular D, Council on Nutrition PA, Metabolism. Worksite wellness programs for cardiovascular disease prevention: a policy statement from the American Heart Association. Circulation. 2009;120(17):1725-1741

4.    Lloyd-Jones D, Adams R, **Carnethon M**, De Simone G, Ferguson TB, Flegal K, Ford E, Furie K, Go A, Greenlund K, Haase N, Hailpern S, Ho M, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott M, Meigs J, Mozaffarian D, Nichol G, O'Donnell C, Roger V, Rosamond W, Sacco R, Sorlie P, Stafford R, Steinberger J, Thom T, Wasserthiel-Smoller S, Wong N, Wylie-Rosett J, Hong Y, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2009 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation. 2009;119(3):480-486

5.    Lloyd-Jones D, Adams R, **Carnethon M**, De Simone G, Ferguson TB, Flegal K, Ford E, Furie K, Go A, Greenlund K, Haase N, Hailpern S, Ho M, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott M, Meigs J, Mozaffarian D, Nichol G, O'Donnell C, Roger V, Rosamond W, Sacco R, Sorlie P, Stafford R, Steinberger J, Thom T, Wasserthiel-Smoller S, Wong N, Wylie-Rosett J, Hong Y, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2009 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation. 2009;119(3):e21-181

6.    Mozaffarian D, Kamineni A, **Carnethon M**, Djousse L, Mukamal KJ, Siscovick D. Lifestyle risk factors and new-onset diabetes mellitus in older adults: the cardiovascular health study. Arch Intern Med. 2009;169(8):798-807.PMC2828342

7.    Lloyd-Jones D, Adams RJ, Brown TM, **Carnethon M**, Dai S, De Simone G, Ferguson TB, Ford E, Furie K, Gillespie C, Go A, Greenlund K, Haase N, Hailpern S, Ho PM, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott MM, Meigs J, Mozaffarian D, Mussolino M, Nichol G, Roger VL, Rosamond W, Sacco R, Sorlie P, Stafford R, Thom T, Wasserthiel-Smoller S, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Executive summary: heart disease and stroke statistics--2010 update: a report from the American Heart Association. Circulation. 2010;121(7):948-954

8.    Palaniappan LP, Araneta MR, Assimes TL, Barrett-Connor EL, **Carnethon MR**, Criqui MH, Fung GL, Narayan KM, Patel H, Taylor-Piliae RE, Wilson PW, Wong ND, American Heart Association Council on E, Prevention, American Heart Association Council on Peripheral Vascular D, American Heart Association Council on Nutrition PA, Metabolism, American Heart Association Council on Clinical C, American Heart Association Council on Cardiovascular N, Council on Cardiovascular N. Call to action: cardiovascular disease in Asian Americans: a science advisory from the American Heart Association. Circulation. 2010;122(12):1242-1252.PMC4725601

A.0700

9.  Writing Group M, Lloyd-Jones D, Adams RJ, Brown TM, **Carnethon M**, Dai S, De Simone G, Ferguson TB, Ford E, Furie K, Gillespie C, Go A, Greenlund K, Haase N, Hailpern S, Ho PM, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott MM, Meigs J, Mozaffarian D, Mussolino M, Nichol G, Roger VL, Rosamond W, Sacco R, Sorlie P, Roger VL, Thom T, Wasserthiel-Smoller S, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2010 update: a report from the American Heart Association. Circulation. 2010;121(7):e46-e215

10. Roger VL, Go AS, Lloyd-Jones DM, Adams RJ, Berry JD, Brown TM, **Carnethon MR**, Dai S, de Simone G, Ford ES, Fox CS, Fullerton HJ, Gillespie C, Greenlund KJ, Hailpern SM, Heit JA, Ho PM, Howard VJ, Kissela BM, Kittner SJ, Lackland DT, Lichtman JH, Lisabeth LD, Makuc DM, Marcus GM, Marelli A, Matchar DB, McDermott MM, Meigs JB, Moy CS, Mozaffarian D, Mussolino ME, Nichol G, Paynter NP, Rosamond WD, Sorlie PD, Stafford RS, Turan TN, Turner MB, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2011 update: a report from the American Heart Association. Circulation. 2011;123(4):e18-e209.PMC4418670

11. Pearson TA, Palaniappan LP, Artinian NT, **Carnethon MR**, Criqui MH, Daniels SR, Fonarow GC, Fortmann SP, Franklin BA, Galloway JM, Goff DC, Jr., Heath GW, Frank AT, Kris-Etherton PM, Labarthe DR, Murabito JM, Sacco RL, Sasson C, Turner MB, American Heart Association Council on E, Prevention. American Heart Association Guide for Improving Cardiovascular Health at the Community Level, 2013 update: a scientific statement for public health practitioners, healthcare providers, and health policy makers. Circulation. 2013;127(16):1730-1753

12. Arena R, Arnett DK, Terry PE, Li S, Isaac F, Mosca L, Braun L, Roach WH, Jr., Pate RR, Sanchez E, **Carnethon M**, Whitsel LP. The role of worksite health screening: a policy statement from the American Heart Association. Circulation. 2014;130(8):719-734

