## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (KBO) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PROPERTY INSURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

# EXHIBIT A-19

*Excerpts from the Deposition of Dan Larson (4/28/2022)*

A.0725

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-------------------------------------x
In re:                    Chapter 11
                          Case No. 20-11558
                          (KBO)

24 HOUR FITNESS WORLDWIDE,
INC., et al.,

                Debtors.
-------------------------------------x
24 HOUR FITNESS WORLDWIDE, INC.,

                Plaintiff,

     V.         Adv. Pro. No.
                20-51051 (KBO)

CONTINENTAL CASUALTY COMPANY;
ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY; STARR SURPLUS
LINES INSURANCE COMPANY; ALLIANZ
GLOBAL RISKS US INSURANCE COMPANY;
LIBERTY MUTUAL INSURANCE COMPANY;
BEAZLEY-LLOYD'S SYNDICATES 2623/623;
ALLIED WORLD NATIONAL ASSURANCE
COMPANY; QBE SPECIALTY INSURANCE
COMPANY; and GENERAL SECURITY
INDEMNITY COMPANY OF ARIZONA,

                Defendants.
-------------------------------------x
        DATE:  April 28, 2022

        TIME:  2:52 p.m.

     Video-recorded Deposition of DAN

LARSON, on behalf of 24 Hour Fitness

Worldwide, Inc., taken by counsel for

defendant, held via Zoom videoconference,

before Roberta Caiola, a Notary Public of

the State of New York.

Dan Larson
April 28, 2022

| | |
|---|---|
| 1 | Dan Larson |
| 2 | You were involved, I believe, in |
| 3 | discussions about what procedures should be |
| 4 | put in place when clubs were reopened; is |
| 5 | that correct? |
| 6 | A.    That is accurate. |
| 7 | Q.    I'm going to ask if you can |
| 8 | take out what was marked as Exhibit I that |
| 9 | we sent you and we'll mark this as number? |
| 10 | MR. O'CARROLL:  7. |
| 11 | MR. DENN:  7. |
| 12 | (Larson Exhibit 7, Emails |
| 13 | Bates-stamped 24HF_Production_0034026 |
| 14 | to 24HF_Production_0034030, marked |
| 15 | for identification.) |
| 16 | A.    I need to review it, so please |
| 17 | give me a little more time. |
| 18 | Q.    Sure. |
| 19 | (Witness reviewing document.) |
| 20 | A.    Okay, I feel comfortable |
| 21 | discussing this. |
| 22 | Q.    So this is a series of proposed |
| 23 | procedures for staff to follow when |
| 24 | reopening clubs that was sent to you for |
| 25 | review; correct? |

```
 1                    Dan Larson
 2        A.    I was cc'd on it, yes.
 3        Q.    But you're more than cc'd on
 4   it, right, they address it to you?
 5        A.    Sorry, I misread the "to."  I
 6   was on the cc line here, my apologies.
 7   Correct, it was directed to me.
 8        Q.    And it actually says that the
 9   document is based on conversations with
10   you; correct?
11        A.    For the facilities staff, yes.
12        Q.    Who is Adam Vanderyacht?
13        A.    Adam Vanderyacht is director of
14   facilities.
15        Q.    So what is -- what's his role
16   in all this?
17        A.    This document is referenced to,
18   again, the facilities staff.  We had put
19   some people on furlough during the shutdown
20   so, like, from my recollection, this
21   document was to serve as a sort of
22   step-by-step -- or at least a general
23   step-by-step process as far as reactivating
24   furloughed facility technicians to the
25   clubs, getting them into the clubs safely
```

| | |
|---|---|
| 1 | Dan Larson |
| 2 | to where they can start doing a full |
| 3 | walkthrough of the clubs, make sure |
| 4 | everything is operational and safe prior to |
| 5 | bringing the regular staff back into the |
| 6 | clubs. |
| 7 | Q.    Well, it's a little more than |
| 8 | that, right?  I'm reading the first |
| 9 | sentence of the actual document, and it |
| 10 | says: |
| 11 | "This process outlines the |
| 12 | steps the Facilities Corporate team will |
| 13 | take to ready the clubs for reopening |
| 14 | following the COVID-19 shut down." |
| 15 | A.    The facility staff is going to |
| 16 | get ready to reopen.  The context behind |
| 17 | that is we didn't have -- you know, the |
| 18 | clubs had been closed, except for minimum |
| 19 | basic operations.  So as we were bringing |
| 20 | back the facilities staff, there were some |
| 21 | things that we wanted to make sure that |
| 22 | they covered for the health and safety of |
| 23 | all members and team members prior to |
| 24 | opening up to the general public. |
| 25 | Q.    And there's a list in here of |

Dan Larson
April 28, 2022

1           Dan Larson
2      A.   That would be my understanding.
3      Q.   So there's nothing that happens
4  to the equipment or to the physical
5  facility as a result of COVID being present
6  that can't be cleaned off?
7      A.   I can't speak to -- can you
8  clarify as far as what you mean by damage
9  to the equipment?
10     Q.   I don't think I -- I don't
11 think I used the word "damage."  I just
12 said there's nothing that happens to the
13 physical facility or the equipment as a
14 result of COVID being present that can't be
15 cleaned off?
16          MR. O'CARROLL:  Objection to
17      form.
18     A.   With the information that we
19 had at the time, that is most accurate.
20     Q.   Is that still your
21 understanding?
22     A.   That is.
23     Q.   So the expense that's involved
24 in cleaning up or removing or disposing of
25 any COVID virus that's present is the

|   |   |
|---|---|
| 1 | Dan Larson |
| 2 | C E R T I F I C A T E |
| 3 | |
| 4 | STATE OF NEW YORK  ) |
| 5 | : ss |
| 6 | COUNTY OF BRONX    ) |
| 7 | |
| 8 | I, ROBERTA CAIOLA, a Certified |
| 9 | Shorthand Reporter, do hereby certify: |
| 10 | That DAN LARSON, the witness whose |
| 11 | deposition is hereinbefore set forth, was |
| 12 | duly sworn by me and that such deposition |
| 13 | is a true record of the testimony given by |
| 14 | the witness. |
| 15 | I further certify that I am not |
| 16 | related to any of the parties to this |
| 17 | action by blood or marriage, and that I am |
| 18 | in no way interested in the outcome of this |
| 19 | matter. |
| 20 | IN WITNESS WHEREOF, I have hereunto |
| 21 | set my hand on May 9, 2022 |
| 22 | |
| 23 | *Roberta Caiola* |
| 24 | ROBERTA CAIOLA |
| 25 | |