A.0773

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (KBO) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) | Adv. Pro. No. 20-51051 (KBO) |
| Defendants. | ) | |

**PROPERTY INSURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

# EXHIBIT A-23

*Excerpts from the Deposition of Tony Ueber*
*(7/27/2022)*

```
                    UNITED STATES BANKRUPTCY COURT

                         DISTRICT OF DELAWARE

In re:

RS FIT NW LLC,                       :Chapter 11
                                     :Case No. 20-11568(KBO)
          Debtor.                    :(Jointly Administered)
_____      :
24 HOUR FITNESS WORLDWIDE,           :
INC.,                                :
                                     :
          Plaintiff,                 :
                                     :
     -vs.-                           :
                                     :
CONTINENTAL CASUALTY COMPANY;        :
ENDURANCE AMERICAN SPECIALTY         :
INSURANCE COMPANY; STARR             :
SURPLUS LINES INSURANCE COMPANY;     :
ALLIANZ GLOBAL RISKS US INSURANCE    :
COMPANY; LIBERTY MUTUAL INSURANCE    :
COMPANY; BEAZLEY-LLOYD'S             :
SYNDICATES 2623/623;                 :
ALLIED WORLD NATIONAL ASSURANCE      :
COMPANY; QBE SPECIALTY INSURANCE     :
COMPANY; and GENERAL SECURITY        :
INDEMNITY COMPANY OF ARIZONA,        :
                                     :
          Defendants.                :
```

                            JULY 27, 2022


     ZOOM VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

TONY UEBER, held via remote teleconference hosted by U.S.

Legal Support, located at 1818 Market Street, Suite 1400,

Philadelphia, Pennsylvania, on Wednesday, July 27, 2022,

at 12:02 p.m. before Michelle Keys, a Stenographer and

Notary Public of the Commonwealth of Pennsylvania.

```
 1                letter on March 15th, we felt like these
 2                actions were the appropriate actions to
 3                take, given the information that we had in
 4                order to ensure the safety of our members
 5                and team members from COVID, which was --
 6                you know, we were getting more and more
 7                information hourly at this point on the
 8                spread and how many people were infected
 9                and where people were that were infected
10                across all the different geographies that
11                we did business within.
12                     So, yes, at this point, we felt like
13                these actions would enable us to be able
14                to keep the clubs open, follow the
15                guidelines that were being, you know --
16                that were being offered by public health
17                officials, and be able to keep the clubs
18                open for people and for our team members.
19   BY MR. DENN:
20   Q.    In terms of my question, did you -- did you
21   assume that COVID-19 was present in -- in each and
22   every one of the clubs?
23   A.    I think we had to assume that it certainly
24   could have been present in all of the clubs at that
25   point.
```

```
 1   Q.      Did you assume that it, in fact, was present?
 2   A.      Well, we assumed that it was because we took
 3   these actions to be able to mitigate any spread if
 4   it was present in the clubs.
 5   Q.      Do you recall on what date you began to
 6   assume that it was present in all the clubs?
 7                   MR. WEISS:  Objection to form.
 8                   THE WITNESS:  I think -- yeah.  I
 9           mean, I think -- this was a Sunday, the
10           15th.  And I think as -- and then at this
11           point, we felt like -- you know, we felt
12           like it was still possible to be able to
13           mitigate -- you know, mitigate the spread.
14           So if somebody did have COVID, but they
15           were masked, they were dis- -- you know,
16           6 feet of social distancing, we were
17           disinfecting the clubs.  We had touch-free
18           check-in.  You know, I think at this
19           point, I can't recall whether we had
20           plastic partitions put up at the front
21           desk or not, just like a lot of other
22           businesses were doing at this point this
23           time.
24                   So we felt that these actions would
25           allow us to keep the clubs open and have a
```

1              CERTIFICATE

2         I HEREBY CERTIFY that the proceedings, evidence,

3  and objections are contained fully and accurately in the

4  stenographic notes taken by me upon the deposition of

5  TONY UEBER taken on JULY 27, 2022, and that this is a true

6  and correct transcript of same.

7

8         I FURTHER CERTIFY that I am neither attorney nor

9  counsel for, not related to nor employed by any of the

10 parties to the action in which this deposition was taken;

11 further, that I am not a relative or employee of any

12 attorney or counsel employed in this case, nor am I

13 financially interested in this action.

14

15

16     _____

17     Michelle Keys
       Stenographer
18     and Notary Public

19

20

21     (The foregoing certification of

22  this transcript does not apply to any

23  reproduction of the same by any means

24  unless under the direct control and/or

25  supervision of the certifying reporter.)