# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RS FIT NW LLC, | ) | Case No. 20-11568 (TMH) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No. 20-51051 (TMH) |
| | ) | |
| CONTINENTAL CASUALTY COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT ALLIED WORLD NATIONAL ASSURANCE COMPANY'S SUPPLEMENTAL APPENDIX IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT REGARDING THE POLLUTION POLICY AND <u>INCORPORATED MEMORANDUM OF LAW</u>**

Dated: Wilmington, Delaware
November 10, 2023

| | |
|---|---|
| GELLERT, SCALI, BUSENKELL & BROWN, LLC | OTTERBOURG P.C. |
| Michael Busenkell (DE 3933) | Richard G. Haddad (admitted *pro hac vice*) |
| 1201 N. Orange Street, Suite 300 | Andrew S. Halpern (admitted *pro hac vice*) |
| Wilmington, Delaware 19801 | 230 Park Avenue |
| Tel: (302) 425-5812 | New York, New York 10169 |
| Email: mbusenkell@gsbblaw.com | Tel.: (212) 661-9100 |
| | Email: rhaddad@otterbourg.com |
| | ahalpern@otterbourg.com |

SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP
Elizabeth M. Brockman (admitted *pro hac vice*)
Calvin S. Whang (admitted *pro hac vice*)
10880 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Tel.: (310) 445-0800
ebrockman@selmanlaw.com
cwhang@selmanlaw.com

*Attorneys for Defendant Allied World National Assurance Company*

# TABLE OF CONTENTS

**Item**                                                                                               **Bates Range**

Declaration of Andrew S. Halpern in Support of Allied World National Assurance Company's Motion for Summary Judgment Regarding the Pollution Policy ……………………………………..………..….AW0001-AW0003

    Exhibit 1 – Excerpts of Transcript of 30(b)(6) Deposition of
                Glenn Serrano……………………………………….....AW0004-AW0012

    Exhibit 2 – Pollution Policy as Marked at Deposition of Glenn Serrano….AW0013-AW0074

    Exhibit 3 – Additional Endorsements to Pollution Policy…….…………...AW0075-AW0177

    Exhibit 4 – Excerpts of Transcript of 30(b)(6) Deposition of Dan Larson...AW0178-AW0190

    Exhibit 5 – Excerpts of Transcript of Deposition of Mercedes Carnethon...AW0191-AW0201

    Exhibit 6 – Transcript of Hearing on September 7, 2021 on Allied
                World National Assurance Company's Motion for
                Judgment on the Pleadings………………..………....…AW0202-AW0256

7703030.1