# EXHIBIT 1

AW0004

```
                                                              1

 1           IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE
 2
     In re:                      )Chapter 11
 3                               )
     RS FIT NW LLC,              )Case No.: 20-11558 (KBO)
 4                               )
           Debtors.              )(Jointly Administered)
 5
     24 HOUR FITNESS WORLDWIDE,  )
 6   INC.,                       )
           Plaintiff,            )
 7                               )
     VS.                         ) Adv. Proc. No. 20-51051
 8                               ) (KBO)
     CONTINENTAL CASUALTY        )
 9   COMPANY; ENDURANCE          )
     AMERICAN SPECIALTY          )
10   INSURANCE COMPANY; STARR    )
     SURPLUS LINES INSURANCE     )
11   COMPANY; ALLIANZ GLOBAL     )
     RISKS US INSURANCE          )
12   COMPANY; LIBERTY MUTUAL     )
     INSURANCE COMPANY;          )
13   BEAZLEY-LLOYD'S SYNDICATES  )
     2623/623; ALLIED WORLD      )
14   NATIONAL ASSURANCE          )
     COMPANY; QBE SPECIALTY      )
15   INSURANCE COMPANY; and      )
     GENERAL SECURITY INDEMNITY  )
16   COMPANY OF ARIZONA,         )
           Defendants.           )
17

18   *************************************************************

19

20     REMOTE VIDEOCONFERENCE 30(b)(6) DEPOSITION OF ALLIED

21    WORLD NATIONAL ASSURANCE COMPANY THROUGH GLENN SERRANO,

22               AND DEPOSITION OF GLENN SERRANO,

23                      SEPTEMBER 15, 2022

24   *************************************************************

25
```

```
1       REMOTE VIDEOCONFERENCE 30(b)(6) DEPOSITION OF ALLIED
2    WORLD NATIONAL ASSURANCE COMPANY THROUGH GLENN SERRANO,
3    AND DEPOSITION OF GLENN SERRANO, produced as a witness
4    at the instance of the Plaintiff and duly sworn, was
5    taken in the above styled and numbered cause on
6    Thursday, September 15, 2022, from 11:04 a.m. to 5:53
7    p.m., before ROBIN GROSS, CSR in and for the State of
8    Texas, reported by shorthand machine, with the Witness
9    in New York, New York, pursuant to the
10   Federal Rules of Civil Procedure, the Emergency
11   Order Regarding the COVID-19 State of Disaster, and the
12   provisions stated on the record herein.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              R E M O T E   A P P E A R A N C E S
 2
    FOR THE PLAINTIFF:
 3      MR. DAVID E. WEISS
        Reed Smith LLP
 4      101 Second Street, Suite 1800
        San Francisco, California  94105
 5      (415) 543-8700
        dweiss@reedsmith.com
 6
    FOR DEFENDANT CONTINENTAL CASUALTY COMPANY:
 7      MR. MATTHEW DENN
        DLA PIPER LLP
 8      6225 Smith Avenue
        Baltimore, Maryland  21209
 9      (410) 580-3000
        matthew.denn@us.dlapiper.com
10
    FOR DEFENDANTS STARR SURPLUS LINES INSURANCE COMPANY and
11  BEAZLEY-LLOYD'S SYNDICATES 2623/623:
        MS. FERDUSI CHOWDHURY
12      Hinshaw & Culbertson
        800 Third Avenue, Suite 1300
13      New York, New York  10022
        (212) 471-6200
14      fchowdhury@hinshawlaw.com
15  FOR DEFENDANT ALLIED WORLD NATIONAL ASSURANCE COMPANY:
        MS. ELIZABETH M. BROCKMAN
16      Selman Breitman LP
        11766 Wilshire Boulevard, Suite 600
17      Los Angeles, California  90025
        (310) 445-0800
18      ebrockman@selmanlaw.com
                AND
19      MR. ANDREW HALPERN
        Otterbourg P.C.
20      230 Park Avenue
        New York, New York  10169-0075
21      (212) 661-9100
        ahalpern@otterbourg.com
22              AND
        MS. DEANNA MANZO
23      Mound Cotton Wollan & Greengrass LLP
        One Water Street, 44th Floor
24      New York, New York  10004
        (212) 804-4200
25      dmanzo@moundcotton.com
```

```
 1   FOR DEFENDANT ALLIANZ GLOBAL RISKS US INSURANCE COMPANY:
         MR. CHARLES COWAN
 2       Clyde & Co
         271 17th Street NW, Suite 1720
 3       Atlanta, GA  30363
         (404) 410-3150
 4       charles.cowan@clydeco.us

 5   FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY:
         MR. JOEL L. MCNABNEY
 6       Robinson & Cole LLP
         777 Brickell Avenue, Suite 680
 7       Miami, Florida  33131
         (786) 725-4119
 8       jmcnabney@rc.com

 9


10   ALSO PRESENT:
11
         MS. JESS RAWLS, Videographer, Legal Media, Inc.
