# EXHIBIT 5

AW0191

1        IN THE UNITED STATES BANKRUPTCY COURT

           FOR THE DISTRICT OF DELAWARE

2

3   IN RE:                   )  Chapter 11

                       )

4   RS FIT NW LLC,         )  Case No. 20-11568 (TMH)

            Debtor.    )

5   ------------------------------)

   24 HOUR FITNESS WORLDWIDE,  )

6   INC.,               )

            Plaintiff,  )

7                   )

        -VS-         ) Adv Pro. No. 20-51051(TMH)

8                   )

   CONTINENTAL CASUALTY COMPANY;  )

9   ENDURANCE AMERICAN SPECIALTY   )

   INSURANCE COMPANY; STARR      )

10  SURPLUS LINES INSURANCE       )

   COMPANY, ALLIANZ GLOBAL RISKS  )

11  US INSURANCE COMPANY; LIBERTY  )

   MUTUAL INSURANCE COMPANY;     )

12  BEAZLEY-LLOYD'S SYNDICATES    )

   2623/623; ALLIED WORLD        )

13  NATIONAL ASSURANCE COMPANY;   )

   QBE SPECIALTY INSURANCE       )

14  COMPANY; and GENERAL SECURITY  )

   INDEMNITY COMPANY OF ARIZONA,  )

15             Defendants.  )

16

17        Videotaped deposition of MERCEDES CARTHENON,

18  PH.D. taken before CAROL CONNOLLY, CSR, CRR, and Notary

19  Public, pursuant to the Federal Rules of Civil Procedure

20  for the United States District Courts pertaining to the

21  taking of depositions, at 10 S. Wacker Drive, Chicago,

22  Illinois, commencing at 10:02 a.m. on the 16th day of

23  August, A.D., 2023.

24  Job No. CS6059198

```
 1            There were present at the taking of this
 2      deposition the following counsel:
 3            REED SMITH, LLP by
              MR. T. CONNOR O'CARROLL
 4            101 Second Street
              Suite 1800
 5            San Francisco, California  94105
              (415) 543-8700
 6            cocarroll@reedsmith.com
 7               appeared on behalf of the Plaintiff;
 8            PAUL WEISS RIFKIND WHARTON & GARRISON, LLP by
              MS. JACQUELINE MATYSZCZYK (via Zoom)
 9            1285 Avenue of the Americas
              New York, New York  10019
10            (212) 373-3819
              jmatszczyk@paulweiss.com
11
                 appeared on behalf of the Defendant
12               Continental Casualty Company;
13            DLA PIPER by
              MR. BRETT INGERMAN
14            650 Exeter Street
              Suite 1100
15            Baltimore, Maryland  21202
              (410) 580-3000
16            brett.ingerman@dlapiper.com
17               appeared on behalf of the Defendants
                 CNA;
18
              SELMAN LEICHENGER EDSON
19            HSU NEWMAN & MOORE, LLP by
              MR. CALVIN WHANG (via Zoom)
20            11766 Wilshire Boulevard
              6th Floor
21            Los Angeles, California  90025
              (310) 445-0800
22            cwhang@selmanlaw.com
23               appeared on behalf of the Defendant
                 Allied World National Assurance
24               Company;
```

```
1
2              CLYDE & CO. by
               MR. CHARLIE COWAN (via Zoom)
3              271 17th Street NW
               Suite 1720
4              Atlanta, Georgia  30363
               (404) 410-3169
5              charlie.cowan@clydeco.us
6                   appeared on behalf of the Defendant
                    Allianz Global Risks US Insurance Company;
7
               ROBINSON COLE, LLP by
8              MR. JOEL McNABNEY (via Zoom)
               777 Brickell Avenue
9              Suite 680
               Miami, Florida  33131
10             (786) 725-4120
               jmcnabney@rc.com
11
                    appeared on behalf of the Defendant
12                  Liberty Mutual Insurance Company;
13             ZELLE, LLP by
               MR. DENNIS ANDERSON (via Zoom)
14             500 Washington Avenue S
               Suite 4000
15             Minneapolis, Minnesota  55415
               (612) 336-9179
16             danderson@zellelaw.com
17                  appeared on behalf of the Defendant
                    QBE Specialty Insurance Company;
18
19     ALSO PRESENT:
20             Mr. Milo Savich, Videographer
21
22
23
24
```

1
2                    I N D E X
3      VIDEOTAPED DEPOSITION OF MERCEDES CARTHENON, Ph.D.
4                 TAKEN August 16, 2023
5

6    EXAMINATION BY                                PAGE
7    Mr. Ingerman                                   7
8    Mr. O'Carroll                                  90
9
10                      - - - - - - - -
11                   EXHIBITS MARKED
12                                                 PAGE
13    Exhibit 1        Plaintiff's Expert            9
                       Disclosure Pursuant
14                     to Federal Rule of
                       Civil Procedure 26(a)(2)
15
      Exhibit 2        Washington Post Article,     20
16                     As the BA.5 variant
                       spreads, the risk of
17                     coronavirus reinfection
                       grows, By Joel
18                     Achenbach
19    Exhibit 3        August 18, 2021 letter       24
                       from David E. Weiss to
20                     Mercedes Carthenon and
                       attachment
21
      Exhibit 4        Annals of Internal           45
22                     Medicine, Transmission
                       of SARS-CoV-2: A Review
23                     of Viral, Host, and
                       Environmental Factors,
24                     by Eric A. Meyerowitz,
                       M.D., et al.

