**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RS FIT NW LLC, ) | |
| ) | Case No. 20-11568 (TMH) |
| Debtor. ) | |
| ) | (Jointly Administered) |
| ) | |
| _____ ) | |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE COMPANY; ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; ) | |
| ALLIED WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPENDIX IN SUPPORT OF PLAINTIFF 24 HOUR FITNESS WORLDWIDE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
E-mail: dweiss@reedsmith.com
E-mail: cocarroll@reedsmith.com

Mark W. Eckard (No. 4542)
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
E-mail: meckard@reedsmith.com

Counsel for Plaintiff 24 HOUR FITNESS WORLDWIDE, INC.

Plaintiff 24 Hour Fitness Worldwide Inc. ("24 Hour") hereby files this Appendix in support of its Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment, filed contemporaneously herewith.

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Los Angeles County Department of Public Health Advisory, *First Case of 2019 Novel Coronavirus (2019-nCoV) in Los Angeles County. Clinical Guidance*, January 26, 2020 | 1–4 |
| 2 | California Department of Public Health, *CDC Confirms Possible First Instance of COVID-19 Community Transmission in California*, February 26, 2020 | 5–6 |
| 3 | CDC, *What to do if you are sick with 2019 Novel Coronavirus (2019-nCoV)*, February 5, 2020 | 7 |
| 4 | CDC, *2019-nCoV: What the public should do*, February 5, 2020 | 8 |
| 5 | OSHA, *Guidance on Preparing Workplaces for COVID-19*, March 2020 | 9–43 |
| 6 | Los Angeles Declaration of Local Emergency, March 4, 2020 | 44–45 |
| 7 | Los Angeles Board of Supervisors Declaration of a Local Health Emergency, March 4, 2020 | 46–50 |
| 8 | Los Angeles County Department of Public Health Press Release, *Public Health Issues Guidance Related to COVID-19 for Participants and Spectators of the 2020 LA Marathon*, March 5, 2020 | 51–52 |
| 9 | Los Angeles County Department of Public Health Press Release, *Los Angeles County Announces First Death Related to 2019 Novel Coronavirus (COVID-19)- Public Health Confirms First Death from COVID-19 and Six Additional Cases in Los Angeles County*, March 11, 2020 | 53–54 |
| 10 | Los Angeles County Department of Public Health Press Release, *2019 Novel Coronavirus (COVID-19) Advisory 46 New Cases of Confirmed COVID-19 in Los Angeles County*, March 18, 2020 | 55–57 |
| 11 | Los Angeles County Department of Public Health Press Release, *2019 Novel Coronavirus (COVID-19) Advisory 25 New Cases of Confirmed COVID-19 in Los Angeles County*, March 16, 2020 | 58–60 |
| 12 | Los Angeles County Department of Public Health Press Release, *2019 Novel Coronavirus (COVID-19) Advisory 50 New Cases of Confirmed COVID-19 in Los Angeles County*, March 17, 2020 | 61–63 |
| 13 | 24 Hour Fitness Temporary Closed Sign due to detection of COVID-19, Bates Number: 24HF_Production_0203463 | 64 |

