# EXHIBIT 4



# 2019-nCoV: What the public should do

The current outbreak of 2019 novel coronavirus (2019-nCoV) was first identified in China but has now spread internationally, impacting an increasing number of countries. Sustained community spread is occurring in China. Limited person-to-person spread, most associated with close contact with a patient with confirmed 2019-nCoV, has been seen outside of China. No community spread of 2019-nCoV has been identified in the United States at this time.

In the coming days and weeks, we expect more confirmed cases in the United States, including some person-to-person spread. The goal of CDC's aggressive ongoing public health response is to prevent spread of 2019-nCoV in in the United States.

## What you should do

- **STAY INFORMED** – CDC is updating its website daily with the latest information and advice for the public. (www.cdc.gov/ncov)
- **REMEMBER TO TAKE EVERYDAY PREVENTIVE ACTIONS** that are always recommended to prevent the spread of respiratory viruses.
  » Avoid close contact with sick people.
  » While sick, limit contact with others as much as possible.
  » Stay home if you are sick.
  » Cover your nose and mouth when you cough or sneeze. Avoid touching your eyes, nose and mouth with unwashed hands; germs spread this way.
  » Clean and disinfect surfaces and objects that may be contaminated with germs.
  » Wash your hands often with soap and water for at least 20 seconds. If soap and water are not available, use an alcohol-based hand rub with at least 60% alcohol.
- **IF YOU FEEL SICK** with fever, cough, or difficulty breathing, and have traveled to China or were in close contact with someone with 2019-nCoV in the 14 days before you began to feel sick, seek medical care. Before you go to a doctor's office or emergency room, call ahead and tell them about your recent travel and your symptoms.

## What you should not do

- **DO NOT** travel to China.
- **DO NOT** use facemasks. CDC does not recommend the use of facemasks for the **general U.S. public** to prevent the spread of 2019-nCoV.
- **DO NOT** show prejudice to people of Asian descent, because of fear of this new virus. Do not assume that someone of Asian descent is more likely to have 2019-nCoV.

All persons in the U.S.—including those of Asian descent—who have not traveled to China or been in contact with someone with a confirmed or suspected nCoV case in the last 14 days are at low risk of becoming sick.



CS 314937-E   02/05/2020

For more information: **www.cdc.gov/nCoV**