# EXHIBIT 9



313 N. Figueroa Street, Room 806 | Los Angeles, CA 90012 | (213) 240-8144 | media@ph.lacounty.gov



For Immediate Release:
**March 11, 2020**

# Los Angeles County Announces First Death Related to 2019 Novel Coronavirus (COVID-19)- Public Health Confirms First Death from COVID-19 and Six Additional Cases in Los Angeles County

LOS ANGELES – The Los Angeles County Department of Public Health (Public Health) has confirmed the first death from 2019 Novel Coronavirus (COVID-19). The individual (a non- resident visiting friends) was an older adult who traveled extensively over the past month, including a long layover in South Korea. Public Health is also reporting six additional positive cases, one of which we presume is our second case of community transmission.

**Information about additional cases:**

- 3 people are household contacts of a previously confirmed case of an LA County resident.
- 1 person was an international traveler to France returned home ill.
- 1 person traveled to a religious conference in another state was a close contact of a person at the conference who had tested positive.
- 1 person with no known travel or close contact exposure.

The total number of cases in Los Angeles County is 27. These cases include 3 cases already reported by our partners in the city of Long Beach, which has an independent city health department. Pasadena has no reported cases at this time. These agencies will always be first to report their own positive cases, which Public Health will add to our total.

"Public Health extends our deepest condolences to the patient's loved ones in the wake of this tragedy," said Barbara Ferrer, PhD, MPH, MEd, Los Angeles County Public Health Director. "We strongly recommend that all Los Angeles County residents, workers, students, and visitors take the necessary precautions to protect themselves against novel coronavirus. Public Health will continue working with local, state, federal, and community partners in order to prevent future cases and to educate those in Los Angeles County about how to avoid contracting COVID-19."

Public Health continues to recommend that the public do the following to protect themselves and others from respiratory illnesses:

- Avoid non-essential travel, public gatherings, or places where large groups of people congregate, such as ticketed events (such as theaters, concert halls, and sporting events) if you are at higher risk of getting very sick from infection, such as the elderly (65 or older), people with underlying health conditions, and pregnant women.
- Abstain from all cruise ship travel, as suggested by the Centers for Disease Control and Prevention (CDC).
- Avoid travel to all areas where there are outbreaks of COVID-19.
- Follow all social distancing recommendations issued by Public Health.
- If you are mildly sick with a fever, stay home until you have been fever-free for 72 hours, except to get medical care.
- Those with high risk factors and who have fever or new or worsening cough, should consider contacting their providers earlier when they are sick.
- Event organizers should consider postponing or cancelling non-essential community events, especially those that may be attended by the elderly, pregnant women, or people with chronic health conditions.
- Additional things you can do to protect yourself, your family and your community on our website.

Always check with trusted sources for the latest accurate information about novel coronavirus:

- Los Angeles County Department of Public Health http://publichealth.lacounty.gov/media/Coronavirus/

- California Department of Public Health https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx

- Centers for Disease Control and Prevention (CDC) https://www.cdc.gov/coronavirus/2019-ncov/index.html

- World Health Organization https://www.who.int/health-topics/coronavirus

- LA County residents can also call 2-1-1

The Department of Public Health is committed to promoting health equity and ensuring optimal health and well-being for all 10 million residents of Los Angeles County. Through a variety of programs, community partnerships and services, Public Health oversees environmental health, disease control, and community and family health. Nationally accredited by the Public Health Accreditation Board, the Los Angeles County Department of Public Health comprises nearly 4,500 employees and has an annual budget of $1.2 billion. To learn more about Los Angeles County Public Health, please visit www.publichealth.lacounty.gov, and follow LA County Public Health on social media at twitter.com/lacounty.gov, and follow LA County Public Health on social media at twitter.com/lapublichealth, facebook.com/lapublichealth, instagram.com/lapublichealth and youtube.com/lapublichealth.

For more information:

#####

Exhibit 9 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment
Page 54 of 1418