# EXHIBIT 12



313 N. Figueroa Street, Room 806  |  Los Angeles, CA 90012  |  (213) 240-8144  |  media@ph.lacounty.gov



For Immediate Release:

March 17, 2020

# 2019 Novel Coronavirus (COVID-19) Advisory -50 New Cases of Confirmed COVID-19 in Los Angeles County

LOS ANGELES – The Los Angeles County Department of Public Health (Public Health) has confirmed 50 new cases of 2019 Novel Coronavirus (COVID-19) to date. The public should not think one location is safer than the other.

Additional case information:

- One case had close contact with a confirmed case.
- 49 of these cases are pending more investigation.

To date, Public Health has identified 144 cases across all areas in LA County, so everyone should be aware and practice social distancing.

Public Health is investigating these cases and will notify close contacts who are household members, intimate partners and healthcare professionals to assess and monitor them for signs and symptoms of illness. All confirmed cases are being isolated and close contacts are quarantined.

"We understand that there is a lot of concern as these numbers keep rising and we want to reiterate that as we do more testing, we will continue to find more positive for COVID-19," said Barbara Ferrer, PhD, MPH, MEd, Los Angeles County Public Health Director. "It is more important than ever for us to continue to practice social distancing, and as we do, to care for the most vulnerable among us especially seniors within our individual communities. We are all in this together."

Public Health issued a Health Officer Order to prohibit group events and gatherings, require social distancing measures and the closure of certain businesses, including bars, gyms, movie theaters and entertainment centers. The Order along with guidance can be found online: http://publichealth.lacounty.gov/media/Coronavirus/

Public Health has issued the following guidance during this time of increased spread:

- Avoid non-essential travel, public gatherings, and places where large groups of people congregate.
- Event organizers postpone or cancel non-essential gatherings of 50 or more until at least the end of March.
- For gatherings of less than 50 people, social distancing measures must be followed.
- Limit gatherings of individuals who are at higher risk for severe illness from COVID-19 (people older than 65, pregnant women, and those with chronic illness) to no more than 10 people.
- This guidance does not apply to activities such as attendance at regular school classes, work, or essential services, including public transportation, airport travel or shopping.
- If you are mildly sick with a fever, stay home and call your doctor if you are concerned and/or your symptoms worsen. Individuals who are elderly, have underlying health conditions or pregnant should consider contacting their providers earlier when they are sick.
- Exclude employees and visitors with any fever and/or respiratory infection symptoms and visitors with recent travel to any country or region with significant community transmission (including communities in the US) from all schools, businesses, and gatherings of any size.
- Follow all social distancing recommendations issued by Public Health.

Additional things you can do to protect yourself, your family and your community are on the Public Health website.

Please see the locations were cases have occurred:

**Laboratory Confirmed Cases -- 144 Total Cases**

- Los Angeles County (excl. LB and Pas) -- 137
- Long Beach -- 5
- Pasadena -- 2

By City

- Alhambra -- 1
- Altadena -- 1
- Arcadia -- 1
- Baldwin Hills --1
- Beverly Hills -- 1
- Boyle Heights -- 5
- Brentwood --1
- Carson -- 1
- Culver City -- 2
- Diamond Bar -- 2
- Eagle Rock --1
- Encino-- 5
- Gardena-- 1
- Glendale -- 3
- Granada Hills -- 3
- Hollywood --1
- Hollywood Hills --2
- Inglewood -- 1
- Koreatown --1
- La Mirada -- 3
- Lynwood -- 1
- Manhattan Beach -- 4
- Mar Vista -- 1
- Melrose-- 9
- Monterey Park -- 1
- North Hollywood --1
- Northridge-- 1
- Reseda -- 1
- San Dimas -- 1
- San Pedro -- 1

- Santa Clarita -- 2
- Santa Monica -- 1
- Sherman Oaks -- 2
- Silverlake-- 1
- South Pasadena -- 1
- Tarzana -- 5
- Torrance -- 1
- Venice -- 2
- West Adams -- 1
- West Hills -- 3
- West Hollywood -- 8
- West Vernon --1
- Westchester-- 2
- Woodland Hills --2
- Other City in Los Angeles County (City <25000) -- 9
- Los Angeles City (Neighborhood <25,000) -- 18
- Still Investigating -- 19

Always check with trusted sources for the latest accurate information about novel coronavirus:

- Los Angeles County Department of Public Health http ://publichealth.lacounty.gov/media/Coronavirus/
- California Department of Public Health https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx
- Centers for Disease Control and Prevention (CDC) https://www.cdc.gov/coronavirus/2019- ncov/index.html Spanish https://www.cdc.gov/coronavirus/2019- ncov/index-sp.html
- World Health Organization https://www.who.int/health- topics/coronavirus
- LA County residents can also call 2-1-1

The Department of Public Health is committed to promoting health equity and ensuring optimal health and well-being for all 10 million residents of Los Angeles County. Through a variety of programs, community partnerships and services, Public Health oversees environmental health, disease control, and community and family health. Nationally accredited by the Public Health Accreditation Board, the Los Angeles County Department of Public Health comprises nearly 4,500 employees and has an annual budget of $1.2 billion. To learn more about Los Angeles County Public Health, please visit www.publichea lth.lacounty.gov , and follow LA County Public Health on social media at twitter.com/l acounty.gov, and follow LA County Public Health on social media at twitter.com/lap ublichealth, facebook.co m/lapublichealth, instagra m.com/lapublichealth and youtube.com/ lapublichealth.

For more information:

#####