# EXHIBIT 13

# THIS CLUB IS TEMPORARILY CLOSED

We have been notified that someone in our club during the week of March 9 has a presumed (but not confirmed) COVID-19 diagnosis.  As a result, we have closed this location for a deep cleaning based on CDC guidelines.

We will notify any members who we believe may have come in close contact with this individual.

We anticipate re-opening the club on Wednesday, March 18 at 5:00 am. You may use any of our nearby clubs during this closure.

*Please see CDC Guidance for additional information.*



CONFIDENTIAL

**Exhibit 13 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment**