# EXHIBIT 28

CORONAVIRUS

# Surgeon general has coronavirus warning: 'This week, it's going to get bad'

The disease is spreading, the surgeon general said, because many people are not following the guidance to stay at home.



Get more news LIVE on NBC NEWS NOW

March 23, 2020, 4:59 AM PDT

By Rebecca Shabad

WASHINGTON – Surgeon General Jerome Adams warned Monday that the coronavirus outbreak will worsen this week and said people across the country are not taking the threat seriously enough.

"I want America to understand this week, it's going to get bad," Adams said in an interview on the "TODAY" show.

The disease is spreading, he said, because many people – especially young people – are not abiding by guidance to stay at home and practice social distancing.

"Right now, there are not enough people out there who are taking this seriously," he said.

Full coverage of the coronavirus outbreak

Adams said young people are flocking to the beaches in California and people are still heading to the National Mall in Washington to view the cherry blossom trees that bloom each year. He warned that young people need to understand that they can contract COVID-19, the disease caused by the coronavirus, and that they can be hospitalized and potentially die from it.

https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421                                    1/6

Exhibit 28 to Plaintiff's Appendix of Evidence          Page 596 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

"Everyone needs to act as if they have the virus right now. So, test or no test, we need you to understand you could be spreading it to someone else. Or you could be getting it from someone else. Stay at home," he said.

Asked about growing pressure for President Donald Trump to use the Defense Production Act to force companies to mass produce critical supplies, Adams suggested that it's not necessary at this point.

Download the NBC News app for full coverage of the coronavirus outbreak

"Here's the thing that people don't understand. You don't need to compel someone to do something they are already doing," he said, adding that the administration is already working with companies like Honeywell and Hanes that are already producing large quantities of needed items.

"The other important point is that we're not going to ventilator our way out of this problem. We're not going to treat our way out of this problem," he said. "The way you stop the spread of an infectious disease like this is with mitigation measures and preventing people from getting it in the first place."

Rebecca Shabad

Rebecca Shabad is a politics reporter for NBC News based in Washington.



**Sponsored Stories**                                                                                                                                        by Taboola

ONLINE SHOPPING TOOLS                                                                                                                                         Learn More
Prime Is Now $179, But Few Know This Free Savings Hack

SMART SECURITY TIPS                                                                                                                                           Learn More
Most Windows Users Didn't Know They Can Block Ads (Do It Now)

LIFEHACKS GURU                                                                                                                                                Click Here
Put Baking Soda in the Toilet, Here's Why

CONSUMERBAGS                                                                                                                                                  Click Here
Here Are 29+ of the Coolest Gifts for This 2023

SPONSORED / ONLINE SHOPPING TOOLS                                                                                                                             Learn More

### Prime Is Now $179, But Few Know This Free Savings Hack

SPONSORED / SMART SECURITY TIPS                                                                                                                               Learn More

### Most Windows Users Didn't Know They Can Block Ads (Do It Now)

Chrome users can now block all ads and speed up their browsing; not only will you reduce your data usage but also protect against malicious links. It's now easier than ever!

SPONSORED / VISIONARYPROFIT

https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421                                        2/6

Exhibit 28 to Plaintiff's Appendix of Evidence                           Page 597 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

10/12/23, 3:19 PM                                              Surgeon general has coronavirus warning: 'This week, it's going to get bad'

### AI Millionaire Warns: "Move Your Money By Late Fall"

SPONSORED / CRAFT HUB

**Shop Now**

### Premium Wooden Jigsaw Puzzles - Closing Sale - 85% Off
Prices start at $4.99. Can You Solve These Challenging Wooden Puzzles? Put Your Skills to the Test.

SPONSORED / LIFEHACKS GURU

**Click Here**

### Put Baking Soda in the Toilet, Here's Why
Here's What Happens When You Put Baking Soda in Your Toilet.

SPONSORED / THEWALLETGURU.COM

### People Born 1941-1971 Are Due a Large Surprise

SPONSORED / CONSUMERBAGS

**Click Here**

### Here Are 29+ of the Coolest Gifts for This 2023
29 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out

SPONSORED / MY ASTROLOGY

**Read More**

### Your 2023 Horoscope Is So Accurate It Will Give You Goosebumps!

SPONSORED / GUNDRYMD

**Learn more**

### Top Doctor: If You Eat Oatmeal Every Day, This Is What Happens

SPONSORED / SUNRISE VILLAGE

**Learn More**

### If You Need To Kill Time On Your Computer, This Adventure Game Is A Must.

SPONSORED / BEST TECH TREND

### Here Are 23 Of The Coolest Gifts For 2023
23 Hottest Cool Gifts In 2023 You'll Regret Not Getting Before They Sell Out

SPONSORED / BEVERLY HILLS MD

**Learn more**

### Forget Retinol, Use This Household Item To Fill In Wrinkles

https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421                    3/6

Exhibit 28 to Plaintiff's Appendix of Evidence                    Page 598 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

10/12/23, 3:19 PM    Surgeon general has coronavirus warning: 'This week, it's going to get bad'

Sponsored

SPONSORED / SEARCHTOPICS

Learn More

**Find Out How Much It Costs To Book A Private Jet Rental**

SPONSORED / POPULARSEARCHES

Learn More

**Private Jets Aren't Just For The Rich & Famous Anymore (See How Cheap It Actually Is)**

## More From NBC News

NBC NEWS / NEWS

**New York City cancer doctor kills herself and her baby, police say**

NBC NEWS / POP-CULTURE

**Drew Barrymore rushed from NYC stage by Reneé Rapp after man yelling 'You know who I am' approaches her**

NBC NEWS / SHOP

https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421    4/6

Exhibit 28 to Plaintiff's Appendix of Evidence    Page 599 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

10/12/23, 3:19 PM                            Surgeon general has coronavirus warning: 'This week, it's going to get bad'

The best Prime Day sneaker deals to shop right now

SPONSORED / AUTISM & ADHD CLAIMS                                                                          Sign Up

### Parents Of Children With ADHD, If You Took Tylenol While Pregnant -Sign Up For A Claim

Parents of children with autism or ADHD may be entitled to significant compensation.

SPONSORED / COOL GADGETS                                                                                  Get Offer

### 15 Ridiculously Cool Gifts You'll Want To Buy Immediately

15 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out

SPONSORED / CLASSMATES

### Look For Any High School Yearbook, It's Free

SPONSORED / BESTSEARCHES                                                                                  Click Here

### You Can Get A Free Phone Here (Take A Look)

NBC NEWS / POP-CULTURE

### California officials urge Taylor Swift to 'Speak Now' and postpone L.A. concerts over

NBC NEWS / VIDEO

'Absolute bull----': Rep. Marjorie Taylor Greene reacts to Trump receiving target letter

NBC NEWS / NOW

Mitch McConnell escorted away from cameras after freezing mid-sentence

ABOUT                                                        CA NOTICE

CONTACT                                                      TERMS OF SERVICE (UPDATED JULY 7, 2023)

https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421                        5/6

| | |
|---|---|
| HELP | NBC NEWS SITEMAP |
| CAREERS | CLOSED CAPTIONING |
| AD CHOICES | ADVERTISE |
| PRIVACY POLICY | SELECT SHOPPING |
| YOUR PRIVACY CHOICES | SELECT PERSONAL FINANCE |

© 2023 NBC UNIVERSAL

Exhibit 28 to Plaintiff's Appendix of Evidence      Page 601 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment