# EXHIBIT 41

| | |
|---|---|
| Date: | Wednesday, July 1 2020 01:56 PM |
| Subject: | [EXTERNAL] RE: REPLY REQUESTED - 24-HOUR FITNESS \| 3/21/2020-COVID-19 \| MULTIPLE LOCATIONS \| Your File: E3872600 \| 10266658 \| STP 16526 \| SF-USPR03322120 \| 472207300 \| BEAZL1000050416557 \| 2020006268 \| McLarens 002.051949.MI.A |
| From: | Andrea Matott <Andrea.Matott@beazley.com> |
| To: | 'Sarver, Cynthia' <CYNTHIA.SARVER@LibertyMutual.com>; Keleman, Ronald <Ronald.Keleman@awac.com>; Bradley,Odell <Odell.Bradley@cna.com>; Mike Allen <mike.allen@mclarens.com>; James, Kimberly <kjames@sompo-intl.com>; grspropertyclaims@sompo-intl.com; Dolores Varela <Dolores.Varela@starrcompanies.com>; Reyes, Lourdes (AGCS) <lourdes.reyes@agcs.allianz.com>; |
| CC: | Reeve Segal <rsegal@dt-law.com>; Idalia Suarez <idalia.suarez@mclarens.com>; Violeta Tuufuli <violeta.tuufuli@mclarens.com>; |
| Attachments All: | image001.jpg |

Suggest a call to discuss. I am available Monday anytime between 1 – 3 EST. Office is closed Friday in observance of Independence Day. Kindly confirm. Thank you.

Andrea Matott, CPCU, AIC, AU, AIS, SCLA
Property Group

**BEAZLEY GROUP**

Direct: +1 (617) 239 2634
Office: +1 (617) 239 2600

---

**From:** Sarver, Cynthia <CYNTHIA.SARVER@LibertyMutual.com>
**Sent:** Wednesday, July 1, 2020 10:07 AM
**To:** Keleman, Ronald <Ronald.Keleman@awac.com>; Bradley,Odell <Odell.Bradley@cna.com>; Mike Allen <mike.allen@mclarens.com>; James, Kimberly <kjames@sompo-intl.com>; grspropertyclaims@sompo-intl.com; Dolores Varela <Dolores.Varela@starrcompanies.com>; Reyes, Lourdes (AGCS) <lourdes.reyes@agcs.allianz.com>; Andrea Matott <Andrea.Matott@beazley.com>
**Cc:** Reeve Segal <rsegal@dt-law.com>; Idalia Suarez <idalia.suarez@mclarens.com>; Violeta Tuufuli <violeta.tuufuli@mclarens.com>
**Subject:** RE: REPLY REQUESTED - 24-HOUR FITNESS | 3/21/2020-COVID-19 | MULTIPLE LOCATIONS | Your File: E3872600 | 10266658 | STP 16526 | SF-USPR03322120 | 472207300 | BEAZL1000050416557 | 2020006268 | McLarens 002.051949.MI.A

My apologies; I was out all last week. LM agrees that a review of coverage should be reviewed by counsel. LM has internal counsel; however, if outside counsel is suggested; will need contact information and name to get approval.

**CYNTHIA SARVER (CINDY)** | AIC, AIS
Sr Property Adjuster II
GRS Shared and Layered Property Claims

Liberty Mutual Fire Insurance Company
Wausau, WI
Office: 715-870-6805

The information contained in this email message and any attachments to this message are

**EXHIBIT 14**

CNA-00001403
Exhibit 41 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment
Page 800 of 1418

confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 715-870-6805, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Keleman, Ronald <Ronald.Keleman@awac.com>
**Sent:** Thursday, June 25, 2020 11:35 AM
**To:** Bradley,Odell <Odell.Bradley@cna.com>; Mike Allen <mike.allen@mclarens.com>; James, Kimberly <kjames@sompo-intl.com>; grspropertyclaims@sompo-intl.com; Dolores Varela <Dolores.Varela@starrcompanies.com>; Reyes, Lourdes (AGCS) <lourdes.reyes@agcs.allianz.com>; Sarver, Cynthia <CYNTHIA.SARVER@LibertyMutual.com>; Andrea Matott <Andrea.Matott@beazley.com>
**Cc:** Reeve Segal <rsegal@dt-law.com>; Idalia Suarez <idalia.suarez@mclarens.com>; Violeta Tuufuli <violeta.tuufuli@mclarens.com>
**Subject:** {EXTERNAL} RE: REPLY REQUESTED - 24-HOUR FITNESS | 3/21/2020-COVID-19 | MULTIPLE LOCATIONS | Your File: E3872600 | 10266658 | STP 16526 | SF-USPR03322120 | 472207300 | BEAZL1000050416557 | 2020006268 | McLarens 002.051949.MI.A

AWAC is in agreement.

Ron Keleman P.C.L.A. ,Vice President
North America Property Claim Group
Allied World **Assurance Company,LTD**
199 Water St, 23rd Floor
New York, New York 10038
Ronald.Keleman@awac.com
T: 646-794-0540
C: 347-607-8488
F  646-794-0611
W: www.awac.com

**From:** Bradley,Odell <Odell.Bradley@cna.com>
**Sent:** Thursday, June 25, 2020 11:57 AM
**To:** Mike Allen <mike.allen@mclarens.com>; James, Kimberly <kjames@sompo-intl.com>; grspropertyclaims@sompo-intl.com; Dolores Varela <Dolores.Varela@starrcompanies.com>; Reyes, Lourdes (AGCS) <lourdes.reyes@agcs.allianz.com>; SARVER, CYNTHIA <CYNTHIA.SARVER@LibertyMutual.com>; Andrea Matott <Andrea.Matott@beazley.com>; Keleman, Ronald <Ronald.Keleman@awac.com>
**Cc:** Reeve Segal <rsegal@dt-law.com>; Idalia Suarez <idalia.suarez@mclarens.com>; Violeta Tuufuli <violeta.tuufuli@mclarens.com>
**Subject:** RE: REPLY REQUESTED - 24-HOUR FITNESS | 3/21/2020-COVID-19 | MULTIPLE LOCATIONS | Your File: E3872600 | 10266658 | STP 16526 | SF-USPR03322120 | 472207300 | BEAZL1000050416557 | 2020006268 | McLarens 002.051949.MI.A

**CAUTION:** External Email

Market,

After, further review of Endorsement for Interruption by Communicable Disease I believe it is best to engage coverage counsel moving forward.

