# EXHIBIT 42

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

24 HOUR FITNESS WORLDWIDE, INC.,
    Plaintiff,    Chapter 11
                    Case No.:
v.              20-11558 (KBO)
CONTINENTAL CASUALTY COMPANY;
ENDURANCE AMERICAN SPECIALTY
INSURANCE COMPANY; STARR   Adv. Proc. No
SURPLUS LINES INSURANCE COMPANY;  20-51051 (KBO)
ALLIANZ GLOBAL RISKS US INSURANCE
COMPANY; LIBERTY MUTUTAL INSURANCE
COMPANY; BEAZLEY-LLOYD'S
SYNDICATES 2623/623; ALLIED WORLD
NATIONAL ASSURANCE COMPANY;
QBE SPECIALTY INSURANCE COMPANY;
and GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA,

    Defendants.

VIDEO DEPOSITION of ALLISON STOCK, Ph.D., MPH, MS
August 22, 2023
10:04 a.m. Eastern
DLA Piper
33 Arch Street, #26
Boston, Massachusetts 02110

Dana Welch, CSR, RPR, CRR, CRC

Page 2

1  APPEARANCES OF COUNSEL:
2  On Behalf of the Plaintiff:
3    REED SMITH LLP
      BY:  DAVID E. WEISS, ESQ.
4    ELIZABETH S. BOWMAN, ESQ.
      101 Second Street, Suite 1800
5    San Francisco, CA 94105
      (415) 543-8700
6    dweiss@reedsmith.com
      ebowman@reedsmith.com
7
8  On Behalf of Allied World Assurance Company:
9    MOUND COTTON WOLLAN & GREENGRASS LLP.
      BY:  DEANNA M. MANZO, ESQ.
10   One New York Plaza
      New York, NY 10004-1901
11   (212) 804-4200
      dmanzo@moundcotton.com
12
      On Behalf of Continental Casualty Company:
13
      PAUL WEISS (Via Zoom)
14   BY:  JACQUELINE MATYSZCZYK, ESQ.
      1285 Avenue of the Americas
15   New York, NY 10019-6064
      (212) 373-3819
16   jmatyszczyk@paulweiss.com
17  On Behalf of MLT Station, L.L.C.:
18   Robinson + Cole LLP (Via Zoom)
      BY:  JOEL MCNABNEY, ESQ.
19   777 Brckell AVenue, Suite 680
      Miami, FL 33131
20   (786) 725-4119
      jmcnabney@rc.com
21
22
23  -- appearances continue --
24
25

Page 3

1  APPEARANCES (CONT'D)
2    On Behalf of CNA:
      DLA Piper (Via Zoom)
3    BY:  BRETT INGERMAN, ESQ.
      Harbor East
4    650 S. Exeter Street, Suite 1100
      Baltimore, MD 21202-4576
5    (410) 580-3000
      brett.ingerman@dlapiper.com
6
7
      Other counsel present via Zoom:
8
      Calvin Whang, Esq.;
9    Marlie McDonnell, Esq.;
      Dennis Anderson, Esq.
10
11   Also Present:
      Geoff Bassett, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1       I N D E X
2  WITNESS:
3    ALLISON STOCK, M.D.
4
5  EXAMINATION:             PAGE:
6  BY MR. WEISS             8
7  EXHIBITS MARKED:
8  NO.  DESCRIPTION           PAGE:
9  Exhibit 1, Journal of Infection and   23
10  Public Health article, "Real-life lack of
11  evidence of viable SARS-CoV-2
12  transmission via inanimate surfaces: The
13  SURFACE study,"
14  Exhibit 2, "Coronavirus Assessments: The   34
15  Science of Transmission & Spread" webinar
16  Exhibit 3, J.S. Held webinar slides    36
17  Exhibit 4, "COVID-19: What We Know Now   58
18  and the Science Behind the Virus" webinar
19  Exhibit 5, Document Bates labeled    72
20  STOCK000039 - 60
21  Exhibit 6, Letter dated November 23, 2022   76
22  from Brett Ingerman re:  24 Hour Fitness
23  v. CNA, et al.
24  Exhibit 7, Litigation Cases Allison   85
25  Stock, Ph.D., MPH, MS Deposition and

1 (Pages 1 to 4)

Exhibit 42 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment
Page 804 of 1418

Page 5

1   Expert Testimony
2   Exhibit 8, Coronavirus Disease 2019         125
3   (COVID-19) 2020 Interim Case Definition,
4   Approved April 5, 2020
5   Exhibit 9, New York Times article, It's       129
6   Just Everywhere Already: How Delays in
7   Testing Set Back the U.S. Coronavirus
8   Response
9   Exhibit 10, March 17, 2020 LA Times         131
10  article
11  Exhibit 11, "Antibodies to Severe Acute    134
12  Respiratory Syndrome Coronavirus 2
13  (SARS-CoV-2) In All of U.S. Research
14  Program Participants, 2 January to 18
15  March 2020
16  Exhibit 12, CSTE Interim-20-ID-01 Title:    137
17  Standardized surveillance case definition
18  and national notification for 2019 novel
19  coronavirus disease
20  Exhibit 13, Chemical Engineering Journal    142
21  article, "Make it clean, make it safe: A
22  review on virus elimination via
23  adsorption,"
24  Exhibit 14, SARS-CoV-2 Disinfection and    151
25  Potential Overuse Adverse Health Effects

Page 6

1   Exhibit 15, Scientific Brief: SARS-CoV-2  154
2   Transmission
3   Exhibit 16, Science Brief: SARS-CoV-2     155
4   and Surface (Fomite) Transmission for
5   Indoor Community Environments
6   Exhibit 17, Asymptomatic patients as a     162
7   source of COVID-19 infections: A
8   systematic review and meta-analysis
9   Exhibit 18, ASHRAE Epidemic Task Force,    167
10  Core Recommendations for Reducing
11  Airborne Infectious Aerosol Exposure
12  Exhibit 19, "Public Health Response to     177
13  the Initiation and Spread of Pandemic
14  COVID-19 in the United States, February
15  24 - April 21, 2020
16
17
18
19  Exhibits retained by reporter and subsequently sent
20  to Esquire Deposition Solutions via FedEx, track
21  no.: 773115145292

Page 7

1           PROCEEDINGS
2           THE VIDEOGRAPHER: Good morning,
3   everyone. We are now on the record. This is
4   tape one of the videotaped deposition of
5   Dr. Allison Stock in the matter of the 24 Hour
6   Fitness Worldwide versus Continental Casualty
7   Company, et al. This is being heard before the
8   United States Bankruptcy Court for the District
9   of Delaware, Case Number 20-11558.
10          This deposition is being held at DLA
11  Piper at 33 Arch Street in Boston, Massachusetts
12  on August 22nd, 2023, and the time is now
13  10:04 a.m. Eastern Standard Time.
14          My name is Geoffrey Bassett, and I'm the
15  videographer today. The court reporter is Dana
16  Welch.
17          Counsel, at this time will you please
18  introduce yourself and affiliations for the
19  record.
20          MR. WEISS: David Weiss from the Reed
21  Smith law firm on behalf of plaintiff, and I have
22  with me Elizabeth Bowman, also from Reed Smith
23  for the plaintiff.
24          MS. MANZO: Deanna Manzo, Mound Cotton
25  Wollan & Greengrass, on behalf of Allied World

Page 8

1   Assurance Company.
2           ALLISON STOCK, M.D.
3   having provided proper identification,
4   was placed under oath and testified as follows:
5           EXAMINATION
6   BY MR. WEISS:
7   Q.  Good morning, Dr. Stock. What is your
8   current business address?
9   A.  365 Canal Street, Suite 2750, New
10  Orleans, Louisiana 70130.
11  Q.  Do you also live in the New Orleans area?
12  A.  I do.
13  Q.  How many times have you given a
14  deposition?
15  A.  So that's a hard question for me because
16  I'm the former corporate representative, the
17  30(b)(6) for the Chevron Corporation, and I was
18  doing about 18 a year. As an expert probably
19  40ish.
20  Q.  In the past 12 moths, approximately how
21  many expert depositions have you given?
22  A.  I would have to look at the history. In
23  some of those, I am defunct company 30(b)(6)s
24  that are listed on that testimony history, so I'd
25  have to go through and figure out where I'm a

2 (Pages 5 to 8)

Exhibit 42 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment
Page 805 of 1418

Page 25

```
00:25:11   1    incredibly high value of deposit of virus onto
00:25:16   2    these surfaces like steel or cardboard and this
00:25:22   3    is what happens in a real world setting when you
00:25:24   4    set it out on a counter.
00:25:27   5        Q.  Okay.  And this particular study that's
00:25:31   6    reflected in this article related to the variant
00:25:39   7    of SARS-CoV-2 that was circulating in the 2022
00:25:46   8    time period, correct?
00:25:47   9        A.  That is correct.
00:25:50  10        Q.  Okay.  And so this -- and do you -- and
00:25:53  11    in the studies that were looked at previously
00:25:58  12    related to prior variants of the virus; is that
00:26:03  13    right?
00:26:03  14        A.  That is correct.
00:26:12  15        Q.  And in fact, I'll read on page 739 of the
00:26:16  16    article, under Conclusions, Strains and
00:26:21  17    Limitations it says, "Moreover, the initial
00:26:25  18    studies on SARS-CoV-2 contamination of inanimate
00:26:29  19    surfaces were performed early in the course of
00:26:33  20    the pandemic before the appearance of VOCs, and
00:26:39  21    thus, this study, which was designed at a time in
00:26:41  22    which omicron subvariants prevailed, represents a
00:26:45  23    significant new addition to the field."
00:26:47  24        Do you see that?
00:26:48  25        A.  I do.
```

Page 26

```
00:26:50   1        Q.  Is VOCs, does that stand for variants of
00:26:54   2    concern?
00:26:55   3        A.  Yes.
00:26:58   4        Q.  So at the time that 24 Hour Fitness
00:27:03   5    closed its clubs in or around March of 2020, the
00:27:10   6    variants that were being studied in this study
00:27:15   7    and reflected in this article would not have been
00:27:17   8    the same variants that were circulating then,
00:27:21   9    correct?
00:27:23  10        A.  So in March 2020 and April 2020, there
00:27:29  11    were two to three different strains coming from
00:27:33  12    very distinct populations that we considered to
00:27:36  13    be alpha, if you want to think of in terms of the
00:27:39  14    Greek alphabet, those were sort of the earlier
00:27:42  15    strains.
00:27:45  16        Q.  Okay.  Are you aware of a study that
00:27:49  17    looked at contamination at a department store and
00:27:57  18    at an apartment where people were living?
00:28:01  19        A.  Yes.
00:28:01  20        Q.  Okay.  Did you cite that study in your
00:28:08  21    report?
00:28:09  22        A.  I probably didn't cite those because that
00:28:16  23    data was unclear in those studies of what it was
00:28:18  24    really -- on what the big issues were.
00:28:30  25        Q.  Okay.  And do you recall that in that
```

Page 27

```
00:28:32   1    particular study they concluded that the virus
00:28:41   2    could persist on surfaces for upwards of, I think
00:28:45   3    it was, 57 days?
00:28:47   4        A.  So the problem with that study, if we're
00:28:49   5    talking about the same one, is they did not
00:28:51   6    culture the virus to see if it would infect
00:28:57   7    cells, and the virus is -- has a membrane that's
00:29:02   8    composed of fats and protein and water and it
00:29:06   9    readily breaks down outside of a host.
00:29:11  10        So while we might find a viral fragment
00:29:13  11    just like on the Diamond Princess cruise ship,
00:29:15  12    we're not finding intact virus that can make
00:29:19  13    people sick.
00:29:24  14        Q.  So it's not the case that the virus that
00:29:37  15    they found would not infect cells, they just
00:29:41  16    didn't do the extra step to make that
00:29:44  17    determination?
00:29:46  18        A.  So I think it's really important when
00:29:47  19    we're talking about viruses and the environment,
00:29:52  20    that viruss are ubiquitous in the environment.
00:29:54  21    We're going to find viral fragments to
00:29:56  22    everything.  We're not all sick from those
00:29:58  23    viruses for that reason.
00:30:00  24        So even though we have a PCR test that
00:30:04  25    shows that there may have been the presence of
```

Page 28

```
00:30:05   1    the virus there, it does not mean that that's
00:30:09   2    going to get anyone ill from that virus.
00:30:13   3        Q.  So your criticism of that prior study is
00:30:15   4    that they didn't culture the virus that they
00:30:18   5    found, correct?
00:30:20   6        A.  All they found were viral fragments, so I
00:30:22   7    think we need to be very clear about what was
00:30:24   8    found and not found.  And when we find fragments,
00:30:27   9    it just tells us at some point there was someone
00:30:30  10    who brought that in, either from them shedding it
00:30:33  11    themselves or on their clothing or their shoes or
00:30:35  12    whatever.
00:30:36  13        Q.  Okay.
00:30:37  14        A.  And the studies that we have after that
00:30:39  15    don't find live virus.
00:30:55  16        Q.  The other -- some of the other articles
00:30:57  17    that you provided yesterday involve outbreaks at
00:31:02  18    fitness clubs; is that right?
00:31:04  19        A.  That is correct.
00:31:05  20        Q.  Is there a reason why those were
00:31:08  21    provided?
00:31:10  22        A.  I was thinking about my -- what was the
00:31:14  23    basis of my opinion on those, and why I didn't
00:31:17  24    include those within the report.  And that's
00:31:23  25    information that is not necessarily tied directly
```

7 (Pages 25 to 28)

### Page 33

| Time | # | Text |
|---|---|---|
| 00:36:38 | 1 | in litigation? |
| 00:36:39 | 2 | A.  Less than 50 percent, and it depends on |
| 00:36:41 | 3 | the months.  Some months it's 30/70, some it's |
| 00:36:44 | 4 | 50/50, and some months, given to whatever the |
| 00:36:48 | 5 | court has going on, it can be 60/40. |
| 00:36:52 | 6 | Q.  Okay.  At the present time, how would you |
| 00:36:55 | 7 | break it down? |
| 00:36:56 | 8 | A.  It's less than 50 percent. |
| 00:37:04 | 9 | Q.  And as part of your work, have you |
| 00:37:08 | 10 | engaged in providing seminars for insurance |
| 00:37:11 | 11 | companies? |
| 00:37:13 | 12 | A.  So our corporation does, and I |
| 00:37:15 | 13 | occasionally am asked to speak at those. |
| 00:37:18 | 14 | Q.  Have you spoken at any seminars for |
| 00:37:21 | 15 | insurance company clients related to COVID-19? |
| 00:37:26 | 16 | A.  So it wasn't -- we've provided seminars. |
| 00:37:31 | 17 | It was not just solely for insurance.  It was for |
| 00:37:33 | 18 | any of our clients to come to that.  So some of |
| 00:37:36 | 19 | my private clients came to theirs, but we had |
| 00:37:39 | 20 | early on a seminar that was set up with a couple |
| 00:37:41 | 21 | of people giving information on COVID. |
| 00:37:46 | 22 | Q.  Approximately how many seminars have you |
| 00:37:49 | 23 | participated in as a speaker that provided |
| 00:37:53 | 24 | information regarding COVID? |
| 00:37:56 | 25 | A.  There was one kind of canned talk that |

### Page 34

| Time | # | Text |
|---|---|---|
| 00:37:59 | 1 | four of us gave, and it was three to four of us, |
| 00:38:01 | 2 | and I probably gave it three to four times. |
| 00:38:03 | 3 | Q.  Okay.  During what period of time? |
| 00:38:09 | 4 | A.  We put the presentation together in April |
| 00:38:13 | 5 | of 2020 and so we probably gave it till maybe |
| 00:38:19 | 6 | October -- at least I stopped by October of 2020 |
| 00:38:22 | 7 | being involved. |
| 00:38:25 | 8 | Q.  Okay.  And was there a reason why you |
| 00:38:27 | 9 | stopped being involved? |
| 00:38:28 | 10 | A.  Because I had other work outside of this |
| 00:38:33 | 11 | type of litigation and I needed to focus on my |
| 00:38:36 | 12 | other clients. |
| | 13 | (Exhibit 2, "Coronavirus Assessments:  The |
| | 14 | Science of Transmission & Spread" webinar, |
| | 15 | marked for identification.) |
| 00:39:26 | 16 | Q.  I've had marked as Exhibit 2 a printout |
| 00:39:32 | 17 | from the Internet regarding a webinar titled |
| 00:39:40 | 18 | "Coronavirus Assessments, the Science of |
| 00:39:42 | 19 | Transmission and Spread," with a date of |
| 00:39:46 | 20 | April 23rd, 2020.  And it was -- it indicates |
| 00:39:53 | 21 | that it was given to the Pennsylvania Association |
| 00:39:56 | 22 | of Mutual Insurance Companies. |
| 00:39:59 | 23 | And do you have this in front of you? |
| 00:40:00 | 24 | A.  I do. |
| 00:40:02 | 25 | Q.  Do you recall participating in a webinar |

### Page 35

| Time | # | Text |
|---|---|---|
| 00:40:05 | 1 | for the Pennsylvania Association of Mutual |
| 00:40:08 | 2 | Insurance Companies in April of 2020? |
| 00:40:11 | 3 | A.  So what I can tell you about is they |
| 00:40:13 | 4 | weren't the only group that was invited to this |
| 00:40:15 | 5 | webinar.  So we had multiple different groups |
| 00:40:18 | 6 | that had asked for information on COVID.  So each |
| 00:40:22 | 7 | one had their own way into it, but we all gave it |
| 00:40:25 | 8 | at one time. |
| 00:40:26 | 9 | Q.  Okay.  So were they -- was the -- I'll |
| 00:40:32 | 10 | call it PAMIC, were they a sponsor for this |
| 00:40:36 | 11 | webinar? |
| 00:40:37 | 12 | A.  No.  We don't -- well, I guess they could |
| 00:40:38 | 13 | be a sponsor because they asked us to do it, but |
| 00:40:41 | 14 | there was no payment or any of that type of |
| 00:40:44 | 15 | thing. |
| 00:40:45 | 16 | Q.  Okay.  And do you recall generally what |
| 00:40:49 | 17 | you talked about during this seminar? |
| 00:40:51 | 18 | A.  Yes. |
| 00:40:53 | 19 | So the seminar was given by Tracey Dodd, |
| 00:40:57 | 20 | who did the beginning piece on insurance stuff. |
| 00:41:03 | 21 | I talked about what we knew about transmission. |
| 00:41:09 | 22 | Sara Raley and Eloy talked about preparing your |
| 00:41:15 | 23 | building for shutdown and what it would cost for |
| 00:41:20 | 24 | cleaning and those kinds of things and how to do |
| 00:41:22 | 25 | an invoice review if you brought someone in to |

### Page 36

| Time | # | Text |
|---|---|---|
| 00:41:25 | 1 | clean a facility because of COVID. |
| | 2 | (Exhibit 3, J.S. Held webinar slides, |
| | 3 | marked for identification.) |
| 00:42:05 | 4 | ==Q.  Do you recognize Exhibit 3?== |
| 00:42:07 | 5 | ==A.  I do.== |
| 00:42:07 | 6 | ==Q.  Okay.  Can you describe generally what it== |
| 00:42:11 | 7 | ==is?== |
| 00:42:11 | 8 | ==A.  Well, these are the slides from the== |
| 00:42:13 | 9 | ==webinar that were not supposed to have been== |
| 00:42:14 | 10 | ==distributed, but yes, these are the slides from== |
| 00:42:17 | 11 | ==the webinar.== |
| 00:42:18 | 12 | Q.  Okay.  And why were these not supposed to |
| 00:42:22 | 13 | be distributed? |
| 00:42:23 | 14 | A.  Because at least the information that I |
| 00:42:26 | 15 | was giving to my clients at the time, I wanted to |
| 00:42:34 | 16 | make sure that we were giving the most accurate |
| 00:42:37 | 17 | information.  And because information on COVID |
| 00:42:39 | 18 | was rapidly changing, we were putting out -- this |
| 00:42:44 | 19 | kept getting updated. |
| 00:42:47 | 20 | Q.  Okay.  Do you believe that the slides |
| 00:42:51 | 21 | conveyed accurate information at least as of the |
| 00:42:54 | 22 | date that they were presented? |
| 00:42:57 | 23 | MS. MANZO:  Objection to form. |
| 00:42:59 | 24 | A.  As much as we can at that time. |
| 00:43:05 | 25 | Q.  Did you participate in preparing the |

9 (Pages 33 to 36)

Page 41

```
00:49:41    1   way' in multiple regions."
00:49:44    2           Are you comfortable with that definition?
00:49:48    3        A.  Well, it's not just for viruses at CDC,
00:49:51    4   it's for anything, any disease or any process.
00:49:54    5   And as I pointed out when I gave the slide, it
00:49:56    6   can mean that your left middle toe is blue, and
00:50:01    7   so long as that's going across multiple countries
00:50:04    8   and multiple locations and it spreads in an
00:50:06    9   efficient manner, it would be deemed a pandemic.
00:50:11   10        Q.  Okay.  But it also applies to viruses?
00:50:14   11        A.  It applies to any infectious disease.
00:50:18   12        Q.  Then in the next slide, "COVID-19, Who do
00:50:21   13   we rely on?"
00:50:22   14           What were you trying to convey there?
00:50:25   15        A.  There is at the beginning of the pandemic
00:50:30   16   an incredible amount of misinformation and we
00:50:33   17   still see misinformation on a daily basis.  And
00:50:38   18   so one of the things that I am very passionate
00:50:43   19   about as a public health practitioner is that you
00:50:46   20   have to go to reliable sources.  Don't go to the
00:50:49   21   New York Times, don't go to Fox News, go to the
00:50:51   22   sources themselves and see what they are actually
00:50:55   23   saying about the disease.
00:50:57   24           So in this case of the pandemic, it was
00:50:59   25   the World Health Organization, it was the U.S.
```

Page 42

```
00:51:03    1   Centers for Disease Control and Prevention, CDC,
00:51:07    2   the EPA.  EPA had great lines on cleaning.  FDA
00:51:13    3   had great information on the drugs that were
00:51:16    4   available, so don't go take the malaria drug or
00:51:19    5   inject bleach.  If you think you have COVID, go
00:51:22    6   to see what the FDA is saying to do.
00:51:24    7           And then most federal and state -- or
00:51:28    8   most federal, state, and community regulatory
00:51:32    9   governments such as the county or a parish or a
00:51:34   10   big city also had great information that they
00:51:37   11   were putting out.
00:51:39   12        Q.  And OSHA, what about them?
00:51:42   13        A.  OSHA had a lot of information, and
00:51:46   14   actually on their website, especially by job
00:51:49   15   title, they had risk matrices of what was
00:51:51   16   considered a high risk, a medium risk or low risk
00:51:53   17   job.  And it ease really important to remember
00:51:56   18   that OSHA early on declared COVID-19 as a
00:51:59   19   reportable and recordable disease.
00:52:02   20        Q.  Okay.  And then when you say in red "Be
00:52:06   21   careful who you rely on," is that basically the
00:52:09   22   point you just made?
00:52:11   23        A.  Don't go to Fox News, don't go to the New
00:52:12   24   York Times, go to the sources.
00:52:36   25        Q.  There's a slide on the next page,
```

Page 43

```
00:52:40    1   "COVID-19, What are the issues our clients are
00:52:42    2   dealing with?"
00:52:43    3           Do you see that?
00:52:44    4        A.  Yes.
00:52:44    5           Which one?
00:52:45    6        Q.  The second one.
00:52:46    7        A.  Okay.
00:52:49    8        Q.  There's something referenced as the
00:52:51    9   "J.S. Held 360 virtual inspection tool to allow
00:52:55   10   to best review while safely away from the site."
00:52:59   11           Do you see that?
00:53:00   12        A.  Yes.
00:53:00   13        Q.  Are you familiar with what that is?
00:53:03   14        A.  I am.
00:53:03   15        Q.  What is that?
00:53:07   16        A.  It's something our building consultants
00:53:09   17   use all the time.  I used it during writing
00:53:16   18   reopening plans so that we had a captured video
00:53:20   19   of those rooms and people knew where things were
00:53:23   20   exactly supposed to go outside of just a drawing.
00:53:27   21   It's basically a 360 camera, and if you sync your
00:53:34   22   iPad with it remotely, you can see the whole
00:53:37   23   space.
00:53:38   24           And we had -- many of our clients and
00:53:44   25   many of our staff are people that were considered
```

Page 44

```
00:53:47    1   high risk for COVID.
00:53:48    2        Q.  And so how would using that virtual tool
00:53:53    3   keep people safe?
00:53:55    4        A.  Well, we had individuals that were obese,
00:54:00    5   had underlying -- other underlying health
00:54:02    6   conditions, and refused to wear respiratory
00:54:05    7   protection, and so, because I also sit on our
00:54:09    8   corporate safety committee, we would say you have
00:54:12    9   to use the tool unless you're going to wear the
00:54:14   10   respirator when you go into the field.  We're not
00:54:16   11   taking on the liability of you becoming an
00:54:18   12   occupationally-related illness case.
00:54:21   13        Q.  And would the people -- so somebody would
00:54:24   14   have to physically go into the location with the
00:54:26   15   camera, and would that person be also wearing a
00:54:30   16   respirator?
00:54:31   17        A.  Well, they would be wearing a mask of
00:54:34   18   some sort of face covering.  And some of them,
00:54:37   19   depending on where they went, it was required
00:54:39   20   that they wear a respirator because we did a lot
00:54:41   21   of work for hospitals.  And those requirements
00:54:45   22   were different than let's say going into a
00:54:48   23   university.
00:54:57   24        Q.  Under the next slide, the third slide on
00:55:00   25   the page, "COVID-19, What are the issues our
```

11 (Pages 41 to 44)

Page 53

```
01:06:25   1    A.  So we wanted everyone to know that there
01:06:28   2    were going to be new technologies coming out that
01:06:31   3    you can either get through your doctor's office
01:06:33   4    or even the home kits.  By April of that year,
01:06:37   5    there was the a -- there's a rapid analyzer that
01:06:42   6    your healthcare provider can do, and so that test
01:06:49   7    was starting to be approved so that you could go
01:06:52   8    to any hospital lab and they could run the test
01:06:56   9    very quickly versus having to wait for a PCR
01:07:00  10    test.
01:07:01  11        Q.  And prior to April when that test that
01:07:04  12    you just described was approved, how would
01:07:07  13    somebody be able to confirm whether they had
01:07:11  14    COVID?
01:07:13  15        A.  PCR testing.
01:07:14  16        Q.  And what is PCR testing?
01:07:17  17        A.  Polymerized chain reaction testing.  It's
01:07:19  18    sort of the gold standard for COVID.  The problem
01:07:21  19    with it is it doesn't measure intact virus.  It
01:07:24  20    only measures a fragment of the viral RNA.  And
01:07:30  21    for people when we do it, we take a nasal swab,
01:07:33  22    the hospital lab has the ability to do this.  And
01:07:39  23    it's the sort of gold standard of measurement
01:07:43  24    because it's able to kind of estimate the number
01:07:46  25    of virons or pieces, like intact virus that you
```

Page 54

```
01:07:50   1    have in your body.
01:07:54   2        Q.  Was there a time period when the
01:08:00   3    government required that any COVID testing be
01:08:04   4    done at a CDC laboratory?
01:08:08   5        A.  So in the very early days of January,
01:08:12   6    that was the case.  After that it was being
01:08:16   7    rolled out to health departments, and the health
01:08:19   8    departments then rolled it to healthcare
01:08:22   9    providers.
01:08:22  10        Q.  Okay.
01:08:23  11        A.  So by March, healthcare providers had the
01:08:26  12    ability to do the test.
01:08:30  13        Q.  Do you remember by when in March they
01:08:32  14    were able to do that?
01:08:34  15        A.  From my remembering of this, it depended
01:08:37  16    on the state health department and what their
01:08:38  17    laboratory capabilities were and how they could
01:08:40  18    roll it out.
01:08:51  19        Q.  And up until then it had to go to the
01:08:56  20    CDC?
01:08:58  21        A.  No.  Because they -- so I think there's a
01:09:01  22    misconnect -- understanding of what CDC and how
01:09:05  23    CDC does this type of rollout of a test.  In
01:09:13  24    January -- actually, in December when CD
01:09:18  25    recognized that there was this issue going on,
```

Page 55

```
01:09:20   1    they very quickly pulled together a team of
01:09:23   2    experts from the CDC and state health
01:09:26   3    departments, they created a method, they rolled
01:09:28   4    that method out to state health departments.
01:09:33   5        However, in those first cases in January
01:09:36   6    of 2020, CDC was doing confirmation, so the state
01:09:41   7    health department was running the test and so had
01:09:43   8    an answer.  CDC was also running the test and
01:09:46   9    they were doing comparison of the tests.  It's
01:09:48  10    very common, called "a round-robin."
01:09:51  11        But by March almost every place was able
01:09:54  12    to do the test without having to have CDC
01:09:57  13    confirmation.
01:09:58  14        Q.  Was there a period of time when the
01:10:02  15    people who could get tested was limited, for
01:10:05  16    example, to people who had traveled to China or
01:10:09  17    people who had come into contact with people who
01:10:12  18    went to China, that sort of thing?
01:10:15  19        A.  That was in January and February, and it
01:10:19  20    was done through the quarantine officers at the
01:10:23  21    different airport locations.
01:10:26  22        Q.  So in January and February of 2020,
01:10:32  23    people could not get tested unless they fit
01:10:35  24    within those criteria?
01:10:40  25        A.  So in January and February, there was a
```

Page 56

```
01:10:46   1    push by the state health departments to get it
01:10:51   2    rolled out at the state level, and the
01:10:55   3    round-robin was still going on, and they were
01:10:57   4    being selective of who they tested because early
01:11:01   5    transmission in the U.S. was very travel related
01:11:05   6    and not just from China, but did I travel to a
01:11:10   7    location where there was somebody who had been
01:11:12   8    from China at that location, or Italy.  China was
01:11:16   9    not the only location.  But had I come in contact
01:11:19  10    with someone who had been in one of these hot
01:11:23  11    beds outside the U.S. of COVID, or was I working
01:11:26  12    in a healthcare setting or some other ones like
01:11:30  13    that.
01:11:30  14        Q.  And that's why the testing criteria was
01:11:33  15    limited?
01:11:34  16        A.  The testing criteria wasn't limited.  The
01:11:38  17    ability of having those institutions ready and
01:11:43  18    having it confirm was more limited.  But on top
01:11:48  19    of that, there needed to be time for the primer
01:11:50  20    to be made for the test.
01:11:52  21        So CDC was and all these other
01:11:54  22    institutions were actively trying to make enough
01:11:56  23    primer so that by when we started seeing more
01:11:59  24    cases, they could go -- they could do the test.
01:12:02  25        MS. MANZO:  Do you think it's a good
```

14 (Pages 53 to 56)

Page 61

| Time | # | Text |
|---|---|---|
| 01:17:38 | 1 | the virus, and how expert testimony can help your |
| 01:17:43 | 2 | COVID-19 claim." |
| 01:17:45 | 3 | Do you see that? |
| 01:17:47 | 4 | A. I do. |
| 01:17:47 | 5 | Q. Did you provide any information on that |
| 01:17:50 | 6 | last point, "How expert testimony can help your |
| 01:17:53 | 7 | COVID-19 claim"? |
| 01:17:55 | 8 | A. No. That was Alycen's realm, not mine. |
| 01:18:00 | 9 | Q. Did you have a PowerPoint presentation |
| 01:18:03 | 10 | that you used for this webinar? |
| 01:18:06 | 11 | A. It's the same one we've just looked at in |
| 01:18:07 | 12 | Exhibit 3. |
| 01:18:09 | 13 | Q. Was it updated at all? |
| 01:18:11 | 14 | A. It was updated on the slides I gave and |
| 01:18:13 | 15 | then Alycen added her own slides. |
| 01:18:15 | 16 | Q. Okay. Do you still have a copy of that |
| 01:18:19 | 17 | in your files? |
| 01:18:22 | 18 | A. I don't think so, but I can double-check. |
| 01:18:29 | 19 | Q. On the second page of the exhibit, |
| 01:18:34 | 20 | there's a number of bullet points, and one of |
| 01:18:37 | 21 | them is "The differences between cleaning and |
| 01:18:41 | 22 | decontamination"? |
| 01:18:42 | 23 | A. Yes. |
| 01:18:43 | 24 | Q. Was that a topic that you covered at the |
| 01:18:46 | 25 | webinar? |

Page 62

| Time | # | Text |
|---|---|---|
| 01:18:47 | 1 | A. Yes. |
| 01:18:48 | 2 | Q. And what -- in general, what did you |
| 01:18:52 | 3 | discuss in that topic? |
| 01:18:58 | 4 | A. So people forget that if a surface is |
| 01:19:01 | 5 | really dirty, you can't effectively decontaminate |
| 01:19:08 | 6 | or remove, say, hepatitis-A is the easiest one, |
| 01:19:13 | 7 | actually, Norovirus is the best one, let's go |
| 01:19:15 | 8 | with that. If you -- if you come back and just |
| 01:19:20 | 9 | wipe something for Norovirus without having the |
| 01:19:23 | 10 | appropriate cleaner that would break down |
| 01:19:27 | 11 | Norovirus, it's not going to do anything. And if |
| 01:19:29 | 12 | it's surface that's really dirty, like a daycare |
| 01:19:32 | 13 | table where kids have been doing an activity, |
| 01:19:35 | 14 | you're going to have to come back and clean |
| 01:19:37 | 15 | first, so remove the debris, and then come back |
| 01:19:40 | 16 | with the appropriate cleaner to decontaminate or |
| 01:19:43 | 17 | remove or break down the virus that may still be |
| 01:19:46 | 18 | there. |
| 01:19:47 | 19 | Q. Would the same recommendation apply to a |
| 01:19:52 | 20 | coronavirus like SARS-CoV-2? |
| 01:19:55 | 21 | A. So it was part of CDC's recommendations |
| 01:19:57 | 22 | that if a surface was dirty, clean it first and |
| 01:20:00 | 23 | then do the disinfecting step next. |
| 01:21:12 | 24 | Q. When do you recall first being contacted |
| 01:21:17 | 25 | by the insurers or their counsel in this case to |

Page 63

| Time | # | Text |
|---|---|---|
| 01:21:21 | 1 | provide services? |
| 01:21:23 | 2 | A. Based on the job number, it would have |
| 01:21:27 | 3 | been mid portion of 2022. |
| 01:21:34 | 4 | Q. Do you recall what month you were |
| 01:21:38 | 5 | contacted in? |
| 01:21:40 | 6 | A. I can't remember. |
| 01:21:43 | 7 | Q. The engagement letter that you've |
| 01:21:46 | 8 | provided, I think is dated in October of 2022, |
| 01:21:50 | 9 | would it have been around that time? |
| 01:21:53 | 10 | A. Yes. It may have been -- I may have |
| 01:21:55 | 11 | gotten a phone call around September and then we |
| 01:21:57 | 12 | moved forward. |
| 01:22:00 | 13 | Q. Do you recall who first contacted you on |
| 01:22:03 | 14 | behalf of the insurance companies? |
| 01:22:05 | 15 | A. Mr. Ingerman. |
| 01:22:08 | 16 | Q. Had you worked with Mr. Ingerman before |
| 01:22:11 | 17 | on any case? |
| 01:22:12 | 18 | A. Yes. |
| 01:22:14 | 19 | Q. Was that a COVID case? |
| 01:22:16 | 20 | A. Yes. |
| 01:22:17 | 21 | Q. Which case was that? |
| 01:22:20 | 22 | A. I have a confidentiality agreement, so |
| 01:22:22 | 23 | I'm not able to share too much about it, but it |
| 01:22:24 | 24 | was a case related to an orthodontist office. |
| 01:22:28 | 25 | Q. Is that a case that's in litigation? |

Page 64

| Time | # | Text |
|---|---|---|
| 01:22:32 | 1 | A. It is. |
| 01:22:34 | 2 | Q. Is the litigation still going on? |
| 01:22:38 | 3 | A. I have no idea. |
| 01:22:40 | 4 | Q. Did you provide a report? |
| 01:22:43 | 5 | A. I did. |
| 01:22:44 | 6 | Q. Did you -- do you recall when you |
| 01:22:46 | 7 | provided the report? |
| 01:22:50 | 8 | A. It was -- I can't remember. |
| 01:22:53 | 9 | Q. Do you recall what year? |
| 01:22:56 | 10 | A. I'm struggling with that. I can't |
| 01:22:57 | 11 | remember if it was the fall of 2020 or if it was |
| 01:22:59 | 12 | the spring of -- or if it was during 2021, I'm |
| 01:23:03 | 13 | not sure. |
| 01:23:05 | 14 | Q. Do you know what court the case is |
| 01:23:08 | 15 | pending in? |
| 01:23:09 | 16 | A. I don't have that information. |
| 01:23:11 | 17 | Q. Did you give a deposition? |
| 01:23:12 | 18 | A. No, sir. |
| 01:23:17 | 19 | Q. Do you know the status of the case? |
| 01:23:19 | 20 | A. No, sir. |
| 01:23:21 | 21 | Q. Other than that case, had you worked with |
| 01:23:23 | 22 | Mr. Ingerman before? |
| 01:23:25 | 23 | A. I have one other case with him, and I'm |
| 01:23:27 | 24 | not sure of the timing. |
| 01:23:29 | 25 | Q. Is that also a COVID case? |

16 (Pages 61 to 64)

Page 101

```
02:14:23   1   test, were recommendations made for them to stay
02:14:27   2   at home or to isolate or to take other
02:14:29   3   precautions?
02:14:31   4        A.  So the thing that we've always said,
02:14:34   5   because you also have to remember that it was a
02:14:36   6   bad flu year in 2020 and March is still flu
02:14:40   7   season, we also had RSV that was out and we had
02:14:44   8   COVID.  So in the early days, if -- my policy has
02:14:49   9   always been to tell my clients if somebody is
02:14:51  10   sick, they need to stay home.  I don't care if
02:14:53  11   it's COVID or not, they shouldn't be there
02:14:55  12   hacking on somebody else and getting them
02:14:57  13   potentially sick with RSV or something that's
02:15:00  14   just as bad.
02:15:16  15        Q.  With regard to these investigations that
02:15:19  16   you conducted during the pandemic, did you
02:15:23  17   actually go on site to your clients, or were they
02:15:29  18   remote?
02:15:32  19        A.  For a lot of my clients it was on site.
02:15:34  20   I was an anxious traveler, and so -- and I have a
02:15:39  21   child with an underlying heart condition, so.
02:15:41  22        Q.  I'm sorry.
02:15:42  23        A.  That's okay, but thank you.  She's 17,
02:15:44  24   she's great, and plays sports and all that other
02:15:47  25   good stuff.
```

Page 102

```
02:15:47   1   But she was at higher risk.  So I was
02:15:49   2   very careful about where I went.  And if could do
02:15:52   3   things as much remotely as I could using that
02:15:55   4   J.S. Held 360 camera, I did.  But if I
02:15:59   5   couldn't -- but if it wasn't going to work, I
02:16:01   6   went on site.
02:16:01   7        Q.  When you went on site, did you wear any
02:16:04   8   protective PPE?
02:16:07   9        A.  I wore a KN-95, and I've testified in
02:16:10  10   court even wearing a KN-95 because of my child.
02:16:36  11        Q.  Okay.  When you went on -- when you
02:16:39  12   conducted on-site investigations, either you
02:16:43  13   personally or with your -- with staff, did you do
02:16:47  14   any testing of surfaces or air within facilities
02:16:52  15   as part of this work?
02:16:54  16        A.  We used the luminometer early on, and
02:16:57  17   some of these facilities, especially our food
02:16:59  18   manufacturing facilities, because even though we
02:17:03  19   kept saying that COVID is not transmitted by
02:17:05  20   food, there was still concern on the part of the
02:17:09  21   client, so we did do the luminometer there and
02:17:14  22   recommend to them to use that.
02:17:18  23        Q.  Was there any air testing that you could
02:17:20  24   have done at that time to test the air to see if
02:17:23  25   there were -- there was virus in the air?
```

Page 103

```
02:17:27   1        A.  We didn't recommend it.  It wasn't going
02:17:29   2   to add that much to the pieces of information we
02:17:33   3   needed.
02:17:34   4        Q.  Why not?
02:17:37   5        A.  So we knew fairly early on, and if you
02:17:40   6   want to look into the literature, by November of
02:17:42   7   2020 but even prior to that, there was
02:17:45   8   indications that this virus just isn't stable
02:17:49   9   outside of the body for a really long -- its host
02:17:52  10   for a long period of time.
02:17:56  11            Now, I have to qualify that by saying
02:17:58  12   that it has to be based on viral load and all of
02:18:02  13   those kinds of pieces that go with it, but we
02:18:05  14   knew that it didn't like sunlight.  We knew that
02:18:09  15   it didn't like changes in temperature.  And we
02:18:11  16   knew that it didn't like changes in humidity.
02:18:14  17            So our recommendation to our clients was
02:18:18  18   to because of that increase their air flow,
02:18:22  19   follow ASHRAE standards, and if you're able to,
02:18:29  20   make sure that you can just social distance or
02:18:34  21   physically distance the people that are in your
02:18:36  22   facility.
02:18:39  23        Q.  And the recommendation for distancing
02:18:42  24   people was because of the -- what you referred to
02:18:45  25   as the primary route of transmission would be
```

Page 104

```
02:18:48   1   through droplets?
02:18:49   2        A.  It's a larger, heavily droplet -- larger,
02:18:51   3   heavy droplets.
02:18:52   4        Q.  Okay.
02:18:57   5            MR. WEISS:  Why don't we go off the
02:18:58   6   record for a second.
02:19:00   7            THE VIDEOGRAPHER:  The time is now 12:31.
02:19:03   8   Off the record.
           9            (Proceedings interrupted at 12:31 p.m. and
          10    reconvened at 1:27 p.m.)
02:19:05  11            THE VIDEOGRAPHER:  The time is now 1:27
02:19:10  12   and we are on the record.
          13   BY MR. WEISS:
02:19:11  14        Q.  Dr. Stock, before the break we were
02:19:13  15   looking at your report, which is Exhibit 6.
02:19:22  16            First off, are you aware of any opinions
02:19:27  17   that you plan to testify to at trial that are not
02:19:31  18   set out in your report?
02:19:36  19        A.  The only thing that I might testify to is
02:19:38  20   if there is new information or if there's
02:19:41  21   something very specific, there's a new question
02:19:43  22   that's posed to me between now and then.  So
02:19:47  23   there's like the Samnertino article, which has
02:19:50  24   come out when this report was written.
02:20:05  25        Q.  And that's the article we looked at
```

26 (Pages 101 to 104)

## Page 113

```
02:31:34   1   somebody who's COVID positive does not mean that
02:31:36   2   I am at risk of getting COVID. So I want to know
02:31:40   3   where they were, who they interacted with, how
02:31:43   4   long they were there, and what areas within that
02:31:49   5   facility did they go to.
02:32:00   6       Q.  And do you know if any of the insurance
02:32:02   7   companies advised 24 Hour Fitness that that was
02:32:05   8   the type of information they needed to collect?
02:32:10   9       A.  I have no idea about those conversations.
02:32:15  10       Q.  All right. And when you say "24 Hour has
02:32:25  11   not presented the data necessary to validate
02:32:27  12   whether there were true cases (confirmed) of
02:32:33  13   COVID-19 on 24 Hour properties," what do you mean
02:32:38  14   there by a true or confirmed case?
02:32:41  15       A.  So confirmed case, if you use the
02:32:44  16   definition that's been set up by CSTE and CDC,
02:32:48  17   tells you that you have to have the positive test
02:32:52  18   and they want you to have the symptoms, or you
02:32:56  19   have to have the gold standard, which is PCR.
02:33:09  20       Q.  So when you say a positive test plus
02:33:11  21   symptoms, what type of test are you talking about
02:33:14  22   there?
02:33:16  23       A.  So I'm talking about that you want to
02:33:17  24   have the positive PCR test to make sure that you
02:33:27  25   have truly someone who is COVID positive. You
```

## Page 114

```
02:33:33   1   have to remember that the symptomatology of COVID
02:33:36   2   is not specific to COVID.
02:33:37   3       Q.  And can you elaborate and explain that?
02:33:48   4       A.  Pardon?
02:33:48   5       Q.  Can you explain what you mean by "the
02:33:49   6   symptomatology of COVID is not specific to
02:33:54   7   COVID"?
02:33:55   8       A.  Lots of viral illnesses cause cough.
02:33:58   9   Lots of viral illnesses cause fever. Lots of
02:34:01  10   viral illnesses cause other symptoms that people
02:34:05  11   think about with COVID, malaise, headache, sore
02:34:09  12   throat. All those can be attributed to other
02:34:11  13   viruses.
02:34:12  14       The other thing is one of the hallmarks
02:34:16  15   that was originally proposed earlier on was this
02:34:20  16   loss of taste or smell. However, what we are
02:34:23  17   learning is that it's not always accurate because
02:34:26  18   if you have let's say an acute case of sinusitis,
02:34:29  19   you're also going to have a loss of taste or
02:34:31  20   smell.
02:34:32  21       So there are other things other than
02:34:34  22   saying, hey, Bob called in and he's sick to
02:34:38  23   indicate that it was COVID or not. You really
02:34:40  24   need that test to confirm that it is truly COVID.
02:34:51  25       Q.  So during the period of January to mid
```

## Page 115

```
02:34:55   1   March of 2020, if Bob called in to 24 Hour
02:34:58   2   Fitness and said he was sick, how would 24 Hour
02:35:03   3   Fitness go about determining if they could get a
02:35:07   4   PCR test result from Bob?
02:35:11   5       A.  Bob, did you go to doctor? Did you get a
02:35:13   6   test? What did the test tell you?
02:35:15   7       Q.  Okay. And during that time could Bob go
02:35:20   8   to the doctor and easily get a PCR test?
02:35:25   9       A.  In the first part of March it was a lot
02:35:26  10   easier to do it than let's say January because we
02:35:28  11   didn't have any cases here in the U.S. really
02:35:31  12   until the first part to mid part of January.
02:35:33  13       Q.  And in February?
02:35:36  14       A.  We were starting to see more
02:35:37  15   travel-related cases depending on what location
02:35:40  16   and the country you were in. So it was still a
02:35:44  17   little more difficult, but by around the
02:35:45  18   beginning of March we were starting to make sure
02:35:47  19   that health departments and local providers had
02:35:50  20   that ability to conduct those tests.
02:36:16  21       Q.  So in your opinion, in order for 24 Hour
02:36:23  22   Fitness to have demonstrated that there were true
02:36:27  23   cases of COVID-19 at its properties, it would
02:36:30  24   need to show a positive PCR test result from
02:36:36  25   somebody who was on their property?
```

## Page 116

```
02:36:41   1       A.  And it would have to have the right
02:36:42   2   timing for COVID, and you'd want to make sure
02:36:46   3   that they really were there and if you could
02:36:49   4   check your log records and see. And say, you
02:36:54   5   know, Bob, did you have -- did your doctor do a
02:36:57   6   COVID test? Yes. What was the result? Those
02:37:00   7   early days, especially in March, they were almost
02:37:02   8   all going to be PCR tests except for a few
02:37:05   9   antibody tests that remained then.
02:37:08  10       Q.  And where were the antibody tests being
02:37:11  11   done?
02:37:12  12       A.  So there were pop-up laboratories across
02:37:14  13   the United States that were experimenting with
02:37:18  14   different tests. They weren't necessarily valid.
02:37:22  15   That's why CSTE says we need that gold standard,
02:37:25  16   which is the PCR.
02:37:27  17       Q.  So in your view, would a antibody test
02:37:31  18   that was positive constitute a confirmed case of
02:37:34  19   COVID?
02:37:36  20       A.  No. Because the other issue with the
02:37:37  21   antibody test is we don't know, especially if the
02:37:40  22   person had had travel history to China, it could
02:37:43  23   be that it's a reaction from the previous SARS.
02:38:02  24       Q.  And then in -- back into that paragraph
02:38:05  25   8, you talk about -- well, you say, "None of the
```

29 (Pages 113 to 116)

Page 117

```
02:38:17   1   call records or other documents or testimony
02:38:19   2   available provide evidence that any individual
02:38:23   3   displayed signs or symptoms of COVID-19 at a 24
02:38:26   4   Hour facility," right?
02:38:28   5       A.  That's correct.
02:38:29   6       Q.  Okay.  But even if there was information
02:38:33   7   like that, in your opinion, that would not be
02:38:35   8   sufficient because those symptoms could have been
02:38:38   9   from other illnesses, correct?
02:38:41  10       A.  That is correct.  And we don't have
02:38:43  11   confirmation that it was COVID.
02:38:44  12       Q.  Right.
02:38:45  13           And then you wrote, "The March 2020 call
02:38:50  14   records provided by Jeremy Gottlieb, subsequent
02:38:54  15   e-mails from Dan Larson, and other information
02:38:56  16   submitted by 24 HOUR do not include sufficient
02:38:59  17   evidence to indicate that individuals with
02:39:01  18   COVID-19 infections were at 24 HOUR facilities."
02:39:06  19           And that's because they don't include PCR
02:39:10  20   test results, correct?
02:39:12  21       MS. MANZO:  Objection to form.
02:39:14  22       A.  It's not only that.  It's more than just
02:39:16  23   that PCR test results that aren't there.  There's
02:39:19  24   not the chain of events that you'd want to know.
02:39:23  25   Just because Bob had COVID on Monday and he was
```

Page 118

```
02:39:27   1   at the facility on Friday doesn't mean that we
02:39:29   2   need to close the facility or do anything because
02:39:35   3   on Friday Bob probably wasn't contagious.
02:39:40   4       Q.  So not only do you need the PCR test but
02:39:42   5   you also need more information about Bob's
02:39:46   6   illness and his whereabouts and those sorts of
02:39:48   7   things, correct?
02:39:49   8       A.  Correct.  And Dr. Carnethon refers to
02:39:51   9   this as temporality, which is part of the
02:39:53  10   Bradford Hill criteria.  However, this is not a
02:39:57  11   causation case, so I didn't use -- I used
02:40:01  12   elements of Bradford Hill, but I don't use the
02:40:02  13   whole thing like she did.  But that temporality
02:40:05  14   is really important because if you were in the
02:40:07  15   facility two weeks ago and then tests positive,
02:40:09  16   it doesn't matter.
02:40:14  17       Q.  And then when you say "Such data would
02:40:16  18   have been available for any actual COVID-19 cases
02:40:19  19   because other businesses collected it at the
02:40:22  20   time," when you say actual COVID cases, you mean
02:40:26  21   cases where there was a positive PCR test?
02:40:31  22       A.  Yes.  What other businesses were doing at
02:40:34  23   this time were setting up sort of this triage
02:40:37  24   phone system to go through and asking questions,
02:40:42  25   hey, Bob called in, he's sick.  Okay.  Did you
```

Page 119

```
02:40:44   1   ask him did he get tested?  If he got tested,
02:40:46   2   where did he get it tested?  Was it a home kit?
02:40:48   3   There wasn't really home at this point.  But did
02:40:50   4   he get it as his doctor's office?  Where did he
02:40:52   5   go?  When did he get the results versus when he
02:40:55   6   called us?
02:41:02   7       Q.  Okay.  And you understand that some of
02:41:03   8   the people that were either calling 24 Hour or
02:41:08   9   had told them that -- otherwise that they had
02:41:11  10   symptoms of illness were customers of 24 Hour
02:41:14  11   Fitness, right?
02:41:16  12       A.  They had both customers and employees
02:41:18  13   calling in.
02:41:19  14       Q.  And setting aside employees for a second,
02:41:23  15   do you agree that there would be no way for 24
02:41:25  16   Hour Fitness to mandate a customer to go get
02:41:29  17   tested?
02:41:30  18       MS. MANZO:  Objection to form.
02:41:32  19       A.  What 24 Hour can say is, did you have a
02:41:35  20   test?
02:41:36  21       Q.  Right.
02:41:39  22       A.  And where did you have that test done?
02:41:46  23       Q.  And the customer could say none of your
02:41:48  24   business, right?
02:41:52  25       A.  I would say it depends on the
```

Page 120

```
02:41:54   1   jurisdiction, because I will tell you having
02:41:57   2   worked with our city health department in New
02:41:59   3   Orleans, that would not have flown.
02:42:06   4       Q.  But you don't know about other cities,
02:42:09   5   correct?
02:42:10   6       A.  I knew some about what other cities were
02:42:11   7   doing because I am an active member of CST.
02:42:13   8       Q.  Okay.  Did you do any work to look at the
02:42:17   9   cities where 24 Hour Fitness operated to see what
02:42:21  10   the rules were about whether people had to
02:42:25  11   divulge their COVID status if requested by a
02:42:29  12   business?
02:42:32  13       A.  I did not look for rules.
02:43:07  14       Q.  With respect to your opinion about what
02:43:17  15   other businesses were doing in terms of
02:43:18  16   collecting information and doing contact tracing,
02:43:22  17   are you able to identify by name which businesses
02:43:27  18   you're talking about?
02:43:30  19       A.  So I can tell you the government
02:43:32  20   recommendations were places like restaurants had
02:43:35  21   to have -- collect that information because
02:43:38  22   people were coming in and sitting down without
02:43:40  23   face coverings or -- and not necessarily always
02:43:44  24   spaced depending on the location, but most of the
02:43:48  25   states were requiring that.
```

30 (Pages 117 to 120)

Page 129

```
02:57:12   1    Q.  In the spring of 2020 -- well, between
02:57:17   2   January through March of 2020, it was pretty rare
02:57:22   3   for people with no symptoms to be tested for
02:57:25   4   COVID, wasn't it?
02:57:29   5    A.  If you were doing a field investigation,
02:57:31   6   you would maybe do that.  But for the general
02:57:33   7   population, it would require normally
02:57:35   8   symptomatology to go to the doctor.
           9         (Exhibit 9, New York Times article, It's
          10   Just Everywhere Already:  How Delays in
          11   Testing Set Back the U.S. Coronavirus
          12   Response, marked for identification.)
02:58:29  13    Q.  All right.  So I marked as Exhibit 9 a
02:58:37  14   printout of a New York Times article from
02:58:39  15   March 10, 2020, and I know you talked earlier
02:58:42  16   about the New York Times, but I wanted to get
02:58:47  17   your view on something here.  The article is
02:58:49  18   called "It's Just Everywhere Already:  How Delays
02:58:54  19   in Testing Set Back the U.S. Coronavirus
02:58:57  20   Response."
02:58:59  21        And on the first page, the fourth
02:59:04  22   paragraph from the bottom, it says, "Even now,
02:59:08  23   after weeks of mounting frustration toward
02:59:11  24   federal agencies over flawed test kits and
02:59:14  25   burdensome rules, states with growing cases, such
```

Page 130

```
02:59:18   1   as New York and California, are struggling to
02:59:21   2   test widely for the coronavirus.  The continued
02:59:24   3   delays have made it impossible for officials to
02:59:26   4   get a true picture of the scale of the growing
02:59:29   5   outbreak which has now spread to at least 36
02:59:32   6   states and Washington, D.C."
02:59:37   7        Do you agree with the author here that
02:59:42   8   there were problems during this time period
02:59:45   9   regarding the ability to test widely for
02:59:47  10   COVID-19?
02:59:51  11        MS. MANZO:  Objection to form.
02:59:55  12    A.  What I can say is that as one of the
03:00:05  13   criticisms that former epidemic intelligence
03:00:08  14   officers have had with CDC during this time frame
03:00:13  15   is that for some reason it became very political
03:00:17  16   and it became very difficult to work with the CDC
03:00:24  17   if you were a state health department.
03:00:30  18        The issue of testing is really dependent
03:00:34  19   on the location of the country you were in.
03:00:37  20   There are parts of the country that had no
03:00:40  21   problems with getting tests and it was very easy
03:00:43  22   to get a test.  There were some locations within
03:00:45  23   the United States that it was more difficult to
03:00:47  24   get a test due to the number of cases that were
03:00:51  25   being seen, but also by sort of the rules that
```

Page 131

```
03:00:58   1   were associated with the test that you had to
03:01:00   2   have these symptoms in order to have the test
03:01:04   3   done.
03:01:04   4    Q.  Okay.  Do you agree with the author that
03:01:07   5   New York and California were areas where it was
03:01:11   6   difficult to do a widespread testing for COVID?
03:01:19   7    A.  So I disagree with that some, but I have
03:01:21   8   insider knowledge.  I worked very closely with
03:01:24   9   Los Angeles County on their testing and how they
03:01:27  10   set up their testing screens.  So I disagree with
03:01:32  11   some of this, and also, there's no specificity.
03:01:36  12   I'm assuming they're meaning New York City
03:01:37  13   because I know people in other cities within New
03:01:40  14   York state that were able to get tested and had
03:01:43  15   no problems.
03:01:46  16    Q.  And are you able to talk about the inside
03:01:48  17   knowledge that you're referring to with respect
03:01:50  18   to Los Angeles?
03:01:51  19    A.  Well, I work for the county, and I've
03:01:53  20   evaluated their testing program several times
03:01:55  21   since the beginning of the pandemic and that's
03:01:58  22   about all I can share.
03:02:02  23    Q.  Okay.  So let's look at the next one.
          24        (Exhibit 10, March 17, 2020 LA Times
          25   article, marked for identification.)
```

Page 132

```
03:02:36   1    Q.  So Exhibit 10 is a Los Angeles Times
03:02:40   2   article from March 17th, 2020, and it's titled
03:02:47   3   "Newsletter:  How You Can Slow Coronavirus'
03:02:50   4   Spread."
03:02:51   5        But I wanted to focus on -- let's see --
03:03:05   6   on page 2 of 9 at the bottom.  There's a
03:03:13   7   question, "Will testing finally ramp up?"  And it
03:03:17   8   says, "The lack of widespread testing early on in
03:03:20   9   the U.S. has made it nearly impossible to track
03:03:24  10   the coronavirus and ultimately forced the closure
03:03:27  11   of schools and businesses in many cities
03:03:29  12   nationwide.  As of Monday the U.S. had tested
03:03:33  13   roughly 40,000 people for the virus while South
03:03:37  14   Korea, a country six times smaller, had tested
03:03:40  15   more than 260,000."
03:03:42  16        Do you see that?
03:03:43  17    A.  I do.
03:03:54  18    Q.  Do you believe that those statistics are
03:03:57  19   generally accurate, that comparing how many
03:04:01  20   people the U.S. had tested versus how many people
03:04:05  21   had been tested in South Korea?
03:04:09  22    A.  I'm not sure this is accurate, so I can't
03:04:12  23   comment on a newspaper article such as this.
03:04:19  24    Q.  Okay.  Do you agree that the lack of
03:04:22  25   widespread testing was a reason for the closure
```

33 (Pages 129 to 132)

## Page 133

```
03:04:27   1   of schools and businesses in many cities?
03:04:31   2        A.  No.  And I will also say that CDC's
03:04:33   3   retrospective analysis did not find that lack of
03:04:36   4   testing was the big issue.
03:04:40   5        Q.  Okay.  But at the time that the schools
03:04:42   6   and businesses were closed, do you agree that one
03:04:46   7   of the reasons was that because there wasn't
03:04:49   8   enough testing to determine who had COVID?
03:04:54   9            MS. MANZO:  Objection to form.
03:04:56  10        A.  No.  And I think that's a fallacy if
03:04:58  11   that's the assumption being made in terms of how
03:05:00  12   epidemiologists would -- would -- would view
03:05:03  13   this?
03:05:06  14        Q.  Okay.  Why so?
03:05:11  15        A.  Well, as an epidemiologist, the closure
03:05:20  16   wasn't because we didn't know if Bob or Mary or
03:05:23  17   Sue had COVID.  The closure was done to help
03:05:27  18   prevent the spread of the virus throughout the
03:05:31  19   United States so that our health care resources
03:05:34  20   could catch up to what was needed.
03:05:38  21            And by closing and doing the stay at home
03:05:42  22   or safer at home or whatever the location is that
03:05:45  23   you're living in called those orders, those
03:05:49  24   orders went into effect at the recommendation of
03:05:53  25   federal agencies so that our health care
```

## Page 134

```
03:05:56   1   resources could catch up and we didn't have
03:05:57   2   people on ventilators in hallways and we were
03:06:01   3   able to provide them what they needed.
03:06:04   4            What I will also tell you is that we know
03:06:09   5   based on how the spread of the virus happened in
03:06:13   6   the United States that locations that had travel
03:06:19   7   in and out of those locations and large
03:06:21   8   gatherings were some of the bigger drivers of
03:06:25   9   these cases and spikes in cases.
          10            (Exhibit 11, "Antibodies to Severe Acute
          11   Respiratory Syndrome Coronavirus 2
03:06:27  12   (SARS-CoV-2) In All of U.S. Research Program
03:07:10  13   Participants, 2 January to 18 March 2020,"
03:07:24  14   marked for identification.)
03:07:25  15        Q.  Exhibit 11 is an article titled
03:07:30  16   "Antibodies to Severe Acute Respiratory Syndrome
03:07:33  17   Coronavirus 2 (SARS-CoV-2) In All of U.S.
03:07:38  18   Research Program Participants, 2 January to 18
03:07:42  19   March 2020."
03:07:45  20            This is an article that was cited by you
03:07:48  21   in your report, correct?
03:07:50  22        A.  It's actually an article that was cited
03:07:52  23   by Dr. Carnethon, and I responded to the article
03:07:54  24   in my report.
03:07:58  25        Q.  Okay.  And would you consider this
```

## Page 135

```
03:08:01   1   article to be a scientific article?
03:08:04   2        A.  It's a journal article.  There are some
03:08:06   3   issues with it, and I'm happy discuss those as we
03:08:10   4   proceed.
03:08:12   5        Q.  In the beginning, in the Background
03:08:13   6   section it says, "With limited severe acute
03:08:19   7   respiratory syndrome, coronavirus (SARS-CoV-2)
03:08:22   8   testing capacity in the United States at the
03:08:25   9   start of the epidemic, January to March 2020,
03:08:30  10   testing was focused on symptomatic patients with
03:08:32  11   a travel history throughout February obscuring
03:08:36  12   the picture of SARS-CoV-2 seeding and community
03:08:39  13   transmission."
03:08:40  14            Do you see that?
03:08:44  15        A.  I do.
03:08:44  16        Q.  Do you disagree with that statement?
03:08:45  17        A.  Yes.
03:08:48  18        Q.  And why do you disagree with that?
03:08:50  19        A.  Because this obscuring the picture of
03:08:53  20   SARS covariant-2 seeding and community
03:08:55  21   transmission piece of that sentence I disagree
03:08:58  22   with.  And the more you go into the study you
03:09:01  23   realize that out of the 24,000 -- what is it? --
03:09:07  24   it's 24,500-ish -- about 24,079 study
03:09:20  25   participants, only two of those study
```

## Page 136

```
03:09:24   1   participants were really people with symptoms.
03:09:27   2   Seven of them were really zero positive prior to
03:09:35   3   all of this.  And we know that they were
03:09:38   4   associated with travel.
03:09:41   5            So using this to say that it was spread
03:09:43   6   through all across the United States was wrong.
03:09:46   7   ==We know that it was hitting large major==
03:09:49   8   ==metropolitan areas where there was increased==
03:09:52   9   ==travel in and out of those locations, and it's==
03:09:55  10   ==not necessarily travel related to China or to==
03:09:58  11   ==Italy or those locations.==  It was where people
03:10:01  12   are coming from one location where there was SARS
03:10:04  13   covariant to circulating among the population and
03:10:08  14   you had confirmed COVID-19 places into locations
03:10:14  15   where it didn't.
03:10:15  16            And if you look at the pattern of what
03:10:18  17   SARS covariant-2 did, in certain parts of the
03:10:21  18   country it took a while to get there.  So the
03:10:25  19   assumption that's made in this paper, I think
03:10:30  20   it's great research, I think the assumptions are
03:10:33  21   wrong.  And that's okay as a scientist for me to
03:10:36  22   say I don't agree with somebody else's research,
03:10:38  23   that happens all the time.
03:10:41  24        Q.  Do you agree with the first part of what
03:10:45  25   I read, that about limited testing capacity in
```

34 (Pages 133 to 136)

Page 137

```
03:10:52   1   the U.S. at the start of the epidemic and that
03:10:55   2   testing was focused on symptomatic patients with
03:10:57   3   a travel history throughout February?
03:11:04   4       A.  What I will say is that parts of this
03:11:10   5   were correct, that we limited our testing,
03:11:13   6   especially through February, to people who had
03:11:16   7   symptoms, which made the most sense when you have
03:11:21   8   a limited number of primers that are available
03:11:24   9   while you're making more to limit it to people
03:11:27  10   who are sick.
03:11:30  11       Q.  And do you also agree that it was limited
03:11:33  12   to patients with a travel history?
03:11:39  13       A.  I can't answer because I only know what
03:11:42  14   my state did, and I know what other states did.
03:11:47  15   And some states limited it to travel history,
03:11:49  16   others did not, because they looked at if people
03:11:53  17   had been to mass gatherings and that was another
03:11:55  18   part of this that's not mentioned in this
03:11:57  19   article.
          20           (Exhibit 12, CSTE Interim-20-ID-01 Title:
          21   Standardized surveillance case definition and
          22   national notification for 2019 novel
          23   coronavirus disease, marked for
          24   identification.)
03:12:43  25       Q.  Do you recognize Exhibit 12?
```

Page 138

```
03:13:01   1       A.  I do.
03:13:01   2       Q.  Okay.  What is that?
03:13:03   3       A.  This is the CSTE case definition document
03:13:07   4   from April of 2020 that was adopted by CDC.  This
03:13:15   5   actually was worked on and created a little
03:13:20   6   earlier than that.
03:13:24   7       Q.  So if you turn to page 6 at the bottom
03:13:35   8   under Revision History --
03:13:37   9       A.  Yes.
03:13:37  10       Q.  -- it says, "This is the first
03:13:39  11   standardized surveillance position statement for
03:13:42  12   COVID-19 and SARS-CoV-2 infection."
03:13:45  13           Do you see that?
03:13:46  14       A.  That is correct.
03:13:47  15       Q.  And what do you understand that to mean?
03:13:49  16       A.  So this is the official position
03:13:53  17   statement that was released in April of 2020, at
03:14:00  18   the very first part of April, on COVID-19 cases,
03:14:11  19   which is the disease caused by SARS covariant-2,
03:14:15  20   and I think it's important on this one to know
03:14:19  21   that there was a working definition prior to
03:14:21  22   that -- prior to this because we had cases as
03:14:24  23   early as February and January.
03:14:27  24           This is the finalized case -- interim
03:14:29  25   case definition because they're going to continue
```

Page 139

```
03:14:32   1   to update this over time once we know more about
03:14:35   2   the virus.
03:14:45   3       Q.  And is this the document that sets out
03:14:49   4   the criteria for a case of COVID-19 as you
03:14:53   5   discussed in paragraph 29 of your report that we
03:14:57   6   looked at before?
03:14:58   7       A.  It's one of the documents, and then CSTE
03:15:01   8   or CDC had MMWRs where they were publishing
03:15:04   9   preliminary case definitions that CSTE was coming
03:15:09  10   up with.
03:15:09  11       Q.  When were those MMWRs published?
03:15:11  12       A.  They were being published as early as
03:15:13  13   January after our first travel-related cases.
03:15:16  14       Q.  Were those published on the CDC website?
03:15:18  15       A.  They can be, yes, and end up -- it's a
03:15:21  16   Morbidity and Mortality Weekly Report.  We
03:15:24  17   were -- there were testing of people that were
03:15:30  18   related to travel exposures that were going on.
03:15:35  19   There was -- CSTE was working on their case
03:15:40  20   definition with CDC, and there was a preliminary
03:15:43  21   case definition that was used in those reports
03:15:46  22   because I couldn't capture a case if I didn't
03:15:48  23   know what it was.
03:15:49  24       Q.  Okay.  Do you know if those preliminary
03:15:51  25   case definitions were published by CDC on its
```

Page 140

```
03:15:55   1   website?
03:15:55   2       A.  They would have been within Morbidity and
03:15:58   3   Mortality Weekly Report, the MMWRs, and the MMWRs
03:16:02   4   are published to the website.
03:16:07   5       Q.  So do you agree that in order to have
03:16:10   6   found them, you would have had to know what you
03:16:12   7   were looking for?
03:16:13   8           MS. MANZO:  Objection to form.
03:16:15   9       A.  You would have to have somebody who knew
03:16:17  10   what they were doing to find those.
03:16:56  11       Q.  Do you agree that in March 2020 and
03:17:02  12   before there were more people in the U.S. with
03:17:05  13   COVID-19 than there were people who had confirmed
03:17:10  14   positive cases of COVID-19 pursuant to the CSTE
03:17:15  15   case definition?
03:17:20  16       A.  What I can say is not we had more than
03:17:26  17   likely circulating in certain populations in a
03:17:30  18   very localized manner cases of COVID-19 and those
03:17:36  19   would have been locations such as Seattle, Los
03:17:40  20   Angeles and New York City.
03:17:42  21           Biogenetically what came into New York
03:17:44  22   City was different than what was coming
03:17:46  23   biogenetic -- coming in on the West Coast.  So we
03:17:50  24   know that we had two different populations with
03:17:54  25   two different strains, so to speak, of COVID that
```

35 (Pages 137 to 140)

Page 141

```
03:17:57   1   were coming in.
03:17:58   2        Would there have been potentially more
03:18:00   3   cases during that time that were travel related
03:18:02   4   that didn't get caught even though we had
03:18:05   5   quarantine officers at those locations, there's
03:18:07   6   always that risk.  That outside of those
03:18:10   7   locations it was not circulating rapidly in
03:18:14   8   places like Austin or Dallas unless there was
03:18:20   9   travel back and forth.
03:18:27  10     Q.  I mean, you would agree generally that
03:18:28  11   not everybody in the U.S. who had COVID-19 during
03:18:34  12   March 2020 and before actually got a COVID-19
03:18:37  13   test, correct?
03:18:42  14     A.  We know that there may have been an
03:18:45  15   undercounting of the number of cases that were
03:18:48  16   circulating in the population because of the
03:18:52  17   criteria that was used to test people and it was
03:18:57  18   that travel-related criteria.  We probably missed
03:19:00  19   household transmission, and in fact, that's one
03:19:02  20   of the retrospective things that CDC has come
03:19:05  21   back and said, hey, we missed some household
03:19:07  22   transmission cases here.  And we know that there
03:19:14  23   were probably some underrepresentation of cases,
03:19:17  24   as I said, in these large areas.  We know we're
03:19:20  25   having an influx of cases related to travel.
```

Page 142

```
03:19:30   1     Q.  Let's go back to your report, which we
03:19:35   2   marked as Exhibit 6.  And if we could take a look
03:20:02   3   at paragraph 12.
03:20:08   4     A.  Paragraph 12.  Sorry.
03:20:26   5     Q.  In the first sentence of paragraph 12 you
03:20:31   6   write, "There are an estimated 1 times 10 to the
03:20:35   7   31 viruses in the world," correct?
03:20:39   8     A.  That's correct.
03:20:40   9     Q.  And what point were you trying to convey
03:20:43  10   by including that information?
03:20:47  11     A.  What I'm trying to include in this is
03:20:51  12   that the universe of viruses is quite large.  We
03:20:56  13   know that they're ubiquitous in the environments
03:20:59  14   where people are, and we know that there are --
03:21:04  15   they're circulating at an endemic level, which
03:21:08  16   means it's low-level throughout those
03:21:11  17   populations, and it's important that we recognize
03:21:14  18   that.
           19        (Exhibit 13, Chemical Engineering Journal
           20        article, "Make it clean, make it safe:  A
           21        review on virus elimination via adsorption,"
           22        marked for identification.)
03:22:29  23     Q.  So Exhibit 13 is an article from Chemical
03:22:33  24   Engineering Journal from 2021 called "Make it
03:22:39  25   clean, make it safe:  A review on virus
```

Page 143

```
03:22:42   1   elimination via adsorption."
03:22:44   2        And I'll represent that this was an
03:22:46   3   article that was cited by Dr. Sauer-Budge in her
03:22:51   4   report.
03:22:52   5        Have you seen this article before?
03:22:56   6     A.  I saw it in 2021, and I have not reviewed
03:22:58   7   it since then, and so I probably need 15 to
03:23:01   8   20 minutes to review this.
03:23:02   9     Q.  Okay.  All right.  Let me see if I can
03:23:07  10   short circuit something.  Well, in the
03:23:18  11   introduction it says, "Viruses are ubiquitous in
03:23:23  12   nature and consequently their interactions with
03:23:26  13   superior organisms and human beings are
03:23:28  14   constant."
03:23:30  15        That's basically what you just testified
03:23:32  16   to, correct?
03:23:33  17     A.  That they're everywhere.
03:23:34  18     Q.  Okay.  And so you would expect there to
03:23:38  19   be viruss in this room right now, wouldn't you?
03:23:43  20     A.  I would expect that, and I think we want
03:23:45  21   to be really careful when we talk about viruses,
03:23:48  22   whether we're talking about intact virus or we're
03:23:50  23   talking about viral fragments.  I would expect in
03:23:53  24   this room to find all sorts of viral fragments
03:23:57  25   because we've all been -- we went out to lunch,
```

Page 144

```
03:23:59   1   we came back in, we were in places where we may
03:24:02   2   have had exposure to people who had other
03:24:05   3   viruses.  It sticks on our clothing.  It comes in
03:24:09   4   as a viral fragment.
03:24:11   5        So I think we want to be clear about
03:24:12   6   intact virus versus viral fragments, and we're
03:24:15   7   going to find viral fragments everywhere because
03:24:17   8   viruses on a whole are ubiquitous.
03:24:27   9     Q.  Okay.  And would you think that you would
03:24:28  10   more likely find intact virus in this room of one
03:24:33  11   type or another?
03:24:37  12     A.  So I'm not going to ask personal
03:24:40  13   questions of people, but, you know, if we were
03:24:42  14   talking about something like hepatitis B, if
03:24:46  15   somebody is hepatitis B positive and they're
03:24:48  16   shedding the virus, it's going to stick around on
03:24:51  17   surfaces a lot longer than something like HIV.
03:24:54  18   And that's why in the early days before we could
03:25:00  19   really test for HIV, we were actually testing for
03:25:02  20   Hep B and using it as a surrogate marker because
03:25:05  21   people at the time were typically coinfected.
03:25:09  22        Now we have a marker for HIV, but we
03:25:12  23   still know that it's -- that hepatitis B sticks
03:25:14  24   around for a lot longer.  Hepatitis A is one that
03:25:18  25   we know is everywhere and it sticks around and
```

36 (Pages 141 to 144)

## Page 153

```
03:37:59   1    Q.  All right.
03:37:59   2    A.  But they stamped it as 2022.
03:38:03   3    Q.  And in the fall of 2021, when it was
03:38:07   4   published, did you believe that the information
03:38:10   5   in here was accurate?
03:38:14   6    A.  Yes.  And you can see even if you go to
03:38:16   7   Disinfectants For SARS Covariant-2 paragraph, you
03:38:20   8   can see when we wrote it versus when it actually
03:38:22   9   got stamped with a date, because this was as of
03:38:25  10   June 2nd, 2021.
03:38:27  11    Q.  Okay.  And as of that time, you believed
03:38:31  12   that the information in here was accurate?
03:38:33  13    A.  It was based on what we knew at the time,
03:38:40  14   and we knew that -- and this was sort of
03:38:48  15   information that we knew.  This was also based
03:38:50  16   sort of on what CDC was putting out in that 2021
03:38:54  17   time frame.
03:38:57  18    Q.  Okay.  Have you considered whether there
03:39:02  19   should be any update to this?
03:39:11  20    A.  I mean, here's the thing, CDC -- and I
03:39:17  21   agree as an epidemiologist on one of the points
03:39:20  22   that CDC is making and they made this even in
03:39:23  23   April of 2021, if I immediately sneeze or cough
03:39:27  24   on a surface and immediately someone touches
03:39:30  25   their hand to it and then touches their eyes,
```

## Page 154

```
03:39:32   1   mouth or nose, are they more likely to probably
03:39:35   2   get the virus that way?  We don't know.  But it's
03:39:37   3   more likely to happen than come back 15 minutes
03:39:40   4   later and do it.
03:39:42   5        So the information in here is still very
03:39:46   6   valid, and we know that this issue of good
03:39:55   7   hygiene prevented some really bad flu seasons,
03:39:57   8   too, so we're going to encourage people to
03:39:59   9   continue to do that.
03:40:01  10        What the purpose of this paper was really
03:40:03  11   to talk about one thing that's been overlooked in
03:40:10  12   this, is the toxicity of the cleaners that we're
03:40:12  13   using to clean for the virus or disinfect from
03:40:14  14   the virus and what they have on the population of
03:40:16  15   people who are using them.
          16        (Exhibit 15, Scientific Brief:  SARS-CoV-2
          17        Transmission, marked for identification.)
03:41:30  18    Q.  Do you recognize Exhibit 15, which is
03:41:36  19   published by the CDC titled "Scientific Brief:
03:41:40  20   SARS-CoV-2 Transmission," updated May 7th, 2021?
03:41:45  21   And I believe this is in your report at footnote
03:41:49  22   38.
03:41:50  23    A.  It is.  And the companion to this one,
03:41:52  24   just for clarification, is you really need to
03:41:55  25   look at the April 2021, one specific on fomite
```

## Page 155

```
03:41:59   1   and this one and put them together because this
03:42:02   2   one keeps referring back to that one.
03:42:05   3    Q.  All right.  Why don't we look at that
03:42:21   4   one, too.
           5        (Exhibit 16, Science Brief:  SARS-CoV-2
03:42:24   6        and Surface (Fomite) Transmission for Indoor
03:42:27   7        Community Environments, marked for
03:42:30   8        identification.)
03:42:30   9    Q.  And so Exhibit 16 is from the CDC, also
03:42:35  10   titled "Science Brief:  SARS-CoV-2 and Surface
03:42:39  11   (Fomite) Transmission for Indoor Community
03:42:41  12   Environments," updated April 5th, 2021.
03:42:45  13   Is that the one that you just referenced?
03:42:47  14    A.  Yes.  And they have not updated it since
03:42:49  15   then because this is still pretty much the same
03:42:52  16   current science as what we have now.  And if you
03:42:56  17   look at the May one, you have to go back to this
03:42:58  18   one because they refer back to it a couple of
03:43:00  19   times.
03:43:00  20    Q.  All right.  And so if you look at
03:43:18  21   Exhibit 15, this is from the May 2021 document,
03:43:27  22   there's a section in the middle of the page,
03:43:30  23   "Transmission of SARS-CoV-2 From Inhalation of
03:43:33  24   Virus in the Air Farther Than 6 Feet From an
03:43:36  25   Infectious Source Can Occur."
```

## Page 156

```
03:43:38   1        Do you see that?
03:43:39   2    A.  I do.
03:43:42   3    Q.  Okay.  And at the bottom of that
03:43:47   4   paragraph, the first full paragraph there it
03:43:49   5   says, "Per published reports, factors that
03:43:52   6   increase the risk of SARS-CoV-2 infection under
03:43:55   7   these circumstances include:  (1) enclosed spaces
03:44:00   8   with inadequate ventilation or air handling,"
03:44:04   9   next, "Increased exhalation of respiratory fluids
03:44:10  10   if the infectious person is engaged in physical
03:44:14  11   exertion or raises their voice, e.g., exercising,
03:44:18  12   shouting and singing," and the next one is
03:44:22  13   "Prolonged exposure to these conditions,
03:44:24  14   typically more than 15 minutes."
03:44:26  15        Do you see all of that?
03:44:28  16    A.  I do.
03:44:31  17    Q.  And as you just stated, that this has not
03:44:33  18   been updated by the CDC since May of 2021?
03:44:38  19    A.  No.  Because we're finding the same
03:44:40  20   information.  I mean, the risk of fomite
03:44:42  21   transmission is about 1 in 10,000, which is in
03:44:44  22   the April guidance.  We knew that there's a
03:44:50  23   couple of different studies that went into this
03:44:54  24   transmission of SARS covariant-2 from inhalation
03:44:56  25   of virus in the air farther than 6 feet from an
```

39 (Pages 153 to 156)

Exhibit 42 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment
Page 818 of 1418

## Page 157

```
03:44:59   1    infectious source can occur.
03:45:01   2         I've already just talked about physical
03:45:03   3    exertion with that heavier breathing, singing.
03:45:07   4    We have one where in another case in Asia where
03:45:11   5    people were shouting at each other with no
03:45:13   6    ventilation in the room and they found that SARS
03:45:17   7    was forced that way.
03:45:18   8         But I think when we think -- and that
03:45:21   9    prolonged exposure information is coming from the
03:45:27  10    studies that were done and then prison guards and
03:45:30  11    prison transport of prisoners versus guard and
03:45:34  12    who had on a mask, who didn't have on a mask, and
03:45:37  13    how long they were in close contact with each
03:45:39  14    other.
03:45:40  15         But I think if we're talking about it, we
03:45:42  16    really have to go into that next paragraph that
03:45:44  17    says that we can prevent it if you wear good
03:45:48  18    barriers, like a face mask.
03:45:50  19    Q.   Right.
03:45:58  20         And the one from April, Exhibit 16,
03:46:05  21    that's also cited in your report?
03:46:08  22    A.   Yes, that's correct.
03:46:08  23    Q.   All right.  And if we go back to your
03:46:22  24    report, which was Exhibit 6, and we go to I think
03:46:30  25    it's paragraph 18 --
```

## Page 158

```
03:46:31   1    A.   Okay.
03:46:45   2    Q.   -- that's where you cite these two CDC
03:46:49   3    documents, correct?
03:46:50   4    A.   That's correct.
03:46:51   5    Q.   All right.  If we look at paragraph 19 --
03:48:30   6    A.   Yes.
03:48:31   7    Q.   -- you talk there about people who are
03:48:36   8    infected with SARS-CoV-2 being asymptomatic,
03:48:42   9    presymptomatic, or have mild symptoms of
03:48:45  10    COVID-19.  And what was your thinking in terms of
03:48:51  11    talking about that issue?
03:48:55  12    A.   So one of the things that there's a bit
03:48:57  13    of -- it wasn't misinformation, it was what was
03:49:02  14    known at the time based on two studies that
03:49:04  15    weren't that well designed were pinning the rates
03:49:08  16    of asymptomatic at 80 percent.  We really think
03:49:12  17    that that rate is closer to 15 percent and it's
03:49:15  18    not just asymptomatic alone.
03:49:17  19         It's asymptomatic plus presymptomatic
03:49:21  20    people or somebody who, like my husband when he
03:49:24  21    got COVID for the first couple days, I just -- I
03:49:28  22    think I'm getting a sinus infection and didn't do
03:49:30  23    anything about it to test for three days and then
03:49:32  24    he finally tested -- then he decides to test and,
03:49:35  25    of course, you know, it's two lines and he's
```

## Page 159

```
03:49:37   1    really positive.
03:49:39   2         So my point of saying this is, look, we
03:49:43   3    know on the regular community, not in a nursing
03:49:46   4    home, that it's about 15 percent of the
03:49:48   5    population is either asymptomatic,
03:49:50   6    presymptomatic, or showing very mild symptoms.
03:49:54   7    Q.   Okay.
03:49:54   8    A.   And I think that's an important point
03:49:55   9    when were talking about surveillance.
03:49:59  10    Q.   So during that period of time, and
03:50:01  11    apologies to your husband, that he thought he
03:50:06  12    might have had a sinus infection, if he had gone
03:50:09  13    out and gone to the store or gone to the gym or
03:50:14  14    been around other people, he could have infected
03:50:18  15    those people, correct?
03:50:22  16    A.   So I made him e-mail his entire council
03:50:26  17    that he met with for his school during that time
03:50:29  18    and say, hey, I tested positive for COVID.
03:50:32  19    Nobody else got it.  It was everybody's
03:50:34  20    vaccinated, so there were mitigation strategies.
03:50:37  21    They all work for a university.  They all were
03:50:39  22    being very careful about what they did.
03:50:41  23         But I think in the early days we still
03:50:44  24    knew that you could have had these lower, smaller
03:50:47  25    symptoms, you could have had that, but we had
```

## Page 160

```
03:50:51   1    effective strategies even dealing with it.  Now
03:50:53   2    we're more relaxed than we were in 2020.
03:50:55   3    Q.   Right.
03:50:55   4         But you were concerned enough about the
03:51:01   5    possibility that he could have spread it that you
03:51:03   6    did -- you made that contact.
03:51:07   7    A.   Well, because it was three months ago, we
03:51:09   8    have no mask mandate, he stopped wearing a mask,
03:51:12   9    they're all meeting together and they're in an
03:51:13  10    enclosed space --
03:51:14  11    Q.   Right.
03:51:15  12    A.   -- and there's 15 of them sitting around
03:51:17  13    a table, so of course I made him do it.
03:51:19  14    Q.   Yeah.  And early -- if it had been early
03:51:24  15    March of 2020 and let's say he was in California
03:51:28  16    and he had gone to the same meeting with no mask
03:51:34  17    wearing, that also would have been a potential
03:51:37  18    exposure route, wouldn't it?
03:51:40  19    A.   It could have been a potential exposure
03:51:43  20    route, but depending on what time in March, he
03:51:46  21    would have made the individual decision to wear a
03:51:51  22    mask or distance himself even from any of those
03:51:55  23    large groups.  He shouldn't live with me because
03:51:58  24    I make him do all this stuff.
03:52:00  25    Q.   Right.
```

```
                                                    Page 165                                                   Page 166
03:58:44   1   South Korea, which were different than they were    04:00:03   1   So we put this into that body of
03:58:46   2   here.                                               04:00:07   2   literature that said that we probably had a very
03:58:47   3        Q.  Okay.  But at the very least, as of that   04:00:11   3   high asymptomatic rate.  We now know that wasn't
03:58:56   4   spring 2020, early summer 2020 time period, this    04:00:13   4   true, but we were really worried about it in May.
03:59:05   5   reflects thinking in the scientific community       04:00:23   5        Q.  And that worry about it in May is
03:59:09   6   regarding the role of younger people in spreading   04:00:35   6   reflected in the PowerPoint that you presented in
03:59:12   7   the virus even though maybe that later on the       04:00:39   7   around that time period, correct?
03:59:17   8   information on that or data on that may have        04:00:41   8        A.  I'll be honest, I was terrified.  We had
03:59:20   9   changed; is that a fair statement?                  04:00:44   9   a -- I had a workforce that I was worried about,
03:59:21  10        MS. MANZO:  Objection to form.                 04:00:46  10   and I had all these clients that were depending
03:59:23  11        A.  I think it's really hard to take one       04:00:48  11   on me not to screw it up and bring COVID to their
03:59:25  12   article and say that that's kind of the body of     04:00:50  12   places.  I probably slept less in the first parts
03:59:27  13   literature that's out there on it, and there had    04:00:55  13   of COVID than I did when I was working at CDC or
03:59:29  14   been a couple.  But those studies were really      04:00:58  14   having small children.
03:59:34  15   done more in Asia than they are in the U.S., and    04:00:59  15        Q.  And then going back to your report,
03:59:37  16   it's very hard, other than to understand kind of    04:01:05  16   Exhibit 6, in paragraph 20 you talk about the
03:59:40  17   disease morphology and those pieces to it, that     04:01:12  17   American society of heating, refrigeration, and
03:59:46  18   what you see in Asia is going to hold true in the   04:01:15  18   air conditioning, that's ASHRAE, correct?
03:59:49  19   U.S.                                                           19        A.  (Nodding head up and down.)
03:59:49  20        And there's a couple of reasons for that.     04:01:20  20        Q.  And you talk about their guidelines to
03:59:51  21   One is they used a totally different test than we   04:01:27  21   reduce airborne infectious aerosol exposures.
03:59:53  22   used.  They weren't using the same PCR testing      04:01:31  22   What was the purpose that you wanted -- well,
03:59:55  23   that we were.  We don't know how good their         04:01:35  23   what was your purpose for citing to that in your
03:59:59  24   primer is.  We don't know how effective their       04:01:37  24   report?
04:00:00  25   test was in picking up those cases.                 04:01:39  25        A.  Because we know that ASHRAE had really

                                                    Page 167                                                   Page 168
04:01:44   1   good data out there early on, on things that you    04:03:43   1   pandemic those materials were made available?
04:01:49   2   could do to potentially reduce the spread in your   04:03:46   2        A.  March and April.
04:01:51   3   business or your operations by increasing your      04:03:47   3        Q.  Okay.
04:01:56   4   air filtration systems and also by your air         04:03:47   4        A.  They had put out a very large packet of
04:01:59   5   exchange rates.                                     04:03:50   5   information early on.  And we were referring our
04:02:02   6        And they also had some decent guidance on      04:03:53   6   clients to it.
04:02:04   7   how to put up barriers and where you should put     04:03:54   7        Q.  Okay.  Great.
04:02:06   8   those barriers up so that you're not making         04:04:00   8        A.  And it was a really nice packet, too.  It
04:02:09   9   things worse.                                       04:04:02   9   had all the technical reasoning behind it.
          10        (Exhibit 18, ASHRAE Epidemic Task Force,      04:04:26  10        Q.  In paragraph 21, which talks about
          11   Core Recommendations for Reducing Airborne          04:04:34  11   fomites, you have a sentence that says, "To date,
          12   Infectious Aerosol Exposure, marked for             04:04:38  12   there are no known confirmed cases of fomite
          13   identification.)                                    04:04:41  13   transmission of the SARS-CoV-2 virus."
04:02:23  14        Q.  So Exhibit 18 is titled "ASHRAE Epidemic   04:04:48  14        How would a case of fomite transmission
04:03:04  15   Task Force, Core Recommendations for Reducing      04:04:50  15   of the virus be confirmed --
04:03:09  16   Airborne Infectious Aerosol Exposure."              04:04:53  16        MR. WEISS:  Well, strike that.
04:03:12  17        And I guess my first question is, is           04:04:58  17        Q.  How could you even tell whether somebody
04:03:15  18   this -- are these the guidelines that you're        04:05:00  18   got COVID from fomites versus some other way?
04:03:17  19   referring to in your report?                        04:05:04  19        A.  It tends to be a process of elimination.
04:03:20  20        A.  These are part of them.  And early in the  04:05:07  20   I mean, I use SARS covarient-1 as the example of
04:03:23  21   pandemic they had a very large packet you could     04:05:12  21   this.  There is one study, it's either Singapore
04:03:26  22   download from their website that had more           04:05:17  22   or Hong Kong and I'm pretty sure it was Hong
04:03:31  23   guidance than this.  This was sort of the take      04:05:18  23   Kong, that was done in an apartment complex, and
04:03:34  24   away guidance from it.  But...                      04:05:23  24   the only thing that we could identify that these
04:03:36  25        Q.  Okay.  Do you recall at what point in the  04:05:27  25   two individuals had in common was the elevator
```

42 (Pages 165 to 168)

Exhibit 42 to Plaintiff's Appendix of Evidence                                 Page 820 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

Page 177

```
04:17:02   1    Q.  No, you should.  They're interesting.
04:17:05   2        If we could go back to your report in
04:17:10   3    paragraph 36.
04:17:13   4    A.  Okay.
04:17:14   5    Q.  And let me go to where I wanted to go to.
04:17:25   6    You wrote, "Dr. Carnethon argues that testing
04:17:29   7    underrepresented the number of true cases of
04:17:32   8    COVID-19 in the population in March and April of
04:17:36   9    2020 and asserts that cases were widespread and
04:17:38   10   could not be counted due to the lack of readily
04:17:41   11   available tests.  CDC in May of 2020 conducted an
04:17:47   12   analysis of why the spread occurred quickly in
04:17:49   13   March and April of 2020 and did not determine
04:17:52   14   that the lack of testing was a factor in how
04:17:56   15   cases were counted and spread."
04:17:59   16       Did I read that correctly?
04:18:01   17   A.  You did.
04:18:01   18   Q.  All right.  So let's look at 31.
           19       (Exhibit 19, "Public Health Response to
           20       the Initiation and Spread of Pandemic COVID-19
           21       in the United States, February 24 - April 21,
           22       2020, marked for identification.)
04:18:17   23   Q.  Is this the article that you cited in
04:18:34   24   your report for the proposition that the CDC
04:18:39   25   conducted an analysis and did not determine that
```

Page 178

```
04:18:44   1    the lack of testing was a factor?  I think it's
04:18:46   2    in footnote 70 of your --
04:18:48   3    A.  Yes.
04:18:49   4    Q.  Okay.  At the bottom of the first column
04:18:55   5    of page 1 of the exhibit it says, "Factors that
04:19:00   6    contributed to the acceleration of dissemination
04:19:04   7    in March included," and number 4 is, "Challenges
04:19:10   8    in virus detection, including limited testing,
04:19:14   9    emergence during the peak months of influenza
04:19:17   10   circulation and influenza and pneumonia
04:19:19   11   hospitalizations and other cryptic transmission,
04:19:23   12   including from persons who are asymptomatic or
04:19:26   13   presymptomatic."
04:19:29   14   A.  Yes.
04:19:29   15   Q.  So doesn't that say that the CDC was
04:19:34   16   including challenges in testing and limited
04:19:38   17   testing as a factor in the spread of the virus?
04:19:41   18   A.  So one of the things they're really
04:19:42   19   focusing on, and if you go back and read through
04:19:45   20   this, is really this issue of cryptic cases.  So
04:19:49   21   there were -- and I've not said there's not been
04:19:53   22   isolated cases of limited testing.  There are.
04:19:58   23   But we can't take that and apply it globally to
04:20:00   24   the entire population that was here.
04:20:03   25       And, you know, I think if you go in and
```

Page 179

```
04:20:09   1    read the little discussion and all the rest of
04:20:12   2    the pieces of this, I'm still saying the same
04:20:16   3    thing they are saying here with the cryptic
04:20:19   4    testing, so...
04:20:20   5        And I even go on to say, you know, "while
04:20:27   6    testing in some locations may have been an issue,
04:20:30   7    many state and local health departments recognize
04:20:32   8    the same issues documented by CDC in their
04:20:34   9    retrospective article and took steps to reduce
04:20:37   10   spread through stay-at-home orders and
04:20:40   11   surveillance with robust contact tracing to
04:20:42   12   reduce spread to compensate for the lack of
04:20:44   13   readily available tests."
04:20:48   14   Q.  What is cryptic transmission?
04:20:51   15   A.  Unrecognized transmission.  We don't know
04:20:53   16   how it's happening.  And where -- where we have
04:20:57   17   these little clusters of cases and we don't quite
04:21:00   18   understand it.
04:21:02   19   Q.  So they may not be tied to somebody who
04:21:03   20   traveled to China, for example, or...
04:21:07   21   A.  Not necessarily.  Or here's a good
04:21:09   22   example.  You come in, you're doctor tests you
04:21:12   23   only for influenza.  That we know now and after
04:21:17   24   the 2021 flu season, we now know to test
04:21:21   25   everybody who comes in for both flu and COVID
```

Page 180

```
04:21:24   1    because what we're doing is just saying, oh, it's
04:21:26   2    only influenza and sending you home when you
04:21:28   3    could have had both influenza and COVID.
04:21:35   4        The other big issue that we were having
04:21:39   5    at that time, you have to remember, is RSV, and
04:21:46   6    RSV was running rampant as far as 2020 and it
04:21:51   7    still is such a big deal today.
04:21:54   8    Q.  Looking back at Exhibit 19 in the first
04:21:58   9    paragraph, at the end it says -- or towards the
04:22:05   10   end it says, "By mid March transmission of
04:22:09   11   SARS-CoV-2, the virus that causes COVID-19, had
04:22:12   12   accelerated with rapidly increasing case counts
04:22:16   13   indicating established transmission in the United
04:22:18   14   States.  Ongoing traveler importation of
04:22:23   15   SARS-CoV-2 attendance at professional and social
04:22:27   16   events, introduction into facilities or settings
04:22:31   17   prone to amplification, and challenges in virus
04:22:34   18   detection all contributed to rapid acceleration
04:22:37   19   of transmission during March."
04:22:39   20       Do you see that?
04:22:41   21   A.  I do.
04:22:41   22   Q.  And you don't disagree with that
04:22:44   23   statement, do you?
04:22:45   24   A.  No.  And I haven't disagreed with it in
04:22:46   25   the report.
```

45 (Pages 177 to 180)

```
                                                            Page 181
04:22:47   1       Q.  All right.
04:23:22   2       MR. WEISS:  I think I'm done with my
04:23:24   3   questions.  So thank you so much for your time.
04:23:27   4   Hopefully I didn't mess you up by not taking a
04:23:30   5   flight tomorrow, but...
04:23:32   6       THE WITNESS:  You have not, and thank you
04:23:33   7   for being kind because the last depo I had last
04:23:37   8   week, I really had somebody screaming in my face.
04:23:40   9   So thank you.
04:23:41  10       MR. WEISS:  Oh, I hope that's on the
04:23:43  11   record.
04:23:45  12       Deanna, do you have follow-up or anybody
04:23:46  13   else?
04:23:48  14       MS. MANZO:  I do not have any follow-up.
04:23:50  15       MR. WEISS:  Anybody on Zoom?  No.
04:23:54  16   Hearing no objections, I think we're -- we can
04:23:57  17   conclude.
04:23:59  18       THE VIDEOGRAPHER:  Okay.  The time is now
04:24:02  19   3:56.  We are off the record.
          20       (Whereupon, this deposition concluded at
          21   3:56 p.m.)
```

Page 182

```
 1                  CERTIFICATE
 2   Commonwealth of Massachusetts
 3   Suffolk, ss.
 4       I, Dana Welch, Registered Professional
 5   Reporter, Certified Realtime Reporter, do hereby
 6   certify that ALLISON STOCK, Ph.D., the witness
 7   whose deposition is hereinbefore set forth, was
 8   duly sworn by me before the commencement of
 9   such deposition, and that such deposition was taken
10   before me and is a true record of the testimony
11   given by such witness.
12       I further certify that the adverse party was
13   represented by counsel at the deposition.  I
14   further certify that I have no disqualifying
15   interests, personal or financial, in any party in
16   this action.
17       I further certify that the deposition of
18   ALLISON STOCK, Ph.D., occurred IN PERSON on AUGUST
19   22, 2023 in BOSTON, MASSACHUSETTS, commencing at
20   10:04 a.m. and concluding at 3:56 p.m.
23       _____
     Dana Welch, CSR, RPR, CRR
24   Notary Public
     My Commission Expires:
25   September 13, 2024
```

Page 183

```
 1            DEPOSITION ERRATA SHEET
 2   Assignment No. J10132723
 3   Case Caption:  24 Hour Fitness v. Continental
 4   Casualty, et al.
 6       DECLARATION UNDER PENALTY OF PERJURY
 7       I, ALLISON STOCK, Ph.D., declare under
 8   penalty of perjury that I have read the entire
 9   transcript of my deposition taken in the
10   captioned matter or the same has been read to me,
11   and the same i true and accurate, save and except
12   for changes and/or corrections, if any, as
13   indicated by me on the DEPOSITION ERRATA SHEET
14   hereof, with the understanding that I offer these
15   changes as if still under oath.
16       Signed on the ____ day of
17   _____, 2023.
19       _____
20   ALLISON STOCK, Ph.D.
```

Page 184

```
 1              ERRATA SHEET
 2   Page _____ Line _____ Change to _____
 3   _____
 4   Reason for change: _____
 5   Page _____ Line _____ Change to _____
 6   _____
 7   Reason for change: _____
 8   Page _____ Line _____ Change to _____
 9   _____
10   Reason for change: _____
11   Page _____ Line _____ Change to _____
12   _____
13   Reason for change: _____
14   Page _____ Line _____ Change to _____
15   _____
16   Reason for change: _____
17   Page _____ Line _____ Change to _____
18   _____
19   Reason for change: _____
20   Page _____ Line _____ Change to _____
21   _____
22   Reason for change: _____
24   SIGNATURE: _____ DATE: _____
```

46 (Pages 181 to 184)

Exhibit 42 to Plaintiff's Appendix of Evidence
in support of Plaintiff's Motion for Partial Summary Judgment
Page 822 of 1418