# EXHIBIT 62

**24 HOUR FITNESS WORLDWIDE INC. v. CONTINENTAL CASUALTY COMPANY et al.**

**United States Bankruptcy Court**
**District of Delaware**
**Case No. 20-11568 (KBO)**
**Adv. Pro. No. 20-51051 (KBO)**

# Expert Report

**Of**

# Mercedes R. Carnethon, Ph.D.

**October 21, 2022**

Prepared By

_(signature)_

Mercedes R. Carnethon, Ph.D.

**Table of Contents**

**Page**

I      Introduction ............................................................................................................... 1

II     Credentials and Professional Background ............................................................... 1

III    Assignment, Materials Considered, and Methodology ........................................... 2

IV    Summary of Opinions ............................................................................................... 3

V      Statement of Opinions ............................................................................................... 5

    A.  Severe Acute Respiratory Syndrome Coronavirus-19 (SARS-CoV-2) ................................ 5

    B.  Introduction of SARS-CoV-2 to Humans ........................................................................ 6

    C.  Mitigation Strategies for SARS-CoV-2 ........................................................................... 8

    D.  SARS-CoV-2 Detection .................................................................................................. 12

    E.  Prevalence of SARS-CoV-2 in the United States in 2020 ............................................... 14

    F.  24HF's Operations and Insurance Claim ........................................................................ 16

VI    Summary Conclusions ............................................................................................... 19

**List of Exhibits**

Exhibit A: Curriculum Vitae for Mercedes R. Carnethon, Ph.D.

Exhibit B: List of Materials Considered

# I   Introduction

I submit this Report in support of 24 Hour Fitness Worldwide Inc.'s ("24HF") adversarial proceeding in the United States Bankruptcy Court for the District of Delaware styled as *24 Hour Fitness Worldwide Inc. v. Continental Casualty Company et al.*, Case No. 20-11568 (KBO), Adv. Pro. No. 20-51051 (KBO).

# II   Credentials and Professional Background

I am an epidemiologist, Professor and Vice Chair of the Department of Preventive Medicine, and Professor of Medicine in Pulmonary and Critical Care at the Northwestern University Feinberg School of Medicine.  I have been a faculty member for 20 years after earning an A.B. in Human Biology with Honors from Stanford University, Master's and Doctoral Degrees in Epidemiology from the University of North Carolina at Chapel Hill, and postdoctoral training in cardiovascular disease epidemiology from the Stanford University School of Medicine.  I have received funding for my research continuously by the National Institutes of Health as a Principal Investigator or Co-Investigator since 2003.  Findings from my research have appeared in 315 original research articles, 20 commentaries and editorials, 15 scientific statements, and 3 published books.

My research typically focuses on the distribution and determinants of the leading causes of death in the United States and globally, including cardiovascular disease and lung disease.  In October 2021, the National Heart, Lung, and Blood Institute Board of Scientific Counselors (NHLBI) appointed me to advise the Institute on research priorities and initiatives.  I also serve as a Special Government Employee, a position awarded only to those with a substantial and sustained contribution to the field and required approval and appointment by a White House special committee.  Additionally, the NHLBI solicits my expert opinion on a triannual basis to discuss the portfolio of research studies targeted for potential funding by the Institute.

Since the onset of the COVID-19 pandemic in 2020, I have contributed my expertise in research methodology and behavioral medicine to identifying populations at the greatest risk for severe COVID-19 infections.  I have discussed the effectiveness and application of disease mitigation strategies with workplaces, schools, churches, and the like.  I have also published scientific articles about antibody-determined prevalence of SARS-CoV-2 among healthcare workers,[1] viral load dynamics in mild to moderate infections,[2] behavioral responses to the pandemic,[3] and

---

[1] Wilkins JT, Gray EL, Wallia A, Hirschhorn LR, Zembower TR, Ho J, Kalume N, Agbo O, Zhu A, Rasmussen-Torvik LJ, Khan SS, Carnethon M, Huffman M, Evans CT. Seroprevalence and Correlates of SARS-CoV-2 Antibodies in Health Care Workers in Chicago. *Open Forum Infect Dis.* Jan 2021;8(1); and Wilkins JT, Hirschhorn LR, Gray EL, Wallia A, Carnethon M, Zembower TR, Ho J, DeYoung BJ, Zhu A, Torvik LJR, Taiwo B, Evans CT. Serologic Status and SARS CoV-2 Infection over 6-Months of Follow-Up in Healthcare Workers in Chicago: A Cohort Study. *Infect Control Hosp Epidemiol.* Aug 9 2021:1-29.
[2] Caplan A, Bates KW, Brioni C, Santos A, Sabatini LM, Kaul KL, Carnethon MR, Khandekar JD, Greenland P. Clinical characteristics and viral load dynamics of COVID-19 in a mildly or moderately symptomatic outpatient sample. *PLoS One.* 2021;16(10).
[3] Lin AW, Granata FA, Trippel AK, Tello L, Stump TK, Wong M, Carnethon MR, Kershaw KN, Makelarski J, Weller D. Food Handling Concerns and Practices at Home during the COVID-19 Pandemic by Food Security Status. *J Food Prot.* Mar 1 2022;85(3):518-526.

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1113 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

vaccine intentions among healthcare workers.[4]  Relatedly, I received financial support from the American Lung Association to determine the antibody prevalence of SARS-CoV-2 infection in a cohort of 4,000 young adults (ages 25-35).[5]

I have additionally contributed to public health messaging around the pandemic, appearing regularly on cable news (e.g., MSNBC), network television (e.g., ABC World News Tonight, PBS NewsHour, and Good Morning America) and radio (e.g., Bloomberg TV/radio and National Public Radio) in the United States and Canada (e.g., NewsNow) to interpret scientific concepts related to the COVID-19 pandemic.  I also provided testimony on COVID-19 disparities among older adults to the U.S. Senate Special Committee on Aging on July 21, 2020,[6] and was an invited speaker to the National Disability Forum Conference for the Social Security Administration on November 18, 2020.[7]  I have also been an invited speaker at numerous scientific conferences including the American Heart Association, Society for Behavioral Medicine, the National Institutes of Health, and the Society for Epidemiologic Research to discuss the impact of the COVID-19 pandemic on various population subgroups.  I have not previously served as an expert witness in any court proceeding.

For further information concerning my qualifications and credentials, please consult my curriculum vitae, which is attached to this Report as **Exhibit A**.  For my work in this case, I am being compensated at a rate of $250 per hour.  My compensation is not contingent on the outcome of this litigation.

## III Assignment, Materials Considered, and Methodology

As an epidemiologist, my studies focus on the distribution and causes of health events, including the prevalence of communicable diseases in particular populations.  To that end, counsel for 24HF requested that I provide expert opinion testimony in this case to assist the trier of fact in, among other things:  (1) evaluating and understanding the nature of SARS-CoV-2 (the virus that causes COVID-19) and COVID-19; (2) evaluating and understanding how SARS-CoV-2 and the COVID-19 disease are detected, spread, and transmitted; (3) evaluating 24HF's conclusion that, based on the prevalence of COVID-19 in the United States, and in the communities where 24HF operates, and the nature of 24HF's operations, COVID-19 was actually present and spreading at all of 24HF's locations in the winter and spring of 2020; and (4) considering whether it was reasonable and necessary for 24HF to close its club locations due to these circumstances.

---

[4] Evans CT, DeYoung BJ, Gray EL, Wallia A, Ho J, Carnethon M, Zembower TR, Hirschhorn LR, Wilkins JT. Coronavirus disease 2019 (COVID-19) vaccine intentions and uptake in a tertiary-care healthcare system: A longitudinal study. *Infect Control Hosp Epidemiol*. Dec 27 2021:1-7.

[5] Reyfman PA, Sugar E, Hazucha H, Hixon J, Reynolds C, Bose S, Dransfield MT, Han MK, Estepar RSJ, Rice MB, Washko GR, Carnethon M, Kalhan R, American Lung Association Airways Clinical Research N, American Lung Association Airway's Clinical Research N. Study protocol for a national cohort of adults focused on respiratory health: the American Lung Association Lung Health Cohort (ALA-LHC) Study. *BMJ Open*. Jul 5 2021;11(7):e053342.

[6] The COVID-19 Pandemic and Seniors: A Look at Racial Disparities: https://www.aging.senate.gov/hearings/the-covid-19-pandemic-and-seniors-a-look-at-racial-health-disparities.  Accessed June 22, 2022. Testimony: Washington, DC.

[7] Social Security Administration.  Nov 18, 2020 COVID-19 and SSA Programs:  Long-Term Health Effects (National Disability Forum: Social Security Administration).  https://www.ssa.gov/ndf/ndf_outreach.htm?tl=4.

2

To evaluate these questions, practitioners in the field, like myself, utilize an accepted taxonomy to draw conclusions about causality.[8] The causality methodology epidemiologists use considers: (1) strength of effect; (2) consistency of findings observed across unique settings; (3) specificity—no other likely explanation; (4) temporality—the cause happens before the effect in time; (5) biological gradient—greater exposure should lead to greater incidence; (6) plausibility—a biologically plausible mechanism of association; (7) coherence between epidemiological observation and laboratory evidence; (8) experiment; and, (9) analogy—similarities between the observed association and other prior associations. Not all criteria must exist to reach a causality conclusion. Instead, there is a greater likelihood of causality as the number of present criteria increases. In the present case, causality includes an analysis of how the COVID-19 pandemic, including the presence and spread of COVID-19 and the SARS-CoV-2 virus, affected 24HF and its operations, and its conclusions and decisions.

In reaching my opinions in this Report, I took guidance from the above commonly accepted causal criteria (in particular consistency, biological plausibility, coherence, and analogy) that are subject to refinement or revision based on new knowledge gained as the pandemic, and the scientific literature, continues to evolve. I also base the opinions set forth in this Report on my personal experience and work as an epidemiologist and scholar, published scientific literature, media reports, government documents, as well as my review of certain discovery materials that have been provided to me by counsel in this case. A complete list of the materials that I considered in completing this Report is attached as **Exhibit B**. Additionally, I do not intend anything in this Report to convey an opinion regarding the interpretation or application of the insurance policies at issue in this litigation.

Further, as the discovery in this case continues and additional information is developed, including information from experts that the Insurer Defendants might engage, I reserve the right to supplement or modify my opinions either by submitting a supplemental report or through testimony at deposition and/or at trial of this matter. I also reserve the right to respond to any opinions offered by any Insurer Defendant in this case.

## IV Summary of Opinions

A summary of my opinions contained in this Report is as follows:

1. SARS-CoV-2 (the virus that causes COVID-19) was circulating in the United States as early as January 2020 causing COVID-19, including in the communities where 24HF operates its fitness clubs.

2. The number of COVID-19 cases in the United States actually detected through testing in the winter, spring, and summer of 2020 reflected only a small proportion of the total United States cases. This is because diagnosed cases included only severely symptomatic cases that presented for testing. Asymptomatic and minimally symptomatic cases went largely undetected and, therefore, not counted, even though the scientific community understood early on that such cases existed. Today, the scientific community generally accepts that the number of detected COVID-19 cases in the United States in the winter,

---

[8] Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med. May 1965*;58:295-300.

spring, and summer of 2020 represented only a fraction of the total number of actual COVID-19 cases that existed during that time.

3.  There was no capacity for community surveillance testing for the presence of SARS-CoV-2 in the United States in March and April 2020.  Consequently, the scientific consensus during this time was that COVID-19 was universally present (and spreading) throughout the United States, and that limiting interactions among people was the best strategy to stop continued spread.  Given the paucity of testing, and the similarity of symptoms between individuals with COVID-19 and others with less fatal communicable respiratory illnesses caused by viruses, such as influenza or the common cold, it was necessary to treat all individuals with such symptoms as having COVID-19.  Since the pandemic began during the winter months of 2020, there were innumerable individuals with such symptoms.[9]  Indeed, given the testing limitations and the fact that individuals who were not symptomatic could spread the virus, it was necessary to treat everyone as if they were infected.  The eventual implementation of mask mandates and social distancing requirements reflect this.  These beliefs and strategies were reasonable and necessary at the time based on the information known, and these decisions appear even more reasonable and necessary given the benefit of hindsight.

4.  The only agreed upon public health tools available at the time for stopping the ongoing spread of SARS-CoV-2 were lockdowns and quarantines.  Symptom screening as a criterion for safe interactions among individuals was ineffective because SARS-CoV-2 was spreading amongst apparently asymptomatic and pre-symptomatic individuals.  Accordingly, addressing facilities with known exposures to individuals displaying symptoms by, for example, cleaning and re-opening, was not a satisfactory option to protect individual health and safety, given the number of individuals infected with SARS-CoV-2 who never displayed symptoms, and the limitations associated with cleaning as an option for dealing with the spread of a virus.  This is especially the case in a complex setting such as a fitness club with innumerable surfaces exposed to potential contamination from virus.

5.  The primary method of SARS-CoV-2 transmission is through respiratory droplets.  Based on standard practices in infection control, public health experts reasonably believed early in the pandemic that surface transmission was a pathway to exposure.  Consequently, health officials and other health professionals advised people to regularly clean surfaces, a recommendation that left many individuals wiping down all surfaces, including groceries and food deliveries.  While surface transmission is a plausible mechanism for COVID-19 transmission, surface cleaning alone is inadequate to stop the continued spread of the virus at indoor locations because, among other things, individuals visiting such facilities would likely re-introduce the virus on an ongoing basis and spread it through the air, not just onto surfaces.  Moreover, to adequately clean surfaces, one would have to know exactly which surfaces had been contaminated, which was not

---

[9] According to the CDC, "adults have an average of 2-3 colds per year" and "most people get colds in the winter and spring" and the symptoms of a cold including sore throat, runny nose, coughing, sneezing, headaches and body aches, which are symptoms similar to COVID-19. *See* Centers for Disease Control and Prevention. CDC Features: Common Colds: Protect Yourself and Others. Accessed October 16, 2022, 2022. https://www.cdc.gov/features/rhinoviruses/index.html#:~:text=Each%20year%20in%20the%20United,any%20time%20of%20the%20year.

4

feasible given the lack of testing and the fact that respiratory droplets could be dispersed over a wide area and latch onto surfaces that could not be readily identified and cleaned. In addition, the scientific community did not know to what extent available cleaning products could eliminate the virus.

6. Based on the prevalence of SARS-CoV-2 and COVID-19 in the United States, including in the communities where 24HF operates; given the nature of 24HF's operations and the information 24HF had regarding the spread of COVID-19 generally, and at its locations; and given the prevalence and presence of individuals with other respiratory illnesses with similar symptoms, and the inability to differentiate between them; 24HF's conclusion, as confirmed in deposition testimony in this case, that COVID-19 was actually present and spreading at each of its locations (i.e., among staff, patrons and other visitors) during the winter and early spring of 2020 was reasonable.  Given all of this, I also agree it was reasonable and necessary for 24HF to close all of its locations for the health and safety of individuals visiting its clubs.

# V  Statement of Opinions

## A.  Severe Acute Respiratory Syndrome Coronavirus-19 (SARS-CoV-2)

Severe Acute Respiratory Syndrome Coronavirus-19 (SARS-CoV-2) is a member of a large family of viruses called coronaviruses that can infect animals and humans and cause upper respiratory tract illnesses.  SARS-CoV-2 is the virus that leads to the COVID-19 illness.  SARS-CoV-2 is a small enveloped virus that is approximately 1 μm in diameter and most commonly spreads through respiratory droplets when an infected person breaths, talks, coughs, or sneezes. SARS-CoV-2 is most often transmitted to another host by breathing viral particles, which then start to replicate in an individual's respiratory tract.  The virus can survive on surfaces for some amount of time and may cause infection if a person touches the virus and then transmits it into their system by touching their mouth, nose, or eyes.  An individual infected with SARS-CoV-2 can develop a cough and influenza-like symptoms—and, in severe cases, pneumonia and acute respiratory distress syndrome (ARDS).[10]   For some individuals, the virus can lead to a more significant inflammatory response risking harm to multiple organs including the lungs, heart, stomach, or brain.

The uncertain and variable course of illness across individuals remains a significant source of concern.  Although there are known correlates of severe (i.e., hospitalization and death) illness from COVID-19 such as autoimmune disease, pre-existing cardiovascular disease, severe lung disease, diabetes, obesity, and cancers, there remain individuals who experience severe illness in the absence of these pre-existing conditions.  Even with the introduction of vaccines in late

---

[10] Guan WJ, Ni ZY, Hu Y, Liang WH, Ou CQ, He JX, Liu L, Shan H, Lei CL, Hui DSC, Du B, Li LJ, Zeng G, Yuen KY, Chen RC, Tang CL, Wang T, Chen PY, Xiang J, Li SY, Wang JL, Liang ZJ, Peng YX, Wei L, Liu Y, Hu YH, Peng P, Wang JM, Liu JY, Chen Z, Li G, Zheng ZJ, Qiu SQ, Luo J, Ye CJ, Zhu SY, Zhong NS, China Medical Treatment Expert Group for C. Clinical Characteristics of Coronavirus Disease 2019 in China. *N Engl J Med*. Apr 30 2020;382(18):1708-1720.

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1117 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

2020 to essential workers and age-eligible adults during the spring of 2021, COVID-19 rose to become the third leading cause of death in the United States by the close of 2021.[11]

Symptoms of COVID-19 are also present in the common cold, influenza, adenoviruses, rhinoviruses, respiratory syncytial virus, and other coronaviruses.  The primary characteristics distinguishing COVID-19 from other respiratory or bacterial illnesses are its high rates of hospitalization and case fatality.[12]  In 2021, the Centers for Disease Control and Prevention (CDC) estimated that between 1999 and 2019 there were 1.8 deaths from influenza per 100,000 in the population, while the estimated death rate from COVID-19 in 2020 was 217.5 per 100,000.[13]  Importantly, scientists largely agree that COVID-19 deaths remain undercounted because of the limited capacity to test for COVID-19 in early 2020 in most countries, including in the United States.

### B.  Introduction of SARS-CoV-2 to Humans

The scientific community currently agrees that the introduction of SARS-CoV-2 to humans began with zoonotic (i.e., animal to human) transmission of the SARS-CoV-2 virus (the virus that leads to the illness of COVID-19) from an animal species in an open market in Wuhan, China to a human during the fall of 2019.[14]  While the species that carried the virus to humans remains unclear, contemporary evidence points to a naturally occurring event and not a laboratory "leak" or deliberate human activity.

Throughout the fall and into the winter of 2019, a cluster of cases of severe respiratory illnesses began to appear in and around Wuhan, China.  Spikes in hospitalizations and illnesses in the autumn of 2019 and early winter months of 2020 led the WHO to announce publicly a "mysterious coronavirus-related pneumonia" on January 9, 2020.

Following identification of the original cluster of cases tied to the open market in Wuhan, China, clusters of outbreaks began to spread throughout China.  One such outbreak was tied to Lunar New Year celebrations that brought together young adult revelers from around the country.[15]  These individuals then returned to their home provinces and countries, which likely caused the virus to spread beyond China.  Global travel eventually led to spread throughout Europe and then other continents, including North America.  In Europe, Italy was the first country to detect

---

[11] Ahmad FB, Cisewski JA, Anderson RN. Provisional Mortality Data - United States, 2021. *MMWR Morb Mortal Wkly Rep*. Apr 29 2022;71(17):597-600.

[12] Iacobucci G. Covid and flu: what do the numbers tell us about morbidity and deaths? *BMJ*. 2021;375:n2514; Jeganathan N, Grewal S, Sathananthan M. Comparison of Deaths from COVID-19 and Seasonal Influenza in the USA. *Lung*. Oct 2021;199(5):559-561.

[13] Centers for Disease Control and Prevention. Influenza Fast Stats. Accessed October 21, 2022: https://www.cdc.gov/nchs/fastats/flu.htm.

[14] Umakanthan S, Sahu P, Ranade AV, Bukelo MM, Rao JS, Abrahao-Machado LF, Dahal S, Kumar H, Kv D. Origin, transmission, diagnosis and management of coronavirus disease 2019 (COVID-19). *Postgrad Med J*. Dec 2020;96(1142):753-758.

[15] Chen S, Yang J, Yang W, Wang C, Barnighausen T. COVID-19 control in China during mass population movements at New Year. *Lancet*. Mar 7 2020;395(10226):764-766.

substantial numbers of COVID-19,[16] although by mid-February outbreaks had occurred in 28 European countries,[17] on cruise ships,[18] and in congregate settings such as nursing homes.

Evidence of the spread of SARS-CoV-2 within Asia and Europe led the CDC to begin screening incoming passengers arriving at select airports in the United States on January 20, 2020. For example, the CDC performed passenger screens at airports that had the highest volume of travelers from Wuhan Province to the United States. These airports included John F. Kennedy airport in New Jersey/New York (JFK), San Francisco International airport (SFO), and Los Angeles International airport (LAX). Also around January 20, 2020, the first confirmed case of COVID-19 in the United States was detected in Washington State in an individual who had recently traveled from the Wuhan Province in China.[19]

Also in or around January 2020, transmission patterns of infections suggested to scientists in China that the illness was circulating from person to person. Given the significant loss of life associated with COVID-19, China implemented strict and unprecedented lockdowns in Wuhan and neighboring provinces on January 23, 2020. On January 31, 2020, after confirming 9,800 known cases and 200 deaths worldwide, the WHO declared a Global Health Emergency. The WHO then upgraded the Global Health Emergency to a pandemic on March 11, 2020. A "pandemic" constitutes an outbreak of a disease that occurs over a wide geographic area (such as multiple countries or continents) and typically affects a significant proportion of the population.

Multiple clusters of cases in March 2020, not tied to travel, followed the initial travel-related cases in the United States. The case clusters began in states on both coasts—California, Washington, and New York. These case clusters were the first evidence of community spread in the United States. As defined by the CDC, community spread is the spread of an infectious disease where the source of the infection is unknown. Community spread indicates widespread transmission of the virus from person to person throughout the community at large. On February 26, 2020, the CDC posted an advisory about the first case of community spread in the United States in California.[20] Subsequent to the initial case, similar outbreaks began occurring

---

[16] Indolfi C, Spaccarotella C. The Outbreak of COVID-19 in Italy: Fighting the Pandemic. *JACC Case Rep*. Jul 15 2020;2(9):1414-1418.

[17] Spiteri G, Fielding J, Diercke M, Campese C, Enouf V, Gaymard A, Bella A, Sognamiglio P, Sierra Moros MJ, Riutort AN, Demina YV, Mahieu R, Broas M, Bengnér M, Buda S, Schilling J, Filleul L, Lepoutre A, Saura C, Mailles A, Levy-Bruhl D, Coignard B, Bernard-Stoecklin S, Behillil S, van der Werf S, Valette M, Lina B, Riccardo F, Nicastri E, Casas I, Larrauri A, Salom Castell M, Pozo F, Maksyutov RA, Martin C, Van Ranst M, Bossuyt N, Siira L, Sane J, Tegmark-Wisell K, Palmérus M, Broberg EK, Beauté J, Jorgensen P, Bundle N, Pereyaslov D, Adlhoch C, Pukkila J, Pebody R, Olsen S, Ciancio BC. First cases of coronavirus disease 2019 (COVID-19) in the WHO European Region, 24 January to 21 February 2020. *Euro Surveill*. Mar 2020.

[18] Nakazawa E, Ino H, Akabayashi A. Chronology of COVID-19 Cases on the Diamond Princess Cruise Ship and Ethical Considerations: A Report From Japan. *Disaster Med Public Health Prep*. Aug 2020;14(4):506-513.

[19] Bajema KL, Wiegand RE, Cuffe K, Patel SV, Iachan R, Lim T, Lee A, Moyse D, Havers FP, Harding L, Fry AM, Hall AJ, Martin K, Biel M, Deng Y, Meyer WA, III, Mathur M, Kyle T, Gundlapalli AV, Thornburg NJ, Petersen LR, Edens C. Estimated SARS-CoV-2 Seroprevalence in the US as of September 2020. *JAMA Internal Medicine*. 2021;181(4):450-460; Holshue ML, DeBolt C, Lindquist S, Lofy KH, Wiesman J, Bruce H, Spitters C, Ericson K, Wilkerson S, Tural A, Diaz G, Cohn A, Fox L, Patel A, Gerber SI, Kim L, Tong S, Lu X, Lindstrom S, Pallansch MA, Weldon WC, Biggs HM, Uyeki TM, Pillai SK. First Case of 2019 Novel Coronavirus in the United States. *New England Journal of Medicine*. 2020;382(10):929-936.

[20] Centers for Disease Control and Prevention. CDC Confirms Possible Instance of Community Spread of COVID-19 in U.S. 2020. Accessed October 7, 2022. https://www.cdc.gov/media/releases/2020/s0226-Covid-19-

elsewhere in the U.S.  One of the first large outbreaks of COVID-19 in the United States took place in March at a choir practice in Washington State when 32 out of 122 attendees contracted COVID-19, and another 20 probable secondary COVID-19 cases occurred.[21] An outbreak at a skilled nursing home in Washington State was a harbinger of the devastating spread of the virus in congregate care settings.[22]

Each of these outbreaks shared at least one common theme: groups of people were together indoors for an extended length of time in the presence of the virus.  The shared environments, inclusive of the indoor air and surfaces, were considered primary sources for transmission. Following the steps taken by countries in Asia and Europe, which launched heretofore unheard of quarantine policies to prohibit large groups from gathering and limited business operations to protect workers and patrons both, the United States began to take similar steps beginning in March 2020.[23]

### C.  Mitigation Strategies for SARS-CoV-2

In the spring and summer of 2020, the capacity and ability for detecting SARS-CoV-2 were severely limited.  As a result, the United States (as well as other countries) initiated mitigation strategies designed to curtail the ongoing spread by shutting down the primary mode of transmission: person-to-person contact.  Decisions in the United States to cease non-essential business to control the ongoing spread of the disease were based on analogy from European and Asian countries that had already imposed their own lockdowns, consistent with best practices in public health.  Government action to close non-essential business and impose mandatory quarantines were chosen because of historical actions taken to stop the spread of other infectious diseases, including the initial SARS outbreak in 2003, the Ebola outbreaks in West Africa in 2014, and even further back in history during plagues of cholera in the 14th century.  These actions were based on the biological likelihood of person-to-person transmission in enclosed places and analogous pandemic responses throughout history.

However, even before many state and local governments in the United States acted, there were a series of public closures of business and recreational operations due to the presence and spread of the virus.  For example, the National Basketball Association (NBA) abruptly canceled games on the evening of March 11, 2020 following notification of infected players.[24]  The NBA

---

spread.html#:~:text=Community%20spread%20means%20spread%20of,picked%20up%20by%20astute%20clinic
ians.
[21] Hamner L, Dubbel P, Capron I, Ross A, Jordan A, Lee J, Lynn J, Ball A, Narwal S, Russell S, Patrick D, Leibrand H. High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice - Skagit County, Washington, March 2020. *MMWR Morb Mortal Wkly Rep*. May 15 2020;69(19):606-610.
[22] McMichael TM, Clark S, Pogosjans S, Kay M, Lewis J, Baer A, Kawakami V, Lukoff MD, Ferro J, Brostrom-Smith C, Riedo FX, Russell D, Hiatt B, Montgomery P, Rao AK, Currie DW, Chow EJ, Tobolowsky F, Bardossy AC, Oakley LP, Jacobs JR, Schwartz NG, Stone N, Reddy SC, Jernigan JA, Honein MA, Clark TA, Duchin JS, Public Health S, King County E, Team CC-I. COVID-19 in a Long-Term Care Facility - King County, Washington, February 27-March 9, 2020. *MMWR Morb Mortal Wkly Rep*. Mar 27 2020;69(12):339-342.
[23] Levenson M. Scale of China's Wuhan Shutdown is Believed to be Without Precedent. *The New York Times*. https://www.nytimes.com/2020/01/22/world/asia/coronavirus-quarantines-history.html.
[24] Aschburner S. Coronavirus pandemic causes NBA to suspend season after player tests positive. *NBA*. March 12, 2020. Accessed August 8, 2022. https://www.nba.com/news/coronavirus-pandemic-causes-nba-suspend-season.

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1120 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

subsequently paused the season indefinitely the next day, and within a few days, the National Collegiate Athletic Association (NCAA) canceled both of its college basketball tournaments.[25]

Across the next two weeks and beyond, multiple U.S. states, counties and cities closed schools, and workplaces asked their employees to work remotely, all reflecting the concept that individuals needed to be treated as if they were infected with the virus and could spread it to others.  The Boston University COVID Mitigation Policy Tracking Database compiled a listing of dates of closures of essential businesses across the country.  See **Table 1** below.[26]

**Table 1: Listing of Business Closures by State and Date**

| State | Start | End |
|---|---|---|
| Alabama | 4/4/2020 | 4/30/2020 |
| Alaska | 3/28/2020 | 4/24/2020 |
| Arizona | 3/31/2020 | 5/16/2020 |
| Arkansas | | |
| California | 3/19/2020 | 1/25/2021 |
| Colorado | 3/26/2020 | 4/27/2020 |
| Connecticut | | 5/20/2020 |
| Delaware | 3/24/2020 | 6/1/2020 |
| District of Columbia | 4/1/2020 | 5/29/2020 |
| Florida | 4/3/2020 | 5/18/2020 |
| Georgia | 4/3/2020 | 5/1/2020 |
| Hawaii | 3/25/2020 | 5/31/2020 |
| Idaho | 3/25/2020 | 5/1/2020 |
| Illinois | 3/21/2020 | 5/29/2020 |
| Indiana | 3/25/2020 | 5/18/2020 |
| Iowa | | |
| Kansas | 3/30/2020 | 5/4/2020 |
| Kentucky | | 6/29/2020 |
| Louisiana | 3/23/2020 | 5/15/2020 |
| Maine | 4/2/2020 | 5/31/2020 |
| Maryland | 3/30/2020 | 5/15/2020 |
| Massachusetts | 3/24/2020 | 5/18/2020 |
| Michigan | 3/24/2020 | 6/1/2020 |
| Minnesota | 3/28/2020 | 5/18/2020 |
| Mississippi | 4/3/2020 | 4/27/2020 |

| State | Start | End |
|---|---|---|
| Missouri | 4/6/2020 | 5/4/2020 |
| Montana | 3/28/2020 | 4/26/2020 |
| Nebraska | | |
| Nevada | 3/31/2020 | 5/9/2020 |
| New Hampshire | 3/28/2020 | 6/16/2020 |
| New Jersey | 3/21/2020 | 6/9/2020 |
| New Mexico | 3/24/2020 | |
| New York | 3/22/2020 | 6/27/2020 |
| North Carolina | 3/30/2020 | 5/22/2020 |
| North Dakota | | |
| Ohio | 3/24/2020 | 5/20/2020 |
| Oklahoma | 0 | 5/15/2020 |
| Oregon | 3/23/2020 | 6/19/2020 |
| Pennsylvania | 4/1/2020 | 6/5/2020 |
| Rhode Island | 3/28/2020 | 5/9/2020 |
| South Carolina | 4/7/2020 | 5/4/2020 |
| South Dakota | | |
| Tennessee | 4/2/2020 | 4/29/2020 |
| Texas | 0 | 5/1/2020 |
| Utah | | |
| Vermont | 3/24/2020 | 5/15/2020 |
| Virginia | 3/30/2020 | 5/29/2020 |
| Washington | 3/23/2020 | 6/1/2020 |
| West Virginia | 3/24/2020 | 5/5/2020 |
| Wisconsin | 3/25/2020 | 5/13/2020 |
| Wyoming | | |

---

[25] NCAA.  NCAA cancels men's and women's basketball championships due to coronavirus concerns. Accessed August 8, 2022.  https://www.ncaa.com/live-updates/basketball-men/d1/ncaa-cancels-mens-and-womens-basketball-championships-due.

[26] Additionally, a compendium of COVID-19 orders including those cited here may be accessed at via the Council of State Government Orders. See The Council of State Government Orders. 2020-2021 Executive Orders. Accessed October 21, 2022. https://web.csg.org/covid19/executive-orders/.

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1121 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

For example, on March 19, 2020, California implemented laws to shut down all non-essential activities and imposed a quarantine. The Governor's Order noted, "in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials." Other states soon followed suit. The Order issued by the Governor of the State of Washington on March 23, 2020 addressed "the continued worldwide spread of COVID-19, its significant progression in Washington State, and the high risk it poses to our most vulnerable populations." The Order recognized the notion that everyone had to be treated as if they had COVID-19 by "prohibiting all people in Washington State from leaving their homes or participating in . . . gatherings of any kind regardless of the number of participants" and "preventing all non-essential businesses" from conducting business. Such statewide orders also reflected the fact that indoor settings where people congregated, such as gyms, were particularly dangerous for the spread of COVID-19. Additionally, the Texas Governor's Order on March 31, 2020 ordered individuals in Texas to "avoid eating or drinking at bars, restaurants and food courts, or visiting gyms, massage establishments, tattoo studios, piercing studios, or cosmetology salons."

Of note, this data captures state-level closures, and does not factor in variability in closing dates by counties and cities, which, in many cases, had authority to work independently from states to account for the local context. For example, within San Francisco and Alameda counties in Northern California, stay-at-home orders were in place as early as March 16, which affected all businesses operating in those areas.[27]

The order issued by Alameda County discussed the ongoing spread of COVID-19 throughout the Bay Area of California, and the fact that asymptomatic individuals can transmit the disease:[28]

> 6. This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout the Bay Area, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19. Due to the outbreak of the COVID-19 virus in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County. Making the problem worse, some individuals who contract the COVID-19 virus have no symptoms or have mild symptoms, which means they may not be aware they carry the virus. Because even people without symptoms can transmit the disease, and because evidence shows the disease is easily spread, gatherings can result in preventable transmission of the virus. The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed. One proven way to slow the transmission is to limit interactions among people to the greatest extent practicable. By

---

[27] Additionally, the database information is based on media reports and publicly available records and represents a best estimate. However, the patterns consistently indicate that most states enacted closures in March or April of 2020.

[28] Alameda County Health Officer. Order of the County Health Officer to Shelter in Place. March 16, 2020. https://www.acgov.org/documents/Final-Order-to-Shelter-In-Place.pdf.

**Exhibit 62 to Plaintiff's Appendix of Evidence        Page 1122 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

Early guidance from the CDC and other health agencies also reflected the concept that all individuals presenting with illness symptoms needed to be treated as having COVID-19. For example, on March 24, 2020, the United States Surgeon General warned that, "everyone needs to act as if they have the virus right now. So, test or no test, we need you to understand you could be spreading it to someone else. Or you could be getting it from someone else. Stay at home." [29] Moreover, California's Department of Industrial Relations issued guidelines that any person presenting with "respiratory illness symptoms" should be treated and isolated as if they were infected with the virus.[30] The CDC issued similar guidance for all workplaces in the United States, urging employers to send employees presenting with "respiratory illness symptoms" home.[31]

These actions by sports leagues, state and local governments, health agencies, and businesses, within a relatively short period of time from the initial identification of SARS-CoV-2 in the United States, reflect the collective goal at the time to "flatten the curve" to curtail the ongoing and pervasive spread of the virus. This was particularly the case at indoor settings where people gather to protect the health and safety of individuals. Flattening the curve was also important to prevent overwhelming hospital systems by continued spread of the virus. Extremely high case fatality rates underscored these decisions to close businesses due to the presence and spread of the virus throughout communities, even though the social and economic implications of such closures were severe.

Mirroring the variability in timing of business closures, there was great variability in the businesses that were permitted to be open. Similarly, there was also variability under what conditions (e.g., limited capacity) and when a business could re-open across and within the United States. Variability in these rollbacks of public health mitigation strategies was guided in part by health metrics related to disease transmission in a given area and by public sentiment in the region.[32]

By mid-year of 2020 and into 2021, some jurisdictions deemed reopening possible because of the expanded capacity to identify those infected with the SARS-CoV-2 virus. Consequently, the impact of the public health policies in reducing continued transmission and the economic impact of the policies varied. Even in locations where businesses could reopen, the economic impacts of the pandemic continued in that many individuals concerned about contracting and spreading the virus were reluctant to resume their pre-pandemic activities. In addition, many businesses— even after being allowed to reopen—were required to adopt certain mitigation measures such as reduced capacity to allow for social distancing, installing protective barriers, etc., and some businesses adopted more restrictive measures on their own over-concerns about spreading the

---

[29] Shabad, R. Surgeon general has coronavirus warning: 'This week, it's going to get bad'. *NBC News*. Accessed October 21, 2022. https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421.

[30] Cal/OSHA. Cal/OSHA Interim Guidelines for General Industry on 2019 Novel Coronavirus Disease (COVID-19). March 4, 2020. https://caltransit.org/cta/assets/File/CalOSHA%20Guidelines%20for%20General%20Industry%20on%20Coronavirus.pdf.

[31] Centers for Disease Control and Prevention. Interim guidance for businesses and employers to plan and respond to 2019 coronavirus disease 2019 (COVID-19), February 2020. Accessed on October 21, 2022. https://stacks.cdc.gov/view/cdc/85488.

[32] Kiviniemi MT, Orom H, Hay JL, Waters EA. Prevention is political: political party affiliation predicts perceived risk and prevention behaviors for COVID-19. *BMC Public Health*. 2022/02/14 2022;22(1):298.

virus to employees and customers, including decisions to delay reopening altogether due to these concerns. In some locations, businesses permitted to reopen had to shut down again due to spikes in the spread of the virus before they could reopen permanently. This occurred in California with respect to fitness clubs.

### D. SARS-CoV-2 Detection

The first step in epidemiologic surveillance is measuring the proportion of the population with the disease (i.e., prevalence) and the number of new cases that are detected within a given time period in the population at risk (i.e., the incidence). Barriers to identifying those infected with any "new" illness are common. Alternative and acceptable strategies are in place to estimate the presence of the disease that rely on clinical presentations of illness that align with observations among confirmed cases (i.e., symptomatology).

Initial community spread of SARS-CoV-2, and the resulting COVID-19 illness, went unrecognized or, at least, heavily undercounted in the United States and other countries. There are at least two primary reasons: (1) the arrival of the virus at a time when other respiratory viruses, such as the flu and common cold, were widely circulating, which obscured the initial spike; and (2) a severely limited capacity for testing and diagnosis.

In the Northern Hemisphere, the arrival of the cooler winter months triggers a high rate of circulating communicable respiratory illnesses, with rates peaking in the United States between December and February.[33] The year 2020 was no exception, with anecdotal reports in the media that December through January appeared to be a particularly severe flu season. Distinguishing between COVID-19, or any new virus, and existing communicable respiratory illnesses is challenging, and these challenges made it necessary at the time to treat any individual with a respiratory illness as having COVID-19. This posed considerable challenges for facilities with many individuals routinely coming in and out, like the 24HF locations. For example, as the CDC estimates, the average individual gets 2-3 colds per year and COVID-19 was circulating during the heart of cold and flu season.[34] It is without reasonable dispute that individuals with the common cold and related symptoms would have been present in each of the 24HF locations during this period, as well as individuals with the flu.

One signal indicating the introduction of a new disease is when hospitalization and death from similarly presenting illness vary either up (suggesting capture of more than just those with detectable illness) or down (suggesting that the new illness is infecting some proportion of people who would usually present with those illnesses) from what would be expected. **Figure 1** presents surveillance estimates collected by the U.S. Centers for Disease Control and Prevention for flu seasons (October through May) ranging from 2009-10 through 2020-21. Notable features of the chart are that as compared with the 2018-19 flu season (dark blue), the 2019-20 season (green) reports a higher rate of outpatient visits for influenza-like illnesses in nearly every month of the year. As noted on the chart, the system is capturing symptoms—notably fever, cough and sore

---

[33] Centers for Diseases Control and Prevention. Flu Season. Accessed June 30, 2022. https://www.cdc.gov/flu/about/season/flu-season.htm#:~:text=The%20exact%20timing%20and%20duration,last%20as%20late%20as%20May.

[34] Centers for Disease Control and Prevention. CDC Features: Common Colds: Protect Yourself and Others. Accessed October 16, 2022. https://www.cdc.gov/features/rhinoviruses/index.html#:~:text=Each%20year%20in%20the%20United,any%20time%20of%20the%20year.

throat—shared across many respiratory illnesses.  Higher rates of illness in 2019-20 reflect the introduction of a new pathogen, namely SARS-CoV-2.



Notably, the level of illness in the 2020-21 season (depicted in magenta) was significantly lower—and the lowest during the surveillance period captured.  Population mitigation measures adopted in response to the COVID-19 pandemic, which included making workers with respiratory illness symptoms stay home, closing non-essential businesses and reducing congestion in group-settings, succeeded in reducing transmission of all respiratory illnesses, despite the presence of the COVID-19 pandemic.  These measures were reasonable and necessary given the lack of testing available and the resultant difficulties in distinguishing between individuals with COVID-19 and individuals with the flu or other less-harmful illnesses.

Missed diagnoses (i.e., undercounts) and misdiagnosis (i.e., incorrect attribution of disease) of COVID-19 with other respiratory illnesses during late 2019 and early 2020 were compounded by challenges in developing and distributing an assay for detecting the SARS-CoV-2 virus.  The U.S. Centers for Disease Control and Prevention initially sent test kits to state health departments, but after collecting the samples, they required processing of the assays at CDC laboratories.  These procedures led to substantial delays identifying cases of COVID-19. Further, given the limited availability of testing kits, only hospitalized patients or patients with a known direct contact with someone who was positive could obtain testing.

The intent behind these rules was to allocate scarce resources (i.e., diagnostic capacity) to the most vulnerable persons (e.g., sick individuals in the hospital) or those with a high pre-test probability of being positive for SARS-CoV-2 (i.e., people with a known exposure).  However, these policies precluded the use of test kits to detect the virus in community settings, which meant that anyone showing symptoms of even mild illness were considered as infected with SARS-CoV-2.  In other words, individuals presenting with flu-like or cold symptoms, for

13

example, had to be considered as having COVID-19 given the inability to conduct widespread testing. An individual with symptoms of cold, influenza, or other respiratory illnesses coming into a 24 Hour Fitness club, for example, had to be treated with the same level of concern as someone with COVID-19 would be treated, as the ability to distinguish between different communicable illnesses was extremely difficult, if at all possible, early in the pandemic. The prevalence of communicable respiratory illnesses in winter 2019 and spring 2020, which coincided with cold and flu season in the Northern Hemisphere—meant that individuals of concern were regularly in and out of 24HF clubs on a daily basis.

While it was necessary to presume that symptomatic individuals had COVID-19 and treat them accordingly, it was even more challenging to deal with the phenomenon of individuals who did not have any symptoms, but who were still spreading disease. Asymptomatic and pre-symptomatic spread posed risks to the community at large and, without surveillance testing of a random sample of the population (not just those who have symptoms), the safest possible action by governments, businesses, and schools was to restrict interactions among all individuals to slow down the ongoing spread of disease. In other words, the safest and necessary course of action was to act as though everyone was infected and spreading the virus.

Nevertheless, laboratories at academic institutions did develop tests to identify antibodies to the virus, which they deployed to estimate the number of cases in a given region (**Figure 2**).[35] These tests are what allowed for the early estimates of how widely SARS-CoV-2 was circulating in U.S. communities.

### E.  Prevalence of SARS-CoV-2 in the United States in 2020

The current understanding of the COVID-19 timeline in the United States is informed by a series of retrospective studies relying on trend data for respiratory infection (reflected by **Figure 1**) and utilizing bio-specimens initially collected for other purposes.

Retrospective investigations in archived blood and urine samples indicate that SARS-CoV-2 was present and circulating widely in major metropolitan areas in the United States in the winter months of 2020.[36] In one such study, the prevalence of SARS-CoV-2 was 5% between March 12-13 and 15-16 in Los Angeles County. The authors commented that the prevalence was "concerning" given that the average age of patients was 38 years old and that all patients had mild illness and thus were circulating in the community and at risk of transmitting the illness to others in the population.[37] This further illustrates the points made above regarding difficulties dealing with any individuals displaying respiratory illness symptoms.

---

[35] Havers FP, Reed C, Lim T, Montgomery JM, Klena JD, Hall AJ, Fry AM, Cannon DL, Chiang C-F, Gibbons A, Krapiunaya I, Morales-Betoulle M, Roguski K, Rasheed MAU, Freeman B, Lester S, Mills L, Carroll DS, Owen SM, Johnson JA, Semenova V, Blackmore C, Blog D, Chai SJ, Dunn A, Hand J, Jain S, Lindquist S, Lynfield R, Pritchard S, Sokol T, Sosa L, Turabelidze G, Watkins SM, Wiesman J, Williams RW, Yendell S, Schiffer J, Thornburg NJ. Seroprevalence of Antibodies to SARS-CoV-2 in 10 Sites in the United States, March 23-May 12, 2020. *JAMA Internal Medicine*. 2020;180(12):1576-1586.
[36] Spellberg B, Haddix M, Lee R, Butler-Wu S, Holtom P, Yee H, Gounder P. Community Prevalence of SARS-CoV-2 Among Patients With Influenzalike Illnesses Presenting to a Los Angeles Medical Center in March 2020. *JAMA*. 2020;323(19):1966-1967.
[37] *Id.*

14

Another commonly used strategy to detect illness deployed rapidly during the pandemic was to test blood samples (i.e., serum) for the presence of antibodies to the virus.  These so-called seroprevalence studies were able retroactively to identify infection in the community.  **Figure 2** displays findings from a seroprevalence study conducted across a broader time interval (March 23 to May 12) and in multiple cities in the United States.



JAMA Intern  Med. 2020;180(12):1576-1586.
doi:10.1001/jamainternmed.2020.4130                    Date of download: 6/30/2022

There was wide variability in the detection of antibodies to the SARS-CoV-2 infection, from a high of 6.9% in New York City to 1% in the San Francisco Bay Area.[38]  These observations have caused scientists and clinicians to conclude that some hospitalizations and deaths predating the identification of the first positive SARS-CoV-2 test in January of 2020 in the United States that were presumed to be influenza may have been co-infections with SARS-CoV-2 or misdiagnosed altogether as influenza.

While hospitalization and death are the most severe outcomes, and so the easiest to quantify, they reflect the "tip of the iceberg," and undercount infected individuals who are minimally symptomatic, presumed to have the "common cold" but really have COVID-19, and even asymptomatic.  In a seminal report from the COVID-19 surveillance office, the authors concluded that "sustained, community transmission had begun before detection of the first two

---

[38] Havers FP, Reed C, Lim T, Montgomery JM, Klena JD, Hall AJ, Fry AM, Cannon DL, Chiang C-F, Gibbons A, Krapiunaya I, Morales-Betoulle M, Roguski K, Rasheed MAU, Freeman B, Lester S, Mills L, Carroll DS, Owen SM, Johnson JA, Semenova V, Blackmore C, Blog D, Chai SJ, Dunn A, Hand J, Jain S, Lindquist S, Lynfield R, Pritchard S, Sokol T, Sosa L, Turabelidze G, Watkins SM, Wiesman J, Williams RW, Yendell S, Schiffer J, Thornburg NJ. Seroprevalence of Antibodies to SARS-CoV-2 in 10 Sites in the United States, March 23-May 12, 2020. *JAMA Internal Medicine*. 2020;180(12):1576-1586.

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1127 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

non-travel related U.S. cases, likely resulting from the importation of a single lineage of virus from China in late January or early February, followed by several importations from Europe."[39]

### F. 24HF's Operations and Insurance Claim

24HF operates health and fitness clubs with facilities spanning the United States, with a particularly high density in major metropolitan areas. **Figure 3** depicts the various locations where 24HF operates one or more locations.



Figure 3: US Locations of 24 Hour Fitness in March 2020

Legend: blue markers indicate club locations

24HF's clubs are predominantly located in urban and suburban high-density settings, which are areas that 24HF understood experienced high rates of illness from COVID-19 and other respiratory infections.[40] For example, 24HF believed that COVID-19 was present at all its insured locations based on available COVID-19 tracking data such as that provided by John Hopkins University.[41]

Based on information provided to me by the company, as well as conversations with 24HF representatives, I also understand that 24HF's clubs were highly trafficked in early 2020. For example, **Table 2** summarizes the average number of guests, workouts, and personal training sessions at 284 24HF locations between January 1 and March 13, 2020. The term "Guest" in **Table 2** refers to individuals who are *not* 24HF members, but visited a 24HF location to workout in some capacity, such as on a trial basis. The term "Member Workouts" in **Table 2** refers to workouts performed by 24HF members. "PT" as used in **Table 2** refers to personal training

---

[39] Team CC-R, Jorden MA, Rudman SL, Villarino E, Hoferka S, Patel MT, Bemis K, Simmons CR, Jespersen M, Iberg Johnson J, Mytty E, Arends KD, Henderson JJ, Mathes RW, Weng CX, Duchin J, Lenahan J, Close N, Bedford T, Boeckh M, Chu HY, Englund JA, Famulare M, Nickerson DA, Rieder MJ, Shendure J, Starita LM. Evidence for Limited Early Spread of COVID-19 Within the United States, January-February 2020. *MMWR Morb Mortal Wkly Rep*. Jun 5 2020;69(22):680-684.

[40] Gottlieb Deposition, pp. 14:22-15:17; Larson Deposition, p. 54:2-19.

[41] *See* Plaintiff's Response to Defendant Continental Casualty Company's First Set of Interrogatories, Interrogatory No. 3.

**Exhibit 62 to Plaintiff's Appendix of Evidence**   **Page 1128 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

sessions.    Finally, as reported to me by 24HF personnel, members spend on average approximately 40 minutes per workout session at 24HF.

| **Table 2:** Average Daily Guest Census from 24 Hour Fitness Clubs between January 1, 2020 and March 13, 2020 (73 Days; 284 Clubs) | | | | | |
|---|---|---|---|---|---|
| **284 Applicable Open Clubs from Current Portfolio** | | | | | |
| Total Guests | 350,089 | Total Member Workouts | 28,901,941 | Total PT Sessions Serviced | 258,490 |
| Guest per Day | 4,796 | Member Workout per Day | 395,917 | ~ PT Session Serviced per Day | 3,541 |
| Average Guest per Club per Day | 16.9 | Average Member Workout per Club per Day | 1,394.1 | Average PT Session Serviced per Club per Day | 12.5 |

In early 2020, COVID-19 began to affect 24HF's operations and the company made a claim for insurance.   For example, I understand that on April 16, 2020, 24HF provided Insurers with information regarding the impact of COVID-19 at its locations in response to Insurers' requests for information.   24HF informed Insurers that it should be "presumed that individuals infected with COVID-19 were present at all of [its] locations" based on the nature of the disease and its presence within the communities in which 24HF operates, and the hazards associated with large groups of people gathering in locations such as its clubs.[42]

In addition, 24HF reported that it had learned of several instances in which team members and/or 24HF patrons with actual or suspected cases of COVID-19 entered its facilities.[43]   On May 12, 2020, 24HF further notified the Insurers of twenty-four (24) specific incidents regarding COVID-19 at its locations.[44]   These twenty-four (24) incidents detailed situations in which a person who visited a 24HF location tested positive for COVID-19, experienced symptoms of COVID-19, was exposed to COVID-19, was required to quarantine after diagnosis or exposure, and/or was being tested for COVID-19.[45]   For example, when reporting these encounters to the insurers, 24HF provided a date on which it learned of the member in a specific location testing positive for COVID;[46] disclosed that a member was required to quarantine due to COVID-19;

---

[42]   ARGUS000446-455; Plaintiff's Response to Defendant Continental Casualty Company's First Set of Interrogatories, Interrogatory No. 3 ("[T]here should be no dispute that COVID-19 and SARS-CoV-2 were present at each of Plaintiff's covered locations at various points in time during the policy period, including the period of time prior to and including March 16, 2020 when all of Plaintiff's clubs were first closed. Furthermore, there should be no dispute that COVID-19 and SARS-CoV-2 were also present at Plaintiff's locations during those interim time periods when Plaintiff's clubs were allowed to reopen and then were subsequently closed again by civil order.").
[43]   Ueber Deposition, pp. 71:20-72:4; ARGUS000365-383; ARGUS000446-455; ARGUS000467-479; and ARGUS000521-535; Plaintiff's Response to Insurers' First Set of Interrogatories, Interrogatory No. 7.
[44]   ARGUS000467-479.
[45]   *Id.*
[46]   *Id.*

17

and/or that a member experienced symptoms of COVID-19 after a person in that individual's household tested positive.[47]  Some of the examples even specified that the member had been present at the 24HF just prior to a positive diagnosis.[48]

This is the type of information I would expect a business like 24HF to receive with regard to COVID-19 during the period in question because individuals who visited a 24HF location with COVID-19 are under no obligation to report their diagnosis to the company.  Moreover, given the lack of available testing, as detailed above, and the overall reluctance of individuals to report illnesses in general, I would not expect a business to have received detailed information regarding positive test results, dates of exposure to the virus or other more detailed information. In most cases, individuals with COVID symptoms, particularly non-employees who had visited a club, would not have reported anything to the company.  For this reason, in my opinion, the information received by 24HF was just the "tip of the iceberg" in terms of incidents at its locations.

From my review of case materials produced in this litigation and discussions with 24HF personnel, 24HF understood COVID-19 to be a highly dangerous and readily transmissible virus.[49]  A confluence of factors, including the rapidly evolving nature of the pandemic, numerous reports of the presence of COVID-19 on its premises, and governmental orders[50] necessitating closure, ultimately led 24HF to close all its clubs at 11:59 p.m. on March 16, 2020.[51]

Following the closure of its operations, 24HF began formally tracking COVID-19 related incidents at its clubs, including exposure rates and positive cases, as well as related governmental orders.[52]  24HF implemented a COVID-19 tracking log to monitor the actual or suspected presence of the virus.[53]  24HF further established a Crisis Communications Team to assess the evolution of COVID-19 at its facilities and to ensure the safe operation of its business.[54]  In accordance with this, 24HF sent numerous COVID-19 notifications to team members and patrons advising these individuals that certain persons present at a 24HF facility had tested positive for, been diagnosed with, or was otherwise sent home due to COVID-19.[55]

24HF began reopening its facilities in waves.[56]  During the process of reopening, it adopted policies and procedures to minimize the presence and transmission of the virus at its locations, as well as to mitigate the significant health risks posed to both team members and patrons.  This included initiating a reopening playbook, which set forth processes governing scheduled reopenings, reservation systems, deep cleanings, touchless check-in systems, social distancing

---

[47] *Id.*

[48] *Id.*

[49] *See* Plaintiff's Response to Defendant Continental Casualty Company's First Set of Interrogatories, Interrogatory No. 3.

[50] 24HF_Production_0000044-0001962.

[51] Larson Deposition, pp. 29:21-30:12, 77:20-78:14, 112:8-113:16; Gottlieb Deposition, pp. 13:3-14:21; Ueber Deposition, pp. 75:8-76:19; and ARGUS000446-455.

[52] Larson Deposition, pp. 65:11-25, 93:2-24, 101:20-102:2; Gottlieb Deposition, pp. 22:12-23:20; and Piro Deposition, pp. 76:16-78:10.

[53] *Id.*; Larson Deposition, pp. 67:12-68:10.

[54] Gottlieb Deposition, pp. 75:24-76:17.

[55] 24HF_Production_0002175-0002589.

[56] 24HF_Production_0003406.

measures, spacing of equipment, taking equipment out of service, and signage.[57]  Nevertheless, the ever-changing nature of the pandemic forced 24HF to continuously open and close several of its locations throughout the country.[58]

It is my understanding that 24HF sought coverage under its insurance policies for losses suffered due to the pandemic.  I also understand from 24HF's counsel that the Insurers contend that, in order to establish the actual presence and spread of COVID-19 at a 24HF location, 24HF must provide, for example: (1) evidence that a person tested positive for COVID-19; (2) evidence of when the person tested positive for COVID-19; (3) evidence that the person who tested positive visited a 24HF location at the time they were positive; (4) information as to where the person who tested positive went before and after testing positive; (5) information as to whether the person who tested positive wore a mask while at the 24HF location; and/or (6) evidence that a surface or piece of equipment tested positive for the presence of COVID-19 or evidence of COVID-19 in the air of a 24HF facility.  I further understand from 24HF's counsel that Insurers contend that the Interruption by Communicable Disease Endorsement in policies at issue does not apply to claims stemming from the impact of COVID-19 because, among other things, the policy is "directed to a communicable disease that can actually be tested [for] the actual presence and spread" of the disease.[59]

Given the present understanding of the transmissibility of the virus and the lack of testing available in March 2020 to detect the presence and spread of COVID-19 on both persons and property, from an epidemiological perspective these positions are unreasonable, particularly when considering the nature of 24HF's business operations and the population of asymptomatic persons.

## VI Summary Conclusions

Based on my review of discovery, deposition testimony, conversations with 24HF personnel, as well as other information I have been provided, which is cited herein and listed in **Exhibit B**, I understand that 24HF's decision to close all of its clubs effective March 16, 2020 was based on its belief that COVID-19 was actually present and spreading at all its locations due to the prevalence of COVID-19 within the communities where it operated, and that there was no known method at the time to make its operations safe for its employees and members.  In my professional opinion, 24HF's conclusion and beliefs were reasonable and appropriate, and its decision to close its clubs was a necessary reaction to the threat posed by COVID-19.

The basis for these conclusions relies on the criteria for causality cited in **Section III**.  Because gathering experimental evidence by manipulating an exposure (e.g., introducing a disease vector such as a virus) and measuring the outcome prospectively (e.g., counting how many became

---

[57] 24HF_Production_0000001; Larson Deposition, pp. 83:6-85:18; Plaintiff's Response to Defendant Continental Casualty Company's First Set of Interrogatories, Interrogatory No. 7 ("Plaintiff enacted enhanced cleaning procedures for its facilities and fitness equipment, as well as instituted social distancing procedures.  Plaintiff also instituted stream-lined and contactless check-in procedures for its customers, and, as applicable, installed Plexiglas barriers to protect its staff and customers when they must interact. Plaintiff memorialized many of these new procedures and protocols in its updated policies and guidelines, which Plaintiff intends to produce.").

[58] 24HF_Production_0003406; Plaintiff's Response to Defendant Continental Casualty Company's First Set of Interrogatories, Interrogatory No. 19 ("[C]overed locations were first closed on March 16, 2020 and were reopened on a case-by-case basis, and in some cases were closed and then reopened again.").

[59] Starr 30(b)(6) Deposition, p. 83:2-23.

19

sick), is oftentimes unethical and largely infeasible in the presence of a public health emergency, scientists rely on causal criteria to make decisions about disease associations. My conclusions in this case that the actions taken by 24HF to close their clubs were justified as a strategy to stop the ongoing spread and prevent further transmission of COVID-19 in their clubs are based on the following agreed upon causal criteria in the field of epidemiology: consistency, analogy, biological plausibility and coherence. Not all criteria must be met in order to determine the likelihood of an association; however, when multiple criteria are present, the argument for causality is strengthened.

1. Consistency. Public health officials noted multiple cases of COVID-19 in densely populated spaces (e.g., outdoor markets in Asia, social gatherings, worksites). These observations that disease was spreading in densely populated spaces were observed consistently across geographic locations internationally and domestically. Consequently, the decision by 24HF to acknowledge the risks posed by continuing to operate densely populated clubs and shut down was reasonable based on the causal criteria of consistency.

2. Analogy. Business shutdowns in the U.S. were based both on consistency and on the causal criteria of analogy. Throughout history, one of the first responses to a communicable disease outbreak is to decrease the risk of exposure to the virus by removing the disease vectors (i.e., people) from the setting. Following this principle, cities and municipalities in Asia and Europe closed businesses and public spaces. Consequently, when the disease was identified in U.S. cities and businesses closed their doors to slow the spread and "flatten the curve," this reflected the presence of infection in the population. These same disease mitigation strategies were undertaken during the initial SARS outbreak in 2003 and during the Ebola outbreaks in West Africa in 2014. Again, the decision by 24HF to shut down its business operations followed the principle of analogy that by de-densifying public settings, they could curtail ongoing spread and reduce the likelihood of further disease spreading in its clubs.

3. Biological Plausibility. That COVID-19 was spreading through person-to-person transmission was biologically plausible given the similarity of the SARS-CoV-2 virus to other respiratory viruses that cause the common cold, influenza and the initial SARS virus. Small virus particles are propelled through ordinary respiration (breathing) and propelled even further with vigorous respiration including exercising, coughing and sneezing. These viral particles are inhaled by people and animals breathing within the same geographic unit of space. Theoretically, if these viral particles remain alive on surfaces, they can additionally infect individuals who touch these surfaces and transfer the virus to their own respiratory track through the mouth, nose or even the eyes. Thus, the decision by 24HF to close was based on the biological plausibility that individuals inside their clubs were spreading the SARS-CoV-2 virus that causes COVID-19 by breathing together in close proximity.

4. Coherence. Once the SARS-CoV-2 virus was sequenced and could be studied further, there were experiments conducted to determine how long it could live on surfaces. Based on the observations that it could survive for hours to days (depending on the surface), scientists applied the criteria of coherence between laboratory and epidemiological evidence to suggest surface cleaning as a route of transmission. Unfortunately, however, it would have been impossible for 24HF to determine which surfaces in a given fitness

20

club were affected by SARS-CoV-2 and apply cleaning strategies alone to reduce transmission. Consequently, other mitigation strategies including shutdowns were more effective and the best possible decision at the time and in hindsight.

Much attention early on in the pandemic involved cleaning as a strategy to reduce transmission from surface to individual. A report in June 2020 indicated that the virus could remain alive for days on surfaces, and this sustained the commitment towards cleaning as a public health prevention strategy.[60] Whether or not surfaces containing the virus could readily be identified and subject to being cleaned, and what cleaning methods are appropriate, the CDC subsequently reported that surface transmission (i.e., "fomite") is not the sole source of infection.[61] Instead, eliminating or decreasing the density of patrons breathing near one another indoors is the most effective strategy to prevent transmission. The closure of 24HF's facilities in March 2020 appropriately and presciently adhered to best practices to prevent transmission that have continued to evolve but maintain that the central focus should be reducing opportunities for people to congregate indoors given airborne infectivity.

Tracking asymptomatic spread of the illness also was not possible in 2020 because there was limited testing capacity. However, asymptomatic and minimally symptomatic spread had been observed in other settings (Germany) and is highly likely to occur in someone feeling well enough to exercise.[62] The tests that were available were reserved for symptomatic individuals who presented in a hospital setting or individuals who had known exposures to a positive case. This scenario is very different than it is now in 2022, and even when sports leagues reopened in the summer and fall of 2020, repeated serial testing of asymptomatic persons was possible. Around that same time, there was considerable debate about the plausibility of asymptomatic spread within the CDC and WHO, who argued that prodromal or "pre-symptomatic" spread was more likely than asymptomatic spread. There was general agreement that an individual could still transmit the virus even if they were not actively showing symptoms but fell in the "prodromal" stage before symptoms appeared.

As indicated above, in my professional opinion, it was in 2020, and is today, reasonable for 24HF to conclude that COVID-19 was actually present and spread at all of its locations in March 2020. The decision by 24HF to close its locations for the reasons summarized was also reasonable and appropriate. Fitness clubs are high-exposure locations, where individuals congregate for longer periods in close quarters and undoubtedly release respiratory particles when exerting themselves during physical activities. The clientele attending exercise facilities, like 24HF club members, were at uniquely high risk of continuing to spread and contract SARS-CoV-2 because exercising

---

[60] van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, Tamin A, Harcourt JL, Thornburg NJ, Gerber SI, Lloyd-Smith JO, de Wit E, Munster VJ. Aerosol and Surface Stability of SARS-CoV-2 as Compared with SARS-CoV-1. *N Engl J Med.* Apr 16 2020;382(16):1564-1567.
[61] Meyerowitz EA, Richterman A, Gandhi RT, Sax PE. Transmission of SARS-CoV-2: A Review of Viral, Host, and Environmental Factors. *Ann Intern Med.* Jan 2021;174(1):69-79; Kampf G, Bruggemann Y, Kaba HEJ, Steinmann J, Pfaender S, Scheithauer S, Steinmann E. Potential sources, modes of transmission and effectiveness of prevention measures against SARS-CoV-2. *J Hosp Infect.* Dec 2020;106(4):678-697; Centers for Disease Control and Prevention. Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments. Accessed August 10, 2022. https://www.cdc.gov/coronavirus/2019-ncov/more/science-and-research/surface-transmission.html.
[62] Rothe C, Schunk M, Sothmann P, Bretzel G, Froeschl G, Wallrauch C, Zimmer T, Thiel V, Janke C, Guggemos W, Seilmaier M, Drosten C, Vollmar P, Zwirglmaier K, Zange S, Wolfel R, Hoelscher M. Transmission of 2019-nCoV Infection from an Asymptomatic Contact in Germany. *N Engl J Med.* Mar 5 2020;382(10):970-971.

21

requires deep inhalation and exhalation to achieve adequate oxygen to perform. Exhalation by infected individuals and subsequent inhalation by uninfected individuals is the scientifically agreed upon primary route of transmission of SARS-CoV-2.

Further, due to the fact that individuals with the common cold, flu and other respiratory illnesses undoubtedly visited each 24HF location during the cold and flu season, it would have been untenable for 24HF to stay open as discussed. Surface cleaning would have been ineffective because there were too many surfaces to disinfect and no ability to determine which surfaces had SARS-CoV-2 on them. In the absence of available testing, it would have been impossible to discern infection from SARS-CoV-2 from the many common illnesses circulating at this time of year. Given that the average individual experiences 2-3 colds per year, there would have been many people with respiratory illnesses frequenting 24HF clubs during the winter and spring of 2020. To remain open would have run the risk of spreading SARS-CoV-2, particularly since most fitness centers were located in municipalities where community rates of COVID-19 were rising at a near exponential rate during that time.

24HF locations generally were in urban and suburban settings, in the vicinity of hospitals and other high-risk locations, with high rates of illness from COVID-19 and other respiratory illnesses present (**Figure 3**). Additionally, the facilities in those locations were highly trafficked. **Table 2** summarizes the average number of guests, workouts and personal training sessions accessed between January and March 2020. As reported to me by the company, members spend on average 40 minutes per session exercising. The volume of patrons and the time spent inside the clubs support 24HF's conclusion that COVID-19 was present and spreading at each of the 24HF locations up until the time the company decided to close in March 2020. In addition, there is no doubt that individuals with unspecified respiratory illnesses were present and these individuals had to be considered as having COVID-19. Without taking steps to close the clubs, it is reasonable to presume that COVID-19 would have continued to be present and spread, notwithstanding whatever cleaning regimen the company could have utilized. This is further evidenced by the fact that in some jurisdictions clubs were allowed to reopen but then were ordered to be closed again after a relatively short time period due to the continued re-introduction and spread of the virus.

Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1134 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

# Exhibit A
# Curriculum Vitae for
# Mercedes R. Carnethon,
# Ph.D.

**Exhibit 62 to Plaintiff's Appendix of Evidence**     **Page 1135 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

October 6, 2022

# Mercedes R. Carnethon, Ph.D., FAHA

Business Address:        680 N Lake Shore Drive, Suite 1400
                         Chicago, IL 60611

Business Phone:          (312) 503-4479
Email:                   carnethon@northwestern.edu

## EDUCATION

| Date Awarded | Institution (Location) | Degree | Discipline |
|---|---|---|---|
| June 1996 | Stanford University (Palo Alto, CA) | A.B. (w/ honors) | Human Biology |
| Dec 1998 | University of North Carolina at Chapel Hill (Chapel Hill, NC) | MSPH | Epidemiology |
| Dec 2000 | University of North Carolina at Chapel Hill (Chapel Hill, NC) | Ph.D. | Epidemiology |

## TRAINING

### Postdoctoral Training

| Dates | Institution (Location) | Title | Field |
|---|---|---|---|
| **2000-2002** | Stanford University School of Medicine, Stanford Prevention Research Center (Palo Alto, CA) | Postdoctoral Fellow | Cardiovascular Disease Epidemiology and Prevention |

### Leadership Training

| Dates | Institution |
|---|---|
| 2007-2008 | Management Skills for Innovative University Leaders by the Kellogg School of Management at Northwestern University |
| 2013-2014 | Executive Leadership in Academic Medicine (ELAM), Drexel University College of Medicine |
| 2015-2016 | Committee on Institutional Cooperation (now BIG Ten Academic Alliance) Academic Leadership Program |

## LICENSURE / CERTIFICATION
N/A

## ACADEMIC APPOINTMENTS

| Dates | Title | Institution | Department |
|---|---|---|---|
| **2019** | Professor | Feinberg School of Medicine, Northwestern University | Medicine (Pulmonology and Critical Care) |
| **2018** | Mary Harris Thompson (endowed professorship) | | Preventive Medicine |
| **2018** | Professor | Feinberg School of Medicine, Northwestern University | Preventive Medicine |
| **2010-2018** | Associate Professor | Feinberg School of Medicine, Northwestern University | Preventive Medicine |
| **2002-2010** | Assistant Professor | Feinberg School of Medicine, Northwestern University | Preventive Medicine |

### Administrative appointments

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1136 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

| 2009-2013 | Director, Master of Science in Epidemiology and Biostatistics, Program in Public Health, Feinberg School of Medicine, Northwestern University |
| 2010-2014 | Associate Chair for Faculty Development and Mentoring, Department of Preventive Medicine, Feinberg School of Medicine, Northwestern University |
| 2012-2019 | Director, Division of Epidemiology, Department of Preventive Medicine, Feinberg School of Medicine, Northwestern University |
| 2014-Present | Vice Chair, Department of Preventive Medicine |
| 2020-Present | Co-Director, Center on Education and Career Development, Northwestern University Clinical and Translational Sciences (NUCATS) Institute |

## HONORS AND AWARDS

### A. Elected Society Memberships

| 2001 | Delta Omega, the Honorary Public Health Society, University of North Carolina at Chapel Hill School of Public Health, Theta Chapter |
| 2006 | American Heart Association (AHA) Council on Epidemiology and Prevention and Council on Lifestyle Medicine (FAHA) |
| 2012 | Fellow, Institute of Medicine Chicago (IOM-Chicago) |

### B. International/National/Regional

| 2002 | Finalist, Jeremiah and Rose Stamler Award for New Investigators at the American Heart Association Council on Epidemiology Annual Meeting, Honolulu HI |
| 2002 | First prize poster, Society for Epidemiologic Research Annual Meeting, Palm Desert, CA |
| 2008 | Kaiser Permanente Division of Research Outstanding Paper Award: "A 20 Year Prospective Study of Childbearing and Incidence of Diabetes in Young Women:  CARDIA" Published in Diabetes. Lead author: Erica P. Gunderson (Role = Co-author) |
| 2011 | Special Recognition Award, Council on Epidemiology and Prevention, American Heart Association, Scientific Sessions 2011 |
| 2022 | Commencement keynote speaker at the University of Pittsburgh Institute for Clinical Research and Education graduation ceremony |

### C. University

| 1996 | Graduation speaker, Program in Human Biology, Stanford University |
| 2001 | Katherine McCormick Fund for women, Stanford University School of Medicine, Travel Award |
| 2014 | Outstanding Service Award, The Graduate School, Northwestern University |
| 2018 | Feinberg School of Medicine, Faculty Mentor of the Year |

## INSTITUTIONAL SERVICE (Committees, Councils, Task Forces)

### A. University

| 2007-2009 | One Northwestern, Faculty Committee |
| 2010-2011 | Search Committee for Dean of Feinberg School of Medicine, Northwestern University |
| 2011-2013 | University Diversity Council, Committee on Faculty Recruitment (Co-Chair) |
| 2012-2013 | Search Committee for Chair of Neurosurgery |
| 2014-2015 | Search Committee for Chair of Pediatrics |
| 2016 | Search Committee for Director of the Institute for Public Health and Medicine |
| 2013-2018 | University Diversity Council |
| 2015-2019 | Excellence in Diversity Committee |
| 2015-2017 | Faculty Mentoring Initiative Committee |
| 2016-2017 | Search Committee for Chair of Pediatric Psychiatry |
| 2016-Present | Provost's Council on Women |
| 2016-2018 | Provost's Council on Women, Subcommittee Chair Faculty Development and Mentoring |

Page | 2

| 2020 | Search Committee for Chair of Pediatrics |
| 2022 | Search Committee for the Chair of the Department of Medical Social Sciences |

**B. School**

| 2003– 2004 | Liaison Committee on Medical Education, Faculty Committee. Medical school accreditation committee. |
| 2005-2008 | Obesity Research Center Initiative Steering Committee |
| 2012- Present | Mentor training workshop facilitator, Northwestern University Clinical and Translational Science Institute |
| 2013- 2014 | Program Lead, Program on Epidemiologic Approaches to Behavior Change, Center for Behavior and Health, Institute for Public Health and Medicine |
| 2014- 2016 | Steering Committee Patient Centered Outcomes Training Award, Department of Medical Social Sciences (MSS) |
| 2014- Present | Steering Committee KL2 (junior faculty) and TL1 (postdoctoral fellow) award, Northwestern University Clinical and Translational Science (NUCATS) Institute |
| 2015- Present | Steering Committee Office of Diversity and Inclusion |
| 2016 | Grant Review NUCATS KL2 Awards |
| 2017 | Grant reviewer, Institute for Public Health and Medicine (IPHAM) Center for Bioethics |
| 2017 | Vascular Surgery Postdoctoral Training Program, Steering Committee |
| 2018- Present | Steering Committee, NW University Program in Endocrinology, Diabetes and Hormone Action (T32 DK007169, PI: Bass) |
| 2018-Present | General Internal Medicine Fellowship, Leadership Committee |
| 2018-2019 | Task Force on Diversity Recruiting, Hiring and Promotions |
| 2018-2019 | Appointments Promotion and Tenure Committee Feinberg School of Medicine |
| 2020-Present | Associate Chair, Appointments, Promotion and Tenure Committee, Feinberg School of Medicine |

**C. Department**

| 2002 –2004 | Masters of Public Health Program, Curriculum Committee |
| 2002 –2004 | Masters of Public Health Program, Diversity Committee |
| 2004 –2008 | Masters of Public Health Program, Diversity Committee (Chair) |
| 2006 –2009 | Masters of Public Health Program, Delta Omega Honorary Public Health Society, Beta Eta Chapter (Secretary) |
| 2006 –2009 | Masters of Science in Epidemiology and Biostatistics Advisory Committee |
| 2009 - Present | Program in Public Health Diversity Committee (Member) |
| 2009 -2011 | Program in Public Health Curriculum Committee (Chair) |
| 2009-Present | Program in Public Health, Delta Omega Honorary Public Health Society, Beta Eta Chapter (Secretary) |
| 2018- | Internal Advisory Committee, Multidisciplinary Training Program in Digital Mental Health (T32 MH115882 PI: Mohr) |
| 2019- | Department Wellness Committee |

**PUBLIC/COMMUNITY SERVICE**

| 2012- Present | Steering Committee, Northwestern Medicine Scholars Partnership with George Westinghouse High School |
| 2012 | Program Co-Chair, Summer Cardiology Curriculum for Northwestern Medicine Scholars |
| 2016 | Program Chair, Summer Public Health Advocacy Curriculum for Northwestern Medicine Scholars Partnership |
| 2017-2019 | Youth T-Ball Coach, Hyde Park Kenwood Legends |
| 2019- | Assistant Coach, Track and Field, the Frances Xavier Warde School |

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1138 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

2020-2022   Health Task Team Member, The Frances Xavier Warde School

## PARTICIPATION IN PROFESSIONAL SOCIETIES AND EXTRAMURAL ORGANIZATIONS

### A. Professional Society Memberships

| | |
|---|---|
| 2003 - 2008 | Epidemiology Liaison, AHA Council on Nutrition, Physical Activity and Metabolism, Committee on Nutrition |
| 2003 - 2006 | AHA Council on NPAM representative, Industry Nutrition Advisory Panel (Member) |
| 2003 - 2009 | American Heart Association, Council on Epidemiology and Prevention, Committee on Minorities |
| 2005 - 2007 | American Diabetes Association Spring Program Committee Council on Epidemiology and Statistics |
| 2008 - 2010 | AHA Council on Epidemiology and Prevention Statistics Committee |
| 2009 - 2011 | AHA Science Advisory Coordinating Committee |
| 2009 - 2011 | AHA Executive Database Steering Committee |
| 2006 - 2011 | AHA Council on Epidemiology and Prevention Leadership Committee |
| 2010 - 2011 | AHA Committee for Scientific Sessions Program |
| 2010 - 2013 | National Institutes of Health (NIH), Sleep Disorders Research Advisory Board Member |
| 2011 - 2012 | AHA Research Committee |
| 2011- 2016 | AHA Midwest Research Council |
| 2011 - 2015 | AHA Council on Nutrition, Physical Activity and Metabolism, Physical Activity Committee |
| 2011 - 2013 | AHA Council on Nutrition, Physical Activity and Metabolism, Leadership Committee |
| 2012 – Present | Sleep Medicine Society, Associated Professional Sleep Societies |
| 2014 – 2015 | American Association of Medical Colleges (AAMC), Planning Committee for Minority Midcareer Faculty Development Workshop |
| 2014- 2016 | AHA Mission Metrics Committee |
| 2014- 2016 | AHA Worksite Wellness Steering Committee |
| 2015- 2016 | AHA Diversity Leadership Committee |
| 2014- 2017 | AAMC Planning Committee for the Early Career Faculty Development Workshop |
| 2014- Present | AHA Strategically Focused Research Network Steering Committee |
| 2015- 2019 | AHA Council on Epidemiology and Prevention, Nominating Committee |
| 2016- 2018 | AHA Council on Epidemiology and Lifestyle, Lifelong Learning Program Committee |
| 2016- 2018 | AHA Research Committee, Funding Subcommittee |
| 2018- Present | AHA Women in Science and Medicine Task Force |
| 2017- Present | AHA Council on Lifestyle, Obesity Subcommittee |
| 2019- 2020 | AHA Diversity Research Pipeline Task Force |
| 2019- Present | Chicago Metropolitan Board of the American Heart Association |
| 2021- | Member, NHLBI Board of Scientific Counselors |

### B. Leadership and Service (leadership positions held, committee service, etc.)

| | |
|---|---|
| 2006 - 2008 | Vice Chair, AHA Interdisciplinary Council on Prevention |
| 2007 - 2010 | Chair, Physical Activity/Anthropometry Committee, HCHS/SOL |
| 2008 - 2011 | Chair, AHA Interdisciplinary Council on Prevention |
| 2008 - 2011 | Chair, AHA Council on Epidemiology and Prevention Publishing Committee |
| 2009 - 2016 | Co-Chair, Diabetes and Obesity working group, CARDIA Study |
| 2016- 2018 | Observational Studies Monitoring Board, SEARCH for Diabetes in Youth Study, NIDDK |
| 2018- 2019 | Chairperson, Observational Studies Monitoring Board, SEARCH for Diabetes in Youth Study |
| 2013 - 2018 | Co-Chair Diabetes and Obesity Working Group, Jackson Heart Study |
| 2019- 2021 | Vice Chair, AHA Council on Lifestyle, Obesity Subcommittee |
| 2021- | Chair, AHA Council on Lifestyle, Obesity Subcommittee |
| 2022- | Board President, Chicago Metropolitan Board of the American Heart Association |
| 2022- | Vice Chair, AHA Council on Epidemiology and Prevention |

Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1139 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

**C. Other Professional Service**

| | |
|---|---|
| 2012- Present | External Advisory Board, Cardiovascular Epidemiology Training Grant (T32HL007055 PI: Rosamond) |
| 2017- Present | External Advisory Board, Cardiovascular Disease Epidemiology & Prevention (T32HL007779 PI: Folsom) |
| 2018 | NIH/NHLBI Workshop to Promote Diversity Training and Initiatives, Invited Speaker |
| 2018 | External Evaluation Panel, Treatment Options for type 2 Diabetes in Adolescents and Young Adults (TODAY) Study |
| 2020 | NIH/NHLBI Search Committee for the Director of the Jackson Heart Study |
| 2021 | NIH/NEI Ad Hoc Review for Intramural Faculty |

**EDITORIAL AND MANUSCRIPT REVIEW RESPONSIBILITIES**
*Editorial Responsibilities*

| | |
|---|---|
| 2014 | Associate Editor, *Current Nutrition Reports* |
| 2011 - 2016 | Guest Editor, *Circulation: Journal of the American Heart Association* |
| 2016 – 2017 | Editorial Board (Associate Editor), *Circulation: Journal of the American Heart Association* |
| 2019- | Associate Editor, *Circulation: Journal of the American Heart Association* |
| 2020- | Guest Editor-in-Chief, *Circulation*. Special Issue on Disparities in Cardiovascular Diseases |
| 2022- | Guest Editor-in-Chief, Circulation. Special issue on heart disease in women |

*Ad Hoc Manuscript Review*

American Journal of Epidemiology; American Journal of Cardiology; American Journal of Preventive Medicine; Journal of Human Hypertension; Annals of Epidemiology; Annals of Internal Medicine; Archives of Internal Medicine/ JAMA-Internal Medicine; Circulation; Diabetes; Diabetes Care; Diabetologia; Health Education Research; Journal of Adolescent Health; Journal of the American College of Cardiology; Journal of the American Medical Association (JAMA); Obesity; Obesity Research; Psychosomatic Medicine; Journal of Diabetes; New England Journal of Medicine; Journal of Physical Activity and Public Health; JAMA-Cardiology; Journal of Sleep Medicine; Journal of Diabetes Complications; PLOS One; Sleep Health; Sleep Medicine; Sleep; Frontiers in Public Health

**GRANT REVIEW RESPONSIBILITIES**

| | |
|---|---|
| 2004 | Canadian Foundation for Innovation (ad hoc review) |
| 2006 | South African Foundation for Medical Research (ad hoc review) |
| 2006 | Yale University Clinical Research Grant Programs (ad hoc review) |
| 2007 | National Heart Lung and Blood Institute/National Institutes of Health (NHLBI/NIH) Special Contract Review |
| 2009 | NIH American Re-investment and Recovery Act (ARRA) Grant Review (Stage 1 review) |
| 2010 | NIH/Center for Scientific Review (CSR) Kidney, Nutrition, Obesity and Diabetes/ Cardiovascular and Sleep Epidemiology Conflict Special Emphasis Panel (February) |
| 2010 | Kidney Nutrition Obesity and Diabetes, at-large member (June 2010) |
| 2010-2014 | AHA Grant Review, Genomics Translational Biology and Observational Epidemiology (GTOE) Review Panel, member |
| 2014 | AHA Grant Review, GTOE Review Panel, Co-Chair of Review Panel |
| 2014-2018 | NIH Center for Scientific Review, Kidney Nutrition Obesity and Diabetes (KNOD), standing member |
| 2015-2017 | NIH/NHLBI Sponsored Mentored Career Development Awards to Promote Diversity, Ad hoc review in 2015 (July), 2017 (March and July) |
| 2018-2019 | NIH Center for Scientific Review Kidney Nutrition Obesity and Diabetes (KNOD), Chairperson |
| 2020 | NIH Special Emphasis Panel Disparities Elimination through Coordinated Interventions to Prevent and Control heart and Lung Disease Risk (DECIPHER) |

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1140 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

2020        Centers for Disease Control and Prevention DP20-002 Natural Experiments of the Impact of Population-
            targeted Policies to Prevent Type 2 Diabetes and Diabetes Complications
2021        Mobile technology interventions to reduce disparities, Ad Hoc Review NIH, Chairperson

**GRANT AWARDS**
   **A.  Current**

               **Agency:**  NIH/NHLBI
                 **ID#:**  1R01HL125423-01A1
                 **Title:**  ***Determinants and Cardiovascular Consequences of Disparities in Sleep and Circadian Rhythms between black and white adults***
**Principal Investigator:**  Carnethon, M (contact)/ Knutson KL
     **Role on project:**  MPI
       **Percent effort:**  20%
      **Project period:**  08/01/2020-03/31/2024

               **Agency:**  NIH/ NHLBI
                 **ID#:**  U01HL146408
                 **Title:**  ***The American Lung Association (ALA) Lung Health Cohort***
**Principal Investigator:**  Kalhan R (contact), Washko G, **Carnethon M** and Sugar E
     **Role on project:**  MPI
       **Percent effort:**  15%
      **Project period:**  06/17/2019- 03/31/2025

               **Agency:**  NIH/ NIA
                 **ID#:**  R01AG059291
                 **Title:**  ***Disparities in Sleep and Cognitive function in Older Adults (DISCO): An Epidemiologic Study***
**Principal Investigator:**  Knutson KL (contact) and **Carnethon MR**
     **Role on project:**  MPI
       **Percent effort:**  15%
      **Project period:**  04/01/2019- 03/31/2023

                 **ID#:**  R01MD011570-03
               **Agency:**  NIH/NIMHD
                 **Title:**  ***ELLAS: Environment, Leiomyomas, Latinas and Adiposity Study***
**Principal Investigator:**  Marsh, E
     **Role on project:**  Consortium PI
       **Percent effort:**  5%
      **Project period:**  02/01/17-01/31/22 (in NCE)

               **Agency:**  NIH/NHLBI
                 **ID#:**  HHSN268201500003I
                 **Title:**  ***Multi-Ethnic Study of Atherosclerosis (MESA): Field Center***
**Principal Investigator:**  McClellon, R/ Allen N
     **Role on project:**  Co-investigator
       **Percent effort:**  5%
      **Project period:**  08/15/15 – 08/14/23

               **Agency:**  NIH/NHLBI

**Exhibit 62 to Plaintiff's Appendix of Evidence**     **Page 1141 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

|                        |                                                                                                                                                                              |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **ID#:**               | HHSN268201800003I                                                                                                                                                            |
| **Title:**             | *Coronary Artery Risk Development in Young Adults (CARDIA) Study – Chicago Field Center*                                                                                       |
| **Principal Investigator:** | Lloyd-Jones, D (contact) and **Carnethon M**                                                                                                                             |
| **Role on project:**   | MPI                                                                                                                                                                           |
| **Percent effort:**    | 10%                                                                                                                                                                           |
| **Project period:**    | 07/01/18 – 06/30/23                                                                                                                                                           |

|                        |                                                                                                                                                                              |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/NHLBI                                                                                                                                                                     |
| **ID#:**               | 1R01HL149866                                                                                                                                                                  |
| **Title:**             | *Cardiovascular Health Associations with Minority Stress: Biobehavioral Evaluations and Reported Sociopsychological outcomes by SOGI status (CHAMBERS)*                      |
| **Principal Investigator:** | Beach, L.                                                                                                                                                                |
| **Role on project:**   | Co-Investigator                                                                                                                                                              |
| **Percent effort:**    | 1%                                                                                                                                                                           |
| **Project period:**    | 07/01/2020-06/31/2025                                                                                                                                                         |

|                        |                                                                                                                                                                              |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | American Lung Association                                                                                                                                                     |
| **ID#:**               | N/A                                                                                                                                                                          |
| **Title:**             | *COVID-19 in Young Adults in the Lung Health Cohort*                                                                                                                         |
| **Principal Investigator:** | Kalhan, R                                                                                                                                                                |
| **Role on project:**   | Co-Investigator                                                                                                                                                              |
| **Percent effort:**    | 1%                                                                                                                                                                           |
| **Project period:**    | 12/01/20-12/31/23                                                                                                                                                             |

|                        |                                                                                                                                                                              |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/NHLBI                                                                                                                                                                     |
| **ID#:**               | 1R01HL149796                                                                                                                                                                  |
| **Title:**             | *Young Adult and Midlife Transitions in Physical Activity and Sedentary Behavior with Heart Failure Risk and Progression: Coronary Artery Risk Development in Young Adults*  |
| **Principal Investigator:** | Gabriel, KP                                                                                                                                                              |
| **Role on project:**   | Co-Investigator/Subcontract PI                                                                                                                                               |
| **Percent effort:**    | 5%                                                                                                                                                                           |
| **Project period:**    | 07/01/2020-06/31/2024                                                                                                                                                         |

*Training Grants and Mentoring Awards*

|                        |                                                                                                                                                                              |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/ National Center for Advancing Translational Sciences                                                                                                                   |
| **ID#:**               | 5UL1TR001422                                                                                                                                                                  |
| **Title:**             | *Northwestern University Clinical and Translational Science Institute (NUCATS)*                                                                                              |
| **Principal Investigator:** | D'Aquilla, R                                                                                                                                                             |
| **Role on project:**   | Co-Director Center for Education and Career Development                                                                                                                      |
| **Percent effort:**    | 15%                                                                                                                                                                          |
| **Project period:**    | 09/01/19-08/31/24                                                                                                                                                            |

|                        |                                                                                                                                                                              |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/ NHLBI                                                                                                                                                                    |
| **ID#:**               | T32HL069771                                                                                                                                                                  |
| **Title:**             | *Research Training in CVD Epidemiology and Prevention*                                                                                                                       |
| **Principal Investigator:** | **Carnethon MR**                                                                                                                                                         |

**Role on project:** PI
**Percent effort:** 10% (Cost Share)
**Project period:** 02/01/2019-1/31/2024

**Agency:** NIH/ NHLBI
**ID#:** K01 HL147995
**Title:** ***ACHIP-ACES and Cardiometabolic Health in Pediatrics: Using a Coping and Stress Reduction Intervention to Reduce Cardiometabolic Risk in Adolescents with Adversity***
**Principal Investigator:** Heard-Garris, Nia
**Role on project:** Secondary Mentor
**Percent effort:** 5% (No salary support)
**Project period:** 07/1/2019 – 06/30/2024

**Agency:** NIH/ NHLBI
**ID#:** K01HL145345
**Title:** ***Quantifying compliance to the new 2017 hypertension guidelines and investigating the association between guideline compliance and patients' trajectory of blood pressure***
**Principal Investigator:** Tedla, Yacob
**Role on project:** Secondary Mentor
**Percent effort:** 5% (No salary support)
**Project period:** 02/01/2020- 01/31/24

**Agency:** NIH/NHLBI
**ID#:** 1K01HL152009
**Title:** ***Predicting risk of cardiotoxicity among young and emerging adult breast cancer patients from treatment to survivorship***
**Principal Investigator:** Hibler, E.
**Role on project:** Primary Mentor
**Percent effort:** 5%
**Project period:** 04/01/2020-03/31/2025

**Agency:** NIH/NHLBI
**ID#:** K01HL149987
**Title:** ***Developing an intervention targeting sleep disturbances among bereaved individuals***
**Principal Investigator:** Chirinos Medina, D
**Role on project:** Primary Mentor
**Percent effort:** 5%
**Project period:** 07/01/2020-06/31/2025

**Agency:** NIH/NIDDK
**ID#:** 2P30DK092949
**Title:** ***Chicago Center for Diabetes Translation Research***
**Principal Investigator:** Chin, Marshall and Ackermann R
**Role on project:** Co-Investigator Pilot & Feasibility Core
**Percent effort:** 1%
**Project period:** 08/01/2021-

**B. Pending**

Page | 8

|                        |                                                                                                                                                            |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/NHLBI                                                                                                                                                   |
| **ID#:**               |                                                                                                                                                            |
| **Title:**             | ***Association of obesity and nutrition on lung health: Lung Health Cohort***                                                                               |
| **Principal Investigator:** | Bose, Sonali and Hanson, Corrine (MPIs)                                                                                                                 |
| **Role on project:**   | Co-Investigator                                                                                                                                             |
| **Percent effort:**    | 5%                                                                                                                                                          |
| **Project period:**    | 12/01/2022-11/30/2026                                                                                                                                        |

|                        |                                                                                                                                                            |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/NHLBI                                                                                                                                                   |
| **ID#:**               | K99HL168338A                                                                                                                                                |
| **Title:**             | ***Developing, Validating and Implementing an Epidemiological Instrument to Assess the Effect of Resistance Training on Measures of Cardiometabolic Disease*** |
| **Principal Investigator:** | Booker, Robert                                                                                                                                           |
| **Role on project:**   | Primary Mentor                                                                                                                                              |
| **Percent effort:**    | 5%                                                                                                                                                          |
| **Project period:**    | 12/01/2022-11/30/2026                                                                                                                                        |

## C. Past

|                        |                                                                                                                                                            |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/NHLBI                                                                                                                                                   |
| **ID#:**               |                                                                                                                                                            |
| **Title:**             | ***Third Coast HIV-related Heart, Lung, Blood, and Sleep K12 Scholars Program: TC-HLBS K12***                                                               |
| **Principal Investigator:** | Schneider J and Ardehalli H                                                                                                                              |
| **Role on project:**   | Executive Committee/Mentor                                                                                                                                  |
| **Percent effort:**    | 5%                                                                                                                                                          |
| **Project period:**    | 08/01/2018-7/30/2022                                                                                                                                         |

|                        |                                                                                                                                                            |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/NICHD                                                                                                                                                   |
| **ID#:**               | R01HD088638                                                                                                                                                 |
| **Title:**             | ***Study of Ovarian Aging and Reserve in Young Women (SOAR)***                                                                                              |
| **Principal Investigator:** | Marsh, E                                                                                                                                                 |
| **Role on project:**   | Consortium PI                                                                                                                                               |
| **Percent effort:**    | 5%                                                                                                                                                          |
| **Project period:**    | 02/01/17-01/31/22 (in NCE)                                                                                                                                   |

|                        |                                                                                                                                                            |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | AHA                                                                                                                                                         |
| **ID#:**               |                                                                                                                                                            |
| **Title:**             | ***Northwestern University Strategically Focused Vascular Disease Research Network***                                                                       |
| **Principal Investigator:** | McDermott, M                                                                                                                                             |
| **Role on project:**   | Training Director                                                                                                                                           |
| **Percent effort:**    | 5% (Cost Share)                                                                                                                                             |
| **Project period:**    | 04/01/2018 – 03/31/2022                                                                                                                                      |

|                        |                                                                                                                                                            |
|------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Agency:**            | NIH/NIDDK                                                                                                                                                   |
| **ID#:**               | P30                                                                                                                                                         |
| **Title:**             | ***George M. O'Brien Kidney Core Center at Northwestern***                                                                                                  |
| **Principal Investigator:** | Quaggin, S                                                                                                                                               |
| **Role on project:**   | Co-Investigator                                                                                                                                             |
| **Percent effort:**    | 4%                                                                                                                                                          |

**Project period:**    08/01/2018-


**Agency:**    NIH/ NHLBI
**ID#:**
**Title:**    *Depressive Symptom Presentation and Course, Cardiovascular Events and Mortality in the Coronary Artery Risk Development in Young Adults Study*
**Principal Investigator:**    Chirinos Medina, Diana
**Role on project:**    Primary Mentor
**Percent effort:**    5% (No salary support)
**Project period:**    02/01/2019- 01/31/21


**Agency:**    NIH/NIDDK
**ID#:**    2R01DK081371-06
**Title:**    *Strength Training Regimen fOr Normal weiGht Diabetics (STRONG-D)*
**Principal Investigator:**    Palaniappan, L
**Role on project:**    Consultant
**Project period:**    04/15/2014 -  04/14/2019 NCE


**Agency:**    NIH/NIDDK
**ID#:**    R01 DK106201-01
**Title:**    *Pregnancy-Related Risk Factors and Glucose Intolerance in Women during Midlife*
**Principal Investigator:**    Gunderson, E
**Role on project:**    Consortium PI
**Percent effort:**    2%
**Project period:**    06/01/15 – 06/30/20


**Agency:**    American Heart Association
**ID#:**    15SFDRN25080331
**Title:**    *Phosphate and FGF 23: Dietary and Molecular Mediators of Health disparities in Cardiovascular and Kidney diseases*
**Principal Investigator:**    Wolf M and **Carnethon M**
**Role on project:**    Consortium PI/ Center Director
**Percent effort:**    10%
**Project period:**    06/01/15 – 05 /31/19


**Agency:**    NIH/ NHLBI
**ID#:**    K01 HL133531
**Title:**    *A Systems Science Approach to Understanding Racial/Ethnic Disparities in Obesit*y
**Principal Investigator:**    Kershaw, K
**Role on project:**    Primary Mentor
**Percent effort:**    5% (No salary support)
**Project period:**    08/15/2016 – 05/31/2020


**Agency:**    American Heart Association
**ID#:**    15SFDRN25550149
**Title:**    *Contribution of Fibroblast Growth Factor 23 (FGF23) to Racial Disparities in Left Ventricular Mass and Albumin/Creatinine Ratio*
**Principal Investigator:**    Carnethon, M
**Percent effort:**    20%

Page | 10

**Exhibit 62 to Plaintiff's Appendix of Evidence        Page 1145 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment**

**Project period:**  06/01/15 – 05/31/2020

**Agency:**  NIH/NHLBI
**ID#:**  1R56HL125423-01A1
**Title:**  *10-Year Changes on Objective-Measured Physical Activity and Sedentary Behavior in the CARDIA Cohort*
**Principal Investigator:**  Sidney, S/ Gabriel K
**Role on project:**  Consortium PI
**Percent effort:**  2%
**Project period:**  09/15/15-08/31/17

**Agency:**  NIH/NIDDK
**ID#:**  1 R21 DK112066-01
**Title:**  *Improving Diabetes Risk Assessment and Screening in Minority-Predominant Community Health Center Patients*
**Principal Investigator:**  O'Brien M
**Role on project:**  Co-investigator
**Percent effort:**  5%
**Project period:**  09/20/16 – 08/31/18

**Agency:**  NIH/NHLBI
**ID#:**  HHSN26820130047C
**Title:**  *Jackson Heart Study Field Center*
**Principal Investigator:**  Correa, A
**Role on project:**  Consortium PI
**Percent effort:**  10%
**Project period:**  08/16/13 – 8/12/18 (NCE)

**Agency:**  NIH/NHLBI
**ID#:**  HHSN268201300027C
**Title:**  *Coronary Artery Risk Development in Young Adults (CARDIA) Study – Chicago Field Center*
**Principal Investigator:**  Lloyd-Jones, D
**Role on project:**  Co-Principal Investigator
**Percent effort:**  5%
**Project period:**  07/01/13 – 06/30/18

**Agency:**  American Heart Association
**Title:**  *Northwestern University Strategically Focused Prevention Research Network*
**Principal Investigator:**  Greenland P
**Role on project:**  Training Director
**Percent effort:**  10%
**Project period:**  07/01/14 – 06/30/18

**Agency:**  NIH/NHLBI
**ID#:**  1R01HL102130
**Title:**  *Hispanic Community Children's Health, Study of Latino Youth: SOL-Youth*
**Principal Investigator:**  **Carnethon M**/ Isasi C, Bangdiwala S, Delamater A, Ayala G
**Role on project:**  Multiple PI
**Percent effort:**  15%

Exhibit 62 to Plaintiff's Appendix of Evidence        Page 1146 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

**Project period:**    04/01/2011-11/30/2016

**Agency:**    NIH/ NHLBI
**ID#:**    1R01 HL092140-01A2
**Title:**    *Autonomic, Endothelial and Inflammatory Correlates of Sleep Duration*
**Principal Investigator:**    **Carnethon M**
**Percent effort:**    20%
**Project period:**    07/01/2009 – 06/30/2015

**Agency:**    NIH/NIDDK
**ID#:**    1R21DK082903 - 01A1
**Title:**    *Epidemiologic Studies of Type 2 Diabetes in Normal Weight Adults*
**Principal Investigator:**    **Carnethon M**
**Percent effort:**    20%
**Project period:**    7/27/09-6/30/12

**Agency:**    NIH/ NIA
**ID#:**    R56AG05291
**Title:**    *An Epidemiologic Study of Disparities in Sleep and Cognitive Outcomes (DISCO)*
**Principal Investigator:**    Knutson KL/ **Carnethon MR**
**Role on project:**    Multiple PI
**Percent effort:**    15%
**Project period:**    09/15/2018-8/31/2019

**Agency:**    NIH/NHLBI
**ID#:**    R56HL125423-01A1
**Title:**    *10-Year Changes in Objectively-Measured Physical Activity and Sedentary Behavior in the CARDIA Cohort*
**Principal Investigator:**    Sidney S
**Role on project:**    Consortium PI
**Percent effort:**    2%
**Project period:**    9/1/15 – 8/1/17

**Agency:**    NIH/NHLBI
**ID#:**    RC2 HL101649-01
**Title:**    *Ancillary to HCHS/SOL: Sociocultural Factors and CVD risk/prevalence in Hispanics*
**Principal Investigator:**    Gallo L and Penedo F
**Role on project:**    Consortium PI
**Percent effort:**    20%
**Project period:**    9/30/09 – 7/31/12

**Agency:**    NIH/NHLBI
**ID#:**    R01 HL078972-02
**Title:**    *20-Year Changes in Fitness & Cardiovascular Disease Risk*
**Principal Investigator:**    Sidney S
**Role on project:**    Consortium PI
**Percent effort:**    25%
**Project period:**    12/01/2005 – 11/30/2008

**Agency:**    NIH/ NHLBI

**Exhibit 62 to Plaintiff's Appendix of Evidence        Page 1147 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

|  |  |
|---|---|
| **ID#:** | 5 R01 HL078972-03 |
| **Title:** | ***Body Mass & Lung Function: Impact of Physical Activity & Fitness in Young Adults*** |
| **Principal Investigator:** | Sidney S/ Hankinson A |
| **Role on project:** | Consortium PI/ Mentor for Diversity Supplement |
| **Percent effort:** | No salary support |

|  |  |
|---|---|
| **Agency:** | NIH/ NIA |
| **ID#:** | 5 P01 AG011412-11 |
| **Title:** | ***Sleep and Weight Gain in Midlife: An Epidemiologic Study*** |
| **Principal Investigator:** | Van Cauter E/ Liu K |
| **Role on project:** | Co-investigator |
| **Percent effort:** | 5% |
| **Project period:** | 04/01/2003 – 03/31/2009 |

|  |  |
|---|---|
| **Agency:** | Northwestern University Community Engaged Research Center Faculty Development Award |
| **ID#:** | N/A |
| **Title:** | ***Diabetes Care and Control in the Austin Community*** |
| **Principal Investigator:** | **Carnethon M** |
| **Project period:** | 08/01/2011 – 07/30/2012 |

|  |  |
|---|---|
| **Agency:** | Diabetes Action Research and Education Foundation |
| **Title:** | ***Coaching for Control: A Pilot Study of a Medical Student Intervention to Promote Diabetes Self Care in High Risk Settings*** |
| **Principal Investigator:** | **Carnethon M** |
| **Percent effort:** | 1% |
| **Project period:** | 01/01/2013 – 12/31/2013 |

|  |  |
|---|---|
| **Agency:** | NIH/ NHLBI |
| **ID#:** | K01 HL73249-01 |
| **Title:** | ***Autonomic Function in Insulin Resistance and Diabetes*** |
| **Principal Investigator:** | **Carnethon M** |
| **Percent effort:** | 75% |
| **Project period:** | 06/01/2003 – 05/31/2006 |

## INVITED LECTURES

### A. International/National

1. "Evidence for Identifying the Temporal Association between Depression and Diabetes". University of Alabama, Birmingham Obesity Research Seminar Series. April 2006.
2. "Epidemic of Obesity and Diabetes in Children and Adolescents" New York State Diabetes Association. Saratoga Springs, NY. June 2006.
3. "Cardiorespiratory fitness in women". American Heart Association Scientific Sessions. Orlando Florida November 2007.
4. "Physical Activity and CVD—How Much is Enough?" Building Healthy Lifestyles Conference, Arizona State University, Mesa, AZ, February 2008.
5. Depression and Diabetes". to the Community Health Plan of Seattle Behavioral Medicine and Health Conference (Seattle, WA) May 2008
6. Association of Physical Activity and Fitness on the Development of Cardiovascular Disease Risk Factors in Women: CARDIA". Symposium, American College of Sports Medicine Annual Meeting (Seattle, WA) May 2009.

**Exhibit 62 to Plaintiff's Appendix of Evidence      Page 1148 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

7. "Free sources of physical activity data for epidemiologic research" American College of Sports Medicine, Tutorial (Baltimore, MD). June 2010.

8. Epidemiology of type 2 diabetes in normal weight adults." Department of Epidemiology, University of North Carolina at Chapel Hill (Chapel Hill, NC); Department of Health Studies (Winston-Salem NC); Stanford Prevention Research Center (Palo Alto, CA). March 2011.

9. "Risk factors associated with development of normal weight diabetes" America Heart Association Council on Epidemiology and Prevention (Atlanta, GA) March 2011.

10. "Cost effectiveness of workplace wellness programs". European Society for the Prevention of Cardiovascular Disease. (Geneva, Switzerland) April 2011.

11. "Dose-response of physical activity in relation to metabolic disorders" Palo Alto Medical Foundation, Mountain View, CA, October 2011

12. "Building an Innovative Research Career". Department of Epidemiology, Gillings School of Global Public Health, University of North Carolina at Chapel Hill, Chapel Hill, NC December 2011.

13. "Sleep and Cardiovascular Disease: An Understudied Risk Factor". University of Alabama at Birmingham, Department of Epidemiology, March 2012.

14. "Epidemiologic Study of Racial and Ethnic Differences in Sleep". Perelman School of Medicine, University of Pennsylvania Center for Sleep and Circadian Neurobiology. June 2013

15. "Work/life balance". AAMC Minority Faculty Development Conference. New Orleans, LA October 2013.

16. "Current State of Workplace Wellness Programs: Are they Ready for Prime Time?" American Heart Association Scientific Sessions, Dallas, TX November 2013

17. "Contribution of Low Fitness to Race/Ethnic Differences in Diabetes Onset and Complications" American Heart Association Scientific Sessions, Dallas, TX November 2013

18. "Physical Activity in Type 2 Diabetes" American Heart Association Scientific Sessions, Dallas, TX November 2013

19. "Metabolically Obese Normal Weight and Metabolically Healthy Obese: Are these truly unique phenotypes?" Department of Nutrition. Cardiovascular Disease Epidemiology Seminar Series. Harvard School of Public Health. December 2013.

20. "Clinical consequences of metabolically obese normal weight" The Obesity Society Annual Meeting. Boston, MA. October 2014

21. "Prevention of obesity and cardiovascular diseases" The American Heart Association Scientific Sessions. Orlando, FL 2015.

22. "Contribution of Lifestyle Behaviors to the Obesity Paradox in Diverse Populations" Department of Kinesiology, Pennsylvania State University, State College, PA. March 2, 2016

23. "Racial disparities in chronotype and the contribution to cardiovascular disease". Associated Professional Sleep Society, Denver CO, June 2016

24. "Race/Ethnic Differences in Sleep Related Cardiovascular Disease" Program to Increase Diversity in Behavioral Medicine and Sleep Disorders Research (PRIDE) NYU Langone Medical Center. New York, August 1, 2017

25. "Rapid Fire Science". American Heart Association Emerging Research Leaders Conference Faculty. Denver, CO September 18, 2017

26. "Obesity and Diabetes: A Public Health Crisis in Hispanic/Latinos". Oral Symposium. The Obesity Society, Washington DC, October 31, 2017

27. "Racial/Ethnic Disparities in Cardiovascular Disease" Invited Panelist Annual Conference at University of Alabama Birmingham NIMHD funded U54 Center for Healthy African American Men through Partnerships (CHAAMPS). October 30, 2017

28. "Healthy Aspirations: The Disconnect between Americans Desire for a Healthy Lifestyle and Actual Lifestyle in the United States". American Heart Association Scientific Sessions. Anaheim, CA. November 12, 2017

29. "Cardiovascular Health in African Americans" Medical University of South Carolina School of Nursing, Charleston, SC. May 2018.

30. "Career Development Award Mechanisms to Promote Diversity at the NHLBI", NIH/NHLBI Bethesda, MD May 2018

31. "Cardiovascular Disease Disparities in the United States", NIH/NHLBI and EPA meeting Bethesda, MD May 2019

**Exhibit 62 to Plaintiff's Appendix of Evidence    Page 1149 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

32. "Neighborhood Influences on Obesity" Martin Luther King, Jr Disparities Seminar at the University of Vermont School of Medicine, January 2020
33. "Reproductive History as a Cardiovascular Disease Risk Factor for Women". University Hospitals, Case Western Reserve University Cardiology Grand Rounds, February 2020
34. "The COVID-19 Pandemic and Seniors: A Look at Racial Health Disparities". US Senate Special Committee on Aging Testimony on July 21, 2020
35. "Obesity and Women's Health". National Heart, Lung and Blood Institute Conference on Women's Health. September 2020
36. "Role of Underlying Chronic Conditions on Long-Term COVID-19 Outcomes". National Disability Forum Conference for the Social Security Administration, November 18, 2020
37. "COVID-19 and Vaccines". RURAL Health Study Go Red for Women Workshop. February 27, 2021 Jackson, MS
38. "Vaccine Equity Panel" Society for Epidemiologic Research, Experts Panel. March 9, 2021.
39. "The 24-Hour Activity Cycle: How the Balance and Timing of Physical Activity, Sleep and Diet Contribute to Metabolic Health". The William Hansel Visiting Lectureship at the Pennington Biomedical Research Center, Baton Rouge, LA. March 11, 2021.
40. "Disparities in COVID-19 and the Role of Cardiovascular Diseases". American Heart Association, Council on Epidemiology and Prevention Keynote address. March 2021

**B.  Regional (Midwest USA and Chicago, IL)**
1. "Worksite Wellness Programs for Cardiovascular Disease Prevention."  Medicine Grand Rounds, St. Joseph's Regional Hospital (South Bend, IN) March 17, 2010.
2. "Balancing professional and personal interests". AAMC Minority Faculty Development Conference. Chicago, IL October 2012.
3. "Women and cardiovascular disease".  Women's Health Course at the University of Chicago.  January 2013
4. "Metabolically Healthy Obese and Metabolically Obese Normal Weight: Implications for Diabetes and Mortality". Symposium. American Diabetes Association Scientific Sessions. Chicago, IL June 2013
5. "Metabolically Healthy Obesity: Realty or Fantasy?" Advances in Cardiovascular Lifestyle Medicine. William Beaumont Health System, Detroit, MI. March 2014
6. "Contribution of Lifestyle Behaviors on the Obesity Paradox" University of Illinois at Chicago Department of Physical Therapy. Chicago, IL March 2015
7. "Obesity Paradox in Diabetes Outcomes". Division of Endocrinology Rounds, John H. Stroger Hospital. Feb 2018.
8. "COVID-19 in the Chicago, IL Area". St. James Catholic Church Social Care Board.  February 11, 2021
9. "Understanding the Importance of COVID-19 Vaccines". Noble Charter School Network. February 17, 2021

**C.  Local (Northwestern University)**
1. "Role of Lifestyle Factors on Metabolic Syndrome". Feinberg School of Medicine, Northwestern University Alumni Weekend. April 2006.
2. "Metabolic Syndrome and Heart Disease in Women". Women and Heart Disease Conference. Feinberg School of Medicine.  (Chicago, IL). February  2010
3. "Social and cultural determinants of diabetes". Health Disparities week. Feinberg School of Medicine, Northwestern University October 2011
4. "Global Burden of Cardiovascular Disease Attributable to Diabetes and Hypertension" International meeting on hypertensive and diabetic heart disease. Division of Cardiology, Feinberg School of Medicine, Northwestern University, October 2011.
5. "Population Studies of Metabolically Obese Normal Weight", Endocrinology Grand Rounds/Northwestern Comprehensive Center for Obesity, Feinberg School of Medicine, Northwestern University October 2011.
6. "Disparities in Sleep Characteristics by Race/Ethnicity: A Population Based Study". Northwestern University Institute for Population Research Seminar Series.
7. "Careers in Epidemiology and Translational Science". Medical Student Research Conference, Feinberg School of Medicine, Northwestern University. June 2013.

**Exhibit 62 to Plaintiff's Appendix of Evidence        Page 1150 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

8. "Racial Disparities in Diabetes Onset and Complications". Institute for Public Health and Medicine, Feinberg School of Medicine, March 2018.
9. "Mentoring Workshop: 2 Guiding Principles". Feinberg School of Medicine, March 2018
10. "Developing S.M.A.R.T. goals" General Internal Medicine, Spring 2019
11. "Negotiations: The Power of 'No'" Women in Medicine Conference, Feinberg School of Medicine Northwestern, October 2019.
12. "Career planning and Goal Setting" Department of Dermatology, November 2019
13. "Individual Career Advancement Plans and the Development of SMART goals" Department of Rheumatology, December 2019
14. "Career Advancement Planning" Department of Pathology, December 2019

## PUBLICATIONS AND SCHOLARLY WORK

### A. Peer-Reviewed Original Investigations

1. Din-Dzietham R, Liao D, Diez-Roux A, Nieto FJ, Paton C, Howard G, Brown A, **Carnethon M**, Tyroler HA. Association of educational achievement with pulsatile arterial diameter change of the common carotid artery: the Atherosclerosis Risk in Communities (ARIC) Study, 1987-1992. Am J Epidemiol. 2000;152(7):617-627

2. **Carnethon MR**, Liao D, Evans GW, Cascio WE, Chambless LE, Heiss G. Correlates of the shift in heart rate variability with an active postural change in a healthy population sample: The Atherosclerosis Risk In Communities study. Am Heart J. 2002;143(5):808-813

3. **Carnethon MR**, Liao D, Evans GW, Cascio WE, Chambless LE, Rosamond WD, Heiss G. Does the cardiac autonomic response to postural change predict incident coronary heart disease and mortality? The Atherosclerosis Risk in Communities Study. Am J Epidemiol. 2002;155(1):48-56

4. **Carnethon MR**, Palaniappan LP, Burchfiel CM, Brancati FL, Fortmann SP. Serum insulin, obesity, and the incidence of type 2 diabetes in black and white adults: the atherosclerosis risk in communities study: 1987-1998. Diabetes Care. 2002;25(8):1358-1364.PMC3132185

5. Liao D, **Carnethon M**, Evans GW, Cascio WE, Heiss G. Lower heart rate variability is associated with the development of coronary heart disease in individuals with diabetes: the atherosclerosis risk in communities (ARIC) study. Diabetes. 2002;51(12):3524-3531

6. Palaniappan LP, **Carnethon MR**, Fortmann SP. Heterogeneity in the relationship between ethnicity, BMI, and fasting insulin. Diabetes Care. 2002;25(8):1351-1357.PMC3121929

7. **Carnethon MR**, Anthony MS, Cascio WE, Folsom AR, Rautaharju PM, Liao D, Evans GW, Heiss G. A prospective evaluation of the risk of QT prolongation with hormone replacement therapy: the atherosclerosis risk in communities study. Ann Epidemiol. 2003;13(7):530-536

8. **Carnethon MR**, Anthony MS, Cascio WE, Folsom AR, Rautaharju PM, Liao D, Evans GW, Heiss G. Prospective association between hormone replacement therapy, heart rate, and heart rate variability. The Atherosclerosis risk in communities study. J Clin Epidemiol. 2003;56(6):565-571

9. **Carnethon MR**, Fortmann SP, Palaniappan L, Duncan BB, Schmidt MI, Chambless LE. Risk factors for progression to incident hyperinsulinemia: the Atherosclerosis Risk in Communities Study, 1987-1998. Am J Epidemiol. 2003;158(11):1058-1067

10.  **Carnethon MR**, Gidding SS, Nehgme R, Sidney S, Jacobs DR, Jr., Liu K. Cardiorespiratory fitness in young adulthood and the development of cardiovascular disease risk factors. JAMA. 2003;290(23):3092-3100

11.  **Carnethon MR**, Golden SH, Folsom AR, Haskell W, Liao D. Prospective investigation of autonomic nervous system function and the development of type 2 diabetes: the Atherosclerosis Risk In Communities study, 1987-1998. Circulation. 2003;107(17):2190-2195

12.  **Carnethon MR**, Jacobs DR, Jr., Sidney S, Liu K, study C. Influence of autonomic nervous system dysfunction on the development of type 2 diabetes: the CARDIA study. Diabetes Care. 2003;26(11):3035-3041

13.  **Carnethon MR**, Kinder LS, Fair JM, Stafford RS, Fortmann SP. Symptoms of depression as a risk factor for incident diabetes: findings from the National Health and Nutrition Examination Epidemiologic Follow-up Study, 1971-1992. Am J Epidemiol. 2003;158(5):416-423

14.  Palaniappan L, **Carnethon M**, Fortmann SP. Association between microalbuminuria and the metabolic syndrome: NHANES III. Am J Hypertens. 2003;16(11 Pt 1):952-958

15.  Park YW, Zhu S, Palaniappan L, Heshka S, **Carnethon MR**, Heymsfield SB. The metabolic syndrome: prevalence and associated risk factor findings in the US population from the Third National Health and Nutrition Examination Survey, 1988-1994. Arch Intern Med. 2003;163(4):427-436.PMC3146257

16.  Wrone EM, **Carnethon MR**, Palaniappan L, Fortmann SP, Third National H, Nutrition Examination S. Association of dietary protein intake and microalbuminuria in healthy adults: Third National Health and Nutrition Examination Survey. Am J Kidney Dis. 2003;41(3):580-587

17.  **Carnethon MR**, Loria CM, Hill JO, Sidney S, Savage PJ, Liu K, Coronary Artery Risk Development in Young Adults s. Risk factors for the metabolic syndrome: the Coronary Artery Risk Development in Young Adults (CARDIA) study, 1985-2001. Diabetes Care. 2004;27(11):2707-2715

18.  Eimer MJ, Ekery DL, Rigolin VH, Bonow RO, **Carnethon MR**, Cotts WG. Elevated B-type natriuretic peptide in asymptomatic men with chronic aortic regurgitation and preserved left ventricular systolic function. Am J Cardiol. 2004;94(5):676-678

19.  Kinder LS, **Carnethon MR**, Palaniappan LP, King AC, Fortmann SP. Depression and the metabolic syndrome in young adults: findings from the Third National Health and Nutrition Examination Survey. Psychosom Med. 2004;66(3):316-322

20.  Palaniappan L, **Carnethon MR**, Wang Y, Hanley AJ, Fortmann SP, Haffner SM, Wagenknecht L, Insulin Resistance Atherosclerosis S. Predictors of the incident metabolic syndrome in adults: the Insulin Resistance Atherosclerosis Study. Diabetes Care. 2004;27(3):788-793

21.  **Carnethon MR**, Bertoni AG, Shea S, Greenland P, Ni H, Jacobs DR, Jr., Saad M, Liu K. Racial/Ethnic differences in subclinical atherosclerosis among adults with diabetes: the multiethnic study of atherosclerosis. Diabetes Care. 2005;28(11):2768-2770

22.  **Carnethon MR**, Gulati M, Greenland P. Prevalence and cardiovascular disease correlates of low cardiorespiratory fitness in adolescents and adults. JAMA. 2005;294(23):2981-2988

23.  **Carnethon MR**, Jacobs DR, Jr., Sidney S, Sternfeld B, Gidding SS, Shoushtari C, Liu K. A longitudinal study of physical activity and heart rate recovery: CARDIA, 1987-1993. Med Sci Sports Exerc. 2005;37(4):606-612

24. Daviglus ML, Greenland P, Stamler J, Elliott P, Appel LJ, **Carnethon MR**, Chan Q, Claeys G, Kesteloot H, Miura K, Nakagawa H, Pirzada A, Steffen L, Yan LL, Zhou B, Dyer AR. Relation of nutrient intake to microalbuminuria in nondiabetic middle-aged men and women: International Population Study on Macronutrients and Blood Pressure (INTERMAP). Am J Kidney Dis. 2005;45(2):256-266.PMC6556768

25. **Carnethon MR**, Lynch EB, Dyer AR, Lloyd-Jones DM, Wang R, Garside DB, Greenland P. Comparison of risk factors for cardiovascular mortality in black and white adults. Arch Intern Med. 2006;166(11):1196-1202

26. **Carnethon MR**, Prineas RJ, Temprosa M, Zhang ZM, Uwaifo G, Molitch ME, Diabetes Prevention Program Research G. The association among autonomic nervous system function, incident diabetes, and intervention arm in the Diabetes Prevention Program. Diabetes Care. 2006;29(4):914-919.PMC1751934

27. Kizilbash MA, **Carnethon MR**, Chan C, Jacobs DR, Sidney S, Liu K. The temporal relationship between heart rate recovery immediately after exercise and the metabolic syndrome: the CARDIA study. Eur Heart J. 2006;27(13):1592-1596

28. **Carnethon MR**, Biggs ML, Barzilay JI, Smith NL, Vaccarino V, Bertoni AG, Arnold A, Siscovick D. Longitudinal association between depressive symptoms and incident type 2 diabetes mellitus in older adults: the cardiovascular health study. Arch Intern Med. 2007;167(8):802-807

29. Gunderson EP, Lewis CE, Tsai AL, Chiang V, **Carnethon M**, Quesenberry CP, Jr., Sidney S. A 20-year prospective study of childbearing and incidence of diabetes in young women, controlling for glycemia before conception: the Coronary Artery Risk Development in Young Adults (CARDIA) Study. Diabetes. 2007;56(12):2990-2996.PMC2952440

30. Jae SY, **Carnethon MR**, Heffernan KS, Choi YH, Lee MK, Fernhall B. Association between cardiorespiratory fitness and prevalence of carotid atherosclerosis among men with hypertension. Am Heart J. 2007;153(6):1001-1005

31. Kizilbash MA, **Carnethon MR**, Chan C, Jacobs DR, Jr., Lloyd-Jones DM, Sidney S, Liu K. The association of heart rate recovery immediately after exercise with coronary artery calcium: the coronary artery risk development in young adults study. Clin Auton Res. 2007;17(1):46-49.PMC1797060

32. Ueshima H, Stamler J, Elliott P, Chan Q, Brown IJ, **Carnethon MR**, Daviglus ML, He K, Moag-Stahlberg A, Rodriguez BL, Steffen LM, Van Horn L, Yarnell J, Zhou B, Group IR. Food omega-3 fatty acid intake of individuals (total, linolenic acid, long-chain) and their blood pressure: INTERMAP study. Hypertension. 2007;50(2):313-319.PMC6556770

33. Berry JD, Dyer A, **Carnethon M**, Tian L, Greenland P, Lloyd-Jones DM. Association of traditional risk factors with cardiovascular death across 0 to 10, 10 to 20, and >20 years follow-up in men and women. Am J Cardiol. 2008;101(1):89-94

34. Burke GL, Bertoni AG, Shea S, Tracy R, Watson KE, Blumenthal RS, Chung H, **Carnethon MR**. The impact of obesity on cardiovascular disease risk factors and subclinical vascular disease: the Multi-Ethnic Study of Atherosclerosis. Arch Intern Med. 2008;168(9):928-935.PMC2931579

35. **Carnethon MR**, Craft LL. Autonomic regulation of the association between exercise and diabetes. Exerc Sport Sci Rev. 2008;36(1):12-18

36.    **Carnethon MR**, Yan L, Greenland P, Garside DB, Dyer AR, Metzger B, Daviglus ML. Resting heart rate in middle age and diabetes development in older age. Diabetes Care. 2008;31(2):335-339

37.    Golden SH, Lazo M, **Carnethon M**, Bertoni AG, Schreiner PJ, Diez Roux AV, Lee HB, Lyketsos C. Examining a bidirectional association between depressive symptoms and diabetes. JAMA. 2008;299(23):2751-2759.PMC2648841

38.    Jae SY, **Carnethon MR**, Ahn ES, Heffernan KS, Choi YH, Lee MK, Fernhall B. Association between heart rate recovery after exercise testing and plasminogen activator inhibitor 1, tissue plasminogen activator, and fibrinogen in apparently healthy men. Atherosclerosis. 2008;197(1):415-419

39.    Jae SY, **Carnethon MR**, Heffernan KS, Choi YH, Lee MK, Park WH, Fernhall B. Slow heart rate recovery after exercise is associated with carotid atherosclerosis. Atherosclerosis. 2008;196(1):256-261

40.    Ohira T, Diez Roux AV, Prineas RJ, Kizilbash MA, **Carnethon MR**, Folsom AR. Associations of psychosocial factors with heart rate and its short-term variability: multi-ethnic study of atherosclerosis. Psychosom Med. 2008;70(2):141-146

41.    Sundaram S, **Carnethon M**, Polito K, Kadish AH, Goldberger JJ. Autonomic effects on QT-RR interval dynamics after exercise. Am J Physiol Heart Circ Physiol. 2008;294(1):H490-497

42.    Wang H, Necheles J, **Carnethon M**, Wang B, Li Z, Wang L, Liu X, Yang J, Tang G, Xing H, Xu X, Wang X. Adiposity measures and blood pressure in Chinese children and adolescents. Arch Dis Child. 2008;93(9):738-744

43.    Auchincloss AH, Diez Roux AV, Mujahid MS, Shen M, Bertoni AG, **Carnethon MR**. Neighborhood resources for physical activity and healthy foods and incidence of type 2 diabetes mellitus: the Multi-Ethnic study of Atherosclerosis. Arch Intern Med. 2009;169(18):1698-1704.PMC2828356

44.    **Carnethon MR**, Sternfeld B, Schreiner PJ, Jacobs DR, Jr., Lewis CE, Liu K, Sidney S. Association of 20-year changes in cardiorespiratory fitness with incident type 2 diabetes: the coronary artery risk development in young adults (CARDIA) fitness study. Diabetes Care. 2009;32(7):1284-1288.PMC2699748

45.    Jae SY, **Carnethon MR**, Heffernan KS, Fernhall B, Lee MK, Park WH. Heart rate recovery after exercise and incidence of type 2 diabetes in men. Clin Auton Res. 2009;19(3):189-192

46.    Lemelin ET, Diez Roux AV, Franklin TG, **Carnethon M**, Lutsey PL, Ni H, O'Meara E, Shrager S. Life-course socioeconomic positions and subclinical atherosclerosis in the multi-ethnic study of atherosclerosis. Soc Sci Med. 2009;68(3):444-451.PMC5444463

47.    Bertoni AG, Burke GL, Owusu JA, **Carnethon MR**, Vaidya D, Barr RG, Jenny NS, Ouyang P, Rotter JI. Inflammation and the incidence of type 2 diabetes: the Multi-Ethnic Study of Atherosclerosis (MESA). Diabetes Care. 2010;33(4):804-810.PMC2845031

48.    Biggs ML, Mukamal KJ, Luchsinger JA, Ix JH, **Carnethon MR**, Newman AB, de Boer IH, Strotmeyer ES, Mozaffarian D, Siscovick DS. Association between adiposity in midlife and older age and risk of diabetes in older adults. JAMA. 2010;303(24):2504-2512.PMC3047456

49.    **Carnethon MR**, Biggs ML, Barzilay J, Kuller LH, Mozaffarian D, Mukamal K, Smith NL, Siscovick D. Diabetes and coronary heart disease as risk factors for mortality in older adults. Am J Med. 2010;123(6):556 e551-559.PMC3145803

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1154 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

50.  **Carnethon MR**, Evans NS, Church TS, Lewis CE, Schreiner PJ, Jacobs DR, Jr., Sternfeld B, Sidney S. Joint associations of physical activity and aerobic fitness on the development of incident hypertension: coronary artery risk development in young adults. Hypertension. 2010;56(1):49-55.PMC2909350

51.  Ditomasso D, **Carnethon MR**, Wright CM, Allison MA. The associations between visceral fat and calcified atherosclerosis are stronger in women than men. Atherosclerosis. 2010;208(2):531-536

52.  Djousse L, Kamineni A, Nelson TL, **Carnethon M**, Mozaffarian D, Siscovick D, Mukamal KJ. Egg consumption and risk of type 2 diabetes in older adults. Am J Clin Nutr. 2010;92(2):422-427.PMC2904037

53.  Earnest CP, Poirier P, **Carnethon MR**, Blair SN, Church TS. Autonomic function and change in insulin for exercising postmenopausal women. Maturitas. 2010;65(3):284-291.PMC2852034

54.  Fowler-Brown AG, de Boer IH, Catov JM, **Carnethon MR**, Kamineni A, Kuller LH, Siscovick DS, Mukamal KJ. Parity and the association with diabetes in older women. Diabetes Care. 2010;33(8):1778-1782.PMC2909061

55.  Gidding SS, **Carnethon MR**, Daniels S, Liu K, Jacobs DR, Jr., Sidney S, Gardin J. Low cardiovascular risk is associated with favorable left ventricular mass, left ventricular relative wall thickness, and left atrial size: the CARDIA study. J Am Soc Echocardiogr. 2010;23(8):816-822.PMC5785274

56.  Hankinson AL, Daviglus ML, Bouchard C, **Carnethon M**, Lewis CE, Schreiner PJ, Liu K, Sidney S. Maintaining a high physical activity level over 20 years and weight gain. JAMA. 2010;304(23):2603-2610.PMC3864556

57.  Harville EW, Gunderson EP, Matthews KA, Lewis CE, **Carnethon M**. Pre-pregnancy stress reactivity and pregnancy outcome. Paediatr Perinat Epidemiol. 2010;24(6):564-571.PMC3506123

58.  Kershaw KN, Diez Roux AV, **Carnethon M**, Darwin C, Goff DC, Jr., Post W, Schreiner PJ, Watson K. Geographic variation in hypertension prevalence among blacks and whites: the multi-ethnic study of atherosclerosis. Am J Hypertens. 2010;23(1):46-53.PMC2980366

59.  Lloyd-Jones D, Adams RJ, Brown TM, **Carnethon M**, Dai S, De Simone G, Ferguson TB, Ford E, Furie K, Gillespie C, Go A, Greenlund K, Haase N, Hailpern S, Ho PM, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott MM, Meigs J, Mozaffarian D, Mussolino M, Nichol G, Roger VL, Rosamond W, Sacco R, Sorlie P, Stafford R, Thom T, Wasserthiel-Smoller S, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Executive summary: heart disease and stroke statistics--2010 update: a report from the American Heart Association. Circulation. 2010;121(7):948-954

60.  Mann DM, Bertoni AG, Shimbo D, **Carnethon MR**, Chen H, Jenny NS, Muntner P. Comparative validity of 3 diabetes mellitus risk prediction scoring models in a multiethnic US cohort: the Multi-Ethnic Study of Atherosclerosis. Am J Epidemiol. 2010;171(9):980-988.PMC2877477

61.  Murray ET, Diez Roux AV, **Carnethon M**, Lutsey PL, Ni H, O'Meara ES. Trajectories of neighborhood poverty and associations with subclinical atherosclerosis and associated risk factors: the multi-ethnic study of atherosclerosis. Am J Epidemiol. 2010;171(10):1099-1108.PMC2877469

62.  Zhu N, Suarez-Lopez JR, Sidney S, Sternfeld B, Schreiner PJ, **Carnethon MR**, Lewis CE, Crow RS, Bouchard C, Haskell WL, Jacobs DR, Jr. Longitudinal examination of age-predicted symptom-limited exercise maximum HR. Med Sci Sports Exerc. 2010;42(8):1519-1527.PMC2891874

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1155 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

63.  Boykin S, Diez-Roux AV, **Carnethon M**, Shrager S, Ni H, Whitt-Glover M. Racial/ethnic heterogeneity in the socioeconomic patterning of CVD risk factors: in the United States: the multi-ethnic study of atherosclerosis. J Health Care Poor Underserved. 2011;22(1):111-127.PMC3312013

64.  Crandall M, Sharp D, Brasel K, **Carnethon M**, Haider A, Esposito T. Lower extremity vascular injuries: increased mortality for minorities and the uninsured? Surgery. 2011;150(4):656-664.PMC3684146

65.  Klein OL, Meltzer D, **Carnethon M**, Krishnan JA. Type II diabetes mellitus is associated with decreased measures of lung function in a clinical setting. Respir Med. 2011;105(7):1095-1098

66.  Lin SX, **Carnethon M**, Szklo M, Bertoni A. Racial/ethnic differences in the association of triglycerides with other metabolic syndrome components: the Multi-Ethnic Study of Atherosclerosis. Metab Syndr Relat Disord. 2011;9(1):35-40.PMC3125569

67.  Ma Y, Balasubramanian R, Pagoto SL, Schneider KL, Culver AL, Olendzki B, Tinker L, Liu S, Safford M, Sepavich DM, Rosal MC, Ockene JK, **Carnethon M**, Zorn M, Hebert JR. Elevated depressive symptoms, antidepressant use, and diabetes in a large multiethnic national sample of postmenopausal women. Diabetes Care. 2011;34(11):2390-2392.PMC3198287

68.  Shay CM, **Carnethon MR**, Church TR, Hankinson AL, Chan C, Jacobs DR, Jr., Lewis CE, Schreiner PJ, Sternfeld B, Sidney S. Lower extremity fat mass is associated with insulin resistance in overweight and obese individuals: the CARDIA study. Obesity (Silver Spring). 2011;19(11):2248-2253.PMC3203327

69.  Thacker EL, Psaty BM, McKnight B, Heckbert SR, Longstreth WT, Jr., Mukamal KJ, Meigs JB, de Boer IH, Boyko EJ, **Carnethon MR**, Kizer JR, Tracy RP, Smith NL, Siscovick DS. Fasting and post-glucose load measures of insulin resistance and risk of ischemic stroke in older adults. Stroke. 2011;42(12):3347-3351.PMC3226936

70.  Zhu N, Jacobs DR, Jr., Sidney S, Sternfeld B, **Carnethon M**, Lewis CE, Shay CM, Sood A, Bouchard C. Fat mass modifies the association of fat-free mass with symptom-limited treadmill duration in the Coronary Artery Risk Development in Young Adults (CARDIA) Study. Am J Clin Nutr. 2011;94(2):385-391.PMC3142718

71.  **Carnethon MR**, De Chavez PJ, Biggs ML, Lewis CE, Pankow JS, Bertoni AG, Golden SH, Liu K, Mukamal KJ, Campbell-Jenkins B, Dyer AR. Association of weight status with mortality in adults with incident diabetes. JAMA. 2012;308(6):581-590.PMC3467944

72.  **Carnethon MR**, Sternfeld B, Liu K, Jacobs DR, Jr., Schreiner PJ, Williams OD, Lewis CE, Sidney S. Correlates of heart rate recovery over 20 years in a healthy population sample. Med Sci Sports Exerc. 2012;44(2):273-279.PMC3838873

73.  Champaneri S, Xu X, **Carnethon MR**, Bertoni AG, Seeman T, Diez Roux A, Golden SH. Diurnal salivary cortisol and urinary catecholamines are associated with diabetes mellitus: the Multi-Ethnic Study of Atherosclerosis. Metabolism. 2012;61(7):986-995.PMC3319636

74.  deFilippi CR, de Lemos JA, Tkaczuk AT, Christenson RH, **Carnethon MR**, Siscovick DS, Gottdiener JS, Seliger SL. Physical activity, change in biomarkers of myocardial stress and injury, and subsequent heart failure risk in older adults. J Am Coll Cardiol. 2012;60(24):2539-2547.PMC3591516

75.  Feinstein M, Ning H, Kang J, Bertoni A, **Carnethon M**, Lloyd-Jones DM. Racial differences in risks for first cardiovascular events and noncardiovascular death: the Atherosclerosis Risk in Communities study, the

**Exhibit 62 to Plaintiff's Appendix of Evidence     Page 1156 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment**

Cardiovascular Health Study, and the Multi-Ethnic Study of Atherosclerosis. Circulation. 2012;126(1):50-59.PMC3437934

76.   Jae SY, Heffernan KS, Yoon ES, Park SH, **Carnethon MR**, Fernhall B, Choi YH, Park WH. Temporal changes in cardiorespiratory fitness and the incidence of hypertension in initially normotensive subjects. Am J Hum Biol. 2012;24(6):763-767

77.   Shay CM, Ning H, Allen NB, **Carnethon MR**, Chiuve SE, Greenlund KJ, Daviglus ML, Lloyd-Jones DM. Status of cardiovascular health in US adults: prevalence estimates from the National Health and Nutrition Examination Surveys (NHANES) 2003-2008. Circulation. 2012;125(1):45-56.PMC4077723

78.   Stewart JC, Zielke DJ, Hawkins MA, Williams DR, **Carnethon MR**, Knox SS, Matthews KA. Depressive symptom clusters and 5-year incidence of coronary artery calcification: the coronary artery risk development in young adults study. Circulation. 2012;126(4):410-417.PMC3422690

79.   Vassy JL, Durant NH, Kabagambe EK, **Carnethon MR**, Rasmussen-Torvik LJ, Fornage M, Lewis CE, Siscovick DS, Meigs JB. A genotype risk score predicts type 2 diabetes from young adulthood: the CARDIA study. Diabetologia. 2012;55(10):2604-2612.PMC3434294

80.   Banerjee D, Biggs ML, Mercer L, Mukamal K, Kaplan R, Barzilay J, Kuller L, Kizer JR, Djousse L, Tracy R, Zieman S, Lloyd-Jones D, Siscovick D, **Carnethon M**. Insulin resistance and risk of incident heart failure: Cardiovascular Health Study. Circ Heart Fail. 2013;6(3):364-370.PMC3888807

81.   Camhi SM, Katzmarzyk PT, Broyles S, Church TS, Hankinson AL, **Carnethon MR**, Sternfeld B, Lewis CE. Association of metabolic risk with longitudinal physical activity and fitness: coronary artery risk development in young adults (CARDIA). Metab Syndr Relat Disord. 2013;11(3):195-204.PMC6464002

82.   **Carnethon MR**, Ning H, Soliman EZ, Lewis CE, Schreiner PJ, Sidney S, Lloyd-Jones DM. Association of electrocardiographically determined left ventricular mass with incident diabetes, 1985-1986 to 2010-2011: Coronary Artery Risk Development in Young Adults (CARDIA) study. Diabetes Care. 2013;36(3):645-647.PMC3579342

83.   Champaneri S, Xu X, **Carnethon MR**, Bertoni AG, Seeman T, DeSantis AS, Diez Roux A, Shrager S, Golden SH. Diurnal salivary cortisol is associated with body mass index and waist circumference: the Multiethnic Study of Atherosclerosis. Obesity (Silver Spring). 2013;21(1):E56-63.PMC3602310

84.   Jensky NE, Allison MA, Loomba R, **Carnethon MR**, de Boer IH, Budoff MJ, Burke GL, Criqui MH, Ix JH. Null association between abdominal muscle and calcified atherosclerosis in community-living persons without clinical cardiovascular disease: the multi-ethnic study of atherosclerosis. Metabolism. 2013;62(11):1562-1569.PMC3740763

85.   Kershaw KN, Albrecht SS, **Carnethon MR**. Racial and ethnic residential segregation, the neighborhood socioeconomic environment, and obesity among Blacks and Mexican Americans. Am J Epidemiol. 2013;177(4):299-309.PMC3566709

86.   Kershaw KN, Droomers M, Robinson WR, **Carnethon MR**, Daviglus ML, Monique Verschuren WM. Quantifying the contributions of behavioral and biological risk factors to socioeconomic disparities in coronary heart disease incidence: the MORGEN study. Eur J Epidemiol. 2013;28(10):807-814.PMC3844527

87. Petrov ME, Kim Y, Lauderdale D, Lewis CE, Reis JP, **Carnethon MR**, Knutson K, Glasser SJ. Longitudinal associations between objective sleep and lipids: the CARDIA study. Sleep. 2013;36(11):1587-1595.PMC3792374

88. Shikany JM, Jacobs DR, Jr., Lewis CE, Steffen LM, Sternfeld B, **Carnethon MR**, Richman JS. Associations between food groups, dietary patterns, and cardiorespiratory fitness in the Coronary Artery Risk Development in Young Adults study. Am J Clin Nutr. 2013;98(6):1402-1409.PMC3831533

89. Stamler J, Brown IJ, Yap IK, Chan Q, Wijeyesekera A, Garcia-Perez I, Chadeau-Hyam M, Ebbels TM, De Iorio M, Posma J, Daviglus ML, **Carnethon M**, Holmes E, Nicholson JK, Elliott P, Group IR. Dietary and urinary metabonomic factors possibly accounting for higher blood pressure of black compared with white Americans: results of International Collaborative Study on macro-/micronutrients and blood pressure. Hypertension. 2013;62(6):1074-1080.PMC3912568

90. Tang JW, Allen N, de Chavez P, Goff DC, Jr., Kiefe CI, Lewis CE, **Carnethon M**. Health-care access and weight change among young adults: the Coronary Artery Risk Development in Young Adults (CARDIA) Study. Public Health Nutr. 2013;16(10):1796-1800.PMC3574627

91. Gallo LC, Penedo FJ, **Carnethon M**, Isasi CR, Sotres-Alvarez D, Malcarne VL, Roesch SC, Youngblood ME, Daviglus ML, Gonzalez P, Talavera GT. The Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study: sample, design, and procedures. Ethn Dis. 2014;24(1):77-83.PMC3986116

92. Gallo LC, Roesch SC, Fortmann AL, **Carnethon MR**, Penedo FJ, Perreira K, Birnbaum-Weitzman O, Wassertheil-Smoller S, Castaneda SF, Talavera GA, Sotres-Alvarez D, Daviglus ML, Schneiderman N, Isasi CR. Associations of chronic stress burden, perceived stress, and traumatic stress with cardiovascular disease prevalence and risk factors in the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study. Psychosom Med. 2014;76(6):468-475.PMC4349387

93. Garg PK, Biggs ML, **Carnethon M**, Ix JH, Criqui MH, Britton KA, Djousse L, Sutton-Tyrrell K, Newman AB, Cushman M, Mukamal KJ. Metabolic syndrome and risk of incident peripheral artery disease: the cardiovascular health study. Hypertension. 2014;63(2):413-419.PMC3947275

94. Heiss G, Snyder ML, Teng Y, Schneiderman N, Llabre MM, Cowie C, **Carnethon M**, Kaplan R, Giachello A, Gallo L, Loehr L, Aviles-Santa L. Prevalence of metabolic syndrome among Hispanics/Latinos of diverse background: the Hispanic Community Health Study/Study of Latinos. Diabetes Care. 2014;37(8):2391-2399.PMC4113166

95. Isasi CR, **Carnethon MR**, Ayala GX, Arredondo E, Bangdiwala SI, Daviglus ML, Delamater AM, Eckfeldt JH, Perreira K, Himes JH, Kaplan RC, Van Horn L. The Hispanic Community Children's Health Study/Study of Latino Youth (SOL Youth): design, objectives, and procedures. Ann Epidemiol. 2014;24(1):29-35.PMC3865234

96. Kershaw KN, Hankinson AL, Liu K, Reis JP, Lewis CE, Loria CM, **Carnethon MR**. Social relationships and longitudinal changes in body mass index and waist circumference: the coronary artery risk development in young adults study. Am J Epidemiol. 2014;179(5):567-575.PMC3927980

97. Petrov ME, Kim Y, Lauderdale DS, Lewis CE, Reis JP, **Carnethon MR**, Knutson KL, Glasser SP. Objective sleep, a novel risk factor for alterations in kidney function: the CARDIA study. Sleep Med. 2014;15(9):1140-1146.PMC4145022

98. Remigio-Baker RA, Allison MA, Schreiner PJ, Szklo M, Crum RM, Leoutsakos JM, Franco M, **Carnethon MR**, Nettleton JA, Mujahid MS, Diez Roux AV, Jensky N, Golden SH. Difference by sex but not by race/ethnicity in the

visceral adipose tissue-depressive symptoms association: the Multi-Ethnic Study of Atherosclerosis. Psychoneuroendocrinology. 2014;47:78-87.PMC4134940

99.  Remigio-Baker RA, Diez Roux AV, Szklo M, Crum RM, Leoutsakos JM, Franco M, Schreiner PJ, **Carnethon MR**, Nettleton JA, Mujahid MS, Michos ED, Gary-Webb TL, Golden SH. Physical environment may modify the association between depressive symptoms and change in waist circumference: the multi-ethnic study of atherosclerosis. Psychosomatics. 2014;55(2):144-154.PMC3959258

100. Schneiderman N, Llabre M, Cowie CC, Barnhart J, **Carnethon M**, Gallo LC, Giachello AL, Heiss G, Kaplan RC, LaVange LM, Teng Y, Villa-Caballero L, Aviles-Santa ML. Prevalence of diabetes among Hispanics/Latinos from diverse backgrounds: the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). Diabetes Care. 2014;37(8):2233-2239.PMC4113173

101. Tosur Z, Green D, De Chavez PJ, Knutson KL, Goldberger JJ, Zee P, Liu K, Kim KY, **Carnethon MR**. The association between sleep characteristics and prothrombotic markers in a population-based sample: Chicago Area Sleep Study. Sleep Med. 2014;15(8):973-978.PMC4117713

102. VanWagner LB, Ning H, Lewis CE, Shay CM, Wilkins J, Carr JJ, Terry JG, Lloyd-Jones DM, Jacobs DR, Jr., **Carnethon MR**. Associations between nonalcoholic fatty liver disease and subclinical atherosclerosis in middle-aged adults: the Coronary Artery Risk Development in Young Adults Study. Atherosclerosis. 2014;235(2):599-605.PMC4124046

103. Vimalananda VG, Biggs ML, Rosenzweig JL, **Carnethon MR**, Meigs JB, Thacker EL, Siscovick DS, Mukamal KJ. The influence of sex on cardiovascular outcomes associated with diabetes among older black and white adults. J Diabetes Complications. 2014;28(3):316-322.PMC4004690

104. Womack VY, Ning H, Lewis CE, Loucks EB, Puterman E, Reis J, Siddique J, Sternfeld B, Van Horn L, **Carnethon MR**. Relationship between perceived discrimination and sedentary behavior in adults. Am J Health Behav. 2014;38(5):641-649.PMC4229242

105. Arguelles W, Llabre MM, Sacco RL, Penedo FJ, **Carnethon M**, Gallo LC, Lee DJ, Catellier DJ, Gonzalez HM, Holub C, Loehr LR, Soliman EZ, Schneiderman N. Characterization of metabolic syndrome among diverse Hispanics/Latinos living in the United States: Latent class analysis from the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). Int J Cardiol. 2015;184:373-379.PMC4417385

106. Barone Gibbs B, Pettee Gabriel K, Reis JP, Jakicic JM, **Carnethon MR**, Sternfeld B. Cross-sectional and longitudinal associations between objectively measured sedentary time and metabolic disease: the Coronary Artery Risk Development in Young Adults (CARDIA) study. Diabetes Care. 2015;38(10):1835-1843.PMC4580607

107. Carson AP, Steffes MW, Carr JJ, Kim Y, Gross MD, **Carnethon MR**, Reis JP, Loria CM, Jacobs DR, Jr., Lewis CE. Hemoglobin a1c and the progression of coronary artery calcification among adults without diabetes. Diabetes Care. 2015;38(1):66-71.PMC4274774

108. Chow L, Eberly LE, Austin E, **Carnethon M**, Bouchard C, Sternfeld B, Zhu NA, Sidney S, Schreiner P. Fitness change effects on midlife metabolic outcomes. Med Sci Sports Exerc. 2015;47(5):967-973.PMC4340823

109. Christine PJ, Auchincloss AH, Bertoni AG, **Carnethon MR**, Sanchez BN, Moore K, Adar SD, Horwich TB, Watson KE, Diez Roux AV. Longitudinal Associations Between Neighborhood Physical and Social Environments and Incident Type 2 Diabetes Mellitus: The Multi-Ethnic Study of Atherosclerosis (MESA). JAMA Intern Med. 2015;175(8):1311-1320.PMC4799846

110. Dauriz M, Porneala BC, Guo X, Bielak LF, Peyser PA, Durant NH, **Carnethon MR**, Bonadonna RC, Bonora E, Bowden DW, Florez JC, Fornage M, Hivert MF, Jacobs DR, Jr., Kabagambe EK, Lewis CE, Murabito JM, Rasmussen-Torvik LJ, Rich SS, Vassy JL, Yao J, Carr JJ, Kardia SL, Siscovick D, O'Donnell CJ, Rotter JI, Dupuis J, Meigs JB. Association of a 62 Variants Type 2 Diabetes Genetic Risk Score With Markers of Subclinical Atherosclerosis: A Transethnic, Multicenter Study. Circ Cardiovasc Genet. 2015;8(3):507-515.PMC4472563

111. Dreyfus J, Jacobs DR, Jr., Mueller N, Schreiner PJ, Moran A, **Carnethon MR**, Demerath EW. Age at Menarche and Cardiometabolic Risk in Adulthood: The Coronary Artery Risk Development in Young Adults Study. J Pediatr. 2015;167(2):344-352 e341.PMC4516565

112. Fitzpatrick AL, Rapp SR, Luchsinger J, Hill-Briggs F, Alonso A, Gottesman R, Lee H, **Carnethon M**, Liu K, Williams K, Sharrett AR, Frazier-Wood A, Lyketsos C, Seeman T. Sociodemographic Correlates of Cognition in the Multi-Ethnic Study of Atherosclerosis (MESA). Am J Geriatr Psychiatry. 2015;23(7):684-697.PMC4465027

113. Floyd JS, Sitlani CM, Wiggins KL, Wallace E, Suchy-Dicey A, Abbasi SA, **Carnethon MR**, Siscovick DS, Sotoodehnia N, Heckbert SR, McKnight B, Rice KM, Psaty BM. Variation in resting heart rate over 4 years and the risks of myocardial infarction and death among older adults. Heart. 2015;101(2):132-138.PMC4286483

114. Fortmann AL, Roesch SC, Penedo FJ, Isasi CR, **Carnethon MR**, Corsino L, Schneiderman N, Daviglus ML, Teng Y, Giachello A, Gonzalez F, 2nd, Gallo LC. Glycemic control among U.S. Hispanics/Latinos with diabetes from the HCHS/SOL Sociocultural Ancillary Study: do structural and functional social support play a role? J Behav Med. 2015;38(1):153-159.PMC4302022

115. Gallo LC, Fortmann AL, McCurley JL, Isasi CR, Penedo FJ, Daviglus ML, Roesch SC, Talavera GA, Gouskova N, Gonzalez F, 2nd, Schneiderman N, **Carnethon MR**. Associations of structural and functional social support with diabetes prevalence in U.S. Hispanics/Latinos: results from the HCHS/SOL Sociocultural Ancillary Study. J Behav Med. 2015;38(1):160-170.PMC4349398

116. Goldstein BI, **Carnethon MR**, Matthews KA, McIntyre RS, Miller GE, Raghuveer G, Stoney CM, Wasiak H, McCrindle BW, American Heart Association A, Hypertension, Obesity in Youth Committee of the Council on Cardiovascular Disease in the Y. Major Depressive Disorder and Bipolar Disorder Predispose Youth to Accelerated Atherosclerosis and Early Cardiovascular Disease: A Scientific Statement From the American Heart Association. Circulation. 2015;132(10):965-986

117. Hoang K, Zhao Y, Gardin JM, **Carnethon M**, Mukamal K, Yanez D, Wong ND. LV Mass as a Predictor of CVD Events in Older Adults With and Without Metabolic Syndrome and Diabetes. JACC Cardiovasc Imaging. 2015;8(9):1007-1015.PMC5845438

118. Isasi CR, Parrinello CM, Jung MM, **Carnethon MR**, Birnbaum-Weitzman O, Espinoza RA, Penedo FJ, Perreira KM, Schneiderman N, Sotres-Alvarez D, Van Horn L, Gallo LC. Psychosocial stress is associated with obesity and diet quality in Hispanic/Latino adults. Ann Epidemiol. 2015;25(2):84-89.PMC4306634

119. Kershaw KN, Diez Roux AV, Bertoni A, **Carnethon MR**, Everson-Rose SA, Liu K. Associations of chronic individual-level and neighbourhood-level stressors with incident coronary heart disease: the Multi-Ethnic Study of Atherosclerosis. J Epidemiol Community Health. 2015;69(2):136-141.PMC4806779

120. Kwon S, Lee J, **Carnethon MR**. Developmental trajectories of physical activity and television viewing during adolescence among girls: National Growth and Health Cohort Study. BMC Public Health. 2015;15:667.PMC4502939

121.  Mackey RH, Mora S, Bertoni AG, Wassel CL, **Carnethon MR**, Sibley CT, Goff DC, Jr. Lipoprotein particles and incident type 2 diabetes in the multi-ethnic study of atherosclerosis. Diabetes Care. 2015;38(4):628-636.PMC4370328

122.  Marrero DG, Ma Y, de Groot M, Horton ES, Price DW, Barrett-Connor E, **Carnethon MR**, Knowler WC, Diabetes Prevention Program Research G. Depressive symptoms, antidepressant medication use, and new onset of diabetes in participants of the diabetes prevention program and the diabetes prevention program outcomes study. Psychosom Med. 2015;77(3):303-310.PMC4397126

123.  McCurley JL, Mills PJ, Roesch SC, **Carnethon M**, Giacinto RE, Isasi CR, Teng Y, Sotres-Alvarez D, Llabre MM, Penedo FJ, Schneiderman N, Gallo LC. Chronic stress, inflammation, and glucose regulation in U.S. Hispanics from the HCHS/SOL Sociocultural Ancillary Study. Psychophysiology. 2015;52(8):1071-1079.PMC4640890

124.  Palta P, McMurray RG, Gouskova NA, Sotres-Alvarez D, Davis SM, **Carnethon M**, Castaneda SF, Gellman MD, Hankinson AL, Isasi CR, Schneiderman N, Talavera GA, Evenson KR. Self-reported and accelerometer-measured physical activity by body mass index in US Hispanic/Latino adults: HCHS/SOL. Prev Med Rep. 2015;2:824-828.PMC4721348

125.  Reina SA, Llabre MM, Allison MA, Wilkins JT, Mendez AJ, Arnan MK, Schneiderman N, Sacco RL, **Carnethon M**, Delaney JA. HDL cholesterol and stroke risk: The Multi-Ethnic Study of Atherosclerosis. Atherosclerosis. 2015;243(1):314-319.PMC4609625

126.  Remigio-Baker RA, Allison MA, Schreiner PJ, **Carnethon MR**, Nettleton JA, Mujahid MS, Szklo M, Crum RM, Leuotsakos JM, Franco M, Jensky N, Golden SH. Sex and race/ethnic disparities in the cross-sectional association between depressive symptoms and muscle mass: the Multi-ethnic Study of Atherosclerosis. BMC Psychiatry. 2015;15:221.PMC4574470

127.  Sarzynski MA, Schuna JM, Jr., **Carnethon MR**, Jacobs DR, Jr., Lewis CE, Quesenberry CP, Jr., Sidney S, Schreiner PJ, Sternfeld B. Association of Fitness With Incident Dyslipidemias Over 25 Years in the Coronary Artery Risk Development in Young Adults Study. Am J Prev Med. 2015;49(5):745-752.PMC4615297

128.  Strand LB, **Carnethon M**, Biggs ML, Djousse L, Kaplan RC, Siscovick DS, Robbins JA, Redline S, Patel SR, Janszky I, Mukamal KJ. Sleep Disturbances and Glucose Metabolism in Older Adults: The Cardiovascular Health Study. Diabetes Care. 2015;38(11):2050-2058.PMC4613916

129.  Wei GS, Coady SA, Reis JP, **Carnethon MR**, Coresh J, D'Agostino RB, Sr., Goff DC, Jr., Jacobs DR, Jr., Selvin E, Fox CS. Duration and Degree of Weight Gain and Incident Diabetes in Younger Versus Middle-Aged Black and White Adults: ARIC, CARDIA, and the Framingham Heart Study. Diabetes Care. 2015;38(11):2042-2049.PMC4613922

130.  Yano Y, Stamler J, Garside DB, Daviglus ML, Franklin SS, **Carnethon MR**, Liu K, Greenland P, Lloyd-Jones DM. Isolated systolic hypertension in young and middle-aged adults and 31-year risk for cardiovascular mortality: the Chicago Heart Association Detection Project in Industry study. J Am Coll Cardiol. 2015;65(4):327-335.PMC4948287

131.  Alman AC, Jacobs DR, Jr., Lewis CE, Snell-Bergeon JK, **Carnethon MR**, Terry JG, Goff DC, Jr., Ding J, Carr JJ. Higher pericardial adiposity is associated with prevalent diabetes: The Coronary Artery Risk Development in Young Adults study. Nutr Metab Cardiovasc Dis. 2016;26(4):326-332.PMC4823150

132.  Arredondo EM, Sotres-Alvarez D, Stoutenberg M, Davis SM, Crespo NC, **Carnethon MR**, Castaneda SF, Isasi CR, Espinoza RA, Daviglus ML, Perez LG, Evenson KR. Physical Activity Levels in U.S. Latino/Hispanic Adults: Results From the Hispanic Community Health Study/Study of Latinos. Am J Prev Med. 2016;50(4):500-508.PMC4801731

133. **Carnethon MR**, De Chavez PJ, Zee PC, Kim KY, Liu K, Goldberger JJ, Ng J, Knutson KL. Disparities in sleep characteristics by race/ethnicity in a population-based sample: Chicago Area Sleep Study. Sleep Med. 2016;18:50-55.PMC4728038

134. Carson AP, Muntner P, Selvin E, **Carnethon MR**, Li X, Gross MD, Garvey WT, Lewis CE. Do glycemic marker levels vary by race? Differing results from a cross-sectional analysis of individuals with and without diagnosed diabetes. BMJ Open Diabetes Res Care. 2016;4(1):e000213.PMC4908883

135. Chow LS, Odegaard AO, Bosch TA, Bantle AE, Wang Q, Hughes J, **Carnethon M**, Ingram KH, Durant N, Lewis CE, Ryder J, Shay CM, Kelly AS, Schreiner PJ. Twenty year fitness trends in young adults and incidence of prediabetes and diabetes: the CARDIA study. Diabetologia. 2016;59(8):1659-1665.PMC4930716

136. Conroy DE, Wolin KY, **Carnethon MR**. Overweight and obesity among Major League Baseball players: 1871-2015. Obes Res Clin Pract. 2016;10(5):610-612

137. Dutton GR, Kim Y, Jacobs DR, Jr., Li X, Loria CM, Reis JP, **Carnethon M**, Durant NH, Gordon-Larsen P, Shikany JM, Sidney S, Lewis CE. 25-year weight gain in a racially balanced sample of U.S. adults: The CARDIA study. Obesity (Silver Spring). 2016;24(9):1962-1968.PMC5004783

138. Ebong IA, Watson KE, Hairston KG, **Carnethon MR**, Ouyang P, Szklo M, Bertoni AG. Body fat distribution, menopausal hormone therapy and incident type 2 diabetes in postmenopausal women of the MESA study. Maturitas. 2016;91:147-152.PMC4968885

139. Hawkins Bressler L, Bernardi LA, De Chavez PJ, Baird DD, **Carnethon MR**, Marsh EE. Alcohol, cigarette smoking, and ovarian reserve in reproductive-age African-American women. Am J Obstet Gynecol. 2016;215(6):758 e751-758 e759.PMC5124512

140. Hernandez R, **Carnethon M**, Penedo FJ, Martinez L, Boehm J, Schueller SM. Exploring well-being among US Hispanics/Latinos in a church-based institution: a qualitative study. J Posit Psychol. 2016;11(5):511-521.PMC5000347

141. Isasi CR, Parrinello CM, Ayala GX, Delamater AM, Perreira KM, Daviglus ML, Elder JP, Marchante AN, Bangdiwala SI, Van Horn L, **Carnethon MR**. Sex Differences in Cardiometabolic Risk Factors among Hispanic/Latino Youth. J Pediatr. 2016;176:121-127 e121.PMC5003716

142. Jae SY, Kurl S, Laukkanen JA, Zaccardi F, Choi YH, Fernhall B, **Carnethon M**, Franklin BA. Exercise Heart Rate Reserve and Recovery as Predictors of Incident Type 2 Diabetes. Am J Med. 2016;129(5):536 e537-536 e512

143. Joseph JJ, Echouffo-Tcheugui JB, **Carnethon MR**, Bertoni AG, Shay CM, Ahmed HM, Blumenthal RS, Cushman M, Golden SH. The association of ideal cardiovascular health with incident type 2 diabetes mellitus: the Multi-Ethnic Study of Atherosclerosis. Diabetologia. 2016;59(9):1893-1903.PMC4970884

144. Joseph JJ, Echouffo-Tcheugui JB, Golden SH, Chen H, Jenny NS, **Carnethon MR**, Jacobs D, Jr., Burke GL, Vaidya D, Ouyang P, Bertoni AG. Physical activity, sedentary behaviors and the incidence of type 2 diabetes mellitus: the Multi-Ethnic Study of Atherosclerosis (MESA). BMJ Open Diabetes Res Care. 2016;4(1):e000185.PMC4932325

145. Kaiser P, Diez Roux AV, Mujahid M, **Carnethon M**, Bertoni A, Adar SD, Shea S, McClelland R, Lisabeth L. Neighborhood Environments and Incident Hypertension in the Multi-Ethnic Study of Atherosclerosis. Am J Epidemiol. 2016;183(11):988-997.PMC4887578

146.  Kershaw KN, Lewis TT, Diez Roux AV, Jenny NS, Liu K, Penedo FJ, **Carnethon MR**. Self-reported experiences of discrimination and inflammation among men and women: The multi-ethnic study of atherosclerosis. Health Psychol. 2016;35(4):343-350.PMC4817357

147.  Lacy ME, Wellenius GA, **Carnethon MR**, Loucks EB, Carson AP, Luo X, Kiefe CI, Gjelsvik A, Gunderson EP, Eaton CB, Wu WC. Racial Differences in the Performance of Existing Risk Prediction Models for Incident Type 2 Diabetes: The CARDIA Study. Diabetes Care. 2016;39(2):285-291.PMC4722943

148.  Marsh EE, Bernardi LA, Steinberg ML, de Chavez PJ, Visser JA, **Carnethon MR**, Baird DD. Novel correlates between antimullerian hormone and menstrual cycle characteristics in African-American women (23-35 years-old). Fertil Steril. 2016;106(2):443-450 e442.PMC4975664

149.  Murthy VL, Abbasi SA, Siddique J, Colangelo LA, Reis J, Venkatesh BA, Carr JJ, Terry JG, Camhi SM, Jerosch-Herold M, de Ferranti S, Das S, Freedman J, **Carnethon MR**, Lewis CE, Lima JA, Shah RV. Transitions in Metabolic Risk and Long-Term Cardiovascular Health: Coronary Artery Risk Development in Young Adults (CARDIA) Study. J Am Heart Assoc. 2016;5(10).PMC5121498

150.  O'Brien MJ, Lee JY, **Carnethon MR**, Ackermann RT, Vargas MC, Hamilton A, Mohanty N, Rittner SS, Park JN, Hassan A, Buchanan DR, Liu L, Feinglass J. Detecting Dysglycemia Using the 2015 United States Preventive Services Task Force Screening Criteria: A Cohort Analysis of Community Health Center Patients. PLoS Med. 2016;13(7):e1002074.PMC4942097

151.  Rasmussen-Torvik LJ, De Chavez PJD, Kershaw KN, Montag SE, Knutson KL, Kim KA, Zee PC, **Carnethon MR**. The Mediation of Racial Differences in Hypertension by Sleep Characteristics: Chicago Area Sleep Study. Am J Hypertens. 2016;29(12):1353-1357.PMC5966848

152.  Shah RV, Murthy VL, Colangelo LA, Reis J, Venkatesh BA, Sharma R, Abbasi SA, Goff DC, Jr., Carr JJ, Rana JS, Terry JG, Bouchard C, Sarzynski MA, Eisman A, Neilan T, Das S, Jerosch-Herold M, Lewis CE, **Carnethon M**, Lewis GD, Lima JA. Association of Fitness in Young Adulthood With Survival and Cardiovascular Risk: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. JAMA Intern Med. 2016;176(1):87-95.PMC5292201

153.  Womack VY, De Chavez PJ, Albrecht SS, Durant N, Loucks EB, Puterman E, Redmond N, Siddique J, Williams DR, **Carnethon MR**. A Longitudinal Relationship Between Depressive Symptoms and Development of Metabolic Syndrome: The Coronary Artery Risk Development in Young Adults Study. Psychosom Med. 2016;78(7):867-873.PMC5003718

154.  Yaffe K, Nasrallah I, Hoang TD, Lauderdale DS, Knutson KL, **Carnethon MR**, Launer LJ, Lewis CE, Sidney S. Sleep Duration and White Matter Quality in Middle-Aged Adults. Sleep. 2016;39(9):1743-1747.PMC4989263

155.  Yano Y, Vongpatanasin W, Ayers C, Turer A, Chandra A, **Carnethon MR**, Greenland P, de Lemos JA, Neeland IJ. Regional Fat Distribution and Blood Pressure Level and Variability: The Dallas Heart Study. Hypertension. 2016;68(3):576-583.PMC4982814

156.  Alcantara C, Patel SR, **Carnethon M**, Castaneda S, Isasi CR, Davis S, Ramos A, Arredondo E, Redline S, Zee PC, Gallo LC. Stress and Sleep: Results from the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study. SSM Popul Health. 2017;3:713-721.PMC5663240

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1163 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

157. Bancks MP, Kershaw K, Carson AP, Gordon-Larsen P, Schreiner PJ, **Carnethon MR**. Association of Modifiable Risk Factors in Young Adulthood With Racial Disparity in Incident Type 2 Diabetes During Middle Adulthood. JAMA. 2017;318(24):2457-2465.PMC5820714

158. Barone Gibbs B, Pettee Gabriel K, **Carnethon MR**, Gary-Webb T, Jakicic JM, Rana JS, Reis JP, Siddique J, Sternfeld B, Lewis CE. Sedentary Time, Physical Activity, and Adiposity: Cross-sectional and Longitudinal Associations in CARDIA. Am J Prev Med. 2017;53(6):764-771.PMC5696042

159. Benck LR, Cuttica MJ, Colangelo LA, Sidney S, Dransfield MT, Mannino DM, Jacobs DR, Jr., Lewis CE, Zhu N, Washko GR, Liu K, **Carnethon MR**, Kalhan R. Association between Cardiorespiratory Fitness and Lung Health from Young Adulthood to Middle Age. Am J Respir Crit Care Med. 2017;195(9):1236-1243.PMC5439017

160. Bernardi LA, **Carnethon MR**, de Chavez PJ, Ikhena DE, Neff LM, Baird DD, Marsh EE. Relationship between obesity and anti-Mullerian hormone in reproductive-aged African American women. Obesity (Silver Spring). 2017;25(1):229-235.PMC5182136

161. **Carnethon MR**, Ayala GX, Bangdiwala SI, Bishop V, Daviglus ML, Delamater AM, Gallo LC, Perreira K, Pulgaron E, Reina S, Talavera GA, Van Horn LH, Isasi CR. Association of cardiovascular risk factors between Hispanic/Latino parents and youth: the Hispanic Community Health Study/Study of Latino Youth. Ann Epidemiol. 2017;27(4):260-268 e262.PMC5800774

162. Carroll AJ, **Carnethon MR**, Liu K, Jacobs DR, Colangelo LA, Stewart JC, Carr JJ, Widome R, Auer R, Hitsman B. Interaction between smoking and depressive symptoms with subclinical heart disease in the Coronary Artery Risk Development in Young Adults (CARDIA) study. Health Psychol. 2017;36(2):101-111.PMC5269456

163. Carroll AJM, Auer R, Colangelo LA, **Carnethon MR**, Jacobs DR, Jr., Stewart JC, Widome R, Carr JJ, Liu K, Hitsman B. Association of the Interaction Between Smoking and Depressive Symptom Clusters With Coronary Artery Calcification: The CARDIA Study. J Dual Diagn. 2017;13(1):43-51.PMC5525054

164. Christine PJ, Young R, Adar SD, Bertoni AG, Heisler M, **Carnethon MR**, Hayward RA, Diez Roux AV. Individual- and Area-Level SES in Diabetes Risk Prediction: The Multi-Ethnic Study of Atherosclerosis. Am J Prev Med. 2017;53(2):201-209.PMC5584566

165. Curtis DS, Fuller-Rowell TE, El-Sheikh M, **Carnethon MR**, Ryff CD. Habitual sleep as a contributor to racial differences in cardiometabolic risk. Proc Natl Acad Sci U S A. 2017;114(33):8889-8894.PMC5565403

166. Effoe VS, **Carnethon MR**, Echouffo-Tcheugui JB, Chen H, Joseph JJ, Norwood AF, Bertoni AG. The American Heart Association Ideal Cardiovascular Health and Incident Type 2 Diabetes Mellitus Among Blacks: The Jackson Heart Study. J Am Heart Assoc. 2017;6(6).PMC5669153

167. Gallo LC, Roesch SP, McCurley JL, Isasi CR, Sotres-Alvarez D, Delamater AM, Van Horn L, Arredondo EM, Perreira KM, Buelna C, Qi Q, Vidot DC, **Carnethon MR**. Youth and Caregiver Physical Activity and Sedentary Time: HCHS/SOL Youth. Am J Health Behav. 2017;41(1):67-75.PMC5161228

168. Isasi CR, Hua S, Jung M, **Carnethon MR**, Perreira K, Vidot DC, Salazar CR, McCurley JL, Sotres-Alvarez D, Van Horn L, Delamater AM, Llabre MM, Gallo LC. The Association of Parental/Caregiver Chronic Stress with Youth Obesity: Findings from the Study of Latino Youth and the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study. Child Obes. 2017;13(4):251-258.PMC5549811

**Exhibit 62 to Plaintiff's Appendix of Evidence**     **Page 1164 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

169. Joseph JJ, Echouffo-Tcheugui JB, Talegawkar SA, Effoe VS, Okhomina V, **Carnethon MR**, Hsueh WA, Golden SH. Modifiable Lifestyle Risk Factors and Incident Diabetes in African Americans. Am J Prev Med. 2017;53(5):e165-e174.PMC5704929

170. Kalyani RR, Ji N, **Carnethon M**, Bertoni AG, Selvin E, Gregg EW, Sims M, Golden SH. Diabetes, depressive symptoms, and functional disability in African Americans: the Jackson Heart Study. J Diabetes Complications. 2017;31(8):1259-1265.PMC5676306

171. Kershaw KN, Lane-Cordova AD, **Carnethon MR**, Tindle HA, Liu K. Chronic Stress and Endothelial Dysfunction: The Multi-Ethnic Study of Atherosclerosis (MESA). Am J Hypertens. 2017;30(1):75-80.PMC5155567

172. Kershaw KN, Robinson WR, Gordon-Larsen P, Hicken MT, Goff DC, Jr., **Carnethon MR**, Kiefe CI, Sidney S, Diez Roux AV. Association of Changes in Neighborhood-Level Racial Residential Segregation With Changes in Blood Pressure Among Black Adults: The CARDIA Study. JAMA Intern Med. 2017;177(7):996-1002.PMC5710452

173. Lacy ME, Wellenius GA, Sumner AE, Correa A, **Carnethon MR**, Liem RI, Wilson JG, Sacks DB, Jacobs DR, Jr., Carson AP, Luo X, Gjelsvik A, Reiner AP, Naik RP, Liu S, Musani SK, Eaton CB, Wu WC. Association of Sickle Cell Trait With Hemoglobin A1c in African Americans. JAMA. 2017;317(5):507-515.PMC5713881

174. Laddu DR, Rana JS, Murillo R, Sorel ME, Quesenberry CP, Jr., Allen NB, Gabriel KP, **Carnethon MR**, Liu K, Reis JP, Lloyd-Jones D, Carr JJ, Sidney S. 25-Year Physical Activity Trajectories and Development of Subclinical Coronary Artery Disease as Measured by Coronary Artery Calcium: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Mayo Clin Proc. 2017;92(11):1660-1670.PMC5679779

175. Lane-Cordova AD, Puterman E, Gunderson EP, Chan C, Hou L, **Carnethon M**. Gravidity is not associated with telomere length in a biracial cohort of middle-aged women: The Coronary Artery Risk Development in Young Adults (CARDIA) study. PLoS One. 2017;12(10):e0186495.PMC5648190

176. Liem RI, Chan C, Vu TT, Fornage M, Thompson AA, Liu K, **Carnethon MR**. Association among sickle cell trait, fitness, and cardiovascular risk factors in CARDIA. Blood. 2017;129(6):723-728.PMC5301825

177. Luyster FS, Dunn RE, Lauderdale DS, **Carnethon MR**, Tucker AM, Vogel RA, Lincoln AE, Knutson KL, Pellman EJ, Strollo PJ, Jr. Sleep-apnea risk and subclinical atherosclerosis in early-middle-aged retired National Football League players. Nat Sci Sleep. 2017;9:31-38.PMC5328609

178. McCurley JL, Penedo F, Roesch SC, Isasi CR, **Carnethon M**, Sotres-Alvarez D, Schneiderman N, Gonzalez P, Chirinos DA, Camacho A, Teng Y, Gallo LC. Psychosocial Factors in the Relationship between Socioeconomic Status and Cardiometabolic Risk: the HCHS/SOL Sociocultural Ancillary Study. Ann Behav Med. 2017;51(4):477-488.PMC5529279

179. Montag SE, Knutson KL, Zee PC, Goldberger JJ, Ng J, Kim KA, **Carnethon MR**. Association of sleep characteristics with cardiovascular and metabolic risk factors in a population sample: the Chicago Area Sleep Study. Sleep Health. 2017;3(2):107-112.PMC5373495

180. Pandey A, Allen NB, Ayers C, Reis JP, Moreira HT, Sidney S, Rana JS, Jacobs DR, Jr., Chow LS, de Lemos JA, **Carnethon M**, Berry JD. Fitness in Young Adulthood and Long-Term Cardiac Structure and Function: The CARDIA Study. JACC Heart Fail. 2017;5(5):347-355.PMC7812548

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1165 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

181. Pandey A, LaMonte M, Klein L, Ayers C, Psaty BM, Eaton CB, Allen NB, de Lemos JA, **Carnethon M**, Greenland P, Berry JD. Relationship Between Physical Activity, Body Mass Index, and Risk of Heart Failure. J Am Coll Cardiol. 2017;69(9):1129-1142.PMC5848099

182. Parrinello CM, Hua S, **Carnethon MR**, Gallo LC, Hudson BI, Goldberg RB, Delamater AM, Kaplan RC, Isasi CR. Associations of hyperglycemia and insulin resistance with biomarkers of endothelial dysfunction in Hispanic/Latino youths: Results from the Hispanic Community Children's Health Study/Study of Latino Youth (SOL Youth). J Diabetes Complications. 2017;31(5):836-842.PMC6119470

183. Reina SA, Llabre MM, Vidot DC, Isasi CR, Perreira K, **Carnethon M**, Parrinello CM, Gallo LC, Ayala GX, Delamater A. Metabolic Syndrome in Hispanic Youth: Results from the Hispanic Community Children's Health Study/Study of Latino Youth. Metab Syndr Relat Disord. 2017;15(8):400-406.PMC5649400

184. Tedla YG, Yano Y, **Carnethon M**, Greenland P. Association Between Long-Term Blood Pressure Variability and 10-Year Progression in Arterial Stiffness: The Multiethnic Study of Atherosclerosis. Hypertension. 2017;69(1):118-127.PMC5145729

185. Zeki Al Hazzouri A, Elfassy T, **Carnethon MR**, Lloyd-Jones DM, Yaffe K. Heart Rate Variability and Cognitive Function In Middle-Age Adults: The Coronary Artery Risk Development in Young Adults. Am J Hypertens. 2017;31(1):27-34.PMC5861561

186. Akhabue E, Montag S, Reis JP, Pool LR, Mehta R, Yancy CW, Zhao L, Wolf M, Gutierrez OM, **Carnethon MR**, Isakova T. FGF23 (Fibroblast Growth Factor-23) and Incident Hypertension in Young and Middle-Aged Adults: The CARDIA Study. Hypertension. 2018;72(1):70-76.PMC6002950

187. Arandia G, Sotres-Alvarez D, Siega-Riz AM, Arredondo EM, **Carnethon MR**, Delamater AM, Gallo LC, Isasi CR, Marchante AN, Pritchard D, Van Horn L, Perreira KM. Associations between acculturation, ethnic identity, and diet quality among U.S. Hispanic/Latino Youth: Findings from the HCHS/SOL Youth Study. Appetite. 2018;129:25-36.PMC6390481

188. Armstrong NM, Carlson MC, Schrack J, Xue QL, **Carnethon MR**, Rosano C, Chaves PHM, Gross AL. Late-Life Depressive Symptoms as Partial Mediators in the Associations between Subclinical Cardiovascular Disease with Onset of Mild Cognitive Impairment and Dementia. Am J Geriatr Psychiatry. 2018;26(5):559-568.PMC5940555

189. Bancks MP, **Carnethon MR**, Jacobs DR, Jr., Launer LJ, Reis JP, Schreiner PJ, Shah RV, Sidney S, Yaffe K, Yano Y, Allen NB. Fasting Glucose Variability in Young Adulthood and Cognitive Function in Middle Age: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Diabetes Care. 2018;41(12):2579-2585.PMC6245206

190. Elfassy T, Glymour MM, Kershaw KN, **Carnethon M**, Llabre MM, Lewis CE, Schneiderman N, Zeki Al Hazzouri A. Association Between Sustained Poverty and Changes in Body Mass Index, 1990-2015: The Coronary Artery Risk Development in Young Adults Study. Am J Epidemiol. 2018;187(6):1240-1249.PMC5982791

191. Gerber C, Cai X, Lee J, Craven T, Scialla J, Souma N, Srivastava A, Mehta R, Paluch A, Hodakowski A, Frazier R, **Carnethon MR**, Wolf MS, Isakova T. Incidence and Progression of Chronic Kidney Disease in Black and White Individuals with Type 2 Diabetes. Clin J Am Soc Nephrol. 2018;13(6):884-892.PMC5989671

192. Hernandez R, **Carnethon M**, Giachello AL, Penedo FJ, Wu D, Birnbaum-Weitzman O, Giacinto RE, Gallo LC, Isasi CR, Schneiderman N, Teng Y, Zeng D, Daviglus ML. Structural social support and cardiovascular disease risk factors in Hispanic/Latino adults with diabetes: results from the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). Ethn Health. 2018;23(7):737-751.PMC5756130

**Exhibit 62 to Plaintiff's Appendix of Evidence      Page 1166 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment**

193. Hernandez R, Cheung E, **Carnethon M**, Penedo FJ, Moskowitz JT, Martinez L, Schueller SM. Feasibility of a culturally adapted positive psychological intervention for Hispanics/Latinos with elevated risk for cardiovascular disease. Transl Behav Med. 2018;8(6):887-897.PMC6248863

194. Hernandez R, Gonzalez HM, Tarraf W, Moskowitz JT, **Carnethon MR**, Gallo LC, Penedo FJ, Isasi CR, Ruiz JM, Arguelles W, Buelna C, Davis S, Gonzalez F, McCurley JL, Wu D, Daviglus ML. Association of dispositional optimism with Life's Simple 7's Cardiovascular Health Index: results from the Hispanic Community Health Study/Study of Latinos (HCHS/SOL) Sociocultural Ancillary Study (SCAS). BMJ Open. 2018;8(3):e019434.PMC5875660

195. Isasi CR, Strizich GM, Kaplan R, Daviglus ML, Sotres-Alvarez D, Vidot DC, Llabre MM, Talavera G, **Carnethon MR**. The association of cardiorespiratory fitness with cardiometabolic factors, markers of inflammation, and endothelial dysfunction in Latino youth: findings from the Hispanic Community Children's Health Study/Study of Latino Youth. Ann Epidemiol. 2018;28(9):583-589 e583.PMC6093801

196. Khan SS, Ning H, Wilkins JT, Allen N, **Carnethon M**, Berry JD, Sweis RN, Lloyd-Jones DM. Association of Body Mass Index With Lifetime Risk of Cardiovascular Disease and Compression of Morbidity. JAMA Cardiol. 2018;3(4):280-287.PMC5875319

197. Kolak M, Bradley M, Block DR, Pool L, Garg G, Toman CK, Boatright K, Lipiszko D, Koschinsky J, Kershaw K, **Carnethon M**, Isakova T, Wolf M. Urban foodscape trends: Disparities in healthy food access in Chicago, 2007-2014. Health Place. 2018;52:231-239

198. Lane-Cordova AD, **Carnethon MR**, Catov JM, Montag S, Lewis CE, Schreiner PJ, Dude A, Sternfeld B, Badon SE, Greenland P, Gunderson EP. Cardiorespiratory fitness, exercise haemodynamics and birth outcomes: the Coronary Artery Risk Development in Young Adults Study. BJOG. 2018;125(9):1127-1134.PMC6045450

199. Lane-Cordova AD, Gunderson EP, **Carnethon MR**, Catov JM, Reiner AP, Lewis CE, Dude AM, Greenland P, Jacobs DR, Jr. Pre-pregnancy endothelial dysfunction and birth outcomes: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Hypertens Res. 2018;41(4):282-289.PMC6311125

200. Lane-Cordova AD, Tedla YG, **Carnethon MR**, Montag SE, Dude AM, Rasmussen-Torvik LJ. Pre-pregnancy blood pressure and body mass index trajectories and incident hypertensive disorders of pregnancy. Pregnancy Hypertens. 2018;13:138-140

201. Lee HM, Zhao Y, Liu MA, Yanez D, **Carnethon M**, Graham Barr R, Wong ND. Impact of lung-function measures on cardiovascular disease events in older adults with metabolic syndrome and diabetes. Clin Cardiol. 2018;41(7):959-965.PMC6365142

202. O'Brien MJ, Bullard KM, Zhang Y, Gregg EW, **Carnethon MR**, Kandula NR, Ackermann RT. Performance of the 2015 US Preventive Services Task Force Screening Criteria for Prediabetes and Undiagnosed Diabetes. J Gen Intern Med. 2018;33(7):1100-1108.PMC6025671

203. Pettee Gabriel K, Sidney S, Jacobs DR, Jr., Whitaker KM, **Carnethon MR**, Lewis CE, Schreiner PJ, Malkani RI, Shikany JM, Reis JP, Sternfeld B. Ten-Year Changes in Accelerometer-Based Physical Activity and Sedentary Time During Midlife: The CARDIA Study. Am J Epidemiol. 2018;187(10):2145-2150.PMC6166210

204. Pool LR, **Carnethon MR**, Goff DC, Jr., Gordon-Larsen P, Robinson WR, Kershaw KN. Longitudinal Associations of Neighborhood-level Racial Residential Segregation with Obesity Among Blacks. Epidemiology. 2018;29(2):207-214

205. Strizich G, Kaplan RC, Sotres-Alvarez D, Diaz KM, Daigre AL, **Carnethon MR**, Vidot DC, Delamater AM, Perez L, Perreira K, Isasi CR, Qi Q. Objectively Measured Sedentary Behavior, Physical Activity, and Cardiometabolic Risk in Hispanic Youth: Hispanic Community Health Study/Study of Latino Youth. J Clin Endocrinol Metab. 2018;103(9):3289-3298.PMC6126884

206. Tapia Granados JA, Christine PJ, Ionides EL, **Carnethon MR**, Diez Roux AV, Kiefe CI, Schreiner PJ. Cardiovascular Risk Factors, Depression, and Alcohol Consumption During Joblessness and During Recessions Among Young Adults in CARDIA. Am J Epidemiol. 2018;187(11):2339-2345.PMC6211238

207. Tedla YG, Yano Y, Thyagarajan B, Kalhan R, Viera AJ, Rosenberg S, Greenland P, **Carnethon MR**. Peak lung function during young adulthood and future long-term blood pressure variability: The Coronary Artery Risk Development in Young Adults (CARDIA) study. Atherosclerosis. 2018;275:225-231.PMC7702294

208. Akhabue E, Vu TT, Vaidya A, Michos ED, de Boer IH, Kestenbaum B, Allison M, Szklo M, Ouyang P, Yancy CW, Wolf M, Isakova T, **Carnethon MR**. Fibroblast Growth Factor-23, Heart Failure Risk, and Renin-Angiotensin-Aldosterone-System Blockade in Hypertension: The MESA Study. Am J Hypertens. 2019;32(1):18-25.PMC7179751

209. Armstrong NM, Carlson MC, Xue QL, Schrack J, **Carnethon MR**, Chaves PHM, Gross AL. Role of Late-Life Depression in the Association of Subclinical Cardiovascular Disease With All-Cause Mortality: Cardiovascular Health Study. J Aging Health. 2019;31(4):652-666.PMC5930132

210. Bancks M, Alonso A, Allen N, Yaffe K, **Carnethon M**. Temporal trends in cognitive function of older US adults associated with population changes in demographic and cardiovascular profiles. J Epidemiol Community Health. 2019;73(7):612-618.PMC7240358

211. Bancks MP, **Carnethon MR**, Chow LS, Gidding SS, Jacobs DR, Jr., Kishi S, Lima J, Lloyd-Jones D, Reis JP, Schreiner PJ, Zmora R, Allen NB. Fasting glucose and insulin resistance trajectories during young adulthood and mid-life cardiac structure and function. J Diabetes Complications. 2019;33(5):356-362.PMC6451883

212. Bancks MP, Carson AP, Lewis CE, Gunderson EP, Reis JP, Schreiner PJ, Yano Y, **Carnethon MR**. Fasting glucose variability in young adulthood and incident diabetes, cardiovascular disease and all-cause mortality. Diabetologia. 2019;62(8):1366-1374.PMC7235631

213. Bancks MP, Ning H, Allen NB, Bertoni AG, **Carnethon MR**, Correa A, Echouffo-Tcheugui JB, Lange LA, Lloyd-Jones DM, Wilkins JT. Long-term Absolute Risk for Cardiovascular Disease Stratified by Fasting Glucose Level. Diabetes Care. 2019;42(3):457-465.PMC6385698

214. Camhi SM, Must A, Gona PN, Hankinson A, Odegaard A, Reis J, Gunderson EP, Jacobs DR, **Carnethon MR**. Duration and stability of metabolically healthy obesity over 30 years. Int J Obes (Lond). 2019;43(9):1803-1810.PMC6395568

215. Evenson KR, Arredondo EM, **Carnethon MR**, Delamater AM, Gallo LC, Isasi CR, Perreira KM, Foti SA, L VANH, Vidot DC, Sotres-Alvarez D. Physical Activity and Sedentary Behavior among US Hispanic/Latino Youth: The SOL Youth Study. Med Sci Sports Exerc. 2019;51(5):891-899.PMC6465089

216. Fox RS, **Carnethon MR**, Gallo LC, Wiley JF, Isasi CR, Daviglus ML, Cai J, Davis SM, Giachello AL, Gonzalez P, McCurley JL, Schneiderman N, Penedo FJ. Perceived Discrimination and Cardiometabolic Risk Among US Hispanics/Latinos in the HCHS/SOL Sociocultural Ancillary Study. Int J Behav Med. 2019;26(4):331-342.PMC7294575

**Exhibit 62 to Plaintiff's Appendix of Evidence**       **Page 1168 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

217. Gallo LC, Roesch SC, Bravin JI, Savin KL, Perreira KM, **Carnethon MR**, Delamater AM, Salazar CR, Lopez-Gurrola M, Isasi CR. Socioeconomic Adversity, Social Resources, and Allostatic Load Among Hispanic/Latino Youth: The Study of Latino Youth. Psychosom Med. 2019;81(3):305-312.PMC6443433

218. Glover LM, Bertoni AG, Golden SH, Baltrus P, Min YI, **Carnethon MR**, Taylor H, Sims M. Sex differences in the association of psychosocial resources with prevalent type 2 diabetes among African Americans: The Jackson Heart Study. J Diabetes Complications. 2019;33(2):113-117.PMC6554648

219. Glynn P, Lloyd-Jones DM, Feinstein MJ, **Carnethon M**, Khan SS. Disparities in Cardiovascular Mortality Related to Heart Failure in the United States. J Am Coll Cardiol. 2019;73(18):2354-2355

220. Heard-Garris N, Sacotte KA, Winkelman TNA, Cohen A, Ekwueme PO, Barnert E, **Carnethon M**, Davis MM. Association of Childhood History of Parental Incarceration and Juvenile Justice Involvement With Mental Health in Early Adulthood. JAMA Netw Open. 2019;2(9):e1910465.PMC6727677

221. Khan SS, Ning H, Shah SJ, Yancy CW, **Carnethon M**, Berry JD, Mentz RJ, O'Brien E, Correa A, Suthahar N, de Boer RA, Wilkins JT, Lloyd-Jones DM. 10-Year Risk Equations for Incident Heart Failure in the General Population. J Am Coll Cardiol. 2019;73(19):2388-2397.PMC6527121

222. Makarem N, Shechter A, **Carnethon MR**, Mullington JM, Hall MH, Abdalla M. Sleep Duration and Blood Pressure: Recent Advances and Future Directions. Curr Hypertens Rep. 2019;21(5):33

223. McCurley JL, Gutierrez AP, Bravin JI, Schneiderman N, Reina SA, Khambaty T, Castaneda SF, Smoller S, Daviglus ML, O'Brien MJ, **Carnethon MR**, Isasi CR, Perreira KM, Talavera GA, Yang M, Gallo LC. Association of Social Adversity with Comorbid Diabetes and Depression Symptoms in the Hispanic Community Health Study/Study of Latinos Sociocultural Ancillary Study: A Syndemic Framework. Ann Behav Med. 2019;53(11):975-987.PMC6779072

224. Morgan E, D'Aquila R, **Carnethon MR**, Mustanski B. Cardiovascular disease risk factors are elevated among a cohort of young sexual and gender minorities in Chicago. J Behav Med. 2019;42(6):1073-1081.PMC6785361

225. Paluch AE, Pool LR, Isakova T, Lewis CE, Mehta R, Schreiner PJ, Sidney S, Wolf M, **Carnethon MR**. Association of Fitness With Racial Differences in Chronic Kidney Disease. Am J Prev Med. 2019;57(1):68-76.PMC6589135

226. Perreira KM, Marchante AN, Schwartz SJ, Isasi CR, **Carnethon MR**, Corliss HL, Kaplan RC, Santisteban DA, Vidot DC, Van Horn L, Delamater AM. Stress and Resilience: Key Correlates of Mental Health and Substance Use in the Hispanic Community Health Study of Latino Youth. J Immigr Minor Health. 2019;21(1):4-13.PMC6141349

227. Shah NS, Lloyd-Jones DM, O'Flaherty M, Capewell S, Kershaw KN, **Carnethon M**, Khan SS. Trends in Cardiometabolic Mortality in the United States, 1999-2017. JAMA. 2019;322(8):780-782.PMC6714016

228. Shaw PA, McMurray R, Butte N, Sotres-Alvarez D, Sun H, Stoutenberg M, Evenson KR, Wong WW, Moncrieft AE, Sanchez-Johnsen LAP, **Carnethon MR**, Arredondo E, Kaplan RC, Matthews CE, Mossavar-Rahmani Y. Calibration of activity-related energy expenditure in the Hispanic Community Health Study/Study of Latinos (HCHS/SOL). J Sci Med Sport. 2019;22(3):300-306.PMC6370477

229. Slopen N, Strizich G, Hua S, Gallo LC, Chae DH, Priest N, Gurka MJ, Bangdiwala SI, Bravin JI, Chambers EC, Daviglus ML, Llabre MM, **Carnethon MR**, Isasi CR. Maternal experiences of ethnic discrimination and child cardiometabolic outcomes in the Study of Latino Youth. Ann Epidemiol. 2019;34:52-57.PMC7282822

**Exhibit 62 to Plaintiff's Appendix of Evidence**    **Page 1169 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

230. Sternfeld B, Gabriel KP, Jiang SF, Whitaker KM, Jacobs DR, Jr., Quesenberry CP, Jr., **Carnethon M**, Sidney S. Risk Estimates for Diabetes and Hypertension with Different Physical Activity Methods. Med Sci Sports Exerc. 2019;51(12):2498-2505.PMC7138450

231. Whitaker KM, Pettee Gabriel K, Buman MP, Pereira MA, Jacobs DR, Jr., Reis JP, Gibbs BB, **Carnethon MR**, Staudenmayer J, Sidney S, Sternfeld B. Associations of Accelerometer-Measured Sedentary Time and Physical Activity With Prospectively Assessed Cardiometabolic Risk Factors: The CARDIA Study. J Am Heart Assoc. 2019;8(1):e010212.PMC6405708

232. Yang K, Xun P, **Carnethon M**, Carson AP, Lu L, Zhu J, He K. Low to moderate toenail arsenic levels in young adulthood and incidence of diabetes later in life: findings from the CARDIA Trace Element study. Environ Res. 2019;171:321-327.PMC6398992

233. Zhong VW, Bancks MP, Schreiner PJ, Lewis CE, Steffen LM, Meigs JB, Schrader LA, Schorr M, Miller KK, Sidney S, **Carnethon MR**. Insulin resistance since early adulthood and appendicular lean mass in middle-aged adults without diabetes: 20years of the CARDIA study. J Diabetes Complications. 2019;33(1):84-90.PMC6324968

234. Zhong VW, Van Horn L, Cornelis MC, Wilkins JT, Ning H, **Carnethon MR**, Greenland P, Mentz RJ, Tucker KL, Zhao L, Norwood AF, Lloyd-Jones DM, Allen NB. Associations of Dietary Cholesterol or Egg Consumption With Incident Cardiovascular Disease and Mortality. JAMA. 2019;321(11):1081-1095.PMC6439941

235. Hernandez R, Vu TT, Kershaw KN, Boehm JK, Kubzansky LD, **Carnethon M**, Trudel-Fitzgerald C, Knutson KL, Colangelo LA, Liu K. The Association of Optimism with Sleep Duration and Quality: Findings from the Coronary Artery Risk and Development in Young Adults (CARDIA) Study. Behav Med. 2020;46(2):100-111.PMC7282476

236. Khan SS, Lloyd-Jones DM, **Carnethon M**, Pool LR. Medicaid Expansion and State-Level Differences in Premature Cardiovascular Mortality by Subtype, 2010-2017. Hypertension. 2020;76(5):e37-e38.PMC7544679

237. Khera R, Pandey A, Ayers CR, **Carnethon MR**, Greenland P, Ndumele CE, Nambi V, Seliger SL, Chaves PHM, Safford MM, Cushman M, Xanthakis V, Vasan RS, Mentz RJ, Correa A, Lloyd-Jones DM, Berry JD, de Lemos JA, Neeland IJ. Performance of the Pooled Cohort Equations to Estimate Atherosclerotic Cardiovascular Disease Risk by Body Mass Index. JAMA Netw Open. 2020;3(10):e2023242.PMC7596579

238. Lane-Cordova AD, Gunderson EP, Greenland P, Catov JM, Lewis CE, Pettee Gabriel K, Wellons MF, **Carnethon MR**. Life-Course Reproductive History and Cardiovascular Risk Profile in Late Mid-Life: The CARDIA Study. J Am Heart Assoc. 2020;9(10):e014859.PMC7660840

239. Lewis AA, Ayers CR, Selvin E, Neeland I, Ballantyne CM, Nambi V, Pandey A, Powell-Wiley TM, Drazner MH, **Carnethon MR**, Berry JD, Seliger SL, DeFilippi CR, de Lemos JA. Racial Differences in Malignant Left Ventricular Hypertrophy and Incidence of Heart Failure: A Multicohort Study. Circulation. 2020;141(12):957-967.PMC7093253

240. Mayne SL, Loizzo L, Bancks MP, **Carnethon MR**, Barber S, Gordon-Larsen P, Carson AP, Schreiner PJ, Bantle AE, Whitaker KM, Kershaw KN. Racial residential segregation, racial discrimination, and diabetes: The Coronary Artery Risk Development in Young Adults study. Health Place. 2020;62:102286.PMC7266830

241. Murthy VL, Reis JP, Pico AR, Kitchen R, Lima JAC, Lloyd-Jones D, Allen NB, **Carnethon M**, Lewis GD, Nayor M, Vasan RS, Freedman JE, Clish CB, Shah RV. Comprehensive Metabolic Phenotyping Refines Cardiovascular Risk in Young Adults. Circulation. 2020;142(22):2110-2127.PMC7880553

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1170 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

242. Murthy VL, Xia R, Baldridge AS, **Carnethon MR**, Sidney S, Bouchard C, Sarzynski MA, Lima JAC, Lewis GD, Shah SJ, Fornage M, Shah RV. Polygenic Risk, Fitness, and Obesity in the Coronary Artery Risk Development in Young Adults (CARDIA) Study. JAMA Cardiol. 2020;5(3):40-48.PMC6990863

243. Newman JD, Bhatt DL, Rajagopalan S, Balmes JR, Brauer M, Breysse PN, Brown AGM, **Carnethon MR**, Cascio WE, Collman GW, Fine LJ, Hansel NN, Hernandez A, Hochman JS, Jerrett M, Joubert BR, Kaufman JD, Malik AO, Mensah GA, Newby DE, Peel JL, Siegel J, Siscovick D, Thompson BL, Zhang J, Brook RD. Cardiopulmonary Impact of Particulate Air Pollution in High-Risk Populations: JACC State-of-the-Art Review. J Am Coll Cardiol. 2020;76(24):2878-2894.PMC8040922

244. Nguyen-Rodriguez ST, Gallo LC, Isasi CR, Buxton OM, Thomas KS, Sotres-Alvarez D, Redline S, Castaneda SF, **Carnethon MR**, Daviglus ML, Perreira KM. Adiposity, Depression Symptoms and Inflammation in Hispanic/Latino Youth: Results From HCHS/SOL Youth. Ann Behav Med. 2020;54(7):529-534.PMC7291328

245. Pool LR, Kershaw KN, Gordon-Larsen P, Gutierrez OM, Reis JP, Isakova T, Wolf M, **Carnethon MR**. Racial Differences in the Associations Between Food Insecurity and Fibroblast Growth Factor 23 in the Coronary Artery Risk Development in Young Adults Study. J Ren Nutr. 2020;30(6):509-517

246. Rethy L, Petito LC, Vu THT, Kershaw K, Mehta R, Shah NS, **Carnethon MR**, Yancy CW, Lloyd-Jones DM, Khan SS. Trends in the Prevalence of Self-reported Heart Failure by Race/Ethnicity and Age From 2001 to 2016. JAMA Cardiol. 2020;5(12):1425-1429.PMC7489385

247. Shah NS, **Carnethon M**, Lloyd-Jones DM, Khan SS. Widening Rural-Urban Cardiometabolic Mortality Gap in the United States, 1999 to 2017. J Am Coll Cardiol. 2020;75(25):3187-3188

248. Shah NS, Lloyd-Jones DM, Kandula NR, Huffman MD, Capewell S, O'Flaherty M, Kershaw KN, **Carnethon MR**, Khan SS. Adverse Trends in Premature Cardiometabolic Mortality in the United States, 1999 to 2018. J Am Heart Assoc. 2020;9(23):e018213.PMC7763768

249. Shah NS, Molsberry R, Rana JS, Sidney S, Capewell S, O'Flaherty M, **Carnethon M**, Lloyd-Jones DM, Khan SS. Heterogeneous trends in burden of heart disease mortality by subtypes in the United States, 1999-2018: observational analysis of vital statistics. BMJ. 2020;370:m2688.PMC7424397.

250. Siddique J, Aaby D, Montag SE, Sidney S, Sternfeld B, Welch WA, **Carnethon MR**, Liu K, Craft LL, Pettee Gabriel K, Barone Gibbs B, Reis JP, Freedson P. Individualized Relative-Intensity Physical Activity Accelerometer Cut Points. Med Sci Sports Exerc. 2020;52(2):398-407.PMC6962549

251. Suglia SF, Crookes DM, Kaplan R, Sotres-Alvarez D, Llabre MM, Van Horn L, **Carnethon MR**, Isasi CR. Intergenerational Transmission of Childhood Adversity in Parents and their Children's BMI in the Hispanic Community Children's Health Study/Study of Latino Youth (HCHS/SOL Youth). J Psychosom Res. 2020;131:109956.PMC7415479

252. Thomas SJ, Booth JN, 3rd, Jaeger BC, Hubbard D, Sakhuja S, Abdalla M, Lloyd-Jones DM, Buysse DJ, Lewis CE, Shikany JM, Schwartz JE, Shimbo D, Calhoun D, Muntner P, **Carnethon MR**. Association of Sleep Characteristics With Nocturnal Hypertension and Nondipping Blood Pressure in the CARDIA Study. J Am Heart Assoc. 2020;9(7):e015062.PMC7428601

253. Tripathy S, Cai X, Adhikari A, Kershaw K, Peralta CA, Kramer H, Jacobs DR, Jr., Gutierrez OM, **Carnethon MR**, Isakova T. Association of Educational Attainment With Incidence of CKD in Young Adults. Kidney Int Rep. 2020;5(12):2256-2263.PMC7710886

254. Vettoretti M, Longato E, Zandona A, Li Y, Pagan JA, Siscovick D, **Carnethon MR**, Bertoni AG, Facchinetti A, Di Camillo B. Addressing practical issues of predictive models translation into everyday practice and public health management: a combined model to predict the risk of type 2 diabetes improves incidence prediction and reduces the prevalence of missing risk predictions. BMJ Open Diabetes Res Care. 2020;8(1).PMC7398107

255. Washko GR, Colangelo LA, Estepar RSJ, Ash SY, Bhatt SP, Okajima Y, Liu K, Jacobs DR, Jr., Iribarren C, Thyagarajan B, Lewis CE, Kumar R, Han MK, Dransfield MT, **Carnethon MR**, Kalhan R. Adult Life-Course Trajectories of Lung Function and the Development of Emphysema: The CARDIA Lung Study. Am J Med. 2020;133(2):222-230 e211.PMC6980254

256. Yano Y, Gao Y, Johnson DA, **Carnethon M**, Correa A, Mittleman MA, Sims M, Mostofsky E, Wilson JG, Redline S. Sleep Characteristics and Measures of Glucose Metabolism in Blacks: The Jackson Heart Study. J Am Heart Assoc. 2020;9(9):e013209.PMC7428566

257. Zhong VW, Van Horn L, Greenland P, **Carnethon MR**, Ning H, Wilkins JT, Lloyd-Jones DM, Allen NB. Associations of Processed Meat, Unprocessed Red Meat, Poultry, or Fish Intake With Incident Cardiovascular Disease and All-Cause Mortality. JAMA Intern Med. 2020;180(4):503-512.PMC7042891

258. Barnett JV, Beckman JA, Bonaca MP, **Carnethon MR**, Cassis LA, Creager MA, Daugherty A, Feinberg MW, Freiberg MS, Goodney PP, Greenland P, Leeuwenburgh C, LeMaire SA, McDermott MM, Sabatine MS, Shen YH, Wasserman DH, Webb NR, Wells QS. American Heart Association Vascular Disease Strategically Focused Research Network. Arterioscler Thromb Vasc Biol. 2020;40(3):e47-e54.PMC7047580

259. Hall KS, Hyde ET, Bassett DR, Carlson SA, **Carnethon MR**, Ekelund U, Evenson KR, Galuska DA, Kraus WE, Lee IM, Matthews CE, Omura JD, Paluch AE, Thomas WI, Fulton JE. Systematic review of the prospective association of daily step counts with risk of mortality, cardiovascular disease, and dysglycemia. Int J Behav Nutr Phys Act. 2020;17(1):78.PMC7305604

260. Bancks MP, Bertoni AG, **Carnethon M**, Chen H, Cotch MF, Gujral UP, Herrington D, Kanaya AM, Szklo M, Vaidya D, Kandula NR. Association of Diabetes Subgroups With Race/Ethnicity, Risk Factor Burden and Complications: The MASALA and MESA Studies. J Clin Endocrinol Metab. 2021;106(5):e2106-e2115.PMC8063247

261. Bancks MP, **Carnethon M**, Chen H, Cotch MF, Klein B, Klein R, Szklo M, Bertoni A. Diabetes subgroups and risk for complications: The Multi-Ethnic Study of Atherosclerosis (MESA). J Diabetes Complications. 2021;35(6):107915.PMC8113152

262. Bernardi LA, Weiss MS, Waldo A, Harmon Q, **Carnethon MR**, Baird DD, Wise LA, Marsh EE. Duration, recency, and type of hormonal contraceptive use and antimullerian hormone levels. Fertil Steril. 2021;116(1):208-217.PMC8217153

263. Cameron NA, Petito LC, McCabe M, Allen NB, O'Brien MJ, **Carnethon MR**, Khan SS. Quantifying the Sex-Race/Ethnicity-Specific Burden of Obesity on Incident Diabetes Mellitus in the United States, 2001 to 2016: MESA and NHANES. J Am Heart Assoc. 2021;10(4):e018799.PMC7955335

264. German C, Makarem N, Fanning J, Redline S, Elfassy T, McClain A, Abdalla M, Aggarwal B, Allen N, **Carnethon M**. Sleep, Sedentary Behavior, Physical Activity, and Cardiovascular Health: MESA. Med Sci Sports Exerc. 2021;53(4):724-731.PMC7969364

**Exhibit 62 to Plaintiff's Appendix of Evidence**   **Page 1172 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

265. Glynn PA, Molsberry R, Harrington K, Shah NS, Petito LC, Yancy CW, **Carnethon MR**, Lloyd-Jones DM, Khan SS. Geographic Variation in Trends and Disparities in Heart Failure Mortality in the United States, 1999 to 2017. J Am Heart Assoc. 2021;10(9):e020541.PMC8200738

266. Goff DC, Jr., Khan SS, Lloyd-Jones D, Arnett DK, **Carnethon MR**, Labarthe DR, Loop MS, Luepker RV, McConnell MV, Mensah GA, Mujahid MS, O'Flaherty ME, Prabhakaran D, Roger V, Rosamond WD, Sidney S, Wei GS, Wright JS. Bending the Curve in Cardiovascular Disease Mortality: Bethesda + 40 and Beyond. Circulation. 2021;143(8):837-851.PMC7905830

267. Gunderson EP, Sun B, Catov JM, **Carnethon M**, Lewis CE, Allen NB, Sidney S, Wellons M, Rana JS, Hou L, Carr JJ. Gestational Diabetes History and Glucose Tolerance After Pregnancy Associated With Coronary Artery Calcium in Women During Midlife: The CARDIA Study. Circulation. 2021;143(10):974-987.PMC7940578

268. Kim K, Joyce BT, Zheng Y, Schreiner PJ, Jacobs DR, Jr., Catov JM, Shikany JM, **Carnethon MR**, Greenland P, Van Horn LV, Allen NB, Lloyd-Jones DM, Gunderson EP, Hou L. DNA Methylation GrimAge and Incident Diabetes: The Coronary Artery Risk Development in Young Adults (CARDIA) Study. Diabetes. 2021;70(6):1404-1413.PMC8275890

269. Kluwe B, Ortiz R, Odei JB, Zhao S, Kline D, Brock G, Echouffo-Tcheugui JB, Lee JM, Lazarus S, Seeman T, Greenland P, Needham B, **Carnethon MR**, Golden SH, Joseph JJ. The association of cortisol curve features with incident diabetes among whites and African Americans: The CARDIA study. Psychoneuroendocrinology. 2021;123:105041.PMC8046489

270. LeCroy MN, Strizich GM, Gallo LC, Perreira KP, Ayala GX, **Carnethon MR**, Delamater AM, Gonzalez JS, Arredondo EM, Pulgaron ER, Isasi CR. The Association of the Parent-Child Language Acculturation Gap with Obesity and Cardiometabolic Risk in Hispanic/Latino Youth: Results from the Hispanic Community Children's Health Study/Study of Latino Youth (SOL Youth). Ann Behav Med. 2021;55(8):734-745.PMC8311787

271. Manuel EC, Plowden TC, Valbuena FM, Jr., Bryce RL, Barick AA, Ramakrishnan A, **Carnethon MR**, Neff LM, Baird DD, Marsh EE. The Environment, Leiomyomas, Latinas, and Adiposity Study: rationale and design. Am J Obstet Gynecol. 2021

272. Pandey A, Mehta A, Paluch A, Ning H, **Carnethon MR**, Allen NB, Michos ED, Berry JD, Lloyd-Jones DM, Wilkins JT. Performance of the American Heart Association/American College of Cardiology Pooled Cohort Equations to Estimate Atherosclerotic Cardiovascular Disease Risk by Self-reported Physical Activity Levels. JAMA Cardiol. 2021;6(6):690-696.PMC8082430

273. Pandey A, Vaduganathan M, Patel KV, Ayers C, Ballantyne CM, Kosiborod MN, **Carnethon M**, DeFilippi C, McGuire DK, Khan SS, Caughey MC, de Lemos JA, Everett BM. Biomarker-Based Risk Prediction of Incident Heart Failure in Pre-Diabetes and Diabetes. JACC Heart Fail. 2021;9(3):215-223

274. Patel KV, Metzinger M, Park B, Allen N, Ayers C, Kawut SM, Sidney S, Goff DC, Jr., Jacobs DR, Jr., Zaky AF, **Carnethon M**, Berry JD, Pandey A. Longitudinal Associations of Fitness and Obesity in Young Adulthood With Right Ventricular Function and Pulmonary Artery Systolic Pressure in Middle Age: The CARDIA Study. J Am Heart Assoc. 2021;10(7):e016968.PMC8174339

275. Paul S, Wong M, Akhabue E, Mehta RC, Kramer H, Isakova T, **Carnethon MR**, Wolf M, Gutierrez OM. Fibroblast Growth Factor 23 and Incident Cardiovascular Disease and Mortality in Middle-Aged Adults. J Am Heart Assoc. 2021;10(16):e020196

**Exhibit 62 to Plaintiff's Appendix of Evidence     Page 1173 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment**

276. Pereira JL, de Castro MA, Crispim SP, Fisberg RM, Isasi CR, Mossavar-Rahmani Y, Van Horn L, **Carnethon MR**, Daviglus ML, Perreira KM, Gallo LC, Sotres-Alvarez D, Mattei J. Comparing Methods from the National Cancer Institute vs Multiple Source Method for Estimating Usual Intake of Nutrients in the Hispanic Community Health Study/Study of Latino Youth. J Acad Nutr Diet. 2021;121(1):59-73 e16.PMC7752843

277. Pereira JL, Mattei J, Isasi CR, Van Horn L, **Carnethon MR**, Daviglus ML, Perera MJ, Sotres-Alvarez D, Fisberg RM. Diet quality, excess body weight and cardiometabolic risk factors in adolescents living in Sao Paulo, Brazil and in the USA: differences and similarities. Public Health Nutr. 2021;24(13):4091-4101

278. Reyfman PA, Khuder B, Pierce JB, Meza DA, **Carnethon MR**, Kalhan R, Khan SS. Urban-Rural Mortality Disparities from Chronic Lower Respiratory Diseases in the United States, 1999-2019. Am J Respir Crit Care Med. 2021;203(11):1435-1437

279. Reyfman PA, Sugar E, Hazucha H, Hixon J, Reynolds C, Bose S, Dransfield MT, Han MK, Estepar RSJ, Rice MB, Washko GR, **Carnethon M**, Kalhan R, American Lung Association Airways Clinical Research N, American Lung Association Airway's Clinical Research N. Study protocol for a national cohort of adults focused on respiratory health: the American Lung Association Lung Health Cohort (ALA-LHC) Study. BMJ Open. 2021;11(7):e053342.PMC8258664

280. Rocha J, Castillo-Lavergne CM, Byrd MJ, **Carnethon MR**, Miller R, Lin M, Marsh EE, Jackson JK, Yancy CW. Reimagining educational equity through strategic alliance partnerships in response to the USA STEM-M diversity gap. Health Promot Int. 2021

281. Shah NS, Wang MC, Freaney PM, Perak AM, **Carnethon MR**, Kandula NR, Gunderson EP, Bullard KM, Grobman WA, O'Brien MJ, Khan SS. Trends in Gestational Diabetes at First Live Birth by Race and Ethnicity in the US, 2011-2019. JAMA. 2021;326(7):660-669

282. Siddique J, Welch WA, Aaby D, Sternfeld B, Pettee Gabriel K, **Carnethon MR**, Rana JS, Sidney S. Relative-Intensity Physical Activity and Its Association With Cardiometabolic Disease. J Am Heart Assoc. 2021;10(14):e019174

283. Singleton MJ, German CA, **Carnethon M**, Soliman EZ, Bertoni AG, Yeboah J. Race, Body Mass Index, and the Risk of Atrial Fibrillation: The Multi-Ethnic Study of Atherosclerosis. J Am Heart Assoc. 2021;10(1):e018592.PMC7955459

284. Sinha A, Ning H, Ahmad FS, Bancks MP, **Carnethon MR**, O'Brien MJ, Allen NB, Wilkins JT, Lloyd-Jones DM, Khan SS. Association of fasting glucose with lifetime risk of incident heart failure: the Lifetime Risk Pooling Project. Cardiovasc Diabetol. 2021;20(1):66.PMC7983294

285. Sinha A, Ning H, **Carnethon MR**, Allen NB, Wilkins JT, Lloyd-Jones DM, Khan SS. Race- and Sex-Specific Population Attributable Fractions of Incident Heart Failure: A Population-Based Cohort Study From the Lifetime Risk Pooling Project. Circ Heart Fail. 2021;14(4):e008113.PMC8058263

286. Vivek S, **Carnethon MR**, Prizment A, Carson AP, Bancks MP, Jacobs DR, Jr., Thyagarajan B. Association of the Extent of Return to Fasting State 2-hours after a Glucose Challenge with Incident Prediabetes and Type 2 Diabetes: The CARDIA Study. Diabetes Res Clin Pract. 2021:109004

287. Wang L, Li X, Wang Z, Bancks MP, **Carnethon MR**, Greenland P, Feng YQ, Wang H, Zhong VW. Trends in Prevalence of Diabetes and Control of Risk Factors in Diabetes Among US Adults, 1999-2018. JAMA. 2021.PMC8233946

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1174 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

288. Wilkins JT, Gray EL, Wallia A, Hirschhorn LR, Zembower TR, Ho J, Kalume N, Agbo O, Zhu A, Rasmussen-Torvik LJ, Khan SS, **Carnethon M**, Huffman M, Evans CT. Seroprevalence and Correlates of SARS-CoV-2 Antibodies in Health Care Workers in Chicago. Open Forum Infect Dis. 2021;8(1):ofaa582.PMC7787182

289. Wilkins JT, Hirschhorn LR, Gray EL, Wallia A, **Carnethon M**, Zembower TR, Ho J, DeYoung BJ, Zhu A, Torvik LJR, Taiwo B, Evans CT. Serologic Status and SARS CoV-2 Infection over 6-Months of Follow-Up in Healthcare Workers in Chicago: A Cohort Study. Infect Control Hosp Epidemiol. 2021:1-29

290. Zhong VW, Allen NB, Greenland P, **Carnethon MR**, Ning H, Wilkins JT, Lloyd-Jones DM, Van Horn L. Protein foods from animal sources, incident cardiovascular disease and all-cause mortality: a substitution analysis. Int J Epidemiol. 2021;50(1):223-233

291. Zhong VW, Ning H, Van Horn L, **Carnethon MR**, Wilkins JT, Lloyd-Jones DM, Allen NB. Diet Quality and Long-Term Absolute Risks for Incident Cardiovascular Disease and Mortality. Am J Med. 2021;134(4):490-498 e424.PMC7956066

292. Akhabue E, Wong M, Mehta R, Isakova T, Wolf M, Yancy C, Gutierrez OM, **Carnethon M**. Fibroblast growth factor-23 and subclinical markers of cardiac dysfunction: The coronary artery risk development in young adults (CARDIA) study. *Am Heart J*. Mar 2022;245:10-18. doi:10.1016/j.ahj.2021.11.009

293. Johnson DA, Knutson K, Colangelo LA, Hale L, Redline S, **Carnethon M**, Kershaw KN. Associations of Chronic Burden, Sleep Characteristics, and Metabolic Syndrome in the Coronary Artery Risk Development in Young Adults (CARDIA) Study. *Psychosom Med*. Apr 15 2022;doi:10.1097/PSY.0000000000001081

294. Khan SS, Ning H, Allen NB, **Carnethon MR**, Yancy CW, Shah SJ, Wilkins JT, Tian L, Lloyd-Jones DM. Development and Validation of a Long-Term Incident Heart Failure Risk Model. *Circ Res*. Jan 21 2022;130(2):200-209. doi:10.1161/CIRCRESAHA.121.319595

295. Lin AW, Granata FA, Trippel AK, Tello L, Stump TK, Wong M, **Carnethon MR**, Kershaw KN, Makelarski J, Weller D. Food Handling Concerns and Practices at Home during the COVID-19 Pandemic by Food Security Status. *J Food Prot*. Mar 1 2022;85(3):518-526. doi:10.4315/JFP-21-216

296. Liu GY, Khan SS, Colangelo LA, Meza D, Washko GR, Sporn PHS, Jacobs DR, Jr., Dransfield MT, **Carnethon MR**, Kalhan R. Comparing Racial Differences in Emphysema Prevalence Among Adults With Normal Spirometry: A Secondary Data Analysis of the CARDIA Lung Study. *Ann Intern Med*. Jul 19 2022;doi:10.7326/m22-0205

297. Mongraw-Chaffin M, Saldana S, **Carnethon MR**, Chen H, Effoe V, Golden SH, Joseph J, Kalyani RR, Bertoni AG. Determinants of Metabolic Syndrome and Type 2 Diabetes in the Absence of Obesity: The Jackson Heart Study. *J Endocr Soc*. Jun 1 2022;6(6):bvac059. doi:10.1210/jendso/bvac05

298. Murphy RA, Tintle N, Harris WS, Darvishian M, Marklund M, Virtanen JK, Hantunen S, de Mello VD, Tuomilehto J, Lindstrom J, Bolt MA, Brouwer IA, Wood AC, Senn M, Redline S, Tsai MY, Gudnason V, Eiriksdottir G, Lindberg E, Shadyab AH, Liu B, **Carnethon M**, Uusitupa M, Djousse L, Riserus U, Lind L, van Dam RM, Koh WP, Shi P, Siscovick D, Lemaitre RN, Mozaffarian D. PUFA omega-3 and omega-6 biomarkers and sleep: a pooled analysis of cohort studies on behalf of the Fatty Acids and Outcomes Research Consortium (FORCE). *Am J Clin Nutr*. Mar 4 2022;115(3):864-876. doi:10.1093/ajcn/nqab408

299. Murthy VL, Nayor M, **Carnethon M**, Reis JP, Lloyd-Jones D, Allen NB, Kitchen R, Piaggi P, Steffen LM, Vasan RS, Freedman JE, Clish CB, Shah RV. Circulating metabolite profile in young adulthood identifies long-term diabetes

**Exhibit 62 to Plaintiff's Appendix of Evidence**    **Page 1175 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

susceptibility: the Coronary Artery Risk Development in Young Adults (CARDIA) study. *Diabetologia*. Apr 2022;65(4):657-674. doi:10.1007/s00125-021-05641-x

300. Paluch AE, Bajpai S, Bassett DR, **Carnethon MR**, Ekelund U, Evenson KR, Galuska DA, Jefferis BJ, Kraus WE, Lee IM, Matthews CE, Omura JD, Patel AV, Pieper CF, Rees-Punia E, Dallmeier D, Klenk J, Whincup PH, Dooley EE, Pettee Gabriel K, Palta P, Pompeii LA, Chernofsky A, Larson MG, Vasan RS, Spartano N, Ballin M, Nordstrom P, Nordstrom A, Anderssen SA, Hansen BH, Cochrane JA, Dwyer T, Wang J, Ferrucci L, Liu F, Schrack J, Urbanek J, Saint-Maurice PF, Yamamoto N, Yoshitake Y, Newton RL, Jr., Yang S, Shiroma EJ, Fulton JE, Steps for Health C. Daily steps and all-cause mortality: a meta-analysis of 15 international cohorts. *Lancet Public Health*. Mar 2022;7(3):e219-e228. doi:10.1016/S2468-2667(21)00302-9

301. Pettee Gabriel K, Jaeger BC, Sternfeld B, Dooley EE, **Carnethon MR**, Jacobs DR, Jr., Lewis CE, Hornikel B, Reis JP, Schreiner PJ, Shikany JM, Whitaker KM, Sidney S. Factors Associated with Age-Related Declines in Cardiorespiratory Fitness from Early Adulthood Through Midlife: CARDIA. *Med Sci Sports Exerc*. Jul 1 2022;54(7):1147-1154. doi:10.1249/MSS.0000000000002893

302. Phillips AZ, Kiefe CI, Lewis CE, Schreiner PJ, Tajeu GS, **Carnethon MR**. Alcohol Use and Blood Pressure Among Adults with Hypertension: the Mediating Roles of Health Behaviors. *J Gen Intern Med*. Feb 25 2022;doi:10.1007/s11606-021-07375-3

303. Rethy L, Vu TT, Shah NS, **Carnethon MR**, Lagu T, Huffman MD, Yancy CW, Lloyd-Jones DM, Khan SS. Blood Pressure and Glycemic Control Among Ambulatory US Adults With Heart Failure: National Health and Nutrition Examination Survey 2001 to 2018. *Circ Heart Fail*. May 2022;15(5):e009229. doi:10.1161/CIRCHEARTFAILURE.121.009229

304. Rocha J, Castillo-Lavergne CM, Byrd MJ, **Carnethon MR**, Miller R, Lin M, Marsh EE, Jackson JK, Yancy CW. Reimagining educational equity through strategic alliance partnerships in response to the USA STEM-M diversity gap. *Health Promot Int*. Apr 29 2022;37(2)doi:10.1093/heapro/daab094

305. Sekula NM, Plowden TC, Waldo A, Bryce R, Castillo-Mackenzie M, Acosta S, Valbuena F, **Carnethon M**, Marsh EE. Getting the word out: Methods of learning about research and motivations for participation in a study focusing on a reproductive-aged Latina/x population. *J Clin Transl Sci*. 2022;6(1):e40. doi:10.1017/cts.2022.10

306. Shah NS, Ning H, Petito LC, Kershaw KN, Bancks MP, Reis JP, Rana JS, Sidney S, Jacobs DR, Jr., Kiefe CI, **Carnethon MR**, Lloyd-Jones DM, Allen NB, Khan SS. Associations of Clinical and Social Risk Factors With Racial Differences in Premature Cardiovascular Disease. *Circulation*. May 24 2022:101161CIRCULATIONAHA121058311. doi:10.1161/CIRCULATIONAHA.121.058311

307. Shah NS, Wang MC, Kandula NR, **Carnethon MR**, Gunderson EP, Grobman WA, Khan SS. Gestational Diabetes and Hypertensive Disorders of Pregnancy by Maternal Birthplace. *Am J Prev Med*. Apr 2022;62(4):e223-e231. doi:10.1016/j.amepre.2021.10.007

308. Thatipelli S, Kershaw KN, Colangelo LA, Gordon-Larsen P, Jacobs DR, Dransfield MT, Meza D, Rosenberg SR, Washko GR, Parekh TM, **Carnethon MR**, Kalhan R. Neighborhood Socioeconomic Deprivation in Young Adulthood and Future Respiratory Health: The CARDIA Lung Study. *Am J Med*. Feb 2022;135(2):211-218 e1. doi:10.1016/j.amjmed.2021.07.048

309. van Gennip ACE, Sedaghat S, **Carnethon MR**, Allen NB, Klein BEK, Cotch MF, Chirinos DA, Stehouwer CDA, van Sloten TT. Retinal Microvascular Caliber and Incident Depressive Symptoms: The Multi-Ethnic Study of Atherosclerosis. *Am J Epidemiol*. Mar 24 2022;191(5):843-855. doi:10.1093/aje/kwab255

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1176 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

310. Vargas EA, Chirinos DA, Wong M, **Carnethon MR**, Carroll AJ, Kiefe CI, Carson AP, Kershaw KN. Psychosocial profiles and longitudinal achievement of optimal cardiovascular risk factor levels: the Coronary Artery Risk Development in Young Adults (CARDIA) study. *J Behav Med*. Apr 2022;45(2):172-185. doi:10.1007/s10865-021-00259-1

311. Vercammen KA, Moran AJ, **Carnethon MR**, McClain AC, Pool LR, Kiefe CI, Carson AP, Gordon-Larsen P, Steffen LM, Lee MM, Young JG, Rimm EB. Longitudinal Analysis of Food Insufficiency and Cardiovascular Disease Risk Factors in the CARDIA study. *Am J Prev Med*. Jan 2022;62(1):65-76. doi:10.1016/j.amepre.2021.06.020

312. Zhang Y, Chen C, Lu L, Knutson KL, **Carnethon MR**, Fly AD, Luo J, Haas DM, Shikany JM, Kahe K. Association of magnesium intake with sleep duration and sleep quality: findings from the CARDIA study. *Sleep*. Apr 11 2022;45(4)doi:10.1093/sleep/zsab276

313. Gaillard T, Chen H, Effoe VS, Correa A, **Carnethon M**, Kalyani RR, Echouffo-Tcheugui JB, Joseph JJ, Bertoni AG. Glucometabolic State Transitions: The Jackson Heart Study. *Ethn Dis*. Summer 2022;32(3):203-212. doi:10.18865/ed.32.3.203

314. Garg PK, Biggs ML, Kizer JR, Shah SJ, Psaty B, **Carnethon M**, Gottdiener JS, Siscovick D, Mukamal KJ. Glucose dysregulation and subclinical cardiac dysfunction in older adults: The Cardiovascular Health Study. *Cardiovasc Diabetol*. Jun 20 2022;21(1):112. doi:10.1186/s12933-022-01547-z

315. Sekula NM, Plowden TC, Waldo A, Bryce R, Castillo-Mackenzie M, Acosta S, Valbuena F, **Carnethon M**, Marsh EE. Getting the word out: Methods of learning about research and motivations for participation in a study focusing on a reproductive-aged Latina/x population. *J Clin Transl Sci*. 2022;6(1):e40. doi:10.1017/cts.2022.10

## B. Commentaries, Editorials and Reviews

1. **Carnethon MR**. Can we out-run the diabetes epidemic? Diabetologia. 2007;50(6):1113-1115

2. **Carnethon MR**. Diabetes prevention in US ethnic minorities: role of the social environment. J Am Diet Assoc. 2008;108(6):942-944

3. **Carnethon MR**, Craft LL. Autonomic regulation of the association between exercise and diabetes. Exerc Sport Sci Rev. 2008;36(1):12-18

4. **Carnethon MR**. Physical Activity and Cardiovascular Disease: How Much is Enough? Am J Lifestyle Med. 2009;3(1 Suppl):44S-49S.PMC2857374

5. **Carnethon MR**. Commentary: Heart rate and blood pressure: risk factors or risk markers? Int J Epidemiol. 2010;39(1):223-224

6. **Carnethon MR**. Diabetes mellitus in the absence of obesity: a risky condition. Circulation. 2014;130(24):2131-2132

7. **Carnethon MR**, Rasmussen-Torvik LJ, Palaniappan L. The obesity paradox in diabetes. Curr Cardiol Rep. 2014;16(2):446

8. Womack VY, **Carnethon MR**. Comment on Tovote et al. Individual mindfulness-based cognitive therapy and cognitive behavior therapy for treating depressive symptoms in patients with diabetes: results of a randomized controlled trial. Diabetes care 2014;37:2427-2434. Diabetes Care. 2015;38(3):e49-50

9.  **Carnethon MR**, Khan SS. An Apparent Obesity Paradox in Cardiac Surgery. Circulation. 2017;135(9):864-866.PMC5331860

10. Khan SS, **Carnethon MR**, Lloyd-Jones DM. The Obesity Paradigm and Lifetime Risk of Cardiovascular Disease-Reply. JAMA Cardiol. 2018;3(9):896-897

11. Kolak M, Bradley M, Block D, Pool L, Garg G, Toman CK, Boatright K, Lipiszko D, Koschinsky J, Kershaw K, Carnethon M, Isakova T, Wolf M. Chicago supermarket data and food access analytics in census tract shapefiles for 2007-2014. Data Brief. 2018;21:2482-2488.PMC6288981

12. Lane-Cordova AD, **Carnethon MR**. Authors' reply re: Cardiorespiratory fitness, exercise haemodynamics and birth outcomes: the Coronary Artery Risk Development in Young Adults (CARDIA) Study. BJOG. 2018;125(11):1490-1491

13. **Carnethon MR**, Johnson DA. Sleep and Resistant Hypertension. Curr Hypertens Rep. 2019;21(5):34.PMC7265173

14. **Carnethon MR**, Neubauer LC, Greenland P. Competency-Based Postdoctoral Education. Circulation. 2019;139(3):310-312.PMC6550466

15. Paluch AE, Heard-Garris N, **Carnethon MR**. Sport Participation Among Individuals With Adverse Childhood Experiences-Leveling the Playing Field. JAMA Pediatr. 2019;173(7):626-627

16. **Carnethon MR**, Kershaw KN, Kandula NR. Disparities Research, Disparities Researchers, and Health Equity. JAMA. 2020;323(3):211-212

17. **Carnethon MR**, Khan SS. A Feast of Observations About Diet. Circulation. 2020;141(14):1138-1140

18. Hill JA, Albert MA, **Carnethon MR**, Watson KE. Disparities in Cardiovascular Medicine: Circulation's Response. Circulation. 2020;142(12):1127-1128

19. Albert MA, **Carnethon MR**, Watson KE. Disparities in Cardiovascular Medicine. Circulation. 2021;143(24):2319-2320

20. **Carnethon MR**, Greenland P. Broadening the Pool of Mentors for Historically Underrepresented Trainees and Faculty in Cardiology. *Circulation*. 2022;146(3):150-152. doi:doi:10.1161/CIRCULATIONAHA.122.059021

21. **Carnethon MR**, Rodriguez F, Watson KE. Toward a Broader Conceptualization of Disparities and Solutions. *Circulation*. Jul 19 2022;146(3):145-146. doi:10.1161/CIRCULATIONAHA.122.061209

22. Chirinos DA, Vargas E, Kamsickas L, **Carnethon M**. The role of behavioral science in addressing cardiovascular health disparities: A narrative review of efforts, challenges, and future directions. *Health Psychol*. Jul 18 2022;doi:10.1037/hea0001191


**C.  Books and Book Chapters**

1.  **Carnethon MR.**  "Life Expectancy in Black Males."  In State of Black America: Portrait of the Black Male.  National Urban League Editor Jones SJ.   Beckham Publications Group, 2007.

2.  **Carnethon MR.** "Physical activity and metabolic syndrome in obesity". In Advances in Physical Activity and Obesity . Editors: Katzmarzyk P and Bouchard C.  Human Kinetics, 2010.

**Exhibit 62 to Plaintiff's Appendix of Evidence      Page 1178 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

3.    Albert MA and **Carnethon MR**. "Cardiovascular Disease in Heterogeneous Populations". In Braunwald's Heart Disease. 11th Edition. Editors: Zipes, Libby, Bonow, Mann and Tomaselli. 2019.

**D.  Practice Guidelines, Standards, and Consensus Statements**

1.    American Heart Association Nutrition C, Lichtenstein AH, Appel LJ, Brands M, **Carnethon M**, Daniels S, Franch HA, Franklin B, Kris-Etherton P, Harris WS, Howard B, Karanja N, Lefevre M, Rudel L, Sacks F, Van Horn L, Winston M, Wylie-Rosett J. Diet and lifestyle recommendations revision 2006: a scientific statement from the American Heart Association Nutrition Committee. Circulation. 2006;114(1):82-96

2.    Lichtenstein AH, Appel LJ, Brands M, **Carnethon M**, Daniels S, Franch HA, Franklin B, Kris-Etherton P, Harris WS, Howard B, Karanja N, Lefevre M, Rudel L, Sacks F, Van Horn L, Winston M, Wylie-Rosett J. Summary of American Heart Association Diet and Lifestyle Recommendations revision 2006. Arterioscler Thromb Vasc Biol. 2006;26(10):2186-2191

3.    **Carnethon M**, Whitsel LP, Franklin BA, Kris-Etherton P, Milani R, Pratt CA, Wagner GR, American Heart Association Advocacy Coordinating C, Council on E, Prevention, Council on the Kidney in Cardiovascular D, Council on Nutrition PA, Metabolism. Worksite wellness programs for cardiovascular disease prevention: a policy statement from the American Heart Association. Circulation. 2009;120(17):1725-1741

4.    Lloyd-Jones D, Adams R, **Carnethon M**, De Simone G, Ferguson TB, Flegal K, Ford E, Furie K, Go A, Greenlund K, Haase N, Hailpern S, Ho M, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott M, Meigs J, Mozaffarian D, Nichol G, O'Donnell C, Roger V, Rosamond W, Sacco R, Sorlie P, Stafford R, Steinberger J, Thom T, Wasserthiel-Smoller S, Wong N, Wylie-Rosett J, Hong Y, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2009 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation. 2009;119(3):480-486

5.    Lloyd-Jones D, Adams R, **Carnethon M**, De Simone G, Ferguson TB, Flegal K, Ford E, Furie K, Go A, Greenlund K, Haase N, Hailpern S, Ho M, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott M, Meigs J, Mozaffarian D, Nichol G, O'Donnell C, Roger V, Rosamond W, Sacco R, Sorlie P, Stafford R, Steinberger J, Thom T, Wasserthiel-Smoller S, Wong N, Wylie-Rosett J, Hong Y, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2009 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation. 2009;119(3):e21-181

6.    Mozaffarian D, Kamineni A, **Carnethon M**, Djousse L, Mukamal KJ, Siscovick D. Lifestyle risk factors and new-onset diabetes mellitus in older adults: the cardiovascular health study. Arch Intern Med. 2009;169(8):798-807.PMC2828342

7.    Lloyd-Jones D, Adams RJ, Brown TM, **Carnethon M**, Dai S, De Simone G, Ferguson TB, Ford E, Furie K, Gillespie C, Go A, Greenlund K, Haase N, Hailpern S, Ho PM, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott MM, Meigs J, Mozaffarian D, Mussolino M, Nichol G, Roger VL, Rosamond W, Sacco R, Sorlie P, Stafford R, Thom T, Wasserthiel-Smoller S, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Executive summary: heart disease and stroke statistics--2010 update: a report from the American Heart Association. Circulation. 2010;121(7):948-954

8.    Palaniappan LP, Araneta MR, Assimes TL, Barrett-Connor EL, **Carnethon MR**, Criqui MH, Fung GL, Narayan KM, Patel H, Taylor-Piliae RE, Wilson PW, Wong ND, American Heart Association Council on E, Prevention, American Heart Association Council on Peripheral Vascular D, American Heart Association Council on Nutrition PA, Metabolism, American Heart Association Council on Clinical C, American Heart Association Council on Cardiovascular N, Council on Cardiovascular N. Call to action: cardiovascular disease in Asian Americans: a science advisory from the American Heart Association. Circulation. 2010;122(12):1242-1252.PMC4725601

9.  Writing Group M, Lloyd-Jones D, Adams RJ, Brown TM, **Carnethon M**, Dai S, De Simone G, Ferguson TB, Ford E, Furie K, Gillespie C, Go A, Greenlund K, Haase N, Hailpern S, Ho PM, Howard V, Kissela B, Kittner S, Lackland D, Lisabeth L, Marelli A, McDermott MM, Meigs J, Mozaffarian D, Mussolino M, Nichol G, Roger VL, Rosamond W, Sacco R, Sorlie P, Roger VL, Thom T, Wasserthiel-Smoller S, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2010 update: a report from the American Heart Association. Circulation. 2010;121(7):e46-e215

10.  Roger VL, Go AS, Lloyd-Jones DM, Adams RJ, Berry JD, Brown TM, **Carnethon MR**, Dai S, de Simone G, Ford ES, Fox CS, Fullerton HJ, Gillespie C, Greenlund KJ, Hailpern SM, Heit JA, Ho PM, Howard VJ, Kissela BM, Kittner SJ, Lackland DT, Lichtman JH, Lisabeth LD, Makuc DM, Marcus GM, Marelli A, Matchar DB, McDermott MM, Meigs JB, Moy CS, Mozaffarian D, Mussolino ME, Nichol G, Paynter NP, Rosamond WD, Sorlie PD, Stafford RS, Turan TN, Turner MB, Wong ND, Wylie-Rosett J, American Heart Association Statistics C, Stroke Statistics S. Heart disease and stroke statistics--2011 update: a report from the American Heart Association. Circulation. 2011;123(4):e18-e209.PMC4418670

11.  Pearson TA, Palaniappan LP, Artinian NT, **Carnethon MR**, Criqui MH, Daniels SR, Fonarow GC, Fortmann SP, Franklin BA, Galloway JM, Goff DC, Jr., Heath GW, Frank AT, Kris-Etherton PM, Labarthe DR, Murabito JM, Sacco RL, Sasson C, Turner MB, American Heart Association Council on E, Prevention. American Heart Association Guide for Improving Cardiovascular Health at the Community Level, 2013 update: a scientific statement for public health practitioners, healthcare providers, and health policy makers. Circulation. 2013;127(16):1730-1753

12.  Arena R, Arnett DK, Terry PE, Li S, Isaac F, Mosca L, Braun L, Roach WH, Jr., Pate RR, Sanchez E, **Carnethon M**, Whitsel LP. The role of worksite health screening: a policy statement from the American Heart Association. Circulation. 2014;130(8):719-734

13.  Goldstein BI, **Carnethon MR**, Matthews KA, McIntyre RS, Miller GE, Raghuveer G, Stoney CM, Wasiak H, McCrindle BW, American Heart Association A, Hypertension, Obesity in Youth Committee of the Council on Cardiovascular Disease in the Y. Major Depressive Disorder and Bipolar Disorder Predispose Youth to Accelerated Atherosclerosis and Early Cardiovascular Disease: A Scientific Statement From the American Heart Association. Circulation. 2015;132(10):965-986

14.  Woodruff TK, Green S, Paller A, Schlosser BJ, Spring B, Castle M, Stock MC, **Carnethon MR**, Clark CT, Gerard E, Turek FW, Wisner KL, Wakschlag LS, Kibbe MR, Mendelson MA, Simon MA, Hansen NM, Kenton K, Garcia PM, Zee P, Ramsey-Goldman R, Sutton SH, Van Horn L. Sex-based biomedical research policy needs an implementation plan. Womens Health (Lond). 2015;11(4):449-452

15.  **Carnethon MR**, Pu J, Howard G, Albert MA, Anderson CAM, Bertoni AG, Mujahid MS, Palaniappan L, Taylor HA, Jr., Willis M, Yancy CW, American Heart Association Council on E, Prevention, Council on Cardiovascular Disease in the Y, Council on C, Stroke N, Council on Clinical C, Council on Functional G, Translational B, Stroke C. Cardiovascular Health in African Americans: A Scientific Statement From the American Heart Association. Circulation. 2017;136(21):e393-e423.

**MEDIA COVERAGE AND APPEARANCES**

2003  "Fitness in Young Adulthood Predicts Heart Health in Middle Age" Multiple media coverage in Science Daily, NBC News, Huffington Post, Boston Globe, CNN, MedScape and others

2005  "Millions of Adults, Teens, Fail Fitness Test" Multiple media coverage in Washington Post, Fox News, Science Daily, California Health, Desert News and others

2007  "Depression Raises risk of Diabetes" Coverage in New York Times, Chicago Tribune, New Scientist, Reuters, MedicalXPress

2009    "Workplace wellness decreases healthcare costs" Coverage in EmaxHealth, National Public Radio
2010    "Low fitness in youth linked to hypertension". Coverage in WebMD, Medscape, US News
2011    "Sex as a heart attack trigger for couch potatoes" Huffington Post
2012    "Diabetes and the Obesity Paradox", "When Thinner Means Sicker" Coverage in the New York Times, Reuters, CNN, Web MD
2012    "When it comes to sleep, race may matter" Time. "How well you sleep may hinge on race" New York Times. "Sleep Influenced by Race, Ethnicity and Country of Origin" Huffington Post. "Sleep Study: Northwestern Study Finds Length of Sleep Varies by Race" Chicago Tribune.
2014    "Sleepless in America" Appearance on National Geographic Channel
2017    "NFL Play 60 Challenge Virtual Field Trip" Scientific Expert Volunteer on behalf of the American Heart Association
2017    "Baseball Players are Getting Fat Like Us" Op-Ed in USA Today
2018    "The Science of Longevity" November 14 Podcast by Slate Studios https://itunes.apple.com/us/podcast/the-science-of-longevity/id1333735108?i=1000423370875&mt=2
2018    "Young People Need to Turn Out for their Health" November 23, The Health Care Blog. http://thehealthcareblog.com/blog/2018/11/23/young-people-need-to-turn-out-for-their-health/
2018    "Where you live can promote or harm your health". OpEd in Thrive Global https://thriveglobal.com/stories/where-you-live-can-promote-or-harm-our-health/
2018    "This Holiday Season, Get Active". December 19 OpEd in the Morning Consult. https://morningconsult.com/opinions/this-holiday-season-get-active/
2019    "Protecting Immigrant Health is Good for the US" OpEd January 29 in The Hill. https://thehill.com/opinion/immigration/427459-protecting-immigrant-health-is-good-for-the-us
2019    "When it's cold outside, get moving indoors" OpEd by Emily Lattie and Mercedes Carnethon Thrive Global https://thriveglobal.com/stories/when-its-cold-outside-get-moving-indoors/
2019    "Are dietary supplements for real or just placebos?" OpEd in The Hill https://thehill.com/opinion/healthcare/429800-are-dietary-supplements-for-real-or-just-placebos
2019    "Protect Your Heart: Connecting the Dots between Maternal Health and Heart Health" OpEd by Mercedes Carnethon and Sadiya Khan Ms. Magazine. https://msmagazine.com/2019/02/14/protect-heart-connecting-dots-maternal-health-heart-health/
2019    "Are American Universities Training the Best People or the Wealthiest Ones" OpEd in TRT World https://www.trtworld.com/opinion/are-american-universities-training-the-best-people-or-the-wealthiest-ones-24977
2019    "Homophobia is Makes a Public Health Issue Worse". OpEd in US News & World Report. https://www.usnews.com/news/healthiest-communities/articles/2019-03-25/commentary-homophobia-increases-life-expectancy-disparities-between-blacks-whites
2019    "The link between sugary drinks, cancer and poor neighborhoods". OpEd in The Hill https://thehill.com/opinion/healthcare/453017-the-link-between-sugary-drinks-cancer-and-poor-neighborhoods
2019    "The Biggest Health Problem: Obesity". Scientific Blog in Scientific American. https://blogs.scientificamerican.com/observations/the-biggest-health-problem-obesity/
2019    "Commentary: The Biggest Women's World Cup Lesson: Teach Girls to be Competitive". https://www.chicagotribune.com/opinion/commentary/ct-opinion-womens-world-cup-soccer-competition-20190703-qszfhrjjaje7lcprj4tfeoey4y-story.html
2019    "Are researchers to Blame for Nutrition Misinformation?" OpEd in The Hill . https://thehill.com/opinion/healthcare/440222-are-researchers-to-blame-for-nutrition-misinformation
2019    "Wearable technology: Do we really need 10,000 steps a day to be healthy?". OpEd in the Hill. https://thehill.com/opinion/healthcare/447086-wearable-technology-do-we-really-need-10000-steps-a-day-to-be-healthy

2020 "Many Wealthy Parents Won't Send Kids Back to School This Fall". Mother Jones Magazine April 28, 2020 https://www.motherjones.com/politics/2020/04/many-wealthy-parents-wont-send-kids-back-to-school-this-fall-thats-a-disaster-waiting-to-happen/

2020 "MAP: Where are COVID-19 Deaths Happening in Chicago, Most are in Majority-Black Neighborhoods." CBS 2 Chicago https://chicago.cbslocal.com/map-where-are-covid-19-deaths-happening-the-most-in-chicago-neighborhoods-with-majority-black-populations/

2020 "How lack of healthy food plays a role in COVID-19 Deaths in Chicago's Black Communities". CBS2 Chicago. https://chicago.cbslocal.com/healthy-food-covid-deaths/ May 12, 2020

2020 "Study: COVID-19 spreads easier person-to-person" https://www.fox32chicago.com/video/686584. Fox 32 Chicago, May 21, 2020

2020 "How to Stay Safe while States Reopen" National Public Radio, Here & Now with Tonya Mosely June 12, 2020. https://www.wbur.org/hereandnow/2020/06/12/coronavirus-reopening-guide

2020 Opinion contributor on the epidemiology of COVID-19, MSNBC "The 11[th] Hour with Brian Williams", June 22, July 1, July 8, July 23, August 10

2020-21 Regular contributor on NBC Universal news programs (MNBC, NBC Now) on COVID-19: Incidence, epidemiology and vaccination.

## TEACHING
### Department Courses

| Dates | Role | Department (University) | Course Title | Audience |
|-------|------|-------------------------|--------------|----------|
| 1994-95 | Teaching assistant | Psychology (Stanford University) | Issues in Sexual Health and Contraception | Undergraduate |
| 2000 | Teaching assistant | Epidemiology (UNC-Chapel Hill) | Epidemiologic Research Methods | Graduate |
| 2006 | Course Director | Preventive Medicine (Northwestern University) | Applied Epidemiologic Analysis | Graduate |
| 2006-2009 | Course Director | Preventive Medicine (Northwestern University) | Introduction to Epidemiology | Undergraduate and Graduate |
| 2011-2012, 2014 | Co-Course Director | Preventive Medicine (Northwestern University) | Practical Issue in Population Studies | Graduate |
| 2014-2015 | Course Director | Preventive Medicine (Northwestern University | Obesity Epidemiology | Graduate/Medical Students |

### Conferences/ Workshops

| Date | Conference (Location) | Responsibility | Audience |
|------|------------------------|----------------|----------|
| Oct 2005 | Lifelong Learners Course (Northwestern University) | Lecture: "Cardiovascular Complications of Diabetes and Metabolic Syndrome" | Community Education |
| July 2008 - Present | 39th Annual 10-Day Seminar on Cardiovascular Disease Epidemiology and Prevention (Lake Tahoe, CA) | Lecture: "Diabetes and Cardiovascular Disease" "Obesity Paradox Debate" | Postgraduate |
| 2016, 2019 | Programs to Increase Diversity in Epidemiology (PRIDE), Sleep and Cardiovascular Disease (New York University, Langonne Medical Center) | "Disparities in Sleep and Cardiovascular Disease" | Postgraduate |

## TRAINEES

**Exhibit 62 to Plaintiff's Appendix of Evidence**   **Page 1182 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| 2004 – 2006 | Mohammad A. Kizilbash, MD, MSCI (NRSA/NIH Post-doctoral fellow) | Non-invasive assessment of autonomic nervous system function | Private Practice |
| 2004 – 2006 | Arlene Hankinson, MD, MS (NRSA/NIH Post-doctoral fellow) | Fitness and cardiovascular health | Pharmaceutical Company |
| 2004 – 2008 | Sae Young Jae, PhD (Postdoctoral Fellow University of Illinois) | Cardiorespiratory fitness and heart rate recovery influences on cardiovascular and metabolic disease | Associate Professor, University of Seoul, South Korea |
| 2006 – 2007 | Nicole Mohlman, MD (MPH Degree Student) | Healthcare access in underserved communities | Private Practice |
| 2006 – 2007 | David Kattan, MD (MPH Degree Student) | Illinois perinatal HIV care, areas for Improvement | Private Practice |
| 2010 - 2011 | Claire O'Connell (MD/MPH Degree Student) | Perceptions of neighborhood safety and physical activity in adolescents | Unknown |
| 2009 – 2011 | Christina Shay, Ph.D. (NRSA/NIH Postdoctoral Fellow) | Body composition, fitness, glucose dysregulation | Staff Scientist, American Heart Association |
| 2010 – 2012 | Laura Zimmerman, MD (Institute for Healthcare Studies Postdoctoral Fellow) | Factors associated with conversion from impaired fasting glucose to diabetes | Private Practice, Erie Family Health Center, Chicago, IL |
| 2011 - 2013 | Bonnie Bright (Undergraduate Summer Research Opportunity Program Student) | Environmental resources for diabetes control in underserved Chicago communities | Unknown |
| 2011-2012, 2018-2020) | Aderonke Bambgose (Instructor, Psychiatry, Northwestern University) | Availability of healthcare resources for diabetes care and control in Chicago neighborhoods | Assistant Professor, Department of Psychiatry and Behavioral Sciences, Massachusetts General Hospital, Harvard University |
| 2011 –2012 | Atul Jain, MD (Vascular Medicine Postdoctoral Fellow) | Association of sleep with symptoms of peripheral arterial disease | Clinical Assistant Professor, Department of Medicine, University of Chicago |
| 2011-2012 | Megan McCarville, MD, MPH (Instructor, Department of General Academic Pediatrics, Children's Memorial Hospital) | Contribution of the school environment to obesity in Latino youth | Clinical Assistant Professor of Pediatrics at the University of Illinois at Chicago |
| 2011-2013 | Lester M. Arguelles, Ph.D. (Research Assistant Professor, Department of Preventive Medicine, FSM Northwestern University) | Association of Vitamin D with metabolic disorders in Chinese Youth | Blue Cross Blue Shield of Illinois /Adjunct Faculty University of Illinois at Chicago |
| 2012-2014 | Veronica Womack, Ph.D. (NIH/NHLBI T32 Postdoctoral fellow) | Mindfulness and cardiovascular health in African Americans | Associate Director for Inclusive Learning Communities Program, Searle Center for |

**Exhibit 62 to Plaintiff's Appendix of Evidence**   **Page 1183 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | | | Advancing Teaching and Learning, Northwestern University |
| 2011-2013 | Amisha Wallia, MD, MSCI (Instructor, Division of Endocrinology, Department of Medicine, FSM Northwestern University) | Hyperglycemia in special populations | Associate Professor, Department of Medicine, Division of Endocrinology |
| 2011 – 2014 | M. Alexandra Friedman (Medical Student) | Developing a health coach model for the management of diabetes in underserved communities | Clinical Lecturer, Obstetrics and Gynecology, University of Michigan Health |
| 2013-2014 | Hannah Louks, MSEB (Master's in Epidemiology and Biostatistics Student) | Trends in pediatric kidney disease over time | Abbott Laboratories, Statistical Analyst |
| 2012-2013 | Allison Carroll (doctoral student Clinical Health Psychology) | Interaction of cigarette smoking and depressive symptoms with subclinical atherosclerosis | Postdoctoral Trainee Feinberg School of Medicine |
| 2014-2015 | Samantha Montag, MSEB (Masters in Epidemiology and Biostatistics Student) | Contribution of Sleep Characteristics on Cardiovascular and Metabolic Risk Factors | Statistical analyst, Abvie Pharmaceuticals |
| 2013-2015 | Rosalba Hernandez, PhD (Assistant Professor, University of Illinois Urbana Champaign) | Positive Psychology for the Preservation of Ideal Cardiovascular Health | Assistant Professor School of Social Work, University of Illinois-Champaign Urbana |
| 2012-2016 | Erica Marsh, MD MSCI (Assistant Professor, Department of Obstetrics and Gynecology at Feinberg School of Medicine, Northwestern University) | Uterine Leomyoma and Obesity | Professor and Chief of Reproductive Endocrinology at University Michigan |
| 2010-Present | Kiarri Kershaw, Ph.D. (Assistant Professor, DPM, Northwestern University) | Social environmental influences on cardiovascular disease | Associate Professor, Department of Preventive Medicine, Northwestern University |
| 2011-2016 | Laura Rasmussen-Torvik, Ph.D. (Assistant Professor, DPM, Northwestern University) | GWAS studies of type 2 diabetes | Associate Professor, Department of Preventive Medicine, Northwestern University |
| 2015-2017 | Abbi Lane-Cordova, Ph.D. (AHA SFRN Prevention Fellow) | Vascular disorders in pregnancy | Assistant Professor, Department of Exercise Science, Arnold School of Public Health at the University of South Carolina |
| 2016-2018 | Michael Bancks, Ph.D. | Association between glucose disorders and cognitive function | Assistant Professor, Wake Forest University, |

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1184 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | (NIH/NHLBI T32 Postdoctoral Fellow) | | Division of Epidemiology |
| 2014-Present | Yacob Tedla, Ph.D. (NIH/NHLBI T32 Postdoctoral Fellow 2014-2016) | Blood pressure across the lifecourse | Research Assistant Professor, Department of General Internal Medicine, Feinberg School of Medicine, Northwestern University |
| 2016-Present | Inger Burnett-Ziegler, PhD | Mindfulness Based Stress Reduction in Federally Qualified Health Centers | Associate Professor, Department of Psychiatry and Behavioral Sciences |
| 2016-2018 | Ehimare Akhabue, MD (Instructor, Division of Cardiology, Department of Medicine) | The role of the renin-angiotensin system on disparities in heart failure | Assistant Professor (Clinical) Robert Wood Johnson Medical Institute, New Jersey |
| 2015-2017 | Lindsay Pool, Ph.D. (Postdoctoral fellow, AHA Disparities Strategically Focused Research Network) | Influence of socioeconomic factors on disparities in chronic disease | Project Officer, National Institutes of Health, National Heart, Lung and Blood Institute, Division of Cardiovascular Disease |
| 2017-Present | Sadiya Khan, MD | Obesity in Cardiovascular Disease | Assistant Professor, Departments of Preventive Medicine and Medicine (Cardiology) |
| 2017-Present | Elizabeth Hibler, PhD | Risks of heart failure following chemotherapy in young and early adult cancer survivors | Assistant Professor, Department of Preventive Medicine, Northwestern University |
| 2017-2019 | Wenze Zhong, Ph.D. (Postdoctoral fellow, AHA Strategically Focused Research Network on Prevention) | Dietary intake and cardiovascular disease in the population | Assistant Professor, Cornell University Department of Nutrition |
| 2017-2019 | Amanda Paluch, Ph.D. (Postdoctoral fellow, AHA Disparities Strategically Focused Research Network) | Contribution of fitness to chronic disease incidence and management | Assistant Professor, University of Massachusetts at Amherst, Department of Kinesiology |
| 2017-2020 | Sanaz Sedaghat, PhD (Rubicon Netherlands Research Foundation Postdoctoral fellow 2017-2019) | Hemodynamics linking kidney function and brain function | Research Assistant Professor, Department of Preventive Medicine (Epidemiology) |
| 2017-Present | Leah Neubauer, EdD | Curriculum Development in Public Health | Assistant Professor, Department of |

**Exhibit 62 to Plaintiff's Appendix of Evidence   Page 1185 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | | | Preventive Medicine (Public Health Practice) |
| 2017-Present | Nia Heard-Garris, MD | Association of Adverse Childhood Experiences with Cardiovascular Risk | Instructor, Division of General Pediatrics, Robert H. Lurie Hospital |
| 2019-Present | Erin Paquette, MD, JD, PhD | Diversity and inclusion in clinical trials of critically ill patients in the Pediatric Intensive Care Unit | Assistant Professor, Department of Pediatrics (Division of Pulmonary and Critical Care), Robert H. Lurie Hospital |
| 2020-Present | Marquita Lewis-Thames, PhD | Rural Health Disparities in Cancer Care | Research Assistant Professor, Department of Medical Social Sciences, Northwestern University |
| 2019-Present | Lauren Beach, JD, MPH | Cardiovascular disease among Sexual and Gender Minority Populations | Research Assistant Professor, Department of Medical Social Sciences, Northwestern University |
| 2018-Present | Diana Chirinos Medina, Ph.D. | Depressive symptoms over the lifecourse and cardiovascular diseases in the population | Assistant Professor, Department of Preventive Medicine, Northwestern University |
| 2020-2022 | Aryn Phillips, PhD (Postdoctoral fellow, NIH/NHLBI T-32) | Alcohol use and abuse and chronic disease | Assistant Professor, Department of Health Policy and Management, University of Maryland at College Park |
| 2020-2022 | Michael Hammond, MD, MS (Postdoctoral Fellow, Vascular Medicine Research Fellowship Sponsored by the AHA) | Epidemiology of Peripheral Arterial Disease | Postdoctoral Fellow, Department of Medicine, Division of Cardiology |
| 2021-Present | Charles German, MD, MS | Contribution of cardiorespiratory fitness to heart failure | Assistant Professor, Department of Medicine, Division of Cardiology, University of Chicago |
| 2021-Present | Carolyn Foster, MD, MPH | HOMeVent4Kids: Home-based Optimization of Mechanical Ventilation for Children | Assistant Professor Department of Pediatrics, Northwestern University |
| 2021-Present | Robert Booker | Physical activity, body composition and metabolic disease | Postdoctoral Fellow, Cardiovascular Disease |

**Exhibit 62 to Plaintiff's Appendix of Evidence**     **Page 1186 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

| Term (Years) | Name (Position) | Project Title | Current Position |
|---|---|---|---|
| | | | Epidemiology T32 Program |

**Exhibit 62 to Plaintiff's Appendix of Evidence          Page 1187 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

# Exhibit B
# Materials Considered

**Exhibit 62 to Plaintiff's Appendix of Evidence**          **Page 1188 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

## Exhibit B

## List of Materials Considered

### 24HF Discovery Materials

- 24HF_Production_0000001
- 24HF_Production_0000044-0001962
- 24HF_Production_0002175-0002589
- 24HF_Production_0003406
- 24HF_Production_0231676-0232122
- 24HF_Production_0002659-0002682
- 24HF_Production_0002763-0002786
- 24HF_Production_0003338-0003361
- 24HF_Production_0126860-0126944
- 24HF_Production_0149425-0149476
- 24HF_Production_0149477-0149543
- 24HF_Production_0149544-0149592
- 24HF_Production_0149593-0149654
- 24HF_Production_0149908-0149975
- 24HF_Production_0155643-0155694
- 24HF_Production_0155695-0155761
- 24HF_Production_0155762-0155810
- 24HF_Production_0155811-0155872
- 24HF_Production_0155932-0155999
- 24HF_Production_0156126-0156193

### Insurers Discovery Materials

- ARGUS000365-383
- ARGUS000428-443
- ARGUS000446-455
- ARGUS000467-479
- ARGUS000482-494
- ARGUS000502-518
- ARGUS000521-535
- ARGUS000541-563

### Case Materials

- Complaint for Declaratory Relief filed in 24HF's adversarial proceeding in the United States Bankruptcy Court for the District of Delaware styled as *24 Hour Fitness Worldwide Inc. v. Continental Casualty Company et al.*, Case No. 20-11568 (KBO), Adv. Pro. No. 20-51051 (KBO).
- Amy Christensen Deposition, June 24, 2022, including all exhibits
- Dan Larson Deposition, April 28, 2022 including all exhibits
- Jason Carter Deposition, July 21, 2022 including all exhibits

- 2 -

- Jeremy Gottlieb Deposition, June 17, 2022 including all exhibits
- Lourdes Reyes Deposition, September 29, 2022 including all exhibits
- Matt Piro Deposition, April 27, 2022  including all exhibits
- Mike Allen Deposition, September 27, 2022 including all exhibits
- Odell Bradley Deposition, May 27, 2022 including all exhibits
- Tony Ueber Deposition, July 27, 2022 including all exhibits
- 30(b)(6) Deposition of Allied World National Assurance Company through Glenn Serrano Deposition, September 15, 2022 including all exhibits
- 30(b)(6) Deposition of Beazley-Lloyd's Syndicates 2623/623 through Andrea Mattot, October 11, 2022 including all exhibits
- 30(b)(6) Deposition of Continental Casualty Company through Tracy Schohn, April 14, 2022 including all exhibits
- 30(b)(6) Deposition of Starr Surplus Lines Insurance Company through Dolores Ramirez Valera, October 4, 2022 including all exhibits
- 24HF's Response to Defendant Continental Casualty Company's First Set of Interrogatories
- 24HF's Response to Insurers' First Set of Interrogatories

### Other Publicly Available Materials

- Wilkins JT, Gray EL, Wallia A, Hirschhorn LR, Zembower TR, Ho J, Kalume N, Agbo O, Zhu A, Rasmussen-Torvik LJ, Khan SS, Carnethon M, Huffman M, Evans CT. Seroprevalence and Correlates of SARS-CoV-2 Antibodies in Health Care Workers in Chicago. *Open Forum Infect Dis.* Jan 2021;8(1).
- Wilkins JT, Hirschhorn LR, Gray EL, Wallia A, Carnethon M, Zembower TR, Ho J, DeYoung BJ, Zhu A, Torvik LJR, Taiwo B, Evans CT. Serologic Status and SARS CoV-2 Infection over 6-Months of Follow-Up in Healthcare Workers in Chicago: A Cohort Study. *Infect Control Hosp Epidemiol.* Aug 9 2021:1-29.
- Caplan A, Bates KW, Brioni C, Santos A, Sabatini LM, Kaul KL, Carnethon MR, Khandekar JD, Greenland P. Clinical characteristics and viral load dynamics of COVID-19 in a mildly or moderately symptomatic outpatient sample. *PLoS One.* 2021;16(10).
- Lin AW, Granata FA, Trippel AK, Tello L, Stump TK, Wong M, Carnethon MR, Kershaw KN, Makelarski J, Weller D. Food Handling Concerns and Practices at Home during the COVID-19 Pandemic by Food Security Status. *J Food Prot.* Mar 1 2022;85(3):518-526.
- Evans CT, DeYoung BJ, Gray EL, Wallia A, Ho J, Carnethon M, Zembower TR, Hirschhorn LR, Wilkins JT. Coronavirus disease 2019 (COVID-19) vaccine intentions and uptake in a tertiary-care healthcare system: A longitudinal study. *Infect Control Hosp Epidemiol.* Dec 27 2021:1-7.
- Reyfman PA, Sugar E, Hazucha H, Hixon J, Reynolds C, Bose S, Dransfield MT, Han MK, Estepar RSJ, Rice MB, Washko GR, Carnethon M, Kalhan R, American Lung Association Airways Clinical Research N, American Lung Association Airway's Clinical Research N. Study protocol for a national cohort of adults focused on respiratory health: the American Lung Association Lung Health Cohort (ALA-LHC) Study. *BMJ Open.* Jul 5 2021;11(7):e053342.

- The COVID-19 Pandemic and Seniors: A Look at Racial Disparities: https://www.aging.senate.gov/hearings/the-covid-19-pandemic-and-seniors-a-look-at-racial-health-disparities. Accessed June 22, 2022. Testimony: Washington, DC.
- Social Security Administration. Nov 18, 2020 COVID-19 and SSA Programs: Long-Term Health Effects (National Disability Forum: Social Security Administration). https://www.ssa.gov/ndf/ndf_outreach.htm?tl=4.
- Hill AB. The Environment and Disease: Association or Causation? *Proc R Soc Med. May 1965*;58:295-300.
- Centers for Disease Control and Prevention. CDC Features: Common Colds: Protect Yourself and Others. Accessed October 16, 2022. https://www.cdc.gov/features/rhinoviruses/index.html#:~:text=Each%20year%20in%20the%20United,any%20time%20of%20the%20year.
- Guan WJ, Ni ZY, Hu Y, Liang WH, Ou CQ, He JX, Liu L, Shan H, Lei CL, Hui DSC, Du B, Li LJ, Zeng G, Yuen KY, Chen RC, Tang CL, Wang T, Chen PY, Xiang J, Li SY, Wang JL, Liang ZJ, Peng YX, Wei L, Liu Y, Hu YH, Peng P, Wang JM, Liu JY, Chen Z, Li G, Zheng ZJ, Qiu SQ, Luo J, Ye CJ, Zhu SY, Zhong NS, China Medical Treatment Expert Group for C. Clinical Characteristics of Coronavirus Disease 2019 in China. *N Engl J Med*. Apr 30 2020;382(18):1708-1720.
- Ahmad FB, Cisewski JA, Anderson RN. Provisional Mortality Data - United States, 2021. *MMWR Morb Mortal Wkly Rep*. Apr 29 2022;71(17):597-600.
- Iacobucci G. Covid and flu: what do the numbers tell us about morbidity and deaths? *BMJ*. 2021;375:n2514.
- Jeganathan N, Grewal S, Sathananthan M. Comparison of Deaths from COVID-19 and Seasonal Influenza in the USA. *Lung*. Oct 2021;199(5):559-561.
- Centers for Disease Control and Prevention. Influenza Fast Stats. Accessed October 21, 2022: https://www.cdc.gov/nchs/fastats/flu.htm.
- Umakanthan S, Sahu P, Ranade AV, Bukelo MM, Rao JS, Abrahao-Machado LF, Dahal S, Kumar H, Kv D. Origin, transmission, diagnosis and management of coronavirus disease 2019 (COVID-19). *Postgrad Med J*. Dec 2020;96(1142):753-758.
- Chen S, Yang J, Yang W, Wang C, Barnighausen T. COVID-19 control in China during mass population movements at New Year. *Lancet*. Mar 7 2020;395(10226):764-766.
- Indolfi C, Spaccarotella C. The Outbreak of COVID-19 in Italy: Fighting the Pandemic. *JACC Case Rep*. Jul 15 2020;2(9):1414-1418.
- Spiteri G, Fielding J, Diercke M, Campese C, Enouf V, Gaymard A, Bella A, Sognamiglio P, Sierra Moros MJ, Riutort AN, Demina YV, Mahieu R, Broas M, Bengnér M, Buda S, Schilling J, Filleul L, Lepoutre A, Saura C, Mailles A, Levy-Bruhl D, Coignard B, Bernard-Stoecklin S, Behillil S, van der Werf S, Valette M, Lina B, Riccardo F, Nicastri E, Casas I, Larrauri A, Salom Castell M, Pozo F, Maksyutov RA, Martin C, Van Ranst M, Bossuyt N, Siira L, Sane J, Tegmark-Wisell K, Palmérus M, Broberg EK, Beauté J, Jorgensen P, Bundle N, Pereyaslov D, Adlhoch C, Pukkila J, Pebody R, Olsen S, Ciancio BC. First cases of coronavirus disease 2019 (COVID-19) in the WHO European Region, 24 January to 21 February 2020. *Euro Surveill*. Mar 2020.
- Nakazawa E, Ino H, Akabayashi A. Chronology of COVID-19 Cases on the Diamond Princess Cruise Ship and Ethical Considerations: A Report From Japan. *Disaster Med Public Health Prep*. Aug 2020;14(4):506-513.

**Exhibit 62 to Plaintiff's Appendix of Evidence    Page 1191 of 1418 in support of Plaintiff's Motion for Partial Summary Judgment**

- Bajema KL, Wiegand RE, Cuffe K, Patel SV, Iachan R, Lim T, Lee A, Moyse D, Havers FP, Harding L, Fry AM, Hall AJ, Martin K, Biel M, Deng Y, Meyer WA, III, Mathur M, Kyle T, Gundlapalli AV, Thornburg NJ, Petersen LR, Edens C. Estimated SARS-CoV-2 Seroprevalence in the US as of September 2020. *JAMA Internal Medicine*. 2021;181(4):450-460.
- Holshue ML, DeBolt C, Lindquist S, Lofy KH, Wiesman J, Bruce H, Spitters C, Ericson K, Wilkerson S, Tural A, Diaz G, Cohn A, Fox L, Patel A, Gerber SI, Kim L, Tong S, Lu X, Lindstrom S, Pallansch MA, Weldon WC, Biggs HM, Uyeki TM, Pillai SK. First Case of 2019 Novel Coronavirus in the United States. *New England Journal of Medicine*. 2020;382(10):929-936.
- Centers for Disease Control and Prevention. CDC Confirms Possible Instance of Community Spread of COVID-19 in U.S. 2020. Accessed October 7, 2022. https://www.cdc.gov/media/releases/2020/s0226-Covid-19-spread.html#:~:text=Community%20spread%20means%20spread%20of,picked%20up%20by%20astute%20clinicians.
- Hamner L, Dubbel P, Capron I, Ross A, Jordan A, Lee J, Lynn J, Ball A, Narwal S, Russell S, Patrick D, Leibrand H. High SARS-CoV-2 Attack Rate Following Exposure at a Choir Practice - Skagit County, Washington, March 2020. *MMWR Morb Mortal Wkly Rep*. May 15 2020;69(19):606-610.
- McMichael TM, Clark S, Pogosjans S, Kay M, Lewis J, Baer A, Kawakami V, Lukoff MD, Ferro J, Brostrom-Smith C, Riedo FX, Russell D, Hiatt B, Montgomery P, Rao AK, Currie DW, Chow EJ, Tobolowsky F, Bardossy AC, Oakley LP, Jacobs JR, Schwartz NG, Stone N, Reddy SC, Jernigan JA, Honein MA, Clark TA, Duchin JS, Public Health S, King County E, Team CC-I. COVID-19 in a Long-Term Care Facility - King County, Washington, February 27-March 9, 2020. *MMWR Morb Mortal Wkly Rep*. Mar 27 2020;69(12):339-342.
- Levenson M. Scale of China's Wuhan Shutdown is Believed to be Without Precedent. *The New York Times*. Accessed October 21, 2022. https://www.nytimes.com/2020/01/22/world/asia/coronavirus-quarantines-history.html.
- Aschburner S. Coronavirus pandemic causes NBA to suspend season after player tests positive. *NBA*. Accessed August 8, 2022. https://www.nba.com/news/coronavirus-pandemic-causes-nba-suspend-season.
- NCAA. NCAA cancels men's and women's basketball championships due to coronavirus concerns. Accessed August 8, 2022. https://www.ncaa.com/live-updates/basketball-men/d1/ncaa-cancels-mens-and-womens-basketball-championships-due.
- The Council of State Government Orders. 2020-2021 Executive Orders. Accessed October 21, 2022. https://web.csg.org/covid19/executive-orders/.
- Alameda County Health Officer. Order of the County Health Officer to Shelter in Place. March 16, 2020. https://www.acgov.org/documents/Final-Order-to-Shelter-In-Place.pdf.
- Shabad, R. Surgeon general has coronavirus warning: 'This week, it's going to get bad'. *NBC News*. Accessed October 21, 2022. https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421.
- Cal/OSHA. Cal/OSHA Interim Guidelines for General Industry on 2019 Novel Coronavirus Disease (COVID-19). March 4, 2020. https://caltransit.org/cta/assets/File/CalOSHA%20Guidelines%20for%20General%20Industry%20on%20Coronavirus.pdf.

**Exhibit 62 to Plaintiff's Appendix of Evidence        Page 1192 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**

- Centers for Disease Control and Prevention. Interim guidance for businesses and employers to plan and respond to 2019 coronavirus disease 2019 (COVID-19), February 2020. Accessed on October 21, 2022. https://stacks.cdc.gov/view/cdc/85488.
- Kiviniemi MT, Orom H, Hay JL, Waters EA. Prevention is political: political party affiliation predicts perceived risk and prevention behaviors for COVID-19. *BMC Public Health*. 2022/02/14 2022;22(1):298.
- Centers for Diseases Control and Prevention. Flu Season. Accessed June 30, 2022. https://www.cdc.gov/flu/about/season/flu-season.htm#:~:text=The%20exact%20timing%20and%20duration,last%20as%20late%20as%20May.
- Havers FP, Reed C, Lim T, Montgomery JM, Klena JD, Hall AJ, Fry AM, Cannon DL, Chiang C-F, Gibbons A, Krapiunaya I, Morales-Betoulle M, Roguski K, Rasheed MAU, Freeman B, Lester S, Mills L, Carroll DS, Owen SM, Johnson JA, Semenova V, Blackmore C, Blog D, Chai SJ, Dunn A, Hand J, Jain S, Lindquist S, Lynfield R, Pritchard S, Sokol T, Sosa L, Turabelidze G, Watkins SM, Wiesman J, Williams RW, Yendell S, Schiffer J, Thornburg NJ. Seroprevalence of Antibodies to SARS-CoV-2 in 10 Sites in the United States, March 23-May 12, 2020. *JAMA Internal Medicine*. 2020;180(12):1576-1586.
- Spellberg B, Haddix M, Lee R, Butler-Wu S, Holtom P, Yee H, Gounder P. Community Prevalence of SARS-CoV-2 Among Patients With Influenzalike Illnesses Presenting to a Los Angeles Medical Center in March 2020. *JAMA*. 2020;323(19):1966-1967.
- Team CC-R, Jorden MA, Rudman SL, Villarino E, Hoferka S, Patel MT, Bemis K, Simmons CR, Jespersen M, Iberg Johnson J, Mytty E, Arends KD, Henderson JJ, Mathes RW, Weng CX, Duchin J, Lenahan J, Close N, Bedford T, Boeckh M, Chu HY, Englund JA, Famulare M, Nickerson DA, Rieder MJ, Shendure J, Starita LM. Evidence for Limited Early Spread of COVID-19 Within the United States, January-February 2020. *MMWR Morb Mortal Wkly Rep*. Jun 5 2020;69(22):680-684.
- van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, Tamin A, Harcourt JL, Thornburg NJ, Gerber SI, Lloyd-Smith JO, de Wit E, Munster VJ. Aerosol and Surface Stability of SARS-CoV-2 as Compared with SARS-CoV-1. *N Engl J Med*. Apr 16 2020;382(16):1564-1567.
- Meyerowitz EA, Richterman A, Gandhi RT, Sax PE. Transmission of SARS-CoV-2: A Review of Viral, Host, and Environmental Factors. *Ann Intern Med*. Jan 2021;174(1):69-79.
- Kampf G, Bruggemann Y, Kaba HEJ, Steinmann J, Pfaender S, Scheithauer S, Steinmann E. Potential sources, modes of transmission and effectiveness of prevention measures against SARS-CoV-2. *J Hosp Infect*. Dec 2020;106(4):678-697.
- Centers for Disease Control and Prevention. Science Brief: SARS-CoV-2 and Surface (Fomite) Transmission for Indoor Community Environments. Accessed August 10, 2022. https://www.cdc.gov/coronavirus/2019-ncov/more/science-and-research/surface-transmission.html.
- Rothe C, Schunk M, Sothmann P, Bretzel G, Froeschl G, Wallrauch C, Zimmer T, Thiel V, Janke C, Guggemos W, Seilmaier M, Drosten C, Vollmar P, Zwirglmaier K, Zange S, Wolfel R, Hoelscher M. Transmission of 2019-nCoV Infection from an Asymptomatic Contact in Germany. *N Engl J Med*. Mar 5 2020;382(10):970-971.

**Exhibit 62 to Plaintiff's Appendix of Evidence**   **Page 1193 of 1418**
**in support of Plaintiff's Motion for Partial Summary Judgment**