# EXHIBIT 64

# Los Angeles World Airports (LAWA)
# Volume of Air Traffic (VOAT)
# Los Angeles International Airport

02/21/2020, 9:54 AM
Page 1 of 1

|  | January 2020 | | | Calendar YTD January to January 2020 | | |
|---|---:|---:|---:|---:|---:|---:|
|  | *Domestic* | *International* | *Total* | *Domestic* | *International* | *Total* |
| **Passenger Traffic Totals** | | | | | | |
| **Scheduled Carriers** | | | | | | |
| Departures | 2,304,382 | 988,991 | 3,293,373 | 2,304,382 | 988,991 | 3,293,373 |
| Arrivals | 2,318,952 | 1,064,728 | 3,383,680 | 2,318,952 | 1,064,728 | 3,383,680 |
| Total | 4,623,334 | 2,053,719 | 6,677,053 | 4,623,334 | 2,053,719 | 6,677,053 |
| **Scheduled Commuters** | | | | | | |
| Departures | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrivals | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 |
| **Charter** | | | | | | |
| Departures | 1,212 | 0 | 1,212 | 1,212 | 0 | 1,212 |
| Arrivals | 186 | 0 | 186 | 186 | 0 | 186 |
| Total | 1,398 | 0 | 1,398 | 1,398 | 0 | 1,398 |
| **Grand Total** | *4,624,732* | *2,053,719* | *6,678,451* | *4,624,732* | *2,053,719* | *6,678,451* |
| **Air Cargo (Tons)** | Cargo figures may not add up due to rounding | | | | | |
| **Freight** | | | | | | |
| Departure | 29,697 | 41,281 | 70,978 | 29,697 | 41,281 | 70,978 |
| Arrival | 25,724 | 63,829 | 89,553 | 25,724 | 63,829 | 89,553 |
| Total | 55,422 | 105,110 | 160,532 | 55,422 | 105,110 | 160,532 |
| **Mail** | | | | | | |
| Departure | 4,804 | 1,822 | 6,626 | 4,804 | 1,822 | 6,626 |
| Arrival | 4,085 | 1,192 | 5,277 | 4,085 | 1,192 | 5,277 |
| Total | 8,889 | 3,014 | 11,903 | 8,889 | 3,014 | 11,903 |
| **Grand Total** | *64,310* | *108,124* | *172,434* | *64,310* | *108,124* | *172,434* |
| **Flight Operations (excludes cargo operations)** | | | | | | |
| **Scheduled** | | | | | | |
| Departures | 20,326 | 4,919 | 25,245 | 20,326 | 4,919 | 25,245 |
| Arrivals | 20,269 | 4,928 | 25,197 | 20,269 | 4,928 | 25,197 |
| Total | 40,595 | 9,847 | 50,442 | 40,595 | 9,847 | 50,442 |
| **Commuter** | | | | | | |
| Departures | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrivals | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 |
| **Charter** | | | | | | |
| Departures | 12 | 0 | 12 | 12 | 0 | 12 |
| Arrivals | 12 | 0 | 12 | 12 | 0 | 12 |
| Total | 24 | 0 | 24 | 24 | 0 | 24 |
| **Grand Total** | *40,619* | *9,847* | *50,466* | *40,619* | *9,847* | *50,466* |

## Los Angeles World Airports (LAWA)
## Volume of Air Traffic (VOAT)
## Los Angeles International Airport

03/18/2020, 9:28 AM
Page 1 of 1

|  | February 2020 | | | Calendar YTD January to February 2020 | | |
|---|---:|---:|---:|---:|---:|---:|
|  | *Domestic* | *International* | *Total* | *Domestic* | *International* | *Total* |
| **Passenger Traffic Totals** | | | | | | |
| **Scheduled Carriers** | | | | | | |
| Departures | 2,128,890 | 770,466 | 2,899,356 | 4,433,272 | 1,759,457 | 6,192,729 |
| Arrivals | 2,130,094 | 790,475 | 2,920,569 | 4,449,046 | 1,855,203 | 6,304,249 |
| Total | 4,258,984 | 1,560,941 | 5,819,925 | 8,882,318 | 3,614,660 | 12,496,978 |
| **Scheduled Commuters** | | | | | | |
| Departures | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrivals | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 |
| **Charter** | | | | | | |
| Departures | 806 | 0 | 806 | 2,018 | 0 | 2,018 |
| Arrivals | 729 | 0 | 729 | 915 | 0 | 915 |
| Total | 1,535 | 0 | 1,535 | 2,933 | 0 | 2,933 |
| **Grand Total** | *4,260,519* | *1,560,941* | *5,821,460* | *8,885,251* | *3,614,660* | *12,499,911* |
| **Air Cargo (Tons)** | Cargo figures may not add up due to rounding | | | | | |
| **Freight** | | | | | | |
| Departure | 29,400 | 40,941 | 70,341 | 59,098 | 82,222 | 141,319 |
| Arrival | 20,641 | 46,411 | 67,051 | 46,365 | 110,239 | 156,604 |
| Total | 50,041 | 87,351 | 137,392 | 105,463 | 192,461 | 297,924 |
| **Mail** | | | | | | |
| Departure | 4,716 | 708 | 5,425 | 9,520 | 2,530 | 12,051 |
| Arrival | 3,900 | 855 | 4,755 | 7,985 | 2,048 | 10,032 |
| Total | 8,616 | 1,564 | 10,180 | 17,505 | 4,578 | 22,083 |
| **Grand Total** | *58,657* | *88,915* | *147,572* | *122,968* | *197,039* | *320,007* |
| **Flight Operations (excludes cargo operations)** | | | | | | |
| **Scheduled** | | | | | | |
| Departures | 18,983 | 4,141 | 23,124 | 39,309 | 9,060 | 48,369 |
| Arrivals | 18,964 | 4,142 | 23,106 | 39,233 | 9,070 | 48,303 |
| Total | 37,947 | 8,283 | 46,230 | 78,542 | 18,130 | 96,672 |
| **Commuter** | | | | | | |
| Departures | 0 | 0 | 0 | 0 | 0 | 0 |
| Arrivals | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 0 | 0 | 0 | 0 | 0 | 0 |
| **Charter** | | | | | | |
| Departures | 14 | 2 | 16 | 26 | 2 | 28 |
| Arrivals | 14 | 1 | 15 | 26 | 1 | 27 |
| Total | 28 | 3 | 31 | 52 | 3 | 55 |
| **Grand Total** | *37,975* | *8,286* | *46,261* | *78,594* | *18,133* | *96,727* |

# Los Angeles World Airports (LAWA)
# Volume of Air Traffic (VOAT)
# Los Angeles International Airport

04/23/2020, 10:25 AM
Page 1 of 1

|  | March 2020 | | | Calendar YTD January to March 2020 | | |
|---|---:|---:|---:|---:|---:|---:|
|  | *Domestic* | *International* | *Total* | *Domestic* | *International* | *Total* |
| **Passenger Traffic Totals** | | | | | | |
| **Scheduled Carriers** | | | | | | |
| Departures | 1,225,517 | 440,858 | 1,666,375 | 5,658,789 | 2,200,315 | 7,859,104 |
| Arrivals | 1,174,382 | 445,393 | 1,619,775 | 5,623,428 | 2,300,596 | 7,924,024 |
| Total | 2,399,899 | 886,251 | 3,286,150 | 11,282,217 | 4,500,911 | 15,783,128 |
| **Scheduled Commuters** | | | | | | |
| Departures | 78 | 0 | 78 | 78 | 0 | 78 |
| Arrivals | 128 | 0 | 128 | 128 | 0 | 128 |
| Total | 206 | 0 | 206 | 206 | 0 | 206 |
| **Charter** | | | | | | |
| Departures | 52 | 465 | 517 | 2,070 | 465 | 2,535 |
| Arrivals | 375 | 163 | 538 | 1,290 | 163 | 1,453 |
| Total | 427 | 628 | 1,055 | 3,360 | 628 | 3,988 |
| **Grand Total** | *2,400,532* | *886,879* | *3,287,411* | *11,285,783* | *4,501,539* | *15,787,322* |
| **Air Cargo (Tons)** | Cargo figures may not add up due to rounding | | | | | |
| **Freight** | | | | | | |
| Departure | 31,086 | 47,560 | 78,646 | 90,184 | 129,782 | 219,966 |
| Arrival | 30,219 | 67,748 | 97,967 | 76,583 | 177,987 | 254,571 |
| Total | 61,304 | 115,309 | 176,613 | 166,767 | 307,770 | 474,537 |
| **Mail** | | | | | | |
| Departure | 5,097 | 521 | 5,618 | 14,617 | 3,052 | 17,669 |
| Arrival | 3,736 | 953 | 4,690 | 11,721 | 3,001 | 14,722 |
| Total | 8,833 | 1,475 | 10,308 | 26,338 | 6,053 | 32,391 |
| **Grand Total** | *70,138* | *116,783* | *186,921* | *193,105* | *313,822* | *506,927* |
| **Flight Operations (excludes cargo operations)** | | | | | | |
| **Scheduled** | | | | | | |
| Departures | 17,754 | 3,222 | 20,976 | 57,094 | 12,282 | 69,376 |
| Arrivals | 17,777 | 3,259 | 21,036 | 57,037 | 12,329 | 69,366 |
| Total | 35,531 | 6,481 | 42,012 | 114,131 | 24,611 | 138,742 |
| **Commuter** | | | | | | |
| Departures | 2 | 0 | 2 | 2 | 0 | 2 |
| Arrivals | 2 | 0 | 2 | 2 | 0 | 2 |
| Total | 4 | 0 | 4 | 4 | 0 | 4 |
| **Charter** | | | | | | |
| Departures | 7 | 4 | 11 | 33 | 6 | 39 |
| Arrivals | 5 | 5 | 10 | 31 | 6 | 37 |
| Total | 12 | 9 | 21 | 64 | 12 | 76 |
| **Grand Total** | *35,547* | *6,490* | *42,037* | *114,199* | *24,623* | *138,822* |