# EXHIBIT 65

# Long Beach Airport

Long Beach Airport (LGB) may technically be in Los Angeles County, but it's still extremely convenient to Anaheim and all of Orange County. This airport provides an easier airport experience than its larger neighbor, **Los Angeles International Airport (LAX)**.

## The Conveniences of Long Beach Airport

Long Beach Airport features only one terminal and four commercial airlines, LGB makes air travel to Anaheim a breeze. Known for its Streamline Moderne architecture, the terminal is a Cultural Heritage Landmark, as well as home for Alaska Airlines, Delta Airlines, JetBlue Airways, and US Airways. LGB flies approximately 250,000 people per month from Long Beach, CA, to destinations all over the country, with an average of 35 flights a day. The main terminal is easy to use and offers curbside check-in, two boarding lounges, and three baggage claim areas. If you're flying one of the four airlines available at Long Beach Airport to get to Anaheim, then LGB is a great option for you.

## Parking your car at Long Beach Airport

One of the biggest benefits of flying out of Long Beach is parking. All of the parking lots at LGB are easy to access from the 405 freeway and offer affordable rates: the first 20 minutes in every lot are free, while the hourly rate is only $2 per hour. The daily rates differ by lot and range from $17 per day in Lot A, which is the closest to the terminal, to $11 per day in Lot D. Lot D also provides the convenience of free shuttle service to and from the terminal. In addition, Long Beach offers valet parking and a free cell phone waiting lot for those who are simply waiting to pick someone up.

## Transportation options for getting to Anaheim

If you're flying into Long Beach Airport and need to get to Anaheim, but don't have a car, you have plenty of options for transportation. Right at LGB you'll find several rental car services that can provide you with a car, van, or SUV for getting to and around Anaheim. If you prefer to be driven, you can grab a taxi, reserve a spot with a shuttle service, or even travel lavishly in a limousine.

## Services you'll find at LGB

Just because Long Beach is a small airport, doesn't mean it's without the services you need and expect. The Legends of Aviation Restaurant & Bar is a full-service restaurant with spectacular views. If you don't have a lot of time, but still need a snack, there are Grab & Go kiosks and Daugherty's Café. Forget something? Paradies Gift Shop & Newsstand supplies everyday conveniences and reading materials for your flight. Another great service that the airport offers is free wireless service in most of the waiting areas and the restaurant, so if you have to wait in Long Beach for a while, you won't get behind on your emails.

## General aviation in Long Beach

Due to noise restrictions in the Long Beach area, commercial flights are limited. However, LGB is one of the busiest general aviation airports in the U.S. Those general aviation flights not only include flight schools, charter flights, and helicopters, but also search and rescue flights, cargo flights, and even donor organ delivery flights.

Whether you want to take a commercial flight or fly your own private plane, you can do it from LGB. This airport makes your flying experience both pleasant and convenient and is a great airport for anyone traveling to Anaheim and Orange County.

Long Beach Airport
4100 Donald Douglas Drive
Long Beach CA 90808
**(562) 570-2619**
**www.longbeach.gov/airport**