# EXHIBIT 67

CRUISE STATISTICS



Home / Business / Statistics / Cruise Statistics

Cruise Statistics ⌄

# About Cruise Statistics

**The information presented on this website is provided free of charge. When sourcing this data, please credit the Port of Los Angeles.**

Provided statistics include annual cruise ship calls and passenger counts dating back to 1990.

Looking for cruise passenger information? Click here to view cruise passenger FAQs.

Looking for cruise terminal information? Learn more about the World Cruise Center.

| Calendar Year | Cruise Ship Calls | Cruise Passengers |
|---|---|---|
| 2022 | 229 | 995,819 |
| 2021 | 61 | 151,971 |
| 2020 | 34 | 173,947 |
| 2019 | 124 | 650,010 |
| 2018 | 111 | 518,904 |
| 2017 | 109 | 498,848 |
| 2016 | 118 | 602,464 |
| 2015 | 123 | 592,335 |
| 2014 | 122 | 578,668 |
| 2013 | 99 | 430,189 |
| 2012 | 98 | 426,073 |
| 2011 | 136 | 608,386 |
| 2010 | 147 | 731, 952 |
| 2009 | 162 | 798,886 |
| 2008 | 265 | 1,195,897 |
| 2007 | 255 | 1,161,663 |
| 2006 | 265 | 1,184,223 |
| 2005 | 272 | 1,218,739 |
| 2004 | 230 | 924,769 |
| 2003 | 233 | 806,022 |
| 2002 | 257 | 1,075,102 |
| 2001 | 319 | 1,164,126 |
| 2000 | 315 | 1,082,584 |
| 1999 | 295 | 992,979 |
| 1998 | 319 | 961,187 |

| | | |
|---|---|---|
| 1997 | 324 | 942,773 |
| 1996 | 324 | 945,180 |
| 1995 | 287 | 794,448 |
| 1994 | 373 | 793,256 |
| 1993 | 417 | 880,534 |
| 1992 | 438 | 902,453 |
| 1991 | 386 | 680,559 |
| 1990 | 377 | 617,876 |