EXHIBIT 71

WORLD (/CORONAVIRUS/) / COUNTRIES (/CORONAVIRUS/#COUNTRIES) / UNITED STATES

Last updated: November 03, 2023, 01:00 GMT

 United States

Coronavirus Cases:

# 109,203,721

Deaths:

# 1,181,289

Recovered:

# 107,117,356

Daily Cases Graph - Daily Deaths Graph

## Projections (https://covid19.healthdata.org/united-states-of-america)



| CLOSED CASES |
|---|
| **108,298,645** |
| Cases which had an outcome |

**107,117,356** (99%)
Recovered / Discharged

≥ Show Graph ≥



**Pittsburgh: $500/M...**
**Senior Living Is Tu...**

Perform A Simple Search On
Page To See Senior Living Pri...
{city}

*sponsored by: WalletGenius*

LEARN MORE

**Learn more about Worldometer's COVID-19 data** (/coronavirus/about/)


**Report coronavirus cases** (/report_us/)


Now     Yesterday

Search:

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | USA Total | 109,203,721 |  | 1,181,289 |  | 107,117,356 | 905,076 | 330,005 | 3,570 |
| 1 | California (/coronavirus/usa/california/) | 12,488,495 |  | 105,383 |  | 12,330,981 | 52,131 | 316,067 | 2,667 |
| 2 | Texas (/coronavirus/usa/texas/) | 8,879,743 |  | 95,259 |  | 8,747,778 | 36,706 | 306,242 | 3,285 |
| 3 | Florida (/coronavirus/usa/florida/) | 7,841,223 |  | 91,921 |  | 7,725,038 | 24,264 | 365,086 | 4,280 |
| 4 | New York (/coronavirus/usa/new-york/) | 7,229,637 |  | 78,417 |  | 7,136,243 | 14,977 | 371,636 | 4,031 |
| 5 | Illinois (/coronavirus/usa/illinois/) | 4,136,659 |  | 42,005 |  | 4,094,654 | 0 | 326,446 | 3,315 |
| 6 | Pennsylvania (/coronavirus/usa/pennsylvania/) | 3,565,499 |  | 51,480 |  | N/A | N/A | 278,511 | 4,021 |
| 7 | Ohio (/coronavirus/usa/ohio/) | 3,544,013 |  | 42,760 |  | 3,478,929 | 22,324 | 303,190 | 3,658 |

| # | State | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | North Carolina (/coronavirus/usa/north-carolina/) | 3,501,404 | | 29,059 | | N/A | N/A | 333,846 | 2,771 |
| 9 | Georgia (/coronavirus/usa/georgia/) | 3,180,555 | | 43,306 | | 3,122,865 | 14,384 | 299,560 | 4,079 |
| 10 | Michigan (/coronavirus/usa/michigan/) | 3,174,919 | | 43,484 | | 3,114,876 | 16,559 | 317,910 | 4,354 |
| 11 | New Jersey (/coronavirus/usa/new-jersey/) | 3,158,818 | | 36,376 | | 3,082,481 | 39,961 | 355,635 | 4,095 |
| 12 | Tennessee (/coronavirus/usa/tennessee/) | 2,618,671 | | 29,913 | | 2,584,708 | 4,050 | 383,454 | 4,380 |
| 13 | Arizona (/coronavirus/usa/arizona/) | 2,534,341 | | 33,774 | | 2,484,567 | 16,000 | 348,185 | 4,640 |
| 14 | Virginia (/coronavirus/usa/virginia/) | 2,315,784 | | 23,748 | | 2,289,616 | 2,420 | 271,311 | 2,782 |
| 15 | Massachusetts (/coronavirus/usa/massachusetts/) | 2,294,441 | | 25,042 | | 2,264,857 | 4,542 | 332,889 | 3,633 |
| 16 | Indiana (/coronavirus/usa/indiana/) | 2,120,311 | | 26,847 | | N/A | N/A | 314,950 | 3,988 |
| 17 | Wisconsin (/coronavirus/usa/wisconsin/) | 2,043,838 | | 16,758 | | 2,020,642 | 6,438 | 351,028 | 2,878 |
| 18 | Washington (/coronavirus/usa/washington/) | 1,989,477 | | 16,151 | | 1,973,326 | 0 | 261,261 | 2,121 |
| 19 | South Carolina (/coronavirus/usa/south-carolina/) | 1,857,853 | | 20,311 | | 1,827,064 | 10,478 | 360,838 | 3,945 |
| 20 | Minnesota (/coronavirus/usa/minnesota/) | 1,830,588 | | 15,607 | | 1,812,204 | 2,777 | 324,594 | 2,767 |
| 21 | Colorado (/coronavirus/usa/colorado/) | 1,820,653 | | 15,379 | | 1,788,431 | 16,843 | 316,155 | 2,671 |
| 22 | Kentucky (/coronavirus/usa/kentucky/) | 1,808,735 | | 19,183 | | 1,752,972 | 36,580 | 404,849 | 4,294 |
| 23 | Missouri (/coronavirus/usa/missouri/) | 1,780,715 | | 22,778 | | 1,757,937 | 0 | 290,140 | 3,711 |
| 24 | Louisiana (/coronavirus/usa/louisiana/) | 1,681,431 | | 19,270 | | 1,653,107 | 9,054 | 361,692 | 4,145 |
| 25 | Alabama (/coronavirus/usa/alabama/) | 1,659,936 | | 21,138 | | 1,623,935 | 14,863 | 338,542 | 4,311 |
| 26 | Maryland (/coronavirus/usa/maryland/) | 1,408,298 | | 17,110 | | 1,385,414 | 5,774 | 232,943 | 2,830 |
| 27 | Oklahoma (/coronavirus/usa/oklahoma/) | 1,306,350 | | 16,157 | | 1,288,527 | 1,666 | 330,139 | 4,083 |

| # | State | | | | | | |
|---|---|---|---|---|---|---|---|
| 28 | Utah (/coronavirus/usa/utah/) | 1,112,891 | 5,447 | | 1,102,917 | 4,527 | 347,132 | 1,699 |
| 29 | Iowa (/coronavirus/usa/iowa/) | 1,058,274 | 10,797 | | 1,031,729 | 15,748 | 335,420 | 3,422 |
| 30 | Arkansas (/coronavirus/usa/arkansas/) | 1,033,650 | 13,246 | | 1,018,964 | 1,440 | 342,517 | 4,389 |
| 31 | Mississippi (/coronavirus/usa/mississippi/) | 1,000,415 | 13,474 | | 984,056 | 2,885 | 336,144 | 4,527 |
| 32 | Connecticut (/coronavirus/usa/connecticut/) | 983,652 | 12,354 | | 969,400 | 1,898 | 275,897 | 3,465 |
| 33 | Oregon (/coronavirus/usa/oregon/) | 974,924 | 9,544 | | 956,827 | 8,553 | 231,149 | 2,263 |
| 34 | Kansas (/coronavirus/usa/kansas/) | 946,564 | 10,229 | | 934,730 | 1,605 | 324,910 | 3,511 |
| 35 | Nevada (/coronavirus/usa/nevada/) | 917,038 | 12,176 | | 897,616 | 7,246 | 297,725 | 3,953 |
| 36 | New Mexico (/coronavirus/usa/new-mexico/) | 701,215 | 9,236 | | N/A | N/A | 334,417 | 4,405 |
| 37 | West Virginia (/coronavirus/usa/west-virginia/) | 664,757 | 8,247 | | 647,756 | 8,754 | 370,928 | 4,602 |
| 38 | Nebraska (/coronavirus/usa/nebraska/) | 574,399 | 5,063 | | 566,979 | 2,357 | 296,938 | 2,617 |
| 39 | Idaho (/coronavirus/usa/idaho/) | 525,825 | 5,482 | | 517,984 | 2,359 | 294,239 | 3,068 |
| 40 | Rhode Island (/coronavirus/usa/rhode-island/) | 443,803 | 4,166 | | 439,178 | 459 | 418,935 | 3,933 |
| 41 | Hawaii (/coronavirus/usa/hawaii/) | 406,879 | 2,065 | | 402,053 | 2,761 | 287,370 | 1,458 |
| 42 | New Hampshire (/coronavirus/usa/new-hampshire/) | 382,013 | 3,122 | | N/A | N/A | 280,952 | 2,296 |
| 43 | Delaware (/coronavirus/usa/delaware/) | 339,604 | 3,490 | | 334,781 | 1,333 | 348,754 | 3,584 |
| 44 | Montana (/coronavirus/usa/montana/) | 333,758 | 3,712 | | 329,725 | 321 | 312,280 | 3,473 |
| 45 | Maine (/coronavirus/usa/maine/) | 330,504 | 3,148 | | 324,717 | 2,639 | 245,872 | 2,342 |
| 46 | Alaska (/coronavirus/usa/alaska/) | 301,513 | 1,485 | | 298,902 | 1,126 | 412,159 | 2,030 |
| 47 | North Dakota (/coronavirus/usa/north-dakota/) | 296,191 | 2,513 | | 292,828 | 850 | 388,670 | 3,298 |

| # | USA State | Total Cases | New Cases | Total Deaths | New Deaths | Total Recovered | Active Cases | Tot Cases/ 1M pop | Deaths/ 1M pop |
|---|---|---|---|---|---|---|---|---|---|
| 48 | **South Dakota** (/coronavirus/usa/south-dakota/) | 282,895 | 3,231 | | N/A | N/A | 319,779 | 3,652 | |
| 49 | **Wyoming** (/coronavirus/usa/wyoming/) | 190,530 | 2,062 | | *188,047* | 421 | 329,204 | 3,563 | |
| 50 | **District Of Columbia** (/coronavirus/usa/district-of-columbia/) | 178,747 | 1,434 | | *176,928* | 385 | 253,273 | 2,032 | |
| 51 | **Vermont** (/coronavirus/usa/vermont/) | 154,009 | 929 | | *153,011* | 69 | 246,814 | 1,489 | |
| 52 | **Puerto Rico** | 1,376,380 | 6,969 | | *1,356,540* | 12,871 | 406,378 | 2,058 | |
| 53 | **Guam** | 61,139 | 420 | | 60,681 | 38 | | | |
| 54 | **United States Virgin Islands** | 25,846 | 133 | | 25,693 | 20 | | | |
| 55 | **Northern Mariana Islands** | 14,313 | 41 | | N/A | N/A | | | |
| 56 | **American Samoa** | 8,359 | 34 | | N/A | N/A | | | |
| 57 | Veteran Affairs | 910,931 | 25,197 | | 881,632 | 4,102 | | | |
| 58 | US Military | 742,808 | 689 | | N/A | N/A | | | |
| 59 | Navajo Nation | 85,852 | 2,207 | | N/A | N/A | | | |
| 60 | Federal Prisons | 71,485 | 324 | | N/A | N/A | | | |
| 61 | Grand Princess Ship | 122 | 7 | | 115 | 0 | | | |
| 62 | Wuhan Repatriated | 3 | | | 3 | 0 | | | |
| 63 | Diamond Princess Ship | 46 | | | 46 | 0 | | | |

| # | USA State | Total Cases | New Cases | Total Deaths | New Deaths | Total Recovered | Active Cases | Tot Cases/ 1M pop | Deaths/ 1M pop | T |
|---|---|---|---|---|---|---|---|---|---|---|

## Total Coronavirus Cases in the United States



### Total Cases
(Linear Scale)

| # | State | Cases | Cases | Deaths | Deaths | Total Recovered | Active Cases | Tot Cases/ 1M pop | Deaths/ 1M pop | T |
|---|---|---|---|---|---|---|---|---|---|---|

**Exhibit 71 to Plaintiff's Appendix of Evidence in support of Plaintiff's Motion for Partial Summary Judgment**    **Page 1396 of 1418**

## Daily New Cases in the United States

See also: Daily Deaths Graph

## Active Cases in the United States

## Total Coronavirus Deaths in the United States

linear logarithmic

| # | USA State | Total Cases | New Cases | Total Deaths | New Deaths | Total Recovered | Active Cases | Tot Cases/ 1M pop | Deaths/ 1M pop | T T |
|---|---|---|---|---|---|---|---|---|---|---|





## Daily New Deaths in the United States

See also: Daily Cases Graph

# Latest News

November 2 (GMT)

### Updates

- **4,338 new cases** and **16 new deaths** in **the United States (/coronavirus/country/us/)**

**November 1**

**October 31**

**October 30**

| # | USA State | Total Cases | New Cases | Total Deaths | New Deaths | Total Recovered | Active Cases | Tot Cases/ 1M pop | Deaths/ 1M pop | T |
|---|---|---|---|---|---|---|---|---|---|---|



**October 29** ✅

**October 28** ✅

View More News ⌄

# Historical account of the initial stages of the epidemic in the United States

Content:

- First 20 cases in the United States
- Progression of first suspected cases
- Timeline of initial events
- Sources for the historical account

## First 20 cases in the United States

Information collected on the first 20 domestic cases (not including repatriated cases and Diamond Princess cruise ship evacuee cases) is presented in the table below:

| State | Cases | Sex | Age | Date | Case # | Location | Source |
|-------|-------|-----|-----|------|--------|----------|--------|
| Oregon | 1 | | | Feb. 29 | 17th | Washington C. | |
| Washington | 2 | | | Feb. 29 | 18,19th | | |
| | 1 | M | 30s | Jan. 21 | 1st | Snohomish | [7] |
| Illinois | 1 | | | Mar. 1 | 20th | | |
| | 1 | M | 60s | Jan. 30 | 6th | Chicago | [12] |
| | 1 | F | 60s | Jan. 24 | 2nd | Chicago | [8] |
| California | 2 | unkn. | unkn. | Jan. 26 | 3rd,4th | Orange C., L.A. | [9] |
| | 1 | M | adult | Jan. 31 | 7th | Santa Clara C. | [17][18] |
| | 1 | F | unkn. | Feb. 2 | 9th | Santa Clara C. | |
| | 1 | M | 57 | Feb. 2 | 10th | San Benito C. | |
| | 1 | F | 57 | Feb. 2 | 11th | San Benito C. | |
| | 1 | | 65 | Feb. 28 | 16th | Santa Clara C. | |
| | 1 | | | Feb. 21 | 13th | Humboldt C. | |
| | 1 | | | Feb. 21 | 14th | Sacramento C. | |
| | 1 | | | Feb. 26 | 15th | [Northern California] | |
| | | | | | | | |
| Massachusetts | 1 | M | 20s | Feb. 1 | 8th | Boston | [16] |
| Arizona | 1 | unkn. | student | Jan. 26 | 5th | Maricopa County | |
| Wisconsin | 1 | | | Feb. 5 | 12th | Madison | |

# Patients Under Investigation (PUI) in the United States

CDC in the early stages released information regarding the number of cases and people under investigation that was updated regularly on Mondays, Wednesdays, and Fridays. Below we provide the historical reports that we were able to gather in order to track the progression in the number of suspected cases and US states involved through time in the initial stages

As of Feb. 10:

| Number of U.S. States with PUI | 36 |
|---|---|
| **Positive** | **12** |
| Negative | 318 |
| **Pending** (specimens awaiting testing) | **68** |
| **TOTAL** | **398** |

As of Feb. 7:

| Number of U.S. States with PUI | 36 |
|---|---|
| **Positive** | **12** |
| Negative | 225 |
| **Pending** (specimens awaiting testing) | **100** |
| **TOTAL** | **337** |

As of Feb. 5:

| Number of U.S. States with PUI | 36 |
|---|---|
| **Positive** | **11** |
| Negative | 206 |
| **Pending** (specimens awaiting testing) | **76** |
| **TOTAL** | **293** |

As of Feb. 3:

| Number of U.S. States with PUI | 36 |
|---|---|
| **Positive** | **11** |
| Negative | 167 |
| **Pending** (specimens awaiting testing) | **82** |
| **TOTAL** | **260** |

As of January 31:

| Number of U.S. States with PUI | 36 |
|---|---|
| **Positive** | **6** |
| Negative | 114 |
| **Pending** (specimens awaiting testing) | **121** |
| **TOTAL** | **241** |

Previously, as of January 29, there were 92 suspected cases awaiting testing.

| | |
|---|---:|
| *Number of U.S. States with PUI* | *36* |
| **Positive** | **5** |
| Negative | 68 |
| **Pending**<br>(specimens awaiting testing) | **92** |
| **TOTAL** | **165** |

# Timeline of Events

- ⚠️ On January 31, HHS declared Coronavirus a Public Health Emergency in the US (https://www.hhs.gov/about/news/2020/01/31/secretary-azar-declares-public-health-emergency-us-2019-novel-coronavirus.html)
  As of Jan. 31, the Wuhan coronavirus is officially a public health emergency in the United States, Alex Azar, secretary of the US Department of Health and Human Services (HHS), announced at a White House press briefing.

- ⚠️ On Jan. 31, the U.S. Centers for Disease Control and Prevention (CDC) **issued a federal quarantine for 14 days** affecting the 195 American evacuees from Wuhan, China. Starting Sunday, Feb. 2, U.S. citizens, permanent residents and immediate family who have visited China's Hubei province will undergo a **mandatory 14 days quarantine** and, if they have visited other parts of China, they would be screened at airports and asked to self-quarantine for 14 days. The last time the CDC had issued a quarantine was over 50 years ago in the 1960s, for smallpox.

- ⚠️ President Donald Trump signed an order on Jan. 31 for the U.S. to **deny entry to foreign nationals who traveled to China** within the preceding two weeks, aside from the immediate family of U.S. citizens.

- On Jan. 30, the CDC had confirmed the **first case of person to person transmission in the U.S.:** [12] the husband of the Chicago, Illinois case who had returned from Wuhan, China on Jan. 13 and who tested positive for the virus on Jan. 24).

- CDC stated on Jan. 30 that "It is likely there will be more cases of 2019-nCoV reported in the U.S. in the coming days and weeks, including more person-to-person spread."[12]

- The virus had been confirmed in **5 states**.

- On Jan. 31, **New York City** health officials vehemently denied the rumor regarding a coronavirus case in the city .[13]. On Feb. 1, however, the city's health commissioner did report that there was a test being performed on a person under 40 who had returned from China, developed matching symptoms, and tested negative to the seasonal flu.

- **Most US patients had recently visited Wuhan**.

- All of the first five U.S. cases were described as **mild**.

- A study on the first US case of novel coronavirus detailed mild symptoms followed by pneumonia (https://www.cnn.com/2020/01/31/health/washington-coronavirus-study-nejm/index.html?utm_term=link&utm_medium=social&utm_content=2020-02-01T00)

# U.S. Airlines suspended ALL flights between the U.S. and China

On Friday, January 31, Delta, American and United announced they would temporarily suspend all of their mainland China flights in response to the coronavirus outbreak.[14]

Prior to this January 31 announcement:

- **UNITED AIRLINES**
  on Jan. 28 had announced it would cut 24 flights between the U.S. and China for the first week of February.

- **AMERICAN AIRLINES**
  on Jan. 29 had announced it would suspend flights from Los Angeles to Shanghai and Beijing from Feb. 9 through March 27, 2020. It will maintain its flight schedules (10 daily A/R) from Dallas-Fort Worth to Shanghai and Beijing, as well as from Los Angeles and Dallas-Fort Worth to Hong Kong.

- **DELTA**
  had not adjusted its schedule of direct flights from the U.S. to China. It is the only airline with direct flights to not take action so far.

The White House was considering issuing a ban on flights between the United States and China, as of late Jan. 28[11]. Italy has announced on January 31 that it was suspending all flights to and from China following the first 2 cases of coronavirus in Italy.

## Travel Alert: Do Not Travel to China

- The U.S. State Department on January 30 issued a **Level 4: Do Not Travel to China Alert (https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/china-travel-advisory.html)** [4] (the highest level of alert).

- Previously, on January 29, the advisory was set at a lower "Level 3: Reconsider Travel" advising not to travel to Hubei Province: (Level 4) and reconsider travel to the remainder of China (Level 3).

- The CDC on Jan. 28 issued a Level 3 Warning (https://wwwnc.cdc.gov/travel/notices/warning/novel-coronavirus-china), recommending that travelers **avoid all nonessential travel to China** [5].

## Screening incoming passengers at 20 airports in the U.S.

On January 17, the CDC announced that 3 airports in the United States would begin screening incoming passengers from China: SFO, JFK, and LAX [6] Other 2 airports were added subsequently, and on January 28, the U.S. Department of Health and Human Services (HHS) announced that 15 additional U.S. airports (bringing the total to 20) would begin screening incoming travelers from China.

Below is the complete list of airports where screening for the 2019 Novel Coronavirus (2019-nCoV) is in place:

- Los Angeles International (LAX)

- San Francisco International (SFO)

- Chicago O'Hare

- New York JFK

- Atlanta Hartsfield-Jackson International

- Houston George Bush Intercontinental

- Dallas-Fort Worth International

- San Diego International

- Seattle-Tacoma International

- Honolulu International

- Anchorage Ted Stevens International

- Minneapolis-St. Paul International

- Detroit Metropolitan

- Miami International

- Washington Dulles International

- Philadelphia International

- Newark Liberty International

- Boston Logan International

- El Paso International

- Puerto Rico's San Juan Airport

## Sources for the historical account

1. Novel Coronavirus (2019-nCoV) situation reports (https://www.who.int/emergencies/diseases/novel-coronavirus-2019/situation-reports/) - World Health Organization (https://www.who.int/) (WHO)

2. 2019 Novel Coronavirus (2019-nCoV) in the U.S (https://www.cdc.gov/coronavirus/2019-ncov/cases-in-us.html) -. U.S. Centers for Disease Control and Prevention (https://www.cdc.gov/) (CDC)

3. Symptoms of Novel Coronavirus (2019-nCoV) (https://www.cdc.gov/coronavirus/2019-ncov/about/symptoms.html) - CDC

4. China Travel Advisory (https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/china-travel-advisory.html) - U.S. State Department, accessed January 31, 2020.

5. Novel Coronavirus in China - Warning - Level 3, Avoid Nonessential Travel (https://wwwnc.cdc.gov/travel/notices/warning/novel-coronavirus-china) - CDC, January 28, 2020.

6. Public Health Screening to Begin at 3 U.S. Airports for 2019 Novel Coronavirus ("2019-nCoV") (https://www.cdc.gov/media/releases/2020/p0117-coronavirus-screening.html) - CDC January 17, 2020

7. First Travel-related Case of 2019 Novel Coronavirus Detected in United States (https://www.cdc.gov/media/releases/2020/p0121-novel-coronavirus-travel-case.html) - CDC, January 21, 2020

8. Second Travel-related Case of 2019 Novel Coronavirus Detected in United States (https://www.cdc.gov/media/releases/2020/p0124-second-travel-coronavirus.html) - CDC, January 24, 2020

9. CDC confirms additional cases of 2019 Novel Coronavirus in United States (https://www.cdc.gov/media/releases/2020/s0126-coronavirus-new-cases.html) - CDC, January 26, 2020

10. 2019 Novel Coronavirus (2019-nCoV) in the U.S. (https://www.cdc.gov/coronavirus/2019-ncov/cases-in-us.html) - CDC, Updated January 29, 2020

11. White House considers ban on flights to China amid coronavirus outbreak (https://eu.usatoday.com/story/travel/news/2020/01/28/white-house-considers-ban-china-flights-amid-coronavirus-outbreak/4602839002/) - USA Today, Jan. 28, 2020

12. CDC Confirms Person-to-Person Spread of New Coronavirus in the United States (https://www.cdc.gov/media/releases/2020/p0130-coronavirus-spread.html) - CDC Press Release, Jan. 30, 2020

13. NYC Officials Deny Report Of Coronavirus Amid Confusion (https://www.forbes.com/sites/sergeiklebnikov/2020/01/31/nyc-officials-deny-report-of-coronavirus-amid-confusion/#351e47b5652c) - Forbes, Jan. 31, 2020

14. Delta, American, United to suspend all China mainland flights as coronavirus crisis grows (https://eu.usatoday.com/story/travel/2020/01/31/coronavirus-china-flight-ban-delta-cuts-all-flights-white-house/4620989002/) - USA Today, Jan. 31, 2020

15. Secretary Azar Declares Public Health Emergency for United States for 2019 Novel Coronavirus (https://www.hhs.gov/about/news/2020/01/31/secretary-azar-declares-public-health-emergency-us-2019-novel-coronavirus.html) - U.S. Department of Health and Human Services (HHS), Jan. 31, 2020

16. Man returning from Wuhan, China is first case of 2019 Novel Coronavirus confirmed in Massachusetts (https://www.mass.gov/news/man-returning-from-wuhan-china-is-first-case-of-2019-novel-coronavirus-confirmed-in) - Massachusetts Department of Public Health, Feb. 1, 2020

17. County of Santa Clara Public Health Department Reports First Case of Novel (new) Coronavirus (https://www.sccgov.org/sites/phd/news/Pages/novel-coronavirus-1-31-2020.aspx) - Santa Clara County Public Health, Jan. 31, 2020

18. Coronavirus: First case confirmed in Santa Clara County (https://www.mercurynews.com/2020/01/31/santa-clara-coronavirus/) - Mercury News, Jan. 31. 2020



**Pittsburgh: $500/Mc**
**Senior Living Is Tu**

**Perform A Simple Search On**
**Page To See Senior Living Pri**
{city}

*sponsored by: WalletGenius*

LEARN MORE



**Goodbye Cell Phon
Hello VoIP (Find Ou**

**Perform A Simple Search On
Page To See VoIP Phone Serv
Providers Near You**

*sponsored by: WalletGenius*

LEARN MORE

Exhibit 71 to Plaintiff's Appendix of Evidence          Page 1406 of 1418
in support of Plaintiff's Motion for Partial Summary Judgment

© Copyright Worldometers.info - All rights reserved - Disclaimer & Privacy Policy (/disclaimer/)