IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| 24 HOUR FITNESS WORLDWIDE, INC., *et al.* | Case No. 20-11558 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC., | |
| Plaintiff, | |
| v. | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | Adv. Proc. No. 20-51051 (TMH) |
| Defendants. | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 10th day of November, 2023, I electronically filed the following documents with Clerk of the Court using the CM/ECF system that will send notifications of such filings to all counsel of record.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are 24 Hour Holdings II LLC (N/A); 24 Hour Fitness Worldwide, Inc. (5690); 24 Hour Fitness United States, Inc. (8376); 24 Hour Fitness USA, Inc. (9899); 24 Hour Fitness Holdings LLC (8902); 24 San Francisco LLC (3542); 24 New York LLC (7033); 24 Denver LLC (6644); RS FIT Holdings LLC (3064); RS FIT CA LLC (7007); and RS FIT NW LLC (9372). The Debtors' corporate headquarters and service address is 12647 Alcosta Blvd., Suite 500, San Ramon, CA 94583.

1.	*Motion for Summary Judgment by Property Insurer Defendants* (Adv. Dkn. 232)

2.	*Appendix to Property Insurer Defendants Motion for Summary Judgment* (Adv. Dkn. 233)

3.	*Motion for Summary Judgment of Defendant Allianz Global Risks US Insurance Company and Allied World Assurance Company* (Adv. Dkn. 234)

4.	*Motion for Summary Judgment of Excess Insurers* (Adv. Dkn. 235).

The documents are available for viewing and downloading through CM/ECF system. Further, they were served upon the following persons via email:

Mark W. Eckard
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
meckard@reedsmith.com


Thomas Connor O'Carroll
David E. Weiss
Elizabeth S. Bowman
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
cocarroll@reedsmith.com
dweiss@reedsmith.com
ebowman@reedsmith.com


Dated: November 13, 2023	Respectfully submitted,

	*/s/ Garvan F. McDaniel*
	Garvan F. McDaniel (DE No. 4167)
	**HOGAN McDANIEL**
	1311 Delaware Avenue
	Wilmington, DE 19806
	Telephone: (302) 656-7596
	Facsimile: (302) 656-7599
	gfmcdaniel@dkhogan.com

	*Counsel to the Defendants (other than Allied World National Assurance Company)*