UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>RS FIT NW LLC, )<br>)<br>                  Debtor. )<br>)<br>_____ )<br>)<br>24 HOUR FITNESS WORLDWIDE, INC., )<br>)<br>                  Plaintiff, )<br>)<br>             v. )<br>)<br>CONTINENTAL CASUALTY COMPANY; )<br>ENDURANCE AMERICAN SPECIALTY )<br>INSURANCE COMPANY; STARR SURPLUS )<br>LINES INSURANCE COMPANY; ALLIANZ )<br>GLOBAL RISKS US INSURANCE COMPANY; )<br>LIBERTY MUTUAL INSURANCE COMPANY; )<br>BEAZLEY-LLOYD'S SYNDICATES 2623/623; )<br>ALLIED WORLD NATIONAL ASSURANCE )<br>COMPANY; QBE SPECIALTY INSURANCE )<br>COMPANY; and GENERAL SECURITY )<br>INDEMNITY COMPANY OF ARIZONA, )<br>)<br>                  Defendants. )<br>_____ ) | Chapter 11<br><br>Case No. 20-11568 (TMH)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br><br>Adv. Pro. No. 20-51051 (TMH) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 10th day of November, 2023, I electronically filed the following documents with Clerk of the Court using the CM/ECF system that will send notifications of such filings to all counsel of record.

- Plaintiff 24 Hour Fitness Worldwide, Inc.'s Motion for Partial Summary Judgment and Proposed Order [D.I. 237]

- Plaintiff 24 Hour Fitness Worldwide, Inc.'s Brief in Support of Motion for Partial Summary Judgment [D.I. 238]

- Request for Judicial Notice in Support of Plaintiff's Motion for Partial Summary Judgment [D.I. 240]

- Declaration of Dan Larson [D.I. 241], Declaration of Jeremy Gottlieb [D.I. 241-1], Declaration of Mercedes Carnethon [D.I. 241-2] and Declaration of David E. Weiss [D.I. 241-3] in Support of Plaintiff's Motion for Partial Summary Judgment

- Appendix in Support of Motion for Partial Summary Judgment [D.I. 242]

The documents are available for viewing and downloading through CM/ECF system. In addition to service on all parties by CM-ECF, the following person was served via email:

Garvan F. McDaniel
HOGAN McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7596
Facsimile: (302) 656-7599
gfmcdaniel@dkhogan.com

Dated: November 14, 2023

Respectfully submitted,

**REED SMITH LLP**

*/s/ Mark W. Eckard*
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
(302) 778-7575 (Fax)
meckard@reedsmith.com

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
(415) 543-8700
(415) 391-8269 (Fax)
dweiss@reedsmith.com
cocarroll@reedsmith.com

*Counsel for Plaintiff 24 HOUR FITNESS WORLDWIDE, INC.*