# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| RS FIT NW LLC, ) | Case No.: 20-11568 (TMH) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Adv. Proc. No. 20-51051 (TMH) |
| CONTINENTAL CASUALTY COMPANY; ) | |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE ) | |
| COMPANY; LIBERTY MUTUAL ) | |
| INSURANCE COMPANY; BEAZLEY- ) | |
| LLOYD'S SYNDICATES 2623/623; ALLIED ) | |
| WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 10th day of November, 2023, I electronically filed the following documents with Clerk of the Court using the CM/ECF system that will send notifications of such filings to all counsel of record.

- Defendant Allied World National Assurance Company's Motion for Summary Judgment and Incorporated Memorandum of Law Regarding the Pollution Policy [D.I. 239]; and

- Defendant Allied World National Assurance Company's Supplemental Appendix in Support of its Motion for Summary Judgment and Incorporated Memorandum of Law [D.I. 236].

Dated: November 14, 2023

**GELLERT SCALI BUSENKELL & BROWN, LLC**

/s/ *Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, Delaware 19801
Tel: (302) 425-5812
Fax: (302) 425-5814
mbusenkell@gsbblaw.com

**OTTERBOURG P.C**.
Richard G. Haddad (*admitted pro hac vice*)
Andrew S. Halpern
230 Park Avenue
New York, New York 10169
Tel: (212) 661-9100
Fax: (212) 682-6104
rhaddad@otterbourg.com
ahalpern@otterbourg.com

SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP
Elizabeth M. Brockman (admitted *pro hac vice*)
Calvin S. Whang (admitted *pro hac vice*)
10880 Wilshire Boulevard, Suite 1200
Los Angeles, California 90024
Tel.: (310) 445-0800
ebrockman@selmanlaw.com
cwhang@selmanlaw.com

*Counsel for Defendant Allied World National Assurance Company*