**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (TMH) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING ELEVENTH
AMENDED STIPULATED SCHEDULING ORDER**

I, Garvan F. McDaniel, hereby certify as follows:

1. The parties in the above-captioned adversary proceeding, by and through their respective counsel, have entered into an Eleventh Amended Stipulated Scheduling Order (the "Stipulation"), a copy of which is attached as Exhibit 1 to the Proposed Order (defined below), which modifies certain deadlines set forth in the *Tenth Amended Stipulated Scheduling Order* [D.I. 231].

ACTIVEUS 201777916v.1

**WHEREFORE**, the undersigned respectfully requests that this Court approve the Stipulation and enter the proposed order attached hereto as **Exhibit A** (the "Proposed Order"), which has been approved by the parties, at the Court's earliest convenience.

      **HOGAN McDANIEL**

      */s/ Garvan F. MCDaniel*
      Garvan F. McDaniel (No. 4167)
      1311 Delaware Avenue
      Wilmington, DE 19806
      (302) 656-7596
      (302) 656-7599 (Fax)
      gfmcdaniel@dkhogan.com

      Benjamin W. Loveland (admitted *pro hac vice*)
      **WILMER CUTLER PICKERING HALE AND DORR LLP**
      60 State Street
      Boston, MA 02109
      (617) 526-6641
      benjamin.loveland@wilmerhale.com

      Lauren R. Lifland (admitted *pro hac vice*)
      **WILMER CUTLER PICKERING HALE AND DORR LLP**
      7 World Trade Center
      250 Greenwich Street
      New York, NY 10007
      (212) 230-8800
      lauren.lifland@wilmerhale.com

      *Counsel to Continental Casualty Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101; incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*