**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (TMH) |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**24 HOUR FITNESS WORLDWIDE, INC.'S OMNIBUS APPENDIX IN SUPPORT OF ITS OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
E-mail: dweiss@reedsmith.com
E-mail: cocarroll@reedsmith.com

Mark W. Eckard (No. 4542)
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
E-mail: meckard@reedsmith.com

Counsel for Plaintiff 24 HOUR FITNESS WORLDWIDE, INC.

Plaintiff 24 Hour Fitness Worldwide Inc. ("24 Hour") hereby files this Omnibus Appendix in support of its Oppositions to Defendants Continental Casualty Company, Starr Surplus Lines Insurance Company, Allianz Global Risks US Insurance Company, Liberty Mutual Fire Insurance Company, Certain Underwriters at Lloyd's, London, Allied World National Assurance Company, QBE Specialty Insurance Company, and General Security Indemnity of Arizona's respective Motions for Summary Judgment.

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Allied World Policy, Policy Number: 0309-1873 | 1 – 61 |
| 2 | CNA Property Policy, Policy Number: 6013789648 | 62 – 110 |
| 3 | Endurance American Specialty Insurance Policy, Policy Number: GPR10009447903 | 111 – 169 |
| 4 | Starr Surplus Lines Insurance Policy, Policy Number: SLSTPTY11203219 | 170 – 237 |
| 5 | Allianz Global Corporate & Specialty Insurance Policy, Policy Number: USP000783190 | 238 – 301 |
| 6 | Liberty Mutual Fire Insurance Policy, Policy Number: MJ2-L9L-433817-029 | 302 – 363 |
| 7 | Beazley Insurance Policy, Policy Number: W27C0A190101 | 364 – 430 |
| 8 | Allied World Insurance Policy, Policy Number: 0311-9178-1N | 431 – 482 |
| 9 | Arrowhead Risk Managers, QBE Specialty Insurance Policy, Policy Number: AHAR11191-00 and General Security Indemnity Policy, Policy Number: TR00202191601284 | 483 – 565 |
| 10 | Email Letter to Jeremy Gottlieb from Allied World National Assurance Company, requesting more information to evaluate claim (April 27, 2020); BATES # AWPLL000023 – 000032 | 566 – 575 |
| 11 | Email Letter to Jeremy Gottlieb from McLarens, requesting more information to evaluate claim (September 2, 2020); BATES # 24HF_Production_0003142 – 0003146 | 576 – 580 |
| 12 | Email to Jeremy Gottlieb from Nicole Rodriguez, discussing confirmed Covid-19 case at club 397 (March 9, 2020); BATES # 24HF_Production_0155402 – 0155403 | 581 – 582 |
| 13 | Email to Jeremy Gottlieb from Daniel Gagnon, discussing confirmed Covid-19 case at club 895 (March 13, 2020); BATES # 24HF_Production_0040943 – 0040944 | 583 – 584 |

| Exhibit | Description | Pages |
|---|---|---|
| 14 | Email to Mike Allen from Jeremy Gottlieb, providing additional information to evaluate claim (May 12, 2020); BATES # 24HF_Production_0168120 - 0168125 | 585 – 590 |
| 15 | Letter from McLarens to Insurers, evaluating claim (May 15, 2020); BATES # MCL000073 – 000085 | 591 – 603 |
| 16 | Los Angeles County Department of Public Health, Advisory: *First Case of 2019 Novel Coronavirus (2019-nCoV) in Los Angeles County* (January 26, 2020) | 604 – 607 |
| 17 | California Department of Public Health, Press Release: *CDC Confirms Possible First Instance of COVID-19 Community Transmission in California* (February 26, 2020) | 608 – 609 |
| 18 | Center for Disease Control, Fact Sheet: *What to do if you are sick with 2019 Novel Coronavirus (2019-nCoV)* | 610 |
| 19 | Center for Disease Control, Fact Sheet: *2019-nCoV: What the public should do* | 611 |
| 20 | Occupational Safety and Health Act, Report: *Guidance on Preparing Workplaces for COVID-19* | 612 – 646 |
| 21 | Washington, Proclamation by the Governor, 20-05, February 29, 2020 | 647 – 648 |
| 22 | Los Angeles, Declaration of Local Emergency, March 4, 2020 | 649 – 650 |
| 23 | Los Angeles County Board of Supervisors, Ratifying Local Health Emergency Declaration and Proclamation of Local Emergency for the 2019 Novel Coronavirus, March 4, 2020 | 651 – 655 |
| 24 | Los Angeles County, Press Release: *2019 Novel Coronavirus (COVID-19) Advisory 46 New Cases of Confirmed COVID-19 in Los Angeles County* (March 18, 2020) | 656 – 658 |
| 25 | Los Angeles County, Press Release: *2019 Novel Coronavirus (COVID-19) Advisory 25 New Cases of Confirmed COVID-19 in Los Angeles County* (March 16, 2020) | 659 – 661 |
| 26 | Miami-Dade County, Press Release: *Miami-Dade County Mayor Carlos A. Gimenez updates community on COVID-19* (March 2, 2020) | 662 – 663 |
| 27 | Email to Dan Larson from Club 641 General Manager, discussing confirmed case of Covid-19 (March 13, 2020); BATES # 24HF_Production_0043413 – 0043415 | 664 – 666 |
| 28 | Email to Risk Management from Dan Larson, discussing rumored Covid-19 case at club 904 (March 15, 2020); BATES # 24HF_Production_0085222 | 667 |

| Exhibit | Description | Pages |
|---|---|---|
| 29 | Los Angeles County, Department of Public Health, Order for the Control of Covid-19 (March 16, 2020) | 668 – 672 |
| 30 | Los Angeles County, Press Release: *LA County Public Health Issues Order to Prohibit Group Events and Gatherings, Require Social Distancing Measures and the Closure of Certain Businesses* (March 16, 2020) | 673 – 675 |
| 31 | California, Executive Order N-33-30, March 19, 2020 | 676 – 677 |
| 32 | World Health Organization, Situation Report – 11 (January 31, 2020) | 678 – 685 |
| 33 | World Health Organization, Director-General's opening remarks at the media briefing on COVID-19 (March 11, 2020) | 686 – 689 |
| 34 | Excerpts from *Uncontrolled Spread: why covid-19 crushed us and how we can defeat the next pandemic* by Scott Gottlieb | 690 – 699 |
| 35 | Rebecca Shabad, *Surgeon general has coronavirus warning: 'This week, it's going to get bad'* (March 23, 2020) | 700 – 705 |
| 36 | Center for Disease Control, *Interim Guidance for Businesses and Employers to Plan and Respond to 2019 Novel Coronavirus (2019-nCoV)* (February 2020) | 706 – 710 |
| 37 | Los Angeles County, Press Release: *Public Health Identifies Four New Cases of 2019 Novel Coronavirus (COVID-19) in Los Angeles County* (March 5, 2020) | 711 – 712 |
| 38 | Robinson Meyer, The Atlantic, *America Isn't Testing for the Most Alarming Coronavirus Cases* (March 13, 2020) | 713 – 717 |
| 39 | California Department of Public Health, Influenza Surveillance Report 2019–2020 Season (June 2021) | 718 – 748 |
| 40 | Research Letter, *Community Prevalence of SARS-CoV-2 Among Patients With Influenzalike Illnesses Presenting to a Los Angeles Medical Center in March 2020* | 749 – 750 |
| 41 | State of California – Executive Order N-33-20, March 19, 2020 | 751 – 752 |
| 42 | Kern County, California – Order of the Health Officer, April 2, 2020 | 753 – 755 |
| 43 | Sonoma County, California – Order of the Health Officer C19-03, March 17, 2020 | 756 – 771 |
| 44 | Ventura County, California – Order of the Health Officer, March 17, 2020 | 772 – 775 |
| 45 | City and County of San Francisco, California – Department of Public Health Order of the Health Officer, March 16, 2020 | 776 – 785 |

| Exhibit | Description | Pages |
|---|---|---|
| 46 | Alameda County, California – Order of the Health Officer, March 16, 2020 | 786 – 792 |
| 47 | Santa Clara County, California – Order of the Health Officer, March 16, 2020 | 793 – 799 |
| 48 | San Diego County, California – Order of the Health Officer and Emergency Regulations, March 29, 2020 | 800 – 814 |
| 49 | Orange County, California County – Health Officer Issues Order, March 17, 2020 | 815 – 820 |
| 50 | San Mateo County, California – Order of the Health Officer, March 16, 2020 | 821 – 827 |
| 51 | Santa Barbara County, California – Health Officer Order No. 2020-7, April 5, 2020 | 828 – 834 |
| 52 | Contra Costa County, California – Order of the Health Officer, March 16, 2020 | 835 – 842 |
| 53 | Los Angeles County, California – Health Officer Order for the Control of COVID-19, March 16, 2020 | 843 – 847 |
| 54 | Placer County, California – Directive of Health Officer, March 19, 2020 | 848 – 854 |
| 55 | Santa Barbara County, California – Amended Order 2020-7.1, April 5, 2020 | 855 – 862 |
| 56 | Sacramento County, California – Order of the Health Officer, April 7, 2020 | 863 – 884 |
| 57 | Sacramento County, California – Order of the Health Officer, March 19, 2020 | 885 – 892 |
| 58 | San Bernardino County, California – Order of the Health Officer, March 17, 2020 | 893 – 895 |
| 59 | Marin County, California – Order of the Health Officer, March 16, 2020 | 896 – 902 |
| 60 | Santa Cruz County, California – Order of the Health Officer, March 16, 2020 | 903 – 908 |
| 61 | San Joaquin County, California – Order of the Public Health Officer and Director of Emergency Services, March 26, 2020 | 909 – 914 |
| 62 | Solano County, California – Order of the Health Officer No. 2020-04, March 30, 2020 | 915 – 920 |
| 63 | State of Colorado – Executive Order D 2020 017, March 25, 2020 | 921 – 923 |
| 64 | State of Colorado – Ordering Coloradans to Stay in Place Due to Presence of COVID-19 in the State, March 25, 2020 | 924 – 932 |
| 65 | State of Colorado – Sixth Amended Public Health Order 20-28, June 25, 2020 | 933 – 978 |
| 66 | City of Boulder, Colorado – Emergency Order 2020-6 (Amended), March 24, 2020 | 979 – 986 |
| 67 | Tri-County, Colorado – "Stay At Home" Public Health Order, March 25, 2020 | 987 – 997 |

| Exhibit | Description | Pages |
|---|---|---|
| 68 | Broomfield, Colorado – Public Health Order No. 2020-01, March 25, 2020 | 998 – 1002 |
| 69 | El Paso County, Colorado – Public Health Order 2020-02, April 27, 2020 | 1003 – 1004 |
| 70 | Denver City and County, Colorado – Public Health & Environment Announcement, March 20, 2020 | 1005 – 1008 |
| 71 | Jefferson County, Colorado – Notice of Public Health Order 20-002, March 25, 2020 | 1009 – 1020 |
| 72 | Denver City and County, Colorado – Public Health & Environment Announcement, March 16, 2020 | 1021 – 1022 |
| 73 | Larimer County, Colorado – Sixth Public Health Order re Stay-at-Home, March 25, 2020 | 1023 – 1031 |
| 74 | State of Florida – Office of the Governor Executive Order No. 20-123, March 18, 2020 | 1032 – 1034 |
| 75 | State of Florida – Office of the Governor Executive Order No. 20-91, April 1, 2020 | 1035 – 1068 |
| 76 | Osceola County, Florida – Emergency Order No. 2 Pertaining to COVID-19, March 26, 2020 | 1069 – 1074 |
| 77 | Palm Beach County, Florida – Emergency Order No. 2, March 26, 2020 | 1075 – 1086 |
| 78 | Miami-Dade County, Florida – Emergency Order 03-20, March 17, 2020 | 1087 – 1089 |
| 79 | Broward County, Florida – Emergency Order 20-13, May 22, 2020 | 1090 – 1104 |
| 80 | Broward County, Florida – Emergency Order 20-03, March 27, 2020 | 1105 – 1116 |
| 81 | Broward County, Florida – Emergency Order 20-05, April 4, 2020 | 1117 – 1120 |
| 82 | State of Hawaii – Third Supplementary Proclamation, March 23, 2020 | 1121 – 1128 |
| 83 | City and County of Honolulu, Hawaii – Emergency Order No. 2020-01, March 20, 2020 | 1129 – 1131 |
| 84 | City and County of Honolulu, Hawaii – Emergency Order No. 2020-02, March 22, 2020 | 1132 – 1141 |
| 85 | Maui County, Hawaii – Public Health Emergency Rules, Amended March 22, 2020 | 1142 – 1147 |
| 86 | State of Maryland – Order of the Governor No. 20-03-23-01, Amending and Restating the Order of March 19, 2020, March 23, 2020 | 1148 – 1153 |
| 87 | Prince George County, Maryland – Declaration of a Local State of Emergency Executive Order No. 6-2020, March 16, 2020 | 1154 – 1197 |
| 88 | State of New Jersey – Executive Order No. 107, March 21, 2020 | 1198 – 1210 |

| Exhibit | Description | Pages |
|---|---|---|
| 89 | Bergen County, New Jersey – Executive Order No. 2020-1B Final Version, March 16, 2020 | 1211 – 1214 |
| 90 | State of New Jersey – Executive Order No. 104, March 16, 2020 | 1215 – 1223 |
| 91 | State of Nevada – Declaration of Emergency Directive 003, March 20, 2020 | 1224 – 1228 |
| 92 | State of Nevada – Health Response Announcement, March 17, 2020 | 1229 – 1236 |
| 93 | State of Nevada – Declaration of Emergency Directive 021, May 28, 2020 | 1237 – 1248 |
| 94 | State of New York – Executive Order No. 202.3, March 16, 2020 | 1249 – 1250 |
| 95 | City of New York – Emergency Executive Order No. 102, March 20, 2020 | 1251 – 1254 |
| 96 | City of New York – Emergency Executive Order No. 101, March 17, 2020 | 1255 – 1256 |
| 97 | City of New York – Emergency Executive Order No. 100, March 16, 2020 | 1257 – 1260 |
| 98 | State of Oregon – Executive Order No. 20-12, March 23, 2020 | 1261 – 1268 |
| 99 | State of Texas – Executive Order No. GA-08, March 19, 2020 | 1269 – 1271 |
| 100 | Montgomery County, Texas – Amended Order Affecting the Occupancy of Premises Throughout Montgomery County, March 18, 2020 | 1272 – 1273 |
| 101 | Denton County, Texas – Section 418.108 Order, March 24, 2020 | 1274 – 1289 |
| 102 | Collin County, Texas – Order of the County Judge, March 24, 2020 | 1290 – 1293 |
| 103 | Harris County, Texas – Order of County Judge, March 24, 2020 | 1294 – 1313 |
| 104 | Tarrant County, Texas – First Amended Declaration of Local Disaster, March 19, 2020 | 1314 – 1315 |
| 105 | Dallas County, Texas – Amended Order of County Judge, March 31, 2020 | 1316 – 1329 |
| 106 | Fort Bend County, Texas – Second Amended and Restated Order by the County Judge, March 20, 2020 | 1330 – 1332 |
| 107 | City of Galveston, Texas – Order Issued by the Mayor, March 17, 2020 | 1333 – 1334 |
| 108 | Rockwall County, Texas – Order of County Judge, March 24, 2020 | 1335 – 1341 |
| 109 | Brazoria County, Texas – Stay Safe at Home Order, March 25, 2020 | 1342 – 1350 |
| 110 | Williamson County, Texas – Stay Home Stay Safe Order, March 24, 2020 | 1351 – 1371 |

| Exhibit | Description | Pages |
|---|---|---|
| 111 | Travis County, Texas – County Judge Order No. 2020-05, March 24, 2020 | 1372 – 1387 |
| 112 | State of Utah – Directive by the Governor, March 27, 2020 | 1388 – 1390 |
| 113 | State of Utah – Directive by the Governor, April 10, 2020 | 1391 – 1392 |
| 114 | Salt Lake County, Utah – Public Health Order 2020-02, March 19, 2020 | 1393 -1395 |
| 115 | Salt Lake County, Utah – Public Health Order 2020-03, March 29, 2020 | 1396 – 1411 |
| 116 | Commonwealth of Virginia – Executive Order No. 53, March 23, 2020 | 1412 – 1415 |
| 117 | Fairfax County, Virginia – Local Board Announcement, March 17, 2020 | 1416 – 1420 |
| 118 | State of Washington – Proclamation by the Governor Amending Proclamation 20-05, March 23, 2020 | 1421 – 1425 |
| 119 | Snohomish County, Washington – Emergency Executive Order No. 20-04, March 24, 2020 | 1426 – 1428 |
| 120 | United States Census Bureau, Los Angeles County, QuickFacts | 1429 – 1431 |
| 121 | Los Angeles World Airports, Volume of Air Traffic, Los Angeles International Airport | 1432 – 1434 |
| 122 | Long Beach Airport Website | 1435 – 1436 |
| 123 | Hollywood Burbank Airport FAA Tower Daily Airport Operations Count | 1437 – 1445 |
| 124 | DFW Total Passengers, January 2020 | 1446 – 1448 |
| 125 | DEN Operations and Traffic Report, January 2020 | 1449 – 1472 |
| 126 | The Port Authority of New York & New Jersey, January 2020 Traffic Report, JFK | 1473 – 1478 |
| 127 | The Port Authority of New York & New Jersey, January 2020 Traffic Report, EWR | 1479 – 1484 |
| 128 | The Port Authority of New York & New Jersey, January 2020 Traffic Report, LGA | 1485 – 1490 |
| 129 | SEA-TAC International Airport Passenger, Cargo and Operations Summary, January 2020 | 1491 – 1493 |
| 130 | United Stated Securities and Exchange Commission, Form 10-k: CNA Financial Corporation | 1494 – 1657 |
| 131 | Center for Insurance Policy and Research, Business Interruption/Businessowner's Policies (BOP) | 1658 – 1663 |
| 132 | Columbia Mailman School of Public Health, *Epidemic, Endemic, Pandemic: What are the Differences?* (February 19, 2021) | 1664 – 1671 |
| 133 | Center for Disease Control, Coronavirus Statistics | 1672 – 1687 |

| Exhibit | Description | Pages |
|---:|---|---|
| 134 | Susan Heavey, *U.S. surgeon general says coronavirus outbreak 'to get bad' this week* (March 28, 2020) | 1688 – 1693 |
| 135 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Defendants' Notice of Motion and Motion for Judgment on the Pleadings | 1694 – 1706 |
| 136 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Memorandum of Points and Authorities in Support of Defendants' Notice of Motion and Motion for Judgment on the Pleadings | 1707 – 1758 |
| 137 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Declaration of Amy M. Churan in Support of Defendants' Motion for Judgment on the Pleadings | 1759 – 1916 |
| 138 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings | 1917 – 1955 |
| 139 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Reply Memorandum of Points and Authorities in Support of Defendants' Motion for Judgment on the Pleadings | 1956 – 1984 |
| 140 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Declaration of Amy M. Churan in Support of Defendants' Reply | 1985 – 2019 |
| 141 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Nature of Proceedings | 2020 |
| 142 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Plaintiff's Response to Supplemental Authority Cited at Oral Argument on Defendants' Motion for Judgment on the Pleadings | 2021 – 2032 |
| 143 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Defendants' Reply to Plaintiff's Response to Supplemental Authority Cited at Oral Argument on Defendants' Motion for Judgment on the Pleadings | 2033 – 2050 |
| 144 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Minute Order Granting in Part and Denying in Part Defendants' Motion for Judgment on the Pleadings | 2051 – 2055 |
| 145 | *JRK Property Holdings, Inc. v. Colony Insurance Company*, Case No. 21STCV19983, Order Granting in Part and Denying in Part Defendants' Motion for Judgment on the Pleadings | 2056 – 2062 |
| 146 | *Urban Edge Properties v. Allied World Assurance Company*, No. BER-L-7987-20, Defendant Allied World Assurance Company's Motion for Reconsideration | 2063 – 2068 |
| 147 | *Urban Edge Properties v. Allied World Assurance Company*, No. BER-L-7987-20, Plaintiffs' Memorandum in Opposition | 2069 – 2094 |

| Exhibit | Description | Pages |
|---|---|---|
| | to Defendant Allied World Assurance Company's Motion for Reconsideration | |
| 148 | *Urban Edge Properties v. Allied World Assurance Company*, No. BER-L-7987-20, Reply in Further Support of Defendant Allied World Assurance Company's Motion for Reconsideration | 2095 – 2102 |
| 149 | *Urban Edge Properties v. Allied World Assurance Company*, No. BER-L-7987-20, Order Denying Motion for Reconsideration | 2103 – 2104 |
| 150 | *Urban Edge Properties v. Allied World Assurance Company*, No. BER-L-7987-20, Transcript of Hearing for Motion of Reconsideration | 2105 – 2117 |
| 151 | *New York Botanical Garden v. Allied World Assurance Company*, Transcript of Hearing | 2118 – 2146 |
| 152 | *Urban Edge Properties v. Allied World Assurance Company*, No. BER-L-7987-20, Order Granting Partial Summary Judgment | 2147 – 2170 |
| 153 | Continental Casualty's Objections to Plaintiff's First Set of Interrogatories | 2171 – 2184 |
| 154 | Allied World's Objections to Plaintiff's First Set of Interrogatories | 2185 – 2207 |
| 155 | Allied World's Objections to Plaintiff's Second Set of Interrogatories | 2208 – 2217 |
| 156 | Allied World's Supplemental Objections to Plaintiff's Second Set of Interrogatories | 2218 – 2252 |
| 157 | Defendant's Objections to Plaintiff's Interrogatories | 2253 – 2269 |
| 158 | Starr Surplus Insurance Company's Objections and Answers to Plaintiff's Interrogatories | 2270 – 2284 |
| 159 | QBE Specialty Insurance Company's Answers to Plaintiff's First set of Interrogatories | 2285 – 2301 |
| 160 | General Security's Objections to Plaintiff's First Set of Interrogatories | 2302 – 2318 |
| 161 | Allianz Global's Objections to Plaintiff's First Set of Interrogatories | 2319 – 2340 |
| 162 | Liberty Mutual's Objections to Plaintiff's First Set of Interrogatories | 2341 – 2368 |
| 163 | Endurance American Insurance Company's Objections to Plaintiff's Second Set of Interrogatories | 2369 – 2372 |
| 164 | Excerpts of Deposition of Odell Bradley | 2373 – 2380 |
| 165 | Exhibit 14 to the Deposition of Odell Bradley | 2381 – 2384 |
| 166 | Excerpts of Deposition of Dr. Allison Stock | 2385 – 2403 |
| 167 | Exhibit 3 to the Deposition of Dr. Allison Stock, Excerpt of webinar slides | 2404 – 2410 |
| 168 | Exhibit 15 to the Deposition of Dr. Allison Stock, Scientific Brief: SARS-CoV-2 Transmission | 2411 – 2414 |

| Exhibit | Description | Pages |
|---|---|---|
| 169 | Exhibit 16 to the Deposition of Dr. Allison Stock, Science Brief: SARS-CoV-2 155 and Surface (Fomite) Transmission for Indoor Community Environments | 2415 – 2419 |
| 170 | Excerpts of Deposition of Dr. Alexis Sauer-Budge | 2420 – 2429 |
| 171 | Exhibit 14 to the Deposition of Dr. Alexis Sauer-Budge, Anderson Article | 2430 – 2435 |
| 172 | Exhibit 15 to the Deposition of Dr. Alexis Sauer-Budge, Jang Article | 2436 – 2439 |
| 173 | Exhibit 16 to the Deposition of Dr. Alexis Sauer-Budge, Suhs Article | 2440 – 2452 |
| 174 | Exhibit 17 to the Deposition of Dr. Alexis Sauer-Budge, Liu Article | 2453 – 2466 |
| 175 | Exhibit 18 to the Deposition of Dr. Alexis Sauer-Budge, Article from CDC COVID-19 Response Team | 2467 – 2473 |
| 176 | Excerpts of Deposition of 30(b)(6) witness for Beazley-Lloyd's through Andrea Matott | 2474 – 2486 |
| 177 | Excerpts of Deposition of 30(b)(6) witness for Star Surplus Lines Insurance Company through Dolores Ramirez Varela | 2487 – 2506 |
| 178 | Excerpts of Deposition of Lourdes Reyes | 2507 – 2517 |
| 179 | Excerpts of Deposition of Matthew Piro | 2518 – 2522 |
| 180 | Excerpts of Deposition of 30(b)(6) witness for Allianz Global Risks US Insurance Company through Melanie Wolski | 2523 – 2530 |
| 181 | Excerpts of Deposition of Mike Allen | 2531 – 2550 |
| 182 | Exhibit 8 to the Deposition of Mike Allen | 2551 |
| 183 | Excerpts of Deposition of 30(b)(6) witness for Continental Casualty Company through Tracy Schohn | 2552 – 2560 |
| 184 | Excerpts of Deposition of Tony Ueber | 2561 – 2569 |
| 185 | Excerpts of Deposition of 30(b)(6) witness for Allied World Assurance Company through Glenn Serrano | 2570 – 2640 |
| 186 | Excerpts of Deposition of 30(b)(6) witness of Allianz Global Risks US Insurance Company through Dana Parker | 2641 – 2649 |
| 187 | Exhibit 4 to the Deposition of Dana Parker, Email regarding insurance quote; BATES # AGRUS000116 – 000169 | 2650 – 2703 |
| 188 | Expert Report of Dr. Allison Stock | 2704 – 2730 |
| 189 | Expert Report of Dr. Alexis Sauer-Budge | 2731 – 2829 |
| 190 | Expert Report of Dr. Mercedes R. Carnethon | 2830 – 2912 |
| 191 | Governor Sisolak Updates Public on State Action and Guidance Regarding COVID-19 from March 15, 2020 | 2913 – 2917 |
| 192 | Governor Cuomo Accepts Recommendation of State Health Commissioner for New Emergency Measures to Contain Novel Coronavirus Cluster in New Rochelle, from March 10, 2020 | 2918 – 2921 |

Dated: January 12, 2024

Respectfully submitted,

**REED SMITH LLP**

*/s/ Mark W. Eckard*
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
(302) 778-7575 (Fax)
meckard@reedsmith.com

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
(415) 543-8700
(415) 391-8269 (Fax)
dweiss@reedsmith.com
cocarroll@reedsmith.com

*Counsel for Plaintiff 24 HOUR FITNESS WORLDWIDE, INC.*