# EXHIBIT 12

Message

| | |
|---|---|
| **From:** | Nicole Rodriguez [nrodriguez@24hourfit.com] |
| **Sent:** | 3/9/2020 11:48:18 PM |
| **To:** | Jeremy Gottlieb [JGottlieb@24hourfit.com] |
| **CC:** | Chris Schmidt [cschmidt@24hourfit.com] |
| **Subject:** | RE: Coronavirus at club 397 |

Thanks please let me know if any action is needed.


**Nicole (Schubert) Rodriguez**
Manager | Club Operations
24 Hour Fitness USA, Inc.
1265 Laurel Tree Ln.
Carlsbad, CA 92011
760.918.4483 voice


  

Proud Sponsor of the U.S. Olympic & U.S. Paralympic Teams


**From:** Jeremy Gottlieb
**Sent:** Monday, March 09, 2020 4:17 PM
**To:** Nicole Rodriguez <nrodriguez@24hourfit.com>
**Cc:** Chris Schmidt <cschmidt@24hourfit.com>
**Subject:** RE: Coronavirus at club 397

addressed (for now), see attached.

**From:** Nicole Rodriguez <nrodriguez@24hourfit.com>
**Sent:** Monday, March 9, 2020 4:11 PM
**To:** Jeremy Gottlieb <JGottlieb@24hourfit.com>
**Subject:** Coronavirus at club 397

Hi Jeremy!  Chris called me this morning and said we may have had a confirmed case of Coronavirus at club 397.  He asked me to reach out to you for more information.

Can you give me a call

408.821.5962

Thanks
Nicole

**Exhibit 12 to Plaintiff's Omnibus Appendix of Evidence in support of its**
**Oppositions to Defendants' Motions for Summary Judgment**

CONFIDENTIAL

Get Outlook for iOS

**Exhibit 12 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**

**Page 582 of 2921**

CONFIDENTIAL

24HF_Production_0155403