# EXHIBIT 13

| | |
|---|---|
| Message | |
| From: | Daniel Gagnon [dgagnon@24hourfit.com] |
| Sent: | 3/13/2020 6:40:30 AM |
| To: | Jeremy Gottlieb [JGottlieb@24hourfit.com] |
| CC: | Benjamin Randall [brandall@24hourfit.com]; Chris Getty [cgetty@24hourfit.com]; Dan Larson [dlarson@24hourfit.com] |
| Subject: | Member Call Regarding Possible Covid-19 Exposure at Club 895 Livermore |
| Attachments: | Video.mov; Covid-19.jpg |

Hi Jeremy

Here are the details surrounding the call received at Club 895 Livermore regarding a person who claimed to have recently tested positive for the Covid-19 virus.

- AGM answered a call from a person who identified himself as Matt Mocklin, a guest who had recently been to the club.
- AGM recorded the conversation(s) he had with Caller "Mocklin". (call recording attached)
- Caller claimed he entered the club on Wednesday 3/11 with a member named Mike Martinetti.
- AGM stated he later reviewed CCTV based on Martinetti's check in history and observed him enter the club unaccompanied on Wednesday 3/11.
- AGM was later notified by several member's that they had exchanged messages with Martinetti via Instagram and he claimed he had contracted Covid-19.
- Based on information provided by AGM, RLPM attempted to contact Caller "Mocklin" and spoke to someone who claimed to be Mike Martinetti.
- RLPM recognized "Martinetti's" voice as the same person who claimed to be "Mocklin" in the conversation recorded by AGM.
- "Martinetti" verified DOB, check in number, address on file.
- The sequence of events depicted by caller from contact/infection to testing and reaction from physicians, does not seem consistent with what we are hearing in media.
- "Martinetti" claimed to have tested positive for the Covid-19 virus, after he came in contact with another person who coughed in his face while playing basketball.
- "Martinetti" claimed he was informed by Kaiser that he would need to come to Kaiser after 5P Friday 3/13 to pick up his paperwork.
- "Martinetti" provided the attached document which he claims shows he was treated at Kaiser.
- "Martinetti" provided a name and contact for the Tuolumne County Public Health, who he claimed to have been in contact with regarding this matter.
- Follow up call was placed by Dan Larson, who spoke to "Martinetti" and received same information as stated above.

**Dan Gagnon**
Regional Loss Prevention Manager | Region 103
24 Hour Fitness USA, Inc.
12647 Alcosta Blvd. 3rd Floor
San Ramon, CA 94583
800.600.2007 ext. 2965 voice
916.833.9037 mobile
24hourfitness.com | 24life.com

Exhibit 13 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment   Page 583 of 2921

CONFIDENTIAL   24HF_Production_0040943

  

Proud Sponsor of the U.S. Olympic & Paralympic Teams

**Exhibit 13 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**

**Page 584 of 2921**

CONFIDENTIAL

24HF_Production_0040944