# EXHIBIT 18



# What to do if you are sick with 2019 Novel Coronavirus (2019-nCoV)

**If you are sick with 2019-nCoV, or suspected of being infected with 2019-nCoV, follow the steps below to help prevent 2019-nCoV from spreading to people in your home and community.**

## Stay home except to get medical care

You should restrict activities outside your home, except for getting medical care. Do not go to work, school, or public areas. Do not use public transportation, ride-sharing, or taxis.

## Separate yourself from other people in your home

As much as possible, you should stay in a specific room and away from other people in your home. Also, you should use a separate bathroom, if available.

## Call ahead before visiting your doctor

If you have a medical appointment, call the healthcare provider and tell them that you have or may have 2019-nCoV infection. This will help the healthcare provider's office take steps to keep other people from getting infected or exposed.

## Wear a facemask

You should wear a facemask when you are around other people (e.g., sharing a room or vehicle) and before you enter a healthcare provider's office. If you are not able to wear a facemask (for example, because it causes trouble breathing), then people who live with you should not stay in the same room with you, or they should wear a facemask if they enter your room.

## Cover your coughs and sneezes

Cover your mouth and nose with a tissue when you cough or sneeze. Throw used tissues in a lined trash can and wash your hands with soap and water for at least 20 seconds. If soap and water are not available, immediately clean your hands with an alcohol-based hand sanitizer that contains at least 60% alcohol, covering all surfaces of your hands and rubbing them together until they feel dry. Soap and water should be used preferentially if hands are visibly dirty.

## Clean your hands

Wash your hands often with soap and water for at least 20 seconds. If soap and water are not available, clean your hands with an alcohol-based hand sanitizer that contains at least 60% alcohol, covering all surfaces of your hands and rubbing them together until they feel dry. Soap and water should be used preferentially if hands are visibly dirty. Avoid touching your eyes, nose, and mouth with unwashed hands.

## Avoid sharing personal household items

You should not share dishes, drinking glasses, cups, eating utensils, towels, or bedding with other people in your home. After using these items, you should wash them thoroughly with soap and water.

## Monitor your symptoms

Seek prompt medical attention if your illness is worsening (e.g., shortness of breath or difficulty breathing). **Before** seeking care, call your healthcare provider and tell them that you have, or are being evaluated for, 2019-nCoV infection. Put on a facemask before you enter the facility. These steps will help the healthcare provider's office keep other people from getting infected or exposed.

Ask your healthcare provider to call the local or state health department. Persons who are placed under active monitoring or facilitated self-monitoring should follow instructions provided by their local health department or occupational health professionals, as appropriate. https://www.cdc.gov/coronavirus/2019-ncov/php/risk-assessment.html.

## Discontinuing home isolation

Patients with confirmed 2019-nCoV infection should remain under home isolation precautions until the risk of secondary transmission to others is thought to be low. The decision to discontinue home isolation precautions should be made on a case-by-case basis, in consultation with healthcare providers and state and local health departments. Current information on 2019-nCoV is limited; thus, home precautions are conservative and based on general recommendations for other coronaviruses, like Middle Eastern Respiratory Syndrome (MERS).

For more information: **www.cdc.gov/nCoV**

CS 314937-D   02/05/2020

Exhibit 18 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 610 of 2921