# EXHIBIT 23

AGN. NO. \_\_\_\_

MOTION BY SUPERVISORS KATHYRN BARGER AND          MARCH 4, 2020
HILDA L. SOLIS

**RATIFYING LOCAL HEALTH EMERGENCY DECLARATION AND PROCLAMATION OF LOCAL EMERGENCY FOR THE 2019 NOVEL CORONAVIRUS**

The Novel Coronavirus ("COVID-19") was first detected in Wuhan City, Hubei Province, China in December 2019, and was determined to be caused by a new discovered coronavirus that had not been previously detected in humans. It has since spread globally to over 68 countries, infecting more than 90,000 persons and killing more than 3,000 individuals worldwide. On January 30, 2020, the World Health Organization declared the COVID-19 outbreak a Public Health Emergency of International Concern. On January 31, 2020, the U.S. Secretary of Health and Human Services, Alex M. Azar II, declared a Public Health Emergency to aid the nation in responding to COVID-19. On February 2, 2020, the federal government began restricting the entry of foreign nationals traveling to the U.S. from affected countries, and enhanced the screening of U.S. citizens, residents and family members returning to the U.S. from impacted countries, performing risk assessments and requiring monitoring, federal quarantine, or medical isolation and care based on assessed risk.

Although coronaviruses are a group of viruses that are known to the medical community, this is a new type of human coronavirus. As cases are identified and investigated and their contacts monitored, the medical community is confirming their understanding about the modes and duration of transmission, period of infectivity, spectrum of disease, case fatality, persons most at risk of serious illness, and optimal therapy in the absence of specific treatments. Currently, there is no vaccine to prevent, or specific antiviral treatment for COVID-19.

On February 26, 2020, the U.S. Centers for Disease Control and Prevention ("CDC") confirmed a possible first case of community spread of COVID-19 in California and the United States. As of March 3, 2020, there were 60 COVID-19 cases identified in US, including 43 cases in California.

In Los Angeles County, five cases of COVID-19 have been identified, and further test results are pending. There has also been a significant escalation of United States domestic cases of and deaths from COVID-19 over the past week. These facts increase the threat of the introduction of widespread community transmission.

-MORE-

MOTION

SOLIS      _____

RIDLEY-THOMAS_____

KUEHL      _____

HAHN      _____

BARGER      _____

Page: 2

Since January 8, 2020, the County Department of Public Health (DPH) has monitored and assessed the international spread of COVID-19. DPH assisted with the required federal quarantine for dozens of returning travelers, has managed the medical isolation, tested and cared for numerous high-risk persons, and monitored hundreds of travelers considered at lower risk of infection. Additionally, DPH continues to monitor 600 to 1000 returning travelers who are deemed to be at medium risk of exposure to COVID-19, based on the current CDC screening procedures at Los Angeles International Airport (LAX).

On March 4, 2020, pursuant to California Health and Safety Code Section 101080, the Los Angeles County Health Officer issued a Declaration of Local Health Emergency because of the introduction of COVID-19 cases in Los Angeles County. Additionally, on March 4, 2020, pursuant to Government Code section 8630 and Los Angeles County Code section 2.68, the Chair of the Board signed a Proclamation a Local Emergency related to COVID-19.

The Declaration of Local Health Emergency and the Proclamation of Local Emergency enable the County to more effectively respond to the COVID-19, accelerate the procurement of vital supplies, seek and utilize mutual aid, potentially obtain reimbursement from the state and federal government, and ensure that the County's public health professionals have all necessary tools at their disposal to slow the spread of COVID-19.

**WE, THEREFORE, MOVE** that the Board of Supervisors:

1. Ratify the attached Proclamation of Local Emergency made on March 4, 2020, for the COVID-19, in the County of Los Angeles. This Proclamation shall remain in effect until its termination is proclaimed by the Board; and

2. Forward a copy of the Proclamation of Local Emergency to the Director of California Governor's Office of Emergency Services with the request that the Director find it acceptable in accordance with State law; and request that a Governor's Proclamation be provided under the California Disaster Assistance Act; and

3. Ratify the attached Declaration of Local Health Emergency by the County Health Officer made on March 4, 2020, related to the 2019 Novel Coronavirus; and

4. Direct County Departments to implement all assessment, assistance and monitoring efforts as applicable.

#   #   #

Exhibit 23 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 652 of 2921

**PROCLAMATION OF EXISTENCE OF A LOCAL EMERGENCY BY THE CHAIR OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS AND REQUEST FOR A STATE PROCLAMATION**

**WHEREAS,** Chapter 2.68 of the Los Angeles County Code provides that the Chair of the Los Angeles County Board of Supervisors (Board) may proclaim the existence of a local emergency when the County of Los Angeles (County) is affected or likely to be affected by a public calamity and the Board is not in session; and

**WHEREAS,** the Chair of the Board finds that, beginning on March 4, 2020, conditions of disaster or of extreme peril to the safety of persons and property arose as a result of the introduction of the novel coronavirus ("COVID-19"), a novel communicable disease, which was first detected in Wuhan City, Hubei Province, China in December 2019. COVID-19 has since spread globally to over 68 countries, infecting more than 90,000 persons and killing more than 3,000 individuals worldwide. As of March 3, 2020, there were 60 COVID-19 cases identified in the United States, including 43 cases in California. In Los Angeles County, there have been five confirmed cases of COVID-19, with additional test results pending. Due to the expanding list of countries with widespread transmission of COVID-19, increasing travel alerts and warnings for countries experiencing sustained or uncontrolled community transmission issued by the federal Centers for Disease Control and Prevention ("CDC"), the escalation of United States domestic cases of and deaths from COVID-19, and the identification of COVID-19 cases in California, including Los Angeles County, COVID-19 has created conditions that are or likely to be beyond the control of local resources and require the combined forces of other political subdivisions to combat; and

**WHEREAS,** on February 26, 2020, the CDC confirmed the first possible case of community spread of COVID-19 in the United States. Over the past week, there has been a significant escalation of United States domestic cases of and deaths from COVID-19. The Health Officer of Los Angeles County has determined that there is an imminent and proximate threat to the public health from the introduction of COVID-19 in Los Angeles County, and has concurrently declared a Local Health Emergency; and

**WHEREAS,** the mobilization of local resources, ability to coordinate interagency response, accelerate procurement of vital supplies, use mutual aid, and allow for future reimbursement by the state and federal governments will be critical to successfully responding to COVID-19; and

**WHEREAS,** these conditions warrant and necessitate that the County proclaim the existence of a local emergency.

**NOW, THEREFORE, IT IS HEREBY PROCLAIMED AND ORDERED** by the Chair of the Board that a local emergency exists in Los Angeles County, and the local emergency shall not remain in effect for a period in excess of seven days unless it has been ratified by the Board; and

**IT IS FURTHER PROCLAIMED AND ORDERED** that during the existence of said local emergency the powers, functions, and duties of the emergency organization of the County shall be those prescribed by state law, by ordinances, and resolutions of the County; and

**IT IS FURTHER PROCLAIMED AND ORDERED** that a copy of this proclamation be forwarded to the Director of California Governor's Office of Emergency Services requesting that the Director find it acceptable in accordance with State law; that the Governor of California, pursuant to the Emergency Services Act, issue a proclamation declaring an emergency in Los Angeles County; that the Governor waive regulations that may hinder response and recovery efforts; that recovery assistance be made available under the California Disaster Assistance Act; and that the State expedite access to State and Federal resources and any other appropriate federal disaster relief programs.

Date: March 4, 2020

_Kathryn Barger_ (signature)
Kathryn Barger
Chair, Los Angeles County Board of Supervisors
HOA.102809985.1

Exhibit 23 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 653 of 2921

## DECLARATION OF A LOCAL HEALTH EMERGENCY
## REGARDING NOVEL CORONAVIRUS (COVID-19)

**WHEREAS**, California Health and Safety Code section 101080 authorizes a local health officer to declare a local health emergency within the health officer's jurisdiction, whenever the local health officer reasonably determines that there is an imminent and proximate threat of the introduction of any contagious, infectious, or communicable disease, chemical agent, noncommunicable biologic agent, toxin, or radioactive agent; and

**WHEREAS**, California Health and Safety Code section 101040 authorizes the local health officer to take any preventive measure that may be necessary to protect the public and preserve public health from any public health hazard during an emergency; and

**WHEREAS**, the Health Officer of the County of Los Angeles makes the following findings:

Novel coronavirus (COVID-19), a new communicable disease, was first detected in Wuhan City, Hubei Province, China in December 2019. COVID-19 has since spread globally to over 68 countries, infecting more than 90,000 persons and killing more than 3,000 individuals. Symptoms of the virus include fever, cough, and shortness of breath, and infected individuals have experienced a range of outcomes, from mild sickness to severe illness and death. On January 30, 2020, the World Health Organization declared the COVID-19 outbreak a Public Health Emergency of International Concern. On January 31, 2020, the United States Secretary of Health and Human Services, Alex M. Azar II, declared a Public Health Emergency to aid the nation in responding to COVID-19. On February 2, 2020, the federal government began restricting the entry of foreign nationals traveling to the U.S. from affected countries, and enhanced the screening of U.S. citizens, residents and family members returning to the U.S. from impacted countries, performing risk assessments and requiring monitoring, federal quarantine, or medical isolation and care based on assessed risk.

To combat the spread of COVID-19, the counties of Orange, Santa Clara, San Diego, Sonoma, and the city and county of San Francisco have each declared local health emergencies and proclaimed local emergencies.

Although coronaviruses are a group of viruses that are known to the medical community, this is a new type of human coronavirus. As cases are identified and investigated and their contacts monitored, we are confirming our understanding about the modes and duration of transmission, period of infectivity, spectrum of disease, case fatality, persons most at risk of serious illness, and optimal therapy in the absence of specific treatments. Currently, there is no vaccine to prevent or specific antiviral treatment for COVID-19.

In Los Angeles County, there have now been seven confirmed cases of COVID-19, with additional test results pending. All five cases are linked to known exposures. This will likely increase in the future, based on the following:

HOA.102810296.1

There was a significant escalation of United States domestic cases of and deaths from COVID-19 over the past week. As of March 3, 2020, there were 60 US cases, including 6 deaths from COVID-19.

In California, as of March 2, 2020 there are 43 COVID-19 cases: 24 are from repatriation flights. The other 19 confirmed cases include ten that are travel related and two due to person-to-person exposure from family contact, three due to person-to-person exposure in a health care facility and four from unknown sources. The County Department of Public Health continues to monitor 600 to 1000 returning travelers who are deemed to be at medium risk of exposure to COVID-19, based on the current screening procedures at Los Angeles International Airport (LAX), and who could develop the disease up to 14 days after their last exposure to the virus.

The above facts raise the likelihood of widespread community transmission occurring among the general public in the United States and the need for the County of Los Angeles and public to work cooperatively and proactively to slow the spread of COVID-19 and address any challenges that may arise due to this disease in Los Angeles County.

**WHEREAS**, the Health Officer of the County of Los Angeles does hereby find that there is an imminent and proximate threat to public health from the introduction of COVID-19 in Los Angeles County.

**NOW, THEREFORE**, the Los Angeles County Health Officer hereby declares that a local health emergency now exists in the County of Los Angeles.

This declaration shall remain in effect for no longer than seven days unless ratified by the Los Angeles County Board of Supervisors and continued for up to an additional 30 days.

Date: March 4, 2020

Time: 8:00AM

*[signature]* MD, MPH

Muntu Davis, M.D., M.P.H.
County Health Officer
County of Los Angeles

HOA.102810296.1

Exhibit 23 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 655 of 2921