# EXHIBIT 24



313 N. Figueroa Street, Room 806 | Los Angeles, CA 90012 | (213) 240-8144 | media@ph.lacounty.gov



For Immediate Release:
March 18, 2020

# 2019 Novel Coronavirus (COVID-19) Advisory 46 New Cases of Confirmed COVID-19 in Los Angeles County

LOS ANGELES – The Los Angeles County Department of Public Health (Public Health) has confirmed 46 new cases of 2019 Novel Coronavirus (COVID-19). Because there are positive cases across the entire County, the public should not think one location is safer than the other. Additional information regarding some of the new cases are pending completion of an investigation.

To date, Public Health has identified 190 cases across all areas in LA County, so everyone needs to practice social distancing and good public health hygiene.

Public Health is investigating these cases and will notify close contacts who are household members, intimate partners and healthcare professionals to assess and monitor them for signs and symptoms of illness. All confirmed cases are being isolated and close contacts are quarantined.

"We will see an increase in positive cases today, tomorrow and for the coming weeks, but that doesn't mean our actions to slow the spread of the virus are not working. The measures we are taking in LA County will help flatten the curve," said Barbara Ferrer, PhD, MPH, MEd, Los Angeles County Public Health Director. "By slowing the spread of the virus, we will protect our healthcare system and most vulnerable residents."

Public Health issued a Health Officer Order to prohibit group events and gatherings, require social distancing measures and the closure of certain businesses, including bars, gyms, movie theaters and entertainment centers. The Order along with guidance can be found online: http://publichealth.lacounty.gov/media/Coronavirus/

Public Health has issued the following guidance during this time of increased spread:

- Avoid non-essential travel, public gatherings, and places where large groups of people congregate.

- Event organizers postpone or cancel non-essential gatherings of 50 or more until at least the end of March.

- For gatherings of less than 50 people, social distancing measures must be followed.

- Limit gatherings of individuals who are at higher risk for severe illness from COVID-19 (people older than 65, pregnant women, and those with chronic illness) to no more than 10 people.

- This guidance does not apply to activities such as attendance at regular school classes, work, or essential services, including public transportation, airport travel or shopping.

- If you are mildly sick with a fever, stay home and call your doctor if you are concerned and/or your symptoms worsen. Individuals who are elderly, have underlying health conditions or pregnant should consider contacting their providers earlier when they are sick.

- Exclude employees and visitors with any fever and/or respiratory infection symptoms and visitors with recent travel to any country or region with significant community transmission (including communities in the US) from all schools, businesses, and gatherings of any size.

- Follow all social distancing recommendations issued by Public Health.

Additional things you can do to protect yourself, your family and your community are on the Public Health website.

Please see the locations were cases have occurred:

**Laboratory Confirmed Cases -- 190 Total Cases**

- Los Angeles County (excl. LB and Pas) -- 180
- Long Beach -- 8
- Pasadena -- 2

By City
- Alhambra -- 1
- Arcadia --2
- Beverly Hills -- 4
- Carson -- 1
- Culver City --2
- Diamond Bar --2
- Gardena --1
- Glendale -- 4
- Inglewood -- 1
- La Mirada --3
- Los Angeles - Baldwin Hills -- 1
- Los Angeles - Boyle Heights -- 5
- Los Angeles - Brentwood -- 2
- Los Angeles - Century Palms/Cove -- 1
- Los Angeles - Eagle Rock -- 1
- Los Angeles - Encino -- 6
- Los Angeles - Granada Hills -- 3
- Los Angeles - Hollywood -- 5
- Los Angeles - Hollywood Hills -- 2
- Los Angeles - Koreatown -- 1
- Los Angeles - Mar Vista -- 1
- Los Angeles - Melrose -- 10
- Los Angeles - North Hollywood -- 2
- Los Angeles - Northridge -- 1
- Los Angeles - Reseda --1
- Los Angeles - San Pedro -- 1
- Los Angeles - Sherman Oaks -- 4
- Los Angeles - Silverlake -- 1
- Los Angeles - Sylmar -- 1
- Los Angeles - Tarzana -- 5
- Los Angeles - Venice -- 4

Exhibit 24 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 657 of 2922

- Los Angeles - West Adams -- 1
- Los Angeles - West Hills --3
- Los Angeles - West Los Angeles -- 1
- Los Angeles - West Vernon --1
- Los Angeles - Westchester --2
- Los Angeles - Woodland Hills --3
- Lynwood -- 1
- Manhattan Beach -- 4
- Monterey Park --2
- San Dimas -- 1
- Santa Clarita -- 2
- Santa Monica -- 3
- South Pasadena -- 1
- Torrance-- 2
- Walnut -- 1
- West Hollywood -- 11
- City of Los Angeles - Communities < 25000 -- 32
- County Los Angeles - Unincorporated Areas, Cities and Communities < 25000 -- 30

*These numbers are subject to change based on further investigation.
Always check with trusted sources for the latest accurate information about novel coronavirus:

- Los Angeles County Department of Public Health http://publichealth.lacounty.gov/media/Coronavirus/
- California Department of Public Health https://www.cdph.ca.gov/Programs /CID/DCDC/Pages/Immunization/ncov2019.aspx
- Centers for Disease Control and Prevention (CDC) https://www.cdc.gov/coronavirus/2019-ncov/index.html Spanish https://www.cdc.gov/coronavirus/2019-ncov/index-sp.html
- World Health Organization https://www.who.int/health-topics/coronavirus
- LA County residents can also call 2-1-1

The Department of Public Health is committed to promoting health equity and ensuring optimal health and well-being for all 10 million residents of Los Angeles County. Through a variety of programs, community partnerships and services, Public Health oversees environmental health, disease control, and community and family health. Nationally accredited by the Public Health Accreditation Board, the Los Angeles County Department of Public Health comprises nearly 4,500 employees and has an annual budget of $1.2 billion. To learn more about Los Angeles County Public Health, please visit www.publichea lth.lacounty.gov , and follow LA County Public Health on social media at twitter.com/l acounty.gov, and follow LA County Public Health on social media at twitter.com/lap ublichealth, facebook.co m/lapublichealth, instagra m.com/lapublichealth and youtube.com/ lapublichealth.

Los Angeles County Department of Public Health

For more information:

##### 

Exhibit 24 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 658 of 2922