# EXHIBIT 25



313 N. Figueroa Street, Room 806 | Los Angeles, CA 90012 | (213) 240-8144 | media@ph.lacounty.gov

    

For Immediate Release:
March 16, 2020

# 2019 Novel Coronavirus (COVID-19) Advisory 25 New Cases of Confirmed COVID-19 in Los Angeles County

Corrected 3/16 at 3:00pm **The Pasadena Health Department case was reported this morning, not yesterday.**

LOS ANGELES – The Los Angeles County Department of Public Health (Public Health) has confirmed 25 new cases of 2019 Novel Coronavirus (COVID-19). Because testing limitations still exist, the best approach is to practice social distancing at every opportunity, assuming that many people can be infected.

Additional case information:

- Five cases have an unidentified source of exposure.

- One case was exposed during recent travel.

- One case had close contact with a confirmed case.

- Seventeen of these cases are pending more investigation.

- One is the case reported by the Pasadena Health Department this morning.

To date, Public Health has identified 94 cases; of these, 15 cases are likely due to community transmission. Two of the cases confirmed today were hospitalized. Cases are occurring across LA County, so everyone should be aware and practice social distancing.

Public Health is investigating these cases and will notify close contacts who are household members, intimate partners and healthcare professionals to assess and monitor them for signs and symptoms of illness. All confirmed cases are being isolated and close contacts are quarantined.

"We are seeing a significant increase in cases and evidence of community spread as more testing occurs," said Barbara Ferrer, PhD, MPH, MEd, Los Angeles County Public Health Director. "We are implementing more social distancing requir       s and we expect everyone to do their part."

Public Health has issued the following guidance during this time of increased spread:

- Avoid non-essential travel, public gatherings, and places where large groups of people congregate.

- Event organizers postpone or cancel non-essential gatherings of 50 or more until at least the end of March.

- Limit gatherings of individuals who are at higher risk for severe illness from COVID-19 (people older than 65, pregnant women, and those with chronic illness) to no more than 10 people.

- This guidance does not apply to activities such as attendance at regular school classes, work, or essential services, including public transportation, airport travel or shopping.

- If you are mildly sick with a fever, stay home and call your doctor if you are concerned and/or your symptoms worsen. Individuals who are elderly, have underlying health conditions or pregnant should consider contacting their providers earlier when they are sick.

- Exclude employees and visitors with any fever and/or respiratory infection symptoms and visitors with recent travel to any country or region with significant community transmission (including communities in the US) from all schools, businesses, and gatherings of any size.

- Follow all social distancing recommendations issued by Public Health.

Exhibit 25 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

publichealth.lacounty.gov/phcommon/public/media/mediapubhpdetail.cfm?prid=2268

Page 659 of 2922

1/3

Additional things you can do to protect yourself, your family and your community are on the Public Health website.

Please see the locations were cases have occurred:

**Laboratory Confirmed Cases -- 94 Total Cases**

- Los Angeles County (excl. LB and Pas) -- 87
- Long Beach -- 5
- Pasadena -- 2

By City
- Alhambra -- 2
- Arcadia -- 1
- Beverly Hills -- 1
- Boyle Heights -- 5
- Carson -- 1<
- City -- 2
- Diamond Bar -- 2
- Encino-- 3
- Gardena-- 1
- Glendale -- 2
- Glendora-- 1
- Granada Hills -- 3
- Inglewood -- 2
- Koreatown -- 1
- La Mirada -- 2
- Lancaster -- 1
- Manhattan Beach -- 3
- Melrose-- 2
- Northridge-- 1
- San Dimas -- 1
- San Pedro -- 1
- Santa Clarita and Stevenson Ranch -- 3
- Santa Monica -- 1
- Sherman Oaks -- 2
- Silverlake-- 1
- South Pasadena -- 1
- Tarzana -- 5
- Torrance -- 2

Exhibit 25 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

publichealth.lacounty.gov/phcommon/public/media/mediapubhpdetail.cfm?prid=3268                                              Page 660 of 2922                2/3

- Venice -- 1
- West Adams -- 1
- West Hills -- 3
- West Hollywood -- 5
- West Vernon -- 1
- Westchester-- 1
- Los Angeles City (Neighborhood <25,000) -- 11
- Still Investigating -- 11

The public should not think one location is safer than the other. Cases are occurring across LA County, so everyone should be aware and practice social distancing.

Always check with trusted sources for the latest accurate information about novel coronavirus:

- Los Angeles County Department of Public Health http ://publichealth.lacounty.gov/media/Coronavirus/
- California Department of Public Health https://www.cdph.ca.gov/Programs /CID/DCDC/Pages/Immunization/ncov2019.aspx
- Centers for Disease Control and Prevention (CDC) https://www.cdc.gov/coronavirus/2019- ncov/index.html
- World Health Organization https://www.who.int/health- topics/coronavirus
- LA County residents can also call 2-1-1

The Department of Public Health is committed to promoting health equity and ensuring optimal health and well-being for all 10 million residents of Los Angeles County. Through a variety of programs, community partnerships and services, Public Health oversees environmental health, disease control, and community and family health. Nationally accredited by the Public Health Accreditation Board, the Los Angeles County Department of Public Health comprises nearly 4,500 employees and has an annual budget of $1.2 billion. To learn more about Los Angeles County Public Health, please visit www.publichea lth.lacounty.gov , and follow LA County Public Health on social media at twitter.com/l acounty.gov, and follow LA County Public Health on social media at twitter.com/lap ublichealth, facebook.co m/lapublichealth, instagra m.com/lapublichealth and youtube.com/ lapublichealth.

#####

publichealth.lacounty.gov/phcommon/public/media/mediapubhpdetail.cfm?prid=2265

Exhibit 25 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 661 of 2922

3/3