# EXHIBIT 27

| Message | |
|---|---|
| From: | Club 641 General Manager [gmclub641@24HF.onmicrosoft.com] |
| Sent: | 3/13/2020 1:18:58 PM |
| To: | Dan Larson [dlarson@24hourfit.com] |
| CC: | Andrea Hauke [ahauke@24hourfit.com]; Matt Calchera [mcalchera@24hourfit.com] |
| Subject: | FW: Brian Eisenberg (MBR00853451) Check-ins (2/7/20 - 3/10/20) |

Hello Team ,

As you now know, one of our member's tested positive for the COVID-19 Virus..

As requested, attached below is a list of Brian Eisenberg's information & club usage:

Brian Eisenberg:
(516) 978-2367
400 E 71st
Manhattan, NY 10021
bri.eisenberg@gmail.com


Please let me know next steps, and if you need to reach me directly, my cell phone # is (713)501-0822


Regards,

**Dimitri Dimitropoulos**
General Manager | Ramsey 641
24 Hour Fitness USA, Inc.
150 Triangle Plaza, Ramsey, NJ 07446
201-574-0852
24hourfitness.com | 24life.com

ACHIEVER I BELIEF I INPUT I STRATEGIC I LEARNER



Proud Sponsor of the U.S. Olympic & U.S. Paralympic Teams

---

**From:** Club 641 Assistant General Manager
**Sent:** Friday, March 13, 2020 9:10 AM
**To:** Club 641 General Manager
**Subject:** Brian Eisenberg (MBR00853451) Check-ins (2/7/20 - 3/10/20)

Exhibit 27 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 664 of 2921

CONFIDENTIAL

24HF_Production_0043413



Exhibit 27 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 665 of 2921

CONFIDENTIAL                                    24HF_Production_0043414



Exhibit 27 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 666 of 2921

CONFIDENTIAL

24HF_Production_0043415