# EXHIBIT 28

| Message | |
|---|---|
| From: | Dan Larson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8E09E4D1326642678C6940F83728CA63-DLARSON] |
| Sent: | 3/15/2020 10:48:04 PM |
| To: | Toni [cheftrain@juno.com]; Risk Management [riskmanagement@24hourfit.com] |
| CC: | Chrystal Thomas [cthomas@24hourfit.com]; Karen Bakula [kbakula@24hourfit.com]; Jeremy Gottlieb (JGottlieb@24hourfit.com) [JGottlieb@24hourfit.com] |
| Subject: | RE: Please check on a rumor |

Hello Toni,

Thank you for sharing your concern. We have been made aware of the Facebook post and are investigating its source. At this time Club Management has not been notified of a member or team member who has a confirmed case of COVID-19. As we get additional information we will share it with Chrystal so she can properly communicate to you and the rest of the GX team in the area.

Dan Larson
Environmental Health & Safety Manager | Risk Management
24 Hour Fitness USA, Inc.
12647 Alcosta Blvd
San Ramon, CA 94583
925.543.3232 voice
916.919.4470 mobile
760.710.0164 fax
24hourfitness.com | 24life.com


-----Original Message-----
From: Toni <cheftrain@juno.com>
Sent: Sunday, March 15, 2020 12:56 PM
To: Risk Management <riskmanagement@24hourfit.com>
Subject: Please check on a rumor

CAUTION: This email originated outside 24 Hour Fitness. Do not click links or open attachments unless you recognize the sender and know the content is safe.


I have received many messages the a member has the Virus...
They stated it on Facebook...
It was the West Hills club 904... That is my primary club that I teach at...
Please investigate!!
Thank you
Toni

Sent from my iPhone

Exhibit 28 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment    Page 667 of 2921

CONFIDENTIAL    24HF_Production_0085222