# EXHIBIT 35

CORONAVIRUS

# Surgeon general has coronavirus warning: 'This week, it's going to get bad'

The disease is spreading, the surgeon general said, because many people are not following the guidance to stay at home.

🔇 TAP TO UNMUTE

U.S. surgeon general Jerome Adams on coronavirus: 'This week it's going to get bad'



Get more news LIVE on NBC NEWS NOW ›

March 23, 2020, 4:59 AM PDT

**By Rebecca Shabad**

WASHINGTON – Surgeon General Jerome Adams warned Monday that the coronavirus outbreak will worsen this week and said people across the country are not taking the threat seriously enough.

"I want America to understand this week, it's going to get bad," Adams said in an interview on the "TODAY" show.

The disease is spreading, he said, because many people – especially young people – are not abiding by guidance to stay at home and practice social distancing.

"Right now, there are not enough people out there who are taking this seriously," he said.

*Full coverage of the coronavirus outbreak*

Adams said young people are flocking to the beaches in California and people are still heading to the National Mall in Washington to view the cherry blossom trees that bloom each year. He warned that young people need to understand that they can contract COVID-19, the disease caused by the coronavirus, and that they can be hospitalized and potentially die from it.

Exhibit 35 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

"Everyone needs to act as if they have the virus right now. So, test or no test, we need you to understand you could be spreading it to someone else. Or you could be getting it from someone else. Stay at home," he said.

Asked about growing pressure for President Donald Trump to use the Defense Production Act to force companies to mass produce critical supplies, Adams suggested that it's not necessary at this point.

Download the NBC News app for full coverage of the coronavirus outbreak

"Here's the thing that people don't understand. You don't need to compel someone to do something they are already doing," he said, adding that the administration is already working with companies like Honeywell and Hanes that are already producing large quantities of needed items.

"The other important point is that we're not going to ventilator our way out of this problem. We're not going to treat our way out of this problem," he said. "The way you stop the spread of an infectious disease like this is with mitigation measures and preventing people from getting it in the first place."



Rebecca Shabad

Rebecca Shabad is a politics reporter for NBC News based in Washington.

## Sponsored Stories

by Taboola

**ONLINE SHOPPING TOOLS**
Prime Is Now $179, But Few Know This Free Savings Hack
[Learn More]

**SMART SECURITY TIPS**
Most Windows Users Didn't Know They Can Block Ads (Do It Now)
[Learn More]

**LIFEHACKS GURU**
Put Baking Soda in the Toilet, Here's Why
[Click Here]

**CONSUMERBAGS**
Here Are 29+ of the Coolest Gifts for This 2023
[Click Here]

---

SPONSORED / ONLINE SHOPPING TOOLS                                                                [Learn More]

### Prime Is Now $179, But Few Know This Free Savings Hack

SPONSORED / SMART SECURITY TIPS                                                                  [Learn More]

### Most Windows Users Didn't Know They Can Block Ads (Do It Now)

Chrome users can now block all ads and speed up their browsing; not only will you reduce your data usage but also protect against malicious links. It's now easier than ever!

SPONSORED / VISIONARYPROFIT

AI Millionaire Warns: "Move Your Money By Late Fall"

SPONSORED / CRAFT HUB    Shop Now
### Premium Wooden Jigsaw Puzzles - Closing Sale - 85% Off
Prices start at $4.99. Can You Solve These Challenging Wooden Puzzles? Put Your Skills to the Test.

SPONSORED / LIFEHACKS GURU    Click Here
### Put Baking Soda in the Toilet, Here's Why
Here's What Happens When You Put Baking Soda in Your Toilet.

SPONSORED / THEWALLETGURU.COM
### People Born 1941-1971 Are Due a Large Surprise

SPONSORED / CONSUMERBAGS    Click Here
### Here Are 29+ of the Coolest Gifts for This 2023
29 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out

SPONSORED / MY ASTROLOGY    Read More
### Your 2023 Horoscope Is So Accurate It Will Give You Goosebumps!

SPONSORED / GUNDRYMD    Learn more
### Top Doctor: If You Eat Oatmeal Every Day, This Is What Happens

SPONSORED / SUNRISE VILLAGE    Learn More
### If You Need To Kill Time On Your Computer, This Adventure Game Is A Must.

SPONSORED / BEST TECH TREND    Learn more
### Here Are 23 Of The Coolest Gifts For 2023
23 Hottest Cool Gifts In 2023 You'll Regret Not Getting Before They Sell Out

SPONSORED / BEVERLY HILLS MD    Learn more
### Forget Retinol, Use This Household Item To Fill In Wrinkles

Sponsored

SPONSORED / SEARCHTOPICS

**Find Out How Much It Costs To Book A Private Jet Rental**

Learn More

SPONSORED / POPULARSEARCHES

**Private Jets Aren't Just For The Rich & Famous Anymore (See How Cheap It Actually Is)**

Learn More

## More From NBC News

NBC NEWS / NEWS

**New York City cancer doctor kills herself and her baby, police say**

NBC NEWS / POP-CULTURE

**Drew Barrymore rushed from NYC stage by Reneé Rapp after man yelling 'You know who I am' approaches her**

NBC NEWS / SHOP

The best Prime Day sneaker deals to shop right now

SPONSORED / AUTISM & ADHD CLAIMS

Sign Up

### Parents Of Children With ADHD, If You Took Tylenol While Pregnant -Sign Up For A Claim

Parents of children with autism or ADHD may be entitled to significant compensation

SPONSORED / COOL GADGETS

Get Offer

### 15 Ridiculously Cool Gifts You'll Want To Buy Immediately

15 Insanely Cool Gadgets You'll Regret Not Getting Before They Sell Out

SPONSORED / CLASSMATES

### Look For Any High School Yearbook, It's Free

SPONSORED / BESTSEARCHES

Click Here

### You Can Get A Free Phone Here (Take A Look)

NBC NEWS / POP-CULTURE

### California officials urge Taylor Swift to 'Speak Now' and postpone L.A. concerts over

NBC NEWS / VIDEO

### 'Absolute bull----': Rep. Marjorie Taylor Greene reacts to Trump receiving target letter

NBC NEWS / NOW

### Mitch McConnell escorted away from cameras after freezing mid-sentence

ABOUT

CA NOTICE

CONTACT

TERMS OF SERVICE (UPDATED JULY 7, 2023)

HELP

CAREERS

AD CHOICES

PRIVACY POLICY

YOUR PRIVACY CHOICES

© 2023 NBC UNIVERSAL

NBC NEWS SITEMAP

CLOSED CAPTIONING

ADVERTISE

SELECT SHOPPING

SELECT PERSONAL FINANCE

https://www.nbcnews.com/politics/white-house/surgeon-general-has-coronavirus-warning-week-it-s-going-get-n1166421

Exhibit 35 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 705 of 2921