# EXHIBIT 37



313 N. Figueroa Street, Room 806  |  Los Angeles, CA 90012  |  (213) 240-8144  |  media@ph.lacounty.gov

    

For Immediate Release:
March 05, 2020

# Public Health Identifies Four New Cases of 2019 Novel Coronavirus (COVID-19) in Los Angeles County

LOS ANGELES – The Los Angeles County Department of Public Health (Public Health) has confirmed four additional cases of novel coronavirus (COVID-19) in Los Angeles County; the total number of cases for the county is now eleven.

Information about the new cases: All of these additional positive cases are part of a group of travelers who were in Northern Italy. These travelers were a part of the group of travelers announced yesterday.

Public Health has identified persons who may have had close personal contact with these individuals, including any friends, family members or health care professionals, to assess and monitor them for signs and symptoms of illness. All confirmed cases are being isolated and close contacts are quarantined. There are no known significant exposures to the general public.

The Centers for Disease Control and Prevention (CDC) has also issued new directives today for travelers returning from areas experiencing local outbreaks; the guidance asks these travelers to distance themselves from the public for 14 days by staying home from work and/or school, avoiding public spaces and public transit, and monitoring themselves for signs and symptoms of respiratory illness. Should returning travelers from areas experiencing outbreaks develop illness, they should immediately call their health care provider.

"With yesterday's declarations of a public health emergency by the Board of Supervisors, Public Health has mobilized county resources, accelerated emergency planning, streamlined staffing, and enhanced our coordinated efforts with agencies across the county and with our state and federal partners," said Barbara Ferrer, PhD, MPH, MEd, Director of Public Health. "As more cases are identified, we are asking everyone to do their part: stay home if you are sick and keep your children home if they are sick; take time now to plan for the possibility of school and business closures, and be sure to follow any additional directives issued by Public Health and/or local officials. By working together, we can try to slow the transmission of novel coronavirus," she added.

Public Health will continue to actively monitor this situation and provide updates to the public as needed.

Public Health continues to recommend that the public do the following to protect themselves and others from respiratory illnesses:

- **Stay home when you are sick.**
- Wash your hands often with soap and water for at least 20 seconds, especially after going to the bathroom; before eating; and after blowing your nose, coughing, or sneezing.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Limit close contact, like kissing and sharing cups or utensils, with people who are sick.
- Clean and disinfect frequently touched surfaces using a regular household cleaning spray or wipe.
- Cover your cough or sneeze with a tissue, then throw the tissue in the trash. If you do not have a tissue, use your sleeve (not your hands).
- Facemasks are most effective when used appropriately by health care workers and people who are sick.
- Get a flu immunization if you have not done so this season.

Always check with trusted sources for the latest accurate information about novel coronavirus:

- Los Angeles County Department of Public Health  http://publichealth.lacounty.gov/media/Coronavirus/
- California Department of Public Health  https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/nCOV2019.aspx

Exhibit 37 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 711 of 2922

- Centers for Disease Control and Prevention (CDC) https://www.cdc.gov/coronavirus/2019-ncov/index.html

- World Health Organization https://www.who.int/health-topics/coronavirus

- LA County residents can also call 2-1-1

The Department of Public Health is committed to promoting health equity and ensuring optimal health and well-being for all 10 million residents of Los Angeles County. Through a variety of programs, community partnerships and services, Public Health oversees environmental health, disease control, and community and family health. Nationally accredited by the Public Health Accreditation Board, the Los Angeles County Department of Public Health comprises nearly 4,500 employees and has an annual budget of $1.2 billion. To learn more about Los Angeles County Public Health, please visit www.publichealth.lacounty.gov, and follow LA County Public Health on social media at twitter.com/lacounty.gov, and follow LA County Public Health on social media at twitter.com/lapublichealth, facebook.com/lapublichealth, instagram.com/lapublichealth and youtube.com/lapublichealth.

For more information:

#####

Exhibit 37 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 712 of 2922