# EXHIBIT 48



NICK MACCHIONE, FACHE
AGENCY DIRECTOR

HEALTH AND HUMAN SERVICES AGENCY
PUBLIC HEALTH SERVICES
3851 ROSECRANS STREET, MAIL STOP P-578
SAN DIEGO, CA 92110-3134
(619) 531-5800 • FAX (619) 542-4186

WILMA J. WOOTEN, M.D.
PUBLIC HEALTH OFFICER

# ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

(Effective March 29, 2020)

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5 (b) the Health Officer of the County of San Diego (Health Officer) **ORDERS AS FOLLOWS**:

Effective 12:00 a.m. on Sunday, March 29, 2020, and continuing until further notice, the following will be in effect for San Diego County (county):

1. Executive Order N-33-20 issued by the Governor of the State of California ("Executive Order") (available at: https://covid19.ca.gov/img/Executive-Order-N-33-20.pdf ) ordered all individuals living in the State of California to stay home or at their place of residence, except as needed to maintain continuity of operations of sectors designated in the document available at: https://covid19.ca.gov/img/EssentialCriticalInfrastructureWorkers.pdf) as updated by the State Public Health Officer . In conformance with, and where not superseded by the Executive Order, this Order additionally specifies and orders as follows:
   a. All public or private "gatherings," as defined in section 2 below, are prohibited.
   b. All bars, adult entertainment establishments, and other business establishments that serve alcohol and do not serve food shall be and remain closed.
   c. All restaurants and other business establishments that serve food shall close all on-site dining. All food served shall be by delivery, or through pick-up or drive thru. Social distancing shall be required for persons picking up food on site.
   d. All gyms and fitness centers shall be and remain closed.
   e. All businesses shall enact social distancing, increased sanitation standards, and shall make every effort to use telecommuting for its workforce. All businesses shall suspend any policy or procedure requiring doctor verification for sick or other leave approval.
   f. Government entities shall enforce social distancing requirements at all beaches and parks; if a government entity is unable to enforce social distancing at a beach or park, it shall be closed to the public.
   g. All public or private schools, colleges, and universities shall not hold classes or other school activities where students gather on the school campus. Parents of school-aged minor children shall take steps to ensure said children are not participating in

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 800 of 2921

activities prohibited by this Order, or the Executive Order, and that social distancing requirements are practiced.

h. Daycare and childcare facilities shall operate under the following conditions: i) childcare must be carried out in stable groups of 10 or fewer ("stable" means that the same 10 or fewer children are in the same group each day); ii) children shall not change from one group to another; iii) if more than one group of children is cared for at one facility, each group shall be in a separate room; iv) groups shall not mix with each other; and v) childcare providers shall remain solely with one group of children.

i. A strong recommendation is made that all persons who are 65 years old or older, have a chronic underlying condition, or have a compromised immune system self-quarantine themselves at home.

j. "Non-essential personnel," as defined in section 2(c) below, are prohibited from entry into any hospital or long-term care facility. All essential personnel who show any potential signs or symptoms of COVID-19 shall be strictly prohibited from entry into hospitals or long-term care facilities.

k. Hospitals and healthcare providers shall take measures to preserve and prioritize resources including delaying non-emergent or elective surgeries or procedures where feasible.

l. Hospitals, healthcare providers, and commercial testing laboratories shall report all COVID-19 test results to the Public Health Officer immediately after such results are received.

m. All persons arriving in the county from international locations identified on the Centers for Disease Control and Prevention (CDC) Warning Level 2 or 3 Travel Advisory (available at: https://wwwnc.cdc.gov/travel/notices) shall be subject to 14-day home quarantine, self-monitoring.

n. A strong recommendation is made for persons exhibiting mild to moderate symptoms of COVID-19 to self-isolate themselves in their place of residence unless seeking medical treatment. A guide to symptoms is found here: https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html .

2. For purposes of this Order:
    a. "Gathering" is any event or convening that brings together 10 or more people in a single room or single space at the same time, such as an auditorium, stadium, arena, theater, church, casino, conference room, meeting hall, cafeteria, or any other indoor or outdoor space. A gathering does not include:
        i. Operations at airports, public transportation or other spaces where 10 or more persons may be in transit but able to practice social distancing.
        ii. Operations at businesses included in the designated sectors referenced in section 1 above, where many people are present but are able to practice social distancing. Nor does it prohibit said businesses from having 10 or more employees in the same room when able to practice social distancing.
    b. "Long term care facility" is a facility serving adults that require assistance with activities of daily living, including a skilled nursing facility, and that is licensed by the California Department of Community Care and Licensing, or the California Department of Public Health.

Page 2 of 5
ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 801 of 2921

    c. "Non-essential personnel" for the purpose of section 1(j) above, are employees, contractors, or members of the public who do not perform treatment, maintenance, support, or administrative tasks deemed essential to the healthcare mission of the long-term care facility or hospital. Non-essential personnel do not include first responders, nor State, federal, or local officials, investigators, or medical personnel carrying out lawful duties. Entry of visitors to hospitals and long-term care facilities are allowed upon the approval of the facility's director, or designee, for the purpose of allowing family and friends to visit a resident such as in an end of life situation, to allow parents or guardians to visit a child who is a patient, or any other circumstances deemed appropriate by the facility director, or designee, and where appropriate precautions by the facility that follow federal, State, and local public health guidance regarding COVID-19 are followed.

    d. "Social distancing" is maintaining a six-foot separation from all persons except for household members and medical providers with the appropriate personal protection equipment.

3. This Order is issued as a result of the World Health Organization's declaration of a worldwide pandemic of COVID-19 disease, also known as "novel coronavirus."

4. This Order is issued based on scientific evidence regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, as well as best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to COVID-19. The age, condition, and health of a significant portion of the population of the county places it at risk for serious health complications, including death, from COVID-19. Although most individuals who contract COVID-19 do not become seriously ill, persons with mild symptoms and asymptomatic persons with COVID-19 may place other vulnerable members of the public—such as older adults, and those with underlying health conditions—at significant risk.

5. The actions required by this Order are necessary to reduce the number of individuals who will be exposed to COVID-19, and will thereby slow the spread of COVID-19 in the county. By reducing the spread of COVID-19, this Order will help preserve critical and limited healthcare capacity in the county and will save lives.

6. This Order is issued in accordance with, and incorporates by reference: a) the Declaration of Local Health Emergency issued by the Health Officer on February 14, 2020; b) the Proclamation of Local Emergency issued by the County Director of Emergency Services on February 14, 2020; c) the action of the County Board of Supervisors to ratify and continue both the local health emergency and local emergency on February 19, 2020; d) the Proclamation of a State of Emergency issued by the Governor of the State of California on March 4, 2020; e) Executive Order N-25-20 issued by the Governor of the State of California on March 12, 2020 which orders that "All residents are to heed any orders and guidance of state and local health officials, including but not limited to the imposition of social distancing measures, to control COVID-19"; f) Proclamation 9984 regarding COVID-19 issued by the

Page 3 of 5
ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
Page 802 of 2921

President of the United States on March 11, 2020; and g) Executive Order N-33-20 issued by the Governor of the State of California on March 19, 2020.

7. This Order is issued to prevent circumstances often present in gatherings that may exacerbate the spread of COVID-19, such as: 1) the increased likelihood that gatherings will attract people from a broad geographic area; 2) the prolonged time period in which large numbers of people are in close proximity; 3) the difficulty in tracing exposure when large numbers of people attend a single event or are at a single location; and 4) the inability to ensure that such persons follow adequate hygienic practices.

8. This Order comes after the release of substantial guidance from the Health Officer, the California Department of Public Health, the CDC, and other public health officials throughout the United States and around the world.

9. This Order comes after the CDC issued: "Interim Additional Guidance for Infection Prevention and Control for Patients with Suspected or Confirmed COVID-19 in Nursing Homes."

10. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the county shall take necessary measures within the governmental entity's control to ensure compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where gatherings may occur.

11. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

12. To the extent necessary, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.

13. Once this Order takes effect it shall supersede the Amended Order of the Health Officer and Emergency Regulations dated March 16, 2020 and subsequent addenda.

**IS SO ORDERED:**

Date: March 27, 2020

Wilma J. Wooten, MD

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

EMERGENCY REGULATIONS

As Director of Emergency Services for the County of San Diego, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and San Diego County Code section 31.103. The following shall be in effect for the duration of the Health Officer Order issued above which is incorporated in its entirety by reference:

> The Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both. (Government Code section 8665.)

Date: March 27, 2020

Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services
County of San Diego

Page 5 of 5
ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment
Page 804 of 2921

NICK MACCHIONE, FACHE
AGENCY DIRECTOR

HEALTH AND HUMAN SERVICES AGENCY
PUBLIC HEALTH SERVICES
3851 ROSECRANS STREET, MAIL STOP P-578
SAN DIEGO, CA 92110-3134
(619) 531-5800 • FAX (619) 542-4186

WILMA J. WOOTEN, M.D.
PUBLIC HEALTH OFFICER

# ADDENDUM 1
# TO ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

The Health Officer Order dated March 27, 2020, and effective as of 12:00 a.m. on Sunday, March 29, 2020, is amended through this Addendum 1 effective as of 12:00 a.m. on Friday, April 3, 2020.

Section 1 of the Health Officer Order shall be amended to add subsections o, p, q and r as follows:

"o. California Department of Public Health Face Covering Guidance issued on April 1, 2020 attached hereto as Exhibit A, shall be followed in the county except as noted in section 1q, below.

p. All businesses that remain in operation in accordance with the Order and that allow members of the public to enter a facility must prepare and post by no later than 12:00 a.m. on April 7, 2020 a "Social Distancing and Sanitation Protocol" on the form attached to this Order as for each of their facilities open to the public in the county. The Social Distancing and Sanitation Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees. A copy of the Social Distancing and Sanitation Protocol must also be provided to each employee performing work at the facility. All businesses shall implement the Social Distancing and Sanitation Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand. The Social Distancing and Sanitation Protocol must ensure all required measures are implemented and must identify and require measures necessary to implement social distancing are implemented at each facility that will ensure social distancing and sanitation at that particular facility. If the measures identified and implemented are not effective in maintaining proper social distancing and sanitation, additional measures shall be identified and implemented or the facility shall be closed.

q. Effective 12:00a.m. Saturday, April 4, 2020, all employees who may have contact with the public in any grocery store, pharmacy/drug store, convenience store, gas station, restaurant and other business establishment that serves food shall wear a cloth face covering as described in the California Department of Public Health Face Covering Guidance referenced in section 1o, above.

r. All public parks and recreation areas including public beaches shall comply with section 1p, above. Parking lots at such facilities shall be closed and all such facilities

shall be accessible only from members of the public within walking distance of the facility. Said facilities shall be used solely for walking, hiking, equestrian or bicycle riding. The public shall not congregate or participate in active sport activities at said facilities.

**IT IS SO ORDERED:**

Date: April 2, 2020

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

This Addendum shall be promulgated as a regulation for the protection of life and property.

Date: April 2, 2020

Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services
County of San Diego

Page 2 of 2
ADDENDUM 2 TO ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment Page 806 of 2921



**Exhibit A**

CDPH

**SONIA Y. ANGELL, MD, MPH**
*State Public Health Officer & Director*

**GAVIN NEWSOM**
*Governor*

State of California—Health and Human Services Agency

# California Department of Public Health

April 1, 2020

**TO:**
General Public

**SUBJECT:**
Face Coverings Guidance

This document provides public health information for the use of cloth face coverings by the general public when outside the home conducting essential activities. It does not substitute for existing guidance about social distancing and handwashing. It does not mandate that face coverings be worn state-wide.

## Guidance

- Our best community and individual defense against COVID 19 is washing our hands frequently, avoiding touching our eyes, nose and mouth with unwashed hands, avoiding being around sick people and physical distancing, especially by staying at home. A strong health care delivery

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 807 of 2921

system and emergency response system is also an essential core defense to save lives when people do get ill.

- There may be a benefit to reducing asymptomatic transmission and reinforcing physical distancing from the use of face coverings. However, face coverings may increase risk if users reduce their use of strong defenses, such as physical distancing and frequent hand washing, when using face coverings.

## Considerations

- Counties that choose to introduce policies promoting face coverings for their residents should make sure that these policies do not put increased demand on medical grade respirators, such as N95 and surgical masks. Counties should emphasize the use of face coverings in conjunction with evidence-based interventions such as staying at home, physical distancing when completing essential activities and washing hands.
- Individuals outside of counties with recommendations on face coverings, should wear coverings if they feel comfortable doing so, and practice strict hand washing before and after touching and adjusting the mask. They are reminded that face coverings are not a replacement for other evidence-based measures such as physical distancing, frequent hand washing practices, and remaining at home when not doing essential activities.

## Background

What is a cloth face covering?

A cloth face covering is a material that covers the nose and mouth. It can be secured to the head with ties or straps or simply wrapped around the lower face. It can be made of a variety of materials, such as cotton, silk, or linen. A cloth face covering may be factory-made or sewn by hand, or can be improvised from household items such as scarfs, T-shirts, sweatshirts, or towels.

How well do cloth face coverings work to prevent spread of COVID-19?

There is limited evidence to suggest that use of cloth face coverings by the public during a pandemic could help reduce disease transmission. Their primary role is to reduce the release of infectious particles into the air when someone speaks, coughs, or sneezes, including someone who has COVID-19 but feels well. Cloth face coverings are not a substitute for physical distancing and washing hands and staying home when ill, but they may be helpful when combined with these primary interventions.

When should I wear a cloth face covering?

You may choose to wear a cloth face covering when you must be in public for essential activities, such as shopping at the grocery store. Wearing a cloth face covering does not eliminate the need to physically distance yourself from others.

How should I care for a cloth face covering?

It's a good idea to wash your cloth face covering frequently, ideally after each use, or at least daily. Have a bag or bin to keep cloth face coverings in until they can be laundered with detergent and hot water and

Exhibit A

dried on a hot cycle. If you must re-wear your cloth face covering before washing, wash your hands immediately after putting it back on and avoid touching your face. Discard cloth face coverings that:

- No longer cover the nose and mouth
- Have stretched out or damaged ties or straps
- Cannot stay on the face
- Have holes or tears in the fabric

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 809 of 2921

# SOCIAL DISTANCING AND SANITATION PROTOCOL

**Business Name:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Facility Address:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

*Businesses must implement all mandatory measures listed in A, B, and F below. Businesses shall select applicable measures listed in C, D, and E below and be prepared to explain why any measure that is not implemented is inapplicable to the business.*

### A. Signage (Mandatory):

- [ ] Signage at each public entrance of the facility to inform all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; and not shake hands or engage in any unnecessary physical contact.
- [ ] Signage posting a copy of the Social Distancing Protocol at each public entrance to the facility.

### B. Measures To Protect Employee Health (Mandatory):

- [ ] Everyone who can carry out their work duties from home has been directed to do so.
- [ ] All employees have been told not to come to work if sick.
- [ ] All desks or individual work stations are separated by at least six feet.
- [ ] Break rooms, bathrooms, and other common areas are being disinfected frequently, on the following schedule:
    - [ ] Breakrooms: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - [ ] Bathrooms: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    - [ ] Other: ▇▇▇▇▇▇▇▇▇▇ : 
- [ ] Disinfectant and related supplies are available to all employees at the following location(s):
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- [ ] Hand sanitizer effective against COVID-19 is available to all employees at the following location(s):
  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Page 1 of 3    REV 04/02/2020    County of San Diego

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 810 of 2921

# SOCIAL DISTANCING AND SANITATION PROTOCOL

**B. Measures To Protect Employee Health (Mandatory) Continued:**

- [ ] Soap and water are available to all employees at the following location(s):

- [ ] Copies of the Protocol have been distributed to all employees.

**C. Measures To Prevent Crowds From Gathering (Check all that apply to the facility):**

- [ ] Limit the number of customers in the store at any one time to ______ which allows for customers and employees to easily maintain at least six-foot distance from one another at all practicable times.
- [ ] Ensure an employee is at the door to monitor that the maximum number of customers in the facility set forth above is not exceeded.
- [ ] Placing per-person limits on goods that are selling out quickly to reduce crowds and lines.
- [ ] Optional – Describe other measures:

**D. Measures To Keep People At Least Six Feet Apart (Check all that apply to the facility):**

- [ ] Placing signs outside the store reminding people to be at least six feet apart, including when in line.
- [ ] Placing tape or other markings at least six feet apart in customer line areas inside the store and on sidewalks at public entrances with signs directing customers to use the markings to maintain distance.
- [ ] Separate order areas from delivery areas to prevent customers from gathering.
- [ ] All employees have been instructed to maintain at least six feet distance from customers and from each other, except employees may momentarily come closer when necessary to accept payment, deliver goods or services, or as otherwise necessary.
- [ ] Optional – Describe other measures:

Page 2 of 3

REV 04/02/2020
County of San Diego

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 811 of 2921

## SOCIAL DISTANCING AND SANITATION PROTOCOL

**E. Measures To Prevent Unnecessary Contact (Check all that apply to the facility):**

- ☑ Preventing people from self-serving any items that are food-related.
  - ☑ Lids for cups and food-bar type items are provided by staff; not to customers to grab.
  - ☑ Bulk-item food bins are not available for customer self-service use.
- ☑ Not permitting customers to bring their own bags, mugs, or other reusable items from home.
- ☑ Providing for contactless payment systems or, if not feasible, sanitizing payment systems regularly. Describe below:

[redacted]

- ☑ Optional – Describe other measures (e.g., providing senior-only hours):

[redacted]

**F. Measures To Increase Sanitization (Mandatory):**

- ☑ Disinfecting wipes that are effective against COVID-19 are available near shopping carts and shipping baskets.
- ☑ Employee(s) assigned to disinfect carts and baskets regularly.
- ☑ Hand sanitizer, soap, and water, or effective disinfectant is available to the public at or near the entrance of the facility, at checkout counters, and anywhere else inside the store or immediately outside where people have direct interactions.
- ☑ Disinfecting all payment portals, pens, and styluses after each use.
- ☑ Disinfecting all high-contact surfaces frequently.

**G. Hospitals/Health Care Facility Only:**

- ☑ Symptoms/temperature checks to ensure any staff or visitors (allowed pursuant to Section 2c of the Order) entering the facility are not ill.

*Any additional measures not included here should be listed on separate pages, which the business should attach to this document.

You may contact the following person with any questions or comments about this protocol:

Name: [redacted]    Phone Number: [redacted]

Date of Form Completed: [redacted]

Page 3 of 3

REV 04/02/2020
County of San Diego

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 812 of 2921



NICK MACCHIONE, FACHE
AGENCY DIRECTOR

HEALTH AND HUMAN SERVICES AGENCY
PUBLIC HEALTH SERVICES
3851 ROSECRANS STREET, MAIL STOP P-578
SAN DIEGO, CA 92110-3134
(619) 531-5800 • FAX (619) 542-4186

WILMA J. WOOTEN, M.D.
PUBLIC HEALTH OFFICER

# ADDENDUM 2
# TO ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

The Health Officer Order dated March 27, 2020, and effective as of 12:00 a.m. on Sunday, March 29, 2020, is amended through this Addendum 2 effective as of 12:00 a.m. on Saturday, April 4, 2020.

Section 1 q of the Health Officer Order is amended as follows:

"q. All employees who may have contact with the public in any grocery store, pharmacy/drug store, convenience store, gas station, restaurant, and other business establishment that serves food, or when making a delivery to a customer, shall wear a cloth face covering as described in the California Department of Public Health Face Covering Guidance referenced in section 1 o above. Owners of business establishments are responsible for ensuring compliance with this section."

Section 1 of the Health Officer Order is amended to add subsection s as follows:

"s. Boating for recreational purposes, watersports, or swimming, are prohibited on or in public waterways and at beaches."

**IT IS SO ORDERED:**

Date: April 3, 2020

Wilma J. Wooten, MD
Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 813 of 2921

This Addendum shall be promulgated as a regulation for the protection of life and property.

Date: April 3, 2020

Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services
County of San Diego

Page 2 of 2
ADDENDUM 2 TO ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
Exhibit 48 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment
Page 814 of 2921