# EXHIBIT 49

**ORANGE COUNTY OPERATIONAL AREA**
**EMERGENCY OPERATIONS CENTER**

FOR IMMEDIATE RELEASE

Molly Nichelson
EOC Public Information Officer
714-628-7062

**PRESS RELEASE # 007**
Date: 3-17-20     Time: 14:26 hours

# County Health Officer Issues Order to Slow Spread of COVID-19

County Health Officer Dr. Nichole Quick issued a Health Officer's Order today to protect the health and wellbeing of Orange County, CA residents.

"We are taking these mitigation steps in line with a directive issued by Governor Newsom to help slow the spread of COVID-19," said Dr. Nichole Quick, County Health Officer. "We recognize community members may experience anxiety related to the social disruption caused by COVID-19, and want to encourage residents to reach out to loved ones using appropriate methods like telephone, video messaging, email and text."

Please see the attached order for further details.

As this is a rapidly evolving situation, this Order may be revised and/or extended at any time.

For general information about COVID-19, please call the OC Health Care Agency's (H.CA) Health Referral Line at (800) 564-8448, visit http://www.ochealthinfo.com/novelcoronavirus, or follow the HCA on Facebook (@ochealthinfo) and Twitter (@ochealth).

For any further questions, please call the County of Orange Public Information Hotline at (714) 628-7085.

Release authorized by: _Jenice Witt_   Title: _DES/CEO_

Email or Faxed/time: _14:51_

Media Station: _____

Sent by: _____   Date/Time: _3/17/20 14:51_

## ORDER OF THE LOCAL HEALTH OFFICER

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5 (b), the Orange County Health Officer ORDERS AS FOLLOWS:

Effective immediately and continuing until 11:59 p.m. on March 31, 2020, the following will be in effect in Orange County:

1. All public and private gatherings of any number of people, including at places of work, occurring outside a single household or living unit are prohibited. However, nothing in this Order prohibits the gathering of members of a household or living unit.

    a. This prohibition applies to all professional, social, and community gatherings, regardless of their sponsor, that are not engaged in Essential Activities, as defined below. Gatherings that involve Essential Activities should only be conducted when they cannot not be postponed or achieved without gathering, meaning that some other means of communication cannot be used to perform the Essential Activity. For gatherings involving Essential Activities, maintaining a six-foot separation of Social Distancing between persons, except family members, is recommended to the greatest extent possible.

    b. "Essential Activities" include:

        i. All services needed to ensure the continuing operation of the government agencies and provide for the health, safety and welfare of the public.

        ii. Healthcare operations (e.g. hospitals) and essential infrastructure;

        iii. First responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel.

        iv. Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences;

        v. Food cultivation, including farming, livestock, and fishing;

Exhibit 49 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 816 of 2921

vi. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

vii. Newspapers, television, radio, and other media services;

viii. Gas stations and auto-supply, auto-repair, and related facilities;

ix. Banks and related financial institutions;

x. Hardware stores;

xi. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintaining the safety, sanitation, and essential operation of residences;

xii. Businesses providing mailing and shipping services, including post office boxes;

xiii. Educational institutions – including public and private K-12 schools, colleges, and universities – for purposes of facilitating distance learning or performing essential functions, provided that Social Distancing of six-feet per person is maintained to the greatest extent possible;

xiv. Laundromats, dry cleaners, and laundry service providers;

xv. Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and takeaway basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xvi. Businesses that supply products needed for people to work from home;

xvii. Businesses that supply other essential businesses with the support or supplies necessary to operate;

Exhibit 49 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 817 of 2921

      xviii. Businesses that ship or deliver groceries, food, goods or services directly to residences;

      xix. Airlines, taxis, and other private transportation providers providing transportation services;

      xx. Home-based care for seniors, adults, or children;

      xxi. Residential facilities and shelters for seniors, adults, and children;

      xxii. Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;

      xxiii. Childcare facilities providing services that enable employees exempted in this Order to work as permitted. To the extent possible, childcare facilities must operate under the following mandatory conditions:

          1. Childcare must be carried out in stable groups.

          2. Children shall not change from one group to another.

          3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

          4. Childcare providers shall remain solely with one group of children.

   c. "Social Distancing" is maintaining a six-foot separation from all persons except for family members.

2. All bars and other establishments that serve alcohol, and do not serve food, shall close consistent with guidance provided by the California Department of Public Health for Retail Food, Beverage, and Other Related Service Venues.

3. All restaurants and other business establishments that serve food shall close all on-site dining consistent with guidance provided by the California Department of Public Health for Retail Food, Beverage, and Other Related Service Venues. All food served shall be by delivery, or through pick-up or drive-thru. Social Distancing shall be required for persons picking up food on site.

   a. "Social Distancing" is maintaining a six-foot separation from all persons except for family members.

Exhibit 49 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 818 of 2921

4. A strong recommendation is made that all persons who are 65 years and older, or have a serious chronic medical condition (like heart disease, lung disease, and diabetes), or have a compromised immune system remain at home consistent with guidance provided by the California Department of Public Health on Self-Isolation for Older Adults and Those Who Have Elevated Risk.

5. A strong recommendation is made for persons exhibiting mild to moderate symptoms of COVID-19 to self-isolate themselves in their place of residence unless seeking medical care.

6. All businesses shall enact Social Distancing, increased sanitation standards, and shall make every effort to use telecommuting for its workforce. All businesses shall suspend any policy or procedure requiring doctor verification for sick or other leave approval.

    a. "Social Distancing" is maintaining a six-foot separation from all persons except for family members.

7. A strong recommendation is made that all residents are to heed any orders and guidance of state and local health officials related to COVID-19.

8. This Order is necessary to protect and preserve the public health from, and prevent, the increasing transmission of COVID-19 in California and the significant risk of widespread introduction and transmission of COVID-19 into the County.

9. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the County shall take necessary measures within the governmental entity's control to ensure compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where a large gathering may occur.

10. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

11. To the extent necessary, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.

As this is a rapidly evolving situation, this Order may be revised and/or extended at any time.

Exhibit 49 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 819 of 2921

**IT IS SO ORDERED:**

Date: March 17, 2020

_____
Dr. Nichole Quick
Orange County Health Officer

## EMERGENCY REGULATIONS

As Director of Emergency Services for the County of Orange, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and Orange County Codified Ordinance Section 3-1-6(b)(1). The following shall be in effect for the duration of the Orange County Health Officer Order issued above which is incorporated in its entirety by reference:

> The Orange County Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both. (Government Code section 8665.)

Date: March 17, 2020

_____
Frank Kim
Chief Executive Officer, County of Orange

Exhibit 49 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 820 of 2921