# EXHIBIT 54



DIRECTIVE OF THE PLACER COUNTY HEALTH OFFICER INSTRUCTING INDIVIDUALS TO SHELTER AT THEIR PLACE OF RESIDENCE AND RESTRICTING NON-ESSENTIAL ACTIVITIES IN RESPONSE TO COVID-19 OUTBREAK

DATE OF DIRECTIVE: <u>March 19, 2020</u>

Please read this Directive carefully. Your compliance with this Directive is necessary to slow the spread of Coronavirus Disease (COVID-19).

Purpose of Directive:
The intent of this Directive is to slow the spread of COVID-19 in Placer County by having people shelter in place (another way of saying stay home) at their residence, while enabling essential services to continue. When people need to leave their place of residence to obtain or perform vital services or to conduct activities necessary for continuity of social and commercial life, they should maintain a distance of six feet from other persons. Failure to comply with the provisions of this Directive constitutes a threat to public health.

Reasons for Directive:
This Directive is issued based on increasing occurrence of cases of COVID-19 within Placer County, scientific evidence regarding COVID-19, and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally, and COVID-19 specifically. There is also evidence that the older age and health conditions of many Placer County residents places them at risk for serious health complications, including death, from COVID-19. Due to the outbreak of the virus that causes COVID-19, there is a public health emergency throughout the United States, California, and Placer County.

COVID-19 is difficult to contain because some individuals who contract the virus have mild symptoms (or possibly even no symptoms), which means they may not be aware they carry the virus. Because evidence shows the disease is easily spread, gatherings can result in preventable transmission of the virus. The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed. One proven way to slow the transmission is to limit interactions among people as much as possible. By reducing the spread of the COVID-19 virus, this Directive helps preserve critical and limited health care capacity in Placer County.

Directive of the Placer Health Officer to Shelter in Place                    Page 1

As of 2 p.m. on March 19, 2020, there are 9 confirmed cases of COVID-19 in Placer County, including one individual who died of the disease. There are significant numbers of confirmed cases and deaths in surrounding counties, including 47 cases in Sacramento County. At least 11 of the confirmed cases in Sacramento County are directly linked to cases in Placer County. Widespread testing for COVID-19 is not yet available, but is expected to increase in the coming days. As more people are tested, more cases will certainly be identified. This Directive is necessary to slow the rate of spread and the Health Officer will re-evaluate the Directive as further data becomes available.

This Directive comes after the release of substantial guidance from the Placer County Health Officer, the Centers for Disease Control and Prevention (CDC), the California Department of Public Health, and other public health officials throughout the United States and around the world, including a variety of prior guidance and orders to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Directive, or issue additional Directives, related to COVID-19.

Authority for Directive:
The Health Officer of Placer County is issuing this Directive under the authority granted by the California Health and Safety Code, Sections 101040, 101085, and 120175.

Details of Directive:
1. All individuals currently living within Placer County, including its incorporated cities and town, and the entire unincorporated area, are directed to shelter at their place of residence. This means stay home.
    a. In addition to homes and apartments, residences include hotels, motels, shared rental units, and similar facilities.
    b. If a residence includes spaces shared with other households, such as a common patio, laundry room, or lobby, persons should stay at least six feet from any other person when using these spaces.
    c. Individuals experiencing homelessness are exempt from this section of the Directive, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to make such shelter available while maintaining six feet of spacing between persons.

2. All persons may leave their residences only to perform Essential Activities, to receive or perform Essential Governmental Functions, or to operate Essential Businesses, as defined below.

3. People at high risk of severe illness from COVID-19 and people who are sick should stay in their residence and limit their activity to seeking medical care.

Directive of the Placer Health Officer to Shelter in Place    Page 2

Exhibit 54 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment    Page 849 of 2921

4. All public and private gatherings of any number of people who are not part of a single household or living unit should be avoided unless essential for the health, safety, or welfare of those present.

5. All businesses with a facility in the County, except Essential Businesses as defined below, are required to cease activities at facilities located within the County except Minimum Basic Operations, as defined below. Businesses may continue operations consisting exclusively of employees or contractors working from home. All Essential Businesses are strongly encouraged to remain open. Essential Businesses shall comply with the requirement for six-foot spacing between persons, including, but not limited to, when any customers are standing in line.

6. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel and Essential Activities as defined below, is prohibited. People may use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses or maintain Essential Governmental Functions. People riding on public transit must maintain six feet of space between persons, to the greatest extent feasible. This Directive allows travel into or out of the County to perform Essential Activities, operate Essential Businesses, or maintain Essential Governmental Functions.

Definition of Essential Activities:
Essential Activities include:
1. Maintaining the health and safety of oneself and their family or household members (including pets). This includes, but is not limited to, obtaining medical supplies or medication, visiting a health care professional, or obtaining supplies needed to work from home.
2. Obtaining necessary services or supplies for oneself and their family or household members, or delivering those services or supplies to others. This includes, but is not limited to, obtaining canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh meats, fish, and poultry, other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences.
3. Engaging in outdoor activity, such as walking, hiking, or running, provided six feet of spacing is maintained between people who are not members of the same household.
4. Performing work providing essential products and services at an Essential Business or to otherwise carry out activities specifically permitted in this Directive, including Minimum Basic Operations.
5. Caring for a family member or pet in another household.

Definition of Essential Businesses:
Essential Businesses include:

Directive of the Placer Health Officer to Shelter in Place                                                                 Page 3

Exhibit 54 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 850 of 2921

1. Health Care Operations and Essential Infrastructure, as defined below;
2. Blood donation and related activities;
3. **Grocery stores, certified farmers' markets, farm and produce stands,** supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh meats, fish, and poultry, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintain the safety, sanitation, and essential operation of residences;
4. Any form of agricultural production and processing, including the cultivation of products for personal consumption or use through farming, ranching, livestock, and fishing, as well as business activities that support production and processing by providing essential agricultural supplies and services, including but not limited to, transportation, manufacturing, chemicals, equipment, and services such as cooling, storing, packaging, and distribution of such products for wholesale or retail sale.
5. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;
6. Newspapers, television, radio, and other media services;
7. Gas stations and auto-supply, auto-repair, and related facilities;
8. Banks and related financial institutions;
9. Hardware stores;
10. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintain the safety, sanitation, and essential operation of residences, Essential Activities, and Essential Businesses;
11. Businesses providing mailing and shipping services, including post office boxes;
12. Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six feet per person is maintained;
13. Laundromats, dry cleaners, and laundry service providers;
14. Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Directive on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;
15. Businesses that supply products needed for people to work from home;

Directive of the Placer Health Officer to Shelter in Place    Page 4

Exhibit 54 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment    Page 851 of 2921

16. Businesses that supply other essential businesses with the support or supplies necessary to operate;
17. Businesses that ship or deliver groceries, food, goods or services directly to residences;
18. Airlines, taxis, and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Directive;
19. Home-based care for seniors, adults, or children;
20. Residential facilities and shelters for seniors, adults, and children;
21. Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;
22. Childcare facilities providing services that enable employees exempted in this Directive to work in Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations as permitted. Childcare facilities must operate under the following mandatory conditions:
    a. Childcare must be carried out in stable groups of 12 or fewer (stable means that the same children are in the same group each day).
    b. Children shall not change from one group to another.
    c. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.
    d. Childcare providers shall remain solely with one group of children.
    e. Persons should remain six feet apart whenever feasible.

For the purposes of this Directive, businesses include any for-profit, non-profit, or educational entities, regardless of the nature of the service they provide, the function they perform, or their corporate or entity structure.

Definition of Minimum Basic Operations:
Minimum Basic Operations include the following, provided that employees comply with six-foot spacing between persons while carrying out such operations:
1. **The minimum necessary activities to maintain the value of the business's** inventory, ensure security, process payroll and employee benefits, or for related functions.
2. The minimum necessary activities to facilitate employees of the business being able to continue to work remotely from their residences.

Definition of Health Care Operations:
Health Care Operations include hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other health care facilities, health care suppliers, home health care services providers, mental health providers, public health, or any related and/or ancillary health care services. Health Care Operations also includes veterinary care and all health care services provided to animals. Health Care Operations do not include fitness and exercise gyms and similar facilities.

Directive of the Placer Health Officer to Shelter in Place                               Page 5

Exhibit 54 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment    Page 852 of 2921

Definition of Essential Infrastructure:
Essential Infrastructure includes, but is not limited to, public works construction, construction of housing (in particular affordable housing or housing for individuals experiencing homelessness), airport operations, water, sewer, gas, electrical, oil refining, roads and highways, public transportation, solid waste collection and removal, internet, and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, and web-based services), provided that they carry out those services or that work while maintaining six feet of distance between persons whenever feasible.

Definition of Essential Governmental Functions:
Essential Government Functions are defined by the governmental entity performing those functions. Each governmental entity shall identify and designate appropriate employees or contractors to continue providing and carrying out any Essential Governmental Functions. All Essential Governmental Functions shall be performed in compliance with six-foot social distancing requirements whenever feasible. All first responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Directive.  In addition, all Brown Act meetings of the governing body of all public agencies within Placer County are deemed Essential Government Functions and are categorically exempt from this Directive.  Governing bodies should consider implementation of remote attendance measures when feasible in light of waived Brown Act requirements as a result of the Governor's Executive Order.

Definition of Essential Travel:
Essential Travel includes travel for any of the following purposes, and must comply with six-foot spacing between persons:
1. Any travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses, or Minimum Basic Operations.
2. Travel to care for elderly, minors, dependents, persons with disabilities, or other vulnerable persons.
3. Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.
4. Travel to return to a place of residence from outside the jurisdiction.
5. Travel required by law enforcement or court order.
6. Travel required for non-residents to return to their place of residence outside the County. Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

Directive of the Placer Health Officer to Shelter in Place                                      Page 6

Exhibit 54 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment                    Page 853 of 2921

This Directive goes into effect at 12:01 a.m. on March 20, 2020 and will continue to be in effect until 11:59 p.m. on April 10, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer.

Copies of this Directive shall promptly be: (1) posted at the County Administrative Center located at 175 Fulweiler Avenue, Auburn, CA 95603; (2) posted on the County's website (www.placer.ca.gov/coronavirus/Guidance); and (3) provided to any member of the public requesting a copy of this Directive by calling Placer County Public Health at (530) 886-5310.

IT IS SO DIRECTED:
Aimee Sisson, MD, MPH Dated: March 19, 2020
Placer County Health Officer

Directive of the Placer Health Officer to Shelter in Place        Page 7

Exhibit 54 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment        Page 854 of 2921