EXHIBIT 56



**ORDER OF THE HEALTH OFFICER
OF THE COUNTY OF SACRAMENTO DIRECTING
ALL INDIVIDUALS LIVING IN THE COUNTY TO CONTINUE
STAYING AT HOME OR AT THEIR PLACE OF RESIDENCE EXCEPT THAT
THEY MAY LEAVE TO PROVIDE OR RECEIVE CERTAIN ESSENTIAL
SERVICES OR ENGAGE IN CERTAIN ESSENTIAL ACTIVITIES AND
WORK FOR ESSENTIAL BUSINESSES AND GOVERNMENTAL
SERVICES; CONTINUING TO EXEMPT INDIVIDUALS EXPERIENCING
HOMELESSNESS FROM THIS ORDER BUT URGING THEM TO FIND
SHELTER AND GOVERNMENT AGENCIES TO PROVIDE IT;
RESTRICTING ACCESS TO RECREATION AREAS;
REQUIRING ESSENTIAL BUSINESSES TO IMPLEMENT SOCIAL
DISTANCING PROTOCOLS; CLARIFYING AND FURTHER LIMITING
ESSENTIAL BUSINESS ACTIVITIES; DIRECTING ALL BUSINESSES
AND GOVERNMENTAL AGENCIES TO CEASE NON-ESSENTIAL
OPERATIONS AT PHYSICAL LOCATIONS IN THE COUNTY;
PROHIBITING ALL NON-ESSENTIAL GATHERINGS OF ANY
NUMBER OF INDIVIDUALS; AND ORDERING CESSATION OF ALL
NON-ESSENTIAL TRAVEL**

**DATE OF ORDER: <u>April 7, 2020</u>**


UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE
SECTIONS 101040, 101085, AND 120175, THE HEALTH OFFICER OF THE
COUNTY OF SACRAMENTO ("HEALTH OFFICER") ORDERS:


1. This Order supersedes the March 19, 2020, Order of the Health Officer
   directing all individuals to stay at home ("Prior Stay at Home Order").
   This Order clarifies, strengthens, and extends certain terms of the
   Prior Stay at Home Order to increase social distancing and reduce
   person-to-person contact in order to further slow transmission of
   Novel Coronavirus Disease 2019 ("COVID-19").  As of the effective
   date and time of this Order set forth in Section 15 of this Order, all
   individuals, businesses, and government agencies in the County of
   Sacramento ("County") are required to follow the provisions of this
   Order.

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Page 1 of 16

**Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**

**Page 863 of 2921**

2. The intent of this Order is to ensure that the maximum number of people stay in their homes or places of residence to the maximum extent feasible, while enabling essential services to continue, to slow the spread of COVID-19 to the maximum extent possible. When people need to leave their homes or places of residence, whether to obtain or perform vital services, or to otherwise facilitate authorized activities necessary for continuity of social and commercial life, they should at all times, as reasonably possible, comply with Social Distancing Requirements as defined in Section 12 of this Order. All provisions of this Order should be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat to public health.

3. All individuals currently living within the County of Sacramento (the "County") are ordered to stay at home or place of residence. To the extent individuals are using shared or outdoor spaces, they must at all times, as reasonably possible, maintain social distancing of at least six feet from any other person when they are outside their residence. All persons may leave their residences only for Essential Activities, Essential Governmental Functions, or to operate Essential Businesses, all as defined in Section 12. Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter. Persons experiencing homelessness that are unable to locate shelter should refrain from being in encampments of more than 10 people, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

4. All businesses with a facility in the County, except Essential Businesses, as defined in Section 12, are required to cease all activities at facilities located within the County except Minimum Basic Operations, as defined in Section 12.  For clarity, all businesses may continue operations consisting exclusively of owners, employees, volunteers, or contractors performing activities at their own residences (i.e., working from home).  All Essential Businesses are strongly encouraged to remain open.  But Essential Businesses are directed to maximize the number of employees who work from home.  Essential Businesses may only assign those employees who cannot perform their job duties from home to work outside the home.  All Essential Businesses shall prepare, post, and implement a Social Distancing

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence
Page 2 of 16

**Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Opposition to Defendants' Motions for Summary Judgment**

Protocol at each of their facilities at which they are maintaining operations, as specified in Section 12.  Businesses that include an Essential Business component at their facilities alongside non-essential components must, to the extent feasible, scale down their operations to the Essential Business components only; provided, however, that mixed retail businesses that are otherwise allowed to operate under this Order may continue to stock and sell non-essential products.  Essential Businesses shall comply with Social Distancing Requirements as defined in Section 12, including, but not limited to, when any customers are standing in line.

5. All public and private gatherings of any number of people occurring outside a single household or living unit are prohibited, except for the limited purposes expressly permitted in this Order.  All bars, wineries and brew-pubs should be closed, all in-dining at restaurants should cease, with the exception of home delivery and takeout, and all gyms, bingo halls, and card rooms should close.  Nothing in this Order prohibits members of a single household or living unit from engaging in Essential Travel or Essential Activities together.

6. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel, as defined below in Sections 12(j), is prohibited.  People may use public transit only for purposes of performing Essential Activities or to travel to and from work to operate Essential Businesses, maintain Essential Governmental Functions, or to perform Minimum Basic Operations at non-essential businesses.  Transit agencies and people riding on public transit must comply with Social Distancing Requirements, as defined in Section 12(l), to the greatest extent feasible.  This Order allows travel into or out of the County only to perform Essential Activities, operate Essential Businesses, maintain Essential Governmental Functions, or perform Minimum Basic Operations at non-essential businesses.

7. This Order is issued based on evidence of increasing occurrence of COVID-19 within the County and throughout Northern California, scientific evidence and best practices regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, and evidence that the age, condition, and health of a significant portion of the population of the County places it at risk for serious health complications, including death, from COVID-19.  Due to the outbreak of the COVID-19 disease in the general public, which is now a pandemic according to the World

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Page 3 of 16

**Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its**
**Oppositions to Defendants' Motions for Summary Judgment**

**Page 865 of 2921**

Health Organization, there is a public health emergency throughout the County. Making the problem worse, some individuals who contract the virus causing the COVID-19 disease have no symptoms or have mild symptoms, which means they may not be aware they carry the virus and are transmitting it to others. Because even people without symptoms can transmit the infection, and because evidence shows the infection is easily spread, gatherings and other interpersonal interactions can result in preventable transmission of the virus. This public health emergency has substantially worsened since the County issued the Prior Stay at home Order on March 19, 2020, with a significant escalation in the number of positive cases, hospitalizations, and deaths, and increasing strain on health care resources. At the same time, evidence suggests that the restrictions on mobility and social distancing requirements imposed by the Prior Stay at home Order are slowing the rate of increase in hospitalizations and deaths by limiting interactions among people and limiting spread to vulnerable groups, consistent with scientific evidence of the efficacy of similar measures in other parts of the country and world. The scientific evidence shows that at this stage of the emergency, it remains essential to continue to slow virus transmission as much as possible to protect the most vulnerable, to prevent the health care system from being overwhelmed, and to prevent deaths. Extension of the Prior Stay at home Order and strengthening of its restrictions are necessary to further reduce the spread of the COVID19 disease, preserving critical and limited healthcare capacity in the County and advancing toward a point in the public health emergency where transmission can be controlled.

8. This Order is also issued in light of the existence, as of April 3, 2020, of 390 cases of COVID-19 in the County, (up from 45 confirmed cases on March 18, 2020, just before the Prior Stay at home Order) and at least 10 deaths (up from three deaths on March 18, 2020) including a significant and increasing number of suspected cases of community transmission and likely further significant increases in transmission. This Order is necessary to slow the rate of spread, and the Health Officer will re-evaluate it as further data becomes available.

9. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020, Proclamation of a State of Emergency issued by Governor Gavin Newsom, the Declarations of Local Health Emergency issued by the Health Officer on March 6, 2020, the March 10, 2020, Resolutions of the Board of Supervisors of the County of Sacramento

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Ratifying the Declarations of a Local Health Emergency and Local Emergency, and Governor Newsom's March 12, 2020, Executive Order N-25-20.

10. This Order is issued in light of evidence that the Prior Stay at home Order has been generally effective in increasing social distancing, but that at this time additional restrictions are necessary to further mitigate the rate of transmission of COVID-19, to prevent the health care system from being overwhelmed, and prevent death. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including an increasing number of orders imposing similar social distancing requirements and mobility restrictions to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19.

11. This Order is also issued in light of the March 19, 2020, Order of the State Public Health Officer ("State Order"), which set baseline statewide restrictions on nonresidential business activities effective until further notice, as well as the Governor's March 19, 2020, Executive Order N-33-20 directing California residents to follow the State Order. The State Order was complementary to the prior County Stay at Home Order. This Order adopts in certain respects more stringent restrictions addressing the particular facts and circumstances in this County, which are necessary to control the public health emergency as it is evolving within the County. Without this tailored set of restrictions that further reduces the number of interactions between persons, scientific evidence indicates that the public health crisis in the County will worsen to the point at which it may overtake available health care resources within the County and increase the death rate. Also, this Order enumerates additional restrictions on non-work-related travel not covered by the State Order, including limiting such travel to performance of Essential Travel or Essential Activities; sets forth mandatory Social Distancing Requirements for all individuals in the County when engaged in activities outside their residences; and adds a mechanism to ensure that Essential Businesses comply with the Social Distancing Requirements. Where a conflict exists between this Order and any state public health order related to the COVID-19 pandemic, the most

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Page 5 of 16

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

restrictive provision controls. Consistent with California Health and Safety Code section 131080 and the Health Officer Practice Guide for Communicable Disease Control in California, except where the State Health Officer may issue an order expressly directed at this Order and based on a finding that a provision of this Order constitutes a menace to public health, any more restrictive measures in this Order continue to apply and control in this County.

12.    <u>Definitions and Exemptions</u>.

a. For the purposes of this Order, individuals may leave their residence only to perform the following "Essential Activities." However, people at high risk of severe illness from COVID-19 and people who are sick are strongly urged to stay in their residence to the extent possible, except as necessary to seek or provide medical care or Essential Governmental Functions.  Essential Activities are:

    i.  To engage in activities or perform tasks important to their health and safety, or to the health and safety of their family or household members (including pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, or visiting a health care professional.

    ii.  To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, products needed to work from home, or products necessary to maintain the habitability, sanitation and operation of residences.

    iii.  To engage in outdoor recreation activity, including, by way of example and without limitation, walking, hiking, biking, running or equestrian activities, in compliance with Social Distancing Requirements and with the following limitations:

        1.  Outdoor recreation activity at parks, including the American River Parkway and Deer Creek Hills, beaches, and other open spaces must be in conformance with Social Distancing Requirements as defined in this Order and any restrictions on access and use established by government or other

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence
Page 6 of 16

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

entity that manages such area to reduce crowding and risk of transmission of COVID-19.  Such restrictions may include, but are not limited to, restricting the number of entrants, closing the area to vehicular access and parking, or closure to all public access;

2. Use of recreational facilities that encourage gathering, including, but not limited to, playgrounds, outdoor gym equipment, picnic areas,  barbecue areas, tennis and pickle ball courts, rock parks, climbing walls, pools, spas, shooting and archery ranges, gyms, disc golf and basketball courts is prohibited outside of residences, and all such areas shall be closed to public access including by signage and, as appropriate, by physical barriers; and

3. Sports or activities that include the use of shared equipment may only be engaged in by members of the same household or living unit.

iv.  To perform work for an Essential Business or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations, as defined in this Section.

v.  To provide necessary care for a family member or pet in another household who has no other source of care.

vi.  To attend a funeral with no more than 10 individuals present.

vii.  To move residences, but only if it is not possible to defer an already planned move, if the move is necessitated by safety, sanitation, or habitability reasons, or if the move is necessary to preserve access to shelter.

b.  For the purposes of this Order, individuals may leave their residence to work for, volunteer at, or obtain services at "Healthcare Operations," including, without limitation, hospitals, clinics, COVID-19 testing locations, dentists, pharmacies, blood banks and blood drives, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, home healthcare services providers, mental health providers or any related and/or ancillary healthcare services.  "Healthcare Operations" also includes veterinary care and all healthcare services provided to animals.  This exemption for Healthcare Operations shall be construed broadly to avoid any interference

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Page 7 of 16

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 869 of 2921

with the delivery of healthcare, broadly defined. "Healthcare Operations" excludes fitness and exercise gyms and similar facilities.

c. For the purposes of this Order, individuals may leave their residence to provide any services or perform any work necessary to the operation and maintenance of "Essential Infrastructure," including, but not limited to, construction, airports, utilities (including water, storm water, sewer, gas, and electric), oil refining, roads and highways, public transportation, solid waste facilities (including collection, removal, disposal and processing facilities), flood control facilities, cemeteries, mortuaries, crematoriums and telecommunications systems (including the provision of essential global, national, and local infrastructure for internet, computing services, business infrastructure, communications and web based services), provided that they carry out these services or work in compliance with Social Distancing Requirements as defined in this Order, to the extent possible.

d. For the purposes of this Order, all first responders, emergency management personnel, public health staff, emergency dispatchers, court personnel, and law enforcement personnel, and others who need to perform essential services are categorically exempt from this Order to the extent they are performing those essential services.

e. Further, nothing in this Order shall prohibit any individual from performing or accessing "Essential Governmental Functions," as determined by the governmental entity performing those functions in the County. Each governmental entity shall identify and designate appropriate employees, volunteers, or contractors to continue providing and carrying out any Essential Governmental Functions, including the hiring or retention of new employees or contractors to perform such functions. Each governmental entity and its contractors, to the extent feasible and practical, should employ protective measures to prevent, mitigate, respond to and recover from the COVID-19 pandemic. All Essential Governmental Functions shall be performed in compliance with Social Distancing Requirements as defined in this Order, to the greatest extent feasible.

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

f.  For the purposes of this Order, a "business" includes any for-profit, non-profit, or educational entity, whether a corporate entity, organization, partnership or sole proprietorship, and regardless of the nature of the service, the function it performs or its corporate or entity structure.

g.  For the purposes of this Order, "Essential Businesses" are:
   i.   Healthcare Operations and businesses that operate, maintain, or repair Essential Infrastructure.
   ii.  Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of unprepared food, canned food, dry goods, non-alcoholic beverages, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, as well as hygienic products and household consumer products necessary for personal hygiene or the habitability, sanitation or operation of residences. The businesses included in this subparagraph (ii) include establishments that sell multiple categories of products provided that they sell essential products identified in this subparagraph, such as liquor stores that also sell food.
   iii. Agriculture, food, and beverage cultivation, processing and distribution, including but not limited to, farming, ranching, fishing, dairies, creameries, wineries and breweries in order to preserve inventory and production (not for retail business);
   iv.  Businesses that provide food, shelter, social services and other necessities of life for economically disadvantaged or otherwise needy individuals;
   v.   Construction;
   vi.  Newspapers, television, radio and other media services;
   vii. Gas stations and auto-supply, auto-repair and maintenance (including, but not limited to, for cars, trucks, motorcycles and motorized scooters) and automotive dealerships;
   viii. Bicycle repair and supply shops;
   ix.  Banks and related financial institutions;
   x.   Service providers that enable residential transactions (including rentals, leases and home sales), including, but not limited to, real estate agents, escrow agents, notaries and title companies, provided that appointments and other

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Page 9 of 16

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 871 of 2921

residential viewings must only occur virtually or, if a virtual viewing is not feasible, by appointment with no more than two visitors at a time residing within the same household or living unit and one individual showing the unit (except that in person visits are not allowed when the occupant is still residing in the residence). These services must be carried out in compliance with Social Distancing Requirements as defined in this Order, to the extent possible;

xi.   Hardware stores;

xii.   Plumbers, electricians, exterminators and other service providers who provide services that are necessary to maintaining the habitability, sanitation and operation of residences and Essential Businesses, but not for cosmetic or other purposes;

xiii.   Arborists, landscapers, gardeners and similar service professionals, but only to the limited extent necessary to maintain the habitability, sanitation, operation of businesses or residences, or the safety of residents, employees, or the public (such as fire safety or tree trimming to prevent a dangerous condition);

xiv.   Businesses providing mailing and shipping services, including post office boxes;

xv.   Educational institutions, including public and private K-12 schools, colleges, and universities, for purposes of facilitating distance learning or performing essential functions, provided that social distancing of six-feet per person is maintained to the greatest extent possible;

xvi.   Laundromats, drycleaners and laundry service providers;

xvii.   Restaurants and other facilities that prepare and serve food, but only for delivery or carry out.  Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and take-away basis only.  Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xviii.   Businesses that supply products needed for people to work from home;

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence
Page 10 of 16

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 872 of 2921

xix.    Funeral home providers, mortuaries, cemeteries and crematoriums, to the extent necessary for the transport, preparation or processing of bodies or remains;

xx.    Businesses that supply other Essential Businesses with the support or supplies necessary to operate, but only to the extent that they support or supply these Essential Businesses. This exemption shall not be used as a basis for engaging in sales to the general public from retail storefronts;

xxi.    Businesses that have the primary function of shipping or delivering groceries, food or other goods directly to residences or businesses. This exemption shall not be used to allow for manufacturing or assembly of non-essential products or for other functions besides those necessary to the delivery operation;

xxii.    Airlines, taxis, rental car companies, rideshare services (including shared bicycles and scooters) and other private transportation providers providing transportation services necessary for Essential Activities and other purposes expressly authorized in this Order;

xxiii.    Home-based care for seniors, adults, children and pets;

xxiv.    Residential facilities and shelters for seniors, adults and children;

xxv.    Professional services, such as legal, notary or accounting services, when necessary to assist in compliance with non-elective, legally required activities;

xxvi.    Services to assist individuals in finding employment with Essential Businesses;

xxvii.    Moving services that facilitate residential or commercial moves that are allowed under this Order;

xxviii.    Childcare facilities providing services that enable owners, employees, volunteers and contractors for Essential Businesses or Essential Governmental Functions to work as permitted. Children of owners, employees, volunteers and contractors who are not exempt under this Order may not attend childcare facilities. To the extent possible, childcare facilities must operate under the following conditions:

    1.   Childcare must be carried out in stable groups of 12 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).

    2.   Children shall not change from one group to another.

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

   3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.
   4. Childcare providers shall remain solely with one group of children.

h. For the purposes of this Order, "Minimum Basic Operations" means the following activities for businesses, provided that owners, employees and contractors comply with Social Distancing Requirements as defined in this Section, to the extent possible, while carrying out such operations:

   i. The minimum necessary activities to maintain and protect the value of the business' inventory and facilities; ensure security, safety and sanitation; process payroll and employee benefits; provide for the delivery of existing inventory directly to residences or businesses; and related functions.

   ii. The minimum necessary activities to facilitate owners, employees and contractors of the business being able to continue to work remotely from their residences, and to ensure that the business can deliver its service remotely.

i. For the purposes of this Order, all Essential Businesses must prepare a "Social Distancing Protocol" for each of their facilities in the County frequented by the public or employees. The Social Distancing Protocol must be substantially in the form attached to this Order as Appendix A. A copy of the Social Distancing Protocol must also be provided to each employee performing work at the facility. All Essential Businesses shall implement the Social Distancing Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand. The Social Distancing Protocol must explain how the business is achieving the following, as applicable:

   i. Limiting the number of people who can enter into the facility at any one time to ensure that people in the facility can easily maintain a minimum six-foot distance from one another at all times, except as required to complete the Essential Business activity;

   ii. Where lines may form at a facility, marking six-foot increments at a minimum, establishing where individuals should stand to maintain adequate social distancing;

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence
Page 12 of 16

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
Page 874 of 2921

    iii. Providing hand sanitizer, soap and water or effective disinfectant at or near the entrance of the facility and in other appropriate areas for use by the public and employees, and in locations where there is high-frequency employee interaction with members of the public (e.g. cashiers);

    iv. Providing for contactless payment systems or, if not feasible to do so, the providing for disinfecting all payment portals, pens and styluses after each use;

    v. Regularly disinfecting other high-touch surfaces; and

    vi. Posting a sign at the entrance of the facility informing all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into one's elbow; not shake hands or engage in any unnecessary physical contact.

    vii. Any additional social distancing measures being implemented (see the Centers for Disease Control and Prevention's guidance at: https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html.

j. For the purposes of this Order, "Essential Travel" means travel for any of the following purposes:

    i. Travel related to the provision of or access to Essential Activities, Essential Governmental Functions, Essential Businesses or Minimum Basic Operations.

    ii. Travel to care for any elderly, minors, dependents, persons with disabilities or other vulnerable persons.

    iii. Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals and any other related services.

    iv. Travel to return to a place of residence from outside the County.

    v. Travel required by law enforcement or court order.

    vi. Travel required for non-residents to return to their place of residence outside the County. Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

    vii. Travel to manage after-death arrangements and burial.

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

    viii. Travel to arrange for shelter or avoid homelessness.

    ix. Travel to avoid domestic violence or child abuse.

    x. Travel for parental custody arrangements.

    xi. Travel to a place to temporarily reside in a residence or other facility to avoid potentially exposing others to COVID-19, such as a hotel or other facility provided by a governmental authority for such purposes.

k. For purposes of this Order, "residences" include hotels, motels, shared rental units and similar facilities.  Residences also include living structures and outdoor spaces associated with those living structures, such as patios, porches, backyards and front yards that are only accessible to a single family or household unit.

l. For purposes of this Order, "Social Distancing Requirements" means:

    i. Maintaining at least six-foot social distancing from individuals who are not part of the same household or living unit;

    ii. Frequently washing hands with soap and water for at least 20 seconds, or using hand sanitizer that is recognized by the Centers for Disease Control and Prevention as effective in combatting COVID-19;

    iii. Covering coughs and sneezes with a tissue or fabric or, if not possible, into the sleeve or elbow (but not into hands); and

    iv. Avoiding all social interaction outside the household when sick with a fever or cough.

    v. All individuals must strictly comply with Social Distancing Requirements, except to the limited extent necessary to provide care (including childcare, adult or senior care, care to individuals with special needs and patient care); as necessary to carry out the work of Essential Businesses, Essential Governmental Functions or provide for Minimum Basic Operations; or as otherwise expressly provided in this Order.

13. Government agencies and other entities operating shelters and other facilities that house or provide meals or other necessities of life for individuals experiencing homelessness must take appropriate steps

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

to help ensure compliance with Social Distancing Requirements, including adequate provision of hand sanitizer.  Also, individuals experiencing homelessness who are unsheltered and living in encampments should, to the maximum extent feasible, abide by 12 foot by 12 foot distancing for the placement of tents, and government agencies should provide restroom and hand washing facilities for individuals in such encampments as set forth in Centers for Disease Control and Prevention Interim Guidance Responding to Coronavirus 2019 (COVID-19) Among People Experiencing Unsheltered Homelessness (https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/unsheltered-homelessness.html).

14.  Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order. The violation of any provision of this Order constitutes an imminent threat to public health.

15.  This Order shall become effective at 11:59 p.m. on April 7, 2020 and will continue to be in effect until 11:59 p.m. on May 1, 2020, or until it is extended, rescinded, superseded or amended in writing by the Health Officer.

16.  Copies of this Order shall promptly be: (1) made available at the County Administration Building at 700 H Street, Sacramento 95814, First Floor; (2) posted on the Sacramento County COVID 19 website (saccounty.net/COVID-19) and County Health Department's website (COVID19.saccounty.net); and (3) provided to any member of the public requesting a copy of this Order.

17.  If any provision of this Order to its application to any person or circumstance is held to be invalid, the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Order are severable.

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence
Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

**IT IS SO ORDERED:**


Olivia Kasirye, MD, MS                          Dated: April 7, 2020
Health Officer of the County of Sacramento



Attachments: Appendix A – Social Distancing Protocol

Order of the Sacramento County Health Officer
to Stay at Home or Place of Residence

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Business name: *Click or tap here to enter text.*

Facility Address: *Click or tap here to enter text.*

Approximate gross square footage of space open to the public: *Click or tap here to enter text.*
**Businesses must implement all applicable measures listed below, and be prepared to explain why any measure that is not implemented is inapplicable to the business.**

___

### *Signage:*

☐Signage at each public entrance of the facility to inform all employees and customers that they should: avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into a cloth or tissue or, if not available, into one's elbow; and not shake hands or engage in any unnecessary physical contact.

☐Signage posting a copy of the Social Distancing Protocol at each public entrance to the facility.

___

### *Measures To Protect Employee Health (check all that apply to the facility):*

☐ Everyone who can carry out their work duties from home has been directed to do so.

   All employees have been told not to come to work if sick.

☐ Symptom checks are being conducted before employees may enter the work space.

☐ All desks or individual work stations are separated by at least six feet.

☐ Break rooms, bathrooms, and other common areas are being disinfected frequently, on the following schedule:
   ☐ Break rooms:
   ☐ Bathrooms:
   ☐ Other (*Click or tap here to enter text.*: *lick or tap here to enter text.*

☐ Disinfectant and related supplies are available to all employees at the following location(s):

☐ Hand sanitizer effective against COVID-19 is available to all employees at the following location(s):

☐ Soap and water are available to all employees at the following location(s):

☐ Copies of this Protocol have been distributed to all employees.

☐ Optional—Describe other measures: *Click or tap here to enter text.*

___

### *Measures To Prevent Crowds From Gathering (check all that apply to the facility):*

☐ Limit the number of customers in the store at any one time to _____ (or other enter _____),
which allows for customers and employees to easily maintain at least six-foot distance from one another at all practicable times.

☐ Post an employee at the door to ensure that the maximum number of customers in the facility set forth above is not exceeded.

☐ Placing per-person limits on goods that are selling out quickly to reduce crowds and lines.
   Explain:

☐ Optional—Describe other measures: *Click or tap here to enter text.*

## _Measures To Keep People At Least Six Feet Apart (check all that apply to the facility)_

☐ Placing signs outside the store reminding people to be at least six feet apart, including when in line.

☐ Placing tape or other markings at least six feet apart in customer line areas inside the store and on sidewalks at public entrances with signs directing customers to use the markings to maintain distance.

☐ Separate order areas from delivery areas to prevent customers from gathering.

☐ All employees have been instructed to maintain at least six feet distance from customers and from each other, except employees may momentarily come closer when necessary to accept payment, deliver goods or services, or as otherwise necessary.

☐ Optional—Describe other measures: Click or tap here to enter text.

## _Measures To Prevent Unnecessary Contact (check all that apply to the facility)_:

Preventing people from self-serving any items that are food-related.

☐ Lids for cups and food-bar type items are provided by staff; not to customers to grab.

☐ Bulk-item food bins are not available for customer self-service use.

☐ Not permitting customers to bring their own bags, mugs, or other reusable items from home.

☐ Providing for contactless payment systems or, if not feasible, sanitizing payment systems regularly. Describe:

☐ Optional—Describe other measures (e.g. providing senior-only hours):k or tap here to enter text.

## _Measures To Increase Sanitization (check all that apply to the facility)_:

☐ Disinfecting wipes that are effective against COVID-19 are available near shopping carts and shopping baskets.

☐ Employee(s) assigned to disinfect carts and baskets regularly.

☐ Hand sanitizer, soap and water, or effective disinfectant is available to the public at or near the entrance of the facility, at checkout counters, and anywhere else inside the store or immediately outside where people have direct interactions.

☐ Disinfecting all payment portals, pens, and styluses after each use.

☐ Disinfecting all high-contact surfaces frequently.

☐ Optional—Describe other measures: Click or tap here to enter text.

\* Any additional measures not included here should be listed on separate pages, which the business should attach to this document.

**You may contact the following person with any questions or comments about this protocol:**

**Name:** Click or tap here to enter text.          **Phone number:** Click or tap here to enter text.

Page 2 of 2
**Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**          **Page 880 of 2921**

# Social Distancing Protocol

**Business Name**: _____

**Facility Address**: _____

Approximate gross square footage of space open to the public: _____

**Businesses must implement all applicable measures listed below, and be prepared to explain why any measure that is not implemented is inapplicable to the business.**

## Signage:

❍ Signage at each public entrance of the facility to inform all employees and customers that they should: **avoid entering the facility if they have a cough or fever; maintain a minimum six-foot distance from one another; sneeze and cough into a cloth or tissue or, if not available, into one's elbow; and not shake hands or engage in any unnecessary physical contact.**

❍ Signage posting a copy of the *Social Distancing Protocol* at each public entrance to the facility.

## Measures To Protect Employee Health (check all that apply to the facility):

❍ Everyone who can carry out their work duties from home has been directed to do so.

❍ All employees have been told not to come to work if sick.

❍ Symptom checks are being conducted before employees may enter the work space.

❍ All desks or individual work stations are separated by at least six feet.

❍ Break rooms, bathrooms, and other common areas are being disinfected frequently, on the following schedule:

      ❍ Break rooms: _____

      ❍ Bathrooms: _____

      ❍ Other _____

❍ Disinfectant and related supplies are available to all employees at the following location(s): _____

❍ Hand sanitizer effective against COVID-19 is available to all employees at the following location(s):_____

❍ Soap and water are available to all employees at the following location(s): _____

❍ Copies of this Protocol have been distributed to all employees.

❍ Optional—Describe other measures: _____

## Measures To Prevent Crowds From Gathering (check all that apply to the facility):

❍ Limit the number of customers in the store at any one time to _____, which allows for customers and employees to easily maintain at least six-foot distance from one another at all practicable times.

❍ Post an employee at the door to ensure that the maximum number of customers in the facility set forth above is not exceeded.

❍ Placing per-person limits on goods that are selling out quickly to reduce crowds and lines. _____

❍ Optional—Describe other measures: _____

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
Page 1 of 2                                                      **Page 881 of 2921**

## Measures To Keep People At Least Six Feet Apart (check all that apply to the facility)

❍ Placing signs outside the store reminding people to be at least six feet apart, including when in line.

❍ Placing tape or other markings at least six feet apart in customer line areas inside the store and on sidewalks at public entrances with signs directing customers to use the markings to maintain distance.

❍ Separate order areas from delivery areas to prevent customers from gathering.

❍ All employees have been instructed to maintain at least six feet distance from customers and from each other, except employees may momentarily come closer when necessary to accept payment, deliver goods or services, or as otherwise necessary.

❍ Optional—Describe other measures: _____

## Measures To Prevent Unnecessary Contact (check all that apply to the facility):

❍ Preventing people from self-serving any items that are food-related.

❍ Lids for cups and food-bar type items are provided by staff; not to customers to grab.

❍ Bulk-item food bins are not available for customer self-service use.

❍ Not permitting customers to bring their own bags, mugs, or other reusable items from home.

❍ Providing for contactless payment systems or, if not feasible, sanitizing payment systems regularly. Describe: _____

❍ Optional—Describe other measures (e.g. providing senior-only hours): _____

## Measures To Increase Sanitization (check all that apply to the facility):

❍ Disinfecting wipes that are effective against COVID-19 are available near shopping carts and shopping baskets.

❍ Employee(s) assigned to disinfect carts and baskets regularly.

❍ Hand sanitizer, soap and water, or effective disinfectant is available to the public at or near the entrance of the facility, at checkout counters, and anywhere else inside the store or immediately outside where people have direct interactions.

❍ Disinfecting all payment portals, pens, and styluses after each use.

❍ Disinfecting all high-contact surfaces frequently.

❍ Optional—Describe other measures: _____

*Any additional measures not included here should be listed on separate pages, which the business should attach to this document.

You may contact the following person with any questions or comments about this protocol:

Name: _____   Phone number: _____

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
Page 17 of 2                                                    Page 882 of 2921

# WE ARE  PRACTICING
# SOCIAL  DISTANCING

**We are implementing the mandatory social distancing protocols, as per the Sacramento County Public Health Order, effective through May 1, 2020, unless the Order is extended.**

## Avoid entering the facility if you have a cough or fever

## Maintain a distance of 6 feet from others

## Sneeze or cough into a cloth or tissue, if not available, use your elbow

## Do not shake hands or engage in any unnecessary physical contact

**Max # of customers allowed at one time:**

**Per person limitation on High-Demand Goods:**

### SACRAMENTO
C O U N T Y

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

# WE ARE  PRACTICING
# SOCIAL  DISTANCING

**We are implementing the mandatory social distancing protocols, as per the Sacramento County Public Health Order, effective through May 1, 2020, unless the Order is extended.**

# Avoid entering the facility if you have a cough or fever

# Maintain a distance of 6 feet from others

# Sneeze or cough into a cloth or tissue, if not available, use your elbow

# Do not shake hands or engage in any unnecessary physical contact

## Max # of customers allowed at one time:

## Per person limitation on High-Demand Goods:



SACRAMENTO
C O U N T Y

Exhibit 56 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment