# EXHIBIT 58

351 N. Mountain View Ave., San Bernardino, CA 92415 | Phone: 909.387.9146 | Fax: 909.387.6228



**SAN BERNARDINO COUNTY | Public Health**

Trudy Raymundo
Director

Corwin Porter
Assistant Director

Maxwell Ohikhuare, M.D.
Health Officer

Erin Gustafson, M.D., MPH
Acting Health Officer

### ORDER OF THE HEALTH OFFICER OF THE COUNTY OF SAN BERNARDINO

### CANCELLING ALL GATHERINGS

### DATE OF ORDER: MARCH 17, 2020

Please read this Order carefully. Violation of or failure to comply with this Order is a crime punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295; County Code Section 31.0101 Et. Seq.)

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101085, AND 120175, TITLE 17 CALIFORNIA CODE OF REGULATIONS SECTION 2501, AND SAN BERNARDINO COUNTY CODE SECTION 31.0101 ET. SEQ., THE HEALTH OFFICER OF THE COUNTY OF SAN BERNARDINO ("HEALTH OFFICER") ORDERS:

1. This Order revokes and replaces the Order originally issued on March 12, 2020. That order is no longer in effect as of the effective date and time of this Order.

2. Effective as of 12:01 a.m. on March 18, 2020 and continuing until 11:59 p.m. on April 6, 2020, public or private Gatherings, as defined in this Order, are hereby prohibited in the County. A "gathering" is any event or convening that brings together people in a single room or single space at the same time, such as an auditorium, stadium, arena, large conference room, meeting hall, cafeteria, or any other indoor or outdoor space. Nothing in this Order prohibits the gathering of members of a household or living unit.

3. This Order does not apply to activities such as attendance at regular school classes, work, or essential services. Certain activities are essential to the functioning of our state and must continue. Hence, this Order does not apply to essential public transportation, airport travel, grocery stores or charitable food distribution, certified farmers' markets, and shopping at a store or mall. This Order also does not apply to congregate living situations, including dormitories and homeless encampments.

4. All bars, adult entertainment establishments, and other business establishments that serve alcohol and do not serve food, shall close. All movie theatres, gyms, and health clubs shall close. Food and beverage establishments are required to follow guidance released from the California Department of Public Health on March 16, 2020 (www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-

BOARD OF SUPERVISORS

ROBERT A. LOVINGOOD       JANICE RUTHERFORD       DAWN ROWE       CURT HAGMAN                    JOSIE GONZALES
First District           Second District          Third District  Chairman, Fourth District      Vice Chair, Fifth District
Exhibit 58 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 893 of 2921

19/Coronavirus%20Disease%202019%20and%20Food%20Beverage%20Other%20Services%20-%20AOL.pdf).

5. The Health Officer strongly cautions that persons aged 65 years and older and person of any age with certain underlying health conditions are at increased risk should they contract COVID-19, and are encouraged to self-quarantine.

6. This Order is issued as a result of the worldwide epidemic of COVID-19 disease, also known as "novel coronavirus," which has infected at least 118,000 individuals worldwide in 115 countries and is implicated in over 4,200 worldwide deaths.

7. This Order is issued based on evidence of increasing transmission of COVID-19 within the County, in the state of California, and worldwide, scientific evidence regarding the most effective approach to slow transmission of communicable diseases generally and COVID-19 specifically, as well as best practices as currently known and available to protect the public from the risk of spread of or exposure to COVID-19.

8. This Order is intended to reduce the likelihood of exposure to COVID-19, thereby slowing the spread of COVID-19 in communities worldwide. This Order will help to reduce the number of Californians who contract COVID-19 before an effective treatment or vaccine is available; protect those most likely to experience severe symptoms, such as older Californians and those with underlying chronic conditions; preserve and protect our healthcare delivery system; and minimize the social and economic impacts of COVID-19 over the long run.

9. This Order is issued in accordance with, and incorporates by reference, the: March 4, 2020 Proclamation of a State Emergency issued by Governor Gavin Newsom; the March 10, 2020 Declaration of Local Health Emergency based on an imminent and proximate threat to public health from the introduction of novel COVID-19 in San Bernardino County; the March 10, 2020 Resolution of the Board of Supervisors of the County of San Bernardino proclaiming the existence of a Local Emergency in the County of San Bernardino regarding COVID-19; and the March 10, 2020 Resolution of the Board of Supervisors of the County of San Bernardino ratifying and extending the Declaration of Local Health Emergency due to COVID-19.

10. This Order comes after the release of guidance from the California Department of Public Health (CDPH) to cancel all gatherings to fight the spread of COVID-19 (www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/cdph-guidance-gatherings-covid19-transmission-prevention-03-16-2020.pdf).

11. This Order is made in accordance with all applicable State and Federal laws, including but not limited to: Health and Safety Code sections 101030, et seq.; Health and Safety Code sections 120100, et seq.; and Title 17 of the California Code of Regulations section 2501.

12. This Order shall not supersede any conflicting or more restrictive orders issued by the State of California or Federal governments, including any requirements regarding child care. If any portion of this Order or the application thereof to any person or circumstance is held to be invalid the remainder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Order are severable.

Exhibit 58 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 894 of 2921

13. To the extent necessary, pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, this order is enforceable by the Sheriff and all Chiefs of Police in the County. The violation of any provision of this Order constitutes an imminent threat to public health.

Copies of this Order shall promptly be: (1) made available at the County of San Bernardino Health Administration office located at 351 N. Mountain View Ave., #303, San Bernardino, CA 92415; (2) posted on the County of San Bernardino Public Health Department's website (wp.sbcounty.gov/dph); and (3) provided to any member of the public requesting a copy of this Order.

**IT IS SO ORDERED:**

_[signature]_ MD, MPH    Dated: March 17, 2020

Dr. Erin Gustafson, MD, MPH
Acting Public Health Officer
County of San Bernardino

Approved as to form and legality:

_[signature]_    Dated: March 17, 2020

Adam Ebright
County Counsel
County of San Bernardino