# EXHIBIT 61

# ORDER OF THE SAN JOAQUIN COUNTY
# PUBLIC HEALTH OFFICER AND
# DIRECTOR OF EMERGENCY SERVICES
# OF THE COUNTY OF SAN JOAQUIN
# DIRECTING
# ALL INDIVIDUALS LIVING IN THE COUNTY TO STAY AT HOME OR AT THEIR PLACE OF RESIDENCE EXCEPT THAT THEY MAY LEAVE TO PROVIDE OR RECEIVE CERTAIN ESSENTIAL SERVICES OR ENGAGE IN CERTAIN ESSENTIAL ACTIVITIES AND WORK FOR ESSENTIAL BUSINESSES AND GOVERNMENTAL SERVICES; EXEMPTING INDIVIDUALS EXPERIENCING HOMELESSNESS FROM THIS ORDER BUT URGING THEM TO FIND SHELTER AND GOVERNMENT AGENCIES TO PROVIDE IT; DIRECTING ALL BUSINESSES AND GOVERNMENTAL AGENCIES TO CEASE NON-ESSENTIAL OPERATIONS AT PHYSICAL LOCATIONS IN THE COUNTY; PROHIBITING ALL NON-ESSENTIAL GATHERINGS OF ANY NUMBER OF INDIVIDUALS; AND ORDERING CESSATION OF ALL NON-ESSENTIAL TRAVEL

## DATE OF ORDER: MARCH 26, 2020

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*)**

UNDER THE AUTHORITY OF CALIFORNIA HEALTH AND SAFETY CODE SECTIONS 101040, 101470, 101475, 101085, 120175, 120200, 120210 AND 120215 THE HEALTH OFFICER OF THE COUNTY OF SAN JOAQUIN ("HEALTH OFFICER") AND UNDER THE AUTHORITY OF CALIFORNIA GOVERNMENT CODE SECTION 8634 AND SAN JOAQUIN ORDINANCE CODE SECTION 4-3005, THE SAN JOAQUIN COUNTY PUBLIC HEALTH OFFICER and DIRECTOR OF EMERGENCY SERVICES OF THE COUNTY OF SAN JOAQUIN ORDERS:

1. This Order repeals and replaces the order issued by the Director of Emergency Services on March 21, 2020 and incorporates by reference the directive from the California State Public Health Officer designating Essential Critical Infrastructure Workers. For more information on Essential Critical Infrastructure Workers, see https://covid19.ca.gov/img/EssentialCriticalInfrastructureWorkers.pdf.

2. The intent of this Order is to implement Executive Order N-33-20, issued by Governor Newsom on March 19, 2020, and to ensure that the maximum number of people self- isolate in their homes or places of residence to the maximum extent feasible, while enabling essential services to continue, to slow the spread of COVID-19 to the maximum extent possible. When people

Order of the San Joaquin Public Health Officer and County Director of
Emergency Services to Stay at Home or Place of Residence
Page 1 of 6

Exhibit 61 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 909 of 2921

need to leave their homes or places of residence, whether to obtain or perform vital services, or to otherwise facilitate authorized activities necessary for continuity of social and commercial life, they should at all times as reasonably possible comply with Social Distancing Requirements as defined in Section 11 of this Order. All provisions of this Order should be interpreted to effectuate this intent. Failure to comply with any of the provisions of this Order constitutes an imminent threat to public health.

3. All individuals currently living within the County of San Joaquin (the "County") are ordered to stay at home or place of residence. To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from any other person when they are outside their residence. All persons may leave their residences only for Essential Activities as defined in Section 11, or to work as and Essential Critical Infrastructure Worker as defined by the State Public Health Officer. Individuals experiencing homelessness are exempt from this Section, but are strongly urged to obtain shelter. Persons experiencing homelessness that are unable to locate shelter should refrain from being in encampments of more than 10 people, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

4. This Order is issued based on evidence of escalating occurrence of COVID-19 within the County and throughout Northern California indicating that current efforts are not producing the desired result of reducing spread.

   Due to the outbreak of the COVID-19 virus in the general public, which is now a pandemic according to the World Health Organization, there is a public health emergency throughout the County. Making the problem worse, some individuals who contract the COVID-19 virus have no symptoms or have mild symptoms, which means they may not be aware they carry the virus. Because even people without symptoms can transmit the disease, and because evidence shows the disease is easily spread, public activities can result in preventable transmission of the virus. The scientific evidence shows that at this stage of the emergency, it is essential to slow virus transmission as much as possible to protect the most vulnerable and to prevent the health care system from being overwhelmed. However, the evidence in San Joaquin County suggests that the individual efforts taken to date have been insufficient to reduce the transmission rate. County residents must minimize public activities and interactions. By reducing the spread of the COVID-19 virus, this Order helps preserve critical and limited healthcare capacity in the County.

5. All businesses with a facility in the County are required to cease all activities at facilities located within the County except as needed to maintain continuity of operations of essential critical infrastructure sectors and additional sectors

Order of the San Joaquin Public Health Officer and County Director of
Emergency Services to Stay at Home or Place of Residence
Page 2 of 6
Exhibit 61 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 910 of 2921

as designated by the State Public Health Officer. Those businesses remaining open to maintain continuity of operations of essential critical infrastructure sectors shall comply with Social Distancing Requirements as defined in Section 11 below, including, but not limited to, when any customers are standing in line.

6. All public and private gatherings of any number of people occurring outside a household or living unit are prohibited, except for the limited purposes as expressly permitted in Section 11. All bars, wineries and brewpubs shall close, all in-dining at restaurants shall cease, with the exception of home delivery and takeout, and all gyms, bingo halls, golf course and card rooms shall close. Nothing in this Order prohibits the gathering of members of a household or living unit.

7. All travel is prohibited, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit, except Essential Travel and Essential Activities as defined in Section 11. People must use public transit only for purposes of performing Essential Activities. People riding on public transit must comply with Social Distancing Requirements as defined in Section 11, to the greatest extent feasible. This Order allows travel into or out of the County **only** to perform Essential Activities.

8. This Order also is issued in light of the existence, as of March 25, 2020, of 77 cases of COVID-19 in the County, and likely further significant increases in transmission. This Order is necessary to slow the rate of spread and the County will re-evaluate it as further data becomes available.

9. This Order is issued in accordance with, and incorporates by reference, the March 4, 2020 Proclamation of a State of Emergency issued by Governor Gavin Newsom, the Declarations of Local Health Emergency issued by the Health Officer on March 12, 2020, the March 17, 2020 Resolution of the Board of Supervisors of the County of San Joaquin Ratifying the Declarations of Local Health Emergency, Governor Newsom's March 12, 2020 Executive Order N-25-20, Governor Newsom's March 19, 2020 Executive Order N-33-20, and the designation by the State Public Health Officer of Essential Critical Infrastructure Workers issued March 20, 2020.

10. This Order comes after the release of substantial guidance from the County Health Officer, the Centers for Disease Control and Prevention, the California Department of Public Health, and other public health officials throughout the United States and around the world, including a variety of prior orders to combat the spread and harms of COVID-19. The Health Officer will continue to assess the quickly evolving situation and may modify or extend this Order, or issue additional Orders, related to COVID-19.

11. <u>Definitions and Exemptions.</u>

Order of the San Joaquin Public Health Officer and County Director of Emergency Services to Stay at Home or Place of Residence
Page 3 of 6
Exhibit 61 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 911 of 2921

a. For purposes of this Order, individuals may leave their residence **only** to perform "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are urged to stay at home or place of residence to the extent possible except as necessary to seek medical care. "Essential Activities" are limited to the following:
   i. To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets), such as, by way of example only and without limitation, obtaining medical supplies or medication, visiting a health care professional, or obtaining supplies they need to work from home.
   ii. To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats, fish, and poultry, and any other household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences.
   iii. To engage in outdoor activity, provided the individuals comply with Social Distancing Requirements as defined in this Section, such as, by way of example and without limitation, walking, hiking, biking, running or equestrian activities. **Do not use park or playground equipment.**
   iv. To perform work as an Essential Critical Infrastructure Worker.
   v. To care for a family member or pet in another household.

b. For purposes of this Order Essential Critical Infrastructure Workers are those individuals providing the services designated by the State Public Health Officer listed here https://covid19.ca.gov/img/EssentialCriticalInfrastructureWorkers.pdf.

c. This Order applies to all businesses in the County including for-profit, non-profit, or educational entities, regardless of the nature of the service, the function they perform, or its corporate or entity structure.

d. For the purposes of this Order, "Essential Travel" includes travel for any of the following purposes. Individuals engaged in any Essential Travel must comply with all Social Distancing Requirements as defined in this Section below.
   i. Any travel related to the provision of or access to Essential Activities or Essential Governmental Functions.
   ii. Travel to care for elderly, minors, dependents, persons with

Order of the San Joaquin Public Health Officer and County Director of Emergency Services to Stay at Home or Place of Residence
Page 4 of 6

Exhibit 61 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 912 of 2921

            disabilities, or other vulnerable persons.
- iii. Travel to or from educational institutions for purposes of receiving materials for distance learning, for receiving meals, and any other related services.
- iv. Travel to return to a place of residence from outside the jurisdiction.
- v. Travel required by law enforcement or court order.
- vi. Travel required for non-residents to return to their place of residence outside the County. Individuals are strongly encouraged to verify that their transportation out of the County remains available and functional prior to commencing such travel.

    e. For purposes of this Order, residences include hotels, motels, shared rental units and similar facilities.

    f. For purposes of this Order, "Social Distancing Requirements" includes maintaining at least six-foot social distancing from other individuals, washing hands with soap and water for at least twenty seconds as frequently as possible or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, and not shaking hands.

12. Pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029, the Health Officer requests that the Sheriff and all chiefs of police in the County ensure compliance with and enforce this Order. The violation of any provision of this Order constitutes an imminent threat to public health. Consistent with the views expressed by the Governor and after consulting with the San Joaquin County Sheriff, the Director and Public Health Officer believe that enforcement through education is preferable but that other means of enforcement may be employed, as deemed appropriate by the law enforcement agency.

13. This Order shall become effective at 11:59 p.m. on March 26, 2020, and will continue to be in effect until it is rescinded in writing by the Health Officer.

14. Copies of this Order shall promptly be: (1) made available at the County Administration Building at 44 N. San Joaquin, Stockton 95202, First Floor; (2) posted on the San Joaquin County Home page (sjgov.org); and (3) provided to any member of the public requesting a copy of this Order.

15. If any provision of this Order to the application thereof to any person or circumstance is held to be invalid, the remainder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Order are severable.

Order of the San Joaquin Public Health Officer and County Director of Emergency Services to Stay at Home or Place of Residence
Page 5 of 6
Exhibit 61 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 913 of 2921

IT IS SO ORDERED:

Maggie Park, M.D.  
San Joaquin County  
Public Health Officer

Dated: March 26, 2020

*[signature: Maggie Park]*

Marcia Cunningham,  
Director of Emergency Services of the  
County of San Joaquin

Dated: March 26, 2020

*[signature: Marcia C.]*

Order of the San Joaquin Public Health Officer and County Director of  
Emergency Services to Stay at Home or Place of Residence  
Page 6 of 6