# EXHIBIT 62

ORDER OF THE HEALTH OFFICER No. 2020-04

**ORDER OF THE SOLANO COUNTY HEALTH OFFICER DIRECTING INDIVIDUALS TO SHELTER AT HOME EXCEPT THAT THEY MAY LEAVE TO PROVIDE OR RECEIVE CERTAIN ESSENTIAL SERVICES OR ENGAGE IN CERTAIN ESSENTIAL ACTIVITIES AND WORK FOR ESSENTIAL BUSINESSES AND ESSENTIAL GOVERNMENTAL SERVICES; EXEMPTING INDIVIDUALS EXPERIENCING HOMELESSNESS FROM THIS ORDER BUT URGING THEM TO FIND SHELTER AND GOVERNMENT AGENCIES TO PROVIDE IT; DIRECTING ALL BUSINESSES AND GOVERNMENTAL AGENCIES TO CEASE NON-ESSENTIAL OPERATIONS AT PHYSICAL LOCATIONS IN THE COUNTY; PROHIBITING ALL NON-ESSENTIAL GATHERINGS OF ANY NUMBER OF INDIVIDUALS; AND PROHIBITING ALL NON-ESSENTIAL TRAVEL**

DATE OF ORDER: <u>MARCH 30, 2020</u>

**Please read this Order carefully. Violation of or failure to comply with this Order is a misdemeanor punishable by fine, imprisonment, or both. (California Health and Safety Code § 120295, *et seq.*)**

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5(b), the Solano County Health Officer ORDERS AS FOLLOWS:

Effective immediately and continuing until 11:59 p.m. on April 30, 2020, or until it is extended, rescinded, superseded, or amended in writing by the Health Officer, the following will be in effect in Solano County:

1. All public and private gatherings of any number of people that do not allow for participants to maintain six feet of distance apart, including at places of work, occurring outside a single household or living unit are prohibited. However, nothing in this Order prohibits the gathering of members of a household or living unit.

    a. This prohibition applies to all professional, social, and community gatherings, regardless of their sponsor, that are not engaged in Essential Activities, as defined below. Gatherings that involve Essential Activities should only be conducted when they cannot be postponed or achieved without gathering, meaning that some other means of communication cannot be used to perform the Essential Activity. For gatherings involving Essential Activities, maintaining a six-foot separation of Social Distancing between persons, except family members, is recommended to the greatest extent possible. Individuals experiencing homelessness are exempt from this Order, but are strongly urged to obtain shelter, and governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable (and to utilize Social Distancing Requirements in their operation).

    b. "Essential Activities" include:

Page 1 of 5

Exhibit 62 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 915 of 2921

i. All services needed to ensure the continuing operation of government agencies and to provide for the health, safety and welfare of the public;

ii. Healthcare operations (e.g. hospitals) and essential infrastructure including critical utilities;

iii. First responders, emergency management personnel, emergency dispatchers, court personnel, and law enforcement personnel;

iv. Grocery stores, certified farmers' markets, farm and produce stands, supermarkets, food banks, convenience stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supply, fresh meats. fish, and poultry, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary for maintaining the safety, sanitation, and essential operation of residences;

v. Agriculture operations, including food cultivation, farming, livestock, and fishing;

vi. Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

vii. Newspapers, television, radio, and other media services;

viii. Gas stations and auto-supply, auto-repair, and related facilities;

ix. Banks and related financial institutions;

x. Hardware stores;

xi. Plumbers, electricians, exterminators, and other service providers who provide services that are necessary to maintain the safety, sanitation, and essential operation of residences;

xii. Businesses providing mailing and shipping services, including post office boxes;

xiii. Educational institutions - including public and private K-12 schools, colleges, and universities - for purposes of facilitating distance learning or performing essential functions, provided that Social Distancing of six-feet per person is maintained to the greatest extent possible;

Page 2 of 5

Exhibit 62 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 916 of 2921

xiv. Laundromats, dry cleaners, and laundry service providers;

xv. Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and takeaway basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xvi. Businesses that supply products needed for people to work from home;

xvii. Businesses that supply other essential businesses with the support or supplies necessary to operate;

xviii. Businesses that ship or deliver groceries, food, goods or services directly to residences;

xix. Airlines, taxis, and other private transportation providers providing transportation services;

xx. Home-based care for seniors, adults, or children;

xxi. Residential facilities and shelters for seniors, adults, and children;

xxii. Professional services, such as legal or accounting services, when necessary to assist in compliance with legally mandated activities;

xxiii. Childcare facilities providing services that enable employees exempted in this Order to work as permitted. To the extent possible, childcare facilities must operate under the following mandatory conditions:

1. Childcare must be carried out in stable groups of ten children or fewer.

2. Children shall not change from one group to another.

3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

4. Childcare providers shall remain solely with one group of children.

xxiv. Any other essential critical infrastructure as defined by the California

Page 3 of 5

Exhibit 62 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 917 of 2921

       State Public Health Officer or the U.S. Department of Homeland Security.

   c. "Social Distancing" is maintaining a six-foot separation from all persons except for family members.

2. All bars and other establishments that serve alcohol, and do not serve food, shall close consistent with guidance provided by the California Department of Public Health for Retail Food, Beverage, and Other Related Service Venues.

3. All restaurants and other business establishments that serve food shall close all on-site dining consistent with guidance provided by the California Department of Public Health for Retail Food, Beverage, and Other Related Service Venues. All food served shall be by delivery, or through pick-up or drive-thru. Social Distancing shall be required for persons picking up food on site.

4. A strong recommendation is made that all persons who are 65 years and older, or have a serious chronic medical condition (like heart disease, lung disease, and diabetes), or have a compromised immune system remain at home consistent with guidance provided by the California Department of Public Health on Self-Isolation for Older Adults and Those Who Have Elevated Risk.

5. A strong recommendation is made for persons exhibiting mild to moderate symptoms of COVID-19 to self-isolate in their place of residence unless seeking medical care.

6. All businesses shall enact Social Distancing, and increased sanitation standards, and shall make every effort to use telecommuting for their workforce. All businesses shall suspend any policy or procedure requiring doctor verification for sick or other leave approval except that any healthcare operation or health-care related business may continue to enforce any policy or procedure requiring doctor verification for sick or other leave approval.

7. A strong recommendation is made that all residents are to heed any orders and guidance of state and local health officials related to COVID-19.

8. Travel is allowed but only to extent necessary to effectuate the intent of this Order.

9. This Order is necessary to protect and preserve the public health from, and prevent, the increasing transmission of COVID-19 in California and the significant risk of widespread introduction and transmission of COVID-19 into the County.

10. Further, this Order is given because of the propensity of the virus to spread person to person and also because the virus physically is causing property loss or damage due to its proclivity to attach to surfaces.

11. This Order revokes and replaces the Order issued on March 18, 2020 and the

Page 4 of 5

Exhibit 62 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 918 of 2921

Supplemental Order issued on March 19, 2020. Those Orders are no longer in effect as of the effective date of this Order.

12. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the County shall take necessary measures within the governmental entity's control to ensure compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where a large gathering may occur.

13. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

14. **To the extent necessary and feasible, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.**

As this is a rapidly evolving situation, this Order may be revised at any time.

IT IS SO ORDERED:

Date: March 30, 2020

*Bela V. Matyas*

Dr. Bela Matyas
Solano County Health Officer

**EMERGENCY REGULATIONS**

As Director of Emergency Services for the County of Solano, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and Solano County Code sections 7-12 (a) and (b) and 7-13 (a)(1). The following shall be in effect for the duration of the Solano County Health Officer Order issued above which is incorporated in its entirety by reference:

The Solano County Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both. (Government Code section 8665.)

Date: March 30, 2020

*Birgitta E. Corsello*

County Administrator, Birgitta E. Corsello

Page 5 of 5

Exhibit 62 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 919 of 2921

Page 6 of 5

Exhibit 62 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 920 of 2921