# EXHIBIT 63



Jared Polis
Governor

136 State Capitol
Denver, Colorado 80203

Tel 303-866-2471
Fax 303-866-2003

# D 2020 017

### EXECUTIVE ORDER

### Ordering Coloradans to Stay at Home
### Due to the Presence of COVID-19 in the State

Pursuant to the authority vested in the Governor of the State of Colorado and, in particular, pursuant to Article IV, Section 2 of the Colorado Constitution and the relevant portions of the Colorado Disaster Emergency Act, C.R.S. § 24-33.5-701, *et seq.* (Act), I, Jared Polis, Governor of the State of Colorado, hereby issue this Executive Order ordering Coloradans to stay at home whenever possible due to the presence of coronavirus disease 2019 (COVID-19) in the State.

### I.     Background and Purpose

On March 5, 2020, the Colorado Department of Public Health and Environment's (CDPHE) public health laboratory confirmed the first presumptive positive COVID-19 test result in Colorado. Since then, the number of confirmed cases has continued to climb, and we have evidence of community spread throughout the State. I verbally declared a disaster emergency on March 10, 2020, and issued the corresponding Executive Order D 2020 003 on March 11, 2020 and requested that the President of the United States declare a Major Disaster for the State of Colorado, pursuant to the Stafford Act, on March 25, 2020.

My administration, along with other state, local, and federal authorities, has taken a wide array of actions to mitigate the effects of the pandemic, prevent further spread, and protect against overwhelming our health care resources.

The actions we have undertaken to date are not yet doing enough to reduce the spread of the virus, and we must take additional action to minimize the duration of this epidemic and of the disruption to our daily lives.  The virus that causes COVID-19 is spread primarily by close contact between people and through respiratory droplets when an infected person coughs or sneezes.  Public health experts recommend we practice "social distancing," or maintaining a physical distance of six (6) feet or more from other people, as a way to slow the spread of COVID-19.

This Executive Order requires Coloradans to stay at home, and subject to certain limited exceptions, orders the Executive Director of the CDPHE to issue a public health order defining

Exhibit 63 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 921 of 2921

critical emergency personnel, infrastructure, government functions, and other activities that are exempt from the directives in this Executive Order.

II. **Directives**

    A. This Executive Order will become effective Thursday, March 26, 2020, at 6:00 a.m.

    B. I direct all Coloradans to stay at home, subject to limited exceptions such as obtaining food and other household necessities, going to and from work at critical businesses, seeking medical care, caring for dependents or pets, or caring for a vulnerable person in another location.

    C. I direct all businesses other than those qualified as "Critical Businesses" under Public Health Order 20-24 or any Public Health Order issued pursuant to this Executive Order, to close temporarily, except as necessary to engage in minimum basic operations needed to protect assets and maintain personnel functions, as of the effective date of this Executive Order.

    D. I direct the Executive Director of the CDPHE to issue a public health order consistent with the directives in this Executive Order.

        1. Certain individuals must continue to work outside their residences to provide goods and services critical to our response to the COVID-19 epidemic emergency. The public health order must therefore identify:

            a. critical emergency personnel and infrastructure necessary to ensure continuity of critical healthcare, government functions, public safety, manufacturing, and supply chain operations;

            b. certain critical businesses exempt from this Executive Order, provided they comply with social distancing requirements;

            c. steps all critical businesses must take to comply with social distancing requirements; and

            d. a process by which a local public health authority may obtain relief from this Executive Order or any related Public Health Order issued by CDPHE to more effectively meet local conditions and needs without burdening public health resources in other parts of the State.

            e. Nothing in this Executive Order prevents a local public health authority from issuing an order more protective of public than this Executive Order. For clarity, any stay at home or similar order issued by a local jurisdiction remains in full force and effect.

Exhibit 63 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 922 of 2921

Executive Order D 2020 017<br>
March 25, 2020<br>
Page 3 of 3

2. Individuals must be permitted to carry on basic activities necessary to care for themselves, their families, and to maintain their places of residence. The public health order must therefore identify authorized activities individuals may engage in consistently with the goals of this Executive Order.

III. **Duration**

This Executive Order remains in effect through April 11, 2020 unless rescinded or modified by further Executive Order.



GIVEN under my hand and the Executive Seal of the State of Colorado, twenty-fifth day of March, 2020

Jared Polis
Governor