# EXHIBIT 69



Administration
1675 W. Garden of the Gods Rd., Suite 2044
Colorado Springs, CO 80907
(719) 578-3199 *phone*
**www.elpasocountyhealth.org**

# EL PASO COUNTY PUBLIC HEALTH ORDER 2020-02 FOR COMPLIANCE WITH COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT UPDATED PUBLIC HEALTH ORDERS 20-26 AND 20-28
## APRIL 27, 2020

Pursuant to my authority under C.R.S. §§ 25-1-506 and 25-1-508 as the El Paso County Public Health Director, I hereby issue the following Public Health Order in response to the COVID-19 outbreak.

I.    Summary

In an effort to slow the spread of COVID-19 throughout the State of Colorado, the Colorado Department of Public Health and Environment (CDPHE) has issued a number of Public Health Orders (PHOs) that impose a number of requirements to maximize social distancing in order to protect public and individual health. The COVID-19 pandemic presents a novel threat to public health that must be addressed with strong, evidence-based measures to protect El Paso County, particularly its more vulnerable populations, and its necessary healthcare, first responder, and other community infrastructure. Social distancing is a critical tool in the response to the COVID-19 outbreak.

II.    Findings

A.    I hereby adopt and incorporate into this El Paso County Public Health Order 2020-02 (EPCPHO 2020-02) those findings set forth in CDPHE PHOs 20-26 and 20-28.

B.    I further find that individual responsibility and voluntary compliance with CDPHE PHOs currently constitute El Paso County's best defense against further spread of COVID-19. EPCPH encourages all citizens of El Paso County to protect their own health and that of their families, friends and neighbors by diligently adhering to the temporary restrictions set forth in the CDPHE PHOs to the best of their abilities.

C.    I further find that EPCPH and its numerous partner agencies have used and will continue to use education and outreach as the primary method to obtain voluntary compliance with CDPHE PHOs as we work together to weather the COVID-19 outbreak.

D.    I further find that, should it become necessary as a last resort to pursue enforcement of the CDPHE PHOs through other means, whether civil or criminal, the use of local and state resources will be optimized by initiating such enforcement under the purview of a local public health order.

Exhibit 69 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1003 of 2921

III.     Order

A.     This EPCPHO 2020-02 is necessary for the protection of the public health. It applies throughout El Paso County.

B.     All residents of and visitors to El Paso County are hereby ordered to comply with CDPHE PHO 20-26 and CDPHE PHO 20-28 as now in effect or as they may be amended by CDPHE in the future. The provisions of said PHOs are incorporated herein by reference in their entirety.

C.     This EPCPHO 2020-02 shall remain in effect with respect to the provisions of CDPHE PHO 20-26 and CDPHE 20-28 until their respective expiration dates unless they are extended, rescinded, superseded, or amended in writing, in which case the new respective expirations dates shall be incorporated into this EPCPHO 2020-02.

D.     Any act or omission that violates this EPCPHO 2020-02 that also constituted a violation of EPCPHO 2020-01 shall be considered a subsequent or ongoing violation.

E.     If any provision of this EPCPHO 2020-02 or the application thereof to any person or circumstance is held to be invalid, the remainder of this EPCPHO 2020-02, including the application of such provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this EPCPHO 2020-02 are severable.

F.     This EPCPHO 2020-02 supersedes and replaces EPCPHO 2020-01 in its entirety.

*Susan Wheelan*                                            April 27, 2020
_____         _____
Susan Wheelan, Public Health Director                   Date