# EXHIBIT 72

 

March 16, 2020

To Whom It May Concern:

On March 12, 2020, the Mayor of the City and County of Denver declared a state of local disaster emergency pursuant to C.R.S. § 24-33.5-701, *et seq.*, due to the risk of spread of the novel coronavirus, now designated COVID-19.

On March 13, 2020, the Executive Director of the Denver Department of Public Health & Environment, pursuant to section 24-16 of the Denver Revised Municipal Code, restricted access to certain facilities to minimize the spread of COVID-19.

On March 15, 2020, the Center for Disease Control ("CDC") recommended that all large events and mass gatherings of 50 persons or more be canceled or postponed for eight weeks to minimize the spread of COVID-19.

The Executive Director of the Denver Department of Public Health & Environment ("DDPHE"), pursuant to section 24-16 of the Denver Revised Municipal Code, finds that to minimize the spread of COVID-19:

- Liquor, beer, and wine sales in the City and County of Denver are restricted to carry-out, drive-through, and delivery only, to the extent permitted by law. No onsite consumption is permitted.
- Any bars or nightclubs that serve food may remain open only for the purpose of continuing to prepare and offer food to customers via carry-out, drive-through, and delivery.
- All restaurants and retail food facilities are prohibited from serving food for consumption on premises. Restaurants and retail food facilities may continue to operate for purposes of preparing and offering food to customers via carry-out, drive-through, and delivery only.
- All Marijuana Designated Consumption Areas and Hookah bars that do not serve food shall be closed to the public.
- Waiting lines for carry-out in these establishments must have an environment where patrons and staff maintain social distancing (six feet away from other people) whenever possible.
- The following are exempt from this order:
  - Cafeterias, commissaries, and restaurants in medical facilities, hospitals, nursing homes, assisted living facilities, or similar facilities.
  - Grocery stores
  - Pharmacies
  - Food Banks
  - Airport concessionaires

Public Health Investigations
Denver Department of Public Health & Environment
101 W Colfax Ave, Suite 800| Denver, CO 80202
www.denvergov.org/HealthInspections
p. 720-865-5401 | f. 720-865-5532 | www.Facebook.com/DenverPHI

- The immediate implementation of this order is necessary as patrons of bars and restaurants continue to gather in large numbers, in close proximity to each other, in enclosed spaces, thereby endangering the health of the public. Therefore, this order shall become effective on March 17, 2020 at 8:00 a.m.

Additionally, the Executive Director of DDPHE hereby orders that all large events and mass gatherings ("MASS GATHERINGS") of 50 persons or more shall be canceled or postponed for eight weeks to minimize the spread of COVID-19, consistent with the CDC recommendations.

- MASS GATHERINGS shall include any event or convening that brings together 50 or more persons in a single space or room at the same time, such as an auditorium, stadium, arena, theaters, and large conference rooms. MASS GATHERINGS also includes outdoor events.

- MASS GATHERINGS does not include normal operations at airports, including airport concessions, buses, light rail and train stations, medical facilities, shopping malls and retail shopping centers, and other spaces where 50 or more persons may be in transit and not congregating.

- MASS GATHERINGS does not include typical office environments, schools, child care, retail or grocery stores where large numbers of people are present, but where it is not typical for them to be within arms' length of one another.

- MASS GATHERINGS does not include athletic events provided that it excludes spectators. This order does not apply to immediate family members of participants in the athletic event or anyone necessary for the athletic event to take place.

- MASS GATHERINGS does not apply to shelters for persons experiencing homelessness utilizing social distancing and appropriate public health protocols.

- MASS GATHERINGS does not apply to religious gatherings, gatherings for the purpose of expressing First Amendment protected speech or jury panel summonses.

- MASS GATHERINGS does not include meetings of legislative and quasi-judicial bodies.

- This order is effective immediately and shall be in effect for eight weeks, through May 11, 2020.

The order issued March 13, 2020 is hereby amended to be consistent with the terms and duration of this order.

Questions regarding this order may be directed to Denver 311. Within Denver, dial 3-1-1. Outside Denver, dial 720-913-1311.

Issued by:

*[signature]*

Robert M. McDonald
Public Health Administrator, City & County of Denver
Executive Director, Denver Dept of Public Health & Environment