# EXHIBIT 96



THE CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK, N.Y. 10007

EMERGENCY EXECUTIVE ORDER NO. 101

March 17, 2020

EMERGENCY EXECUTIVE ORDER

WHEREAS, on March 7, 2020, New York State Governor Andrew Cuomo declared a State disaster emergency for the entire State of New York to address the threat that COVID-19 poses to the health and welfare of New York residents and visitors; and

WHEREAS, Emergency Executive Order No. 98, issued March 12, 2020, contains a declaration of a state of emergency in the City of New York due to the threat posed by COVID-19 to the health and welfare of City residents, and such declaration remains in effect for a period not to exceed thirty (30) days or until rescinded, whichever occurs first; and

WHEREAS, the risk of community spread throughout New York City impacts the life and health of the public and public health is imperiled by the person-to-person spread of COVID-19; and

WHEREAS, the reduction of opportunities for the person-to-person transmission of COVID-19 in meetings and other gatherings is necessary to combat the spread of this disease; and;

WHEREAS, this order is given because of the propensity of the virus to spread person-to-person and also because the virus physically is causing property loss and damage; and

NOW, THEREFORE, pursuant to the powers vested in me by the laws of the State of New York and the City of New York, including but not limited to the New York Executive Law, the New York City Charter and the Administrative Code of the City of New York, and the common law authority to protect the public in the event of an emergency:

Section 1. I hereby direct that all group riding (otherwise known as "pooled" or "shared" rides) shall be banned effective Tuesday, March 17, 2020 at 8pm. "Group riding" is defined as travel in TLC licensed high volume for-hire vehicles by riders who would not otherwise travel together but are traveling on the same route. This ban shall not apply to paratransit vehicles.

Exhibit 96 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1255 of 2921

§ 2. Section 3 of Emergency Executive Order 100, dated March 16, 2020, is amended to read as follows: During the State of Emergency, and to the extent such laws and rules may be suspended consistent with State law, the following laws and regulations related to procurement are suspended with respect to any procurement of goods, services or construction when an agency head determines in writing that the procurement is necessary to respond to the emergency: Chapter 13 of the New York City Charter; Title 9 of the Rules of the City of New York (Procurement Policy Board Rules); and Sections 6-101 through 6-107.1, 6-108.1 through 6-121, and 6-124 through 6-129 of the New York City Administrative Code. Nothing herein shall preclude an agency from complying with any portions of such laws or rules to the extent that the agency head determines that compliance will not interfere with the agency's emergency response.

§ 3. In accordance with Executive Law § 24 and New York City Administrative Code 3-108, any person who knowingly violates the provisions in Section 1 of this order shall be guilty of a class B misdemeanor.

§ 4. This Emergency Executive Order shall take effect immediately, and shall remain in effect for five (5) days unless it is terminated or modified at an earlier date.

*[Signature]*

Bill de Blasio,
MAYOR

Exhibit 96 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1256 of 2921