# EXHIBIT 98

**Office of the Governor
State of Oregon**



**EXECUTIVE ORDER NO. 20-12**

**STAY HOME, SAVE LIVES:  ORDERING OREGONIANS TO STAY AT
HOME, CLOSING SPECIFIED RETAIL BUSINESSES, REQUIRING
SOCIAL DISTANCING MEASURES FOR OTHER PUBLIC AND
PRIVATE FACILITIES, AND IMPOSING REQUIREMENTS FOR
OUTDOOR AREAS AND LICENSED CHILDCARE FACILITIES**

On February 28, 2020, I appointed the State of Oregon's Coronavirus Response
Team.

On February 29, 2020, the Department of Human Services issued strict guidelines,
restricting visitation at congregated care facilities, including nursing homes.

On March 2, 2020, the State of Oregon Emergency Coordination Center was
activated.

On March 8, 2020, I declared an emergency under ORS 401.165 *et seq.* due to the
public health threat posed by the novel infectious coronavirus (COVID-19).

On March 12, 2020, I prohibited gatherings of 250 or more people, and announced
a statewide closure of Oregon K-12 schools from March 16, 2020, through March
31, 2020.

On March 13, 2020, the President of the United States declared the COVID-19
outbreak a national emergency.

On March 16, 2020, the Department of Human Services imposed its most recent
protective measures to restrict visitors to long-term care facilities and other
residential facilities.  The Oregon Health Authority has adopted similar measures at
the Oregon State Hospital and other behavioral health settings and has limited
admissions to the Oregon State Hospital.  The Oregon Department of Corrections
has suspended all visits to state prisons.

On March 17, 2020, I prohibited gatherings of 25 or more people, banned on-site
consumption of food and drink at food establishments statewide, and extending
school closures until April 28, 2020.  I also encouraged all businesses not subject to
the prohibitions to implement social distancing protocols.

On March 18, 2020, I suspended in-person instructional activities at higher
education institutions through April 28, 2020.

## Office of the Governor
## State of Oregon



**EXECUTIVE ORDER NO. 20-12**
**PAGE TWO**

On March 19, 2020, I ordered the postponement of non-urgent health care procedures, in order to conserve personal protective equipment and hospital beds for the state's COVID-19 emergency response efforts. I also directed the Oregon Health Authority to provide guidance regarding limitations and screening for visitors to hospitals and ambulatory surgical centers.

COVID-19 may cause respiratory disease leading to serious illness or death. The World Health Organization considers COVID-19 to be a global pandemic. COVID-19 spreads person-to-person through coughing, sneezing, and close personal contact, including touching a surface with the virus on it and then touching your mouth, nose, or eyes.

To reduce spread of COVID-19, the United States Centers for Disease Control and Prevention (CDC) has recommended community mitigation strategies to increase containment of the virus and to slow transmission of the virus, including cancellation of gatherings of people and social distancing in smaller gatherings.

State and local public health officials advise that the virus is circulating in the community and expect the number of cases to increase. The CDC reports that COVID-19 is most contagious when the individual is most symptomatic but may also spread before symptoms appear.

The number of COVID-19 cases continues to rise in Oregon. On March 8, 2020, at the time I declared an emergency, there were 14 presumptive or confirmed cases in Oregon. By March 12, 2020, there were 21. As of today, there are at least 161 cases and five deaths.

In a short time, COVID-19 has spread rapidly. Additionally, some Oregonians are not adhering to social distancing guidance provided by the Oregon Health Authority, as represented by crowds this last weekend at the Oregon Coast, Smith Rock State Park, the Columbia River Gorge, and other places around the state. To slow the spread of COVID-19 in Oregon, to protect the health and lives of Oregonians, particularly those at highest risk, and to help avoid overwhelming local and regional healthcare capacity, I find that immediate implementation of additional measures is necessary. The purpose of this Executive Order is to reduce person-to-person interaction with the goal of slowing transmission.

**Office of the Governor**
**State of Oregon**



**EXECUTIVE ORDER NO. 20-12**
**PAGE THREE**

**NOW THEREFORE, IT IS HEREBY DIRECTED AND ORDERED THAT:**

Stay Home, Save Lives

1.  It is essential to the health, safety, and welfare of the State of Oregon during
    the ongoing state of emergency that, to the maximum extent possible,
    individuals stay at home or at their place of residence, consistent with the
    directives set forth in my Executive Orders and guidance issued by the
    Oregon Health Authority.  To that end, pursuant to ORS 433.441(3),
    ORS 401.168(1), ORS 401.175(3), and ORS 401.188(2) to (3), I am
    ordering the following:

    a.  Non-essential social and recreational gatherings of individuals
        outside of a home or place of residence (e.g., parties, celebrations, or
        other similar gatherings and events) are prohibited immediately,
        regardless of size, if a distance of at least six feet between
        individuals cannot be maintained.

    b.  Individuals are prohibited from patronizing businesses that are
        closed pursuant to paragraph 2 of this Executive Order, and from
        engaging in conduct prohibited by prior Executive Orders or
        inconsistent with guidance provided by the Oregon Health
        Authority.

    c.  When individuals need to leave their homes or residences, they
        should at all times maintain social distancing of at least six feet from
        any person who is not a member of their immediate household, to
        the greatest extent possible, and comply with the other Social
        Distancing Requirements guidance issued by the Oregon Health
        Authority.

    d.  Individuals may go outside for outside recreational activities
        (walking, hiking, etc.), but must limit those activities to non-contact,
        and are prohibited from engaging in outdoor activities where it is not
        possible to maintain appropriate social distancing (six feet or more
        between individuals).

    e.  Failure to comply with any of the provisions of this Executive Order
        constitutes an imminent threat and creates an immediate danger to

**Exhibit 98 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**                    **Page 1263 of 2921**

# Office of the Governor
# State of Oregon



**EXECUTIVE ORDER NO. 20-12**
**PAGE FOUR**

public health.  Any person found to be in violation of this Executive Order is subject to the penalties described in ORS 401.990.

<u>Closure of Certain Businesses</u>

2.   Pursuant to ORS 433.441(3)(a), (b), (d) and (f), ORS 401.168(1), and ORS 401.188(1) to (3), and effective 12:01 a.m. on March 24, 2020, I prohibit the operation of the following businesses, for which close personal contact is difficult or impossible to avoid:

> Amusement parks; aquariums; arcades; art galleries (to the extent that they are open without appointment); barber shops and hair salons; bowling alleys; cosmetic stores; dance studios; esthetician practices; fraternal organization facilities; furniture stores; gyms and fitness studios (including climbing gyms); hookah bars; indoor and outdoor malls (i.e., all portions of a retail complex containing stores and restaurants in a single area); indoor party places (including jumping gyms and laser tag); jewelry shops and boutiques (unless they provide goods exclusively through pick-up or delivery service); medical spas, facial spas, day spas, and non-medical massage therapy services; museums; nail and tanning salons; non-tribal card rooms; skating rinks; senior activity centers; ski resorts; social and private clubs; tattoo/piercing parlors; tennis clubs; theaters; yoga studios; and youth clubs.

3.   Paragraph 2 of this Executive Order does not apply to restaurants, bars, taverns, brew pubs, wine bars, cafes, food courts, coffee shops, or other similar establishments that offer food or drink, which remain subject to Executive Order No. 20-07 (prohibiting on-premises consumption of food or drink, but allowing take-out or delivery service).

4.   Indoor and outdoor malls, and other businesses subject to paragraph 2 of this Executive Order, are not prohibited from operating to provide food, grocery, health care, medical, pharmacy, or pet store services.

5.   Subject to approval by the Governor, the Oregon Health Authority has the authority to determine if additional business closures are necessary to slow the spread of COVID-19 during the ongoing state of emergency.

**Office of the Governor
State of Oregon**



**EXECUTIVE ORDER NO. 20-12
PAGE FIVE**

Required Social Distancing for Other Retail Businesses

6.      Pursuant to ORS 433.441(3)(a), (b), (d) and (f), ORS 401.168(1), and
ORS 401.188(1) to (3), and effective 12:01 a.m. on March 24, 2020, I
prohibit the operation of any other retail business not subject to paragraph 2
of this Executive Order, unless the business designates an employee or
officer to establish, implement, and enforce social distancing policies,
consistent with guidance from the Oregon Health Authority.

7.      Retail businesses that fail to comply with paragraph 6 of this Executive
Order will be closed until they demonstrate compliance.

8.      Paragraphs 6 and 7 of this Executive Order do not apply to grocery, health
care, medical, or pharmacy services, which also are encouraged to comply
with social distancing guidelines.

Workspace Restrictions

9.      Pursuant to ORS 433.441(3)(a), (b), (d) and (f), ORS 401.168(1), and ORS
401.188(1) to (3), and effective March 25, 2020, all businesses and non-
profit entities with offices in Oregon shall facilitate telework and work-at-
home by employees, to the maximum extent possible.  Work in offices is
prohibited whenever telework and work-at-home options are available, in
light of position duties, availability of teleworking equipment, and network
adequacy.

10.     When telework and work-from-home options are not available, businesses
and non-profits must designate an employee or officer to establish,
implement, and enforce social distancing policies, consistent with guidance
from the Oregon Health Authority.  Such policies also must address how the
business or non-profit will maintain social distancing protocols for
business-critical visitors.

11.     Businesses and non-profits that fail to comply with paragraphs 9 and 10 of
this Executive Order will be closed until they demonstrate compliance.

**Exhibit 98 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**          **Page 1265 of 2921**

# Office of the Governor
# State of Oregon



**EXECUTIVE ORDER NO. 20-12**
**PAGE SIX**

Government Buildings

12.     Pursuant to ORS 433.441(3)(a), (b), (d) and (f), ORS 401.168(1), and
        ORS 401.188(1) to (3), and effective March 25, 2020, all state executive
        branch offices and buildings, to the maximum extent possible, shall close to
        the public and provide public services by phone and online during regular
        business hours.  To the extent that closure is not feasible, in-person
        interactions between staff and the public should be by appointment,
        whenever possible.  When public services require in-person interactions,
        social distancing measures must be established, implemented, and enforced,
        to the maximum extent possible.

13.     State executive branch offices and buildings shall facilitate telework and
        work-at-home by employees, to the maximum extent possible.  When
        telework and work-from-home options are not possible, agencies must
        designate an employee or officer to establish, implement, and enforce social
        distancing policies, consistent with guidance from the Oregon Health
        Authority.

14.     Paragraphs 12 and 13 of this Executive Order apply to all offices and
        buildings owned or occupied by the state executive branch.  This Executive
        Order does not apply to offices and buildings owned or occupied by the
        state legislative and judicial branches, federal government, local
        governments, and tribal governments, but those governments are
        nonetheless strongly encouraged to adhere to the policies underlying these
        directives.

Childcare Facilities

15.     Pursuant to ORS 433.441(3)(a) and (d), ORS 401.168(1), and
        ORS 401.188(2) and (3), it is ordered that any childcare facility licensed
        under ORS 329A.030 and ORS 329A.250 to ORS 329A.450 that does not
        meet the requirements of paragraph 16 of this Executive Order shall close
        from March 25, 2020, through April 28, 2020 ("effective period"), unless
        that period is extended or terminated earlier by the Governor.

16.     Notwithstanding paragraph 15, childcare facilities are allowed to remain
        open during the effective period if they meet the following requirements:

**Exhibit 98 to Plaintiff's Omnibus Appendix of Evidence in support of its
Opposition to Defendants' Motions for Summary Judgment**          **Page 1266 of 2921**



**EXECUTIVE ORDER NO. 20-12**
**PAGE SEVEN**

    a.    Childcare must be carried out in maximum stable groups of 10 or fewer children ("stable" means the same 10 or fewer children are in the same group each day), and in a classroom that cannot be accessed by children outside the stable group; and

    b.    Facilities must prioritize the childcare needs of first responders, emergency workers, health care professionals, followed by critical operations staff and essential personnel, consistent with guidance provided by the Oregon Department of Education, Early Learning Division.

17.    I delegate authority to the Oregon Department of Education, Early Learning Division, to set forth exceptions to the rules provided by paragraph 16 of this Executive Order, if it becomes necessary to do so.

Outdoor Recreation and Travel

18.    Pursuant to the powers vested in me by ORS 433.441(3), ORS 401.168(1) and (3), and ORS 401.188(1) to (3), I hereby order all private and public campgrounds to be closed immediately. This order does not prohibit camp hosts or veterans from remaining in state campgrounds, nor does it extend to RV parks and other housing.

19.    I authorize the Oregon Parks and Recreation Department to close any property or facility, when proper social distancing cannot be maintained.

20.    I order the immediate closure of all pools, skate parks, outdoor sports courts, and playground equipment areas.

21.    For public recreational areas that are permitted to remain open subject to this Executive Order, signs requiring social distancing must be posted at all entrances, exits, and in prominent areas. On-site restrooms must have trash cans, and soap and water or hand sanitizer available. Users of open public recreational areas must strictly adhere to social distancing guidelines.

22.    Individuals are directed to minimize travel, other than essential travel to or from a home, residence, or workplace; for obtaining or providing food, shelter, essential consumer needs, education, health care, or emergency services; for essential business and government services; for the care of family members, household members, elderly persons, minors, dependents,

# Office of the Governor
# State of Oregon



**EXECUTIVE ORDER NO. 20-12**
**PAGE EIGHT**

persons with disabilities, or other vulnerable persons, pets or livestock; travel as directed by government officials, law enforcement, or courts; and other essential travel consistent with the directives of my Executive Orders and guidance from the Oregon Health Authority.

<u>Enforcement</u>

23.    The directives in this Executive Order are effective statewide.

24.    This Executive Order is a public health law, as defined in ORS 431A.005, and may be enforced as permitted under ORS 431A.010.  Additionally, any person found to be in violation of this Executive Order is subject to the penalties described in ORS 401.990.

This Executive Order is issued under the authority conferred to the Governor by ORS 401.165 to 401.236.  Pursuant to ORS 401.192(1), the directives set forth in this Executive Order have the full force and effect of law, and any law, ordinances, rules and orders shall be inoperative to the extent that they are inconsistent with this exercise of the Governor's emergency powers.

This Executive Order is effective immediately, and remains in effect until terminated by the Governor.

Done at Salem, Oregon this 23rd day of March, 2020.

Kate Brown
_____
Kate Brown
GOVERNOR

ATTEST:

Bev Clarno
_____
Bev Clarno
SECRETARY OF STATE