# EXHIBIT 104



# TARRANT COUNTY

## FIRST AMENDED DECLARATION OF LOCAL DISASTER DUE TO PUBLIC HEALTH EMERGENCY

**WHEREAS**, the World Health Organization has declared the coronavirus, now designated COVID-19, as a global pandemic on March 11, 2020; and

**WHEREAS**, COVID-19 was first detected in Wuhan, China in December 2019; and

**WHEREAS**, symptoms of COVID-19 can range from mild to severe illness and cause further complications including death; and

**WHEREAS**, the COVID-19 virus mainly spreads between people who are in close contact with one another through respiratory droplets produced when an infected person coughs or sneezes; and

**WHEREAS**, the continued worldwide spread of COVID-19 presents an imminent threat of widespread illness, which requires emergency action for the protection of the people of Tarrant County; and

**WHEREAS**, a declaration of local disaster and public health emergency includes the ability to reduce the possibility of exposure to disease, control the risk, promote health, and compel persons to undergo additional health measures that prevent or control the spread of disease. These measures include isolation, surveillance, quarantine, or placement of persons under public health observation, including the provision of temporary housing or emergency shelters for persons misplaced or evacuated. A declaration allows the request of assistance from the Governor for state resources; and

**WHEREAS**, this Declaration activates the Tarrant County Emergency Management Plan; and

**WHEREAS**, the County Judge has determined that extraordinary measures must be taken to mitigate the effects of this public health emergency and to facilitate the efficient, rapid, and cooperative response to the emergency; and

**WHEREAS**, the County Judge issued a Declaration of Local Disaster due to Public Health Emergency on March 13, 2020 and the County Commissioners issued a Renewal of Declaration of Local Disaster due to Public Health Emergency on March 17, 2020, and the County Judge hereby issues this First Amended Declaration of Local Disaster due to Public Health Emergency to implement additional measures to ensure the protection of the residents of Tarrant County.

**THEREFORE**, Be It Proclaimed by the County Judge that:

1. This First Amended Declaration of Local Disaster due to Public Health Emergency shall continue for a period of not more than seven days from March 18, 2020 unless continued or renewed by the Commissioners Court.

2. A declaration of a local state of disaster activates the Tarrant County Emergency Management Plan.

Exhibit 104 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1314 of 2921

First Amended Declaration of Local Disaster
Due to Public Health Emergency
Page 2

3. This Declaration authorizes the County to commandeer or use any private property as provided by law.

4. This Declaration hereby limits the size of gatherings to no more than 50 people and mandates the cancellation of all such gatherings of more than 50 people until further notice. This Declaration does not prohibit gatherings of people in multiple, separate enclosed spaces (including separate cubicles) in a single building such as different floors of a multi-level office, residential building, or hotel, so long as 50 people are not present in any single space at the same time. This Declaration also does not prohibit the use of enclosed spaces where more than 50 people may be present at different times during the day, so long as more than 50 people are not present in the space at the same time. The uses in Sections 5, 6, and 7 are not considered "gatherings," but are limited or prohibited as provided in Sections 5, 6, and 7.

5. This Declaration hereby orders that a restaurant with or without drive-in or drive-through services; drive-in restaurant; drive-through restaurant; or microbrewery, micro-distillery, or winery may only provide take out, delivery, or drive-in, or drive-through services, if permitted by law.

6. This Declaration hereby orders the closure of the following: bars, lounges, or taverns; commercial amusement establishment, bingo halls; theaters; gyms; and private clubs.

7. This Declaration hereby limits the occupancy of the following locations to 50% occupancy as set forth on the business's certificate(s) of occupancy or 125 individuals, whichever is less:

   a. Event Centers;
   b. Hotel Meeting Spaces, and Ballrooms;
   c. Retail Stores;
   d. Convenience Stores;
   e. Plazas;
   f. Places of Worship; and
   g. Malls (the occupancy of a mall is limited as follows: (i) common areas in a mall to 50% occupancy as set forth in the business's certificate(s) of occupancy or 125 individuals, whichever is less, and (ii) individual retail stores within a mall to 50% occupancy as set forth in the business's certificates(s) of occupancy or 125, whichever is less).

   The 50% occupancy limit does not apply to areas not listed above, including office buildings, government buildings, critical infrastructure such as airport and transit facilities, residential buildings, grocery stores, manufacturing locations, non-profit service providers, airports, homeless and emergency shelters, day cares, and medical facilities.

8. This Declaration hereby authorizes the use of all lawfully available enforcement tools.

9. This Declaration shall take effect at 12:01 a.m., March 19, 2020.

ORDERED this the 18th day of March 2020, at 4:45 p.m.

_____
B. Glen Whitley, County Judge

Exhibit 104 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1315 of 2921