# EXHIBIT 107



## ORDER CLOSING RESTAURANTS AND BARS
## IN THE CITY OF GALVESTON
## ISSUED BY
## THE MAYOR OF THE CITY OF GALVESTON

WHEREAS, the City of Galveston, Texas, has declared a state of emergency in accordance with Tex. Gov't Code Ch. 418 related to the Corona/Covid 19 virus; and

WHEREAS, information issued by the federal Center for Disease Control and the Texas Department of Health Services related to the Corona/Covid 19 virus have stressed undertaking steps to control of the virus; and,

WHEREAS, those entities have urged that the failure to take steps to diminish the spread of the virus will result in the overwhelming of the health care system in this area with a concomitant increase of mortality; and

WHEREAS, the Galveston County Health District has confirmed the presence of Corona virus in Galveston County caused by community spread, although the Health District refuses to identify the precise location within the County; and

WHEREAS, the present emphasis is the control of community spread of the virus by limiting the number of citizens who are present in a given area; and

WHEREAS, the presence of a high concentration of citizens in restaurants and bars open to the public presents an opportunity for community spread of the virus; and

WHEREAS, it appears the implementation of control measures to control the community spread of the virus by limiting the number of patrons in a bar or restaurant venue is in the best interest of this community; and

WHEREAS, the implementation of such control measure would not undermine the ability of the private and public sector to deliver essential goods and services to the general population; and

WHEREAS, it appears that the appropriate control measure to be taken in relation to bars and restaurants is to order their immediate closure for all but drive through window and take out purposes; operators of bars and restaurants are encouraged to promote take out menus from their premises.

**NOW THEREFORE, I, MAYOR OF THE CITY OF GALVESTON, HEREBY FIND AND ORDER:**

SECTION 1.   That the findings and recitations set out in the preamble to this ORDER are found to be true and correct and they are hereby adopted by the Mayor and made a part hereof for all purposes.

SECTION 2.   That it shall be unlawful for the operator of a bar or restaurant to be open to the public upon entry of this Order for the purposes of dine in services.   This shall not include the provision of take out, delivery or drive through window operations.

SECTION 3.   This Order does not extend to restaurants located in hotels serving meals to guests staying at the hotel; such operations are encouraged to follow CDC guidelines related to social distancing.

SECTION 4.   Any person who shall violate any provision of this ORDER shall be deemed guilty of a misdemeanor and upon conviction shall be fined in a penal sum as allowed by law.

SECTION 5.   That, in accordance with the Texas Disaster Act, this declaration shall take effect as applied to bars immediately at __4:00 P__.M. on __3-17-20__ and shall terminate seven days from the entry of this Order or until further Order of the City.

SECTION 6.   That, in accordance with the Texas Disaster Act, this declaration shall take effect as applied to restaurants at 5:00 am on March 18, 2020 and shall terminate seven days from the entry of this Order or until further Order of the City.

SO DECLARED AND ORDERED at __2:45__ pm this the __17th__ day of March 2020 Claosi.

APPROVED AS TO FORM:

_____
DONALD S. GLYWASKY
CITY ATTORNEY

_____
JAMES D. YARBROUGH
MAYOR, CITY OF GALVESTON

ATTEST:

_____
JANELLE WILLIAMS
CITY SECRETARY

Exhibit 107 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1334 of 2921