# EXHIBIT 111

# ORDER

# BY

# THE COUNTY JUDGE OF TRAVIS COUNTY

**County Judge Order No. 2020-5: Relating the Declaration regard COVID-19**

**Whereas,** on March 6, 2020, a Declaration of Local Disaster was issued by Travis County Judge Sarah Eckhardt to allow the County of Travis ("County" or "Travis County"), Texas to take measures to reduce the possibility of exposure to COVID-19 and promote the health and safety of Travis County residents; and

**Whereas,** on March 13, 2020, a Declaration of State of Disaster was issued by Governor Abbott to take additional steps to prepare for, respond to, and mitigate the spread of COVID-19 to protect the health and welfare of Texans; and

**Whereas**, the COVID-19 virus is contagious and spreads through person-to-person contact, especially in group settings; and

**Whereas,** on March 15, 2020, the Centers for Disease Control and Prevention ("CDC") recommended that organizers (whether groups or individuals) cancel or postpone in-person events that consist of 50 people or more throughout the United States; and

**Whereas,** on March 16, 2020, President Trump acknowledged the gravity of the COVID-19 pandemic, releasing strict new guidelines to limit people's interactions, including that Americans should avoid groups of more than 10 people; and

**Whereas**, on March 19, 2020, Governor Abbott issued Executive Order GA 08 Relating to COVID-19 Preparedness and Mitigation stating people shall avoid social gatherings in groups of more than 10 people and closed all schools until April 3, 2020; and

**Whereas**, on March 20, 2020 and on March 21, 2020, due to the substantial risks to the public, County Judge issued orders deeming it in the public interest to prohibit anywhere in the City of Austin, Social Gatherings of more than 10 people; to prohibit gatherings of more than 10 people for other than social purposes, unless social distancing could be maintained and controlled and to identify critical infrastructure;

**Whereas**, based in part on credible modeling by University of Texas Austin, further restriction of movement of persons is necessary to reduce the substantial risk of harm to the public and, therefore, as long as this Order is in effect, all individuals anywhere in the Travis County are required to shelter in place, except to perform certain essential activities, or to perform work in or obtain service from an Essential Business, Essential Government Functions or service, or in Critical Infrastructure.

**NOW THEREFORE, I, COUNTY JUDGE OF TRAVIS COUNTY, PURSUANT TO THE AUTHORITY VESTED BY TEXAS GOVERNMENT CODE CHAPTER 418, HEREBY FIND AND ORDER THAT:**

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1372 of 2921

**SECTION 1. Stay at Home or Place of Residence.** All individuals currently living within Travis County, including but not limited to all of the cities and municipalities within the boundaries of Travis County and specifically listed in Exhibit A, are ORDERED to shelter at their place of residence except as allowed by this Order. All persons may leave their residences only to perform certain Essential Activities, or to perform or obtain services from Essential Businesses, Government Functions or services, or Critical Infrastructure as defined below. The County Judge deems it is in the public interest to issue this Order and it is effective as of 11:59 p.m. on March 24, 2020, and continuing until 11:59 p.m. on April 13, 2020, unless terminated or modified by a subsequent Order.

**SECTION 2. Non-Essential Business operations must cease**. All businesses or operations with facilities in Travis County, except Essential Businesses as defined below, are required to cease all activities within the County except Minimum Basic Operations as defined below and operations consisting exclusively of employees or contractors performing activities at their own residences (i.e., working from home).

All **Essential Businesses, Essential Government Functions and services, and Critical Infrastructure** are strongly encouraged to remain open and operate within the requirements of Exhibit B to the greatest extent feasible.

**SECTION 3. Prohibited Activities.** All public and private gatherings of any number of people occurring outside a single household or dwelling unit are prohibited, except for the Essential Activities or to perform or obtain services from an Essential Business, Government Function or services, or Critical Infrastructure, as defined below. Nothing in this Order prohibits the gathering of members of a household within the household's dwelling unit.

**SECTION 4. Travel**. All travel, including, but not limited to, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit is prohibited, except for purposes of Essential Activities or to perform or obtain services from an Essential Business, Government Function or service, or Critical Infrastructure, as defined below. To the greatest extent feasible, people riding on public transit shall comply with Requirements in Exhibit B.

**SECTION 5. Prior Orders.** This Order is issued in accordance with and incorporates by reference declarations, findings, and recitations set out in the preamble to this Order and prior Orders issued by County Judge Eckhardt except that where any such previous Orders or Declarations are in conflict with this Order, this Order prevails.

**SECTION 6. Definitions and Exemptions**.

a. **Individuals experiencing homelessness** are exempt from this Order except that, to the extent individuals are using shared or outdoor spaces, they shall, to the greatest extent feasible, maintain social distancing of at least six feet from any other person, consistent with the Social Distancing Requirements, as defined in Exhibit B. Individuals experiencing homelessness are strongly urged to obtain shelter. Governmental and other entities are strongly urged to make such shelter available as soon as possible and to the maximum extent practicable and to use COVID-19 risk mitigation practices in their operation.

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment    Page 1373 of 2921

b. **Essential Activities.** For purposes of this Order, individuals may leave their residence only to perform any of the following "Essential Activities." But people at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible, except as necessary to seek medical care.

   i. **For Health and Safety.** To engage in activities or perform tasks essential to their health and safety, or to the health and safety of their family or household members (including, but not limited to, pets), such as, by way of example only and without limitation, seeking emergency services, obtaining medical supplies or medication, or visiting a health care professional;

   ii. **For Necessary Supplies and Services.** To obtain necessary services or supplies for themselves and their family or household members, or to deliver those services or supplies to others, such as, by way of example only and without limitation, groceries and food, including pet supplies and food, supplies they need to work from home, household consumer products, and products necessary to maintain the safety, sanitation, and essential operation of residences;

   iii. **For Outdoor Activity.** To engage in outdoor activity, such as, by way of example and without limitation, walking, hiking, or running provided the individuals comply with Requirements as set forth in Exhibit B. ;

   iv. **For Certain Types of Work.** To perform work providing essential products and services at an Essential Business, Government Service, or Critical Infrastructure, or to otherwise carry out activities specifically permitted in this Order, including Minimum Basic Operations; or

   v. **To Take Care of Others.** To care for a family member or pet in another household.

   vi. **To perform or obtain services from an Essential Business, Government Function or service, or Critical Infrastructure**, as defined in this Order.

   vii. **To return home** from or to another jurisdiction (i.e. returning home from a closing university)**.**

c. **Essential Government Functions.** "Essential Government Functions" means all services, including necessary administrative and support services, needed to ensure the continuing operation of the government agencies and provide for the health, safety and welfare of the public and all agencies that provide for the health, safety and welfare of the public. Each government body shall determine its Essential Government Functions and identify employees and/or contractors necessary to the performance of those functions. Essential Government Functions of Travis County are listed in Exhibit D. To the extent feasible, all Essential Governmental Functions shall be performed in

Page 3 of 8

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1374 of 2921

    compliance with the Requirements in Exhibit B. This Order does not apply to the Federal or State Government.

d. **Essential Critical Infrastructure:** Essential Critical Infrastructure means all public and private facilities and assets, including both physical and cyber systems, and other functions and sectors vital to the security, governance, public health, safety, and economic continuity of the County of Travis, and municipalities set forth in Exhibit A; and is set forth in Exhibit C; and

e. **Essential Businesses.** For the purposes of this Order, "Essential Businesses" means:

    i. **Healthcare Operations.** Healthcare Operations includes but is not limited to hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, other healthcare facilities, healthcare suppliers, mental health providers, substance abuse service providers, blood banks, medical research, laboratory services, or any related and/or ancillary healthcare services. Home-based and residential-based care for seniors, adults, or children are also considered healthcare operations. Healthcare operations also includes veterinary care and all health and welfare services provided to animals. This exemption shall be viewed broadly to avoid any impacts to the delivery of healthcare. Healthcare operations do not include fitness and exercise gyms and similar facilities. Healthcare operations do not include elective medical, surgical, and dental. Healthcare operations do not include retail outlets selling electronic cigarette products and cannabidiol products;

    ii. **Stores that sell Groceries and Certain Other Essential Supplies.** Grocery stores, supermarkets, big-box stores, farmers' markets, food banks, convenience stores, liquor stores, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh meats, fish, and poultry, and any other household consumer products (such as cleaning and personal care products). This includes stores that sell groceries and also sell other non-grocery products, and products necessary to maintaining the safety, sanitation, and essential operation of residences;

    iii. **Food Cultivation**. Food cultivation, including farming, livestock, and fishing;

    iv. **Social Services and Charitable Organizations.** Businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals;

    v. **News Media.** Newspapers, television, radio, and other news media services;

    vi. **Gas Stations and Businesses Needed for Transportation.** Gas stations, automobile dealerships, auto-manufacturing and assembly, auto-supply, auto-repair, and other related facilities;

Page **4** of **8**

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment     **Page 1375 of 2921**

vii. **Financial Institutions.** Banks and related financial institutions, consumer lenders, sales and finance lenders, credit unions, appraisers, title companies;

viii. **Hardware and Supply Stores.** Hardware stores and businesses that sell electrical, plumbing, and other material necessary to support Essential Businesses, Critical Infrastructure, and Essential Government Functions;

ix. **Critical Trades.** Plumbers, electricians, exterminators, pool cleaners, and other service providers only to the extent that services are necessary to maintaining the safety, sanitation, and essential operation of residences, essential activities, Essential Businesses, Essential Government Services, and Critical Infrastructure, including but not limited to utilities such as electricity, gas, water and wastewater, and other public works. Critical Trades does not include discretionary maintenance or improvements;

x. **Mail and Delivery Services.** Businesses providing mailing and shipping services, including post office boxes;

xi. **Educational Institutions.** Educational institutions—including public and private K-12 schools, colleges, and universities—for purposes of temporarily closing facilities including dormitories, facilitating distance learning or performing critical research or essential functions, provided the Requirements in Exhibit B are maintained to the greatest extent possible;

xii. **Restaurants for Consumption Off-Premises.** Restaurants and other facilities that prepare and serve food, but only for delivery or carry out. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and takeaway basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or at any other gathering site;

xiii. **Supplies to Work from Home.** Businesses that supply products needed for people to work from home;

xiv. **Supplies and Service for Essential Businesses, Critical Infrastructure and Essential Government Functions.** Businesses or services that supply other Essential Businesses, Critical Infrastructure, and Essential Government Functions with the support or supplies necessary to operate; including but not limited to janitorial services, laundry services, computers, audio and video electronics, hardware, paint, electrical and plumbing material, sanitary equipment, medical equipment, and food and beverages and must comply with the requirements for Exhibit B;

xv. **Food Delivery Services.** Businesses that ship or deliver groceries, food, goods or services directly to residences;

Page **5** of **8**

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1376 of 2921

xvi. **Transportation.** Airlines, taxis, and other private transportation providers (such as Uber and Lyft) that provide transportation services necessary for the performance of essential activities, Essential Businesses, Critical Infrastructure, Essential Government Functions, and Essential Travel.

xvii. **Home-Based Care and Services.** Home-based care for seniors, adults, or children, including caregivers who may travel to provide care;

xviii. **Residential Facilities and Shelters.** Residential facilities and shelters for seniors, adults, children and animals;

xix. **Professional Services.** Professional services, such as legal or accounting services, insurances services, and real estate services when necessary to assist in compliance with legally mandated activities and only to the extent that service can be provided with Minimum Basic Operations as defined below;

xx. **Information Technology Services/Telecommunications Services.** IT and IT services and their essential services vendors, including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, web-based services, and critical manufacturing, as well as,- telecommunications services, internet access and broadband/communications services; and

xxi. **Childcare Facilities.** Childcare facilities providing services that enable employees exempted in this Order to work as permitted. To the extent possible, childcare facilities must operate under the following mandatory conditions:

1. Childcare must be carried out in stable groups of 10 or fewer ("stable" means that the same 10 or fewer children are in the same group each day).

2. Children shall not change from one group to another.

3. If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.

4. Childcare providers shall remain solely with one group of children.

xxii. **Moving Supply Services**. Businesses that provide residential and/or commercial moving services and necessary moving supplies; and

xxiii. **Hotels and Motels.** Hotels and motels, to the extent used for lodging or delivery or carry-out food services; and

xxiv. **Funeral Services.** Funeral, mortuary, cremation, burial, cemetery, and related services, provided that social distancing of six feet per person is maintained to the greatest extent possible; and

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment     Page 1377 of 2921

 f. **Minimum Basic Operations.** For the purposes of this Order, "Minimum Basic Operations" include the following, provided that employees comply with Requirements in Exhibit B while carrying out such operations:

  i. The minimum necessary activities to maintain the value of the business's inventory, ensure security, process payroll and employee benefits, or for related functions; or

  ii. The minimum necessary activities to facilitate employees and clients of the business being able to continue to work and to receive services remotely from their residences.

 g. **Residences.** For purposes of this Order, residences include hotels, motels, shared rental units, and similar facilities.

**SECTION 7.** The County Judge SUSPENDS all deadlines imposed by local law, rule, or other regulation until May 1, 2020.

**SECTION 8.** That the Travis County Sheriff's Office, the Travis County Fire Marshal's Office, and other peace officers, are hereby authorized to enforce this order. A violation of this order may be punishable through criminal or civil enforcement. A violation of this order is a misdemeanor punishable by a fine not to exceed $1,000 or confinement in jail for a term not to exceed 180 days, or both fine and confinement. A violation of this order may be enforced by the filing of a probable cause affidavit alleging the criminal violation with the appropriate court or by issuing a citation to the person violating, that contains written notice of the time and place the person must appear before a magistrate of this state, the name and address of the person charged, and the offense charged.

**SECTION 9.** The Austin Public Health Department and the Travis County Clerk will post this Order on their website. In addition, the owner, manager, or operator of any facility that is likely to be impacted by this Order is strongly encouraged to post a copy of this Order onsite and to provide a copy to any member of the public asking for a copy. If any subsection, sentence, clause, phrase, or word of this Order or any application of it to any person, structure, gathering, or circumstance is held to be invalid or unconstitutional by a decision of a court of competent jurisdiction, then such decision will not affect the validity of the remainder of this Order and its application.

**SECTION 10. Savings Clause.** If any provision of this Order or its application to any person or circumstance is held to be invalid, then the reminder of the Order, including the application of such part or provision to other persons or circumstances, shall not be affected and shall continue in full force and effect. To this end, the provisions of this Order are severable.

**SECTION 11.** This Order incorporates by reference the following:

 Exhibit A: List of Cities and Municipalities Within Travis County Jurisdiction Covered by this Order

Exhibit B: Recommendations and Requirements by the Austin Travis/ County Health Authority

Exhibit C: Critical Infrastructure Definition and Obligations

Exhibit D: Essential Government Functions for Travis County

**ORDERED** this the 24th day of March, 2020, in the County of Travis, Texas.

_____
County Judge
County of Travis, Texas

Filed with the Clerk of Travis County, this ____ day of _____, 2020.

_____
Dana, DeBeauvoir, County Clerk

Page **8** of **8**

**Exhibit A: List of Cities and Municipalities within Travis County Jurisdiction covered by the Order**

- City of Austin
- City of Bee Cave
- City of Cedar Park
- City of Creedmoor
- City of Elgin
- City of Jonestown
- City of Lago Vista
- City of Lakeway
- City of Leander
- City of Manor
- City of Mustang Ridge
- City of Pflugerville
- City of Rollingwood
- City of Round Rock
- City of Sunset Valley
- City of West Lake Hills
- Village of Briarcliff
- Village of Point Venture
- Village of San Leanna
- Village of The Hills
- Village of Volente
- Village of Webberville

County Judge Order No. 2020-05
Exhibit A: List of Cities and Municipalities within Travis County Jurisdiction covered by the Order

**Exhibit B: Austin/Travis County Health Authority Requirements and Recommendations**

1) **COVID-19 Positive Individuals, Suspected Positives, those being tested, and Household Members**
   - COVID-19 Positive Individuals, Suspected Positives, those currently being tested, and Untested Individuals with cough and/or fever:
     - Prohibited from leaving residence without a surgical or similar mask to prevent the spread to others.
     - The following activities are permitted while wearing a mask:
       - Seeking emergency medical care related or unrelated to COVID-19. In doing so, you shall notify first responders at the time of the call to 9-1-1 or prior to presentation to other healthcare resources.
       - Walking or exercising alone in the immediate vicinity of your residence.
     - Prohibited from leaving Travis County without prior notification to Austin Public Health.
     - Shall practice social distancing within the residence, observe hygiene practices for prevention of household spread in accordance with CDC guidelines
     - Shall notify Austin Public Health if the residence does not allow for physical separation from other household contacts (separate room)
     - Shall notify Austin Public Health if a member of your household is over the age of 60 and/or if they have underlying medical conditions identified by the CDC of increasing the risk of complications from COVID-19
     - Shall remain in home quarantine for no less than 7 days following the onset of their illness and at least three days (72 hours) after the conclusion of their illness (resolution of fever without medications and improvement in cough and shortness of breath).
   - Household Members of COVID-19 Positive Individuals, Suspected Positives, those currently being tested, or Untested Individuals with cough and/or fever.
     - Prohibited from leaving residence without a surgical or similar mask to prevent the spread to others.
     - The following activities are permitted while wearing a mask:
       - Seeking emergency medical care related or unrelated to COVID-19. In doing so, you shall notify first responders at the time of the call to 9-1-1 or prior to presentation to other healthcare resources.
       - Walking or exercising alone in the immediate vicinity of your residence.
     - Prohibited from leaving Travis County without prior notification to Austin Public Health.
     - Shall practice social distancing within the residence, observe hygiene practices for prevention of household spread in accordance with CDC guidelines
     - Shall notify Austin Public Health if the residence does not allow for physical separation from other household contacts (separate room)
     - Shall notify Austin Public Health or your Primary Care Provider if you develop symptoms consistent with COVID-19 as defined by the CDC.
     - Shall remain in home quarantine for no less than 14 days following the <u>last exposure</u> to individuals with confirmed or suspected COVID-19.

County Judge Order No. 2020-05
B: Austin/Travis County Health Authority Requirements and Recommendations

2) **Vulnerable Populations Shall: Limit Outings**
   - Vulnerable populations include people who:
     - Are 60 years old and older; or
     - Have certain health conditions such as heart disease, lung disease, diabetes, kidney disease, Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), and weakened immune systems.
   - For vulnerable populations, don't go to group gatherings unless it is essential. If you can telecommute, you should. Avoid people who are sick.

2) **Workplace and Businesses If Allowed Shall Minimize Exposure**
   - Suspend nonessential employee travel.
   - Prohibit employees working within six (6) feet of one another unless necessary to provide continuity of essential services, including minimizing or canceling in-person meetings and conferences.
   - Require employees to stay home when they are sick and maximize flexibility in sick leave benefits.
   - Permit sick employees to stay home without providing a doctor's note.
   - Utilize telecommuting options to minimize person-to-person interaction.
   - Alter schedules for employees so not all employees are present at one time but are present at alternative days and times, unless necessary to provide continuity of essential services.
   - Shall ensure that queuing inside and outside of the business or workplace can maintain six (6) feet of separation between customers.

3) **Allowable Events**
   - Cancel or postpone all gatherings.
   - Do not attend any events or gatherings if sick.
   - For events that aren't cancelled, we require:
     - Having hand washing capabilities, hand sanitizers, and tissues available;
     - Frequently cleaning high-touch surface areas like countertops, doorknobs, and handrails; and
     - Finding ways to create physical space (minimize of six (6) feet between people) to minimize close contact as much as possible.

4) **Schools and Daycare: Safety First**
   - Do not have your child attend school or daycare if sick.
   - If you have a child with chronic health conditions, consult the child's doctor about school and daycare attendance.
   - Frequent re-education of students and staff regarding personal hygiene measures (handwashing, etc.) and ensuring that appropriate signs are posted.
   - Schools shall equip all classrooms with hand sanitizers and tissues.
   - Reschedule or cancel events that are not essential, even if the events would otherwise comply with the Order.
   - Explore remote teaching and online options to continue learning.

County Judge Order No. 2020-05
B: Austin/Travis County Health Authority Requirements and Recommendations

- Schools should develop a plan for citywide school closures and families should prepare accordingly, including preparation for the possibility of closure for the remainder of the academic year.

**5) Grocery Stores and Pharmacies**
- Increase the use and capability of drive-thru, curbside, or delivery services.
- Limit or restrict the number of customers permitted in a store at one time.
- Minimize the number of employees working within six (6) feet of one another.
- Provide hand washing capabilities, hand sanitizers, and tissues.
- Frequently clean high-touch surface areas like countertops, doorknobs, and handrails with CDC recommended surface cleaners for COVID-19.
- Shall ensure that queuing inside and outside of the business or workplace can maintain six (6) feet of separation between customers.

County Judge Order No. 2020-05
B: Austin/Travis County Health Authority Requirements and Recommendations

**Exhibit C:   Critical Infrastructure Designations and Obligations**

1. **Critical Infrastructure** is defined as all public and private facilities and assets, including both physical and cyber systems, and other functions and sectors vital to the security, governance, public health, safety, and economic continuity of Travis County.

2. Critical Infrastructure, includes but is not limited to the following:

    a. banking and financial institutions;
    b. transit and transit facilities, transportation services, equipment and facilities;
    c. power, water, telecommunications, natural gas, public utilities and sanitation services;
    d. critical manufacturing including primary metals, machinery, electrical equipment and components, health and safety products and equipment, and transportation equipment;
    e. information and communications, including press;
    f. emergency services;
    g. public health and medical services;
    h. fire and law enforcement;
    i. public works;
    j. agriculture and food;
    k. airport facilities and operations;
    l. sanitation services;
    m. government buildings or facilities.
    n. Construction, including public works construction, and construction of affordable housing or housing for individuals experiencing homelessness, social services construction, and other construction that supports essential uses, including essential businesses, government functions, or critical infrastructure, or otherwise as required in response to this public health emergency; and

   3. **RECOMMENDATIONS FOR EMPLOYEES**:

    a. Employees who work in and around Critical Infrastructure should refrain from reporting to work when falling within any of the following criteria and should follow the initial self-quarantine recommendations:

        i. Has signs or symptoms of a respiratory infection, such as a cough, shortness of breath, or sore throat;
        ii. Has a fever greater than 99.6°F;
        iii. In the previous 14 days has had contact with someone with a confirmed diagnosis of COVID-19 and did not have the appropriate personal protective equipment designated by the Centers for Disease Control and Prevention (CDC); is under investigation for COVID-19; or is ill with a respiratory illness; or
        iv. has traveled to an area the World Health Organization or CDC considers a "Hotspot."

Exhibit C: Critical Infrastructure Definition and Obligations Page **1** of **3**

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1384 of 2921

4. **REQUIREMENTS FOR EMPLOYERS:**

    a. Employers include public and private employers located and operating in and out of Critical Infrastructure. To prevent stigma and discrimination in the workplace, employers shall only adhere to the recommendations described in this Order to determine risk of COVID-19. Employers should contact their own human resources advisors and shall not make determinations of risk based on race, color, religion, sex, sexual orientation, gender identity, age, familial status, disability, marital status, student status, creed, national origin. To the extent possible, employers should maintain confidentiality of people with suspected or confirmed COVID-19.

    b. Employers shall follow the Requirements and Recommendations in Exhibit B, as applicable.

    c. Employers shall only allow persons in and around Critical Infrastructure that are: (1) essential employees not subject to any of the criteria in 3.a. above, (2) customers or members of the public to the extent Social Distancing can be maintained and the Recommendations in Exhibit A are followed, and (3) persons with legal authority to enter such as law enforcement.

    d. Prior to allowing employees into its facility, employers shall ask all employees if they meet any of the criteria in 3.a. above, and shall direct employees to return home if the employee is exhibiting symptoms and presenting a threat of infecting other employees at the Critical Infrastructure facility.

    e. Employers shall immediately separate an employee who becomes sick or demonstrates a temperature greater than 99.6°F while at work from other employees and send that employee home.

    f. Human resources departments at Critical Infrastructure facilities shall create alternate work plans to help employees remain productive while keeping the workforce safe and healthy.

    g. Employers are strongly encouraged to require employees (either those exhibiting symptoms or all employees) to undergo non-invasive temperature readings prior to entering a Critical Infrastructure facility; however, **employers are not mandated to take the temperature of employees prior to entrance to its facility**. If the employer does take employees' temperatures and/or has first-hand knowledge that the employee's temperature exceeds 99.6°F, then the employer shall prohibit the employee from entering the facility or property.

    h. Employers shall create and implement an infectious disease response plan

Exhibit C: Critical Infrastructure Definition and Obligations Page **2** of **3**

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1385 of 2921

**5. FUTURE REQUIREMENTS FOR TEMPERATURE SCREENING OF CRITICAL INFRASTRUCTURE EMPLOYEES**.

When there are sufficient supplies and a need is determined by the Health Authority, it may be ordered that employers screen the temperature of all employees entering facilities. Notice of this requirement will be posted on Austin/Travis County Public Health Authority and the Travis County websites. Whenever possible, the Health Authority will attempt to provide written notice by email to impacted entities

Exhibit C: Critical Infrastructure Definition and Obligations Page **3** of **3**

Exhibit 111 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1386 of 2921

**Exhibit D: Essential Functions or Services of Travis County**

Essential Government Functions" means all services, including necessary administrative or other support services, needed to ensure the continuing operation of the government agencies and provide for the health, safety and welfare of the public and all agencies that provide for the health, safety and welfare of the public.

Each government body shall determine its Essential Government Functions and identify employees and/or contractors necessary to the performance of those functions.

To the extent feasible, all Essential Governmental Functions shall be performed in compliance with the Requirements in Exhibit B.  This Order does not apply to the Federal or State Government.

Essential Governmental Functions include, but are not limited:

      a. transit and transit facilities, transportation services, equipment and facilities;
      b. power, water, telecommunications, natural gas, public utilities, janitorial and sanitation services;
      c. information and communications, including new media and press;
      d. emergency services;
      e. public health and medical services;
      f. fire and law enforcement; including corrections;
      g. public works;
      h. court operations, such as community supervision and pre-trial service, clerk, court reporters
      i. critical road, equipment, technology and infrastructure maintenance or repair

County Judge Order No. 2020-05
Exhibit D: Essential Government Functions