# EXHIBIT 113

DIRECTIVE TO THE STATE OF UTAH

The Governor's Coronavirus Directive for Utah
"Stay Safe, Stay Home"

**Updated April 10, 2020**

I would like to thank all Utahns who continue to do their part to slow the spread of novel coronavirus disease 2019 (COVID-19). Utahns have increased their efforts since I originally issued this Directive on March 27, 2020, and these efforts continue to make a difference. It is important that we maintain these enhanced protective measures for our own safety and the safety of everyone around us.

I expect each Utah resident and business to follow these directives. These directives are necessary to keep Utah residents safe during the worldwide COVID-19 pandemic. These safety requirements will certainly result in disruptions to our lives, and that cannot be avoided. Those disruptions are a critical part of keeping ourselves safe.

Following these directives now will avoid significant hardship later.

These directives establish minimum statewide standards. In consultation with the State, local authorities may impose more stringent directives and orders to address the unique circumstances in different areas of Utah.

These directives are not to be confused with a shelter-in-place order.

The following directives are effective immediately and shall remain in place until 11:59 p.m. on May 1, 2020.

**I. Directives for Individuals**

Each individual in the state of Utah is hereby directed to engage in the following measures to reduce the spread of COVID-19:

1. **Health orders and guidelines.** Follow orders, guidelines, and standards promulgated by the Utah Department of Health and applicable local health departments.
2. **Self-isolation after exposure to COVID-19.** Self-isolate for 14 days after:
   a. traveling out of state; or
   b. being exposed to an individual presenting symptoms of illness consistent with COVID-19.
3. **Social and physical distancing.**
   a. Stay at home as much as possible.
   b. Work from home as much as possible.
   c. Maintain a six-foot distance from individuals who are not members of the same household or residence when outside or in public.
   d. Socialize remotely by phone or video chat.
   e. Do not shake hands with other individuals.
   f. Do not pay in-person social visits to hospitals, nursing homes, or other residential care facilities.
   g. Do not pay in-person social visits to friends or family.
   h. Do not attend any in-person gathering of any number of people who are not of the same household or residence.
4. **Hygiene.**
   a. Wear a cloth face covering that covers the nose and mouth in any place of public accommodation, including retail establishments and grocery stores, and whenever social distancing is not possible.
   b. Wash hands frequently with soap and water for at least 20 seconds.
   c. Use hand sanitizer frequently.
   d. Avoid touching your face.
   e. Cover coughs or sneezes by coughing or sneezing into the sleeve or elbow, but not into hands.
   f. Clean high-touch surfaces regularly, including buttons, door handles, counters, and light switches.
5. **Children.**
   a. Do not arrange or allow your child to participate in in-person playdates or similar activities.
   b. Do not allow your child on public playground equipment.
6. **Outdoor activities and recreation.**
   a. Maintain a six-foot distance from individuals who are not members of the same household or residence when engaging in outdoor activities or recreation, including walking, hiking, running, biking, driving for pleasure, hunting, and fishing.
   b. Avoid high-touch surfaces.
   c. Do not engage in close-contact or team sports.
   d. Do not congregate at trailheads, parks, or other outdoor spaces.
7. **Travel.**
   a. Limit travel only to essential travel.
   b. "Essential travel" means travel to:
   i. safely relocate from an unsafe home or residence, including by an individual who has suffered or is at risk of domestic violence or for whom the safety, sanitation, or essential operations of the home or residence cannot be maintained;
   ii. work if you cannot work remotely;
   iii. care for a family member or friend in the same household or another household, including transporting family members or friends;
   iv. transport a child according to existing parenting time schedules or other visitation schedules;
   v. seek emergency or protective services;
   vi. obtain the following supplies and services:
   A. medication and medical services;
   B. food and other grocery items, including delivery or carry-out services, and alcoholic or non-alcoholic beverages;
   C. gasoline and other motor-vehicle fuels;
   D. supplies required to work from home;
   E. products needed to maintain the safety, sanitation, and essential operation of homes and residences, businesses, and personally owned vehicles, including automobiles and bicycles; and

Exhibit 113 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1391 of 2922

    F.  laundromat and dry cleaning services;
   vii.  donate blood;
   viii.  care for pets, including travel to a veterinarian;
   ix.  engage in recreational and outdoor activities close to home; and
   x.  return to a home or place of residence.

  8.  **Homeless individuals.**  Notwithstanding any other provision of this Directive, except as required by the Utah Department of Health or a local health department to maintain public health, a law-abiding individual experiencing homelessness may:

    a.  move between emergency shelters, drop-in centers, and encampments; and
    b.  remain in an encampment of ten or fewer members without being subject to disbandment by state or local government.

## II. Directives for For-Profit and Nonprofit Organizations

Each business, including for-profit and nonprofit organizations, in the state of Utah is hereby directed to engage in the following measures to reduce the spread of COVID-19:

1. **Proactive response.**  Proactively implement policies and best practices to:
   a. reduce disease transmission among employees and volunteers;
   b. maintain a healthy work environment; and
   c. maintain critical operations while complying with state and local orders, directives, and recommendations.
2. **Remote work.**
   a. Require employees and volunteers to work remotely from home except to perform work that cannot be done from home.
   b. Utilize video conferencing and virtual meeting services.
3. **Non-remote work.**
   a. Require employees and volunteers who present symptoms of illness consistent with COVID-19 to stay home.
   b. Do not require a positive COVID-19 test result or healthcare provider's note for an employee or a volunteer who stays home due to illness.
   c. Enhance social distancing in the workplace by grouping employees and volunteers into cohorts of no more than ten individuals that have limited contact with other cohorts.
   d. Enable employees and volunteers to follow the directives in Part I, Directives for Individuals, including by providing employees with hand soap, hand sanitizer, or sanitizing wipes.
   e. Minimize face-to-face contact with high-risk employees and high-risk volunteers.
   f. Implement flexible work hours.
4. **High-risk individuals.**  Take measures to accommodate high-risk individuals.

## III. Application

Except as otherwise lawfully required, nothing in this Directive should be interpreted to prohibit the following persons from fulfilling their duties and responsibilities:

1. healthcare professionals;
2. law enforcement officers and other first responders;
3. faith leaders and faith workers; and
4. charitable and social services organizations.

**IN TESTIMONY, WHEREOF** I have hereunto set my hand and caused affixed the Great Seal of the State of Utah, this 10th, day of April, 2020.

(State Seal)

**Gary R. Herbert**
**Governor**

ATTEST:

**Spencer J. Cox**
**Lieutenant Governor**