# EXHIBIT 114

IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| In the matter of: | **PUBLIC HEALTH ORDER** |
| COVID-19 Pandemic | Order No.: 2020-02 |
| | Date: March 19, 2020 |

On January 21, 2020, the Utah Department of Health ("UDOH") activated its Department Operations Center in response to the evolving COVID-19 global pandemic. The UDOH recognizes COVID-19 as an imminent threat to the health and safety of the residents of the State of Utah ("Utah"). The UDOH, local health departments, and health and medical partners have activated response plans and protocols to minimize the likely community spread of the virus in Utah and its impact on our healthcare resources. These partners have also worked to identify, contact, and test others in Utah potentially exposed to COVID-19 in coordination with the United States Centers for Disease Control and Prevention ("CDC").

On January 31, 2020, the United States Department of Health and Human Services Secretary Alex Azar declared a public health emergency for COVID-19, beginning on January 27, 2020.

The CDC has identified the potential public health threat posed by COVID-19 both globally and in the United States as "high," and has advised that person-to-person spread of COVID-19 will continue to occur globally, including within the United States.

The UDOH recognizes that confirmed community transmission in the United States significantly increases the risk of exposure and infection to the general public within Utah, which creates an extreme public health risk that may spread quickly.

To combat the spread of COVID-19, Utah and Salt Lake County have each declared public health emergencies.

Exhibit 114 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1393 of 2921

The Executive Director, Salt Lake County Health Department, has found that the above facts raise the likelihood of widespread community transmission occurring among the general public and the need for Salt Lake County and the public to work cooperatively and proactively to slow the spread of COVID-19 and address any challenges that may arise due to this disease in Salt Lake County.

On March 16, 2020, the Salt Lake County Mayor upon the recommendation of the Executive Director of the Salt Lake County Health Department, issued a Proclamation Declaring a State of Emergency and Invoking Emergency Powers in Salt Lake County Due to a Public Health Emergency.

On March 13, 2020, Salt Lake County announced the closure of many of its public facilities, including senior centers, fitness facilities, recreation facilities, event centers, and libraries.

On March 13, 2020 at 4 pm (MDT), the Governor dismissed all Utah public schools for two weeks to combat the spread of COVID-19 (the "School Dismissal"). The School Dismissal means that students will not be allowed to attend school, but staff, faculty, and food services personnel will be allowed to be in the school facility.

On March 18, 2020, Joseph K. Miner, M.D., Executive Director of the Utah Department of Health, issued a State Public Health Order.

Utah Code §26A-1-114(1)(e) empowers a local health department to "close theatres, schools, and other public places and prohibit gatherings of people when necessary to protect the public health."

**THEREFORE, PURSUANT TO UTAH CODE §26A-1-114 AND SALT COUNTY CODE OF ORDINANCES 2.86.050(E), BE IT HEREBY ORDERED BY MAYOR JENNIFER WILSON AND GARY EDWARDS, EXECUTIVE DIRECTOR OF THE SALT LAKE COUNTY HEALTH DEPARTMENT, AS FOLLOWS:**

Section 1.    All provisions of Public Health Order 1 remain in force and effect except as modified by this order.

Section 2.    **General Prohibitions**. Effective immediately, the following prohibitions shall apply throughout Salt Lake County:

- No gatherings over ten (10) people shall be held.

Section 3.    **Duration**. This Order shall expire thirty (30) calendar days after the Effective Date.

Exhibit 114 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1394 of 2921

Section 4.    **Violations**.  An initial violation of this Order is punishable as a Class B Misdemeanor.  Subsequent violations are punishable as Class A Misdemeanors.  Each day of violation constitutes a separate offense as allowed by Utah law.

Effective Date:  March 19, 2020

**BY ORDER OF THE SALT LAKE COUNTY MAYOR AND EXECUTIVE DIRECTOR OF THE SALT LAKE COUNTY DEPARTMENT OF HEALTH**

_____
Jennifer Wilson
Salt Lake County Mayor


_____
Gary Edwards
Executive Director Salt Lake County Health Department


**Approved As To Form:**

_____
Ralph Chamness
Chief Deputy District Attorney
Date: March 19, 2020

Page 3 of 3

Exhibit 114 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1395 of 2921