# EXHIBIT 119



# EMERGENCY EXECUTIVE ORDER NO. 20-04

### ORDER AMENDING EMERGENCY EXECUTIVE ORDER NO. 20-01 AND PRIORITIZING RESOURCES FOR ESSENTIAL CRITICAL INFRASTRUCTURE WORKERS IN RESPONSE TO THE COVID-19 EMERGENCY

**PURPOSE:**

I. To amend and align Emergency Executive Order No. 20-01 with the "Proclamation by the Governor Amending Proclamation 20-05 Stay Home-Stay Healthy."

II. To establish guidelines for prioritizing medical and childcare resources in support of some Essential Critical Infrastructure Workers in response to the COVID-19 declared emergency.

**DISCUSSION:**

I. On January 21, 2020, the Washington State Department of Health confirmed the first case of the novel coronavirus (COVID-19) in the United States in Snohomish County, Washington. COVID-19, a respiratory disease that can result in serious illness or death, is caused by the SARS-CoV-2 virus, which is a new strain of coronavirus that had not been previously identified in humans and can easily spread from person to person.

II. The Washington State Department of Health has since confirmed localized person-to-person spread of COVID-19 in Washington State, significantly increasing the risk of exposure and infection to Washington State's general public and creating an extreme public health risk that COVID-19 may spread quickly. The number of COVID-19 cases in Snohomish County grow exponentially on a daily level, and COVID-19 has already caused the deaths of Snohomish County residents.

III. On January 31, 2020, the United States Department of Health and Human Services secretary Alex Azar declared a public health emergency for COVID-19, beginning January 27, 2020. On February 29, 2020, Washington State Governor Jay Inslee proclaimed a public health emergency for COVID-19. On March 4, 2020, the Snohomish County Health Officer proclaimed a countywide public health emergency for COVID-19. On March 4, 2020, Executive Dave Somers issued a "Local Proclamation of Emergency Snohomish County" for COVID-19 (the "Emergency"). On March 13, 2020, the President of the United States of America declared COVID-19 a National Emergency.

IV. On March 13, 2020, Executive Dave Somers issued Emergency Executive Order No. 20-01, regarding additional measures in response to COVID-19. This Emergency Executive Order No. 20-01 adopted restrictions on nursing homes licensed under RCW 18.51 and assisted living facilities licensed under RCW 18.20; restrictions on events in Snohomish County; and restrictions on schools in Snohomish County, all commensurate with Gov. Inslee's proclaimed

Exhibit 119 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1426 of 2921

public health emergency for COVID-19, as subsequently amended by Gov. Inslee's proclamations 20-06, 20-07, and 20-08.

V. On March 23, 2020, Washington State Governor Jay Inslee issued "Proclamation by the Governor Amending Proclamation No. 20-05 Stay Home-Stay Healthy," wherein Gov. Inslee (1) immediately directed all people in Washington State to shelter-in-place except to conduct or participate in essential activities or perform essential business services, and (2) directed all non-essential businesses to cease operations effective midnight March 25, 2020 (the "Stay Home-Stay Healthy Proclamation"). The Stay Home-Stay Healthy Proclamation applies to all persons in Washington, supersedes all county and city orders or directives, and expires midnight April 6, 2020, unless further extended. The Stay Home-Stay Healthy Proclamation incorporates by reference the "Essential Critical Infrastructure Workers" list, which identifies the categories of essential employees performing essential business services who are exempt from the shelter-in-place provisions of the Stay Home-Stay Healthy Proclamation.

VI. Essential Critical Infrastructure Workers play a vital role in maintaining Snohomish County's standard of living, delivering public health and safety services, and supporting the community's economic well-being. Essential Critical Infrastructure Workers support operations needed to maintain utilities, supply chains, transportation systems, food supply, communications, emergency services, medical systems, and other activities on which Snohomish County citizens depend on daily and which are critical to a pandemic response.

VII. As medical and childcare resources dwindle, Essential Critical Infrastructure Workers must have access, subject to prioritization for those performing the most critical functions, to testing, childcare, and emergency services in order to continue performing their critical tasks.

VIII. Pursuant to chapter 38.52 RCW and chapter 2.36 SCC, Executive Somers has broad authority to issue, amend, and rescind orders on matters reasonably related to the protection of life and property as affected by COVID-19.

**ACTION:**

**I.** Emergency Executive Order No. 20-01 remains in effect except as amended and superseded by this Emergency Executive Order No. 20-04.
**II.** Commensurate with the Stay Home-Stay Healthy Proclamation issued by Gov. Inslee and as provided therein, all people in Snohomish County shall immediately cease leaving their home or place or residence except: (1) to conduct or participate in essential activities, and/or (2) for employment in essential business services.
**III.** Commensurate with the Stay Home-Stay Healthy Proclamation issued by Gov. Inslee and as provided therein, all people in Snohomish County shall immediately cease participating in all public and private gatherings and multi-person activities for social, spiritual and recreational purposes, regardless of the number of people involved.
**IV.** Commensurate with the Stay Home-Stay Healthy Proclamation issued by Gov. Inslee and as provided therein, effective midnight on March 25, 2020, all non-essential businesses in Snohomish County shall cease operations except for performing minimum operations. All essential businesses are encouraged to remain open and maintain operations, but must establish and implement social distancing and sanitation measures established by the United States Department of Labor or the Washington State Department of Health Guidelines.
**V.** The subset of Essential Critical Infrastructure Workers highlighted in yellow in Attachment A, which is a copy of the "Essential Critical Infrastructure Workers" list referenced in Gov. Inslee's Stay Home-Stay Healthy Proclamation, shall receive priority access to testing, childcare, and

Exhibit 119 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1427 of 2921

other emergency response services. Prioritization of access to said services shall be established by, or in consultation with, the Health Officer through separate order.

**CANCELLATION:**

This Emergency Executive Order will remain in effect until cancelled, suspended, or upon the Executive's issuance of a proclamation declaring an end to the Emergency, whichever shall occur first.

Dated this 24th day of March, 2020.

APPROVED:

_____
Dave Somers
Snohomish County Executive

Exhibit 119 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1428 of 2921