# EXHIBIT 123

# Hollywood Burbank Airport

|  | January | | | Year-to-Date | | |
|---|---|---|---|---|---|---|
| **REVENUE PASSENGERS** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Signatory Airlines | | | | | | |
| Alaska Airlines | 39,837 | 40,165 | -0.82% | 39,837 | 40,165 | -0.82% |
| American Airlines | 32,536 | 10,942 | 197.35% | 32,536 | 10,942 | 197.35% |
| Delta Airlines | 21,627 | 11,700 | 84.85% | 21,627 | 11,700 | 84.85% |
| JetBlue Airways | 18,606 | 19,224 | -3.21% | 18,606 | 19,224 | -3.21% |
| Southwest Airlines | 330,441 | 301,270 | 9.68% | 330,441 | 301,270 | 9.68% |
| Spirit Airlines | 10,115 | 0 | N/A | 10,115 | 0 | N/A |
| United Airlines | 27,714 | 19,228 | 44.13% | 27,714 | 19,228 | 44.13% |
| **Total Revenue Passengers** | 480,876 | 402,529 | 19.46% | 480,876 | 402,529 | 19.46% |
| Inbound (deplaned) | 239,050 | 198,347 | 20.52% | 239,050 | 198,347 | 20.52% |
| Outbound (enplaned) | 241,826 | 204,182 | 18.44% | 241,826 | 204,182 | 18.44% |

|  | January | | | Year-to-Date | | |
|---|---|---|---|---|---|---|
| **AIRCRAFT OPERATIONS *** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Air Carrier | 5,231 | 4,996 | 4.70% | 5,231 | 4,996 | 4.70% |
| Air Taxi | 2,032 | 1,726 | 17.73% | 2,032 | 1,726 | 17.73% |
| General Aviation | 2,442 | 2,317 | 5.39% | 2,442 | 2,317 | 5.39% |
| Military Itinerant | 31 | 29 | 6.90% | 31 | 29 | 6.90% |
| Civil Local | 2,057 | 2,666 | -22.84% | 2,057 | 2,666 | -22.84% |
| Military Local | 0 | 0 | N/A | 0 | 0 | N/A |
| **Total Aircraft Operations** | 11,793 | 11,734 | 0.50% | 11,793 | 11,734 | 0.50% |

* Source:  FAA Tower Daily Airport Operations Count, adjusted to show Canadair Regional Jet-200 operations as Air Carrier. Includes Bob Hope Airport arrivals/departures only; excludes aircraft that enter local air space but do not land or take off at Bob Hope Airport.

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**

**Page 1437 of 2921**

# Hollywood Burbank Airport

| AIR CARGO (lbs.) | January | | | Year-to-Date | | |
|---|---|---|---|---|---|---|
| | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Signatory Airlines | | | | | | |
| Alaska Airlines | 552 | 807 | -31.60% | 552 | 807 | -31.60% |
| American Airlines | 18 | 0 | N/A | 18 | 0 | N/A |
| Delta Airlines | | | | | | |
| JetBlue Airways | | | | | | |
| Southwest Airlines | 187,563 | 140,457 | 33.54% | 187,563 | 140,457 | 33.54% |
| Spirit Airlines | | | | | | |
| United Airlines | 1,006 | 0 | N/A | 1,006 | 0 | N/A |
| Other Scheduled Carriers | | | | | | |
| Federal Express | 3,762,650 | 4,702,680 | -19.99% | 3,762,650 | 4,702,680 | -19.99% |
| United Parcel Service | 4,613,299 | 3,707,474 | 24.43% | 4,613,299 | 3,707,474 | 24.43% |
| Charter/Contract Carriers | | | | | | |
| AirNet Express | 0 | 0 | N/A | 0 | 0 | N/A |
| Ameriflight | 257,513 | 203,772 | 26.37% | 257,513 | 203,772 | 26.37% |
| **Total Air Cargo** | 8,822,601 | 8,755,190 | 0.77% | 8,822,601 | 8,755,190 | 0.77% |
| Inbound (deplaned) | 4,760,469 | 4,176,965 | 13.97% | 4,760,469 | 4,176,965 | 13.97% |
| Outbound (enplaned) | 4,062,132 | 4,578,225 | -11.27% | 4,062,132 | 4,578,225 | -11.27% |

| MAIL (lbs.) | January | | | Year-to-Date | | |
|---|---|---|---|---|---|---|
| | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| American Airlines | 6,032 | 0 | N/A | 6,032 | 0 | N/A |
| **Total Mail** | 6,032 | 0 | N/A | 6,032 | 0 | N/A |
| Inbound (deplaned) | 3,016 | 0 | N/A | 3,016 | 0 | N/A |
| Outbound (enplaned) | 3,016 | 0 | N/A | 3,016 | 0 | N/A |

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**



| Revenue Passengers | Month | YTD |
|---|---|---|
| January 2020 | 480,876 | 480,876 |
| January 2019 | 402,529 | 402,529 |
| % Change | 19.46% | 19.46% |



| Aircraft Operations - MO | Air Carrier | Air Taxi | Gen Aviation | Military | Total |
|---|---|---|---|---|---|
| January 2020 | 5,231 | 2,032 | 4,499 | 31 | 11,793 |
| January 2019 | 4,996 | 1,726 | 4,983 | 29 | 11,734 |
| % Change | 4.70% | 17.73% | -9.71% | 6.90% | 0.50% |



| Aircraft Operations - YTD | Air Carrier | Air Taxi | Gen Aviation | Military | Total |
|---|---|---|---|---|---|
| January 2020 | 5,231 | 2,032 | 4,499 | 31 | 11,793 |
| January 2019 | 4,996 | 1,726 | 4,983 | 29 | 11,734 |
| % Change | 4.70% | 17.73% | -9.71% | 6.90% | 0.50% |

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**

**Page 1439 of 2921**

# Hollywood Burbank Airport

| | February | | | January - February | | |
|---|---|---|---|---|---|---|
| **REVENUE PASSENGERS** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Signatory Airlines | | | | | | |
| Alaska Airlines | 38,355 | 35,211 | 8.93% | 78,192 | 75,376 | 3.74% |
| American Airlines | 31,179 | 11,223 | 177.81% | 63,715 | 22,165 | 187.46% |
| Delta Airlines | 19,968 | 9,928 | 101.13% | 41,595 | 21,628 | 92.32% |
| JetBlue Airways | 20,002 | 17,949 | 11.44% | 38,608 | 37,173 | 3.86% |
| Southwest Airlines | 312,038 | 274,638 | 13.62% | 642,479 | 575,908 | 11.56% |
| Spirit Airlines | 9,717 | 0 | N/A | 19,832 | 0 | N/A |
| United Airlines | 25,286 | 19,090 | 32.46% | 53,000 | 38,318 | 38.32% |
| **Total Revenue Passengers** | 456,545 | 368,039 | 24.05% | 937,421 | 770,568 | 21.65% |
| Inbound (deplaned) | 228,595 | 183,452 | 24.61% | 467,645 | 381,799 | 22.48% |
| Outbound (enplaned) | 227,950 | 184,587 | 23.49% | 469,776 | 388,769 | 20.84% |

| | February | | | January - February | | |
|---|---|---|---|---|---|---|
| **AIRCRAFT OPERATIONS \*** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Air Carrier | 5,319 | 4,315 | 23.27% | 10,550 | 9,311 | 13.31% |
| Air Taxi | 2,009 | 1,693 | 18.67% | 4,041 | 3,419 | 18.19% |
| General Aviation | 2,642 | 2,182 | 21.08% | 5,084 | 4,499 | 13.00% |
| Military Itinerant | 54 | 50 | 8.00% | 85 | 79 | 7.59% |
| Civil Local | 1,963 | 2,367 | -17.07% | 4,020 | 5,033 | -20.13% |
| Military Local | 0 | 0 | 0.00% | 0 | 0 | 0.00% |
| **Total Aircraft Operations** | 11,987 | 10,607 | 13.01% | 23,780 | 22,341 | 6.44% |

\* Source:  FAA Tower Daily Airport Operations Count, adjusted to show Canadair Regional Jet-200 operations as Air Carrier. Includes Bob Hope Airport arrivals/departures only; excludes aircraft that enter local air space but do not land or take off at Bob Hope Airport.

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**

**Page 1440 of 2921**

# Hollywood Burbank Airport

| AIR CARGO (lbs.) | February | | | January - February | | |
|---|---|---|---|---|---|---|
| | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Signatory Airlines | | | | | | |
| Alaska Airlines | 137 | 169 | -18.93% | 689 | 976 | -29.41% |
| American Airlines | 0 | 0 | N/A | 18 | 0 | N/A |
| Delta Airlines | | | | | | |
| JetBlue Airways | | | | | | |
| Southwest Airlines | 170,456 | 133,823 | 27.37% | 358,019 | 274,280 | 30.53% |
| Spirit Airlines | | | | | | |
| United Airlines | 69 | 0 | N/A | 1,075 | 0 | N/A |
| Other Scheduled Carriers | | | | | | |
| Federal Express | 3,914,026 | 4,019,246 | -2.62% | 7,676,676 | 8,721,926 | -11.98% |
| United Parcel Service | 3,915,456 | 3,528,045 | 10.98% | 8,528,755 | 7,235,519 | 17.87% |
| Charter/Contract Carriers | | | | | | |
| AirNet Express | 0 | 0 | N/A | 0 | 0 | N/A |
| Ameriflight | 223,442 | 187,799 | 18.98% | 480,955 | 391,571 | 22.83% |
| **Total Air Cargo** | 8,223,586 | 7,869,082 | 4.51% | 17,046,187 | 16,624,272 | 2.54% |
| Inbound (deplaned) | 4,278,616 | 3,857,675 | 10.91% | 9,039,085 | 8,034,640 | 12.50% |
| Outbound (enplaned) | 3,944,970 | 4,011,407 | -1.66% | 8,007,102 | 8,589,632 | -6.78% |

| MAIL  (lbs.) | February | | | January - February | | |
|---|---|---|---|---|---|---|
| | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| United Parcel Service | 0 | 0 | N/A | 6,032 | 0 | N/A |
| **Total Mail** | 0 | 0 | N/A | 6,032 | 0 | N/A |
| Inbound (deplaned) | 0 | 0 | N/A | 3,016 | 0 | N/A |
| Outbound (enplaned) | 0 | 0 | N/A | 3,016 | 0 | N/A |

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**



| Revenue Passengers | Month | YTD |
|---|---|---|
| February 2020 | 456,545 | 937,421 |
| February 2019 | 368,039 | 770,568 |
| % Change | 24.05% | 21.65% |



| Aircraft Operations - MO | Air Carrier | Air Taxi | Gen Aviation | Military | Total |
|---|---|---|---|---|---|
| February 2020 | 5,319 | 2,009 | 4,605 | 54 | 11,987 |
| February 2019 | 4,315 | 1,693 | 4,549 | 50 | 10,607 |
| % Change | 23.27% | 18.67% | 1.23% | 8.00% | 13.01% |



| Aircraft Operations - YTD | Air Carrier | Air Taxi | Gen Aviation | Military | Total |
|---|---|---|---|---|---|
| Jan-Feb 2020 | 10,550 | 4,041 | 9,104 | 85 | 23,780 |
| Jan-Feb 2019 | 9,311 | 3,419 | 9,532 | 79 | 22,341 |
| % Change | 13.31% | 18.19% | -4.49% | 7.59% | 6.44% |

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**

# Hollywood Burbank Airport

|  | March | | | January - March | | |
|---|---|---|---|---|---|---|
| **REVENUE PASSENGERS** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Signatory Airlines | | | | | | |
| Alaska Airlines | 16,508 | 44,415 | -62.83% | 94,700 | 119,791 | -20.95% |
| American Airlines | 17,930 | 15,332 | 16.94% | 81,645 | 37,497 | 117.74% |
| Delta Airlines | 11,826 | 13,355 | -11.45% | 53,421 | 34,983 | 52.71% |
| JetBlue Airways | 10,924 | 20,661 | -47.13% | 49,532 | 57,834 | -14.35% |
| Southwest Airlines | 133,537 | 342,758 | -61.04% | 776,016 | 918,666 | -15.53% |
| Spirit Airlines | 4,765 | 0 | N/A | 24,597 | 0 | N/A |
| United Airlines | 11,218 | 23,308 | -51.87% | 64,218 | 61,626 | 4.21% |
| **Total Revenue Passengers** | 206,708 | 459,829 | -55.05% | 1,144,129 | 1,230,397 | -7.01% |
| Inbound (deplaned) | 103,682 | 230,569 | -55.03% | 571,327 | 612,368 | -6.70% |
| Outbound (enplaned) | 103,026 | 229,260 | -55.06% | 572,802 | 618,029 | -7.32% |

|  | March | | | January - March | | |
|---|---|---|---|---|---|---|
| **AIRCRAFT OPERATIONS *** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Air Carrier | 4,472 | 5,015 | -10.83% | 15,022 | 14,326 | 4.86% |
| Air Taxi | 1,504 | 1,730 | -13.06% | 5,545 | 5,149 | 7.69% |
| General Aviation | 1,681 | 2,400 | -29.96% | 6,765 | 6,899 | -1.94% |
| Military Itinerant | 45 | 28 | 60.71% | 130 | 107 | 21.50% |
| Civil Local | 1,299 | 2,716 | -52.17% | 5,319 | 7,749 | -31.36% |
| Military Local | 0 | 0 | N/A | 0 | 0 | N/A |
| **Total Aircraft Operations** | 9,001 | 11,889 | -24.29% | 32,781 | 34,230 | -4.23% |

* Source:  FAA Tower Daily Airport Operations Count, adjusted to show Canadair Regional Jet-200 operations as Air Carrier. Includes Bob Hope Airport arrivals/departures only; excludes aircraft that enter local air space but do not land or take off at Bob Hope Airport.

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**

**Page 1443 of 2921**

# Hollywood Burbank Airport

| | March | | | January - March | | |
|---|---|---|---|---|---|---|
| **AIR CARGO (lbs.)** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| Signatory Airlines | | | | | | |
| Alaska Airlines | 484 | 486 | -0.41% | 1,173 | 1,462 | -19.77% |
| American Airlines | 27 | 0 | N/A | 45 | 0 | N/A |
| Delta Airlines | 8 | 0 | N/A | 8 | 0 | N/A |
| JetBlue Airways | | | | | | |
| Southwest Airlines | 112,878 | 150,909 | -25.20% | 470,897 | 425,189 | 10.75% |
| Spirit Airlines | | | | | | |
| United Airlines | 31 | 0 | N/A | 1,106 | N/A | N/A |
| Other Scheduled Carriers | | | | | | |
| Federal Express | 3,716,304 | 4,550,594 | -18.33% | 11,392,980 | 13,272,520 | -14.16% |
| United Parcel Service | 4,128,583 | 3,663,960 | 12.68% | 12,657,338 | 10,899,479 | 16.13% |
| Charter/Contract Carriers | | | | | | |
| AirNet Express | 0 | 0 | N/A | 0 | 0 | N/A |
| Ameriflight | 272,426 | 196,179 | 38.87% | 753,381 | 587,750 | 28.18% |
| **Total Air Cargo** | 8,230,741 | 8,562,128 | -3.87% | 25,276,928 | 25,186,400 | 0.36% |
| Inbound (deplaned) | 4,570,676 | 4,096,387 | 11.58% | 13,609,761 | 12,131,027 | 12.19% |
| Outbound (enplaned) | 3,660,065 | 4,465,741 | -18.04% | 11,667,167 | 13,055,373 | -10.63% |

| | March | | | January - March | | |
|---|---|---|---|---|---|---|
| **MAIL  (lbs.)** | 2020 | 2019 | % Change | 2020 | 2019 | % Change |
| United Parcel Service | 0 | 0 | N/A | 6,032 | 0 | N/A |
| **Total Mail** | 0 | 0 | N/A | 6,032 | 0 | N/A |
| Inbound (deplaned) | 0 | 0 | N/A | 3,016 | 0 | N/A |
| Outbound (enplaned) | 0 | 0 | N/A | 3,016 | 0 | N/A |

Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment



| Revenue Passengers | Month | YTD |
|---|---|---|
| March 2020 | 206,708 | 1,144,129 |
| March 2019 | 459,829 | 1,230,397 |
| % Change | -55.05% | -7.01% |



| Aircraft Operations - MO | Air Carrier | Air Taxi | Gen Aviation | Military | Total |
|---|---|---|---|---|---|
| March 2020 | 4,472 | 1,504 | 2,980 | 45 | 9,001 |
| March 2019 | 5,015 | 1,730 | 5,116 | 28 | 11,889 |
| % Change | -10.83% | -13.06% | -41.75% | 60.71% | -24.29% |



| Aircraft Operations - YTD | Air Carrier | Air Taxi | Gen Aviation | Military | Total |
|---|---|---|---|---|---|
| Jan-Mar 2020 | 15,022 | 5,545 | 12,084 | 130 | 32,781 |
| Jan-Mar 2019 | 14,326 | 5,149 | 14,648 | 107 | 34,230 |
| % Change | 4.86% | 7.69% | -17.50% | 21.50% | -4.23% |

**Exhibit 123 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**