# EXHIBIT 124

# DFW Total Passengers
## January, 2020

| Carrier | Jan-20 Mkt Share | Jan-19 Mkt. Share | Total Enplaned | Total Deplaned | Total Jan-20 | Total Jan-19 | Jan-20 % Change | Total CYTD 2020 | Total CYTD 2019 | % Change | Total FYTD 2020 | Total FYTD 2019 | % Change | Past 12 Months | Previous 12 Months | % Change | FYTD 2020 Mkt. Share | FYTD 2019 Mkt. Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American | 85.6% | 86.4% | 2,459,113 | 2,488,996 | 4,948,109 | 4,745,482 | 4.3% | 4,948,109 | 4,745,482 | 4.3% | 20,988,678 | 19,212,706 | 9.2% | 64,152,378 | 58,544,878 | 9.6% | 85.5% | 85.5% |
| Non-Hub Carriers | 7.5% | 6.9% | 215,811 | 219,789 | 435,600 | 377,862 | 15.3% | 435,600 | 377,862 | 15.3% | 1,847,963 | 1,683,802 | 9.7% | 5,615,498 | 5,443,555 | 3.2% | 7.5% | 7.5% |
| Low Cost Carrier | 4.1% | 3.9% | 118,076 | 120,540 | 238,616 | 211,646 | 12.7% | 238,616 | 211,646 | 12.7% | 1,077,361 | 939,172 | 14.7% | 3,663,503 | 3,425,735 | 6.9% | 4.4% | 4.2% |
| Foreign Flag Carriers | 2.7% | 2.7% | 74,976 | 81,021 | 155,997 | 150,964 | 3.3% | 155,997 | 150,964 | 3.3% | 617,915 | 602,009 | 2.6% | 1,852,282 | 1,866,004 | -0.7% | 2.5% | 2.7% |
| Total Other/Non-Scheduled | 0.1% | 0.1% | 2,787 | 2,738 | 5,525 | 6,108 | -9.5% | 5,525 | 6,108 | -9.5% | 24,785 | 25,639 | -3.3% | 75,080 | 77,887 | -3.6% | 0.1% | 0.1% |
| Total DFW Passengers | 100.0% | 100.0% | 2,870,763 | 2,913,084 | 5,783,847 | 5,492,062 | 5.3% | 5,783,847 | 5,492,062 | 5.3% | 24,556,702 | 22,463,328 | 9.3% | 75,358,741 | 69,358,059 | 8.7% | 100.0% | 100.0% |
| | | | | | | | | | | | | | | | | | | |
| Total Domestic | 87.8% | 86.8% | 2,519,368 | 2,529,063 | 5,048,431 | 4,784,793 | 5.5% | 5,048,431 | 4,784,793 | 5.5% | 21,576,576 | 19,675,081 | 9.7% | 65,752,116 | 60,585,387 | 8.5% | 87.9% | 87.6% |
| Total International | 12.2% | 13.2% | 351,395 | 384,021 | 735,416 | 707,269 | 4.0% | 735,416 | 707,269 | 4.0% | 2,980,126 | 2,788,247 | 6.9% | 9,606,625 | 8,772,672 | 9.5% | 12.1% | 12.4% |
| Total DFW Passengers | 100.0% | 100.0% | 2,870,763 | 2,913,084 | 5,783,847 | 5,492,062 | 5.3% | 5,783,847 | 5,492,062 | 5.3% | 24,556,702 | 22,463,328 | 9.3% | 75,358,741 | 69,358,059 | 8.7% | 100.0% | 100.0% |

Exhibit 124 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 1446 of 2922

## DFW Total Passengers
### February, 2020

| Carrier | Feb-20 Mkt Share | Feb-19 Mkt. Share | Total Enplaned | Total Deplaned | Total Feb-20 | Total Feb-19 | Feb-20 % Change | Total CYTD 2020 | Total CYTD 2019 | % Change | Total FYTD 2020 | Total FYTD 2019 | % Change | Past 12 Months | Previous 12 Months | % Change | FYTD 2020 Mkt. Share | FYTD 2019 Mkt. Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American | 86.4% | 86.8% | 2,396,610 | 2,405,321 | 4,801,931 | 4,460,109 | 7.7% | 9,750,040 | 9,205,591 | 5.9% | 25,790,609 | 23,672,815 | 8.9% | 64,494,200 | 58,762,679 | 9.8% | 85.6% | 85.8% |
| Non-Hub Carriers | 7.1% | 7.0% | 196,188 | 199,118 | 395,306 | 362,021 | 9.2% | 830,906 | 739,883 | 12.3% | 2,243,269 | 2,045,823 | 9.7% | 5,648,783 | 5,442,552 | 3.8% | 7.4% | 7.4% |
| Low Cost Carrier | 4.1% | 3.7% | 114,620 | 113,827 | 228,447 | 191,893 | 19.0% | 467,063 | 403,539 | 15.7% | 1,305,808 | 1,131,065 | 15.4% | 3,700,057 | 3,425,204 | 8.0% | 4.3% | 4.1% |
| Foreign Flag Carriers | 2.3% | 2.3% | 59,378 | 67,245 | 126,623 | 118,470 | 6.9% | 282,620 | 269,434 | 4.9% | 744,538 | 720,479 | 3.3% | 1,860,435 | 1,859,361 | 0.1% | 2.5% | 2.6% |
| Total Other/Non-Scheduled | 0.1% | 0.1% | 2,813 | 2,855 | 5,668 | 4,697 | 20.7% | 11,193 | 10,805 | 3.6% | 30,453 | 30,336 | 0.4% | 76,051 | 78,169 | -2.7% | 0.1% | 0.1% |
| Total DFW Passengers | 100.0% | 100.0% | 2,769,609 | 2,788,366 | 5,557,975 | 5,137,190 | 8.2% | 11,341,822 | 10,629,252 | 6.7% | 30,114,677 | 27,600,518 | 9.1% | 75,779,526 | 69,567,965 | 8.9% | 100.0% | 100.0% |
| | | | | | | | | | | | | | | | | | | |
| Total Domestic | 88.7% | 88.6% | 2,457,558 | 2,471,000 | 4,928,558 | 4,524,013 | 8.9% | 9,976,989 | 9,308,806 | 7.2% | 26,505,134 | 24,199,094 | 9.5% | 66,156,661 | 60,762,218 | 8.9% | 88.0% | 87.7% |
| Total International | 11.3% | 11.4% | 312,051 | 317,366 | 629,417 | 613,177 | 2.6% | 1,364,833 | 1,320,446 | 3.4% | 3,609,543 | 3,401,424 | 6.1% | 9,622,865 | 8,805,747 | 9.3% | 12.0% | 12.3% |
| Total DFW Passengers | 100.0% | 100.0% | 2,769,609 | 2,788,366 | 5,557,975 | 5,137,190 | 8.2% | 11,341,822 | 10,629,252 | 6.7% | 30,114,677 | 27,600,518 | 9.1% | 75,779,526 | 69,567,965 | 8.9% | 100.0% | 100.0% |

Exhibit 124 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 1447 of 2922

## DFW Total Passengers
### March, 2020

| Carrier | Mar-20 Mkt Share | Mar-19 Mkt. Share | Total Enplaned | Total Deplaned | Total Mar-20 | Total Mar-19 | Mar-20 % Change | Total CYTD 2020 | Total CYTD 2019 | % Change | Total FYTD 2020 | Total FYTD 2019 | % Change | Past 12 Months | Previous 12 Months | % Change | FYTD 2020 Mkt. Share | FYTD 2019 Mkt. Share |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American | 86.2% | 86.0% | 1,419,568 | 1,448,007 | 2,867,575 | 5,248,155 | -45.4% | 12,617,615 | 14,453,746 | -12.7% | 28,658,184 | 28,920,970 | -0.9% | 62,113,620 | 59,034,058 | 5.2% | 85.7% | 85.8% |
| Non-Hub Carriers | 6.6% | 7.6% | 113,284 | 106,045 | 219,329 | 463,018 | -52.6% | 1,050,235 | 1,202,901 | -12.7% | 2,462,598 | 2,508,841 | -1.8% | 5,405,094 | 5,454,692 | -0.9% | 7.4% | 7.4% |
| Low Cost Carrier | 4.8% | 4.0% | 79,366 | 80,074 | 159,440 | 244,298 | -34.7% | 626,503 | 647,837 | -3.3% | 1,465,248 | 1,375,363 | 6.5% | 3,615,199 | 3,444,681 | 5.0% | 4.4% | 4.1% |
| Foreign Flag Carriers | 2.3% | 2.3% | 34,295 | 42,738 | 77,033 | 142,568 | -46.0% | 359,653 | 412,002 | -12.7% | 821,571 | 863,047 | -4.8% | 1,794,900 | 1,846,670 | -2.8% | 2.5% | 2.6% |
| Total Other/Non-Scheduled | 0.1% | 0.1% | 2,191 | 2,101 | 4,292 | 5,982 | -28.3% | 15,485 | 16,787 | -7.8% | 34,745 | 36,318 | -4.3% | 74,361 | 78,353 | -5.1% | 0.1% | 0.1% |
| Total DFW Passengers | 100.0% | 100.0% | 1,648,704 | 1,678,965 | 3,327,669 | 6,104,021 | -45.5% | 14,669,491 | 16,733,273 | -12.3% | 33,442,346 | 33,704,539 | -0.8% | 73,003,174 | 69,858,454 | 4.5% | 100.0% | 100.0% |
| | | | | | | | | | | | | | | | | | | |
| Total Domestic | 89.0% | 86.8% | 1,468,092 | 1,457,903 | 2,925,995 | 5,341,805 | -45.2% | 12,902,984 | 14,650,611 | -11.9% | 29,431,129 | 29,540,899 | -0.4% | 63,740,851 | 61,014,529 | 4.5% | 88.0% | 87.6% |
| Total International | 11.0% | 13.2% | 180,612 | 221,062 | 401,674 | 762,216 | -47.3% | 1,766,507 | 2,082,662 | -15.2% | 4,011,217 | 4,163,640 | -3.7% | 9,262,323 | 8,843,925 | 4.7% | 12.0% | 12.4% |
| Total DFW Passengers | 100.0% | 100.0% | 1,648,704 | 1,678,965 | 3,327,669 | 6,104,021 | -45.5% | 14,669,491 | 16,733,273 | -12.3% | 33,442,346 | 33,704,539 | -0.8% | 73,003,174 | 69,858,454 | 4.5% | 100.0% | 100.0% |

Exhibit 124 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1448 of 2922