# EXHIBIT 126

*JFK's total passenger traffic hit a new mark of 4.658 million travelers (+36,366 passengers/+0.8 percent). Growth was entirely driven by the international sector's new mark of 2.561 million passengers (+55,204 travelers/+2.2 percent), as domestic passenger activity continues to underperform. Delta (+66,487 travelers/+17.3 percent) and American (+30,825 travelers/+9.9 percent) set the pace. On the other hand, JFK was the only facility to log a loss in domestic passenger activity, posting its fourth consecutive monthly decrease (-18,838 passengers/-0.9 percent). As in previous months, American (-71,874 travelers/-19.3 percent) and JetBlue (-37,590 passengers/-4.9 percent). JFK's total cargo volume logged its 12th straight month of negative performance (-8,551 tons/-7.9 percent). The international segment (nearly 80 percent of JFK's total freight activity) registered a 5,898-ton dive (-7 percent).*

# THE PORT AUTHORITY OF NY & NJ
# JANUARY 2020 TRAFFIC REPORT

|  | Month | | Year-to-date | | 12 Months Ending | |
|---|---|---|---|---|---|---|
|  | Current | % | Current | % | Current | % |

*Current month, year-to-date, 12 months ending totals*
*Showing percentage change from prior year period*

## JFK

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **PASSENGERS** | | | | | | |
| Domestic | 2,096,543 | -0.9 | 2,096,543 | -0.9 | 28,214,953 | -0.2 |
| International | 2,561,225 | 2.2 | 2,561,225 | 2.2 | 34,372,485 | 1.9 |
| **Total Revenue Passengers** | **4,657,768** | **0.8** | **4,657,768** | **0.8** | **62,587,438** | **0.9** |
| **Non Revenue Passengers** | **144,789** | **10.1** | **144,789** | **10.1** | **1,866,817** | **8.2** |
| Note: Commuter - Regional Pax incl. in above | 231,052 | -9.9 | 231,052 | -9.9 | 3,545,134 | -6.5 |
| **FLIGHTS** | | | | | | |
| Domestic | 21,327 | -0.4 | 21,327 | -0.4 | 259,467 | -2.4 |
| International | 14,071 | -2.8 | 14,071 | -2.8 | 178,654 | -0.5 |
| General Aviation | 1,452 | 106.8 | 1,452 | 106.8 | 18,184 | 42.5 |
| **Total** | **36,850** | **0.7** | **36,850** | **0.7** | **456,305** | **-0.4** |
| Note: freighter flights included in above | 1,012 | -9.1 | 1,012 | -9.1 | 13,382 | 3.4 |
| Note: Commuter - Regional Flights incl. in above | 5,136 | -12.9 | 5,136 | -12.9 | 68,474 | -7.0 |
| **FREIGHT (in short tons)** | | | | | | |
| Domestic | 20,506 | -11.5 | 20,506 | -11.5 | 279,818 | 3.3 |
| International | 78,636 | -7.0 | 78,636 | -7.0 | 1,048,152 | -9.2 |
| **Total** | **99,142** | **-7.9** | **99,142** | **-7.9** | **1,327,970** | **-6.8** |
| **MAIL (in short tons)** | | | | | | |
| Total | 7,208 | -26.0 | 7,208 | -26.0 | 96,164 | 2.3 |
| **Ground Transportation** | | | | | | |
| Paid Parked Cars | 256,224 | -3.7 | 256,224 | -3.7 | 3,333,976 | -6.6 |
| Ground Transpo. Counter Bookings | 11,166 | -12.6 | 11,166 | -12.6 | 183,480 | -7.3 |
| Airport Coach Passengers | 9,532 | 78.6 | 9,532 | 78.6 | 128,335 | -21.8 |
| Taxis Dispatched | 212,945 | 15.3 | 212,945 | 15.3 | 2,639,168 | 2.3 |
| Total Air Train Passengers | 1,618,587 | 4.9 | 1,618,587 | 4.9 | 21,014,047 | 2.7 |
| Paid Howard Beach Passengers | 141,694 | 1.0 | 141,694 | 1.0 | 2,024,853 | 3.0 |
| Paid Jamaica Passengers | 506,401 | 12.4 | 506,401 | 12.4 | 6,740,678 | 8.4 |
| On-airport (Unpaid) Air Train Passengers | 970,492 | 1.8 | 970,492 | 1.8 | 12,248,516 | -0.2 |

# JFK — Top 20 Airlines 12 months ending January 2020

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | DELTA | 12,226,921 | 5,926,894 | 18,153,815 | 29.5 |
| 2 | JETBLUE AIRWAYS | 10,206,493 | 4,156,090 | 14,362,583 | 52.8 |
| 3 | AMERICAN | 4,096,031 | 2,214,794 | 6,310,825 | 63.1 |
| 4 | NORWEGIAN AIR | 0 | 1,566,942 | 1,566,942 | 65.6 |
| 5 | ALASKA AIRLINES | 1,501,748 | 0 | 1,501,748 | 68.1 |
| 6 | BRITISH AIRWAYS | 0 | 1,381,752 | 1,381,752 | 70.3 |
| 7 | VIRGIN ATLANTIC | 0 | 1,172,456 | 1,172,456 | 72.2 |
| 8 | AIR FRANCE | 0 | 1,120,062 | 1,120,062 | 74.1 |
| 9 | EMIRATES AIRLINES | 0 | 909,648 | 909,648 | 75.5 |
| 10 | LUFTHANSA | 0 | 643,496 | 643,496 | 76.6 |
| 11 | ALITALIA | 0 | 621,925 | 621,925 | 77.6 |
| 12 | CATHAY PACIFIC | 0 | 571,019 | 571,019 | 78.5 |
| 13 | AEROFLOT | 0 | 563,946 | 563,946 | 79.4 |
| 14 | TURKISH AIR | 0 | 529,495 | 529,495 | 80.3 |
| 15 | CARIBBEAN AIR | 0 | 510,675 | 510,675 | 81.1 |
| 16 | KOREAN | 0 | 494,085 | 494,085 | 81.9 |
| 17 | AER LINGUS | 0 | 490,461 | 490,461 | 82.7 |
| 18 | KLM | 0 | 483,739 | 483,739 | 83.5 |
| 19 | AVIANCA | 0 | 480,156 | 480,156 | 84.3 |
| 20 | IBERIA | 0 | 474,102 | 474,102 | 85.1 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | DELTA | 91,765 | 6.9 |
| 2 | FEDERAL EXPRESS | 87,467 | 13.5 |
| 3 | AMERICAN | 73,868 | 19.1 |
| 4 | CATHAY PACIFIC | 64,470 | 23.9 |
| 5 | UNITED PARCEL | 58,243 | 28.3 |
| 6 | ATLAS AIR | 54,436 | 32.4 |
| 7 | CARGOLUX AIRLINES | 48,702 | 36.1 |
| 8 | VIRGIN ATLANTIC | 46,919 | 39.6 |
| 9 | CHINA AIRLINES (CAI | 43,938 | 42.9 |
| 10 | KOREAN | 41,486 | 46.0 |
| 11 | ASIANA | 40,455 | 49.1 |
| 12 | AIR CHINA INTERNAT | 37,819 | 51.9 |
| 13 | BRITISH AIRWAYS | 35,078 | 54.6 |
| 14 | LUFTHANSA | 33,839 | 57.1 |
| 15 | NORWEGIAN AIR | 28,534 | 59.3 |
| 16 | KALITTA AIR LLC | 27,556 | 61.3 |
| 17 | ANA (ALL NIPPON) | 25,957 | 63.3 |
| 18 | QATAR AIRWAYS | 25,462 | 65.2 |
| 19 | CARGO AIRLINES LTI | 24,982 | 67.1 |
| 20 | AIR FRANCE | 24,394 | 68.9 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 28,214,953 | 279,818 |
| CANADA | 438,075 | 127 |
| CARIBBEAN + BERMUDA | 6,165,798 | 9,316 |
| CENTRAL AND SOUTH AMERICA | 2,718,255 | 72,105 |
| MEXICO | 1,650,116 | 10,309 |
| TRANSATLANTIC | 19,567,250 | 623,529 |
| TRANSPACIFIC | 3,832,991 | 332,766 |

## Passenger Demographic Data / ACI ASQ Monthly Surveys; 2018 Annual

| | | | |
|---|---|---|---|
| Business | 15.8% | Local Origin & Destination | 70.1% |
| Leisure/Other | 84.2% | Connecting Passengers | 29.9% |
| Male | 43.2% | Average age | 42.4 |
| Female | 56.8% | | |

**O&D Passenger Mode of Access:** / **Local Passenger Residence**

| | | | |
|---|---|---|---|
| Private Car | 33.0% | NYC | 57.8% |
| Drove Rental Car | 4.2% | Manhattan | 13.7% |
| Taxi/Limo | 32.1% | Brooklyn | 18.2% |
| Uber/Lyft | 10.6% | Queens | 19.4% |
| Bus/Shuttle | 8.0% | New Jersey | 1.7% |
| Rail/Subway | 12.1% | Long Island | 27.5% |
| | | Westchester & Rockland | 7.4% |
| | | Connecticut | 1.2% |

## OAG schedules: airlines serving JFK

| | Flights (daily) | Airlines |
|---|---|---|
| **Domestic Passenger Service** | | |
| Scheduled | 235.4 | 7 |
| Commuter | 77.9 | 3 |
| @Sub-Total | 313.3 | 10 |
| **International Passenger Service** | | |
| Scheduled: USA Flag | 80.0 | 3 |
| Scheduled: Foreign Flag | 116.5 | 68 |
| Commuter: USA Flag | 8.8 | 2 |
| @Sub-Total | 205.3 | 73 |
| **Freighter Service** | | |
| All Cargo: USA Flag | 0.0 | 1 |
| All Cargo: Foreign Flag | 0.5 | 4 |
| Scheduled Passenger: Foreign Flag | 2.6 | 8 |
| @Sub-Total | 3.1 | 13 |
| @USA Airlines (Un-duplicated) | 400.1 | 8 |
| @Foreign Airlines (Un-duplicated) | 120.1 | 71 |

## OAG schedules: Nonstop Destinations

| | Flights (daily) | Cities |
|---|---|---|
| **Domestic nonstop cities served** | | |
| Jet Service Provided | 278.8 | 54 |
| Service Exclusively by Regional Airlines | 34.5 | 9 |
| @Sub-Total | 313.3 | 63 |
| **International nonstop cities served** | | |
| Jet service provided | | |
| Central America Less Mexico | 5.4 | 4 |
| South America | 16.1 | 9 |
| Mexico | 13.2 | 4 |
| Canada | 10.9 | 4 |
| Transpacific | 19.2 | 15 |
| Transatlantic | 95.5 | 50 |
| Carribean and Bermuda | 45.0 | 23 |
| @Sub-Total | 205.3 | 109 |
| **Total number of cities having nonstop services** | 518.6 | 172 |

# THE PORT AUTHORITY OF NY & NJ
# FEBRUARY 2020 TRAFFIC REPORT

*Total passenger activity reached a new mark of 4.157 million travelers (+13,966 passengers/+0.3 percent). JFK's domestic segment paced growth with a record 2 million travelers (+8,031 passengers/+0.4 percent). Delta was the major contributor to growth, climbing by double digits vs. 2019 (+98,711 passengers/+12.6 percent). Conversely, American transported 86,392 fewer passengers (-24.2 percent). JFK's international passenger volume reached a record 2.153 million passengers (+0.3 percent/+5,935 travelers). Delta, American, Virgin Atlantic and Asiana carried a combined 104,389 extra passengers. Conversely, Cathay Pacific, China Eastern, Norwegian Air, Air China and China Southern jointly handled 91,611 fewer travelers. JFK's total cargo traffic fell (-7.6 percent/-7,635 tons). International freight led the decline with a 5,926-ton plunge (-7.4 percent). Domestic cargo activity experienced a double-digit dive (-10.1 percent/-2,023 tons).*

*Current month, year-to-date, 12 months ending totals*
*Showing percentage change from prior year period*

## JFK

|  | Month Current | % | Year-to-date Current | % | 12 Months Ending Current | % |
|---|---|---|---|---|---|---|
| **PASSENGERS** | | | | | | |
| Domestic | 2,003,609 | 0.4 | 4,100,152 | -0.3 | 28,222,984 | -0.5 |
| International | 2,153,337 | 0.3 | 4,714,562 | 1.3 | 34,378,420 | 1.6 |
| Total Revenue Passengers | 4,156,946 | 0.3 | 8,814,714 | 0.6 | 62,601,404 | 0.6 |
| Non Revenue Passengers | 141,843 | 15.2 | 286,632 | 12.6 | 1,885,515 | 9.3 |
| Note: Commuter - Regional Pax incl. in above | 216,621 | -7.9 | 447,673 | -8.9 | 3,526,551 | -6.6 |
| **FLIGHTS** | | | | | | |
| Domestic | 20,476 | 4.6 | 41,803 | 2.0 | 260,366 | -2.2 |
| International | 12,689 | -1.0 | 26,760 | -2.0 | 178,531 | -0.8 |
| General Aviation | 1,146 | 61.9 | 2,598 | 84.3 | 18,622 | 47.0 |
| Total | 34,311 | 3.7 | 71,161 | 2.1 | 457,519 | -0.3 |
| Note: freighter flights included in above | 1,311 | 28.4 | 2,323 | 8.9 | 13,672 | 5.2 |
| Note: Commuter - Regional Flights incl. in above | 4,785 | -7.9 | 9,921 | -10.5 | 68,065 | -7.3 |
| **FREIGHT (in short tons)** | | | | | | |
| Domestic | 18,050 | -10.1 | 38,556 | -10.8 | 277,796 | 2.4 |
| International | 74,178 | -7.0 | 152,844 | -7.0 | 1,042,569 | -9.0 |
| Total | 92,228 | -7.6 | 191,400 | -7.8 | 1,320,365 | -6.8 |
| **MAIL (in short tons)** | | | | | | |
| Total | 6,221 | -42.1 | 13,428 | -34.4 | 91,648 | -6.1 |
| **Ground Transportation** | | | | | | |
| Paid Parked Cars | 210,830 | -1.0 | 467,054 | -2.5 | 3,331,874 | -6.2 |
| Ground Transpo. Counter Bookings | 11,569 | -6.4 | 22,735 | -9.5 | 182,690 | -8.0 |
| Airport Coach Passengers | 6,962 | -12.9 | 16,494 | 23.7 | 127,303 | -16.1 |
| Taxis Dispatched | 184,918 | 14.5 | 397,863 | 14.9 | 2,662,581 | 4.0 |
| Total Air Train Passengers | 1,435,839 | 4.6 | 3,054,426 | 4.7 | 21,076,583 | 2.9 |
| Paid Howard Beach Passengers | 125,568 | -0.7 | 267,262 | 0.2 | 2,024,000 | 3.0 |
| Paid Jamaica Passengers | 442,047 | 1.7 | 948,448 | 7.1 | 6,747,913 | 7.6 |
| On-airport (Unpaid) Air Train Passengers | 868,224 | 6.9 | 1,838,716 | 4.2 | 12,304,670 | 0.5 |

# JFK — Top 20 Airlines 12 months ending February 2020

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | DELTA | 12,325,632 | 5,979,745 | 18,305,377 | 29.7 |
| 2 | JETBLUE AIRWAYS | 10,194,528 | 4,147,708 | 14,342,236 | 53.0 |
| 3 | AMERICAN | 4,009,639 | 2,248,462 | 6,258,101 | 63.2 |
| 4 | NORWEGIAN AIR | 0 | 1,549,421 | 1,549,421 | 65.7 |
| 5 | ALASKA AIRLINES | 1,509,254 | 0 | 1,509,254 | 68.1 |
| 6 | BRITISH AIRWAYS | 0 | 1,388,549 | 1,388,549 | 70.4 |
| 7 | VIRGIN ATLANTIC | 0 | 1,181,395 | 1,181,395 | 72.3 |
| 8 | AIR FRANCE | 0 | 1,122,258 | 1,122,258 | 74.1 |
| 9 | EMIRATES AIRLINES | 0 | 909,982 | 909,982 | 75.6 |
| 10 | LUFTHANSA | 0 | 648,958 | 648,958 | 76.7 |
| 11 | ALITALIA | 0 | 621,402 | 621,402 | 77.7 |
| 12 | AEROFLOT | 0 | 566,260 | 566,260 | 78.6 |
| 13 | CATHAY PACIFIC | 0 | 550,061 | 550,061 | 79.5 |
| 14 | TURKISH AIR | 0 | 530,254 | 530,254 | 80.3 |
| 15 | CARIBBEAN AIR | 0 | 515,462 | 515,462 | 81.2 |
| 16 | KOREAN | 0 | 493,215 | 493,215 | 82.0 |
| 17 | AER LINGUS | 0 | 493,045 | 493,045 | 82.8 |
| 18 | KLM | 0 | 487,645 | 487,645 | 83.6 |
| 19 | IBERIA | 0 | 476,230 | 476,230 | 84.3 |
| 20 | AVIANCA | 0 | 475,762 | 475,762 | 85.1 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | DELTA | 90,246 | 6.8 |
| 2 | FEDERAL EXPRESS | 87,342 | 13.4 |
| 3 | AMERICAN | 71,739 | 18.9 |
| 4 | CATHAY PACIFIC | 64,237 | 23.7 |
| 5 | UNITED PARCEL | 57,928 | 28.1 |
| 6 | ATLAS AIR | 54,550 | 32.3 |
| 7 | CARGOLUX AIRLINES | 48,337 | 35.9 |
| 8 | VIRGIN ATLANTIC | 47,418 | 39.5 |
| 9 | CHINA AIRLINES (CAI | 44,075 | 42.9 |
| 10 | KOREAN | 41,286 | 46.0 |
| 11 | ASIANA | 39,133 | 48.9 |
| 12 | AIR CHINA INTERNAT | 37,718 | 51.8 |
| 13 | BRITISH AIRWAYS | 34,486 | 54.4 |
| 14 | LUFTHANSA | 33,498 | 57.0 |
| 15 | NORWEGIAN AIR | 28,857 | 59.1 |
| 16 | KALITTA AIR LLC | 26,782 | 61.2 |
| 17 | QATAR AIRWAYS | 26,012 | 63.1 |
| 18 | ANA (ALL NIPPON) | 25,951 | 65.1 |
| 19 | AIR FRANCE | 24,577 | 67.0 |
| 20 | KLM | 24,182 | 68.8 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 28,222,984 | 277,796 |
| CANADA | 435,145 | 179 |
| CARIBBEAN + BERMUDA | 6,163,040 | 9,359 |
| CENTRAL AND SOUTH AMERICA | 2,738,918 | 72,661 |
| MEXICO | 1,635,616 | 10,336 |
| TRANSATLANTIC | 19,651,253 | 619,374 |
| TRANSPACIFIC | 3,754,448 | 330,659 |

## Passenger Demographic Data

| | | | |
|---|---|---|---|
| Business | 15.8% | Local Origin & Destination | 70.1% |
| Leisure/Other | 84.2% | Connecting Passengers | 29.9% |
| Male | 43.2% | Average age | 42.4 |
| Female | 56.8% | | |

ACI ASQ Monthly Surveys; 2018 Annual

### O&D Passenger Mode of Access:

| | | | |
|---|---|---|---|
| Private Car | 33.0% | NYC | 57.8% |
| Drove Rental Car | 4.2% | Manhattan | 13.7% |
| Taxi/Limo | 32.1% | Brooklyn | 18.2% |
| Uber/Lyft | 10.6% | Queens | 19.4% |
| Bus/Shuttle | 8.0% | New Jersey | 1.7% |
| Rail/Subway | 12.1% | Long Island | 27.5% |
| | | Westchester & Rockland | 7.4% |
| | | Connecticut | 1.2% |

*Local Passenger Residence*

## OAG schedules: airlines serving JFK

| | Flights (daily) | Airlines |
|---|---|---|
| **Domestic Passenger Service** | | |
| @Sub-Total | 0.0 | 0 |
| **International Passenger Service** | | |
| @Sub-Total | 0.0 | 0 |
| **Freighter Service** | | |
| @Sub-Total | 0.0 | 0 |

## OAG schedules: Nonstop Destinations

| | Flights (daily) | Cities |
|---|---|---|
| **Domestic nonstop cities served** | | |
| @Sub-Total | 0 | 0 |
| **International nonstop cities served** *Jet service provided* | | |
| @Sub-Total | 0 | 0 |
| Total number of cities having nonstop services | 0 | 0 |

# THE PORT AUTHORITY OF NY & NJ
## MARCH 2020 TRAFFIC REPORT

*JFK's total passenger traffic saw rates pace to plunge (-2,822 travelers). The domestic sector posted a 1.418 million-passenger decline (-57.1 percent). Delta (-579,320 passengers/-55.5 percent), JetBlue (-483,894 passengers/-54.2 percent), and AA (-275,869 passengers/-66.8 percent) led the fall with a combined 1.339 million-passenger shortfall. JFK led our region's international passenger dive as it handled 1.404 million fewer travelers (-52.6 percent). Delta (-233,015 passengers/-53.1 percent), JetBlue (-172,724 passengers/-50.8. percent), AA (-108,621 passengers/-57.9 percent), and Norwegian (-88,788 passengers/-67.31 percent) collectively handled 603,153 fewer travelers. JFK's total cargo volume registered its 14th straight month of negative performance (-30,292 tons/-25.1 percent). The international sector (nearly 80 percent of JFK's total freight activity) drove the fall (-31,126 tons/-31.9 percent). Conversely, domestic freight activity improved (+834 tons/+3.6 percent).*

|  | Month | | Year-to-date | | 12 Months Ending | |
|---|---|---|---|---|---|---|
|  | Current | % | Current | % | Current | % |

*Current month, year-to-date, 12 months ending totals*
*Showing percentage change from prior year period*

# JFK

| PASSENGERS | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Domestic | 1,064,937 | -57.1 | 5,165,089 | -21.7 | 26,805,173 | -6.0 |
| International | 1,266,127 | -52.6 | 5,980,689 | -18.3 | 32,974,092 | -3.0 |
| **Total Revenue Passengers** | 2,331,064 | -54.8 | 11,145,778 | -19.9 | 59,779,265 | -4.4 |
| **Non Revenue Passengers** | 92,143 | -38.5 | 378,775 | -6.4 | 1,827,745 | 4.7 |
| Note: Commuter - Regional Pax incl. in above | 130,478 | -59.9 | 578,151 | -29.2 | 3,331,767 | -12.4 |

| FLIGHTS | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Domestic | 18,826 | -18.5 | 60,629 | -5.4 | 256,086 | -4.6 |
| International | 9,330 | -37.5 | 36,090 | -14.5 | 172,931 | -4.5 |
| General Aviation | 656 | -28.9 | 3,254 | 39.5 | 18,356 | 45.5 |
| **Total** | 28,812 | -26.0 | 99,973 | -8.0 | 447,373 | -3.2 |
| Note: freighter flights included in above | 1,182 | -6.0 | 3,505 | 3.4 | 13,597 | 3.4 |
| Note: Commuter - Regional Flights incl. in above | 5,087 | -22.2 | 15,008 | -14.9 | 66,617 | -10.4 |

| FREIGHT (in short tons) | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Domestic | 23,863 | 3.6 | 62,419 | -5.8 | 278,630 | 2.2 |
| International | 66,295 | -31.9 | 219,139 | -16.3 | 1,011,442 | -11.6 |
| **Total** | 90,158 | -25.1 | 281,558 | -14.2 | 1,290,072 | -8.9 |

| MAIL (in short tons) | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Total | 5,371 | -43.0 | 18,800 | -37.1 | 87,600 | -10.8 |

| Ground Transportation | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Paid Parked Cars | 122,059 | -52.5 | 589,113 | -20.0 | 3,197,057 | -9.4 |
| Ground Transpo. Counter Bookings | 4,522 | -69.2 | 27,257 | -31.5 | 172,541 | -12.8 |
| Airport Coach Passengers | 3,566 | -65.6 | 20,060 | -15.3 | 120,504 | -10.8 |
| Taxis Dispatched | 83,525 | -61.3 | 481,388 | -14.4 | 2,530,078 | -1.2 |
| Total Air Train Passengers | 980,254 | -42.1 | 4,034,680 | -12.5 | 20,364,933 | -0.8 |
| Paid Howard Beach Passengers | 71,227 | -55.0 | 338,489 | -20.4 | 1,936,846 | -1.5 |
| Paid Jamaica Passengers | 260,443 | -50.9 | 1,208,891 | -14.6 | 6,477,510 | 2.5 |
| On-airport (Unpaid) Air Train Passengers | 648,584 | -35.3 | 2,487,300 | -10.1 | 11,950,577 | -2.3 |

# JFK — Top 20 Airlines 12 months ending March 2020

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | DELTA | 11,746,312 | 5,746,730 | 17,493,042 | 29.7 |
| 2 | JETBLUE AIRWAYS | 9,710,634 | 3,974,984 | 13,685,618 | 53.0 |
| 3 | AMERICAN | 3,733,770 | 2,139,836 | 5,873,606 | 63.0 |
| 4 | NORWEGIAN AIR | 0 | 1,460,633 | 1,460,633 | 65.5 |
| 5 | ALASKA AIRLINES | 1,436,158 | 0 | 1,436,158 | 67.9 |
| 6 | BRITISH AIRWAYS | 0 | 1,332,133 | 1,332,133 | 70.2 |
| 7 | VIRGIN ATLANTIC | 0 | 1,144,916 | 1,144,916 | 72.1 |
| 8 | AIR FRANCE | 0 | 1,064,632 | 1,064,632 | 73.9 |
| 9 | EMIRATES AIRLINES | 0 | 868,406 | 868,406 | 75.4 |
| 10 | AEROFLOT | 0 | 661,912 | 661,912 | 76.5 |
| 11 | LUFTHANSA | 0 | 617,339 | 617,339 | 77.6 |
| 12 | ALITALIA | 0 | 590,929 | 590,929 | 78.6 |
| 13 | TURKISH AIR | 0 | 517,126 | 517,126 | 79.5 |
| 14 | CATHAY PACIFIC | 0 | 507,573 | 507,573 | 80.3 |
| 15 | CARIBBEAN AIR | 0 | 495,966 | 495,966 | 81.2 |
| 16 | KLM | 0 | 473,939 | 473,939 | 82.0 |
| 17 | KOREAN | 0 | 467,293 | 467,293 | 82.8 |
| 18 | AER LINGUS | 0 | 465,915 | 465,915 | 83.5 |
| 19 | IBERIA | 0 | 457,152 | 457,152 | 84.3 |
| 20 | AVIANCA | 0 | 453,276 | 453,276 | 85.1 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | FEDERAL EXPRESS | 86,912 | 6.7 |
| 2 | DELTA | 86,665 | 13.5 |
| 3 | AMERICAN | 67,392 | 18.7 |
| 4 | UNITED PARCEL | 59,691 | 23.3 |
| 5 | CATHAY PACIFIC | 58,644 | 27.9 |
| 6 | ATLAS AIR | 54,578 | 32.1 |
| 7 | CARGOLUX AIRLINES | 48,247 | 35.8 |
| 8 | VIRGIN ATLANTIC | 45,498 | 39.3 |
| 9 | CHINA AIRLINES (CAI) | 44,158 | 42.8 |
| 10 | KOREAN | 41,070 | 46.0 |
| 11 | ASIANA | 36,778 | 48.8 |
| 12 | AIR CHINA INTERNAT | 36,387 | 51.6 |
| 13 | LUFTHANSA | 35,101 | 54.3 |
| 14 | BRITISH AIRWAYS | 33,294 | 56.9 |
| 15 | NORWEGIAN AIR | 27,711 | 59.1 |
| 16 | KALITTA AIR LLC | 26,157 | 61.1 |
| 17 | QATAR AIRWAYS | 26,137 | 63.1 |
| 18 | ANA (ALL NIPPON) | 24,997 | 65.1 |
| 19 | KLM | 24,201 | 66.9 |
| 20 | AIR FRANCE | 23,762 | 68.8 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 26,805,173 | 278,630 |
| CANADA | 412,623 | 182 |
| CARIBBEAN + BERMUDA | 5,883,885 | 9,100 |
| CENTRAL AND SOUTH AMERICA | 2,618,567 | 70,175 |
| MEXICO | 1,542,859 | 11,834 |
| TRANSATLANTIC | 18,976,210 | 598,803 |
| TRANSPACIFIC | 3,539,948 | 321,348 |

## Passenger Demographic Data / ACI ASQ Monthly Surveys; 2018 Annual

| | | | |
|---|---|---|---|
| Business | 15.8% | Local Origin & Destination | 70.1% |
| Leisure/Other | 84.2% | Connecting Passengers | 29.9% |
| Male | 43.2% | Average age | 42.4 |
| Female | 56.8% | | |

**O&D Passenger Mode of Access:** / **Local Passenger Residence**

| | | | |
|---|---|---|---|
| Private Car | 33.0% | NYC | 57.8% |
| Drove Rental Car | 4.2% | Manhattan | 13.7% |
| Taxi/Limo | 32.1% | Brooklyn | 18.2% |
| Uber/Lyft | 10.6% | Queens | 19.4% |
| Bus/Shuttle | 8.0% | New Jersey | 1.7% |
| Rail/Subway | 12.1% | Long Island | 27.5% |
| | | Westchester & Rockland | 7.4% |
| | | Connecticut | 1.2% |

## OAG schedules: airlines serving JFK

| Domestic Passenger Service | Flights (daily) | Airlines |
|---|---|---|
| Scheduled | 902.4 | 22 |
| Commuter | 104.7 | 3 |
| @Sub-Total | 1007.1 | 25 |
| **International Passenger Service** | | |
| Scheduled: USA Flag | 181.4 | 5 |
| Scheduled: Foreign Flag | 234.4 | 63 |
| Commuter: USA Flag | 9.1 | 3 |
| @Sub-Total | 424.9 | 71 |
| **Freighter Service** | | |
| @Sub-Total | 0.0 | 0 |
| @USA Airlines (Un-duplicated) | 1187.1 | 7 |
| @Foreign Airlines (Un-duplicated) | 243.7 | 64 |

## OAG schedules: Nonstop Destinations

| Domestic nonstop cities served | Flights (daily) | Cities |
|---|---|---|
| Jet Service Provided | 1007.1 | 66 |
| Service Exclusively by Regional Airlines | 0.0 | 0 |
| @Sub-Total | 1007.1 | 66 |
| **International nonstop cities served** | | |
| Jet service provided | | |
| Central America Less Mexico | 18.9 | 5 |
| South America | 28.2 | 11 |
| Mexico | 34.6 | 4 |
| Canada | 38.2 | 3 |
| Transpacific | 37.4 | 13 |
| Transatlantic | 210.1 | 43 |
| Carribean and Bermuda | 57.5 | 24 |
| @Sub-Total | 424.9 | 103 |
| **Total number of cities having nonstop services** | 1432 | 169 |

19-MAY-20 03:43 PM    Run from Traffic_Summary1.RDF

Exhibit 126 to Plaintiff's Omnibus Appendix of Evidence in Support of its Oppositions to Defendants' Motions for Summary Judgment    Page 1478 of 2921