# EXHIBIT 127

*Total passenger activity reached 6 generation of 1851 million travelers (+330,891 passengers/+9.9 percent – the highest growth rate and volume increase among our airports). Domestic traffic climbed by 13.3 percent (+304,720 travelers) to a record 2.596 million travelers. The top two contributors to growth were United (+183,663 passengers/+11.9 percent) and Frontier (+84,315 passengers/+100 percent – with new service in December to Atlanta, Las Vegas, Miami, Orlando, Phoenix, San Juan, and West Palm Beach). EWR's international passenger volume also improved (+2.5 percent/+26,171 travelers). United (+40,372 passengers/+6.2 percent), Eurowings (+9,673 passengers/+100 percent with service that began in March 2019), El Al (+8,506 passengers/+66.6 percent), and Spirit (+7,595 passengers/+100 percent with service that began in May 2019) added a combined 66,146 travelers. Following a 0.4 percent uptick in December, total freight activity at EWR experienced a 7.8 percent loss (-5,285 tons). Domestic cargo led with a 10.5 percent drop (-4,779 tons). International cargo recorded its 10th consecutive monthly fall (-506 tons/-2.3 percent).*

# THE PORT AUTHORITY OF NY & NJ
# JANUARY 2020 TRAFFIC REPORT

*Current month, year-to-date, 12 months ending totals*
*Showing percentage change from prior year period*

|  | Month | | Year-to-date | | 12 Months Ending | |
|---|---|---|---|---|---|---|
|  | Current | % | Current | % | Current | % |

## EWR

| PASSENGERS | | | | | | |
|---|---|---|---|---|---|---|
| Domestic | 2,593,006 | 13.3 | 2,593,006 | 13.3 | 32,308,860 | 1.7 |
| International | 1,090,192 | 2.5 | 1,090,192 | 2.5 | 14,358,483 | 1.3 |
| **Total Revenue Passengers** | **3,683,198** | **9.9** | **3,683,198** | **9.9** | **46,667,343** | **1.6** |
| Non Revenue Passengers | 107,031 | 6.4 | 107,031 | 6.4 | 1,332,636 | 1.6 |
| Note: Commuter - Regional Pax incl. in above | 572,604 | 12.7 | 572,604 | 12.7 | 7,067,045 | 1.1 |

| FLIGHTS | | | | | | |
|---|---|---|---|---|---|---|
| Domestic | 28,375 | 6.1 | 28,375 | 6.1 | 334,138 | -1.9 |
| International | 7,977 | 0.7 | 7,977 | 0.7 | 99,465 | 0.1 |
| General Aviation | 912 | 6.3 | 912 | 6.3 | 14,470 | 4.9 |
| **Total** | **37,264** | **4.9** | **37,264** | **4.9** | **448,073** | **-1.2** |
| Note: freighter flights included in above | 1,796 | -20.9 | 1,796 | -20.9 | 21,965 | -7.0 |
| Note: Commuter - Regional Flights incl. in above | 12,805 | 10.6 | 12,805 | 10.6 | 143,622 | -0.6 |

| FREIGHT (in short tons) | | | | | | |
|---|---|---|---|---|---|---|
| Domestic | 40,953 | -10.5 | 40,953 | -10.5 | 534,054 | -2.0 |
| International | 21,954 | -2.3 | 21,954 | -2.3 | 285,592 | -6.4 |
| **Total** | **62,907** | **-7.8** | **62,907** | **-7.8** | **819,646** | **-3.6** |

| MAIL (in short tons) | | | | | | |
|---|---|---|---|---|---|---|
| Total | 4,515 | -20.5 | 4,515 | -20.5 | 56,010 | -3.5 |

| Ground Transportation | | | | | | |
|---|---|---|---|---|---|---|
| Paid Parked Cars | 196,073 | -2.5 | 196,073 | -2.5 | 2,612,141 | -4.3 |
| Ground Transpo. Counter Bookings | 4,051 | -2.9 | 4,051 | -2.9 | 70,332 | -14.2 |
| Airport Coach Passengers | 44,409 | 37.1 | 44,409 | 37.1 | 560,629 | -1.1 |
| Taxis Dispatched | 67,723 | -5.9 | 67,723 | -5.9 | 938,377 | -4.1 |
| Total Air Train Passengers | 794,868 | 2.8 | 794,868 | 2.8 | 11,062,666 | 0.6 |
| Paid Air Train Passengers | 218,671 | 14.3 | 218,671 | 14.3 | 3,136,718 | 8.0 |

19-MAR-20 03:32 PM

Exhibit 127 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1479 of 2921

| Ground Transportation | | | | | |
|---|---|---|---|---|---|
| On-airport (Unpaid) Air Train Passengers | 576,197 | -1.0 | 576,197 | -1.0 | 7,925,948 | -2.1 |

# EWR

**Top 20 Airlines 12 months ending January 2020**

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | UNITED | 21,968,787 | 8,615,106 | 30,583,893 | 65.6 |
| 2 | AMERICAN | 2,322,079 | 0 | 2,322,079 | 70.6 |
| 3 | JETBLUE AIRWAYS | 2,059,262 | 236,338 | 2,295,600 | 75.5 |
| 4 | DELTA | 1,902,325 | 1,118 | 1,903,443 | 79.6 |
| 5 | SPIRIT AIRLINES | 1,412,735 | 60,299 | 1,473,034 | 82.8 |
| 6 | ALASKA AIRLINES | 1,195,263 | 0 | 1,195,263 | 85.3 |
| 7 | SOUTHWEST AIRLINES | 933,687 | 0 | 933,687 | 87.4 |
| 8 | AIR CANADA | 0 | 729,434 | 729,434 | 88.9 |
| 9 | SAS | 0 | 501,005 | 501,005 | 90.0 |
| 10 | PORTER AIRLINES | 0 | 424,333 | 424,333 | 90.9 |
| 11 | LUFTHANSA | 0 | 417,756 | 417,756 | 91.8 |
| 12 | EMIRATES AIRLINES | 0 | 389,171 | 389,171 | 92.6 |
| 13 | NORWEGIAN AIR | 0 | 294,843 | 294,843 | 93.3 |
| 14 | BRITISH AIRWAYS | 0 | 261,721 | 261,721 | 93.8 |
| 15 | EL AL | 0 | 223,728 | 223,728 | 94.3 |
| 16 | AIR PORTUGAL(TAP) | 0 | 220,007 | 220,007 | 94.8 |
| 17 | ALLEGIANT AIR | 214,161 | 0 | 214,161 | 95.2 |
| 18 | AIR INDIA | 0 | 196,519 | 196,519 | 95.7 |
| 19 | FRONTIER AIRLINES | 196,128 | 0 | 196,128 | 96.1 |
| 20 | AER LINGUS | 0 | 172,563 | 172,563 | 96.5 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | FEDERAL EXPRESS | 360,891 | 44.0 |
| 2 | UNITED | 172,256 | 65.0 |
| 3 | UNITED PARCEL | 143,933 | 82.6 |
| 4 | ATLAS AIR | 27,666 | 86.0 |
| 5 | SAS | 20,507 | 88.5 |
| 6 | EMIRATES AIRLINES | 13,419 | 90.1 |
| 7 | LUFTHANSA | 9,152 | 91.2 |
| 8 | SWISS INT'L AIR LINE | 8,931 | 92.3 |
| 9 | BRITISH AIRWAYS | 7,965 | 93.3 |
| 10 | VIRGIN ATLANTIC | 7,663 | 94.2 |
| 11 | EL AL | 7,412 | 95.1 |
| 12 | AIR CHINA INTERNAT | 4,446 | 95.7 |
| 13 | EUROWINGS | 3,986 | 96.2 |
| 14 | AIR CANADA | 3,696 | 96.6 |
| 15 | AIR PORTUGAL(TAP) | 3,643 | 97.1 |
| 16 | NORWEGIAN AIR | 3,279 | 97.5 |
| 17 | LOT POLISH | 3,212 | 97.9 |
| 18 | AIR INDIA | 2,492 | 98.2 |
| 19 | CARGOJET AIRWAYS | 2,222 | 98.4 |
| 20 | AUSTRIAN AIRLINES | 1,826 | 98.7 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 32,308,860 | 534,054 |
| CANADA | 1,718,973 | 3,706 |
| CARIBBEAN + BERMUDA | 2,078,010 | 4,643 |
| CENTRAL AND SOUTH AMERICA | 1,197,083 | 7,545 |
| MEXICO | 581,030 | 443 |
| TRANSATLANTIC | 7,474,870 | 233,265 |
| TRANSPACIFIC | 1,308,517 | 35,990 |

## Passenger Demographic Data — ACI ASQ Monthly Surveys; 2018 Annual

| | | | |
|---|---|---|---|
| Business | 26.7% | Local Origin & Destination | 75.3% |
| Leisure/Other | 73.3% | Connecting Passengers | 24.7% |
| Male | 45.8% | Average age | 44.0 |
| Female | 54.2% | | |

**O&D Passenger Mode of Access:** / **Local Passenger Residence**

| | | | |
|---|---|---|---|
| Private Car | 37.2% | NYC | 66.3% |
| Drove Rental Car | 8.2% | Manhattan | 28.9% |
| Taxi/Limo | 22.6% | Brooklyn | 15.4% |
| Uber/Lyft | 13.8% | Queens | 4.2% |
| Bus/Shuttle | 10.2% | New Jersey | 11.1% |
| Rail/Subway | 8.1% | Westchester & Rockland | 10.3% |
| | | Pennsylvania | 1.6% |
| | | Connecticut | 0.1% |

## OAG schedules: airlines serving EWR

| Domestic Passenger Service | Flights (daily) | Airlines |
|---|---|---|
| Scheduled | 233.6 | 10 |
| Commuter | 172.1 | 3 |
| @Sub-Total | 405.7 | 13 |
| **International Passenger Service** | | |
| Scheduled: USA Flag | 52.9 | 3 |
| Scheduled: Foreign Flag | 48.4 | 26 |
| Commuter: USA Flag | 13.8 | 2 |
| @Sub-Total | 115.1 | 31 |
| **Freighter Service** | | |
| @Sub-Total | 0.0 | 0 |
| @USA Airlines(Un-duplicated) | 472.4 | 10 |
| @Foreign Airlines(Un-duplicated) | 50.9 | 26 |

## OAG schedules: Nonstop Destinations

| Domestic nonstop cities served | Flights (daily) | Cities |
|---|---|---|
| Jet Service Provided | 337.7 | 58 |
| Service Exclusively by Regional Airlines | 68.0 | 24 |
| @Sub-Total | 405.7 | 82 |
| **International nonstop cities served** | | |
| Jet service provided | | |
| Central America Less Mexico | 2.3 | 4 |
| South America | 3.6 | 4 |
| Mexico | 3.7 | 3 |
| Canada | 41.3 | 7 |
| Transpacific | 10.6 | 7 |
| Transatlantic | 44.4 | 34 |
| Caribbean and Bermuda | 11.7 | 13 |
| @Sub-Total | 117.6 | 72 |
| Total number of cities having nonstop services | 523.3 | 154 |

## THE PORT AUTHORITY OF NY & NJ
## FEBRUARY 2020 TRAFFIC REPORT

*EWR's total passenger traffic grew to a record 3.396 million travelers (+301,067 passengers/+9.7 percent – the highest growth rate and level improvement among our facilities). The domestic sector paced growth with a record 2.469 million passengers (+287,651 travelers/+13.2 percent). United, Frontier and Spirit led growth with double-digit gains. EWR's international passenger volume also achieved a new highwater mark – 927,138 travelers (+1.5 percent/+13,416 passengers) – though carriers cut seat capacity (-1.4 percent). Growth was led by United and Swiss International Airlines. Several airlines offset the gains previously described: Cathay Pacific and Air China handled fewer passengers with double-digit declines. EWR's total freight volume fell by 4.4 percent (-2,793 tons). The domestic segment led the downward trend with a 3,259-ton fall (-8 percent). Following ten uninterrupted months of underperformance, international cargo bounced back with a 2.1 percent gain (+466 tons).*

*Current month, year-to-date, 12 months ending totals*
*Showing percentage change from prior year period*

|  | Month | | Year-to-date | | 12 Months Ending | |
|---|---:|---:|---:|---:|---:|---:|
|  | Current | % | Current | % | Current | % |

# EWR

| **PASSENGERS** | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Domestic | 2,469,318 | 13.2 | 5,062,324 | 13.3 | 32,596,511 | 2.6 |
| International | 927,138 | 1.5 | 2,017,330 | 2.0 | 14,371,899 | 1.3 |
| Total Revenue Passengers | 3,396,456 | 9.7 | 7,079,654 | 9.8 | 46,968,410 | 2.2 |
| Non Revenue Passengers | 106,284 | 13.5 | 213,315 | 9.8 | 1,345,303 | 2.7 |
| Note: Commuter - Regional Pax incl. in above | 543,515 | 14.7 | 1,116,119 | 13.6 | 7,136,630 | 2.3 |

| **FLIGHTS** | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Domestic | 26,850 | 10.7 | 55,225 | 8.3 | 336,738 | -0.8 |
| International | 7,235 | 3.6 | 15,212 | 2.1 | 99,716 | 0.9 |
| General Aviation | 804 | -15.4 | 1,716 | -5.1 | 14,324 | 4.3 |
| Total | 34,889 | 8.4 | 72,153 | 6.6 | 450,778 | -0.3 |
| Note: freighter flights included in above | 1,672 | -1.9 | 3,468 | -12.7 | 21,933 | -6.7 |
| Note: Commuter - Regional Flights incl. in above | 11,942 | 15.4 | 24,747 | 12.9 | 145,212 | 0.8 |

| **FREIGHT (in short tons)** | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Domestic | 37,337 | -8.0 | 78,291 | -9.3 | 530,796 | -2.6 |
| International | 23,164 | 2.1 | 45,117 | -0.1 | 286,058 | -6.0 |
| Total | 60,501 | -4.4 | 123,408 | -6.1 | 816,854 | -3.9 |

| **MAIL (in short tons)** | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Total | 4,121 | -13.6 | 8,635 | -17.4 | 55,359 | -5.3 |

| **Ground Transportation** | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Paid Parked Cars | 172,651 | -4.4 | 368,724 | -3.4 | 2,604,273 | -4.5 |
| Ground Transpo. Counter Bookings | 4,592 | -5.8 | 8,643 | -4.4 | 70,051 | -12.1 |
| Airport Coach Passengers | 41,305 | 34.3 | 85,714 | 35.8 | 571,182 | 2.2 |
| Taxis Dispatched | 63,110 | -0.4 | 130,833 | -3.3 | 938,134 | -4.0 |
| Total Air Train Passengers | 709,720 | 5.9 | 1,504,588 | 4.2 | 11,102,258 | 1.0 |
| Paid Air Train Passengers | 191,951 | 6.6 | 410,622 | 10.6 | 3,148,602 | 8.1 |
| On-airport (Unpaid) Air Train Passengers | 517,769 | 5.7 | 1,093,966 | 2.0 | 7,953,656 | -1.6 |

# EWR

**Top 20 Airlines 12 months ending February 2020**

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | UNITED | 22,138,028 | 8,632,231 | 30,770,259 | 65.6 |
| 2 | AMERICAN | 2,353,594 | 0 | 2,353,594 | 70.6 |
| 3 | JETBLUE AIRWAYS | 2,075,530 | 246,136 | 2,321,666 | 75.6 |
| 4 | DELTA | 1,930,780 | 1,123 | 1,931,903 | 79.7 |
| 5 | SPIRIT AIRLINES | 1,445,562 | 60,299 | 1,505,861 | 82.9 |
| 6 | ALASKA AIRLINES | 1,206,758 | 0 | 1,206,758 | 85.5 |
| 7 | SOUTHWEST AIRLINES | 849,871 | 0 | 849,871 | 87.3 |
| 8 | AIR CANADA | 0 | 727,979 | 727,979 | 88.8 |
| 9 | SAS | 0 | 503,200 | 503,200 | 89.9 |
| 10 | LUFTHANSA | 0 | 421,191 | 421,191 | 90.8 |
| 11 | PORTER AIRLINES | 0 | 418,274 | 418,274 | 91.7 |
| 12 | EMIRATES AIRLINES | 0 | 389,468 | 389,468 | 92.5 |
| 13 | FRONTIER AIRLINES | 273,200 | 0 | 273,200 | 93.1 |
| 14 | NORWEGIAN AIR | 0 | 271,951 | 271,951 | 93.7 |
| 15 | BRITISH AIRWAYS | 0 | 264,295 | 264,295 | 94.2 |
| 16 | EL AL | 0 | 229,141 | 229,141 | 94.7 |
| 17 | AIR PORTUGAL(TAP) | 0 | 220,890 | 220,890 | 95.2 |
| 18 | ALLEGIANT AIR | 214,517 | 0 | 214,517 | 95.7 |
| 19 | AIR INDIA | 0 | 196,528 | 196,528 | 96.1 |
| 20 | AER LINGUS | 0 | 172,777 | 172,777 | 96.5 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | FEDERAL EXPRESS | 357,188 | 43.7 |
| 2 | UNITED | 174,263 | 65.1 |
| 3 | UNITED PARCEL | 143,644 | 82.6 |
| 4 | ATLAS AIR | 25,406 | 85.8 |
| 5 | SAS | 20,037 | 88.2 |
| 6 | EMIRATES AIRLINES | 13,574 | 89.9 |
| 7 | SWISS INT'L AIR LINE | 10,003 | 91.1 |
| 8 | LUFTHANSA | 9,138 | 92.2 |
| 9 | BRITISH AIRWAYS | 7,967 | 93.2 |
| 10 | VIRGIN ATLANTIC | 7,794 | 94.1 |
| 11 | EL AL | 7,670 | 95.1 |
| 12 | AIR CHINA INTERNAT | 4,388 | 95.6 |
| 13 | EUROWINGS | 4,341 | 96.2 |
| 14 | AIR CANADA | 3,638 | 96.6 |
| 15 | AIR PORTUGAL(TAP) | 3,476 | 97.0 |
| 16 | LOT POLISH | 3,253 | 97.4 |
| 17 | KALITTA AIR LLC | 2,821 | 97.8 |
| 18 | NORWEGIAN AIR | 2,701 | 98.1 |
| 19 | AIR INDIA | 2,451 | 98.4 |
| 20 | CARGOJET AIRWAYS | 2,228 | 98.7 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 32,596,511 | 530,796 |
| CANADA | 1,715,189 | 3,650 |
| CARIBBEAN + BERMUDA | 2,098,121 | 4,697 |
| CENTRAL AND SOUTH AMERICA | 1,191,753 | 7,606 |
| MEXICO | 590,051 | 429 |
| TRANSATLANTIC | 7,544,099 | 234,928 |
| TRANSPACIFIC | 1,232,686 | 34,748 |

## Passenger Demographic Data

| | | ACI ASQ Monthly Surveys; 2018 Annual | |
|---|---|---|---|
| Business | 26.7% | Local Origin & Destination | 75.3% |
| Leisure/Other | 73.3% | Connecting Passengers | 24.7% |
| Male | 45.8% | Average age | 44.0 |
| Female | 54.2% | | |

| O&D Passenger Mode of Access: | | Local Passenger Residence | |
|---|---|---|---|
| Private Car | 37.2% | NYC | 66.3% |
| Drove Rental Car | 8.2% | Manhattan | 28.9% |
| Taxi/Limo | 22.6% | Brooklyn | 15.4% |
| Uber/Lyft | 13.8% | Queens | 4.2% |
| Bus/Shuttle | 10.2% | New Jersey | 11.1% |
| Rail/Subway | 8.1% | Westchester & Rockland | 10.3% |
| | | Pennsylvania | 1.6% |
| | | Connecticut | 0.1% |

## OAG schedules: airlines serving EWR

| Domestic Passenger Service | Flights (daily) | Airlines |
|---|---|---|
| @Sub-Total | 0.0 | 0 |
| International Passenger Service | | |
| @Sub-Total | 0.0 | 0 |
| Freighter Service | | |
| @Sub-Total | 0.0 | 0 |

## OAG schedules: Nonstop Destinations

| Domestic nonstop cities served | Flights (daily) | Cities |
|---|---|---|
| @Sub-Total | 0 | 0 |
| International nonstop cities served Jet service provided | | |
| @Sub-Total | 0 | 0 |
| Total number of cities having nonstop services | 0 | 0 |

24-APR-20 09:28 AM          Run from Traffic_Summary1.RDF

Exhibit 127 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1482 of 2921

*Total passenger activity at EWR fell by 53.0 percent (- 2.090 million travelers). EWR's domestic passenger sector recorded the second largest volume fall among our facilities (-1.443 million travelers/-51.7 percent). United (EWR's top carrier) was the main contributor to the decline (-1.043 million travelers/-54.2 percent). EWR handled 646,906 fewer international travelers (-55.9 percent). The drop was mainly led by United (381,261 travelers/-53.2 percent). Air Canada carried 38.368 fewer passengers (63.7 percent). Total cargo traffic at EWR plunged by 24.1 percent (-17,679 tons). The international sector accounted for the majority of the decline (-9,780 tons/-37.2 percent). Domestic cargo volume, too, fell at a double-digit pace (-16.8 percent/-7,899 tons).*

*Current month, year-to-date, 12 months ending totals*
*Showing percentage change from prior year period*

# THE PORT AUTHORITY OF NY & NJ
# MARCH 2020 TRAFFIC REPORT

|  | Month |  | Year-to-date |  | 12 Months Ending |  |
|---|---|---|---|---|---|---|
|  | Current | % | Current | % | Current | % |

## EWR

| **PASSENGERS** | | | | | | |
|---|---|---|---|---|---|---|
| Domestic | 1,345,646 | -51.7 | 6,407,970 | -11.7 | 31,153,761 | -2.4 |
| International | 510,920 | -55.9 | 2,529,242 | -19.3 | 13,725,985 | -3.7 |
| **Total Revenue Passengers** | 1,856,566 | -53.0 | 8,937,212 | -14.0 | 44,879,746 | -2.8 |
| **Non Revenue Passengers** | 80,606 | -28.7 | 293,921 | -4.4 | 1,312,822 | -0.5 |
| Note: Commuter - Regional Pax incl. in above | 282,440 | -49.2 | 1,398,559 | -9.1 | 6,863,190 | -1.8 |
| **FLIGHTS** | | | | | | |
| Domestic | 24,245 | -15.2 | 79,470 | -0.1 | 332,399 | -2.4 |
| International | 5,317 | -40.9 | 20,543 | -14.0 | 96,057 | -4.3 |
| General Aviation | 568 | -49.8 | 2,284 | -22.3 | 13,760 | 0.3 |
| **Total** | 30,130 | -22.2 | 102,297 | -3.9 | 442,216 | -2.7 |
| Note: freighter flights included in above | 1,745 | -7.4 | 5,213 | -11.0 | 21,794 | -7.3 |
| Note: Commuter - Regional Flights incl. in above | 10,416 | -8.2 | 35,163 | 5.7 | 144,277 | 0.0 |
| **FREIGHT (in short tons)** | | | | | | |
| Domestic | 39,104 | -16.8 | 117,395 | -12.0 | 522,896 | -4.5 |
| International | 16,527 | -37.2 | 61,645 | -13.7 | 276,278 | -9.3 |
| **Total** | 55,631 | -24.1 | 179,040 | -12.6 | 799,174 | -6.2 |
| **MAIL (in short tons)** | | | | | | |
| Total | 3,462 | -35.6 | 12,098 | -23.5 | 53,447 | -9.8 |
| **Ground Transportation** | | | | | | |
| Paid Parked Cars | 96,887 | -56.2 | 465,611 | -22.7 | 2,480,178 | -8.9 |
| Ground Transpo. Counter Bookings | 1,606 | -71.1 | 10,249 | -29.8 | 66,099 | -15.4 |
| Airport Coach Passengers | 20,500 | -47.7 | 106,214 | 3.8 | 552,480 | 0.1 |
| Taxis Dispatched | 26,908 | -65.9 | 157,741 | -26.4 | 886,047 | -9.4 |
| Total Air Train Passengers | 432,905 | -50.9 | 1,937,493 | -16.7 | 10,653,086 | -3.5 |
| Paid Air Train Passengers | 96,515 | -60.3 | 507,137 | -17.5 | 3,001,966 | 2.2 |
| On-airport (Unpaid) Air Train Passengers | 336,390 | -47.4 | 1,430,356 | -16.4 | 7,651,120 | -5.6 |

19-MAY-20 03:43 PM

Exhibit 127 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1483 of 2921

# EWR — Top 20 Airlines 12 months ending March 2020

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | UNITED | 21,095,368 | 8,250,970 | 29,346,338 | 65.5 |
| 2 | AMERICAN | 2,284,265 | 0 | 2,284,265 | 70.6 |
| 3 | JETBLUE AIRWAYS | 1,978,233 | 246,092 | 2,224,325 | 75.5 |
| 4 | DELTA | 1,858,122 | 1,076 | 1,859,198 | 79.7 |
| 5 | SPIRIT AIRLINES | 1,406,367 | 60,299 | 1,466,666 | 82.9 |
| 6 | ALASKA AIRLINES | 1,156,423 | 0 | 1,156,423 | 85.5 |
| 7 | SOUTHWEST AIRLINES | 747,291 | 0 | 747,291 | 87.2 |
| 8 | AIR CANADA | 0 | 689,611 | 689,611 | 88.7 |
| 9 | SAS | 0 | 483,551 | 483,551 | 89.8 |
| 10 | LUFTHANSA | 0 | 401,087 | 401,087 | 90.7 |
| 11 | PORTER AIRLINES | 0 | 394,110 | 394,110 | 91.6 |
| 12 | EMIRATES AIRLINES | 0 | 370,083 | 370,083 | 92.4 |
| 13 | FRONTIER AIRLINES | 322,371 | 4,625 | 326,996 | 93.1 |
| 14 | BRITISH AIRWAYS | 0 | 252,490 | 252,490 | 93.7 |
| 15 | NORWEGIAN AIR | 0 | 238,452 | 238,452 | 94.2 |
| 16 | EL AL | 0 | 226,763 | 226,763 | 94.7 |
| 17 | AIR PORTUGAL(TAP) | 0 | 215,788 | 215,788 | 95.2 |
| 18 | ALLEGIANT AIR | 203,395 | 0 | 203,395 | 95.7 |
| 19 | AIR INDIA | 0 | 192,438 | 192,438 | 96.1 |
| 20 | AER LINGUS | 0 | 164,400 | 164,400 | 96.5 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | FEDERAL EXPRESS | 350,226 | 43.8 |
| 2 | UNITED | 172,503 | 65.4 |
| 3 | UNITED PARCEL | 141,637 | 83.1 |
| 4 | ATLAS AIR | 22,281 | 85.9 |
| 5 | SAS | 18,702 | 88.3 |
| 6 | EMIRATES AIRLINES | 13,059 | 89.9 |
| 7 | SWISS INT'L AIR LINE | 9,803 | 91.1 |
| 8 | LUFTHANSA | 8,853 | 92.2 |
| 9 | BRITISH AIRWAYS | 7,728 | 93.2 |
| 10 | VIRGIN ATLANTIC | 7,402 | 94.1 |
| 11 | EL AL | 7,377 | 95.0 |
| 12 | KALITTA AIR LLC | 4,414 | 95.6 |
| 13 | AIR CHINA INTERNAT | 4,218 | 96.1 |
| 14 | EUROWINGS | 4,135 | 96.6 |
| 15 | AIR CANADA | 3,392 | 97.1 |
| 16 | AIR PORTUGAL(TAP) | 3,331 | 97.5 |
| 17 | LOT POLISH | 3,150 | 97.9 |
| 18 | AIR INDIA | 2,373 | 98.2 |
| 19 | CARGOJET AIRWAYS | 2,236 | 98.5 |
| 20 | NORWEGIAN AIR | 2,120 | 98.7 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 31,153,761 | 522,896 |
| CANADA | 1,599,890 | 3,404 |
| CARIBBEAN + BERMUDA | 2,012,073 | 4,602 |
| CENTRAL AND SOUTH AMERICA | 1,142,481 | 7,694 |
| MEXICO | 583,475 | 431 |
| TRANSATLANTIC | 7,261,506 | 227,836 |
| TRANSPACIFIC | 1,126,560 | 32,311 |

## Passenger Demographic Data

| | | ACI ASQ Monthly Surveys; 2018 Annual | |
|---|---|---|---|
| Business | 26.7% | Local Origin & Destination | 75.3% |
| Leisure/Other | 73.3% | Connecting Passengers | 24.7% |
| Male | 45.8% | Average age | 44.0 |
| Female | 54.2% | | |

### O&D Passenger Mode of Access:

| | | Local Passenger Residence | |
|---|---|---|---|
| Private Car | 37.2% | NYC | 66.3% |
| Drove Rental Car | 8.2% | Manhattan | 28.9% |
| Taxi/Limo | 22.6% | Brooklyn | 15.4% |
| Uber/Lyft | 13.8% | Queens | 4.2% |
| Bus/Shuttle | 10.2% | New Jersey | 11.1% |
| Rail/Subway | 8.1% | Westchester & Rockland | 10.3% |
| | | Pennsylvania | 1.6% |
| | | Connecticut | 0.1% |

## OAG schedules: airlines serving EWR

| Domestic Passenger Service | Flights (daily) | Airlines |
|---|---|---|
| Scheduled | 359.4 | 19 |
| Commuter | 188.3 | 4 |
| @Sub-Total | 547.7 | 23 |
| International Passenger Service | | |
| Scheduled: USA Flag | 100.1 | 4 |
| Scheduled: Foreign Flag | 49.2 | 23 |
| Commuter: USA Flag | 11.9 | 2 |
| @Sub-Total | 161.2 | 29 |
| Freighter Service | | |
| @Sub-Total | 0.0 | 0 |
| @USA Airlines (Un-duplicated) | 649.8 | 10 |
| @Foreign Airlines (Un-duplicated) | 62.6 | 27 |

## OAG schedules: Nonstop Destinations

| Domestic nonstop cities served | Flights (daily) | Cities |
|---|---|---|
| Jet Service Provided | 471.6 | 55 |
| Service Exclusively by Regional Airlines | 76.1 | 24 |
| @Sub-Total | 547.7 | 79 |
| International nonstop cities served | | |
| Jet service provided | | |
| Central America Less Mexico | 5.8 | 7 |
| South America | 5.0 | 3 |
| Mexico | 6.1 | 4 |
| Canada | 38.2 | 7 |
| Transpacific | 6.8 | 4 |
| Transatlantic | 84.0 | 31 |
| Carribean and Bermuda | 18.9 | 17 |
| @Sub-Total | 164.8 | 73 |
| Total number of cities having nonstop services | 712.5 | 152 |