# EXHIBIT 128

*Traffic Statistics: J. Quayson, S. Grullon, J. Debrosse, B. Levine*

*LGA's total passenger volume improved to a record 2.143 million travelers (+62,871 passengers/+3 percent). The domestic sector paced growth with 76,239 added travelers (+3.9 percent) to a record 2.014 million passengers. Delta (+69,315 passengers/+8.6 percent) and Southwest (+16,977 passengers/+8.4 percent) were the main contributors to growth. International passenger traffic posted its fourth consecutive monthly drop (-13,368 travelers/-9.4 percent). Air Canada (-11,453 passengers/-13.7 percent) and WestJet (-5,799 passengers/-20.5 percent) experienced double-digit plummets in their respective passenger counts. Air Canada continues to slash its seats to Toronto (down 32.6 percent). Although Delta (+3,610 passengers/+26.5 percent) and American (+274 passengers/+1.7 percent) grew, their combined 3,884-passenger increase fell short of the collective loss experienced by Air Canada and Westjet. LGA's total cargo volume achieved the highest growth rate among our facilities (+147 tons/+32 percent.*

# THE PORT AUTHORITY OF NY & NJ
# JANUARY 2020 TRAFFIC REPORT

| | Month | | Year-to-date | | 12 Months Ending | |
|---|---|---|---|---|---|---|
| | *Current* | *%* | *Current* | *%* | *Current* | *%* |

*Current month, year-to-date,12 months ending totals*
*Showing percentage change from prior year period*

# LGA

| **PASSENGERS** | | | | | | |
|---|---|---|---|---|---|---|
| *Domestic* | 2,013,892 | 3.9 | 2,013,892 | 3.9 | 28,951,280 | 3.7 |
| *International* | 128,618 | -9.4 | 128,618 | -9.4 | 2,196,485 | -1.5 |
| **Total Revenue Passengers** | **2,142,510** | **3.0** | **2,142,510** | **3.0** | **31,147,765** | **3.3** |
| **Non Revenue Passengers** | **82,087** | **27.6** | **82,087** | **27.6** | **877,435** | **6.5** |
| Note: Commuter - Regional Pax incl. in above | **645,577** | **7.3** | **645,577** | **7.3** | **9,158,910** | **-2.4** |

| **FLIGHTS** | | | | | | |
|---|---|---|---|---|---|---|
| *Domestic* | 28,022 | 4.2 | 28,022 | 4.2 | 336,523 | 1.6 |
| *International* | 2,289 | 14.8 | 2,289 | 14.8 | 27,074 | 0.8 |
| *General Aviation* | 706 | -22.9 | 706 | -22.9 | 10,962 | -27.7 |
| **Total** | **31,017** | **4.0** | **31,017** | **4.0** | **374,559** | **0.3** |
| Note:freighter flights included in above | **0** | **0.0** | **0** | **0.0** | **0** | **\*\*\*\*\*\*** |
| Note: Commuter - Regional Flights incl. in above | **16,129** | **3.5** | **16,129** | **3.5** | **183,059** | **-4.5** |

| **FREIGHT (in short tons)** | | | | | | |
|---|---|---|---|---|---|---|
| *Domestic* | 606 | 32.9 | 606 | 32.9 | 6,477 | 9.7 |
| *International* | 0 | -100.0 | 0 | -100.0 | 46 | -37.0 |
| **Total** | **606** | **32.0** | **606** | **32.0** | **6,523** | **9.2** |

| **MAIL (in short tons)** | | | | | | |
|---|---|---|---|---|---|---|
| **Total** | **350** | **2.3** | **350** | **2.3** | **3,738** | **-23.2** |

| **Ground Transportation** | | | | | | |
|---|---|---|---|---|---|---|
| *Paid Parked Cars* | 38,467 | 41.6 | 38,467 | 41.6 | 491,811 | 97.1 |
| *Ground Transpo.Counter Bookings* | 1,040 | -29.2 | 1,040 | -29.2 | 20,229 | -54.2 |
| *Airport Coach Passengers* | 5,680 | -36.7 | 5,680 | -36.7 | 90,180 | -27.9 |
| *Taxis Dispatched* | 105,439 | -33.1 | 105,439 | -33.1 | 1,719,292 | -31.7 |

*19-MAR-20 03:32 PM*

**Exhibit 128 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**

**Page 1485 of 2921**

# LGA

**Top 20 Airlines 12 months ending January 2020**

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | DELTA | 12,752,927 | 237,466 | 12,990,393 | 41.7 |
| 2 | AMERICAN | 7,743,813 | 202,879 | 7,946,692 | 67.2 |
| 3 | SOUTHWEST AIRLINES | 2,912,598 | 0 | 2,912,598 | 76.6 |
| 4 | UNITED | 2,569,113 | 0 | 2,569,113 | 84.8 |
| 5 | SPIRIT AIRLINES | 1,364,691 | 0 | 1,364,691 | 89.2 |
| 6 | JETBLUE AIRWAYS | 1,256,271 | 0 | 1,256,271 | 93.2 |
| 7 | AIR CANADA | 0 | 1,230,262 | 1,230,262 | 97.2 |
| 8 | WESTJET | 0 | 525,878 | 525,878 | 98.9 |
| 9 | FRONTIER AIRLINES | 351,867 | 0 | 351,867 | 100.0 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | SOUTHWEST AIRLINE | 3,621 | 55.5 |
| 2 | DELTA | 1,883 | 84.4 |
| 3 | AMERICAN | 828 | 97.1 |
| 4 | UNITED | 144 | 99.3 |
| 5 | AIR CANADA | 27 | 99.7 |
| 6 | AC EXPRESS:SKY RE | 18 | 100.0 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 28,951,280 | 6,477 |
| CANADA | 2,184,646 | 45 |
| CARIBBEAN + BERMUDA | 11,839 | 1 |

## Passenger Demographic Data — ACI ASQ Monthly Surveys; 2018 Annual

| | | | |
|---|---|---|---|
| Business | 28.8% | Local Origin & Destination | 89.0% |
| Leisure/Other | 71.2% | Connecting Passengers | 11.0% |
| Male | 46.1% | Average age | 43.6 |
| Female | 53.9% | | |

| O&D Passenger Mode of Access: | | Local Passenger Residence | |
|---|---|---|---|
| Private Car | 27.4% | NYC | 75.3% |
| Drove Rental Car | 3.3% | Manhattan | 35.9% |
| Taxi/Limo | 45.4% | Brooklyn | 17.0% |
| Uber/Lyft | 11.9% | Queens | 16.7% |
| Bus/Shuttle | 10.5% | New Jersey | 0.6% |
| Rail/Subway | 1.5% | Long Island | 15.4% |
| | | Westchester & Rockland | 6.6% |
| | | Connecticut | 0.9% |

## OAG schedules: airlines serving LGA

| Domestic Passenger Service | Flights (daily) | Airlines |
|---|---|---|
| Scheduled | 245.9 | 7 |
| Commuter | 255.1 | 4 |
| @Sub-Total | 501.0 | 11 |
| **International Passenger Service** | | |
| Scheduled: Foreign Flag | 23.5 | 2 |
| Commuter: USA Flag | 14.1 | 2 |
| @Sub-Total | 37.6 | 4 |
| **Freighter Service** | | |
| @Sub-Total | 0.0 | 0 |
| @USA Airlines(Un-duplicated) | 515.1 | 8 |
| @Foreign Airlines(Un-duplicated) | 23.5 | 2 |

## OAG schedules: Nonstop Destinations

| Domestic nonstop cities served | Flights (daily) | Cities |
|---|---|---|
| Jet Service Provided | 391.9 | 39 |
| Service Exclusively by Regional Airlines | 109.1 | 31 |
| @Sub-Total | 501 | 70 |
| **International nonstop cities served** | | |
| Jet service provided | | |
| Canada | 37.6 | 4 |
| @Sub-Total | 37.6 | 4 |
| Total number of cities having nonstop services | 538.6 | 74 |

Exhibit 128 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

*Total passenger activity at LGA reached a record 2.112 million travelers (+77,343 passengers/+3.8 percent). Growth was paced by the domestic sector's record 1.972 million travelers (+77,564 passengers/+4.1 percent). Delta (+97,527 passengers/+12.4 percent) and Southwest (+21,198 passengers/+11.8 percent) led growth with double-digit climbs while handling a combined 118,725 extra travelers. Conversely, United and American carried 37,655 fewer travelers. International passenger activity continues to underperform, recording its fifth month of uninterrupted decline, though at a moderating pace (-221 travelers/-0.2 percent). Air Canada (-6,808 passengers/-8.4 percent) experienced the largest passenger loss as it continues to slash seat capacity to Toronto (down 18 percent). American posted a modest 260-passenger dip (-1.6 percent). While WestJet and Delta posted double-digit surges, their combined 6,847 additional travelers could not cover the declines posted by Air Canada and American. LGA continues to register the highest growth rate among our airports (34.3 percent/+145 tons).*

# THE PORT AUTHORITY OF NY & NJ
# FEBRUARY 2020 TRAFFIC REPORT

|  | Month | | Year-to-date | | 12 Months Ending | |
|---|---|---|---|---|---|---|
|  | *Current* | *%* | *Current* | *%* | *Current* | *%* |

*Current month, year-to-date,12 months ending totals*
*Showing percentage change from prior year period*

# LGA

**PASSENGERS**

|  | Current | % | Current | % | Current | % |
|---|---|---|---|---|---|---|
| *Domestic* | 1,972,458 | 4.1 | 3,986,350 | 4.0 | 29,028,844 | 3.8 |
| *International* | 139,593 | -0.2 | 268,211 | -4.8 | 2,196,264 | -1.3 |
| **Total Revenue Passengers** | **2,112,051** | **3.8** | **4,254,561** | **3.4** | **31,225,108** | **3.5** |
| **Non Revenue Passengers** | **75,829** | **22.5** | **157,916** | **25.1** | **891,376** | **8.4** |
| **Note: Commuter - Regional Pax incl. in above** | **631,623** | **3.1** | **1,277,200** | **5.2** | **9,178,109** | **-2.3** |

**FLIGHTS**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| *Domestic* | 26,475 | 6.5 | 54,497 | 5.3 | 338,141 | 2.1 |
| *International* | 1,983 | 4.0 | 4,272 | 9.5 | 27,150 | 1.4 |
| *General Aviation* | 726 | 0.6 | 1,432 | -12.6 | 11,688 | -20.2 |
| **Total** | **29,184** | **6.2** | **60,201** | **5.1** | **376,979** | **1.2** |
| **Note:freighter flights included in above** | **0** | **0.0** | **0** | **0.0** | **0** | ****** |
| **Note: Commuter - Regional Flights incl. in above** | **14,731** | **3.0** | **30,860** | **3.3** | **183,485** | **-4.3** |

**FREIGHT (in short tons)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| *Domestic* | 568 | 35.6 | 1,174 | 34.2 | 6,626 | 13.9 |
| *International* | 0 | -100.0 | 0 | -100.0 | 42 | -39.1 |
| **Total** | **568** | **34.3** | **1,174** | **33.0** | **6,668** | **13.3** |

**MAIL (in short tons)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **Total** | **337** | **22.1** | **687** | **11.2** | **3,799** | **-21.0** |

**Ground Transportation**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| *Paid Parked Cars* | 36,998 | 8.8 | 75,465 | 23.4 | 494,813 | 88.9 |
| *Ground Transpo.Counter Bookings* | 924 | -39.4 | 1,964 | -34.4 | 19,629 | -54.0 |
| *Airport Coach Passengers* | 4,704 | -32.5 | 10,384 | -34.9 | 87,912 | -25.9 |
| *Taxis Dispatched* | 102,065 | -35.4 | 207,504 | -34.3 | 1,663,273 | -32.7 |

*23-APR-20 12:47 PM*

# LGA

**Top 20 Airlines 12 months ending February 2020**

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | DELTA | 12,850,454 | 240,350 | 13,090,804 | 41.9 |
| 2 | AMERICAN | 7,726,039 | 202,619 | 7,928,658 | 67.3 |
| 3 | SOUTHWEST AIRLINES | 2,933,796 | 0 | 2,933,796 | 76.7 |
| 4 | UNITED | 2,548,830 | 0 | 2,548,830 | 84.9 |
| 5 | SPIRIT AIRLINES | 1,364,712 | 0 | 1,364,712 | 89.2 |
| 6 | JETBLUE AIRWAYS | 1,255,554 | 0 | 1,255,554 | 93.3 |
| 7 | AIR CANADA | 0 | 1,223,454 | 1,223,454 | 97.2 |
| 8 | WESTJET | 0 | 529,841 | 529,841 | 98.9 |
| 9 | FRONTIER AIRLINES | 349,459 | 0 | 349,459 | 100.0 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | SOUTHWEST AIRLINE | 3,698 | 55.5 |
| 2 | DELTA | 1,912 | 84.1 |
| 3 | AMERICAN | 874 | 97.2 |
| 4 | UNITED | 143 | 99.4 |
| 5 | AIR CANADA | 24 | 99.7 |
| 6 | AC EXPRESS:SKY RE | 17 | 100.0 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 29,028,844 | 6,626 |
| CANADA | 2,182,848 | 41 |
| CARIBBEAN + BERMUDA | 13,416 | 1 |

### Passenger Demographic Data — ACI ASQ Monthly Surveys; 2018 Annual

| | | | |
|---|---|---|---|
| Business | 28.8% | Local Origin & Destination | 89.0% |
| Leisure/Other | 71.2% | Connecting Passengers | 11.0% |
| Male | 46.1% | Average age | 43.6 |
| Female | 53.9% | | |

| O&D Passenger Mode of Access: | | Local Passenger Residence | |
|---|---|---|---|
| Private Car | 27.4% | NYC | 75.3% |
| Drove Rental Car | 3.3% | Manhattan | 35.9% |
| Taxi/Limo | 45.4% | Brooklyn | 17.0% |
| Uber/Lyft | 11.9% | Queens | 16.7% |
| Bus/Shuttle | 10.5% | New Jersey | 0.6% |
| Rail/Subway | 1.5% | Long Island | 15.4% |
| | | Westchester & Rockland | 6.6% |
| | | Connecticut | 0.9% |

## OAG schedules: airlines serving LGA

| | Flights (daily) | Airlines |
|---|---|---|
| **Domestic Passenger Service** | | |
| @Sub-Total | 0.0 | 0 |
| **International Passenger Service** | | |
| @Sub-Total | 0.0 | 0 |
| **Freighter Service** | | |
| @Sub-Total | 0.0 | 0 |

## OAG schedules: Nonstop Destinations

| | Flights (daily) | Cities |
|---|---|---|
| **Domestic nonstop cities served** | | |
| @Sub-Total | 0 | 0 |
| **International nonstop cities served** | | |
| Jet service provided | | |
| @Sub-Total | 0 | 0 |
| **Total number of cities having nonstop services** | 0 | 0 |

**Exhibit 128 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**

<div style="border:1px solid; padding:4px">
*LGA's total passenger volume decreased 20.5 percent (-1.539 million travelers). The domestic sector saw a 1.449- traveler nose-dive (-59.9 percent – biggest percent fall among our airports. Delta (-675,472 passengers/-61.9 percent), American (-370,207 passengers/-59.9 percent), United (-146,557 passengers/-66.7 percent) ) and Southwest (-125,015 passengers/-53.3 percent) jointly carried 1.317 million fewer travelers. International passengers activity at LGA fell by 90,651 travelers (-53.3 percent). Air Canada (-65,962 passengers/-67 percent), WestJet (-19,638 passengers/-55.9 percent) and AA (-5,766 passengers/-43.1 percent) led the fall. LGA's total cargo volume achieved the highest growth rate among the two facilities with improved cargo activity (+9 percent/+42 tons).*
</div>

*Current month, year-to-date,12 months ending totals*
*Showing percentage change from prior year period*

# THE PORT AUTHORITY OF NY & NJ
# MARCH 2020 TRAFFIC REPORT

| | Month | | Year-to-date | | 12 Months Ending | |
|---|---|---|---|---|---|---|
| | *Current* | *%* | *Current* | *%* | *Current* | *%* |

# LGA

**PASSENGERS**

| | Month Current | % | YTD Current | % | 12 Mo Current | % |
|---|---|---|---|---|---|---|
| Domestic | 970,744 | -59.9 | 4,957,094 | -20.7 | 27,580,102 | -1.9 |
| International | 79,430 | -53.3 | 347,641 | -23.1 | 2,105,613 | -6.1 |
| **Total Revenue Passengers** | **1,050,174** | **-59.4** | **5,304,735** | **-20.9** | **29,685,715** | **-2.2** |
| **Non Revenue Passengers** | **53,330** | **-27.1** | **211,246** | **6.0** | **871,556** | **4.6** |
| Note: Commuter - Regional Pax incl. in above | **305,183** | **-61.9** | **1,582,383** | **-21.5** | **8,681,755** | **-8.1** |

**FLIGHTS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Domestic | 22,461 | -22.7 | 76,958 | -4.8 | 331,549 | -0.7 |
| International | 2,111 | -9.0 | 6,383 | 2.6 | 26,940 | -0.1 |
| General Aviation | 402 | -61.6 | 1,834 | -31.7 | 11,044 | -23.1 |
| **Total** | **24,974** | **-23.0** | **85,175** | **-5.1** | **369,533** | **-1.5** |
| Note:freighter flights included in above | **0** | **0.0** | **0** | **0.0** | **0** | ****** |
| Note: Commuter - Regional Flights incl. in above | **13,236** | **-20.8** | **44,096** | **-5.4** | **180,009** | **-6.8** |

**FREIGHT (in short tons)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Domestic | 513 | 10.3 | 1,687 | 25.9 | 6,674 | 13.7 |
| International | 1 | -85.7 | 1 | -92.9 | 36 | -47.8 |
| **Total** | **514** | **8.9** | **1,688** | **24.7** | **6,710** | **13.0** |

**MAIL (in short tons)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total** | **209** | **-25.1** | **896** | **-0.1** | **3,729** | **-22.2** |

**Ground Transportation**

| | | | | | | |
|---|---|---|---|---|---|---|
| Paid Parked Cars | 22,678 | -40.5 | 98,143 | -1.1 | 479,408 | 73.9 |
| Ground Transpo.Counter Bookings | 434 | -25.7 | 2,398 | -32.9 | 19,479 | -50.4 |
| Airport Coach Passengers | 2,495 | -67.0 | 12,879 | -45.2 | 82,843 | -21.9 |
| Taxis Dispatched | 162,935 | -6.6 | 370,439 | -24.4 | 1,651,758 | -31.7 |

*19-MAY-20 03:43 PM*

**Exhibit 128 to Plaintiff's Omnibus Appendix of Evidence in support of its**
**Oppositions to Defendants' Motions for Summary Judgment**

**Page 1489 of 2921**

# LGA

**Top 20 Airlines 12 months ending  March 2020**

## Airline Ranking by Passengers

| Rank | Airline Name | Domestic | Intl | Total | Cum % |
|---|---|---|---|---|---|
| 1 | DELTA | 12,174,982 | 246,320 | 12,421,302 | 41.8 |
| 2 | AMERICAN | 7,355,832 | 191,598 | 7,547,430 | 67.3 |
| 3 | SOUTHWEST AIRLINES | 2,808,781 | 0 | 2,808,781 | 76.7 |
| 4 | UNITED | 2,402,273 | 0 | 2,402,273 | 84.8 |
| 5 | SPIRIT AIRLINES | 1,312,219 | 0 | 1,312,219 | 89.2 |
| 6 | JETBLUE AIRWAYS | 1,190,627 | 0 | 1,190,627 | 93.3 |
| 7 | AIR CANADA | 0 | 1,157,492 | 1,157,492 | 97.2 |
| 8 | WESTJET | 0 | 510,203 | 510,203 | 98.9 |
| 9 | FRONTIER AIRLINES | 335,332 | 0 | 335,332 | 100.0 |
| 10 | MIAMI AIR INTERN'L | 56 | 0 | 56 | 100.0 |

## Ranking by Freight Volume

| Rank | Airline Name | Tons | Cum% |
|---|---|---|---|
| 1 | SOUTHWEST AIRLINE | 3,728 | 55.5 |
| 2 | DELTA | 1,892 | 83.7 |
| 3 | AMERICAN | 923 | 97.5 |
| 4 | UNITED | 133 | 99.5 |
| 5 | AIR CANADA | 20 | 99.8 |
| 6 | AC EXPRESS:SKY RE | 15 | 100.0 |

## Passengers & Freight by Market Group

| 12 Month Ending Data | Passengers | Freight |
|---|---|---|
| DOMESTIC | 27,580,102 | 6,674 |
| CANADA | 2,092,168 | 35 |
| CARIBBEAN + BERMUDA | 13,445 | 1 |

### Passenger Demographic Data / ACI ASQ Monthly Surveys; 2018 Annual

| | | | |
|---|---|---|---|
| Business | 28.8% | Local Origin & Destination | 89.0% |
| Leisure/Other | 71.2% | Connecting Passengers | 11.0% |
| Male | 46.1% | Average age | 43.6 |
| Female | 53.9% | | |

| O&D Passenger Mode of Access: | | Local Passenger Residence | |
|---|---|---|---|
| Private Car | 27.4% | NYC | 75.3% |
| Drove Rental Car | 3.3% | Manhattan | 35.9% |
| Taxi/Limo | 45.4% | Brooklyn | 17.0% |
| Uber/Lyft | 11.9% | Queens | 16.7% |
| Bus/Shuttle | 10.5% | New Jersey | 0.6% |
| Rail/Subway | 1.5% | Long Island | 15.4% |
| | | Westchester & Rockland | 6.6% |
| | | Connecticut | 0.9% |

## OAG schedules: airlines serving LGA

| Domestic Passenger Service | | Flights (daily) | Airlines |
|---|---|---|---|
| Scheduled | | 331.6 | 8 |
| Commuter | | 283.1 | 4 |
| | @Sub-Total | 614.7 | 12 |
| **International Passenger Service** | | | |
| Scheduled: USA Flag | | 12.3 | 3 |
| Scheduled: Foreign Flag | | 34.0 | 2 |
| Commuter: USA Flag | | 12.7 | 2 |
| | @Sub-Total | 59.0 | 7 |
| **Freighter Service** | | | |
| | @Sub-Total | 0.0 | 0 |
| @USA Airlines (Un-duplicated) | | 636.7 | 8 |
| @Foreign Airlines (Un-duplicated) | | 34.6 | 3 |

## OAG schedules: Nonstop Destinations

| Domestic nonstop cities served | | Flights (daily) | Cities |
|---|---|---|---|
| Jet Service Provided | | 496.7 | 38 |
| Service Exclusively by Regional Airlines | | 118.0 | 32 |
| | @Sub-Total | 614.7 | 70 |
| **International nonstop cities served** | | | |
| Jet service provided | | | |
| Canada | | 59.6 | 3 |
| Carribean and Bermuda | | 0.0 | 3 |
| | @Sub-Total | 59.6 | 6 |
| Total number of cities having nonstop services | | 674.3 | 76 |

*Run from Traffic_Summary1.RDF*

**Exhibit 128 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**