# EXHIBIT 129

## SEA-TAC International Airport
### Passenger, Cargo and Operations Summary
PCO Summary for January, 2020

|  | Monthly Statistics | | | | Year To Date Statistics | | | |
|---|---|---|---|---|---|---|---|---|
|  | January / 2020 | January / 2019 | Amt Change | %Change | 2020 | 2019 | Amt Change | %Change |
| **PASSENGERS** | | | | | | | | |
| Domestic Passengers - IN | 1,661,782 | 1,590,168 | 71,614 | 4.50% | 1,661,782 | 1,590,168 | 71,614 | 4.50% |
| Domestic Passengers - OUT | 1,649,131 | 1,565,755 | 83,376 | 5.32% | 1,649,131 | 1,565,755 | 83,376 | 5.32% |
| **Subtotal - Domestic Passengers** | **3,310,913** | **3,155,923** | **154,990** | **4.91%** | **3,310,913** | **3,155,923** | **154,990** | **4.91%** |
| International Passengers - IN | 239,444 | 210,107 | 29,337 | 13.96% | 239,444 | 210,107 | 29,337 | 13.96% |
| International Passengers - OUT | 213,835 | 194,246 | 19,589 | 10.08% | 213,835 | 194,246 | 19,589 | 10.08% |
| **Subtotal - International Passengers** | **453,279** | **404,353** | **48,926** | **12.10%** | **453,279** | **404,353** | **48,926** | **12.10%** |
| Total Passengers - IN | 1,901,226 | 1,800,275 | 100,951 | 5.61% | 1,901,226 | 1,800,275 | 100,951 | 5.61% |
| Total Passengers - OUT | 1,862,966 | 1,760,001 | 102,965 | 5.85% | 1,862,966 | 1,760,001 | 102,965 | 5.85% |
| **PASSENGER GRAND TOTAL** | **3,764,192** | **3,560,276** | **203,916** | **5.73%** | **3,764,192** | **3,560,276** | **203,916** | **5.73%** |
| **CARGO (METRIC TONS)** | | | | | | | | |
| Domestic Air Freight - IN | 13,253 | 13,555 | - 302 | -2.23% | 13,253 | 13,555 | - 302 | -2.23% |
| Domestic Air Freight - OUT | 11,467 | 10,547 | 920 | 8.72% | 11,467 | 10,547 | 920 | 8.72% |
| **Subtotal - Domestic Air Freight** | **24,720** | **24,102** | **618** | **2.56%** | **24,720** | **24,102** | **618** | **2.56%** |
| International Air Freight - IN | 5,022 | 4,528 | 494 | 10.91% | 5,022 | 4,528 | 494 | 10.91% |
| International Air Freight - OUT | 4,518 | 5,394 | - 876 | -16.24% | 4,518 | 5,394 | - 876 | -16.24% |
| **Subtotal - International Air Freight** | **9,540** | **9,922** | **- 382** | **-3.85%** | **9,540** | **9,922** | **- 382** | **-3.85%** |
| Total Air Freight - IN | 18,275 | 18,083 | 192 | 1.06% | 18,275 | 18,083 | 192 | 1.06% |
| Total Air Freight - OUT | 15,985 | 15,940 | 45 | 0.28% | 15,985 | 15,940 | 45 | 0.28% |
| **Air Freight Grand Total** | **34,260** | **34,023** | **237** | **0.70%** | **34,260** | **34,023** | **237** | **0.70%** |
| Domestic Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Domestic Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| **Subtotal - Domestic Air Mail** | **0** | **0** | **0** | **#NUM!** | **0** | **0** | **0** | **#NUM!** |
| International Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| International Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| **Subtotal - International Air Mail** | **0** | **0** | **0** | **#NUM!** | **0** | **0** | **0** | **#NUM!** |
| Total Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Total Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| **Air Mail Grand Total** | **0** | **0** | **0** | **#NUM!** | **0** | **0** | **0** | **#NUM!** |
| Total Cargo - IN | 18,275 | 18,083 | 192 | 1.06% | 18,275 | 18,083 | 192 | 1.06% |
| Total Cargo - OUT | 15,985 | 15,940 | 45 | 0.28% | 15,985 | 15,940 | 45 | 0.28% |
| **CARGO GRAND TOTAL** | **34,260** | **34,023** | **237** | **0.70%** | **34,260** | **34,023** | **237** | **0.70%** |
| **OPERATIONS** | | | | | | | | |
| Air Carrier | 35,179 | 34,378 | 801 | 2.33% | 35,179 | 34,378 | 801 | 2.33% |
| Air Taxi | 309 | 366 | - 57 | -15.57% | 309 | 366 | - 57 | -15.57% |
| General Aviation | 107 | 179 | - 72 | -40.22% | 107 | 179 | - 72 | -40.22% |
| Military | 1 | 4 | - 3 | -75.00% | 1 | 4 | - 3 | -75.00% |
| **OPERATIONS GRAND TOTAL** | **35,596** | **34,927** | **669** | **1.92%** | **35,596** | **34,927** | **669** | **1.92%** |

Run By: SEATTLE\app_AAMINT-AppPool
Run On: 12/21/2020 2:48:39 PM

Exhibit 129 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1491 of 2921

**SEA-TAC International Airport**
**Passenger, Cargo and Operations Summary**
PCO Summary for February, 2020

| | Monthly Statistics | | | | Year To Date Statistics | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | February / 2020 | February / 2019 | Amt Change | %Change | 2020 | 2019 | Amt Change | %Change |
| **PASSENGERS** | | | | | | | | |
| Domestic Passengers - IN | 1,590,553 | 1,415,405 | 175,148 | 12.37% | 3,252,335 | 3,005,573 | 246,762 | 8.21% |
| Domestic Passengers - OUT | 1,662,677 | 1,421,027 | 241,650 | 17.01% | 3,311,808 | 2,986,782 | 325,026 | 10.88% |
| Subtotal - Domestic Passengers | 3,253,230 | 2,836,432 | 416,798 | 14.69% | 6,564,143 | 5,992,355 | 571,788 | 9.54% |
| International Passengers - IN | 190,071 | 178,396 | 11,675 | 6.54% | 429,515 | 388,503 | 41,012 | 10.56% |
| International Passengers - OUT | 176,782 | 177,828 | - 1,046 | -0.59% | 390,617 | 372,074 | 18,543 | 4.98% |
| Subtotal - International Passengers | 366,853 | 356,224 | 10,629 | 2.98% | 820,132 | 760,577 | 59,555 | 7.83% |
| Total Passengers - IN | 1,780,624 | 1,593,801 | 186,823 | 11.72% | 3,681,850 | 3,394,076 | 287,774 | 8.48% |
| Total Passengers - OUT | 1,839,459 | 1,598,855 | 240,604 | 15.05% | 3,702,425 | 3,358,856 | 343,569 | 10.23% |
| **PASSENGER GRAND TOTAL** | 3,620,083 | 3,192,656 | 427,427 | 13.39% | 7,384,275 | 6,752,932 | 631,343 | 9.35% |
| **CARGO (METRIC TONS)** | | | | | | | | |
| Domestic Air Freight - IN | 12,311 | 11,681 | 630 | 5.39% | 25,564 | 25,236 | 328 | 1.30% |
| Domestic Air Freight - OUT | 11,439 | 8,834 | 2,605 | 29.49% | 22,906 | 19,381 | 3,525 | 18.19% |
| Subtotal - Domestic Air Freight | 23,750 | 20,515 | 3,235 | 15.77% | 48,470 | 44,617 | 3,853 | 8.64% |
| International Air Freight - IN | 3,832 | 4,224 | - 392 | -9.28% | 8,854 | 8,752 | 102 | 1.17% |
| International Air Freight - OUT | 4,119 | 4,335 | - 216 | -4.98% | 8,638 | 9,729 | - 1,091 | -11.21% |
| Subtotal - International Air Freight | 7,951 | 8,559 | - 608 | -7.10% | 17,492 | 18,481 | - 989 | -5.35% |
| Total Air Freight - IN | 16,143 | 15,905 | 238 | 1.50% | 34,418 | 33,988 | 430 | 1.27% |
| Total Air Freight - OUT | 15,559 | 13,169 | 2,390 | 18.15% | 31,544 | 29,110 | 2,434 | 8.36% |
| **Air Freight Grand Total** | 31,702 | 29,074 | 2,628 | 9.04% | 65,962 | 63,098 | 2,864 | 4.54% |
| Domestic Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Domestic Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Subtotal - Domestic Air Mail | 0 | 0 | 0 | #NUM! | 0 | 0 | 0 | #NUM! |
| International Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| International Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Subtotal - International Air Mail | 0 | 0 | 0 | #NUM! | 0 | 0 | 0 | #NUM! |
| Total Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Total Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| **Air Mail Grand Total** | 0 | 0 | 0 | #NUM! | 0 | 0 | 0 | #NUM! |
| Total Cargo - IN | 16,143 | 15,905 | 238 | 1.50% | 34,418 | 33,988 | 430 | 1.27% |
| Total Cargo - OUT | 15,559 | 13,169 | 2,390 | 18.15% | 31,544 | 29,110 | 2,434 | 8.36% |
| **CARGO GRAND TOTAL** | 31,702 | 29,074 | 2,628 | 9.04% | 65,962 | 63,098 | 2,864 | 4.54% |
| **OPERATIONS** | | | | | | | | |
| Air Carrier | 33,013 | 29,610 | 3,403 | 11.49% | 68,192 | 63,988 | 4,204 | 6.57% |
| Air Taxi | 305 | 309 | - 4 | -1.29% | 614 | 675 | - 61 | -9.04% |
| General Aviation | 88 | 109 | - 21 | -19.27% | 195 | 288 | - 93 | -32.29% |
| Military | 6 | 7 | - 1 | -14.29% | 7 | 11 | - 4 | -36.36% |
| **OPERATIONS GRAND TOTAL** | 33,412 | 30,035 | 3,377 | 11.24% | 69,008 | 64,962 | 4,046 | 6.23% |

Run By:  SEATTLE\app_AAMINT-AppPool
Run On:  12/21/2020 2:48:41 PM

Exhibit 129 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1492 of 2921

**SEA-TAC International Airport**
**Passenger, Cargo and Operations Summary**
PCO Summary for March, 2020

|  | Monthly Statistics | | | | Year To Date Statistics | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
|  | March / 2020 | March / 2019 | Amt Change | %Change | 2020 | 2019 | Amt Change | %Change |
| **PASSENGERS** | | | | | | | | |
| Domestic Passengers - IN | 824,353 | 1,825,794 | - 1,001,441 | -54.85% | 4,076,688 | 4,831,367 | - 754,679 | -15.62% |
| Domestic Passengers - OUT | 816,795 | 1,839,405 | - 1,022,610 | -55.59% | 4,128,603 | 4,826,187 | - 697,584 | -14.45% |
| Subtotal - Domestic Passengers | 1,641,148 | 3,665,199 | - 2,024,051 | -55.22% | 8,205,291 | 9,657,554 | - 1,452,263 | -15.04% |
| International Passengers - IN | 97,291 | 220,490 | - 123,199 | -55.88% | 526,806 | 608,993 | - 82,187 | -13.50% |
| International Passengers - OUT | 86,237 | 226,040 | - 139,803 | -61.85% | 476,854 | 598,114 | - 121,260 | -20.27% |
| Subtotal - International Passengers | 183,528 | 446,530 | - 263,002 | -58.90% | 1,003,660 | 1,207,107 | - 203,447 | -16.85% |
| Total Passengers - IN | 921,644 | 2,046,284 | - 1,124,640 | -54.96% | 4,603,494 | 5,440,360 | - 836,866 | -15.38% |
| Total Passengers - OUT | 903,032 | 2,065,445 | - 1,162,413 | -56.28% | 4,605,457 | 5,424,301 | - 818,844 | -15.10% |
| **PASSENGER GRAND TOTAL** | 1,824,676 | 4,111,729 | - 2,287,053 | -55.62% | 9,208,951 | 10,864,661 | - 1,655,710 | -15.24% |
| **CARGO (METRIC TONS)** | | | | | | | | |
| Domestic Air Freight - IN | 14,470 | 13,815 | 655 | 4.74% | 40,034 | 39,051 | 983 | 2.52% |
| Domestic Air Freight - OUT | 12,926 | 10,622 | 2,304 | 21.69% | 35,832 | 30,003 | 5,829 | 19.43% |
| Subtotal - Domestic Air Freight | 27,396 | 24,437 | 2,959 | 12.11% | 75,866 | 69,054 | 6,812 | 9.86% |
| International Air Freight - IN | 4,217 | 5,420 | - 1,203 | -22.20% | 13,071 | 14,171 | - 1,100 | -7.76% |
| International Air Freight - OUT | 4,086 | 5,524 | - 1,438 | -26.03% | 12,724 | 15,252 | - 2,528 | -16.57% |
| Subtotal - International Air Freight | 8,303 | 10,944 | - 2,641 | -24.13% | 25,795 | 29,423 | - 3,628 | -12.33% |
| Total Air Freight - IN | 18,687 | 19,235 | - 548 | -2.85% | 53,105 | 53,223 | - 118 | -0.22% |
| Total Air Freight - OUT | 17,012 | 16,146 | 866 | 5.36% | 48,556 | 45,255 | 3,301 | 7.29% |
| **Air Freight Grand Total** | 35,699 | 35,381 | 318 | 0.90% | 101,661 | 98,478 | 3,183 | 3.23% |
| Domestic Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Domestic Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Subtotal - Domestic Air Mail | 0 | 0 | 0 | #NUM! | 0 | 0 | 0 | #NUM! |
| International Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| International Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Subtotal - International Air Mail | 0 | 0 | 0 | #NUM! | 0 | 0 | 0 | #NUM! |
| Total Air Mail - IN | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| Total Air Mail - OUT | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0.00% |
| **Air Mail Grand Total** | 0 | 0 | 0 | #NUM! | 0 | 0 | 0 | #NUM! |
| Total Cargo - IN | 18,687 | 19,235 | - 548 | -2.85% | 53,105 | 53,223 | - 118 | -0.22% |
| Total Cargo - OUT | 17,012 | 16,146 | 866 | 5.36% | 48,556 | 45,255 | 3,301 | 7.29% |
| **CARGO GRAND TOTAL** | 35,699 | 35,381 | 318 | 0.90% | 101,661 | 98,478 | 3,183 | 3.23% |
| **OPERATIONS** | | | | | | | | |
| Air Carrier | 30,595 | 35,241 | - 4,646 | -13.18% | 98,787 | 99,229 | - 442 | -0.45% |
| Air Taxi | 291 | 363 | - 72 | -19.83% | 905 | 1,038 | - 133 | -12.81% |
| General Aviation | 77 | 169 | - 92 | -54.44% | 272 | 457 | - 185 | -40.48% |
| Military | 12 | 5 | 7 | 140.00% | 19 | 16 | 3 | 18.75% |
| **OPERATIONS GRAND TOTAL** | 30,975 | 35,778 | - 4,803 | -13.42% | 99,983 | 100,740 | - 757 | -0.75% |

Run By:  SEATTLE\app_AAMINT-AppPool
Run On:  12/21/2020 2:48:42 PM