# EXHIBIT 134



World    Business    Markets    Breakingviews    Video    More

TOP NEWS    MARCH 23, 2020 / 6:50 AM / UPDATED 4 YEARS AGO

# U.S. surgeon general says coronavirus outbreak 'to get bad' this week

By Susan Heavey    4 MIN READ

WASHINGTON (Reuters) - The U.S. surgeon general issued his starkest warning to date on Monday about the health risk posed by the coronavirus outbreak, warning Americans that the crisis was "going to get bad" this week.

Exhibit 134 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1688 of 2921

U.S. President Donald Trump watches as Vice Admiral Jerome Adams, Surgeon General of the United States, speaks during a news conference, amid the coronavirus disease (COVID-19) outbreak, in Washington D.C., U.S., March 22, 2020. REUTERS/Yuri Gripas

The country's top public health official, Surgeon General Jerome Adams, sounded the alarm as nearly one-third of Americans awoke to "stay at home orders."

As of Sunday night, states with a population totaling more than 100 million people have imposed restrictions to curtail the virus, which has infected nearly 35,000 people and killed 428 in the United States, putting the country on a track similar to those of devastated European countries such as Italy and Spain.

"This week it's going to get bad," Adams told NBC's "Today" show, saying there were more people out to see Washington's famed annual cherry blossoms than there were blossoms. "This is how the spread is occurring. Everyone needs to be taking the right steps right now: stay home."

Trump imposed a 15-day national action plan a week ago urging Americans to follow the direction of the "stay at home" orders of state and local officials.

At the same time, he has also been far more optimistic than health experts have been about the prognosis for the outbreak while also voicing concern about the negative effect of shutting down wide swathes of the economy.

"We cannot let the cure be worse than the problem itself," Trump tweeted in all capital letters overnight. "At the end of the 15-day period, we will make a decision as to which way we want to go."

Also on Monday, the U.S. Federal Reserve mounted an extraordinary new array of programs to offset the disruptions to the economy caused by the outbreak, backstopping an unprecedented range of credit for households, small businesses and major employers.

## CONGRESS MEETS

Congress was trying to address concerns over the economy, which is forecast to shrink as a result of emergency measures. U.S. Senate Democrats and Republicans were working on an economic relief bill, aware that failure to strike a deal could trigger further heavy losses in U.S. stock markets.

The Senate was due to reconvene at noon ET (1600 GMT) to consider the bill, which Democrats argue favors corporate interests at the expense of healthcare workers, hospitals and state and local governments. Republicans in turn accused them of obstructing a badly needed stimulus in the midst of a national emergency.

Independent experts have suggested far more than 15 days will be needed to halt the spread.

New Jersey Governor Phil Murphy on Monday called on the federal government to do more to provide personal protective equipment, noting that all states "are all out looking for the same thing" in competition with each other. "We need a lot more," Murphy told CNN. "Anything they could do is going to make a huge difference." Murphy reiterated his

Exhibit 134 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1689 of 2921

call for the federal government to collectively provide $100 billion in direct cash assistance to New Jersey, New York, Connecticut and Pennsylvania.

Trump on Sunday defended his decision to hold off using his powers under the Defense Protection Act to ramp up supplies, telling reporters at a news conference that nationalizing businesses "is not a good concept."

Murphy noted that on one day last week 15,000 New Jersey residents applied for unemployment benefits, crashing the state's computer systems. "We need the feds to come in a big way to help us," Murphy said. "Folks are hurting."

The first of two U.S. military hospital ships was dispatched on Monday to boost hospital bed capacity as the number of U.S. coronavirus cases swells.

The U.S. Naval Ship Mercy departed San Diego with nearly 900 staff on board to take on non-coronavirus patients and allow local personnel to manage those on shore with the virus, the Pentagon said in statement. Trump on Sunday said the Mercy would be dispatched to Los Angeles while the USNS Comfort would go to New York.

Reporting by Susan Heavey, Doina Chiacu and Nathan Layne; Writing by Daniel Trotta; Editing by Howard Goller

Our Standards: The Thomson Reuters Trust Principles.

MORE FROM REUTERS



Exhibit 134 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1690 of 2921

**PAID PROMOTIONAL LINKS** Promoted by Dianomi



4 solid strategies to boost your business value now
Truist Securities

Sandwich Generation: Are you feeling burdened? Read our finance tips.
New York Life





Best trading technology + $0 commission equities & options.
TradeStation

6 Ways to Save Money When Traveling Abroad
Charles Schwab

Put 401(k) loan insights and best practices to work
Principal Financial Group

Sponsored Podcast by: BNP PARIBAS ASSET MANAGEMENT — The sustainable investor for a changing world    **Listen to Podcast**

**Artificial Intelligence: Over or Underhyped?**

▶ Play Podcast

Podcast by Dianomi

**MORE FROM REUTERS**




Israeli settler attacks fuel the fire as Gaza war...

Israel's Netanyahu faces reckoning over Hamas...

Exhibit 134 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1691 of 2921

rages
02 Nov

disaster
01 Nov


The Beatles to release AI-powered new song with Lennon's voice


US lawmakers press Biden for plans on Chinese use of open chip...


Gaza says Israel's strikes on refugee camp kill more than 195 people

MORE FROM REUTERS



Exhibit 134 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1692 of 2921

**Abortion foes in Ohio aim to snap losing streak with 2024 election...**
02 Nov

**Morning Bid: Markets cheer as Powell finds his balance**
02 Nov



**Climate's 'Catch-22': Cutting pollution heats up the planet**
02 Nov



**Gold gains as dollar, yields slip after Fed keeps rates steady**
02 Nov



**Fed poised to hold rates steady despite economy's bullish tone**
01 Nov

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2023 Reuters. All Rights Reserved.