# EXHIBIT 135

ROBINS KAPLAN LLP
Amy Churan (SBN 216932)
AChuran@RobinsKaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800

Melissa D'Alelio (admitted *pro hac vice*)
MDAlelio@RobinsKaplan.com
800 Boylston Street, Suite 2500
Boston, MA 02199
Telephone: 617 267 2300
Facsimile: 617 267 8288

Attorneys for Defendants Ironshore Specialty Insurance Company; Certain Underwriters at Lloyd's, London and London market companies Subscribing to Policy No. (UMR) B0180PG1902606; Certain Underwriters at Lloyd's, London and London market companies Subscribing to Policy No. (UMR) B0180PG1902611; Certain Underwriters at Lloyd's, London Subscribing to Policy No. (UMR) B0180PG1902610; Certain Underwriters at Lloyd's, London Subscribing to Policy No. (UMR) B0180PG1903066; Certain Underwriters at Lloyd's, London Subscribing to Policy No. (UMR) B0180PG1902622; Ategrity Specialty Insurance Company; and RSUI Indemnity Company

(Additional counsel listed on following page)

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

| | |
|---|---|
| JRK PROPERTY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COLONY INSURANCE COMPANY, et al. <br><br> Defendants. | Case No. 21STCV19983 <br><br> DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS <br><br> Memorandum of Points and Authorities, Declaration of Amy M. Churan, other papers referenced in the Motion, and [Proposed] Order filed concurrently herewith <br><br> RESERVATION NO. 280833900024 <br> Date: April 6, 2022 <br> Time: 8:30 a.m. <br><br> Complaint Filed: May 27, 2021 <br> Judge: Hon. Daniel S. Murphy <br> Department: 32 |

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1694 of 2921

## ADDITIONAL DEFENDANTS' COUNSEL

| Counsel | Defendants |
|---|---|
| DENTONS US LLP<br>Julia M. Beckley (SBN 247493)<br>2000 McKinney Avenue, Suite 1900<br>Dallas, Texas 75201<br>Tel (214) 259-1854<br>Fax (214) 259-0910<br>julia.beckley@dentons.com<br><br>G. Richard Dodge , Jr. (*pro hac vice* application pending)<br>1900 K Street NW<br>Washington, DC 20006<br>Tel (202)496-7500<br>Fax (202) 496-7756<br>rich.dodge@dentons.com<br><br>Keith Moskowitz (*pro hac vice* application pending)<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>Tel (312) 876-8220<br>Fax (312) 876 7934<br>keith.moskowitz@dentons.com | Attorneys for Defendant<br>American International Group UK Limited as Subscriber to Policy No. (UMR) BO180PG1902606 |
| CUMMINS & WHITE, LLP<br>Larry M. Arnold (SBN 060459)<br>Margaret R. Miglietta (SBN 116026)<br>Noura K. Rizzuto (Bar No. 291455)<br>2424 S.E. Bristol Street, Suite 300<br>Newport Beach, CA 92660-0757<br>Tel (949) 852-1800<br>Fax (949) 852-8510<br>larnold@cwlawyers.com<br>mmiglietta@cwlawyers.com<br>nrizzuto@cwlawyers.com<br><br>STEWART SMITH<br>William F. Stewart (admitted *pro hac vice*)<br>300 Four Falls Corporate Center<br>300 Conshohocken Road, Suite 670<br>West Conshohocken, PA 19428<br>Tel (484) 344-5296<br>Fax (484) 534-9470<br>WStewart@stewartsmithlaw.com | Attorneys for Defendant<br>Colony Insurance Company |

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS
ii

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1695 of 2921

| Counsel | Defendants |
|---|---|
| KENNEDYS CMK LLP<br>Susan Frances Dent (SBN 292900)<br>101 California Street, Suite 1225<br>San Francisco, CA 94111<br>Tel (415) 323-4460<br>Fax (415) 323-4445<br>Susan.Dent@kennedyslaw.com<br><br>Gary S. Kull (*pro hac vice* application pending)<br>120 Mountain View Boulevard<br>Basking Ridge, NJ 07920<br>Tel (908) 848-6300<br>Fax (908) 647-8390<br>Gary.Kull@kennedyslaw.corn | Attorneys for Defendant<br>Crum & Forster Specialty Insurance Company |
| CLYDE & CO US LLP<br>Susan Koehler Sullivan (SBN 156418)<br>Brett Charles Safford (SBN 292048)<br>355 S. Grand Avenue, Suite 1400<br>Los Angeles, CA 90071<br>Telephone: (213) 358-7600<br>Facsimile: (213) 358-7650<br>susan.sullivan@clydeco.us<br>brett.safford@clydeco.us | Attorneys for Defendants<br>Endurance American Specialty Insurance Company; and<br>Maxum Indemnity Company |
| DICKINSON WRIGHT RLLP<br>Bennett Evan Cooper (SBN 128544)<br>800 W. California Avenue, Suite 110<br>Sunnyvale, California 94086<br>Tel: (602) 285-5044<br>Fax: (844) 670-6009<br>bcooper@dickinsonwright.com | Attorneys for Defendant<br>Evanston Insurance Company |
| MUSICK, PEELER & GARRETT LLP<br>David A. Tartaglio (SBN 117232)<br>624 South Grand Avenue, Suite 2000<br>Los Angeles, CA 90017-3383<br>Tel (213) 629-7600<br>Fax (213) 624-1376<br>d.tartaglio@musickpeeler.com<br><br>WILEY REIN LLP<br>Benjamin C. Eggert (*pro hac vice* forthcoming)<br>Joseph W. Gross (*pro hac vice* forthcoming)<br>2050 M Street NW<br>Washington, DC 20036<br>Tel (202) 719-7000<br>Fax (202) 719-7049<br>BEggert@wiley.law<br>JGross@wiley.law | Attorneys for Defendant<br>General Star Indemnity Company |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS
iii

| Counsel | Defendants |
|---|---|
| AKERMAN, LLP<br>Michael R. Weiss (SBN 180946)<br>601 West Fifth Street, Suite 300<br>Los Angeles, CA 90071<br>Tel (213) 688-9500<br>Fax (213) 627-6342<br>Michael.Weiss@akerman.com<br><br>Bryan G. Scott (*pro hac vice* forthcoming)<br>100 North Main Street, Suite 2425<br>Winston-Salem, NC 27101<br>Tel (336) 296-7104<br>Fax (336) 296-7010<br>Bryan.Scott@akerman.com<br><br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br>Seth I. Weinstein (*pro hac vice* forthcoming)<br>77 Water Street, 21st Floor<br>New York, NY 10005<br>Tel (212) 232-1300<br>Fax (212) 232-1399<br>Seth.Weinstein@lewisbrisbois.com | Attorneys for Defendants<br>Homeland Insurance Company; and Hallmark Specialty Insurance Company |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>Kristopher S. Davis (SBN 193452)<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067-1517<br>Tel (310) 203-4000<br>Fax (310) 229-1285<br>kristopher.davis@faegredrinker.com<br><br>RIKER DANZIG SCHERER HYLAND<br>& PERRETTI LLP<br>Brian E. O'Donnell (*pro hac vice* application pending)<br>Maura C. Smith (*pro hac vice* application pending)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Tel (973) 538-0800<br>Fax (973) 538-1984<br>bodonnell@riker.com<br>msmith@RIKER.com | Attorneys for Defendant<br>Mitsui Sumitomo Insurance Company of America |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS
iv

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1697 of 2921

| Counsel | Defendants |
|---|---|
| PHELPS DUNBAR LLP<br>Jay R. Sever  (SBN 165859)<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534<br>Tel (504) 566-1311<br>Fax (504) 568-9130<br>jay.sever@phelps.com<br><br>SELMAN BREITMAN LLP<br>Meka Moore  (SBN 180017)<br>Damian L. Palombi (SBN 311252)<br>11766 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90025-6538<br>Tel (310) 445-0800<br>Fax (310) 473-2525<br>mmoore@selmanlaw.com<br>dpalombi@selmanlaw.com | Attorneys for Defendant<br>Scottsdale Insurance Company |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

v

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1698 of 2921

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE
2  TAKE NOTICE THAT on April 6, 2022 at 8:30 a.m., or as soon thereafter as counsel can be heard,
3  in the above-entitled Court in Department 32 located at 111 North Hill Street, Los Angeles, CA
4  90012, Defendants Ironshore Specialty Insurance Company; Certain Underwriters at Lloyd's,
5  London and London market companies Subscribing To Policy No. (UMR) B0180PG1902606;
6  Certain Underwriters at Lloyd's, London and London market companies Subscribing To Policy
7  No. (UMR) B0180PG1902611; Certain Underwriters at Lloyd's, London Subscribing To Policy
8  No. (UMR) B0180PG1902610; Certain Underwriters at Lloyd's, London Subscribing To Policy
9  No. (UMR) B0180PG1903066; Certain Underwriters at Lloyd's, London Subscribing To Policy
10 No. (UMR) B0180PG1902622; Ategrity Specialty Insurance Company; RSUI Indemnity
11 Company; American International Group UK Limited; Colony Insurance Company; Crum &
12 Forster Specialty Insurance Company; Endurance American Specialty Insurance Company;
13 Maxum Indemnity Company; Evanston Insurance Company; General Star Indemnity Company;
14 Homeland Insurance Company; Hallmark Specialty Insurance Company; Mitsui Sumitomo
15 Insurance Company of America; and Scottsdale Insurance Company (collectively, "Defendants"),
16 will and hereby do move for judgment on the pleadings regarding Plaintiff JRK Holding Company,
17 Inc.'s (JRK's) Complaint.
18  The Motion for Judgment on the Pleadings is brought pursuant to section 438 of the
19 California Code of Civil Procedure on the grounds that the causes of action fail to state a claim
20 against Defendants. As set forth in the Joint Stipulation Regarding Briefing Schedule and Citations
21 to Policy Provisions, dated January 14, 2022, and entered by the Court on January 18, 2022, and in
22 accordance with section 439 of the California Code of Civil Procedure, JRK and the Defendants
23 met and conferred on January 7, 2022, to discuss the issues raised in the Defendants' Motion for
24 Judgment on the Pleadings. JRK and the Defendants met and conferred in good faith but were not
25 able to reach an agreement that would resolve the arguments to be raised in Defendants' Motion.
26  The Motion for Judgment on the Pleadings is based on this Notice, the accompanying
27 Memorandum of Points and Authorities, the Declaration of Amy M. Churan, the pleadings and
28 records on file, such further papers as may be filed by Defendants or JRK in connection with this

1  Motion, and such other evidence and arguments as may be presented to the Court prior to or at the
2  hearing on this Motion.
3
4  DATED:  January 21, 2022                    **ROBINS KAPLAN LLP**

5                                              By: *Amy Churan*
6                                                  Amy M. Churan
                                                   Melissa D'Alelio

7  Attorneys For Defendants Ironshore Specialty
   Insurance Company;  Certain Underwriters at
8  Lloyd's, London and London market companies
   Subscribing to Policy No. (UMR)
9  B0180PG1902606; Certain Underwriters at
   Lloyd's, London and London market companies
10 Subscribing to Policy No. (UMR)
   B0180PG1902611; Certain Underwriters at
11 Lloyd's, London Subscribing to Policy No. (UMR)
   B0180PG1902610; Certain Underwriters at
12 Lloyd's, London Subscribing to Policy No. (UMR)
   B0180PG1903066; Certain Underwriters at
13 Lloyd's, London Subscribing to Policy No. (UMR)
   B0180PG1902622; Ategrity Specialty Insurance
14 Company; and RSUI Indemnity Company

15
   DENTONS US LLP
16
   */s/ Julia M. Beckley*
17 Attorneys for Defendant
   American International Group UK Limited
18 as Subscriber to Policy No. (UMR)
   BO180PG1902606
19 Julia M. Beckley (Bar No. 247493)
   2000 McKinney Avenue, Suite 1900
20 Dallas, Texas 75201
   Tel (214) 259-1854
21 Fax (214) 259-0910
   julia.beckley@dentons.com
22
   G. Richard Dodge , Jr. (*pro hac vice* application
23 pending)
   1900 K Street NW
24 Washington, DC 20006
   Tel (202)496-7500
25 Fax (202) 496-7756
   rich.dodge@dentons.com
26
27
28

Keith Moskowitz (*pro hac vice* application pending)
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Tel (312) 876-8220
Fax (312) 876 7934
keith.moskowitz@dentons.com

CUMMINS & WHITE, LLP

*/s/ Larry M. Arnold*
Attorneys for Defendant
Colony Insurance Company
Larry M. Arnold (Bar No. 060459)
Margaret R. Miglietta (Bar No. 116026)
Noura K. Rizzuto (Bar No. 291455)
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0757
Tel (949) 852-1800
Fax (949) 852-8510
larnold@cwlawyers.com
mmiglietta@cwlawyers.com
nrizzuto@cwlawyers.com

STEWART SMITH
William F. Stewart (admitted *pro hac vice*)
300 Four Falls Corporate Center
300 Conshohocken Road, Suite 670
West Conshohocken, PA 19428
Tel (484) 344-5296
Fax (484) 534-9470
WStewart@stewartsmithlaw.com


KENNEDYS CMK LLP

*/s/ Susan Frances Dent*
Attorneys for Defendant
Crum & Forster Specialty Insurance Company
Susan Frances Dent (Bar No. 292900)
101 California Street, Suite 1225
San Francisco, CA 94111
Tel (415) 323-4460
Fax (415) 323-4445
Susan.Dent@kennedyslaw.com

Gary S. Kull (*pro hac vice* application pending)
120 Mountain View Boulevard
Basking Ridge, NJ 07920
Tel (908) 848-6300
Fax (908) 647-8390
Gary.Kull@kennedyslaw.corn

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

3

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 1701 of 2921

| | |
|---|---|
| 1 | CLYDE & CO US LLP |
| 2 | */s/ Susan Koehler Sullivan* |
| 3 | Attorneys for Defendants<br>Endurance American Specialty Insurance Company;<br>and Maxum Indemnity Company |
| 4 | Susan Koehler Sullivan (Bar No. 156418)<br>Brett Charles Safford (Bar No. 292048) |
| 5 | 355 S. Grand Avenue, Suite 1400<br>Los Angeles, CA 90071 |
| 6 | Telephone: (213) 358-7600<br>Facsimile: (213) 358-7650 |
| 7 | susan.sullivan@clydeco.us<br>brett.safford@clydeco.us |
| 9 | DICKINSON WRIGHT RLLP |
| 10 | */s/ Bennet Evan Cooper* |
| 11 | Attorneys for Defendant<br>Evanston Insurance Company |
| 12 | Bennett Evan Cooper (Bar No. 128544)<br>800 W. California Avenue, Suite 110 |
| 13 | Sunnyvale, California 94086<br>Tel: (602) 285-5044 |
| 14 | Fax: (844) 670-6009<br>bcooper@dickinsonwright.com |
| 16 | MUSICK, PEELER & GARRETT LLP |
| 17 | */s/ David A. Tartaglio* |
| 18 | Attorneys for Defendant<br>General Star Indemnity Company |
| 19 | David A. Tartaglio (Bar No. 117232)<br>624 South Grand Avenue, Suite 2000 |
| 20 | Los Angeles, CA 90017-3383<br>Tel (213) 629-7600 |
| 21 | Fax (213) 624-1376<br>d.tartaglio@musickpeeler.com |
| 22 | WILEY REIN LLP<br>Benjamin C. Eggert (*pro hac vice* forthcoming) |
| 23 | Joseph W. Gross (*pro hac vice* forthcoming)<br>2050 M Street NW |
| 24 | Washington, DC  20036<br>Tel (202) 719-7000 |
| 25 | Fax (202) 719-7049<br>BEggert@wiley.law |
| 26 | JGross@wiley.law |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

4

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1702 of 2921

|   |   |
|---|---|
| 1 | AKERMAN, LLP |
| 2 | */s/ Michael R. Weiss* |
| 3 | Attorneys for Defendants<br>Homeland Insurance Company; and Hallmark Specialty Insurance Company |
| 4 | Michael R. Weiss (Bar No. 180946)<br>601 West Fifth Street, Suite 300 |
| 5 | Los Angeles, CA 90071<br>Tel (213) 688-9500 |
| 6 | Fax (213) 627-6342<br>Michael.Weiss@akerman.com |
| 7 | Bryan G. Scott (*pro hac vice* forthcoming) |
| 8 | 100 North Main Street, Suite 2425<br>Winston-Salem, NC 27101 |
| 9 | Tel (336) 296-7104<br>Fax (336) 296-7010 |
| 10 | Bryan.Scott@akerman.com |
| 11 | LEWIS BRISBOIS BISGAARD<br>& SMITH LLP |
| 12 | Seth I. Weinstein (*pro hac vice* forthcoming)<br>77 Water Street, 21st Floor |
| 13 | New York, NY 10005<br>Tel (212) 232-1300 |
| 14 | Fax (212) 232-1399<br>Seth.Weinstein@lewisbrisbois.com |
| 15 | FAEGRE DRINKER BIDDLE & REATH LLP |
| 16 | */s/ Kristopher S. Davis* |
| 17 | Attorneys for Defendant<br>Mitsui Sumitomo Insurance Company of America |
| 18 | Kristopher S. Davis (Bar No. 193452)<br>1800 Century Park East Suite 1500 |
| 19 | Los Angeles, CA 90067-1517<br>Tel (310) 203-4000 |
| 20 | Fax (310) 229-1285<br>kristopher.davis@faegredrinker.com |
| 21 | RIKER DANZIG SCHERER HYLAND |
| 22 | & PERRETTI LLP<br>Brian E. O'Donnell (*pro hac vice* application pending) |
| 23 | Maura C. Smith (*pro hac vice* application pending) |
| 24 | Headquarters Plaza<br>One Speedwell Avenue |
| 25 | Morristown, NJ 07962-1981<br>Tel (973) 538-0800 |
| 26 | Fax (973) 538-1984<br>bodonnell@riker.com |
| 27 | msmith@RIKER.com |
| 28 |   |

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

5

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1703 of 2921

|  |  |
|---|---|
| 1 | PHELPS DUNBAR LLP |
| 2 | */s/ Jay R. Sever* |
| 3 | Attorneys for Defendant Scottsdale Insurance Company |
| 4 | Jay R. Sever (SBN 165859) 365 Canal Street, Suite 2000 |
| 5 | New Orleans, LA 70130-6534 Tel (504) 566-1311 |
| 6 | Fax (504) 568-9130 jay.sever@phelps.com |

SELMAN BREITMAN LLP
Meka Moore (SBN 180017)
Damian L. Palombi (SBN 311252)
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025-6538
Tel (310) 445-0800
Fax (310) 473-2525
mmoore@selmanlaw.com
dpalombi@selmanlaw.com

---

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

6

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On January 21, 2022, I served the foregoing document **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kevin J. Minnick<br>Sperstus, Landes & Umhofer LLP<br>617 West 7th Street, Suite 200<br>Los Angeles, CA 90017<br>Tel.: 213.205.6520<br>kminnick@spertuslaw.com | Attorney for Plaintiff<br>JRK PROPERTY HOLDINGS, INC. |

**[X]  (BY ELECTRONIC SERVICE ):** I caused each document to be sent by electronic transmission through One Legal through the user interface at www.onelegal.com to all email addresses on the list maintained by One Legal.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 21, 2022 at Los Angeles, California.

_____
Jwana Harrold

---

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

7

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1705 of 2921

 Journal Technologies Court Portal

# Make a Reservation

**JRK PROPERTY HOLDINGS, INC. vs COLONY INSURANCE COMPANY, et al.**

Case Number: 21STCV19983   Case Type: Civil Unlimited   Category: Insurance Coverage (not complex)
Date Filed: 2021-05-27   Location: Stanley Mosk Courthouse - Department 32

## Reservation

| | |
|---|---|
| Case Name: | |
| JRK PROPERTY HOLDINGS, INC. vs COLONY INSURANCE COMPANY, et al. | Case Number: 21STCV19983 |
| Type: Motion for Judgment on the Pleadings | Status: RESERVED |
| Filing Party: Ironshore Specialty Insurance Company (Defendant) | Location: Stanley Mosk Courthouse - Department 32 |
| Date/Time: 04/06/2022 8:30 AM | Number of Motions: 1 |
| Reservation ID: 280833900024 | Confirmation Code: CR-S9EYYRHCCCJ8YJBAZ |

## Fees

| Description | Fee | Qty | Amount |
|---|---:|---:|---:|
| Motion for Judgment on the Pleadings | 60.00 | 1 | 60.00 |
| Credit Card Percentage Fee (2.75%) | 1.65 | 1 | 1.65 |
| TOTAL | | | $61.65 |

## Payment

| | |
|---|---|
| Amount: $61.65 | Type: AmericanExpress |
| Account Number: XXXX1000 | Authorization: 208006 |

🖨 Print Receipt    ➕ Reserve Another Hearing

Copyright © Journal Technologies, USA. All rights reserved.

Exhibit 135 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 1706 of 2921