# EXHIBIT 141

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 32

**21STCV19983**  April 6, 2022
**JRK PROPERTY HOLDINGS, INC. vs COLONY INSURANCE COMPANY, et al.**  8:30 AM

| | |
|---|---|
| Judge: Honorable Daniel S. Murphy | CSR: Vivian Tristan, #14244 |
| Judicial Assistant: S. Luqueno | ERM: None |
| Courtroom Assistant: N. Avalos | Deputy Sheriff: None |

APPEARANCES:

For Plaintiff(s): KRISTOPHER S. DAVIS (Telephonic); Meredith Elkins appearing for Kevin J. Minnick (Telephonic)

For Defendant(s): Julia M. Beckley and George Richard Dodge Jr. (Telephonic); Amy M. Churan (Telephonic); Susan Frances Dent (Telephonic) -- See additional appearances below.

**NATURE OF PROCEEDINGS:** Hearing on Motion for Judgment on the Pleadings

Pursuant to Government Code sections 68086, 70044, California Rules of Court, rule 2.956, and the stipulation of appearing parties, Vivian Tristan, certified shorthand reporter is appointed as an official Court reporter pro tempore in these proceedings, and is ordered to comply with the terms of the Court Reporter Agreement. The Order is signed and filed this date.

The matter is called for hearing.

The Court hears oral argument.

The Court takes the Hearing on Motion for Judgment on the Pleadings under submission.

Additional appearances for Defendant(s):
Meka Moore (Telephonic)
William F. Stewart (Telephonic)
Susan Koehler Sullivan and Brett Safford (Telephonic)
Michael R. Weiss (Telephonic)

Minute Order    Page 1 of 1

Exhibit 141 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment    Page 2020 of 2921