# EXHIBIT 143

Electronically FILED by Superior Court of California, County of Los Angeles on 04/11/2022 07:54 AM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Bolden,Deputy Clerk

Case 20-51051-TMH    Doc 258-143    Filed 01/12/24    Page 2 of 19

1  ROBINS KAPLAN LLP
   Amy Churan (SBN 216932)
2  AChuran@RobinsKaplan.com
   2049 Century Park East, Suite 3400
3  Los Angeles, CA 90067
   Telephone:   310 552 0130
4  Facsimile:   310 229 5800

5  Melissa D'Alelio (admitted *pro hac vice*)
   MDAlelio@RobinsKaplan.com
6  800 Boylston Street, Suite 2500
   Boston, MA 02199
7  Telephone:   617 267 2300
   Facsimile:   617 267 8288
8
   Attorneys for Defendants Ironshore Specialty Insurance
9  Company; Certain Underwriters at Lloyd's, London and
   London market companies Subscribing to Policy No.
10 (UMR) B0180PG1902606; Certain Underwriters at
   Lloyd's, London and London market companies
11 Subscribing to Policy No. (UMR) B0180PG1902611;
   Certain Underwriters at Lloyd's, London Subscribing to
12 Policy No. (UMR) B0180PG1902610; Certain
   Underwriters at Lloyd's, London Subscribing to Policy
13 No. (UMR) B0180PG1903066; Certain Underwriters at
   Lloyd's, London Subscribing to Policy No. (UMR)
14 B0180PG1902622; Ategrity Specialty Insurance
   Company; and RSUI Indemnity Company
15
   (Additional counsel listed on following page)
16

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| JRK PROPERTY HOLDINGS, INC., | Case No. 21STCV19983 |
| Plaintiff, | DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO SUPPLEMENTAL AUTHORITY CITED AT ORAL ARGUMENT ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| v. | |
| COLONY INSURANCE COMPANY, et al. | DATE: April 6, 2022<br>TIME: 8:30 a.m.<br>DEPT.: 32 |
| Defendants. | Complaint Filed: May 27, 2021<br>Trial Date: August 9, 2022<br>Judge: Hon. Daniel S. Murphy<br>Department: 32 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2033 of 2921

**ADDITIONAL DEFENDANTS' COUNSEL**

| Counsel | Defendants |
|---|---|
| DENTONS US LLP<br>Julia M. Beckley (SBN 247493)<br>2000 McKinney Avenue, Suite 1900<br>Dallas, Texas 75201<br>Tel (214) 259-1854<br>Fax (214) 259-0910<br>julia.beckley@dentons.com<br><br>G. Richard Dodge , Jr. (admitted *pro hac vice*)<br>1900 K Street NW<br>Washington, DC 20006<br>Tel (202)496-7500<br>Fax (202) 496-7756<br>rich.dodge@dentons.com<br><br>Keith Moskowitz (admitted *pro hac vice*)<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>Tel (312) 876-8220<br>Fax (312) 876 7934<br>keith.moskowitz@dentons.com | Attorneys for Defendant<br>American International Group UK Limited as Subscriber to Policy No. (UMR) BO180PG1902606 |
| CUMMINS & WHITE, LLP<br>Larry M. Arnold (SBN 060459)<br>Margaret R. Miglietta (SBN 116026)<br>Noura K. Rizzuto (SBN 291455)<br>2424 S.E. Bristol Street, Suite 300<br>Newport Beach, CA 92660-0757<br>Tel (949) 852-1800<br>Fax (949) 852-8510<br>larnold@cwlawyers.com<br>mmiglietta@cwlawyers.com<br>nrizzuto@cwlawyers.com<br><br>STEWART SMITH<br>William F. Stewart (admitted *pro hac vice*)<br>300 Four Falls Corporate Center<br>300 Conshohocken Road, Suite 670<br>West Conshohocken, PA 19428<br>Tel (484) 344-5296<br>Fax (484) 534-9470<br>WStewart@stewartsmithlaw.com | Attorneys for Defendant<br>Colony Insurance Company |

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

ii

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2034 of 2921

| Counsel | Defendants |
|---|---|
| KENNEDYS CMK LLP<br>Susan Frances Dent (SBN 292900)<br>101 California Street, Suite 1225<br>San Francisco, CA 94111<br>Tel (415) 323-4460<br>Fax (415) 323-4445<br>Susan.Dent@kennedyslaw.com<br><br>Gary S. Kull (*pro hac vice* application pending)<br>120 Mountain View Boulevard<br>Basking Ridge, NJ 07920<br>Tel (908) 848-6300<br>Fax (908) 647-8390<br>Gary.Kull@kennedyslaw.corn | Attorneys for Defendant<br>Crum & Forster Specialty Insurance Company |
| CLYDE & CO US LLP<br>Susan Koehler Sullivan (SBN 156418)<br>Brett Charles Safford (SBN 292048)<br>355 S. Grand Avenue, Suite 1400<br>Los Angeles, CA 90071<br>Telephone: (213) 358-7600<br>Facsimile: (213) 358-7650<br>susan.sullivan@clydeco.us<br>brett.safford@clydeco.us | Attorneys for Defendants<br>Endurance American Specialty Insurance Company; and<br>Maxum Indemnity Company |
| DICKINSON WRIGHT RLLP<br>Bennett Evan Cooper (SBN 128544)<br>800 W. California Avenue, Suite 110<br>Sunnyvale, California 94086<br>Tel: (602) 285-5044<br>Fax: (844) 670-6009<br>bcooper@dickinsonwright.com | Attorneys for Defendant<br>Evanston Insurance Company |
| MUSICK, PEELER & GARRETT LLP<br>David A. Tartaglio (SBN 117232)<br>624 South Grand Avenue, Suite 2000<br>Los Angeles, CA 90017-3383<br>Tel (213) 629-7600<br>Fax (213) 624-1376<br>d.tartaglio@musickpeeler.com<br><br>WILEY REIN LLP<br>Benjamin C. Eggert (admitted *pro hac vice*)<br>Joseph W. Gross (admitted *pro hac vice*)<br>2050 M Street NW<br>Washington, DC 20036<br>Tel (202) 719-7000<br>Fax (202) 719-7049<br>BEggert@wiley.law<br>JGross@wiley.law | Attorneys for Defendant<br>General Star Indemnity Company |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

| Counsel | Defendants |
|---|---|
| AKERMAN, LLP<br>Michael R. Weiss (SBN 180946)<br>601 West Fifth Street, Suite 300<br>Los Angeles, CA 90071<br>Tel (213) 688-9500<br>Fax (213) 627-6342<br>Michael.Weiss@akerman.com<br><br>Bryan G. Scott (*pro hac vice* forthcoming)<br>100 North Main Street, Suite 2425<br>Winston-Salem, NC 27101<br>Tel (336) 296-7104<br>Fax (336) 296-7010<br>Bryan.Scott@akerman.com<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Seth I. Weinstein (*pro hac vice* forthcoming)<br>77 Water Street, 21st Floor<br>New York, NY 10005<br>Tel (212) 232-1300<br>Fax (212) 232-1399<br>Seth.Weinstein@lewisbrisbois.com | Attorneys for Defendants Homeland Insurance Company; and Hallmark Specialty Insurance Company |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>Kristopher S. Davis (SBN 193452)<br>1800 Century Park East Suite 1500<br>Los Angeles, CA 90067-1517<br>Tel (310) 203-4000<br>Fax (310) 229-1285<br>kristopher.davis@faegredrinker.com<br><br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>Brian E. O'Donnell (admitted *pro hac vice*)<br>Maura C. Smith (admitted *pro hac vice*)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Tel (973) 538-0800<br>Fax (973) 538-1984<br>bodonnell@riker.com<br>msmith@RIKER.com | Attorneys for Defendant Mitsui Sumitomo Insurance Company of America |

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY
iv
Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2036 of 2921

| Counsel | Defendants |
|---|---|
| PHELPS DUNBAR LLP<br>Jay R. Sever  (SBN 165859)<br>365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534<br>Tel (504) 566-1311<br>Fax (504) 568-9130<br>jay.sever@phelps.com<br><br>SELMAN BREITMAN LLP<br>Meka Moore  (SBN 180017)<br>Damian L. Palombi (SBN 311252)<br>11766 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90025-6538<br>Tel (310) 445-0800<br>Fax (310) 473-2525<br>mmoore@selmanlaw.com<br>dpalombi@selmanlaw.com | Attorneys for Defendant<br>Scottsdale Insurance Company |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

v

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2037 of 2921

Defendants submit this Reply in response to JRK's "Response to Supplemental Authority." JRK argues that *Spirit Realty Capital, Inc. v. Westport Ins. Co.*, 2021 WL 4926016 (S.D.N.Y. Oct. 21, 2021) is not applicable here because it requires the presence of disease at <u>an insured location</u>, but that the JRK Policies do not. To the contrary, JRK conceded the reverse in its Complaint when it asserted that "JRK's Policy expressly includes coverage for losses incurred based on the presence of Communicable Disease <u>at JRK's properties</u>." Compl. ¶ 9 (emph. added). Further, requiring actual presence at the insured location is the only reasonable interpretation of the communicable disease ("CD") provision here, which requires that "access to **<u>a Location owned, leased or rented by the Insured</u>** is limited, restricted, or prohibited as a result of an order of an authorized governmental agency regulating the actual not suspected presence of communicable disease; or a decision of an Officer of the Insured as a result of the actual not suspected presence of communicable disease." GENERALSTAR00000062. To suggest that the JRK policy covers loss associated with a government order or JRK action taken in response to the "actual not suspected" presence of a communicable disease found anywhere, as opposed to specifically on the insured's property, strains credulity and renders the "actual not suspected" requirement meaningless.

And ultimately, whether JRK has sufficiently alleged the actual presence of the virus at its insured properties is irrelevant. JRK cannot show entitlement to CD coverage for two reasons. First, JRK does not and cannot allege that its financial losses were caused by any "order of an authorized governmental agency regulating the actual not suspected presence of Communicable Disease " or by any "decision of an Officer of the Insured as a result of the actual not suspected presence of Communicable Disease " at its insured properties. *Id*. Instead, JRK admits its financial losses were caused by the blanket government orders issued in response to the pandemic at large and by the ensuing economic downturn :

- "The Orders . . . have devastated JRK's business. Overnight, hotel properties that were once busy, bustling destinations for travelers became ghost towns, decimating JRK's revenue." Compl. ¶ 6.
- "Shortly after the pandemic reached the United States and shutdown orders began to be issued, JRK began suffering [financial] losses . . . ." Compl. ¶ 11.
- "The Orders directly impacted JRK's hotels and residential tenants, ultimately leading to the devastating financial losses at issue in this lawsuit." Compl. ¶ 63.

- The Orders "had wide-reaching impacts, including reduced travel and loss of jobs, resulting in tenants failing to pay market rents." Compl. ¶ 66.
- "[D]ue to the pandemic and shutdown Orders, many of the residential tenants to whom JRK had leased apartments have been unable to continue paying rent, have sought and obtained decreased rental rates, or have terminated their leases." Compl. ¶ 76.
- "Other governmental restrictions . . . have prohibited residential evictions, allowed tenants to defer rent payments, prohibited the charging of late fees or interest on unpaid rent, and prohibited otherwise normal rent increases during the pandemic." Compl. ¶ 77.

No government orders were issued based on "actual not suspected" presence of the virus on JRK's properties. To the extent JRK claims it had to "expend substantial sums of money to disinfect contaminated spaces," Compl. ¶ 75, those sums were not due to *access* to its locations being "limited, restricted, or prohibited." Moreover, to the extent JRK asserts it had to temporarily close or restrict tenant amenities (e.g. swimming pools) and temporarily conduct leasing operations virtually, those allegations are not tethered to any allegations of *actual loss* to JRK, as required to implicate coverage. Instead, JRK's Complaint makes clear that its losses were caused by the general governmental orders—which do not give rise to coverage under the CD provision. *See Inns by Sea v. Cal. Mut. Ins. Co.*, 71 Cal. App. 5th 688, n.11 (2021) (noting that specific allegations of causation control over any potentially inconsistent general allegations).

Second, JRK has twice admitted: "[t]he limited or prohibited access to JRK properties was a result of the global pandemic and government responses to it, *not due to an order by a governmental agency or JRK officer arising from the actual not suspected presence of the virus.*" Churan Decl., Jan. 21, 2022, Ex. 1 (E.D. Va. Amend. Compl. ¶ 81); Churan Decl., Mar. 23, 2022, (E.D. Va. Original Compl. ¶ 81). JRK's admission is fatal to its claim for CD coverage. JRK's subsequent attempt to allege inconsistent facts in its latest complaint fails as a matter of law. *Cantu v. Resolution Trust Corp.*, 4 Cal. App. 4th 857, 877 (1992) ("A plaintiff may not avoid a demurrer by pleading facts or positions in an amended complaint that contradict the facts pleaded in the original complaint."). JRK's allegations "constitute judicial admissions." *Castillo v. Barrera*, 146 Cal. App. 4th 1317, 1324 (2007). "As such they are conclusive concessions of the truth of a matter and have the effect of removing it from the issues." *Id.*

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

2

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2039 of 2921

| | | |
|---|---|---|
| 1 | DATED: April 11, 2022 | **ROBINS KAPLAN LLP** |
| 2 | | |
| 3 | | By: */s/ Amy Churan* |
| | | Amy M. Churan |
| | | Melissa M. D'Alelio |
| 4 | | |
| 5 | | Attorneys For Defendants Ironshore Specialty Insurance Company; Certain Underwriters at Lloyd's, London and London market companies Subscribing to Policy No. (UMR) B0180PG1902606; Certain Underwriters at Lloyd's, London and London market companies Subscribing to Policy No. (UMR) B0180PG1902611; Certain Underwriters at Lloyd's, London Subscribing to Policy No. (UMR) B0180PG1902610; Certain Underwriters at Lloyd's, London Subscribing to Policy No. (UMR) B0180PG1903066; Certain Underwriters at Lloyd's, London Subscribing to Policy No. (UMR) B0180PG1902622; Ategrity Specialty Insurance Company; and RSUI Indemnity Company |
| 12 | | DENTONS US LLP |
| 13 | | */s/ Julia M. Beckley* |
| | | Attorneys for Defendant |
| 14 | | American International Group UK Limited as Subscriber to Policy No. (UMR) BO180PG1902606 |
| 15 | | Julia M. Beckley (SBN 247493) |
| 16 | | 2000 McKinney Avenue, Suite 1900 |
| | | Dallas, Texas 75201 |
| 17 | | Tel (214) 259-1854 |
| | | Fax (214) 259-0910 |
| 18 | | julia.beckley@dentons.com |
| 19 | | G. Richard Dodge , Jr. (admitted *pro hac vice*) |
| 20 | | 1900 K Street NW |
| | | Washington, DC 20006 |
| | | Tel (202)496-7500 |
| 21 | | Fax (202) 496-7756 |
| | | rich.dodge@dentons.com |
| 22 | | |
| 23 | | Keith Moskowitz (admitted *pro hac vice*) |
| | | 233 South Wacker Drive, Suite 5900 |
| 24 | | Chicago, IL 60606-6361 |
| | | Tel (312) 876-8220 |
| 25 | | Fax (312) 876 7934 |
| | | keith.moskowitz@dentons.com |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2040 of 2921

|  |  |
|---|---|
| 1 | CUMMINS & WHITE, LLP |
| 2 | */s/ Larry M. Arnold* |
| 3 | Attorneys for Defendant<br>Colony Insurance Company |
|   | Larry M. Arnold (SBN 060459) |
| 4 | Margaret R. Miglietta (SBN 116026) |
|   | Noura K. Rizzuto (SBN 291455) |
| 5 | 2424 S.E. Bristol Street, Suite 300 |
|   | Newport Beach, CA 92660-0757 |
| 6 | Tel (949) 852-1800 |
|   | Fax (949) 852-8510 |
| 7 | larnold@cwlawyers.com |
|   | mmiglietta@cwlawyers.com |
| 8 | nrizzuto@cwlawyers.com |
| 9 | STEWART SMITH |
|   | William F. Stewart (admitted *pro hac vice*) |
| 10 | 300 Four Falls Corporate Center |
|    | 300 Conshohocken Road, Suite 670 |
| 11 | West Conshohocken, PA 19428 |
|    | Tel (484) 344-5296 |
| 12 | Fax (484) 534-9470 |
|    | WStewart@stewartsmithlaw.com |

KENNEDYS CMK LLP

*/s/ Susan Frances Dent*
Attorneys for Defendant
Crum & Forster Specialty Insurance Company
Susan Frances Dent (SBN 292900)
101 California Street, Suite 1225
San Francisco, CA 94111
Tel (415) 323-4460
Fax (415) 323-4445
Susan.Dent@kennedyslaw.com

Gary S. Kull (*pro hac vice* application pending)
120 Mountain View Boulevard
Basking Ridge, NJ 07920
Tel (908) 848-6300
Fax (908) 647-8390
Gary.Kull@kennedyslaw.corn

| | |
|---|---|
| 1 | CLYDE & CO US LLP |
| 2 | */s/ Susan Koehler Sullivan* |
| 3 | Attorneys for Defendants<br>Endurance American Specialty Insurance Company;<br>and Maxum Indemnity Company |
| 4 | Susan Koehler Sullivan (SBN 156418)<br>Brett Charles Safford (SBN 292048) |
| 5 | 355 S. Grand Avenue, Suite 1400<br>Los Angeles, CA 90071 |
| 6 | Telephone: (213) 358-7600<br>Facsimile: (213) 358-7650 |
| 7 | susan.sullivan@clydeco.us<br>brett.safford@clydeco.us |
| 8 | |
| 9 | DICKINSON WRIGHT RLLP |
| 10 | */s/ Bennet Evan Cooper* |
| 11 | Attorneys for Defendant<br>Evanston Insurance Company |
| 12 | Bennett Evan Cooper (SBN 128544)<br>800 W. California Avenue, Suite 110 |
| 13 | Sunnyvale, California 94086<br>Tel: (602) 285-5044 |
| 14 | Fax: (844) 670-6009<br>bcooper@dickinsonwright.com |
| 15 | |
| 16 | MUSICK, PEELER & GARRETT LLP |
| 17 | */s/ David A. Tartaglio* |
| 18 | Attorneys for Defendant<br>General Star Indemnity Company<br>David A. Tartaglio (SBN 117232) |
| 19 | 624 South Grand Avenue, Suite 2000<br>Los Angeles, CA 90017-3383 |
| 20 | Tel (213) 629-7600<br>Fax (213) 624-1376 |
| 21 | d.tartaglio@musickpeeler.com |
|  | WILEY REIN LLP |
| 22 | Benjamin C. Eggert (admitted *pro hac vice*)<br>Joseph W. Gross (admitted *pro hac vice*) |
| 23 | 2050 M Street NW<br>Washington, DC  20036 |
| 24 | Tel (202) 719-7000<br>Fax (202) 719-7049 |
| 25 | BEggert@wiley.law<br>JGross@wiley.law |
| 26 | |
| 27 | |
| 28 | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

5

| | |
|---|---|
| 1 | AKERMAN, LLP |
| 2 | */s/ Michael R. Weiss* |
| 3 | Attorneys for Defendants<br>Homeland Insurance Company; and Hallmark Specialty Insurance Company |
| 4 | Michael R. Weiss (SBN 180946)<br>601 West Fifth Street, Suite 300 |
| 5 | Los Angeles, CA 90071<br>Tel (213) 688-9500 |
| 6 | Fax (213) 627-6342<br>Michael.Weiss@akerman.com |
| 7 | Bryan G. Scott (*pro hac vice* forthcoming) |
| 8 | 100 North Main Street, Suite 2425<br>Winston-Salem, NC 27101 |
| 9 | Tel (336) 296-7104<br>Fax (336) 296-7010 |
| 10 | Bryan.Scott@akerman.com |
| 11 | LEWIS BRISBOIS BISGAARD<br>& SMITH LLP |
| 12 | Seth I. Weinstein (*pro hac vice* forthcoming)<br>77 Water Street, 21st Floor |
| 13 | New York, NY 10005<br>Tel (212) 232-1300 |
| 14 | Fax (212) 232-1399<br>Seth.Weinstein@lewisbrisbois.com |
| 15 | |
| 16 | FAEGRE DRINKER BIDDLE & REATH LLP |
| 17 | */s/ Kristopher S. Davis*<br>Attorneys for Defendant |
| 18 | Mitsui Sumitomo Insurance Company of America<br>Kristopher S. Davis (SBN 193452) |
| 19 | 1800 Century Park East Suite 1500<br>Los Angeles, CA 90067-1517 |
| 20 | Tel (310) 203-4000<br>Fax (310) 229-1285 |
| 21 | kristopher.davis@faegredrinker.com |
| 22 | RIKER DANZIG SCHERER HYLAND<br>& PERRETTI LLP<br>Brian E. O'Donnell (admitted *pro hac vice*) |
| 23 | Maura C. Smith (admitted *pro hac vice*)<br>Headquarters Plaza |
| 24 | One Speedwell Avenue<br>Morristown, NJ 07962-1981 |
| 25 | Tel (973) 538-0800<br>Fax (973) 538-1984 |
| 26 | bodonnell@riker.com<br>msmith@RIKER.com |
| 27 | |
| 28 | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

6

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2043 of 2921

PHELPS DUNBAR LLP

*/s/ Jay R. Sever*
Attorneys for Defendant
Scottsdale Insurance Company
Jay R. Sever  (SBN 165859)
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Tel (504) 566-1311
Fax (504) 568-9130
jay.sever@phelps.com

SELMAN BREITMAN LLP
Meka Moore  (SBN 180017)
Damian L. Palombi (SBN 311252)
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025-6538
Tel (310) 445-0800
Fax (310) 473-2525
mmoore@selmanlaw.com
dpalombi@selmanlaw.com

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

7

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

Page 2044 of 2921

## **PROOF OF SERVICE**

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF LOS ANGELES       )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

      On April 11, 2022, I served the foregoing document **DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO SUPPLEMENTAL AUTHORITY CITED AT ORAL ARGUMENT ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** on the interested parties in this action as follows:

### **SEE ATTACHED SERVICE LIST**

[ ]    **BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address jharrold@robinskaplan.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]    **BY ELECTRONIC SERVICE:** I caused each document to be sent by electronic transmission through One Legal through the user interface at www.onelegal.com to all email addresses on the list maintained by One Legal.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 11, 2022 at Los Angeles, California.

_____
Jwana Harrold

F

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment    Page 2045 of 2921

**SERVICE LIST**
*JRK PROPERTY HOLDINGS, INC. v. COLONY INSURANCE, et al.*
LASC Case No. 21STCV19983

| | |
|---|---|
| SPERTUS, LANDES & UMHOFER, LLP<br>Kevin J. Minnick<br>617 West 7th Street, Suite 200<br>Los Angeles, CA 90017<br>Tel.: 213.205.6520<br>kminnick@spertuslaw.com<br>Jon Powell<br>jon@spertuslaw.com<br><br>COHEN ZIFFER FRENCHMAN & MCKENNA<br>Meredith Elkins (admitted pro hac vice)<br>Nicholas Maxwell (admitted pro hac vice)<br>1350 Avenue of the Americas<br>New York, NY 10019<br>212.584.1890<br>212.584.1891 facsimile<br>melkins@cohenziffer.com<br>nmaxwell@cohenziffer.com<br>tepstein@cohenziffer.com<br>cpellegrini@cohenziffer.com<br><br>MITCHELL SANDLER, LLC<br>Andrew L. Sandler (*pro hac vice* forthcoming)<br>1120 20th St, NW, Suite 725<br>Washington, DC 20036<br>asandler@mitchellsandler.com<br><br>Chris McCall<br>cmccall@mitchellsandler.com<br>Arielle Stephenson<br>Astephenson@mitchellsandler.com | Attorney for Plaintiff<br>JRK PROPERTY HOLDINGS, INC. |
| DENTONS US LLP<br>Julia M. Beckley<br>2000 McKinney Avenue, Suite 1900<br>Dallas, Texas 75201<br>Tel (214) 259-1854<br>Fax (214) 259-0910<br>julia.beckley@dentons.com<br><br>G. Richard Dodge , Jr. | Attorneys for Defendant<br>AMERICAN INTERNATIONAL GROUP UK LIMITED AS SUBSCRIBER TO POLICY NO. (UMR) B0180PG1902606 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

| | | |
|---|---|---|
| 1 | 1900 K Street NW<br>Washington, DC 20006<br>Tel (202)496-7500<br>Fax (202) 496-7756<br>rich.dodge@dentons.com<br><br>Keith Moskowitz<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361<br>Tel (312) 876-8220<br>Fax (312) 876 7934<br>keith.moskowitz@dentons.com | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | CUMMINS & WHITE, LLP<br>Larry M. Arnold<br>Margaret R. Miglietta<br>Noura K. Rizzuto<br>2424 S.E. Bristol Street, Suite 300<br>Newport Beach, CA 92660-0757<br>Tel (949) 852-1800<br>Fax (949) 852-8510<br>larnold@cwlawyers.com<br>mmiglietta@cwlawyers.com<br>nrizzuto@cwlawyers.com | Attorneys for Defendant<br>COLONY INSURANCE COMPANY |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | STEWART SMITH<br>William F. Stewart (admitted *pro hac vice*)<br>Gary Berdeen<br>300 Four Falls Corporate Center<br>300 Conshohocken Road, Suite 670<br>West Conshohocken, PA 19428<br>Tel (484) 344-5296<br>Fax (484) 534-9470<br>WStewart@stewartsmithlaw.com<br>GBerdeen@stewartsmithlaw.com | Attorneys for Defendant<br>COLONY INSURANCE COMPANY |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | KENNEDYS CMK LLP<br>Susan Frances Dent<br>101 California Street, Suite 1225<br>San Francisco, CA 94111<br>Tel (415) 323-4460<br>Fax (415) 323-4445<br>Susan.Dent@kennedyslaw.com<br><br>Gary S. Kull (*pro hac vice* application pending)<br>120 Mountain View Boulevard<br>Basking Ridge, NJ 07920<br>Tel (908) 848-6300<br>Fax (908) 647-8390<br>Gary.Kull@kennedyslaw.corn | Attorneys for Defendant<br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | CLYDE & CO US LLP<br>Susan Koehler Sullivan<br>Brett Charles Safford<br>355 S. Grand Avenue, Suite 1400 | Attorneys for Defendants<br>ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY AND MAXUM INDEMNITY COMPANY |
| 28 | | |

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

10

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2047 of 2921

| | | |
|---|---|---|
| 1 | Los Angeles, CA 90071<br>Telephone: (213) 358-7600 | |
| 2 | Facsimile: (213) 358-7650<br>susan.sullivan@clydeco.us | |
| 3 | brett.safford@clydeco.us | |
| 4 | | |
| 5 | Robert W. Fisher (*pro hac vice* forthcoming)<br>271 17th Street NW, Suite 1720 | |
| 6 | Atlanta, GA 30363<br>Tel (404) 410-3150 | |
| 7 | Fax (404) 410-3151<br>Robert.Fisher@clydeco.us | |
| 8 | | |
| 9 | DICKINSON WRIGHT RLLP<br>Bennett Evan Cooper | Attorneys for Defendant<br>EVANSTON INSURANCE COMPANY |
| 10 | Vail C. Cloar<br>800 W. California Avenue, Suite 110 | |
| 11 | Sunnyvale, California 94086<br>Tel: (602) 285-5044 | |
| 12 | Fax: (844) 670-6009<br>bcooper@dickinsonwright.com | |
| 13 | | |
| 14 | Vail C. Cloar<br>1850 North Central Avenue | |
| 15 | Suite 1400<br>Phoenix, AZ 85004 | |
|  | VCloar@dickinson-wright.com | |
| 16 | Peter E. Doyle | |
| 17 | 2600 W. Big Beaver Rd.<br>Suite 300 | |
| 18 | Troy, MI 48084-3312<br>PDoyle@dickinson-wright.com | |
| 19 | | |
| 20 | Timothy M. Strong<br>1850 North Central Avenue | |
| 21 | Suite 1400<br>Phoenix, AZ 85004 | |
| 22 | TStrong@dickinson-wright.com | |
| 23 | MUSICK, PEELER & GARRETT LLP<br>David A. Tartaglio | Attorneys for Defendant<br>GENERAL STAR INDEMNITY |
| 24 | 624 South Grand Avenue, Suite 2000<br>Los Angeles, CA 90017-3383 | COMPANY |
| 25 | Tel (213) 629-7600<br>Fax (213) 624-1376 | |
|  | d.tartaglio@musickpeeler.com | |
| 26 | WILEY REIN LLP | Attorneys for Defendant |
| 27 | Benjamin C. Eggert (*pro hac vice*<br>forthcoming) | GENERAL STAR INDEMNITY<br>COMPANY |
| 28 | 2050 M Street NW | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

11

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2048 of 2921

| | | |
|---|---|---|
| 1 | Washington, DC 20036<br>Tel (202) 719-7000 | |
| 2 | Fax (202) 719-7049<br>BEggert@wiley.law | |
| 3 | | |
| 4 | AKERMAN, LLP<br>Michael R. Weiss | Attorneys for Defendants<br>HOMELAND INSURANCE COMPANY |
| 5 | 601 West Fifth Street, Suite 300<br>Los Angeles, CA 90071 | AND HALLMARK<br>SPECIALTY INSURANCE COMPANY |
| 6 | Tel (213) 688-9500<br>Fax (213) 627-6342 | |
| 7 | Michael.Weiss@akerman.com | |
| 8 | Bryan G. Scott (*pro hac vice* forthcoming)<br>100 North Main Street, Suite 2425 | |
| 9 | Winston-Salem, NC 27101<br>Tel (336) 296-7104 | |
| 10 | Fax (336) 296-7010<br>Bryan.Scott@akerman.com | |
| 11 | LEWIS BRISBOIS BISGAARD | Attorneys for Defendants |
| 12 | & SMITH LLP<br>Seth I. Weinstein (*pro hac vice* forthcoming) | HOMELAND INSURANCE COMPANY<br>AND HALLMARK |
| 13 | 77 Water Street, 21st Floor<br>New York, NY 10005 | SPECIALTY INSURANCE COMPANY |
| 14 | Tel (212) 232-1300<br>Fax (212) 232-1399 | |
| | Seth.Weinstein@lewisbrisbois.com | |
| 15 | FAEGRE DRINKER BIDDLE & REATH<br>LLP | Attorneys for Defendant<br>MITSUI SUMITOMO INSURANCE |
| 16 | Kristopher S. Davis<br>1800 Century Park East Suite 1500 | COMPANY OF AMERICA |
| 17 | Los Angeles, CA 90067-1517<br>Tel (310) 203-4000 | |
| 18 | Fax (310) 229-1285<br>kristopher.davis@faegredrinker.com | |
| 19 | | |
| 20 | RIKER DANZIG SCHERER HYLAND<br>& PERRETTI LLP | Attorneys for Defendant<br>MITSUI SUMITOMO INSURANCE |
| 21 | Brian E. O'Donnell<br>Maura C. Smith | COMPANY OF AMERICA |
| 22 | Casey Boyle<br>Headquarters Plaza | |
| 23 | One Speedwell Avenue<br>Morristown, NJ 07962-1981 | |
| 24 | Tel (973) 538-0800<br>Fax (973) 538-1984 | |
| 25 | bodonnell@riker.com<br>msmith@riker.com | |
| 26 | caboyle@riker.com | |
| 27 | PHELPS DUNBAR LLP | Attorneys for Defendant |
| 28 | Jay R. Sever | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY
12

| | |
|---|---|
| 365 Canal Street, Suite 2000<br>New Orleans, LA 70130-6534<br>Tel (504) 566-1311<br>Fax (504) 568-9130<br>jay.sever@phelps.com<br>katie.myers@phelps.com | SCOTTSDALE INSURANCE COMPANY |
| SELMAN BREITMAN LLP<br>Meka Moore<br>Damian L. Palombi<br>11766 Wilshire Boulevard, 6th Floor<br>Los Angeles, CA 90025-6538<br>Tel (310) 445-0800<br>Fax (310) 473-2525<br>mmoore@selmanlaw.com<br>dpalombi@selmanlaw.com | Attorneys for Defendant<br>SCOTTSDALE INSURANCE COMPANY |

REPLY TO JRK'S RESPONSE TO SUPPLEMENTAL AUTHORITY

13

Exhibit 143 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2050 of 2921