# EXHIBIT 149

**MODIFIED BY THE COURT**

Lisa C. Wood, Esq. (ID No. 050411992)
Gregory T. Dennison, Esq. (ID No. 039111997)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266
(973) 622-3689
lwood@saiber.com
*Attorneys for Defendant*
*Allied World Assurance Company (U.S.) Inc.*

| | |
|---|---|
| URBAN EDGE PROPERTIES, and URBAN EDGE PROPERTIES LP,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. and GREENWICH INSURANCE COMPANY,<br><br>Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION:  BERGN COUNTY DOCKET NO.: BER-L-007987-20<br><br>Civil Action<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

**THIS MATTER** having been opened to the Court upon application of Saiber LLC, counsel for Defendant Allied World Assurance Company (U.S.) Inc., pursuant to Rule 4:42-2(b) of the Rules Governing the Courts of the State of New Jersey, and the Court having read and considered the moving papers and any opposition therewith, and oral argument having been heard;

**IT IS** on this 17th day of February, 2023

**ORDERED** that Defendant Allied World Assurance Company (U.S.) Inc.'s Motion for Reconsideration of the Court's January 10, 2023 Order be and the same is hereby **DENIED**.

**IT IS FURTHER ORDERED** that this Order is automatically served via eCourts to all parties of record.

_____
**HON. DAVID V. NASTA, J.S.C.**

[ x ] Opposed
[  ] Unopposed

ORAL ARGUMENT HELD
Reasons stated on the record.

01657085.DOCX

Exhibit 149 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment

Page 2103 of 2921

**Exhibit 149 to Plaintiff's Omnibus Appendix of Evidence in support of its Oppositions to Defendants' Motions for Summary Judgment**

**Page 2104 of 2921**