EXHIBIT 164

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE
 2

 3   IN RE:                        *
                                   *
 4   24 HOUR FITNESS               *    Chapter 11
     WORLDWIDE, INC., ET AL.,      *
 5             Debtors.            *    Case No.: 20-11558 (KBO)
                                   *
 6   _____*    (Jointly Administered)
                                   *
 7   24 HOUR FITNESS               *
     WORLDWIDE, INC.,              *
 8             Plaintiff,          *
                                   *
 9   VS.                           * Adv. Proc. No. 20-51051 (KBO)
                                   *
10   CONTINENTAL CASUALTY          *
     COMPANY, ET AL.,              *
11             Defendants.         *

12

13

14

15       ****************************************************

16        ORAL AND VIDEOTAPED DEPOSITION OF ODELL BRADLEY

17                        VOLUME 1

18                      MAY 27, 2022

19                   (Reported Remotely)

20       ****************************************************

21

22

23

24

25
```

**Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**
**NELL McCALLUM & ASSOCIATES, INC.**          Page 2373 of 2921

1      ORAL AND VIDEOTAPED DEPOSITION of ODELL BRADLEY,

2    produced as a witness at the instance of the Plaintiff,

3    and remotely duly sworn, was taken in the above-styled

4    and numbered cause on May 27, 2022, from 11:00 a.m. to

5    4:25 p.m., before Carol Jenkins, CSR, RPR, CRR, in and

6    for the State of Texas, reported by machine shorthand,

7    with the Witness in Dallas, Texas, pursuant to the

8    Federal Rules of Civil Procedure, the Emergency Order

9    Regarding the COVID-19 State of Disaster, and the

10    provisions stated on the record or attached hereto.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
NELL McCALLUM & ASSOCIATES, INC.          Page 2374 of 2921

1   before?

2       A.   Yes.

3       Q.   And do you recall having thought about what

4   would need to be shown in order to establish the

5   presence of and the spread of communicable diseases

6   under this section?

7               MR. INGERMAN:  Objection, asked and

8   answered.

9               You can answer it again.

10      A.   No.   And because I never had enough information

11   to make a decision.

12      Q.   (By Mr. Weiss)  Okay.  And when you say you

13   never had enough information to make a decision, what

14   type of information were you looking for?

15      A.   To reflect back, some of the questions that we

16   sent out to the insured were not answered.

17      Q.   If the insured had said that somebody with

18   COVID was at a location, would that indicate that there

19   was a presence of COVID at the location?

20               MR. INGERMAN:  Form, and calls for

21   speculation.

22               You can answer.

23      A.   No.

24      Q.   (By Mr. Weiss)  Okay.  So what would you need

25   to see in order to demonstrate to you that there was the

**Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**
**NELL McCALLUM & ASSOCIATES, INC.**          **Page 2375 of 2921**

1  see that the -- that this entry continues on to page 13

2  and then goes over to page 14.  And then if we could

3  look at page 14, at the very end there's a sentence that

4  said -- from you that says:  Emailed the market to

5  request engagement of coverage counsel moving forward,

6  pending response.

7              Do you see that?

8              Oh, you're on mute.

9      A.   Yes, I do see it.

10     Q.   All right.  Why did you email the market to

11 request the engagement of coverage counsel in connection

12 with market report No. 7?

13     A.   I do not recall at this time.

14     Q.   Do you recall emailing the market to request

15 the engagement of coverage counsel?

16     A.   Based on the notes in front of me, yes.

17     Q.   Do you remember what you wanted coverage

18 counsel to evaluate?

19     A.   I do not recall.

20     Q.   Did you have any internal discussions at CNA

21 about engaging coverage counsel around this time?

22     A.   I do not recall.

23     Q.   All right.  All right.  Let's mark as

24 Exhibit 14 some -- the series of emails.  The first one

25 is July -- the first one on the page is July 1st, 2020,

Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
NELL McCALLUM & ASSOCIATES, INC.          Page 2376 of 2921

1    at 1:56 p.m. from Andrea Matott at Beazley.  The Bates

2    number that I have is CNA 1403 and 1406.

3                    MR. WEISS:  And for the court reporter,

4    this is document No. 15.

5                    (Exhibit 14 marked.)

6        Q.   (By Mr. Weiss)  Do you have this in front of

7    you, Mr. Bradley?

8        A.   Yes.

9        Q.   And if you could turn to the second page of the

10   exhibit, there's an email from you dated June 25th,

11   2020, at 11:57 a.m. to Mike Allen and various other

12   people.

13                   Do you see that?

14       A.   June 25th?

15       Q.   Yeah.

16       A.   11:57?

17       Q.   Yeah.

18       A.   Yes, I do see that.

19       Q.   Okay.  Do you remember who some of these people

20   were?  Let's go through them.  Kimberly James from

21   Samp -- from Sompo, it looks like?

22       A.   Correct.  I don't recall who each individual is

23   on -- on the market.

24       Q.   Okay.  Then in your email, you wrote:  After

25   further review of endorsement for interruption by

**Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment**
**NELL McCALLUM & ASSOCIATES, INC.**          **Page 2377 of 2921**

1  communicable disease, I believe it is best to engage

2  coverage counsel moving forward.

3              Do you see that?

4      A.   Yes.

5      Q.   And do you believe that this is the email that

6  is referred to in the claim notes that we were just

7  looking at for the same date, June 25th, 2020?

8      A.   It appears so.

9      Q.   And then you include some of the language from

10  the communicable disease endorsement, and you wrote:

11  There seems to be a good chance business interruption

12  coverage will be triggered.  I think we all agree.

13              Do you see that?

14      A.   Yes.

15      Q.   And so by this -- this point in June of 2020,

16  you had already received a number of rounds of responses

17  to information requests from the insured that we've

18  looked at, correct?

19      A.   Yes.

20      Q.   Okay.  And you've already had a number of calls

21  with the market by this point; is that right?

22      A.   Yes.

23      Q.   And your comment that there seems to be a good

24  chance business interruption coverage will be triggered

25  was based upon your analysis of the information that had

Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment

```
 1                IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE
 2

 3   IN RE:                      *
                                 *
 4   24 HOUR FITNESS             *    Chapter 11
     WORLDWIDE, INC., ET AL.,    *
 5          Debtors.             *    Case No.: 20-11558 (KBO)
                                 *
 6   _____ *    (Jointly Administered)
                                 *
 7   24 HOUR FITNESS             *
     WORLDWIDE, INC.,            *
 8          Plaintiff,           *
                                 *
 9   VS.                         * Adv. Proc. No. 20-51051 (KBO)
                                 *
10   CONTINENTAL CASUALTY        *
     COMPANY, ET AL.,            *
11          Defendants.          *

12

                         REPORTER'S CERTIFICATE
13
                     DEPOSITION OF ODELL BRADLEY
14
                            MAY 27, 2022
15

16              I, CAROL JENKINS, Certified Shorthand

17   Reporter in and for the State of Texas, hereby certify

18   that this transcript is a true record of the testimony

19   given by the witness named herein, after said witness

20   was duly sworn by me.

21              I further certify that the deposition

22   transcript was submitted on _____,

23   _____ to the witness or to the attorney for the

24   witness for examination, signature, and return to me by

25   _____, _____.
```

Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
NELL McCALLUM & ASSOCIATES, INC.                    Page 2379 of 2921

1          I further certify the amount of time used

2    by each party at the deposition is as follows:

3              Mr. David E. Weiss - (04h16m)

4              Mr. Brett Ingerman - (00h02m)

5              Ms. Courtney Murphy - (00h00m)

6              Mr. Austin Westergom - (00h00m)

7              Ms. Marlie McDonnell - (00h00m)

8              Mr. Joel L. McNabney - (00h00m)

9              Ms. Elizabeth Kniffen - (00h00m)

10         I further certify that I am neither

11   attorney nor counsel for, related to, nor employed by

12   any of the parties to the action in which this testimony

13   was taken.  Further, I am not a relative or employee of

14   any attorney of record in this cause, nor do I have a

15   financial interest in the action.

16         SUBSCRIBED AND SWORN TO by the undersigned

17   on this the 3rd day of June, 2022.

18

19

20   _____
     CAROL JENKINS, CSR, RPR, CRR
21   Certificate No. 2660
     Date of Expiration:  8/31/2023
22   Nell McCallum & Associates, Inc.
     Firm Registration No. 10095
23   718 Westcott Street
     Houston, Texas 77007
24   713.861.0203

25

Exhibit 164 to Plaintiff's Omnibus Appendix of Evidence in support of its
Oppositions to Defendants' Motions for Summary Judgment
NELL McCALLUM & ASSOCIATES, INC.          Page 2380 of 2921