# EXHIBIT 182

24 HOUR FITNESS:

ENDORSEMENT #2 : INTERRUPTION BY COMMUNICABLE
DISEASE.        $2,500,000

ENDURANCE : #4    EXCLUDES COMMUNICABLE
DISEASE.

POLICY:

    A) CIVIL AUTHORITY — ACCESS DENIED
       IF PERIL INSURED AGAINST OCCURS
       WITHIN 5 MILES — LIMIT 30 days - 45 days

    B) INGRESS / EGRESS — LIMIT 45 days
       5 MILES - SAYS 30 days
       SUB-LIMITS SAY 45 days

    ADDRESSES PERIL NOT PHYSICAL DAMAGE

BI - HSNO - J.S. HELD
         Danny WILLIAMS

CLOSED SINCE MARCH 16th

VIRUS =

**EXHIBIT**
**Allen 8**