## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| RS FIT NW LLC, | ) | |
| | ) | Case No. 20-11568 (TMH) |
|              Debtor. | ) | |
| | ) | (Jointly Administered) |
| _____ | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | |
| | ) | |
|              Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; | ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY | ) | |
| INSURANCE COMPANY; STARR SURPLUS | ) | |
| LINES INSURANCE COMPANY; ALLIANZ | ) | |
| GLOBAL RISKS US INSURANCE COMPANY; | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; | ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; | ) | |
| ALLIED WORLD NATIONAL ASSURANCE | ) | |
| COMPANY; QBE SPECIALTY INSURANCE | ) | |
| COMPANY; and GENERAL SECURITY | ) | |
| INDEMNITY COMPANY OF ARIZONA, | ) | |
| | ) | |
|              Defendants. | ) | |
| _____ | ) | |

## ORDER APPROVING JOINT MOTION OF PLAINTIFF AND DEFENDANTS TO EXTEND PAGE LIMIT FOR REPLY BRIEFS

Upon consideration of the Motion of Plaintiff, Property Insurer Defendants, and Pollution Insurer Defendant to Extend Page Limit for Reply Briefs (the "Motion") by the above-captioned parties, and the Court having reviewed the Motion;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED and if set forth fully in this Order.

2. Plaintiff, Property Insurer Defendants, and Pollution Insurer Defendant will accordingly each be permitted to file Reply briefs up to twenty (20) pages in length.

3. This Court shall retain jurisdiction arising from or related to the interpretation or enforcement of this Order.

Dated: January 25, 2024
Wilmington, Delaware

_____
Thomas M. Horan
United States Bankruptcy Judge