**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RS FIT NW LLC, ) | |
| ) | Case No. 20-11568 (TMH) |
| Debtor. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY; ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY ) | |
| INSURANCE COMPANY; STARR SURPLUS ) | |
| LINES INSURANCE COMPANY; ALLIANZ ) | |
| GLOBAL RISKS US INSURANCE COMPANY; ) | |
| LIBERTY MUTUAL INSURANCE COMPANY; ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623; ) | |
| ALLIED WORLD NATIONAL ASSURANCE ) | |
| COMPANY; QBE SPECIALTY INSURANCE ) | |
| COMPANY; and GENERAL SECURITY ) | |
| INDEMNITY COMPANY OF ARIZONA, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF 24 HOUR FITNESS WORLDWIDE, INC.'S REQUEST FOR ORAL ARGUMENT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
E-mail: dweiss@reedsmith.com
E-mail: cocarroll@reedsmith.com

Mark W. Eckard (No. 4542)
REED SMITH LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
E-mail: meckard@reedsmith.com

Counsel for Plaintiff 24 HOUR FITNESS
WORLDWIDE, INC.

On November 10, 2023, Plaintiff 24 Hour Fitness Worldwide Inc. ("24 Hour") filed Plaintiff's Motion For Partial Summary Judgment in the above-captioned adversary proceeding. [DKT No. 237.] That same day, Continental Casualty Company, Starr Surplus Lines Insurance Company, Allianz Global Risks US Insurance Company, Liberty Mutual Fire Insurance Company, Certain Underwriters at Lloyd's, London, Allied World National Assurance Company, QBE Specialty Insurance Company, and General Security Indemnity of Arizona (collectively, "Defendant Insurers") moved for summary judgment. [DKT Nos. 232, 234, 235, and 239.] On January 12, 2024, 24 Hour filed oppositions to Defendant Insurers' four motions for summary judgment. [DKT Nos. 252–255.] That same day, Defendant Insurers filed an opposition to 24 Hour's Motion for Partial Summary Judgment. [DKT No. 248.]

WHEREFORE, pursuant to Local Rule 7007-3, 24 Hour respectfully requests that oral argument be scheduled at the Court's convenience on the briefing between 24 Hour and the Defendant Insurers to Plaintiff's Partial Summary Judgment Motion.

Dated: February 12, 2024                Respectfully submitted,

**REED SMITH LLP**

*/s/ Mark W. Eckard*
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
(302) 778-7575 (Fax)
meckard@reedsmith.com

David E. Weiss (admitted *pro hac vice*)
T. Connor O'Carroll (admitted *pro hac vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

- 2 -

(415) 543-8700
(415) 391-8269 (Fax)
dweiss@reedsmith.com
cocarroll@reedsmith.com

*Counsel for Plaintiff 24 HOUR FITNESS WORLDWIDE, INC.*