# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:  ) | |
| ) | Chapter 11 |
| RS FIT NW LLC,  ) | |
| ) | Case No. 20-11568 (TMH) |
|             Debtor.  ) | |
| ) | (Jointly Administered) |
| _____ ) | |
| ) | |
| 24 HOUR FITNESS WORLDWIDE, INC.,  ) | |
| ) | |
|             Plaintiff,  ) | |
| ) | |
|     v.  ) | |
| ) | |
| CONTINENTAL CASUALTY COMPANY;  ) | Adv. Pro. No. 20-51051 (TMH) |
| ENDURANCE AMERICAN SPECIALTY  ) | |
| INSURANCE COMPANY; STARR SURPLUS  ) | |
| LINES INSURANCE COMPANY; ALLIANZ  ) | |
| GLOBAL RISKS US INSURANCE COMPANY;  ) | |
| LIBERTY MUTUAL INSURANCE COMPANY;  ) | |
| BEAZLEY-LLOYD'S SYNDICATES 2623/623;  ) | |
| ALLIED WORLD NATIONAL ASSURANCE  ) | |
| COMPANY; QBE SPECIALTY INSURANCE  ) | |
| COMPANY; and GENERAL SECURITY  ) | |
| INDEMNITY COMPANY OF ARIZONA,  ) | |
| ) | |
|             Defendants.  ) | |
| _____ ) | |

**PROPERTY INSURER DEFENDANTS ALLIANZ GLOBAL RISKS US INSURANCE COMPANY AND ALLIED WORLD NATIONAL ASSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT ON SUPPLEMENTAL MOTION FOR PARTIAL SUMMARY JUDGMENT**

On November 10, 2023, Property Insurer Defendants Allianz Global Risks US Insurance Company ("Allianz") and Allied World National Assurance Company ("Allied World) filed their Supplemental Motion for Partial Summary Judgment [Adv. D.I. No. 234]. Briefing on Allianz and Allied World's Motion is now complete [Adv. D.I. Nos. 234, 255, and 269].

1

Pursuant to Local Rule 7007-3, Allianz and Allied World respectfully request oral argument on their Supplemental Motion for Partial Summary Judgment.

As Allianz and Allied World's Supplemental Motion for Partial Summary Judgment is supplemental to Property Insurers' Motion for Summary Judgment [Adv. D.I. No. 232], Allianz and Allied World respectfully request that the Court schedule oral argument on their Supplemental Motion for Partial Summary Judgment together with that of the Property Insurers' Motion for Summary Judgment.

Dated: February 16, 2024

Respectfully submitted,

**HOGAN McDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (No. 4167)
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7596
(302) 656-7599 (Fax)
gfmcdaniel@dkhogan.com

Benjamin W. Loveland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6641
benjamin.loveland@wilmerhale.com

Lauren R. Lifland (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007

(212) 230-8800
lauren.lifland@wilmerhale.com

*Counsel to Continental Casualty Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101; incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*

Matthew S. Sarna (Bar No. 6578)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
302.468.5700
302.394.2341 (Fax)
Email: matthew.sarna@us.dlapiper.com

Brett Ingerman (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
The Marbury building
6225 Smith Avenue
Baltimore, MD 21209-3600
410.580.3000
410.580.3001 (Fax)
Email: brett.ingerman@us.dlapiper.com

*Attorneys for Continental Casualty Company*

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE No. 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5812
mbusenkell@gsbblaw.com

Richard G. Haddad (admitted *pro hac vice*)

3

**OTTERBOURG, P.C.**
230 Park Avenue
New York, NY 10169-0075
(212) 661-9100
rhaddad@otterbourg.com

Deanna M. Manzo (admitted *pro hac vice*)
**MOUND COTTON WOLLAN & GREENGRASS, LLP**
One New York Plaza
New York, NY 10004
Telephone: (212) 804-4200
dmanzo@moundcotton.com

*Counsel to Allied World National Assurance Company*

Marlie McDonnell (admitted *pro hac vice*)
**CLYDE & CO US LLP**
271 17th Street NW, Suite 1720
Atlanta, GA 30363
(404) 410-3150
marlie.mcdonnell@clydeco.us

*Counsel to Allianz Global Risks US Insurance Company*

Courtney E. Murphy (admitted *pro hac vice*)
Kyle M. Medley (admitted *pro hac vice*)
Adam S. Cohen (admitted *pro hac vice*)
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, NY 10022
(212) 471-6200
cmurphy@hinshawlaw.com

*Counsel to Starr Surplus Lines Insurance Company and Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101, incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"*

4

Gerald P. Dwyer, Jr. (*pro hac vice* forthcoming)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford CT 06103
(860) 275 8331
gdwyer@rc.com

Joel L. McNabney (*pro hac vice* forthcoming)
**ROBINSON & COLE LLP**
777 Brickell Ave, Suite 680
Miami, FL 33131
(786) 725.4119
jmcnabney@rc.com

Douglas R. Gooding (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
(617) 248-5000
dgooding@choate.com
jmarshall@choate.com

*Counsel to Liberty Mutual Fire Insurance Company*

Elizabeth Kniffen (admitted *pro hac vice*)
Dennis Anderson (admitted *pro hac vice*)
**ZELLE LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415
(612) 359-4261
ekniffen@zellelaw.com
danderson@zellelaw.com

*Counsel to QBE Specialty Insurance Company and General Security Indemnity Company of Arizona*