IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankr. Case No. 20-11568 (TMH) |
| RS FIT NW LLC,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| 24 HOUR FITNESS WORLDWIDE, INC., | ) | Adv. Pro. No. 20-51051 (TMH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, | ) ) ) ) ) ) ) ) ) ) ) ) | Related to Docket No. 326 |
| Defendants. | ) ) | |

**ORDER GRANTING DEFENDANT ALLIED WORLD NATIONAL ASSURANCE COMPANY'S MOTION FOR AN ORDER EXTENDING TO NOVEMBER 12, 2024, ITS TIME TO FILE:  (A) A NOTICE OF APPEAL FROM THE MEMORANDUM ORDER DATED OCTOBER 8, 2024, DENYING ALLIED WORLD'S MOTION FOR SUMMARY JUDGMENT REGARDING THE POLLUTION POLICY, AND (B) A MOTION FOR LEAVE TO FILE AN <u>INTERLOCUTORY APPEAL FROM THAT MEMORANDUM ORDER</u>**

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372).  By Order dated March 16, 2021, the remaining reorganized debtor affiliates' (the "***Reorganized Debtors***") chapter 11 cases were closed.  The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

Upon consideration of the Motion by Defendant Allied World National Assurance Company ("**Allied World**") for an Order, pursuant to Federal Rules of Bankruptcy Procedure 8002(d) and 8004(a) (the "**Motion**"), extending from October 22, 2024, to and including November 12, 2024, Allied World's time to file (A) a notice of appeal from this Court's Memorandum Order (the "**Memo. Order**") entered on October 8, 2024, denying Allied World's Motion for Summary Judgment on the Pollution Policy (Adv. D.I. 320), and (B) a motion for leave to file an interlocutory appeal from the Memo. Order; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The time for defendant Allied World to file (a) a notice of appeal from this Court's Memo. Order entered on October 8, 2024, denying Allied World's Motion for Summary Judgment on the Pollution Policy (Adv. D.I. 320), and (b) a motion for leave to file an interlocutory appeal from the Memo. Order, is hereby extended from October 22, 2024, to and including November 12, 2024.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated:

**Dated: November 7th, 2024**  **THOMAS M. HORAN**
**Wilmington, Delaware**        **UNITED STATES BANKRUPTCY JUDGE**