24 Hour Fitness v. Continental Casualty Co.
20-51051

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Jason | Angelo | Reed Smith LLP | 24 Hour Fitness Worldwide, Inc. | Video and / |
| Michael | Busenkell | Gellert Seitz Busenkell & Brown, LLC | Allied World National Assurance Company | Video and / |
| Andrew | Halpern | Otterbourg | Allied World National Assurance Company | Video and / |
| Calvin | Whang | Selman Leichenger Edson Hsu Newman & Moore LLP | Allied World National Assurance Company | Video and / |
| Amita | Chatterjee | | | Audio Only |
| Kevin | Cockerham | Reed Smith | | Video and / |
| Eleanor | Moreau | | | Audio Only |
| T. Connor | O'Carroll | | | Video and / |
| Taylor | Harrison | | | Audio Only |