# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>RS FIT NW LLC, [1]<br><br>        Debtors. | Chapter 11<br><br>Case No.: 20-11568 (KBO)<br>(Jointly Administered) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>CONTINENTAL CASUALTY COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; BEAZLEY-LLOYD'S SYNDICATES 2623/623; ALLIED WORLD NATIONAL ASSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; and GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA,<br><br>        Defendants. | Adv. Proc. No. 20-51051 (TMH) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

        Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Cedric D. Logan, Esq. to represent Allied World National Assurance Company in this action.

Dated: January 13, 2025          GELLERT SEITZ BUSENKELL & BROWN, LLC

                                                  */s/ Michael Busenkell*
                                                  Michael Busenkell (DE 3933)
                                                  1201 N. Orange Street, Suite 300
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 425-5812
                                                  mbusenkell@gsbblaw.com

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By Order dated March 16, 2021, the remaining reorganized debtor affiliates' (the "Reorganized Debtors") chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

   Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Colorado and New Mexico and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: January 13, 2025        WHEELER TRIGG O'DONNELL LLP

                   */s/ Cedric D. Logan*
                   Cedric D. Logan
                   370 Seventeenth Street, Suite 4500
                   Denver, Colorado 80202
                   Telephone: (303) 244-1984
                   logan@wtotrial.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.