# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS FIT NW LLC,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 20-11568 (KBO) |
| 24 HOUR FITNESS WORLDWIDE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Adv. Pro. No. 20-51051 (TMH) |

**STIPULATION OF DISMISSAL OF CERTAIN UNDERWRITER DEFENDANTS AND AS TO CERTAIN CLAIMS PLED AGAINST DEFENDANT ALLIED WORLD NATIONAL ASSURANCE COMPANY**

IT IS HEREBY STIPULATED AND AGREED, by and between all remaining parties to the above-captioned adversary proceeding (the "Parties") through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Rule 7041 of the Federal Rules of Bankruptcy Procedure, as set forth below. This Court has jurisdiction over the Complaint in the Adversary Proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and previously determined

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, as applicable, is RS FIT NW LLC (9372). By order dated March 16, 2021 [Docket No. 7], the remaining Reorganized Debtors' chapter 11 cases were closed. The Reorganized Debtors' corporate headquarters and service address is 24 Hour Fitness USA, Inc., 1265 Laurel Tree Lane, Carlsbad, CA 92011.

that this is a non-core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this matter is proper in this district under 28 U.S.C. §§ 1408 and 1409.

## I. DISMISSAL OF CERTAIN UNDERWRITER DEFENDANTS WITH PREJUDICE

THE PARTIES STIPULATE AND AGREE that this action and all claims alleged therein by Plaintiff 24 Hour Fitness Worldwide, Inc. ("Plaintiff") shall be and are hereby dismissed with prejudice as against only Defendants (1) Continental Casualty Company, (2) Starr Surplus Lines Insurance Company, (3) Liberty Mutual Fire Insurance Company, (4) Certain Underwriters at Lloyd's London subscribing to Policy Number W27C0A190101, (5) Allianz Global Risks US Insurance Company, (6) QBE Specialty Insurance Company, and (7) General Security Indemnity Company of Arizona (collectively, "Certain Underwriter Defendants").

Plaintiff and Certain Underwriter Defendants agree that each shall bear their own fees and costs arising from this litigation.

## II. DISMISSAL OF CERTAIN CLAIMS AGAINST ALLIED WORLD WITH PREJUDICE

IT IS FURTHER STIPULATED AND AGREED that, as against Defendant Allied World National Assurance Company ("Allied World"), all claims for relief that relate to or arise out of coverage under only the Allied World Property Policy and/or the Property Claim[2] shall be dismissed with prejudice, without fees or costs to or against any party.

---

[2] The term "Allied World Property Policy" refers to the "Commercial Property Policy" issued by Allied World bearing Policy No. 0311-9178-1N.

The term "Property Claim" refers to the claim or claims submitted by Plaintiff to Allied World under the Allied World Property Policy for alleged loss and damage to Plaintiff's properties and business arising from the COVID-19 pandemic which Plaintiff asserts are insured under the Allied World Property Policy, including claims for property damage, business interruption, extra expense, communicable disease coverage and other expenses.

- 3 -

For the avoidance of doubt, nothing in this Stipulation shall be construed as a dismissal of Plaintiff's separate claim(s) against Allied World in this Adversary Proceeding that relate to or arise from (i) Plaintiff's claim(s) for relief under the "Scheduled Location Pollution Liability Policy" issued by Allied World bearing Policy No. 0309-1873 (the "Pollution Policy"), or (ii) Plaintiff's claims made to Allied World under the Pollution Policy for alleged damage to Plaintiff's business allegedly arising from the COVID-19 pandemic (collectively, the "Pollution Claim").

Plaintiff and Allied World agree that Plaintiff may continue to fully prosecute its claims against Allied World in the Adversary Proceeding concerning the Pollution Claim and alleged coverage under the Pollution Policy. Plaintiff and Allied World further agree that Allied World reserves all rights and defenses related to Plaintiff's claims for relief in the Adversary Proceeding concerning the Pollution Claim and alleged coverage under the Pollution Policy, all of which are fully preserved.

## III. EXECUTION

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, that facsimile and/or electronic copies of this stipulation shall be deemed originals, and that this Stipulation may be filed with the Court without further notice to the Parties, and shall be effective immediately upon filing with the Court.

[SIGNATURE PAGES FOLLOW]

Dated:  April 10, 2025

| | |
|---|---|
| **REED SMITH LLP** | **DLA PIPER LLP (US)** |
| */s/ Jason D. Angelo* | */s/ Matthew S. Sarna* |
| Jason D. Angelo (No. 6009) | Matthew S. Sarna (Bar No. 6578) |
| 1201 North Market Street, Suite 1500 | 1201 North Market Street, Suite 2100 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1147 |
| Telephone:  (302) 778-7500 | Telephone:  (302.468.5700 |
| Facsimile:  (302) 778-7575 | Facsimile:  302.394.2341 |
| Email:  jangelo@reedsmith.com | Email:  matthew.sarna@us.dlapiper.com |
| -and- | -and- |
| David E. Weiss, Esq. (*pro hac vice*) | Brett Ingerman, Esq. (*pro hac vice*) |
| T. Connor O'Carroll, Esq. (*pro hac vice*) | **DLA PIPER LLP (US)** |
| **REED SMITH LLP** | The Marbury building |
| 101 Second Street, Suite 1800 | 6225 Smith Avenue |
| San Francisco, CA 94105-3659 | Baltimore, MD 21209-3600 |
| Telephone:  (415) 543-8700 | Telephone:  (410) 580.3000 |
| Facsimile:  (415) 391-8269 | Facsimile:  (410) 580.3001 |
| Email:  dweiss@reedsmith.com | Email:  brett.ingerman@us.dlapiper.com |
| Email:  cocarroll@reedsmith.com | |
| | *Attorneys for Continental Casualty Company* |
| *Counsel for Plaintiff 24 Hour Fitness Worldwide, Inc.* | |
| | **ZELLE LLP** |
| **CLYDE & CO US LLP** | */s/ Elizabeth Kniffen* |
| | Elizabeth Kniffen, Esq. (*pro hac vice*) |
| */s/ Marlie McDonnell* | Dennis Anderson, Esq. (*pro hac vice*) |
| Marlie McDonnell, Esq. (*pro hac vice*) | 500 Washington Avenue South, Suite 4000 |
| 271 17th Street NW, Suite 1720 | Minneapolis, MN 55415 |
| Atlanta, GA 30363 | Telephone:  (612) 359-4261 |
| Telephone:  (404) 410-3150 | Email:  ekniffen@zellelaw.com |
| Email:  marlie.mcdonnell@clydeco.us | Email:  danderson@zellelaw.com |
| *Counsel to Allianz Global Risks US Insurance Company* | *Counsel to QBE Specialty Insurance Company and General Security Indemnity Company of Arizona* |
| **ROBINSON & COLE LLP** | **HOGAN McDANIEL** |
| */s/ Joel L. McNabney* | */s/ Garvan F. McDaniel* |
| Joel L. McNabney, Esq. (*pro hac vice*) | Garvan F. McDaniel (No. 4167) |
| 777 Brickell Ave, Suite 680 | 1311 Delaware Avenue |
| Miami, FL 33131 | Wilmington, DE 19806 |
| Telephone:  (786) 725.4119 | Telephone:  (302) 656-7596 |
| Email:  jmcnabney@rc.com | |

-and-

Gerald P. Dwyer, Jr. , Esq. (*pro hac vice*)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford CT 06103
Telephone:  (860) 275 8331
Email:  gdwyer@rc.com

-and-

Douglas R. Gooding (*pro hac vice*)
Jonathan D. Marshall (*pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone:  (617) 248-5000
Email:  dgooding@choate.com
Email:  jmarshall@choate.com

*Counsel to Liberty Mutual Fire Insurance Company*

**HINSHAW & CULBERTSON LLP**

*/s/ Courtney Murphy*
Courtney E. Murphy, Esq. (*pro hac vice*)
Kyle M. Medley, Esq. (*pro hac vice*)
Adam S. Cohen, Esq. (*pro hac vice*)
800 Third Avenue, 13th Floor
New York, NY 10022
Telephone:  (212) 471-6200
Email:  cmurphy@hinshawlaw.com

*Counsel to Starr Surplus Lines Insurance Company and Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101, incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"*

Facsimile:  (302) 656-7599 (Fax)
Email:  gfmcdaniel@dkhogan.com

-and-

Benjamin W. Loveland, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6641
Email:  benjamin.loveland@wilmerhale.com

-and-

Lauren R. Lifland, Esq. (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:  (212) 230-8800
Email:  lauren.lifland@wilmerhale.com

*Counsel to Continental Casualty Company; Starr Surplus Lines Insurance Company; Allianz Global Risks US Insurance Company; Certain Underwriters at Lloyd's of London subscribing to Policy No. W27C0A190101; incorrectly sued as "Beazley-Lloyd's Syndicates 2623/623"; QBE Specialty Insurance Company, and General Security Indemnity Company of Arizona*

**GELLERT SEITZ BUSENKELL &BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (No. 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone:  (302) 425-5812
Email:  mbusenkell@gsbblaw.com

-and-

Richard G. Haddad, Esq. (*pro hac vice*)

Andrew S. Halpern, Esq. (*pro hac vice*)
**OTTERBOURG, P.C.**
230 Park Avenue
New York, NY 10169-0075
Telephone:  (212) 661-9100
Email:  rhaddad@otterbourg.com
Email:  ahalpern@otterbourg.com

-and-

Deanna M. Manzo, Esq. (*pro hac vice*)
**MOUND COTTON WOLLAN & GREENGRASS, LLP**
One New York Plaza
New York, NY 10004
Telephone:  (212) 804-4200
Email: dmanzo@moundcotton.com

-and-

Carolyn J. Fairless, Esq. (*pro hac vice*)
Cedric D. Logan, Esq. (*pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:  (303) 244-1852
Telephone:  (303) 244-1984
Email:  fairless@wtotrial.com
Email:  logan@wtotrial.com