13. Goldstein BI, **Carnethon MR**, Matthews KA, McIntyre RS, Miller GE, Raghuveer G, Stoney CM, Wasiak H, McCrindle BW, American Heart Association A, Hypertension, Obesity in Youth Committee of the Council on Cardiovascular Disease in the Y. Major Depressive Disorder and Bipolar Disorder Predispose Youth to Accelerated Atherosclerosis and Early Cardiovascular Disease: A Scientific Statement From the American Heart Association. Circulation. 2015;132(10):965-986

14. Woodruff TK, Green S, Paller A, Schlosser BJ, Spring B, Castle M, Stock MC, **Carnethon MR**, Clark CT, Gerard E, Turek FW, Wisner KL, Wakschlag LS, Kibbe MR, Mendelson MA, Simon MA, Hansen NM, Kenton K, Garcia PM, Zee P, Ramsey-Goldman R, Sutton SH, Van Horn L. Sex-based biomedical research policy needs an implementation plan. Womens Health (Lond). 2015;11(4):449-452

15. **Carnethon MR**, Pu J, Howard G, Albert MA, Anderson CAM, Bertoni AG, Mujahid MS, Palaniappan L, Taylor HA, Jr., Willis M, Yancy CW, American Heart Association Council on E, Prevention, Council on Cardiovascular Disease in the Y, Council on C, Stroke N, Council on Clinical C, Council on Functional G, Translational B, Stroke C. Cardiovascular Health in African Americans: A Scientific Statement From the American Heart Association. Circulation. 2017;136(21):e393-e423.

## MEDIA COVERAGE AND APPEARANCES

2003  "Fitness in Young Adulthood Predicts Heart Health in Middle Age" Multiple media coverage in Science Daily, NBC News, Huffington Post, Boston Globe, CNN, MedScape and others

2005  "Millions of Adults, Teens, Fail Fitness Test" Multiple media coverage in Washington Post, Fox News, Science Daily, California Health, Desert News and others

2007  "Depression Raises risk of Diabetes" Coverage in New York Times, Chicago Tribune, New Scientist, Reuters, MedicalXPress

A.0701

2009    "Workplace wellness decreases healthcare costs" Coverage in EmaxHealth, National Public Radio
2010    "Low fitness in youth linked to hypertension". Coverage in WebMD, Medscape, US News
2011    "Sex as a heart attack trigger for couch potatoes" Huffington Post
2012    "Diabetes and the Obesity Paradox", "When Thinner Means Sicker" Coverage in the New York Times, Reuters, CNN, Web MD
2012    "When it comes to sleep, race may matter" Time. "How well you sleep may hinge on race" New York Times. "Sleep Influenced by Race, Ethnicity and Country of Origin" Huffington Post. "Sleep Study: Northwestern Study Finds Length of Sleep Varies by Race" Chicago Tribune.
2014    "Sleepless in America" Appearance on National Geographic Channel
2017    "NFL Play 60 Challenge Virtual Field Trip" Scientific Expert Volunteer on behalf of the American Heart Association
2017    "Baseball Players are Getting Fat Like Us" Op-Ed in USA Today
2018    "The Science of Longevity" November 14 Podcast by Slate Studios https://itunes.apple.com/us/podcast/the-science-of-longevity/id1333735108?i=1000423370875&mt=2
2018    "Young People Need to Turn Out for their Health" November 23, The Health Care Blog. http://thehealthcareblog.com/blog/2018/11/23/young-people-need-to-turn-out-for-their-health/
2018    "Where you live can promote or harm your health". OpEd in Thrive Global https://thriveglobal.com/stories/where-you-live-can-promote-or-harm-our-health/
2018    "This Holiday Season, Get Active". December 19 OpEd in the Morning Consult. https://morningconsult.com/opinions/this-holiday-season-get-active/
2019    "Protecting Immigrant Health is Good for the US" OpEd January 29 in The Hill. https://thehill.com/opinion/immigration/427459-protecting-immigrant-health-is-good-for-the-us
2019    "When it's cold outside, get moving indoors" OpEd by Emily Lattie and Mercedes Carnethon Thrive Global https://thriveglobal.com/stories/when-its-cold-outside-get-moving-indoors/
2019    "Are dietary supplements for real or just placebos?" OpEd in The Hill https://thehill.com/opinion/healthcare/429800-are-dietary-supplements-for-real-or-just-placebos
2019    "Protect Your Heart: Connecting the Dots between Maternal Health and Heart Health" OpEd by Mercedes Carnethon and Sadiya Khan Ms. Magazine. https://msmagazine.com/2019/02/14/protect-heart-connecting-dots-maternal-health-heart-health/
2019    "Are American Universities Training the Best People or the Wealthiest Ones" OpEd in TRT World https://www.trtworld.com/opinion/are-american-universities-training-the-best-people-or-the-wealthiest-ones-24977
2019    "Homophobia is Makes a Public Health Issue Worse". OpEd in US News & World Report. https://www.usnews.com/news/healthiest-communities/articles/2019-03-25/commentary-homophobia-increases-life-expectancy-disparities-between-blacks-whites
2019    "The link between sugary drinks, cancer and poor neighborhoods". OpEd in The Hill https://thehill.com/opinion/healthcare/453017-the-link-between-sugary-drinks-cancer-and-poor-neighborhoods
2019    "The Biggest Health Problem: Obesity". Scientific Blog in Scientific American. https://blogs.scientificamerican.com/observations/the-biggest-health-problem-obesity/
2019    "Commentary: The Biggest Women's World Cup Lesson: Teach Girls to be Competitive". https://www.chicagotribune.com/opinion/commentary/ct-opinion-womens-world-cup-soccer-competition-20190703-qszfhrjjaje7lcprj4tfeoey4y-story.html
2019    "Are researchers to Blame for Nutrition Misinformation?" OpEd in The Hill . https://thehill.com/opinion/healthcare/440222-are-researchers-to-blame-for-nutrition-misinformation
2019    "Wearable technology: Do we really need 10,000 steps a day to be healthy?". OpEd in the Hill. https://thehill.com/opinion/healthcare/447086-wearable-technology-do-we-really-need-10000-steps-a-day-to-be-healthy

A.0702

2020    "Many Wealthy Parents Won't Send Kids Back to School This Fall". Mother Jones Magazine April 28, 2020 https://www.motherjones.com/politics/2020/04/many-wealthy-parents-wont-send-kids-back-to-school-this-fall-thats-a-disaster-waiting-to-happen/

2020    "MAP: Where are COVID-19 Deaths Happening in Chicago, Most are in Majority-Black Neighborhoods." CBS 2 Chicago https://chicago.cbslocal.com/map-where-are-covid-19-deaths-happening-the-most-in-chicago-neighborhoods-with-majority-black-populations/

2020    "How lack of healthy food plays a role in COVID-19 Deaths in Chicago's Black Communities". CBS2 Chicago. https://chicago.cbslocal.com/healthy-food-covid-deaths/ May 12, 2020

2020    "Study: COVID-19 spreads easier person-to-person" https://www.fox32chicago.com/video/686584. Fox 32 Chicago, May 21, 2020

2020    "How to Stay Safe while States Reopen" National Public Radio, Here & Now with Tonya Mosely June 12, 2020. https://www.wbur.org/hereandnow/2020/06/12/coronavirus-reopening-guide

2020    Opinion contributor on the epidemiology of COVID-19, MSNBC "The 11th Hour with Brian Williams", June 22, July 1, July 8, July 23, August 10

2020-21    Regular contributor on NBC Universal news programs (MNBC, NBC Now) on COVID-19: Incidence, epidemiology and vaccination.

## TEACHING
### Department Courses

| Dates | Role | Department (University) | Course Title | Audience |
|---|---|---|---|---|
| 1994-95 | Teaching assistant | Psychology (Stanford University) | Issues in Sexual Health and Contraception | Undergraduate |
| 2000 | Teaching assistant | Epidemiology (UNC-Chapel Hill) | Epidemiologic Research Methods | Graduate |
| 2006 | Course Director | Preventive Medicine (Northwestern University) | Applied Epidemiologic Analysis | Graduate |
| 2006-2009 | Course Director | Preventive Medicine (Northwestern University) | Introduction to Epidemiology | Undergraduate and Graduate |
| 2011-2012, 2014 | Co-Course Director | Preventive Medicine (Northwestern University) | Practical Issue in Population Studies | Graduate |
| 2014-2015 | Course Director | Preventive Medicine (Northwestern University | Obesity Epidemiology | Graduate/Medical Students |

### Conferences/ Workshops

| Date | Conference (Location) | Responsibility | Audience |
|---|---|---|---|
| Oct 2005 | Lifelong Learners Course (Northwestern University) | Lecture: "Cardiovascular Complications of Diabetes and Metabolic Syndrome" | Community Education |
| July 2008 - Present | 39th Annual 10-Day Seminar on Cardiovascular Disease Epidemiology and Prevention (Lake Tahoe, CA) | Lecture: "Diabetes and Cardiovascular Disease" "Obesity Paradox Debate" | Postgraduate |
| 2016, 2019 | Programs to Increase Diversity in Epidemiology (PRIDE), Sleep and Cardiovascular Disease (New York University, Langonne Medical Center) | "Disparities in Sleep and Cardiovascular Disease" | Postgraduate |

## TRAINEES

A.0703

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| 2004 – 2006 | Mohammad A. Kizilbash, MD, MSCI (NRSA/NIH Post-doctoral fellow) | Non-invasive assessment of autonomic nervous system function | Private Practice |
| 2004 – 2006 | Arlene Hankinson, MD, MS (NRSA/NIH Post-doctoral fellow) | Fitness and cardiovascular health | Pharmaceutical Company |
| 2004 – 2008 | Sae Young Jae, PhD (Postdoctoral Fellow University of Illinois) | Cardiorespiratory fitness and heart rate recovery influences on cardiovascular and metabolic disease | Associate Professor, University of Seoul, South Korea |
| 2006 – 2007 | Nicole Mohlman, MD (MPH Degree Student) | Healthcare access in underserved communities | Private Practice |
| 2006 – 2007 | David Kattan, MD (MPH Degree Student) | Illinois perinatal HIV care, areas for Improvement | Private Practice |
| 2010 - 2011 | Claire O'Connell (MD/MPH Degree Student) | Perceptions of  neighborhood safety and physical activity in adolescents | Unknown |
| 2009 – 2011 | Christina Shay, Ph.D. (NRSA/NIH Postdoctoral Fellow) | Body composition, fitness, glucose dysregulation | Staff Scientist, American Heart Association |
| 2010 – 2012 | Laura Zimmerman, MD (Institute for Healthcare Studies Postdoctoral Fellow) | Factors associated with conversion from impaired fasting glucose to diabetes | Private Practice, Erie Family  Health Center, Chicago, IL |
| 2011 - 2013 | Bonnie Bright (Undergraduate Summer Research Opportunity Program Student) | Environmental resources for diabetes control in underserved Chicago communities | Unknown |
| 2011-2012, 2018-2020) | Aderonke Bamgbose (Instructor, Psychiatry, Northwestern University) | Availability of healthcare resources for diabetes care and control in Chicago neighborhoods | Assistant Professor, Department of Psychiatry and Behavioral Sciences, Massachusetts General Hospital, Harvard University |
| 2011 –2012 | Atul Jain, MD (Vascular Medicine Postdoctoral Fellow) | Association of sleep with symptoms of peripheral arterial disease | Clinical Assistant Professor, Department of Medicine, University of Chicago |
| 2011-2012 | Megan McCarville, MD, MPH (Instructor, Department of General Academic Pediatrics, Children's Memorial Hospital) | Contribution of the school environment to obesity in Latino youth | Clinical Assistant Professor of Pediatrics at the University of Illinois at Chicago |
| 2011-2013 | Lester M. Arguelles, Ph.D. (Research Assistant Professor, Department of Preventive Medicine, FSM Northwestern University) | Association of Vitamin D with metabolic disorders in Chinese Youth | Blue Cross Blue Shield of Illinois /Adjunct Faculty University of Illinois at Chicago |
| 2012-2014 | Veronica Womack, Ph.D. (NIH/NHLBI T32 Postdoctoral fellow) | Mindfulness and cardiovascular health in African Americans | Associate Director for Inclusive Learning Communities Program, Searle Center for |

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | | | Advancing Teaching and Learning, Northwestern University |
| 2011-2013 | Amisha Wallia, MD, MSCI (Instructor, Division of Endocrinology, Department of Medicine, FSM Northwestern University) | Hyperglycemia in special populations | Associate Professor, Department of Medicine, Division of Endocrinology |
| 2011 – 2014 | M. Alexandra Friedman (Medical Student) | Developing a health coach model for the management of diabetes in underserved communities | Clinical Lecturer, Obstetrics and Gynecology, University of Michigan Health |
| 2013-2014 | Hannah Louks, MSEB (Master's in Epidemiology and Biostatistics Student) | Trends in pediatric kidney disease over time | Abbott Laboratories, Statistical Analyst |
| 2012-2013 | Allison Carroll (doctoral student Clinical Health Psychology) | Interaction of cigarette smoking and depressive symptoms with subclinical atherosclerosis | Postdoctoral Trainee Feinberg School of Medicine |
| 2014-2015 | Samantha Montag, MSEB (Masters in Epidemiology and Biostatistics Student) | Contribution of Sleep Characteristics on Cardiovascular and Metabolic Risk Factors | Statistical analyst, Abbie Pharmaceuticals |
| 2013-2015 | Rosalba Hernandez, PhD (Assistant Professor, University of Illinois Urbana Champaign) | Positive Psychology for the Preservation of Ideal Cardiovascular Health | Assistant Professor School of Social Work, University of Illinois-Champaign Urbana |
| 2012-2016 | Erica Marsh, MD MSCI (Assistant Professor, Department of Obstetrics and Gynecology at Feinberg School of Medicine, Northwestern University) | Uterine Leomyoma and Obesity | Professor and Chief of Reproductive Endocrinology at University Michigan |
| 2010-Present | Kiarri Kershaw, Ph.D. (Assistant Professor, DPM, Northwestern University) | Social environmental influences on cardiovascular disease | Associate Professor, Department of Preventive Medicine, Northwestern University |
| 2011-2016 | Laura Rasmussen-Torvik, Ph.D. (Assistant Professor, DPM, Northwestern University) | GWAS studies of type 2 diabetes | Associate Professor, Department of Preventive Medicine, Northwestern University |
| 2015-2017 | Abbi Lane-Cordova, Ph.D. (AHA SFRN Prevention Fellow) | Vascular disorders in pregnancy | Assistant Professor, Department of Exercise Science, Arnold School of Public Health at the University of South Carolina |
| 2016-2018 | Michael Bancks, Ph.D. | Association between glucose disorders and cognitive function | Assistant Professor, Wake Forest University, |

A.0705

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | (NIH/NHLBI T32 Postdoctoral Fellow) | | Division of Epidemiology |
| 2014-Present | Yacob Tedla, Ph.D. (NIH/NHLBI T32 Postdoctoral Fellow 2014-2016) | Blood pressure across the lifecourse | Research Assistant Professor, Department of General Internal Medicine, Feinberg School of Medicine, Northwestern University |
| 2016-Present | Inger Burnett-Ziegler, PhD | Mindfulness Based Stress Reduction in Federally Qualified Health Centers | Associate Professor, Department of Psychiatry and Behavioral Sciences |
| 2016-2018 | Ehimare Akhabue, MD (Instructor, Division of Cardiology, Department of Medicine) | The role of the renin-angiotensin system on disparities in heart failure | Assistant Professor (Clinical) Robert Wood Johnson Medical Institute, New Jersey |
| 2015-2017 | Lindsay Pool, Ph.D. (Postdoctoral fellow, AHA Disparities Strategically Focused Research Network) | Influence of socioeconomic factors on disparities in chronic disease | Project Officer, National Institutes of Health, National Heart, Lung and Blood Institute, Division of Cardiovascular Disease |
| 2017-Present | Sadiya Khan, MD | Obesity in Cardiovascular Disease | Assistant Professor, Departments of Preventive Medicine and Medicine (Cardiology) |
| 2017-Present | Elizabeth Hibler, PhD | Risks of heart failure following chemotherapy in young and early adult cancer survivors | Assistant Professor, Department of Preventive Medicine, Northwestern University |
| 2017-2019 | Wenze Zhong, Ph.D. (Postdoctoral fellow, AHA Strategically Focused Research Network on Prevention) | Dietary intake and cardiovascular disease in the population | Assistant Professor, Cornell University Department of Nutrition |
| 2017-2019 | Amanda Paluch, Ph.D. (Postdoctoral fellow, AHA Disparities Strategically Focused Research Network) | Contribution of fitness to chronic disease incidence and management | Assistant Professor, University of Massachusetts at Amherst, Department of Kinesiology |
| 2017-2020 | Sanaz Sedaghat, PhD (Rubicon Netherlands Research Foundation Postdoctoral fellow 2017-2019) | Hemodynamics linking kidney function and brain function | Research Assistant Professor, Department of Preventive Medicine (Epidemiology) |
| 2017-Present | Leah Neubauer, EdD | Curriculum Development in Public Health | Assistant Professor, Department of |

A.0706

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | | | Preventive Medicine (Public Health Practice) |
| 2017-Present | Nia Heard-Garris, MD | Association of Adverse Childhood Experiences with Cardiovascular Risk | Instructor, Division of General Pediatrics, Robert H. Lurie Hospital |
| 2019-Present | Erin Paquette, MD, JD, PhD | Diversity and inclusion in clinical trials of critically ill patients in the Pediatric Intensive Care Unit | Assistant Professor, Department of Pediatrics (Division of Pulmonary and Critical Care), Robert H. Lurie Hospital |
| 2020-Present | Marquita Lewis-Thames, PhD | Rural Health Disparities in Cancer Care | Research Assistant Professor, Department of Medical Social Sciences, Northwestern University |
| 2019-Present | Lauren Beach, JD, MPH | Cardiovascular disease among Sexual and Gender Minority Populations | Research Assistant Professor, Department of Medical Social Sciences, Northwestern University |
| 2018-Present | Diana Chirinos Medina, Ph.D. | Depressive symptoms over the lifecourse and cardiovascular diseases in the population | Assistant Professor, Department of Preventive Medicine, Northwestern University |
| 2020-2022 | Aryn Phillips, PhD (Postdoctoral fellow, NIH/NHLBI T-32) | Alcohol use and abuse and chronic disease | Assistant Professor, Department of Health Policy and Management, University of Maryland at College Park |
| 2020-2022 | Michael Hammond, MD, MS (Postdoctoral Fellow, Vascular Medicine Research Fellowship Sponsored by the AHA) | Epidemiology of Peripheral Arterial Disease | Postdoctoral Fellow, Department of Medicine, Division of Cardiology |
| 2021-Present | Charles German, MD, MS | Contribution of cardiorespiratory fitness to heart failure | Assistant Professor, Department of Medicine, Division of Cardiology, University of Chicago |
| 2021-Present | Carolyn Foster, MD, MPH | HOMeVent4Kids: Home-based Optimization of Mechanical Ventilation for Children | Assistant Professor Department of Pediatrics, Northwestern University |
| 2021-Present | Robert Booker | Physical activity, body composition and metabolic disease | Postdoctoral Fellow, Cardiovascular Disease |

A.0707

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | | | Epidemiology T32 Program |

A.0708

# Exhibit B
# Materials Considered

A.0709

**Exhibit B**

**List of Materials Considered**

**24HF Discovery Materials**

- 24HF_Production_0000001
- 24HF_Production_0000044-0001962
- 24HF_Production_0002175-0002589
- 24HF_Production_0003406
- 24HF_Production_0231676-0232122
- 24HF_Production_0002659-0002682
- 24HF_Production_0002763-0002786
- 24HF_Production_0003338-0003361
- 24HF_Production_0126860-0126944
- 24HF_Production_0149425-0149476
- 24HF_Production_0149477-0149543
- 24HF_Production_0149544-0149592
- 24HF_Production_0149593-0149654
- 24HF_Production_0149908-0149975
- 24HF_Production_0155643-0155694
- 24HF_Production_0155695-0155761
- 24HF_Production_0155762-0155810
- 24HF_Production_0155811-0155872
- 24HF_Production_0155932-0155999
- 24HF_Production_0156126-0156193

**Insurers Discovery Materials**

- ARGUS000365-383
- ARGUS000428-443
- ARGUS000446-455
- ARGUS000467-479
- ARGUS000482-494
- ARGUS000502-518
- ARGUS000521-535
- ARGUS000541-563

**Case Materials**

- Complaint for Declaratory Relief filed in 24HF's adversarial proceeding in the United States Bankruptcy Court for the District of Delaware styled as *24 Hour Fitness Worldwide Inc. v. Continental Casualty Company et al.*, Case No. 20-11568 (KBO), Adv. Pro. No. 20-51051 (KBO).
- Amy Christensen Deposition, June 24, 2022, including all exhibits
- Dan Larson Deposition, April 28, 2022 including all exhibits
- Jason Carter Deposition, July 21, 2022 including all exhibits

A.0710

- Jeremy Gottlieb Deposition, June 17, 2022 including all exhibits
- Lourdes Reyes Deposition, September 29, 2022 including all exhibits
- Matt Piro Deposition, April 27, 2022  including all exhibits
- Mike Allen Deposition, September 27, 2022 including all exhibits
- Odell Bradley Deposition, May 27, 2022 including all exhibits
- Tony Ueber Deposition, July 27, 2022 including all exhibits
- 30(b)(6) Deposition of Allied World National Assurance Company through Glenn Serrano Deposition, September 15, 2022 including all exhibits
- 30(b)(6) Deposition of Beazley-Lloyd's Syndicates 2623/623 through Andrea Mattot, October 11, 2022 including all exhibits
- 30(b)(6) Deposition of Continental Casualty Company through Tracy Schohn, April 14, 2022 including all exhibits
- 30(b)(6) Deposition of Starr Surplus Lines Insurance Company through Dolores Ramirez Valera, October 4, 2022 including all exhibits
- 24HF's Response to Defendant Continental Casualty Company's First Set of Interrogatories
- 24HF's Response to Insurers' First Set of Interrogatories

**Other Publicly Available Materials**

- Wilkins JT, Gray EL, Wallia A, Hirschhorn LR, Zembower TR, Ho J, Kalume N, Agbo O, Zhu A, Rasmussen-Torvik LJ, Khan SS, Carnethon M, Huffman M, Evans CT. Seroprevalence and Correlates of SARS-CoV-2 Antibodies in Health Care Workers in Chicago. *Open Forum Infect Dis.* Jan 2021;8(1).
- Wilkins JT, Hirschhorn LR, Gray EL, Wallia A, Carnethon M, Zembower TR, Ho J, DeYoung BJ, Zhu A, Torvik LJR, Taiwo B, Evans CT. Serologic Status and SARS CoV-2 Infection over 6-Months of Follow-Up in Healthcare Workers in Chicago: A Cohort Study. *Infect Control Hosp Epidemiol*. Aug 9 2021:1-29.
- Caplan A, Bates KW, Brioni C, Santos A, Sabatini LM, Kaul KL, Carnethon MR, Khandekar JD, Greenland P. Clinical characteristics and viral load dynamics of COVID-19 in a mildly or moderately symptomatic outpatient sample. *PLoS One*. 2021;16(10).
- Lin AW, Granata FA, Trippel AK, Tello L, Stump TK, Wong M, Carnethon MR, Kershaw KN, Makelarski J, Weller D. Food Handling Concerns and Practices at Home during the COVID-19 Pandemic by Food Security Status. *J Food Prot*. Mar 1 2022;85(3):518-526.
- Evans CT, DeYoung BJ, Gray EL, Wallia A, Ho J, Carnethon M, Zembower TR, Hirschhorn LR, Wilkins JT. Coronavirus disease 2019 (COVID-19) vaccine intentions and uptake in a tertiary-care healthcare system: A longitudinal study. *Infect Control Hosp Epidemiol*. Dec 27 2021:1-7.
- Reyfman PA, Sugar E, Hazucha H, Hixon J, Reynolds C, Bose S, Dransfield MT, Han MK, Estepar RSJ, Rice MB, Washko GR, Carnethon M, Kalhan R, American Lung Association Airways Clinical Research N, American Lung Association Airway's Clinical Research N. Study protocol for a national cohort of adults focused on respiratory health: the American Lung Association Lung Health Cohort (ALA-LHC) Study. *BMJ Open*. Jul 5 2021;11(7):e053342.

A.0711

- The COVID-19 Pandemic and Seniors: A Look at Racial Disparities: https://www.aging.senate.gov/hearings/the-covid-19-pandemic-and-seniors-a-look-at-racial-health-disparities. Accessed June 22, 2022. Testimony: Washington, DC.
- Social Security Administration. Nov 18, 2020 COVID-19 and SSA Programs: Long-Term Health Effects (National Disability Forum: Social Security Administration). https://www.ssa.gov/ndf/ndf_outreach.htm?tl=4.
- Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med. May 1965*;58:295-300.
- Centers for Disease Control and Prevention. CDC Features: Common Colds: Protect Yourself and Others. Accessed October 16, 2022. https://www.cdc.gov/features/rhinoviruses/index.html#:~:text=Each%20year%20in%20the%20United,any%20time%20of%20the%20year.
- Guan WJ, Ni ZY, Hu Y, Liang WH, Ou CQ, He JX, Liu L, Shan H, Lei CL, Hui DSC, Du B, Li LJ, Zeng G, Yuen KY, Chen RC, Tang CL, Wang T, Chen PY, Xiang J, Li SY, Wang JL, Liang ZJ, Peng YX, Wei L, Liu Y, Hu YH, Peng P, Wang JM, Liu JY, Chen Z, Li G, Zheng ZJ, Qiu SQ, Luo J, Ye CJ, Zhu SY, Zhong NS, China Medical Treatment Expert Group for C. Clinical Characteristics of Coronavirus Disease 2019 in China. *N Engl J Med*. Apr 30 2020;382(18):1708-1720.
- Ahmad FB, Cisewski JA, Anderson RN. Provisional Mortality Data - United States, 2021. *MMWR Morb Mortal Wkly Rep*. Apr 29 2022;71(17):597-600.
- Iacobucci G. Covid and flu: what do the numbers tell us about morbidity and deaths? *BMJ*. 2021;375:n2514.
- Jeganathan N, Grewal S, Sathananthan M. Comparison of Deaths from COVID-19 and Seasonal Influenza in the USA. *Lung*. Oct 2021;199(5):559-561.
- Centers for Disease Control and Prevention. Influenza Fast Stats. Accessed October 21, 2022: https://www.cdc.gov/nchs/fastats/flu.htm.
- Umakanthan S, Sahu P, Ranade AV, Bukelo MM, Rao JS, Abrahao-Machado LF, Dahal S, Kumar H, Kv D. Origin, transmission, diagnosis and management of coronavirus disease 2019 (COVID-19). *Postgrad Med J*. Dec 2020;96(1142):753-758.
- Chen S, Yang J, Yang W, Wang C, Barnighausen T. COVID-19 control in China during mass population movements at New Year. *Lancet*. Mar 7 2020;395(10226):764-766.
- Indolfi C, Spaccarotella C. The Outbreak of COVID-19 in Italy: Fighting the Pandemic. *JACC Case Rep*. Jul 15 2020;2(9):1414-1418.
- Spiteri G, Fielding J, Diercke M, Campese C, Enouf V, Gaymard A, Bella A, Sognamiglio P, Sierra Moros MJ, Riutort AN, Demina YV, Mahieu R, Broas M, Bengnér M, Buda S, Schilling J, Filleul L, Lepoutre A, Saura C, Mailles A, Levy-Bruhl D, Coignard B, Bernard-Stoecklin S, Behillil S, van der Werf S, Valette M, Lina B, Riccardo F, Nicastri E, Casas I, Larrauri A, Salom Castell M, Pozo F, Maksyutov RA, Martin C, Van Ranst M, Bossuyt N, Siira L, Sane J, Tegmark-Wisell K, Palmérus M, Broberg EK, Beauté J, Jorgensen P, Bundle N, Pereyaslov D, Adlhoch C, Pukkila J, Pebody R, Olsen S, Ciancio BC. First cases of coronavirus disease 2019 (COVID-19) in the WHO European Region, 24 January to 21 February 2020. *Euro Surveill*. Mar 2020.
- Nakazawa E, Ino H, Akabayashi A. Chronology of COVID-19 Cases on the Diamond Princess Cruise Ship and Ethical Considerations: A Report From Japan. *Disaster Med Public Health Prep*. Aug 2020;14(4):506-513.

- 4 -

- Bajema KL, Wiegand RE, Cuffe K, Patel SV, Iachan R, Lim T, Lee A, Moyse D, Havers FP, Harding L, Fry AM, Hall AJ, Martin K, Biel M, Deng Y, Meyer WA, III, Mathur M, Kyle T, Gundlapalli AV, Thornburg NJ, Petersen LR, Edens C. Estimated SARS-CoV-2 Seroprevalence in the US as of September 2020. *JAMA Internal Medicine*. 2021;181(4):450-460.
- Holshue ML, DeBolt C, Lindquist S, Lofy KH, Wiesman J, Bruce H, Spitters C, Ericson K, Wilkerson S, Tural A, Diaz G, Cohn A, Fox L, Patel A, Gerber SI, Kim L, Tong S, Lu X, Lindstrom S, Pallansch MA, Weldon WC, Biggs HM, Uyeki TM, Pillai SK. First Case of 2019 Novel Coronavirus in the United States. *New England Journal of Medicine*. 2020;382(10):929-936.
- Centers for Disease Control and Prevention. CDC Confirms Possible Instance of Community Spread of COVID-19 in U.S. 2020. Accessed October 7, 2022. https://www.cdc.gov/media/releases/2020/s0226-Covid-19-spread.html#:~:text=Community%20spread%20means%20spread%20of,picked%20up%20by%20astute%20clinicians.
- Hamner L, Dubbel P, Capron I, Ross A, Jordan A, Lee J, Lynn J, Ball A, Narwal S, Russell S, Patrick D, Leibrand H. High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice - Skagit County, Washington, March 2020. *MMWR Morb Mortal Wkly Rep*. May 15 2020;69(19):606-610.
- McMichael TM, Clark S, Pogosjans S, Kay M, Lewis J, Baer A, Kawakami V, Lukoff MD, Ferro J, Brostrom-Smith C, Riedo FX, Russell D, Hiatt B, Montgomery P, Rao AK, Currie DW, Chow EJ, Tobolowsky F, Bardossy AC, Oakley LP, Jacobs JR, Schwartz NG, Stone N, Reddy SC, Jernigan JA, Honein MA, Clark TA, Duchin JS, Public Health S, King County E, Team CC-I. COVID-19 in a Long-Term Care Facility - King County, Washington, February 27-March 9, 2020. *MMWR Morb Mortal Wkly Rep*. Mar 27 2020;69(12):339-342.
- Levenson M. Scale of China's Wuhan Shutdown is Believed to be Without Precedent. *The New York Times*. Accessed October 21, 2022. https://www.nytimes.com/2020/01/22/world/asia/coronavirus-quarantines-history.html.
- Aschburner S. Coronavirus pandemic causes NBA to suspend season after player tests positive. *NBA*. Accessed August 8, 2022. https://www.nba.com/news/coronavirus-pandemic-causes-nba-suspend-season.
- NCAA. NCAA cancels men's and women's basketball championships due to coronavirus concerns. Accessed August 8, 2022. https://www.ncaa.com/live-updates/basketball-men/d1/ncaa-cancels-mens-and-womens-basketball-championships-due.
- The Council of State Government Orders. 2020-2021 Executive Orders. Accessed October 21, 2022. https://web.csg.org/covid19/executive-orders/.
- Alameda County Health Officer. Order of the County Health Officer to Shelter in Place. March 16, 2020. https://www.acgov.org/documents/Final-Order-to-Shelter-In-Place.pdf.
- Shabad, R. Surgeon general has coronavirus warning: 'This week, it's going to get bad'. *NBC News*. Accessed October 21, 2022. https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421.
- Cal/OSHA. Cal/OSHA Interim Guidelines for General Industry on 2019 Novel Coronavirus Disease (COVID-19). March 4, 2020. https://caltransit.org/cta/assets/File/CalOSHA%20Guidelines%20for%20General%20Industry%20on%20Coronavirus.pdf.

A.0713

- Centers for Disease Control and Prevention. Interim guidance for businesses and employers to plan and respond to 2019 coronavirus disease 2019 (COVID-19), February 2020. Accessed on October 21, 2022. https://stacks.cdc.gov/view/cdc/85488.
- Kiviniemi MT, Orom H, Hay JL, Waters EA. Prevention is political: political party affiliation predicts perceived risk and prevention behaviors for COVID-19. *BMC Public Health*. 2022/02/14 2022;22(1):298.
- Centers for Diseases Control and Prevention. Flu Season. Accessed June 30, 2022. https://www.cdc.gov/flu/about/season/flu-season.htm#:~:text=The%20exact%20timing%20and%20duration,last%20as%20late%20as%20May.
- Havers FP, Reed C, Lim T, Montgomery JM, Klena JD, Hall AJ, Fry AM, Cannon DL, Chiang C-F, Gibbons A, Krapiunaya I, Morales-Betoulle M, Roguski K, Rasheed MAU, Freeman B, Lester S, Mills L, Carroll DS, Owen SM, Johnson JA, Semenova V, Blackmore C, Blog D, Chai SJ, Dunn A, Hand J, Jain S, Lindquist S, Lynfield R, Pritchard S, Sokol T, Sosa L, Turabelidze G, Watkins SM, Wiesman J, Williams RW, Yendell S, Schiffer J, Thornburg NJ. Seroprevalence of Antibodies to SARS-CoV-2 in 10 Sites in the United States, March 23-May 12, 2020. *JAMA Internal Medicine*. 2020;180(12):1576-1586.
- Spellberg B, Haddix M, Lee R, Butler-Wu S, Holtom P, Yee H, Gounder P. Community Prevalence of SARS-CoV-2 Among Patients With Influenzalike Illnesses Presenting to a Los Angeles Medical Center in March 2020. *JAMA*. 2020;323(19):1966-1967.
- Team CC-R, Jorden MA, Rudman SL, Villarino E, Hoferka S, Patel MT, Bemis K, Simmons CR, Jespersen M, Iberg Johnson J, Mytty E, Arends KD, Henderson JJ, Mathes RW, Weng CX, Duchin J, Lenahan J, Close N, Bedford T, Boeckh M, Chu HY, Englund JA, Famulare M, Nickerson DA, Rieder MJ, Shendure J, Starita LM. Evidence for Limited Early Spread of COVID-19 Within the United States, January-February 2020. *MMWR Morb Mortal Wkly Rep*. Jun 5 2020;69(22):680-684.
- van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, Tamin A, Harcourt JL, Thornburg NJ, Gerber SI, Lloyd-Smith JO, de Wit E, Munster VJ. Aerosol and Surface Stability of SARS-CoV-2 as Compared with SARS-CoV-1. *N Engl J Med*. Apr 16 2020;382(16):1564-1567.
- Meyerowitz EA, Richterman A, Gandhi RT, Sax PE. Transmission of SARS-CoV-2: A Review of Viral, Host, and Environmental Factors. *Ann Intern Med*. Jan 2021;174(1):69-79.
- Kampf G, Bruggemann Y, Kaba HEJ, Steinmann J, Pfaender S, Scheithauer S, Steinmann E. Potential sources, modes of transmission and effectiveness of prevention measures against SARS-CoV-2. *J Hosp Infect*. Dec 2020;106(4):678-697.
- Centers for Disease Control and Prevention. Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments. Accessed August 10, 2022. https://www.cdc.gov/coronavirus/2019-ncov/more/science-and-research/surface-transmission.html.
- Rothe C, Schunk M, Sothmann P, Bretzel G, Froeschl G, Wallrauch C, Zimmer T, Thiel V, Janke C, Guggemos W, Seilmaier M, Drosten C, Vollmar P, Zwirglmaier K, Zange S, Wolfel R, Hoelscher M. Transmission of 2019-nCoV Infection from an Asymptomatic Contact in Germany. *N Engl J Med*. Mar 5 2020;382(10):970-971.

A.0714