12
         MR. PHIL GONZALES, Videographer, Legal Media, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                       I N D E X

2                                                        PAGE

3

    Appearances ................................. 2
4
    30(b)(6) DEPOSITION OF ALLIED WORLD NATIONAL ASSURANCE
5   COMPANY THROUGH GLENN SERRANO, AND DEPOSITION OF GLENN
    SERRANO
6       Examination by Mr. Weiss.................. 7

7   Signature and Changes........................ 191

8   Reporter's Certificate....................... 193

9
                          E X H I B I T S
10

11  NO.     DESCRIPTION                              PAGE

12  1    Notice of 30(b)(6) deposition              18

13  2    Scheduled Location Pollution Liability     76
         Policy, AWPLL 000148-208
14

15  3    Brief for Defendant-Appellant, New York    82
         Botanical Garden versus Allied World
16
    4    Scheduled Location Pollution Liability     86
17       Policy re City of Chicago

18  5    Letter from Ueber to Member, Bates         89
         0003423
19
    6    Email dated March 21, 2020 from            133
20       Gottlieb to World Allied, AWPLL
         001251-53
21
    7    Email dated March 23, 2020 from Manasia    148
22       to Cowart, AWPLL 001183

23  8    Email dated April 7, 2020 from Manasia     151
         to Cowart, AWPLLSP 000042
24
    9    Email dated April 7, 2020 from Pertain     152
25       to Gottlieb, AWPLL 000006-9 (Oregon)

| | | |
|---|---|---|
| 10 | Email dated April 7, 2020 from Pertain to Gottlieb, AWPLLSP 000027-30 | 156 |
| 11 | Undated email from Gottlieb to Pertain, AWPLL 000135-139 | 158 |
| 12 | Email dated April 27, 2020 from Pertain to Gottlieb, AWPLL 000023-32 (Claim 6252) | 167 |
| 13 | Email dated April 27, 2020 from Pertain to Gottlieb, AWPLLSP 000059-81 (Claim 7357) | 172 |
| 14 | Email dated June 10, 2020 from Weiss to Brockman, AWPLL 000001-5 | 173 |
| 15 | Email dated June 22, 2020 from Brockman to Weiss, AWPLL 001151-53 | 179 |
| 16 | Article, COVID-19: FCA Test Case | 181 |
| 17 | Notepad Detail All Claimants, AWPLL 000144-146 (Claim 7357) | 183 |
| 18 | Notepad Detail All Claimants, AWPLLSP 000017-21 (Claim 6252) | 187 |

* * * *

1  aware that there's governmental orders in various
2  jurisdictions around the country pertaining to COVID?
3     A.  I am.  We are.
4     Q.  And are you aware that those governmental orders
5  are available over the internet?
6     A.  Yes.
7     Q.  If on a particular claim the claims handler
8  wanted to look up a governmental order for a particular
9  matter, would it be the practice to then put that
10 information into the claims system?
11    A.  Yes.  If -- if we're in a given jurisdiction that
12 had a shelter-in-place order and we were made aware of
13 it or we found it, it would go in iVOS.
14    Q.  Does -- does the claims department have some sort
15 of a repository where -- where governmental orders are
16 collected and claims handlers can go into that to find
17 them?
18    A.  No.
19    Q.  Okay.  Do you personally maintain a file on
20 your -- in Outlook or elsewhere, containing copies of
21 governmental orders?
22    A.  I do not.
23    Q.  Let me try to share my screen and see if that
24 works.  I think -- so what we'll do now is mark as
25 Exhibit 2 the document that we had labeled as No. 2,

```
 1   which is the insurance policy.  And I'm going to share
 2   my screen.  Let's see if that'll work.
 3                  (Exhibit No. 2 marked.)
 4       Q.  (BY MR. WEISS)  So do you see on your screen now
 5   the Allied World policy issued to 24 Hour Holdings?
 6       A.  Yes, I do.  Thank you.
 7       Q.  And so just for the record, the Bates number for
 8   this document is AWPLL 148 to 208.
 9           And you've seen this policy before, correct?
10       A.  Yes, I have.
11       Q.  When -- when do you think the first time was that
12   you saw the 24 Hour Fitness policy?
13       A.  It would have been at or shortly thereafter when
14   the claim file was opened.
15       Q.  Do you -- would that have been around the time
16   that the claim was assigned to Zeesie Pertain?
17       A.  Yes.
18       Q.  And do you recall for what purpose you reviewed
19   the policy?
20       A.  Yes.
21       Q.  Okay.  What was that?
22       A.  We want to make sure that there's a policy in
23   place.  This is a claims -- the Scheduled Location
24   Pollution Liability Policy is a claims made and reported
25   policy.  So when a notice comes in -- not just COVID,
```