AW0195

1    Exhibit 5         Article:  Occurrence and      49
                       transmission potential
2                      of asymptomatic and
                       presymptomatic SARs-CoV-2
3                      infections: A living
                       systematic review and
4                      meta-analysis by Diana
                       Buitrago-Garcia, et al.
5
     Exhibit 6         McLarens report,             74
6                      May 15, 2020
7    Exhibit 7         November 23, 2022 letter     81
                       from Allison Stock, Ph.D.
8                      to Mr. Ingerman, et al.,
                       etc.
9
     Exhibit 8         Expert report of             84
10                     Dr. Alexis Sauer-Budge
11
12
13
14
15
16
17
18
19
20
21
22
23
24

1    epidemiologist to comment on the course of the pandemic,

2    what we knew when, and a bit about how the virus itself

3    was spread in the population.  And I was told that I

4    would be asked questions about -- that would rely on my

5    expertise as an epidemiologist.

6         Q    And you've never served as an expert witness

7    before, right?

8         A    No, I have never served as an expert witness.

9         Q    Were you asked as part of your assignment to

10   determine whether COVID-19 was actually present at any

11   particular 24 Hour Fitness location?

12        A    No, I was not ever asked to determine whether

13   COVID-19 was actually present.

14        Q    Were you ever asked to determine as part of

15   your assignment whether or not COVID was actually

16   spreading at any particular 24 Hour Fitness location?

17        MR. CARROLL:  Objection to form.

18        THE WITNESS:  I was not asked to assess whether or

19   not COVID-19 was actually spreading.

20        MR. INGERMAN:  Q   Okay.  Let's mark this as No. 3.

21             (Exhibit 3 marked as requested)

22        Q    All right.  Dr. Carthenon, we've handed what we

23   marked as Carthenon Deposition 3.  This is a letter from

24   David Weiss at Reed Smith to you dated August 18th, 2021.

1  Fitness shared with me, and what I did was I used these

2  criteria to make an indeterminate determination about

3  whether or not I thought their assumption of the presence

4  was reasonable.  And the reason that I think their

5  assumption that it was present is reasonable is -- based

6  on consistency, analogy, and biological plausibility.

7        MR. INGERMAN:  Q  Okay.  Let me make sure I

8  understand this.  Do you have an opinion one way or the

9  other as to whether COVID-19 was present at any location

10  -- at any 24 Hour Fitness location?

11        MR. CARROLL:  Objection to form.

12        THE WITNESS:  No, I do not have an opinion.

13        MR. INGERMAN:  Q  Do you have an opinion one way or

14  the other whether COVID-19 was spreading at any 24 Hour

15  Fitness location?

16        MR. CARROLL:  Objection to form.

17        THE WITNESS:  I do not have an opinion about whether

18  it was spreading.

19        MR. INGERMAN:  Q  Okay.  All right.  Are you aware

20  of any other epidemiological study that used the Bradford

21  Hill criteria to determine the presence of SARS Co-V 2 at

22  any particular location?

23        A    I -- I am not aware.  Quite frequently when we

24  publish in the scientific literature, part of the paper

1   T. Connor O'Carroll, Esq.

2   cocarroll@reedsmith.com

3                       August 30, 2023

4   RE: 24 Hour Fitness Worldwide, Inc v. Continental Casualty

5       8/16/2023, Mercedes R. Carnethon , PhD (#6059198)

6       The above-referenced transcript is available for

7   review.

8       Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12      The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  erratas-cs@veritext.com

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19    If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22                   Yours,

23                   Veritext Legal Solutions

24

25

1    24 Hour Fitness Worldwide, Inc v. Continental Casualty Company

2    Mercedes R. Carnethon , PhD (#6059198)

3                    E R R A T A   S H E E T

4    PAGE_passim_____ LINE__passim___ CHANGE___Dr. Carnethon's name

5    is misspelled throughout the transcript as "Carthenon."  This

6    mispelling should be corrected as the witnesses name is

7    "Mercedes R. Carnethon"_____

8    _____

9    REASON_____

10    PAGE_31_____ LINE_10-14_____ CHANGE__The name "Matt Larson"

11    should be changed to "Dan Larson."_____

12    _____

13    REASON__correction of name_____

14    PAGE_31_____ LINE__1-2___ CHANGE_____"Mike Leer or Shear" should

15    be changed to "Matt Piro and Dan Larson"_____

16    _____

17    REASON____correction of names_____

18    PAGE_____ LINE_____ CHANGE_____

19    _____

20    REASON_____

21    PAGE_____ LINE_____ CHANGE_____ _

22

23    _REASON PAGE_____LINE_____CHANGE_____

24    _Mercedes R. Carnethon , PhD_____        Date

25    REASON_____

1    24 Hour Fitness Worldwide, Inc v. Continental Casualty Company

2    Mercedes R. Carnethon , PhD (#6059198)

3                        ACKNOWLEDGEMENT OF DEPONENT

4       I, Mercedes R. Carnethon , PhD, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____      ___09-29-2023_____

12   Mercedes R. Carnethon , PhD                        Date

13   *If notary is required

14                        SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                        _____ DAY OF _____, 20____.

16

17

18                        _____

19                        NOTARY PUBLIC

20

21

22

23

24

25