| Exhibit | Description | Pages |
|---|---|---|
| 14 | County of Los Angeles Department of Public Health Order, March 16, 2020 | 65–69 |
| 15 | Los Angeles County Department of Public Health Press Release, *LA County Public Health Issues Order to Prohibit Group Events and Gatherings, Require Social Distancing Measures and the Closure of Certain Businesses*, March 16, 2020 | 70–72 |
| 16 | State of California, Executive Order N-33-20, March 19, 2020 | 73–74 |
| 17 | Continental Casualty Company Policy No. 6013789648, Bates Numbers: CAN-00000208–256 | 75–123 |
| 18 | Endurance American Specialty Insurance Company Policy No. GPR100097903, Bates Numbers: EASIC000412–470 | 124–182 |
| 19 | Starr Surplus Lines Insurance Company Policy No. SLSTPTY11203219 (both primary and excess), Bates Numbers: STARRCL00004–71 | 183–250 |
| 20 | Allianz Global Risks US Insurance Company Policy No. USP000783190 (both primary and excess), Bates Numbers: ARGUS0000288–351 | 251–314 |
| 21 | Liberty Mutual Fire Insurance Company Policy No. MJ2-L9L-433817-029, Bates Numbers: LIBERTY0000122–183 | 315–376 |
| 22 | Beazley USA Services, Inc. Policy No. W27C0A190101, Bates Numbers: LYDSUW000008–74 | 377–443 |
| 23 | Allied World National Assurance Company Policy No. 0311-9178-1N, Bates Numbers: ALLIED000180–231 | 444–495 |
| 24 | QBE Specialty Insurance Company and General Security Indemnity Company of Arizona Policy Nos. AHAR11191-00 and TR00202191601284, Bates Numbers: GSINDA000043–125 | 496–578 |
| 25 | September 2, 2020 Second Reservation of Rights Letter to 24 Hour Fitness, Bates Numbers: 24HF_Production_0003142–24HF_Production_0003146 | 579–583 |
| 26 | World Health Organization, *Novel Coronavirus (2019-nCoV) Situation Report – 11*, January 31, 2020 | 584–591 |
| 27 | World Health Organization, *WHO Director-General's opening remarks at the media briefing on COVID-19*, March 11, 2020 | 592–595 |
| 28 | NBC News, *Surgeon General Has Coronavirus Warning: 'This week, it's going to get bad'*, March 28, 2020 | 596–601 |
| 29 | California Department of Public Health, *Influenza Surveillance Report 2019–2020 Season* | 602–632 |
| 30 | American Medical Association, *Community Prevalence of SARS-CoV-2 Among Patients With Influenza-like Illnesses Presenting to a Los Angeles Medical Center in March 2020*, May 19, 2020 | 633–634 |

| Exhibit | Description | Pages |
|---|---|---|
| 31 | Defendant Continental Casualty Company's verified Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 635–648 |
| 32 | Defendant Allied World Assurance Company's verified Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 649–671 |
| 33 | Defendant Certain Underwriters at Lloyd's of London's Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 672–688 |
| 34 | Defendant Star Surplus Insurance Company's Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 689–703 |
| 35 | Defendant QBE Specialty Insurance Company's Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 704–720 |
| 36 | Defendant General Security Indemnity Company of Arizona's Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 721–737 |
| 37 | Defendant Allianz Global Risks US Insurance Company's Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 738–759 |
| 38 | Defendant Liberty Mutual Fire Insurance Company's verified Responses to Plaintiff's First Set of Interrogatories, served on December 22, 2021 | 760–787 |
| 39 | Endurance American Specialty Insurance Company's Response to Plaintiff's Second Set of Interrogatories, served on May 4, 2022 | 788–791 |
| 40 | Excerpts from the transcript of the Deposition of Odell Bradley taken on May 27, 2022 | 792–799 |
| 41 | Exhibit 14 from the Deposition of Odell Bradley – Email between market insurers, Bates Numbers: CNA-00001403–CNA-00001406 | 800–803 |
| 42 | Excerpts from the transcript of the Deposition of Dr. Allison Stock taken on August 22, 2023 | 804–822 |
| 43 | Exhibit 3 from the Deposition of Dr. Allison Stock – Slides of COVID-19 Presentation | 823–829 |
| 44 | Exhibit 15 from the Deposition of Dr. Allison Stock – CDC Scientific Brief: SARS-CoV-2 Transmission, May 7, 20201 | 830–833 |
| 45 | Exhibit 16 from the Deposition of Dr. Allison Stock – CDC Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments, April 5, 2021 | 834–838 |
| 46 | Excerpts from the transcript of the Deposition of Dr. Alexis Sauer-Budge taken on August 25, 2023 | 839–848 |

| Exhibit | Description | Pages |
|---|---|---|
| 47 | Exhibit 14 from the Deposition of Dr. Alexis Sauer-Budge – CCRD, *An outbreak of COVID-19 associated with a fitness center in Saskatchewan: Lessons for prevention*, November 2021 | 849–854 |
| 48 | Exhibit 15 from the Deposition of Dr. Alexis Sauer-Budge – CDC, *Cluster of Coronavirus Disease Associated with Fitness Dance Classes, South Korea*, August 8, 2020 | 855–858 |
| 49 | Exhibit 16 from the Deposition of Dr. Alexis Sauer-Budge – Oxford University Press for the Infectious Diseases Society of America, *COVID-19 Outbreak Associated with a Fitness Center — Minnesota, September—November 2020* | 859–871 |
| 50 | Exhibit 17 from the Deposition of Dr. Alexis Sauer-Budge – *Investigating SARS-CoV-2 persistent contamination in different indoor environments*, July 28, 2021 | 872–885 |
| 51 | Exhibit 18 from the Deposition of Dr. Alexis Sauer-Budge – Morbidity and Mortality Weekly Report, *Geographic Differences in COVID-19 Cases, Deaths, and Incidence — United States, February 12-April 7, 2020*, April 17, 2020 | 886–892 |
| 52 | Excerpts from the transcript of the 30(b)(6) Deposition of Beazley-Lloyd's through Andrea Matott taken on October 11, 2022 | 893–905 |
| 53 | Excerpts from the transcript of the 30(b)(6) Deposition of Star Surplus Lines Insurance Company through Dolores Ramirez Valera taken on October 4, 2022 | 906–925 |
| 54 | Excerpts from the transcript of the Deposition of Lourdes Reyes taken on September 29, 2022 | 926–936 |
| 55 | Excerpts from the transcript of the Deposition of Matthew Piro taken on April 27, 2022 | 937–941 |
| 56 | Excerpts from the transcript of the 30(b)(6) Deposition of Allianz Global Risks US Insurance Company through Melanie Wolski taken on October 28, 2022 | 942–949 |
| 57 | Excerpts from the transcript of the Deposition of Mike Allen taken on September 21, 2022 | 950–966 |
| 58 | Excerpts from the transcript of the 30(b)(6) Deposition of Continental Casualty Company through Tracy Schohn taken on April 14, 2022 | 967–975 |
| 59 | Excerpts from the transcript of the Deposition of Tony Ueber taken on July 27, 2022 | 976–984 |
| 60 | Dr. Allison Stock's Expert Report | 985–1011 |
| 61 | Dr. Alexis Sauer-Budge's Expert Report | 1012–1110 |
| 62 | Dr. Mercedes Carnethon's Expert Report | 1111–1193 |

| Exhibit | Description | Pages |
|---|---|---|
| 63 | United States Census Data for Los Angeles County, California | 1194–1196 |
| 64 | Los Angeles International Airport Volume of Air Traffic Data January–March 2020 | 1197–1199 |
| 65 | Long Beach Airport Information | 1200–1201 |
| 66 | Hollywood Burbank Airport Volume Data January–March 2020 | 1202–1210 |
| 67 | Port of Los Angeles Cruise Passenger Statistics 1990–2022 | 1211–1213 |
| 68 | CNA Financial Corporation, Form 10-K Filing to United States Securities and Exchange Commission, 2019 | 1214–1377 |
| 69 | National Association of Insurance Commissioners, *Business Interruption/Business Owner's Policies*, Last Updated August 25, 2023 | 1378–1383 |
| 70 | Columbia Mailman School of Public Health, *Epidemic, Endemic, Pandemic: What are the Differences*, February 19, 2021 | 1384–1391 |
| 71 | Worldometers, *Coronavirus Cases*, Last Updated November 3, 2023 | 1392–1407 |
| 72 | Reuters, *U.S. surgeon general says coronavirus outbreak 'to get bad' this week*, March 23, 2020 | 1408–1413 |
| 73 | CDC, *Interim Guidance for Businesses and Employers to Plan and Respond to 2019 Novel Coronavirus (2019-nCoV)*, February 2020 | 1414–1418 |

Dated: November 10, 2023

Respectfully submitted,

**REED SMITH LLP**

/s/ Mark W. Eckard
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
(302) 778-7575 (Fax)
meckard@reedsmith.com

*Counsel for Plaintiff 24 HOUR FITNESS WORLDWIDE, INC.*