**Interruption by Communicable Disease:**

This policy is extended to cover the reasonable and necessary expenses incurred by the Insured to:

Exhibit 41 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment
CNA-00001404
Page 801 of 1418

a) Clean up, remove, and dispose of communicable diseases from insured property at a described location; and
b) Restore the premises;

In a manner to satisfy the minimum requirements of any law or ordinance regulating communicable diseases. This policy is also extended to cover business interruption (if provided) loss directly resulting from items a) and b) above.

There seems to be a good chance Business interruption coverage will be triggered. I think we all agree.
However, there is question based on language of the endorsement that is not straight forward specifically speaking to business interruption.

Will coverage for BI be limited to the Sub-limits of $2.5M?
On the other hand does the endorsement open coverage speaking to BI limits and Extra expense pertaining to the base policy $20M?

Market thoughts?

**Odell Bradley**
**Associate General Adjuster, Property Large Loss Claim**
CNA | 801 Warrenville Road, Suite 700, Lisle, IL 60532
Mobile: 469-992-5220

---

**From:** Violeta Tuufuli [mailto:violeta.tuufuli@mclarens.com] **On Behalf Of** Mike Allen
**Sent:** Tuesday, June 23, 2020 12:50 PM
**To:** Bradley,Odell; James, Kimberly; grspropertyclaims@sompo-intl.com; Dolores Varela; Reyes, Lourdes (AGCS); SARVER, CYNTHIA; Andrea Matott; ronald.keleman@awac.com
**Cc:** Reeve Segal; Idalia Suarez; Violeta Tuufuli
**Subject:** [EXTERNAL] REPLY REQUESTED - 24-HOUR FITNESS | 3/21/2020-COVID-19 | MULTIPLE LOCATIONS | Your File: E3872600 | 10266658 | STP 16526 | SF-USPR03322120 | 472207300 | BEAZL1000050416557 | 2020006268 | McLarens 002.051949.MI.A
**Importance:** High

<u>**REPLY REQUESTED**</u>

Ladies & Gentlemen:

Please see attached Report 7, and advise.

Should you have any questions, please do not hesitate to contact the undersigned.

Best Regards,

**Mike Allen** | McLarens
Executive General Adjuster
mike.allen@mclarens.com

180 Montgomery Street, Suite 2100
San Francisco, CA 94104 USA
**+1 415.228.6405** | office
**+1 415.595.6279** | mobile
www.mclarens.com

*transcribed and sent by:*
***Violeta Tuufuli*** | *McLarens*
*Administrative Assistant to Mike Allen*

violeta.tuufuli@mclarens.com

CONFIDENTIALITY AND PRIVILEGE NOTICE: The information contained in this message and any attachments may be privileged, confidential and/or exempt from disclosure under applicable law. Any views expressed in this message and any attachments are those of the individual sender, except where the message states otherwise, and in no way binds Insurers and/or their representatives. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments, without reading them.

PRIVACY STATEMENT: We are required to capture and process personal information supplied to us in the fulfilment of our services. Our obligations vary depending on the jurisdiction involved. For further details as to how this information is used, kept secure and your rights, please see the relevant Privacy Statement on our website – https://www.mclarens.com/privacy- policy/

This e-mail message, including any attachments and appended messages, is for the sole use of the intended recipients and may contain confidential and legally privileged information.
If you are not the intended recipient, any review, dissemination, distribution, copying, storage or other use of all or any portion of this message is strictly prohibited.
If you received this message in error, please immediately notify the sender by reply e-mail and delete this message in its entirety.

The information contained in this e-mail and any attachments hereto is confidential. If you are not the intended recipient, you must not use or disseminate any of this information. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and permanently delete the original e-mail (and any attachments hereto) and any copies or printouts thereof. Although this e-mail and any attachments hereto are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Allied World Assurance Company Holdings, Ltd or its subsidiaries or affiliates, either jointly or severally, for any loss or damage arising in any way from its use.

The information contained in this e-mail message is confidential and may be privileged. If you are not the intended recipient, any distribution or copying is strictly prohibited. If you think that you received this e-mail in error, please notify the sender immediately and destroy this email.

Beazley Furlonge Limited, Beazley Solutions Limited and Beazley Underwriting Services Limited are members of the Beazley Group.

Beazley Furlonge Limited (Company registration number 01893407) is a managing agent for Syndicates at Lloyd's and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Beazley Solutions Limited (Company registration number 033851561) is an appointed representative of Beazley Furlonge Limited which is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority . Beazley Underwriting Services Limited (Company registration number 04043270) is a service company of Beazley Furlonge Limited and is authorised and regulated by the Financial Conduct Authority. The above companies are registered in England and Wales at Plantation Place South, 60 Great Tower Street, London EC3R 5AD.

CNA-00001406

Exhibit 41 to Plaintiff's Appendix of Evidence    Page 803 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment